UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| TECOGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> AEGIS ENERGY SERVICES, INC., AEGENCO, INC., AND AEGIS GENERATION COMPANY, <br><br> Defendants. | C. A. No. 1:05CV11823RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of William A. Zucker and David Himelfarb, Gadsby Hannah, LLP, 225 Franklin Street, Boston, MA 02110, (617) 345-7000 as attorney Aegis Energy Services, Inc., Aegenco, Inc. Aegis and Generation Company for in the above-entitled action.

AEGIS ENERGY SERVICES, INC.,
AEGENCO, INC., and AEGIS GENERATION
COMPANY
By their attorneys,

_____
William A. Zucker BBO # 541240
David Himelfarb BBO # 649596
wzucker@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

October 3, 2005

B0431640v1

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/ by hand/ electronically.

Date: _____ 10/3/05

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was/were served upon the attorney of record for each party by mail/by hand/electronically.

By: _____
William A. Zucker

Date: _____

B0431640v1