UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| TECOGEN, INC.,<br>   Plaintiff,<br><br>v.<br><br>AEGIS ENERGY SERVICES, INC.,<br>AEGENCO, INC., AND AEGIS<br>GENERATION COMPANY,<br>   Defendants. | C. A. No. 1:05CV11823RCL |

## STIPULATION TO EXTEND TIME

It is hereby stipulated by and between the plaintiff, Tecogen, Inc., and defendants Aegis Energy Services, Inc., Aegenco, Inc. Aegis and Generation Company, by their respective attorneys in the above-entitled action, that the time in which the defendants shall file their response to the Complaint shall be extended to October 19, 2005, inclusive of that date.

TECOGEN, INC
By their attorney,

*/s/ Julie A Frohlich (WAZ)*
Julie A. Frohlich
Goulston & Storrs, PC
400 Atlantic Avenue
Boston, MA  02110
617-574-6402

Date: October 3, 2005

AEGIS ENERGY SERVICES, INC.,
AEGENCO, INC. AEGIS GENERATION
COMPANY,
By their attorney,

*/s/ William A Zucker*
William A. Zucker
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110
617-345-7000

So Ordered

Date:

B0431643v1