# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | |
| AEGENCO, INC., and AEGIS ) | |
| GENERATION COMPANY, ) | |
| ) | |
| Defendants ) | |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

William A. Zucker, Esq., a member of the law firm Gadsby Hannah LLP, and David Himelfarb, Esq., an associate of Gadsby Hannah, LLP, local counsel to Aegis Energy Services, Inc., and Aegenco, Inc., defendants and counterclaim plaintiffs in the above-captioned proceeding, maintaining offices in this district at 225 Franklin Street, Boston, Massachusetts, and being members in good standing of the Bar of the Commonwealth of Massachusetts and being admitted to practice before the United State District Court for the District of Massachusetts and the United State Court of Appeals for the First Circuit, respectfully request, pursuant to Local Rule 83.5.3(b), that this Court grant leave to Robert Curcio, Esq., Anthony P. DeLio, Esq., and Peter W. Peterson, Esq., to practice in this Court in the above-captioned matter on behalf of the defendants and counterclaim plaintiffs Aegis Energy Services, Inc., and Aegenco, Inc.

In support thereof, the undersigned state as follows:

1. I am informed that Messrs. Curcio, DeLio, and Peterson are members of the bar in good standing in every bar they have been admitted to practice.

2. I am informed that there are no disciplinary proceedings pending against them as a member of the bar in any jurisdiction.

3. I am informed that Messrs. Curcio, DeLio, and Peterson are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Messrs. Curcio, DeLio, and Peterson have represented Aegis Energy Services, Inc., and Aegenco, Inc., and have familiarity with the subject matter of this case.

5. Mr. Curcio's, Mr. DeLio's, and Mr. Peterson's appearances and participation in this matter, in conjunction with attorneys from Gadsby Hannah LLP, are necessary for the proper and effective representation of the defendants and counterclaim plaintiffs.

6. Attached hereto and incorporated herein as Exhibits A through C are individual statements by Messrs. Curcio, DeLio, and Peterson affirming the facts set forth herein.

WHEREFORE, for purposes of representing the defendants and counterclaim plaintiffs Aegis Energy Services, Inc., and Aegenco, Inc., in the above-captioned action, the petitioners respectfully pray that Messrs. Curcio, DeLio, and Peterson be admitted *pro hac vice,* to practice in this action before the United States District Court for the District of Massachusetts.

Respectfully submitted,

**AEGIS ENERGY SERVICES, INC. and AEGENCO, INC.,**
Defendants and Counterclaim Plaintiffs
By their attorneys,

/s/ David Himelfarb
William A. Zucker, BBO# 541240
 wzucker@ghlaw.com
David Himelfarb, BBO# 649596
 dhimelfarb@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
Tel. (617) 345-7000
Fax (617) 204-8055

**CERTIFICATE OF SERVICE**

      This hereby certifies that the foregoing **MOTION FOR ADMISSION OF COUNSEL *PRO HAC* VICE** (with exhibits) was mailed this 18th day of October, 2005, by U.S. Postal first class mail, postage pre-paid to:

      Julie A. Frohlich, Esq.
      Goulston & Storrs, PC
      400 Atlantic Avenue
      Boston, MA 02110

              By:   /s/ David Himelfarb
                      David Himelfarb

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TECOGEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-11823 RCL |
| | ) | |
| v. | ) | |
| | ) | |
| AEGIS ENERGY SERVICES, INC., | ) | |
| AEGENCO, INC., and AEGIS | ) | 18 October 2005 |
| GENERATION COMPANY, | ) | |
| | ) | |
| Defendants | ) | |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

## EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | |
| AEGENCO, INC., and AEGIS ) | 18 October 2005 |
| GENERATION COMPANY, ) | |
| ) | |
| Defendants ) | |

## *PRO HAC VICE* APPLICATION AND ORDER

I, Robert Curcio, attorney for defendants AEGIS ENERGY SERVICES, INC., and AEGENCO, INC., hereby petition for admission *pro hac vice.*

My residence is 81 Benton Lane, Glastonbury, Connecticut 06033.

My business address is DeLio & Peterson, LLC, 121 Whitney Avenue, New Haven, Connecticut 06510.

My business telephone number is (203) 787-0595; business facsimile number is (203) 787-5818; and business email address is delpet@delpet.com.

I am admitted to practice in the following courts:

- Courts of the State of Connecticut

- Courts of the District of Columbia

- United States District Court for the District of Connecticut

- United States District Court for the District of Columbia

- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Federal Circuit

I am currently in good standing and eligible to practice in each of the foregoing courts. I am not, nor have I ever been, suspended or disbarred in any court.

