# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-11823 RCL |
| | ) |
| v. | ) |
| | ) |
| AEGIS ENERGY SERVICES, INC., | ) |
| AEGENCO, INC., and AEGIS | ) 14 October 2005 |
| GENERATION COMPANY, | ) |
| | ) |
| Defendants | ) |

## AEGIS ENERGY SERVICES, INC., CORPORATE DISCLOSURE STATEMENT

Defendant, Aegis Energy Services, Inc., is a corporation organized under the laws of the Commonwealth of Massachusetts having a principal place of business at 2097 Riverdale Street, Springfield, Massachusetts 01089. It is a privately owned corporation. It has no parent corporation. No publicly held corporation owns 10% or more of the party's stock.

Respectfully submitted,
**Aegis Energy Services**

Dated: 14 October 2005

By: _____
Anthony P. DeLio
Peter W. Peterson
Robert Curcio
**DELIO & PETERSON, LLC**
121 Whitney Avenue
New Haven, CT  06510
Tel.: (203) 787 – 0595
Fax: (203) 787 – 5818
Attorneys Pro Hac Vice for Defendant and Counterclaim Plaintiff Aegis Energy Services

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing **AEGIS ENERGY SERVICES, INC., CORPORATE DISCLOSURE STATEMENT** was mailed this _18_ day of October, 2005, by U.S. Postal first class mail, postage pre-paid to:


        Julie A. Frohlich, Esq.
        Goulston & Storrs, PC
        400 Atlantic Avenue
        Boston, MA 02110


By: _W. Zucker / DM_
        William A. Zucker
        **GADSBY HANNAH LLP**
        225 Franklin Street
        Boston, MA 02110
        Tel. (617) 345-7016
        Fax (617) 204-8016
        email: wzucker@ghlaw.com


aegi901_aes disclosure stmt