IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> AEGIS ENERGY SERVICES, INC., AEGENCO, INC., and AEGIS GENERATION COMPANY, <br><br> Defendants | Civil Action No. 05-11823 RCL <br><br><br> 14 October 2005 |

### AEGENCO, INC., CORPORATE DISCLOSURE STATEMENT

Defendant, Aegenco, Inc., is a corporation organized under the laws of the Commonwealth of Massachusetts having a principal place of business at 2085 Riverdale Street, Springfield, Massachusetts 01089. It is a privately owned corporation. It has no parent corporation. No publicly held corporation owns 10% or more of the party's stock.

Respectfully submitted,
Aegenco, Inc.

Dated: 14 October 2005        By:_____
Anthony P. DeLio
Peter W. Peterson
Robert Curcio
**DELIO & PETERSON, LLC**
121 Whitney Avenue
New Haven, CT  06510
Tel.: (203) 787 – 0595
Fax: (203) 787 – 5818
Attorneys Pro Hac Vice for Defendant and Counterclaim Plaintiff Aegenco, Inc.

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing **AEGENCO, INC., CORPORATE DISCLOSURE STATEMENT** was mailed this 18th day of October 2005, by U.S. Postal first class mail, postage pre-paid to:

>Julie A. Frohlich, Esq.
>Goulston & Storrs, PC
>400 Atlantic Avenue
>Boston, MA 02110

>By: /s/ W Zucker / DH
>William A. Zucker
>**GADSBY HANNAH LLP**
>225 Franklin Street
>Boston, MA 02110
>Tel. (617) 345-7016
>Fax (617) 204-8016
>email: wzucker@ghlaw.com

aegi901_aegenco disclosure stmt