I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Within the year preceding this application, I have not made a *pro hac vice* application to this Court.

I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served: William A. Zucker of Gadsby Hannah LLP.

Respectfully submitted,

Dated: October 14, 2005

_____
Robert Curcio
Connecticut Bar No. 414,531
DeLio & Peterson, LLC

I hereby consent to my designation as local counsel.

Dated: October 18, 2005

_____
William A. Zucker (BBO # 541240)
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | |
| AEGENCO, INC., and AEGIS ) | 18 October 2005 |
| GENERATION COMPANY, ) | |
| ) | |
| Defendants ) | |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AEGIS ENERGY SERVICES, INC.,<br>AEGENCO, INC., and AEGIS<br>GENERATION COMPANY,<br><br>Defendants | Civil Action No. 05-11823 RCL<br><br>18 October 2005 |

## *PRO HAC VICE* APPLICATION AND ORDER

I, Anthony P. DeLio, attorney for defendants AEGIS ENERGY SERVICES, INC., and AEGENCO, INC., hereby petition for admission *pro hac vice*.

My residence is 651 Rosemount Lane, West Haven, Connecticut 06516-7917.

My business address is DeLio & Peterson, LLC, 121 Whitney Avenue, New Haven, Connecticut 06510.

My business telephone number is (203) 787-0595; business facsimile number is (203) 787-5818; and business email address is delpet@delpet.com.

I am admitted to practice in the following courts:

- Courts of the State of Connecticut
- Courts of the District of Columbia
- United States District Court for the District of Connecticut
- United States District Court for the District of Columbia

- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Federal Circuit

I am currently in good standing and eligible to practice in each of the foregoing courts. I am not, nor have I ever been, suspended or disbarred in any court.

I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Within the year preceding this application, I have not made a *pro hac vice* application to this Court.

I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served: William A. Zucker of Gadsby Hannah LLP.

Respectfully submitted,

Dated: October 14, 2005

Anthony P. DeLio
Connecticut Bar No. 014,628
DeLio & Peterson, LLC

I hereby consent to my designation as local counsel.

Dated: October 18, 2005

William A. Zucker (BBO # 541240)
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., | ) |
| Plaintiff, | ) Civil Action No. 05-11823 RCL |
| v. | ) |
| AEGIS ENERGY SERVICES, INC., AEGENCO, INC., and AEGIS GENERATION COMPANY, | ) 18 October 2005 |
| Defendants | ) |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-11823 RCL |
| | ) |
| v. | ) |
| | ) |
| AEGIS ENERGY SERVICES, INC., | ) |
| AEGENCO, INC., and AEGIS | ) 18 October 2005 |
| GENERATION COMPANY, | ) |
| | ) |
| Defendants | ) |

## *PRO HAC VICE* APPLICATION AND ORDER

I, Peter W. Peterson, attorney for defendants AEGIS ENERGY SERVICES, INC., and AEGENCO, INC., hereby petition for admission *pro hac vice*.

My residence is 212 Maple Tree Hill Road, Southbury, Connecticut 06488.

My business address is DeLio & Peterson, LLC, 121 Whitney Avenue, New Haven, Connecticut 06510.

My business telephone number is (203) 787-0595; business facsimile number is (203) 787-5818; and business email address is delpet@delpet.com.

I am admitted to practice in the following courts:

- Courts of the State of Connecticut
- United States District Court for the District of Connecticut
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Federal Circuit

I am currently in good standing and eligible to practice in each of the foregoing courts. I am not, nor have I ever been, suspended or disbarred in any court.

I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Within the year preceding this application, I have not made a *pro hac vice* application to this Court.

I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served: William A. Zucker of Gadsby Hannah LLP.

Respectfully submitted,

Dated: October 14, 2005

Peter W. Peterson
Connecticut Bar No. 306,023
DeLio & Peterson, LLC


I hereby consent to my designation as local counsel.

Dated: October 18, 2005

William A. Zucker (BBO # 541240)
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | |
| AEGENCO, INC., and AEGIS ) | |
| GENERATION COMPANY, ) | |
| ) | |
| Defendants ) | |

**ORDER GRANTING MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

Application having been made and the Court being sufficiently advised, IT IS HEREBY

ORDERED that the *pro hac vice* applications of Robert Curcio, Esq., Anthony P. DeLio, Esq.,

and Peter W. Peterson, Esq., are hereby granted.

Dated: _____          _____
                                 Judge, United States District Court