# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AEGIS ENERGY SERVICES, INC.,<br>AEGENCO, INC., and AEGIS<br>GENERATION COMPANY,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 05-11823 RCL

## ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND DEMAND FOR JURY TRIAL, FOR DEFENDANTS

Defendants Aegis Energy Services, Inc. and Aegenco, Inc. (hereinafter "Defendants") hereby answer the complaint of plaintiff Tecogen, Inc. ("Tecogen") in the above-referenced action as follows:

### I.    THE PARTIES AND JURISDICTION

1.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 1, and on that basis deny each and every allegation contained therein, and leave Tecogen to its proof.

2.    Admitted.

3.    Defendants admit that Aegenco, Inc. is a corporation organized under the laws of the Commonwealth of Massachusetts. However, Aegenco, Inc. has a principal place of business at 2085 Riverdale Street in Springfield, Massachusetts, 01089 and,

accordingly, Defendants deny that Aegenco, Inc. has a principal place of business at 2097 Riverdale Street in Springfield, Massachusetts, 01089.

4.    Denied.  Further answering, Defendants state that they briefly used some literature containing the name "Aegis Generation Company," but deny operating as a company under that name with a principal place of business at 2097 Riverdale Street in Springfield, Massachusetts, 01089.  All allegations concerning the "Aegis Group" and other averments which express or imply a separate corporate existence of "Aegis Generation Company" are denied.

## II.    JURISDICTION AND VENUE

5.    Admitted.

6.    Admitted.

7.    Admitted.

8.    Admitted.

## III.    FACTS COMMON TO ALL COUNTS

9.    Admitted.

10.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 10, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

11.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 11, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

B0433640v2

12.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 12, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

13.    Defendants admit that prior to a date certain they did not design or build cogeneration modules, but are without sufficient knowledge or information to form a belief as to the meaning intended for "recently" and on that basis deny each and every allegation contained in the first sentence of Paragraph 13, and leave Plaintiff to its proof. Defendants admit engaging in the business described in the second sentence of Paragraph 13, but deny that their business "consisted solely" of the same. Defendants deny the third sentence of Paragraph 13. Defendants admit that for over twenty years, Aegis Energy had designed, installed and serviced cogeneration systems in Massachusetts and Connecticut that used Tecogen Modules. The remaining allegations of Paragraph 13 are denied.

14.    Defendants admit the first sentence of Paragraph 14. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in the second and third sentences of Paragraph 14, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

15.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 15, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

16.    Defendants admit the allegations of this paragraph, except that Defendants deny that their cogeneration modules were "newly designed," deny the alleged date of incorporation of Aegenco, Inc. and deny, to the extent alleged, that communications were

only subsequent to the alleged date of incorporation. Aegenco, Inc. was incorporated on June 13, 2005.

17.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of Paragraph 17, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof. Defendants deny the allegations in the second sentence of Paragraph 17.

18.     Denied. Further answering, Defendants state that they build cogeneration modules that are commercially competitive with the cogeneration modules built by other manufacturers, including Plaintiff, having a similar size, weight, output power and operating specifications.

19.     Denied.

20.     Denied.

21.     Denied.

22.     Denied, except that Defendants admit having access to the Tecogen Installation Manual.

23.     Denied.

24.     Denied.

25.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of Paragraph 25, and on that basis, deny each and every allegation contained therein, and leave Plaintiff to its proof. Defendants deny the remaining allegations in Paragraph 25.

B0433640v2

26.    Denied, except that Defendants admit receiving a letter from counsel for Plaintiff dated August 8, 2005 and admit that Defendants continue to offer to sell cogeneration modules manufactured by Defendants.

## IV.    COUNT I

(Statutory Copyright Infringement of Installation Manual)

27.    The responses contained within paragraphs 1 through 26 above are incorporated as if fully set forth herein.

28.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 28, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

29.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 29, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

30.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 30, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

31.    Denied.

32.    Denied.

## V.    COUNT II

(Statutory Copyright Infringement of Computer Program)

33.    The responses contained within paragraphs 1 through 32 above are incorporated as if fully set forth herein.

5

34.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 34, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

35.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 35, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

36.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 36, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

37.    Denied.

38.    Denied.

## VI.    COUNT III

### (Common Law Copyright Infringement)

39.    The responses contained within paragraphs 1 through 38 above are incorporated as if fully set forth herein.

40.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 40, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

41.    Denied.

42.    Denied.

B0433640v2

## VII.    <u>COUNT IV</u>

### (Patent Infringement)

43.    The responses contained within paragraphs 1 through 42 above are incorporated as if fully set forth herein.

44.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 44, and on that basis deny each and every allegation contained therein, and leave Plaintiff to its proof.

45.    Admitted.

46.    Denied, except that Defendants admit that the TP-75LE module includes an exhaust gas heat exchanger connected to a catalytic converter.

47.    Denied.

48.    Denied.

49.    Denied.

50.    Denied.

## VIII.    <u>COUNT V</u>

### (Unfair Competition and Unfair and Deceptive
Acts or Practices in violation of State Law)

51.    The responses contained within paragraphs 1 through 50 above are incorporated as if fully set forth herein.

52.    Denied.

53.    Denied.

7

## IX.  <u>AFFIRMATIVE DEFENSES</u>

### First Affirmative Defense
(Non-Infringement)

54.     Defendants have not infringed and do not infringe any valid claim of U.S. Patent No. 5,033,264 (the "'264 patent").

### Second Affirmative Defense
(Invalidity)

55.     The '264 patent is invalid for failure to comply with one or more of the conditions for patentability specified in Title 35 United States Code, particularly, sections 102, 103 and 112.

### Third Affirmative Defense
(Invalidity - Inequitable Conduct)

56.     The '264 patent is invalid for failure by the named inventor, Tecogen, and their agents, to disclose to the United States Patent and Trademark Office during prosecution information known by them to be material to patentability.

### Fourth Affirmative Defense
(Unclean Hands)

57.     Plaintiff's claim of patent infringement is barred in whole or in part by the doctrine of unclean hands.

### Fifth Affirmative Defense
(Unenforceability)

58.     Plaintiff's claim of patent infringement is barred in whole or in part on the grounds that the patent is unenforceable.

B0433640v2

## X.    COUNTERCLAIMS

1.      Counterclaim plaintiff, Aegis Energy Services, Inc. ("Aegis Energy"), is a corporation organized under the laws of the Commonwealth of Massachusetts having a principal place of business at 2097 Riverdale Street, Springfield, Massachusetts 01089, within this district.

2.      Counterclaim plaintiff, Aegenco, Inc., is a corporation organized under the laws of the Commonwealth of Massachusetts having a principal place of business at 2085 Riverdale Street, Springfield, Massachusetts 01089, within this district.

3.      Counterclaim plaintiffs, Aegis Energy and Aegenco, are informed and believe, and on that basis allege, that counterclaim defendant, Tecogen, Inc., is a corporation organized under the laws of the State of Delaware with its principal place of business at 45 First Avenue, Waltham, Massachusetts 02451, in this district.

4.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1367.

5.      Venue is proper in the District of Massachusetts pursuant to 28 U.S.C. § 1391.

### First Claim For Relief
(Intentional Interference with Contractual Relations)

6.      Counterclaim-plaintiffs repeat and reallege and incorporate by reference the allegations contained in paragraphs 1-5.

7.      On June 16, 2005, a valid contract and beneficial business relationship was initiated between Aegis Energy and Atlantic Energy Services, Inc. ("Atlantic"), of 92 Congress Street, Suite 4, Saratoga Springs, New York 12866. The contract required Aegis Energy to deliver four (4) Aegen ThermoPower TP-75LE cogeneration modules to

9

Chemung County Health Center of 103 Washington Street, Elmira, New York 14901. The contract was identified under Purchase Order No. 05AES001. A true and correct copy of this Purchase Order is annexed hereto as Exhibit A.

8.       On June 17, 2005, a valid contract and beneficial business relationship was established between Aegis Energy and Atlantic to deliver five (5) Aegen ThermoPower TP-75LE cogeneration modules to Atlantic. The contract was identified under Purchase Order No. 05AES002. A true and correct copy of this Purchase Order is annexed hereto as Exhibit B.

9.       Counterclaim plaintiffs, Aegis Energy and Aegenco, are informed and believe, and on that basis allege Tecogen had knowledge of the existence of the contractual relationship between Aegis Energy and Atlantic.

10.      Aegis Energy and Aegenco are informed and believe, and on that basis allege, that Tecogen performed intentional acts designed to disrupt the contractual relationship between Aegis Energy and Atlantic. Such intentional acts include but are not limited to the mailing of a letter from Tecogen to Atlantic on or about July 11, 2005. A true and correct copy of a letter mailed from Tecogen to Atlantic is annexed hereto as Exhibit C.

11.      Aegis Energy and Aegenco are informed and believe, and on that basis allege that Tecogen further performed intentional acts designed to disrupt the above-identified contractual relationship through its contact with an ultimate customer of the cogeneration modules, Chemung County Health Center – Nursing Facility of 103 Washington Street, Elmira, New York 14902. Such intentional acts include, but are not limited to, the mailing of a letter from Tecogen to Chemung County Health Center on or

10

about July 18, 2005.  A true and correct copy of a letter from Tecogen to Chemung County Health Center dated July 18, 2005 is annexed hereto as Exhibit D.

12.    Aegis Energy and Aegenco are informed and believe, and on that basis allege, that Tecogen caused, and is directly responsible for, the actual disruption of the contract with Atlantic to supply Chemung County Health Center – Nursing Facility with Aegen cogeneration modules. A true and correct copy of Atlantic's cancellation of PO # 05 AES001 relating to the Chemung County Health Center is annexed hereto as Exhibit E.

13.    Aegis Energy and Aegenco have incurred damages directly and proximately caused by Tecogen by the intentional disruption of the Aegis Energy contract with Atlantic.

**Second Claim For Relief**
(Intentional Interference with Contractual Relations)

14.    Counterclaim plaintiff, Aegis Energy, repeats and realleges and incorporates by reference the allegations contained in paragraphs 1-13.

15.    Aegis Energy was an exclusive distributor of Tecogen cogeneration systems and parts for the States of Massachusetts and Connecticut. Aegis Energy was a non-exclusive distributor of Tecogen cogeneration systems and parts for the State of New York.

16.    On June 21, 2004, Aegis Energy proposed the installation of cogeneration systems for the Lakeland School District to Energy Concepts Engineering ("Energy Concepts") of 3445 Winton Place, Suite 102, Rochester, New York 14623.  A true and correct copy of this proposal is annexed hereto as Exhibit F.

11

17.     On April 27, 2005, a valid contract and beneficial business relationship was established between Aegis Energy and J&M Heating and A/C, Inc. ("J&M Heating"), of 48 Grand Street, New Rochelle, New York 10801. J&M Heating is a subcontractor of the developer of the Lakeland School District project, Atlantic. The contract required Aegis Energy to deliver eleven (11) Tecogen cogeneration units for the Lakeland School District. The contract was identified under Purchase Order No. 16229. A true and correct copy of this Purchase Order is annexed hereto as Exhibit G.

18.     On May 2, 2005, Aegis Energy executed Purchase Order No. 05-475LV to Tecogen for twelve (12) cogeneration modules in support of the April 27, 2005 contract with J&M Heating for the Lakeland School District project.  A true and correct copy of this Purchase Order is annexed hereto as Exhibit H.

19.     On May 4, 2005, Aegis Energy delivered an Engineering Submittal to J&M Heating for the Lakeland School District project under the contract of April 27, 2005. The Engineering Submittal proposed installing Tecogen CM-75LE cogeneration modules. A true and correct copy of this Submittal is annexed hereto as Exhibit I.

20.     On May 17, 2005, Aegis Energy revised its purchase order, Purchase Order No. 05-475LV REVISED, with Tecogen based on a negotiated revised pricing schedule with increased prices. Aegis Energy requested written confirmation of acceptance of said revised purchase order.   A true and correct copy of this communication is annexed hereto as Exhibit J.

21.     Aegis Energy is informed and believes, and on that basis alleges, that on or about June 6-8, 2005 Tecogen and Tecogen's affiliate sister company, American DG ("ADG"), at Tecogen's direction, performed intentional acts designed to disrupt and

usurp the contractual relationship between Aegis Energy and Atlantic by undermining the distributor relationship between Tecogen and Aegis Energy, using confidential customer contacts established by Aegis Energy, and offering to sell directly to Atlantic approximately twenty (20) cogeneration modules, eleven of which were intended for the Lakeland School District project.

22.     As a consequence of Tecogen's improper conduct, Aegis Energy was compelled to prepare and bid in competition with its own supplier, Tecogen, and Tecogen's affiliate sister company, ADG, for the twenty units proposed to be directly sold by Tecogen to Atlantic.  A true and correct copy of one such bid is annexed hereto as Exhibit K.

23.     Aegis Energy is informed and believes, and on that basis alleges, that Tecogen further performed intentional acts designed to disrupt the above-identified contractual relationship by withholding written confirmation of acceptance of the above-identified revised purchase order, thereby prohibiting Aegis Energy from supplying the Tecogen cogeneration modules to J&M Heating.

24.     On June 24, 2005, Tecogen improperly terminated Aegis Energy as an authorized dealer of Tecogen cogeneration modules and related parts and equipment, thereby causing harm and damage to Aegis Energy.  A true and correct copy of Tecogen's termination letter is annexed hereto as Exhibit L.

25.     Aegis Energy is informed and believes, and on that basis alleges, that Tecogen caused, and is directly responsible for, the actual disruption of the contract between Aegis Energy and J&M Heating for the delivery of eleven (11) Tecogen cogeneration modules.

26.    Aegis Energy has incurred damages directly and proximately caused by Tecogen by the intentional disruption of its contract with J&M Heating.

**Third Claim For Relief**
(Violation of Unfair Trade Practices Under the General Laws of Massachusetts Pursuant to Massachusetts General Law M.G.L. c. 93A, §1 *et seq*.)

27.    Counterclaim plaintiffs, Aegis Energy and Aegenco, repeat and reallege and incorporates by reference the allegations contained in paragraphs 1-26.

28.    This is an action for unfair business practices, methods of competition, and unfair and deceptive acts in the conduct of Tecogen's trade in violation of M.G.L. c. 93A, §1 *et seq*.

29.    Tecogen is engaged in trade or commerce as those terms are used in Section 2 of c. 93A.

30.    Aegis Energy and Aegenco are informed and believe, and on that basis allege, that Tecogen, by itself and through its attorneys, has contacted and distributed false and misleading information to numerous customers of Aegis Energy and Aegenco, regarding certifications for cogeneration modules, and specifically regarding the certification of Aegis Energy supplied Aegenco cogeneration modules, including improperly calling into question the certification status of the Aegenco cogeneration modules. *See* Exhibit Nos. C, D and M.   A true and correct copy of Exhibit M, a communication from Tecogen's counsel to J&M Heating dated October 3, 2005, is annexed hereto.

31.    Aegis Energy is informed and believes, and on that basis alleges, that Tecogen undermined its distributor relationship with Aegis Energy, used confidential customer contacts established by Aegis Energy, and offered to sell to an Aegis Energy

14

customer approximately twenty (20) Tecogen cogeneration modules in direct competition with Aegis Energy, after Aegis Energy had properly represented Tecogen as its distributor and successfully secured a contract for Tecogen cogeneration modules from said customer.

32.    Tecogen's unfair and deceptive trade practices occurred primarily and substantially in the Commonwealth of Massachusetts in that: Tecogen's pricing quotations, decisions regarding acceptance or rejection of bids and contracts, termination of Aegis Energy's distributorship, and creation and dissemination of letters to Aegis Energy's customers in violation of M.G.L. c.93A §1 *et seq*., all took place in the Commonwealth of Massachusetts.

33.    Tecogen's actions, as described above, constitute unfair and/or knowingly deceptive practices prohibited by M.G.L. c.93A §1 *et seq*.

34.    Tecogen's actions, as described above, were performed willingly and knowingly.

35.    As a direct and proximate result of Tecogen's acts of unfair competition, Aegis Energy and Aegenco have been and continue to be injured, and have sustained and will continue to sustain damages in an amount not presently known.

36.    Aegis Energy and Aegenco are entitled to injunctive relief enjoining Tecogen and its attorneys from contacting customers of Aegis Energy and disseminating misleading information regarding the certification of the Aegis Energy supplied Aegenco cogeneration modules.

B0433640v2

## XI.    PRAYER FOR RELIEF

WHEREFORE, Defendants pray this Court for the following relief:

1.    Declaratory Relief stating that:

> (a)    Tecogen is without right or authority to threaten or maintain suit against Defendants for alleged infringement of the '264 patent; and

> (b)    U.S. Patent No. 5,033,264 is invalid;

2.    That the Court enter judgment in favor of Defendants on Plaintiff's claims and direct that Plaintiff take nothing by its Complaint against Defendants;

3.    That Defendants be awarded its costs of suit incurred in defense of this action;

4.    An order temporarily and permanently enjoining Tecogen from further violations of Massachusetts General Law c. 93A, §1 *et seq.*

5.    That Defendants be awarded its attorney fees incurred in defense of this action, including an award of treble damages, and costs pursuant to Massachusetts General Law c. 93A, §1 *et seq.*; and

6.    That the Court grant Defendants such other relief as the Court deems just and proper.

16

## XII.    DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and L. Civ. R. 38.1, defendants and counterclaim plaintiffs hereby demand a jury trial on all issues raised in the claims herein and triable of right by a jury.

Respectfully submitted,

**AEGIS ENERGY SERVICES, INC. and AEGENCO, INC.,**
Defendants and Counterclaim Plaintiffs
By their attorneys,

Date: October 19, 2005

/s/ David Himelfarb
William A. Zucker (BBO # 541240)
  Email: wzucker@ghlaw.com
David Himelfarb (BBO # 649596)
  Email: dhimelfarb@ghlaw.com
**GADSBY HANNAH LLP**
225 Franklin Street
Boston, MA 02110
Tel. (617) 345-7016
Fax (617) 204-8016

Of Counsel:
Anthony P. DeLio
Peter W. Peterson
Robert Curcio
**DELIO & PETERSON, LLC**
121 Whitney Avenue
New Haven, CT  06510
Tel.: (203) 787 – 0595
Fax: (203) 787 – 5818
Attorneys for Defendants and Counterclaim Plaintiffs

aegi901_answer

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing **ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND DEMAND FOR JURY TRIAL, FOR DEFENDANTS** was mailed this 19th day of October, 2005, by U.S. Postal first class mail, postage pre-paid to:

Julie A. Frohlich, Esq.
Goulston & Storrs, PC
400 Atlantic Avenue
Boston, MA 02110


By:    /s/ David Himelfarb
David Himelfarb

E
X
H
I
B
I
T

A



# Purchase Order

| Order Date: | PO No: | Job: |
|---|---|---|
| June 16, 2005 | 05AES001 | Chemung County Health Center |

**Seller:** Aegis Energy Services, Inc.
2097 Riverdale Street
West Springfield, MA 01089
413-746-5400

**Ship To:** Chemung County Health Center
103 Washington Street
Elmira, NY 14901
607-737-2028

Delivery date of goods: (on or before):  10-12 Weeks from date of order

Per Our Attached Specification dated:  NA

Completion of services date (on or before): NA

Per your quote dated:  June 16, 2005

| Item No. | Quantity | Vendor Catalog No. | Description of Goods or Services | Price per Item | Extended Price |
|---|---|---|---|---|---|
| 1 | 4 | AEGEN ThermoPower TP-75LE | Cogeneration Module (75kW, 60 Hz, 480 V, 3-phase) | NA | ▓▓▓▓ |

Misc. Notes:   1. Units to be equipped with the logo "ATLANTICGEN".

2. PO is contingent upon the design engineer's approval of the
AEGEN unit as an acceptable substitute to the TECOGEN, INC
CM-75 Integrated module  listed in the project plans and
Specifications.

Sub-total: ▓▓▓▓
Sales Tax:  Exempt
Total: ▓▓▓▓

**\*\* Send all invoices to the attention of Accounts Payable to the address listed below.\*\***

**\*\*Our Purchase Order No. <u>MUST</u> appear on all invoices, shipping labels and packages.\*\***

NOTE: This order expressly limits acceptance to the terms stated on the face and back of this form and on any Purchase order
supplement attached hereto.  Any additional or different terms, whether or not materially different, set forth in any communication
from the seller are objected to and hereby rejected.

Approved By AES:   *Timothy J. Brock, President*

Dated: 6/16/05

epted By:

Dated:

92 Congress Street • Suite 4 • Saratoga Springs, NY • 12866 • (518) 587-3252 • (518) 587-4328 fax

E
X
H
I
B
I
T

B



# Purchase Order

| Order Date: | PO No: | Job: |
|---|---|---|
| June 17, 2005 | 05AES002 | Atlantic Energy Services, Inc. |

**Seller:** Aegis Energy Services, Inc.
2097 Riverdale Street
West Springfield, MA 01089
413-746-5400

**Ship To:** Atlantic Energy Services, Inc.
92 Congress Street
Saratoga Springs, NY 12866
518-587-3252

Delivery date of goods: (on or before): To be Determined

Per Our Attached Specification dated: NA

Completion of services date (on or before): To be Determined

Per your quote dated: June 16, 2005

| Item No. | Quantity | Vendor Catalog No. | Description of Goods or Services | Price per Item | Extended Price |
|---|---|---|---|---|---|
| 1 | 5 | AEGEN ThermoPower TP-75LE | Cogeneration Module (75kW, 60 Hz, 3-phase) Voltage to be determined | NA | ▮▮▮▮ |

Misc. Notes:  1. Units to be equipped with the logo "ATLANTICGEN".
2. Delivery dates and locations will be determined at a later date.

Sub-total: ▮▮▮▮
Sales Tax: Exempt
Total: ▮▮▮▮

** Send all invoices to the attention of Accounts Payable to the address listed below.**

**Our Purchase Order No. <u>MUST</u> appear on all invoices, shipping labels and packages.**

NOTE: This order expressly limits acceptance to the terms stated on the face and back of this form and on any Purchase order supplement attached hereto. Any additional or different terms, whether or not materially different, set forth in any communication from the seller are objected to and hereby rejected.

Approved By AES:  *Timothy J. Brock, President*                    Dated: 6/17/05

Accepted By:                                                        Dated:

92 Congress Street • Suite 4 • Saratoga Springs, NY • 12866 • (518) 587-3252 • (518) 587-4328 fax

E
X
H
I
B
I
T

C



**TECOGEN**
Natural Gas Engine-Driven Products

TECOCHILL®
TECOGEN®
TECOFROST™

July 11, 2005

Mr. Timothy J. Brock, President
Atlantic Energy Services, Inc.
92 Congress Street, Suite #4
Saratoga Springs, New York 12866

RECEIVED
JUL 1 4 2005

Dear Mr. Brock:

As you are aware, we at Tecogen were surprised and dismayed to learn that the purchase order for the eleven Tecogen CM-75 cogeneration units for the Lakeland School Projects was cancelled in favor of a new product – one that does not satisfy the project's engineering specifications – manufactured by Aegis Energy Services. We feel this to be severe misjudgment given that the Aegis product is new, untested in the marketplace and with limited certifications, if any. To purchase and install the Aegis system in the Lakeland schools is an unwise and irresponsible act.

Tecogen, as you know, has manufactured its cogeneration module for over twenty years, having produced and installed approximately 800 CM-60/75 modules in that period. The Tecogen product is the standard for small packaged cogen modules in this country, having been successfully used in many applications, including over a dozen schools in Upstate New York alone. The Aegis unit, by comparison, has only recently been introduced to the market and has a very limited track record. We feel strongly that this substitution should not be made without a careful and impartial product comparison, especially in the areas of product track record and product safety certifications.

Relative to the product certifications, please understand that cogeneration modules such as those manufactured by Tecogen or Aegis are natural gas/electrical appliances for which certification is a fundamental requirement, especially in a public facility. Tecogen, at great expense and engineering time, has obtained full certifications for its products. I wish to elaborate on what true certification means as it is often misunderstood. The specific certifications for the CM-75 are listed in Table 1 (attached) along with web links confirming the listing. As shown, the overall product – *in total, as a complete device* – has been certified by ETL/Intertek, a Nationally Recognized Testing Laboratory (or NRTL) to the *AGA (American Gas Assoc.) Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89)*. This certification requires that the entire machine design be reviewed by the NRTL engineers for properly listed electrical and fuel supply components and that the components themselves are correctly installed and applied. The entire product, in its final design configuration, is then tested by the NRTL to confirm the published performance specifications, as well as to ensure that the required alarms safely stop the machine when these events are simulated. Also, and as shown in Table 1, the Tecogen manufacturing facility is inspected quarterly by an ETL/Intertek engineer for continued design compliance and to confirm that the mandated processes required to maintain certification are still being conducted on each unit (i.e., quality control steps, specialized shop tests for voltage surge, etc.). Our most recent inspection was on May 10, 2005.

As you know, the engineering specifications for the Lakeland project, for good reason, specified that the cogeneration units must be AGA certified. We do not believe that the Aegis system has satisfied that requirement.

45 First Avenue
Waltham, MA 02451
ph: 781.466.6400 fax: 781.466.6465
www.tecogen.com

# TECOGEN

– 2 –

July 12, 2005

The Tecogen CM-75 has also been certified for safe interconnection to utility electric system by three standards: (a) The Institute for Electric and Electronic Engineers (IEEE) P1547/D07, (b) The New York State Interconnect Requirement (NYSIR), and (c) The California Electric Rule 21. These interconnection certifications generally require the same format as the product safety certification; the units are reviewed and tested by an NRTL (see Table 2 for the tests) after which quarterly inspections are conducted for design and QC compliance. In this case, ETL/Intertek was used for most tests, although Underwriters Laboratories was used for the anti-islanding certification, a safety that protects utility workers if an outage occurs. These certifications are important as they impact the facility's liability relative to the electric company's property and workers.

It is worth mentioning also that Tecogen has also obtained certification of its switchgear against water spray to IPX4 (an international electrical certification) by ETL/Intertek. This was necessary because our integrated design locates the plumbing module above this high voltage switchgear, a location which many inspectors would disallow unless the cabinet was certified against water ingress. Lakeland had planned to use this plumbing module in the Tecogen design and if the Aegis machine is likewise to use the Aegis version of this accessory then switchgear water spray certification is an important and valid requirement.

At Tecogen, we take great pride in these certifications. For our customers, the certifications and quarterly inspection serve as essential "third-party" checks of our product designs, manufacturing procedures, and QC systems. They also impact favorably our company's ability to obtain the normally required levels of product liability insurance. Moreover, we learned early on in this business that few building inspectors and careful facility managers would accept the installation of an uncertified appliance that generates pressurized hot water and high voltage electricity, so most projects simply could not proceed without such certifications. In the case of Lakeland and the new Aegis product, we are not certain of its certification status. However, given the information available on Aegis' web site and in checking the various agency web sites for listed products, it would appear doubtful that the Aegis product has any certifications except on the component level (not applicable to the entire unit).

I urge Atlantic Energy to be wary of accepting an uncertified appliance for installation into its customers' facilities, especially where there is no economic incentive to do so. Thank you for your thoughtful consideration of this matter and please contact me if you have any questions (781-466-6401, Robert.Panora@Tecogen.com).

Sincerely,

Robert A. Panora

Robert A. Panora
President & COO

CC:   Kenneth Connolly, Superintendent of Schools, Lakeland Central School District
      Dan Westbrook, Senior Mechanical Construction Engineer, New York State Education Department

# TECOGEN

– 3 –

July 12, 2005

### Table 1 – Tecogen CM-75 Product Safety Certifications

| Name | Description | Requirements for Maintaining Compliance |
|---|---|---|
| ETL Listed Marking – Report #484603 http://etlwhidirectory.etlsemko.com/WebClients/ITS/DLP/products.nsf/0a421e1eeae6f216852568d40058b2af/fee84098ee1089da85256a69004853bc?OpenDocument&ExpandSection=2&Highlight=2,Tecogen-_Section2 | Labeled for compliance with the AGA Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89) | • Third party (ITS) Quarterly Inspections to ensure quality control<br>• 100% Production Line Testing – Dielectric Withstand Test<br>• Third party authorization required to use alternate parts |
| IPX4 | Control and switchgear enclosures have been certified to IPX4 (International classification system per IEC 60529 for ingress protection against water) | N/A |

| Name | Description | Requirements for Maintaining Compliance |
|---|---|---|
| IEEE P1547/D07 | Certified by Intertek Testing Services to be in compliance with this Draft Standard for Interconnecting Distributed Resources with Electric Power Systems. (See Type Testing Summary Below) | • Third party (ITS) Quarterly Inspections to ensure firmware revision control<br>• 100% Production Line Testing – Voltage/Frequency Variation Test |
| NYSIR http://www.dps.state.ny.us/SIRDevices.PDF | Accepted as Type Tested and Approved Equipment by the New York State Public Service Commission Standard Interconnect Requirements. (See Type Testing Summary Below) | • Website listing of most current firmware version<br>• 100% Production Line Testing – Voltage/Frequency Variation Test |
| California Rule 21 http://www.energy.ca.gov/distgen/interconnection/certification.html | Certified to meet the Type Testing and Production Testing requirements of California Rule 21. Also certified as Non-Islanding. (See Type Testing Summary Below) | • Third party (ITS) Quarterly Inspections to ensure firmware revision control<br>• 100% Production Line Testing – Voltage/Frequency Variation Test |

**TECOGEN**                    – 4 –                    July 12, 2005

Table 2 – Tecogen CM-75 Electric Interconnection Tests Required for Interconnection
Certification to P1547, NSIR, and Rule 21 (all passed)

| Standard | Section | Description | Reference Standard |
|---|---|---|---|
| IEEE P1547/D07 | 4.2.1 | Voltage Disturbances | |
| | 4.2.2 | Frequency Disturbances | |
| | 4.3.2 | Limitation to Flicker | |
| | 4.3.3 | Harmonics | |
| | 4.3.4 | Immunity Protection (Radiated RF) | IEEE C37.90.2 |
| | 4.3.5 | Surge Immunity | IEEE C37.90.1, IEEE C62.45 |
| | 4.3.5 | Electrical Fast Transient Immunity | IEEE C37.90.1, IEEE C62.45 |
| | 4.3.5 | 100 kHz, 500A Ringwave | IEEE C62.41, IEEE C62.45 |
| | 4.3.5 | 1.2 x 50 uS Surge | IEEE C62.41, IEEE C62.45 |
| UL1741 | 44 | Dielectric Voltage-Withstand | |
| | 45.2.2 | Power Factor | |
| | 45.4 | Harmonic Distortion | Same as P1547/D07 Section 4.3.3 |
| | 46.2 | Voltage and Frequency Variation | Same as P1547/D07 Section 4.2.1 & 4.2.2 |
| | 46.2.3 | Automatic Restart, 5 minutes | |
| | 46.4 | Power Loss, Control Circuitry | |
| | 47.3 | Short Circuit Test | |
| | 46.3 | Anti-Islanding | |

E
X
H
I
B
I
T

D

# TECOGEN

*Natural Gas Engine-Driven Products*

TECOCHILL*
TECOGEN®
TECOFROST™

July 18, 2005

Mr. Robert Page
Chemung County Health Center – Nursing Facility
103 Washington Street
PO Box 588
Elmira, NY, 14902

Dear Mr. Page:

As you are aware, we at Tecogen were surprised and dismayed to learn that the planned purchase of the four Tecogen CM-75 cogeneration units for the Chemung Project was revised in favor of a new product – one of unequal engineering specifications – manufactured by Aegis Energy Services. We feel this to be severe misjudgment given that the Aegis product is new, untested in the marketplace, unsupported by a local/experienced service organization, and is a product with limited certifications, if any. To purchase and install the Aegis system in the Chemung Nursing Facility would be an unwise and irresponsible act.

Tecogen, as you know, has manufactured its cogeneration module for over twenty years, having produced and installed approximately 800 CM-60/75 modules in that period. The Tecogen product is the standard for small packaged cogen modules in this country, having been successfully used in many applications, including dozens of sites in Upstate New York alone. I believe some members of your staff may have visited several of these local sites (Geneva General Hospital and the Clifton Springs Hospital and Clinic). As such you are likely aware that the Tecogen product is supported by a factory service center based in Newark, NY (four service technians/129 CM-75's) with the closest serviceman within a one hour drive of the Chemung facility. The Aegis unit, by comparison, has only recently been introduced to the market and has a very limited track record. To our knowledge they have no service operation in your area. We feel strongly that this substitution should not be made without a careful and impartial product comparison, especially in the areas of product track record, product safety certifications, and local service infrastructure.

Relative to the product certifications, please understand that cogeneration modules such as those manufactured by Tecogen or Aegis are natural gas/electrical appliances for which certification is a fundamental requirement, especially in a public elder-care facility. Tecogen, at great expense and engineering time, has obtained full certifications for its products. I wish to elaborate on what true certification means as it is often misunderstood. The specific certifications for the CM-75 are listed in Table 1 (attached) along with web links confirming the listing. As shown, the overall product – *in total, as a complete device* – has been certified by ETL/Intertek, a Nationally Recognized Testing Laboratory (or NRTL) to the *AGA (American Gas Assoc.) Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89)*. This certification requires that the entire machine design be reviewed by the NRTL engineers for properly listed electrical and fuel supply components and that the components themselves are correctly installed and applied. The entire product, in its final design configuration, is then tested by the NRTL to confirm the published performance specifications, as well as to ensure that the required alarms safely stop the machine when these events are simulated. Also, and as shown in Table 1, the Tecogen manufacturing facility is inspected quarterly by an ETL/Intertek engineer for continued design compliance and to confirm that the mandated processes required to maintain certification are still being conducted on each unit (i.e., quality control steps, specialized shop tests for voltage surge, etc.). Our most recent inspection was on May 10, 2005.

The Tecogen CM-75 has also been certified for safe interconnection to utility electric system by three standards: (a) The Institute for Electric and Electronic Engineers (IEEE) P1547/D07, (b) The New York State Interconnect Requirement (NYSIR), and (c) The California Electric Rule 21. These interconnection certifications generally require the same format as the product safety certification above; the units are reviewed and tested by an NRTL (see Table 2 for the tests) after which quarterly inspections are conducted for design and QC compliance. In this case, ETL/Intertek was used for most tests, although Underwriters Laboratories was used for the anti-islanding

*45 First Avenue*
*Waltham, MA 02451*
*781.466.6400  (fax) 781.466.6466*

– 2 –                                                                July 18, 2005

certification, a safety that protects utility workers if an outage occurs. These certifications are important as they impact the facility's liability relative to the electric company's property and workers.

It is worth mentioning also that Tecogen has also obtained certification of its switchgear against water spray to IPX4 (an international electrical certification) by ETL/Intertek. This was necessary because our integrated design locates the plumbing module above this high voltage switchgear, a location which many inspectors would disallow unless the cabinet was certified against water ingress. The Chemung County project had planned to use this plumbing module in the Tecogen design and if the Aegis machine is likewise to use the Aegis version of this accessory then switchgear water spray certification is an important and valid requirement.

At Tecogen, we take great pride in these certifications. For our customers, the certifications and quarterly inspection serve as essential "third-party" checks of our product designs, manufacturing procedures, and QC systems. They also impact favorably our company's ability to obtain the normally required levels of product liability insurance. Moreover, we learned early on in this business that few building inspectors and careful facility managers would accept the installation of an uncertified appliance that generates pressurized hot water and high voltage electricity, so most projects simply could not proceed without such certifications. In the case of Chemung and the new Aegis product, we are not certain of its certification status. However, given the information available on Aegis' web site and in checking the various agency web sites for listed products, it would appear doubtful that the Aegis product has any certifications except on the component level (not applicable to the entire unit).

Several weeks ago, when we learned of the change, Wes Schuster (Tecogen Sales VP) immediately placed a call to Mr. Brock (Atlantic Energy's President) asking for the opportunity to re-quote and better the Aegis price. Our call was not returned. As we discussed, our offer remains on the table.

I urge you to be wary of accepting an uncertified appliance for installation into its facility, especially where there is no economic incentive to do so. Thank you for your thoughtful consideration of this matter and please contact me if you have any questions (781-466-6401, Robert.Panora@Tecogen.com).

Sincerely,

*Robert A. Panora*

Robert A. Panora
President & COO

CC:     Troy McClure – Clough Harbour Associates (tmcclure@CHA-LLP.com)
        Tim Casabonne – Atlantic Energy Services, Inc. (tcasabonne@atlanticenergyservices.com)

– 3 –                                        July 18, 2005

## Table 1 – Tecogen CM-75 Product Safety Certifications

| Product Safety Certification | | |
|---|---|---|
| **Name** | **Description** | **Requirements for Maintaining Compliance** |
| ETL Listed Marking – Report #484603 http://etlwhidirectory.etlsemko.com/WebClients/ITS/DLP/products.nsf/6a421efeead6f216852568d4005862af/fee54098eef089da85256a69004853bc?OpenDocument&ExpandSection=2&Highlight=2,Tecogen - _Section2 | Labeled for compliance with the AGA Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89) | • Third party (ITS) Quarterly Inspections to ensure quality control<br>• 100% Production Line Testing – Dielectric Withstand Test<br>• Third party authorization required to use alternate parts |
| IPX4 | Control and switchgear enclosures have been certified to IPX4 (International classification system per IEC 60529 for ingress protection against water) | N/A |
| Interconnection Compliance | | |
| **Name** | **Description** | **Requirements for Maintaining Compliance** |
| IEEE P1547/D07 | Certified by Intertek Testing Services to be in compliance with this Draft Standard for Interconnecting Distributed Resources with Electric Power Systems. *(See Type Testing Summary Below)* | • Third party (ITS) Quarterly Inspections to ensure firmware revision control<br>• 100% Production Line Testing – Voltage/Frequency Variation Test |
| NYSIR http://www.dps.state.ny.us/SIRDevices.PDF | Accepted as Type Tested and Approved Equipment by the New York State Public Service Commission Standard Interconnect Requirements. *(See Type Testing Summary Below)* | • Website listing of most current firmware version<br>• 100% Production Line Testing – Voltage/Frequency Variation Test |
| California Rule 21 http://www.energy.ca.gov/distgen/interconnection/certification.html | Certified to meet the Type Testing and Production Testing requirements of California Rule 21. Also certified as Non-Islanding. *(See Type Testing Summary Below)* | • Third party (ITS) Quarterly Inspections to ensure firmware revision control<br>• 100% Production Line Testing – Voltage/Frequency Variation Test |

Table 2 – Tecogen CM-75 Electric Interconnection Tests Required for Interconnection
Certification to P1547, NSIR, and Rule 21 (all passed)

| Type Testing | | | |
|---|---|---|---|
| Standard | Section | Description | Reference Standard |
| IEEE P1547/D07 | 4.2.1 | Voltage Disturbances | |
| | 4.2.2 | Frequency Disturbances | |
| | 4.3.2 | Limitation to Flicker | |
| | 4.3.3 | Harmonics | |
| | 4.3.4 | Immunity Protection (Radiated RFI) | IEEE C37.90.2 |
| | 4.3.5 | Surge Immunity | IEEE C37.90.1, IEEE C62.45 |
| | 4.3.5 | Electrical Fast Transient Immunity | IEEE C37.90.1, IEEE C62.45 |
| | 4.3.5 | 100 kHz, 500A Ringwave | IEEE C62.41, IEEE C62.45 |
| | 4.3.5 | 1.2 x 50 uS Surge | IEEE C62.41, IEEE C62.45 |
| UL1741 | 44 | Dielectric Voltage-Withstand | |
| | 45.2.2 | Power Factor | |
| | 45.4 | Harmonic Distortion | Same as P1547/D07 Section 4.3.3 |
| | 46.2 | Voltage and Frequency Variation | Same as P1547/D07 Section 4.2.1 & 4.2.2 |
| | 46.2.3 | Automatic Restart, 5 minutes | |
| | 46.4 | Power Loss, Control Circuitry | |
| | 47.3 | Short Circuit Test | |
| | 46.3 | Anti-Islanding | |

E
X
H
I
B
I
T

E



August 1, 2005

Mr. Lee Vardakas
Aegis Energy Services Inc.
2097 Riverdale Street
West Springfield, MA 01089

**Re: Chemung County Health Center**

Dear Lee,

This letter serves as cancellation of our purchase order, PO # 05AES001, for (4) cogeneration modules for the Chemung County Health Center.

Please feel free to contact me if you have any questions regarding this matter.

Sincerely,

Tim Casabonne
Project Manager

CC: Timothy Brock





www.atlantic-energy-services.com

E
X
H
I
B
I
T

F



**AEGIS ENERGY SERVICES INC.**

*413/746-5400 • FAX 413/746-3242*
*WWW.AEGISENERGYSERVICES.COM*

*2097 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 • PO. BOX 2511, SPRINGFIELD, MA 01101-2511*

June 21, 2004

Mr. William Cristofaro
Energy Concepts Engineering
3445 Winton Place, Suite 102
Rochester, NY 14623

## Cogeneration System Description for Lakeland School District

## Walter Panas

Installation of a Turnkey 300 KW cogeneration system located in existing boiler room per Energy Concepts drawings dated March 17, 2004.

The cogeneration system includes:

- ❖ Four (4) 75KW cogeneration modules.
- ❖ Four (4) Pump module station complete with pump and thermostatic mixing valve.
- ❖ Use of new mechanical room(constructed by others) to house cogeneration modules.
- ❖ Hydronic distribution(Type L copper and Schedule 40 steel) to chiller heat medium loop, and domestic hot water thermal load, and radiator system including pumps, heat exchangers, control valves. Hydronic piping to WFC chillers from main loop not included(secondary loop)
- ❖ Cogeneration natural gas piping from 4" boiler room gas service to cogeneration units including regulators and valve train to supply a minimum of 24" w.c. for each unit.
- ❖ Cogeneration exhaust piping (schedule 40 Steel) including emissions package (3-way NSCR catalyst), exhaust silencer and marine adapter. Flues will terminate 30" above boiler room roofline.
- ❖ Electrical interconnection with Con Ed utilizing the standard induction generator electrical interface and utility grade relay package. Electrical interconnection point will be at the #52 Breaker including conduit, wiring, and related electrical devices.
- ❖ Electrical load following software provisions.
- ❖ Glycol based heat dissipation system located outside mechanical room to keep system operational when thermal loads are light.
- ❖ All cogeneration system temperature controls for integration with new DDC network provided by others.
- ❖ Proper fresh air ventilation for cogeneration modules.
- ❖ Drawing package including shop drawings, submittals, and as-built drawings.
- ❖ System startup including factory authorized startup of cogeneration modules.
- ❖ Other appurtenances to make the system operational.

The System Excludes:

- ❖ Any Applicable Sales/use taxes.
- ❖ Any utility charges including metering assessments
- ❖ Any Asbestos Abatement

**Budget Turnkey Installed Cost**          $ 598,000.00

## VanCortlandville

Installation of a Turnkey 75 KW cogeneration system located in existing boiler room per Energy Concepts drawings dated March 17, 2004.

The cogeneration system includes:

- ❖ One (1) 75KW cogeneration module.
- ❖ One (1) Pump module station complete with pump and thermostatic mixing valve.
- ❖ Use of existing boiler room to house cogeneration module.
- ❖ Hydronic distribution(Type L copper and Schedule 40 steel) to hydronic space heating and domestic hot water, and radiator thermal load including pumps, heat exchangers, control valves.
- ❖ Cogeneration natural gas piping boiler room gas service to cogeneration unit including regulators and valve train to supply a minimum of 24" w.c. for each unit.
- ❖ Cogeneration exhaust piping (schedule 40 Steel) including emissions package (3-way NSCR catalyst), exhaust silencer and marine adapter.  Flue will terminate outside of boiler room in a sidewall configuration.
- ❖ Electrical interconnection with Con Ed utilizing the standard induction generator electrical interface and utility grade relay package.  Electrical interconnection point will be at the #52 Breaker including conduit, wiring, and related electrical devices.
- ❖ Electrical load following software provisions.
- ❖ Glycol based heat dissipation system located on boiler room roof to keep system operational when thermal loads are light.
- ❖ All cogeneration system temperature controls for integration with new DDC network provided by others.
- ❖ Proper fresh air ventilation for cogeneration modules.
- ❖ Drawing package including shop drawings, submittals, and as-built drawings.
- ❖ System startup including factory authorized startup of cogeneration modules.
- ❖ Other appurtenances to make the system operational.

The System Excludes:

- ❖ Any Applicable Sales/use taxes.
- ❖ Any utility charges including metering assessments
- ❖ Any Asbestos Abatement

**Budget Turnkey Installed Cost**          $ 188,000.00

## Copper Beech

Installation of a Turnkey 225 KW cogeneration system located in mechanical room per Energy Concepts drawings dated March 17, 2004.

The cogeneration system includes:

❖ Three (3) 75KW cogeneration modules.
❖ Three (3) Pump module station complete with pump and thermostatic mixing valve.
❖ Use of new mechanical room(constructed by others) to house cogeneration modules.
❖ 100 ft of 4" Hydronic distribution(Type L copper and Schedule 40 steel) to hydronic space heating and domestic hot water thermal load including pumps, heat exchangers, control valves. Piping will be configured in a primary/secondary arrangement with redundancy on primary loops.
❖ Cogeneration natural gas piping from new mechanical room gas service to cogeneration units including regulators and valve train to supply a minimum of 24" w.c. for each unit.
❖ Cogeneration exhaust piping (schedule 40 Steel) including emissions package (3-way NSCR catalyst), exhaust silencer and marine adapter. Flues will terminate 30" above mechanical room roof-line.
❖ Electrical interconnection with Con Ed utilizing the standard electrical interface. Electrical interconnection point will be at the electrical room switchboards located adjacent to the mechanical area including conduit, wiring, and related electrical devices.
❖ Motor control center for pumps, fans, feeders, etc...
❖ Electrical load following hardware and software provisions.
❖ Glycol based heat dissipation system located outside mechanical room to keep system operational when thermal loads are light.
❖ All cogeneration system temperature controls with integration with new DDC network(provided by others) and wiring.
❖ Proper fresh air ventilation for cogeneration modules.
❖ Drawing package including shop drawings, submittals, and as-built drawings.
❖ System startup including factory authorized startup of cogeneration modules.
❖ Other appurtenances to make the system operational.

The System Excludes:

❖ Any Applicable Sales/use taxes.
❖ Any utility charges including metering assessments
❖ Any Asbestos Abatement

**Budget Turnkey Installed Cost          $ 447,000.00**


## Lakeland High School

Installation of a Turnkey 225 KW cogeneration system located in mechanical room per Energy Concepts drawings dated March 17, 2004.

The cogeneration system includes:

❖ Three (3) 75KW cogeneration modules.
❖ Three (3) Pump module station complete with pump and thermostatic mixing valve.
❖ Use of new mechanical room(constructed by others) to house cogeneration modules.
❖ 100 ft of 4" Hydronic distribution(Type L copper and Schedule 40 steel) to hydronic space heating and domestic hot water thermal load including pumps, heat exchangers, control valves. Piping will be configured in a primary/secondary arrangement with redundancy on primary loops.
❖ Cogeneration natural gas piping from new mechanical room gas service to cogeneration units including regulators and valve train to supply a minimum of 24" w.c. for each unit.
❖ Cogeneration exhaust piping (schedule 40 Steel) including emissions package (3-way NSCR catalyst), exhaust silencer and marine adapter. Flues will terminate 30" above mechanical room roof-line.

- ❖ Electrical interconnection with Con Ed utilizing the standard electrical interface. Electrical interconnection point will be at the electrical room switchboards located adjacent to the mechanical area including conduit, wiring, and related electrical devices.
- ❖ Motor control center for pumps, fans, feeders, etc…
- ❖ Electrical load following hardware and software provisions.
- ❖ Glycol based heat dissipation system located outside mechanical room to keep system operational when thermal loads are light.
- ❖ All cogeneration system temperature controls with integration with new DDC network(provided by others) and wiring.
- ❖ Proper fresh air ventilation for cogeneration modules.
- ❖ Drawing package including shop drawings, submittals, and as-built drawings.
- ❖ System startup including factory authorized startup of cogeneration modules.
- ❖ Other appurtenances to make the system operational.

The System Excludes:

- ❖ Any Applicable Sales/use taxes.
- ❖ Any utility charges including metering assessments
- ❖ Any Asbestos Abatement

**Budget Turnkey Installed Cost**          $ 466,000.00

Regards,

Lee Vardakas
Operations Manager

E
X
H
I
B
I
T

G

**J & M HEATING AND A/C, INC.**
48 GRAND STREET
NEW ROCHELLE, NY 10801

# Purchase Order

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**16229**

TEL. (914) 632-4433
FAX. (914) 632-4772

| DATE | THEODORE R ON NO. |
|------|------|
| 4/27/05 | 2070 |

TO

Aegis Energy Services, inc.
2097 Riverdale Street
West Springfield, MA. 01089
FAX: 413-746-3242

SHIP TO
Lakeland Schools
Energy Performance Contract
Lakeland CSD.

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| | | | | |

attn: Lee Vardakas

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | Lakeland HS. | | |
| | | (3) Clecogen CH-75LE Cogen Units | | |
| | | (75 KW, 60 Hz, 208V, 3-phase) | | |
| | | Copper Beech MS. | | |
| | | (3) Clecogen CH-75LE Cogen Units | | |
| | | (75 KW, 60 Hz, 460V, 3-phase) | | |
| | | Walter Panas HS. | | |
| | | (4) Clecogen CH-75LE Cogen Units | | |
| | | (75 KW, 60 Hz, 460V, 3-phase) | | |
| | | Van Cortlandville E.S. | | |
| | | (1) Clecogen CH-75LE Cogen Unit | | |
| | | (75 KW, 60 Hz, 208V, 3-phase) | ✝ | |
| | | All as per plans & specifications | | |
| | | All as per AES proposal dated 4/18/05 | | |
| | | submit (10) copies equip. specifications | | |
| | | release pending approved submittals | | |
| | | tax exempt, freight allowed | | |
| | | Complete Startup of equip. included | | |

Please send _____ copies of your invoice.
Order is to be entered in accordance with prices, delivery and specifications shown above.
Notify us immediately if you are unable to ship as specified. —— *Thank You!* ——

AUTHORIZED BY

E
X
H
I
B
I
T

H

# AEGIS ENERGY SERVICES

P.O. Box 2511
Springfield, MA 01101-2511

2097 Riverdale Street
West Springfield, MA 01089

# F A X   C O V E R   S H E E T

DATE:    May 2, 2005                    PAGE  1  OF  2

TO:    JEFF/ TECOGEN

PHONE:    781-466-6481
FAX:      781-466-6466

FROM:    LEE VARDAKAS

PHONE:    (413) 746-5400
FAX:      (413) 746-3242

RE:    PO for NY

CC:    _____

## MESSAGE

URGENT ☐        For your review ☒        Reply ASAP ☐        Please comment ☐



**AEGIS ENERGY SERVICES INC.**

413/746-5400 • FAX 413/746-3242
WWW.AEGISENERGYSERVICES.COM

2097 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 • P.O. BOX 2511, SPRINGFIELD, MA 01101-2511

# PURCHASE ORDER

DATE: 5/2/2005  JOB NAME: NY          P.O. # 05-475LV

| TO: TECOGEN | SHIP TO: | CUSTOMER PICKUP |
| --- | --- | --- |
| 45 FIRST AVENUE | | |
| P.O. BOX 9046 | | |
| WALTHAM, MA 02454-9046 | | |
| ATTN.: JEFF | BILL TO: | AEGIS ENERGY SERVICES INC. |
| PHONE: 781-466-6481 | | P.O. BOX 2511 |
| FAX: 781-466-6466 | | SPRINGFIELD, MA 01101-2511 |

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, BILLS AND PACKING LISTS.

| QUANTITY | DESCRIPTION | PRICE EACH | PRICE TOTAL |
| --- | --- | --- | --- |
| 8 | TECOGEN CM-75LE COGENERATION MODULE 480 V, 3-PHASE | $51,397.00 | $411,176.00 |
| 8 | LEVEL 1 EMISSIONS SHIPPED LOOSE | $6,976.00 | $55,808.00 |
| 4 | TECOGEN CM-75 COGENERATION MODULE 208 V, 3-PHASE | $53,809.00 | $215,236.00 |
| 4 | LEVEL 1 EMISSIONS SHIPPED LOOSE | $6,976.00 | $27,904.00 |
| | | | $0.00 |

DELIVERY: STARTING JULY 1, 2005 THRU AUGUST 15TH, 2005

TERMS: NET 30 DAYS

TOTAL          $710,124.00

ATTN.: JEFF GLICK

LEE VARDAKAS
PURCHASER

E
X
H
I
B
I
T

I

# AEGIS ENERGY SERVICES

## Engineering Submittal

## Tecogen® CM-75LE
## Cogeneration Module



## Lakeland Schools
## Energy Performance Contract

**Submitted to:**

J & M Heating and A/C, Inc.
48 Grand Street
New Rochelle, NY 10801

**Prepared by:**

Aegis Energy Services, Inc.
2097 Riverdale Street
West Springfield, MA 01089

# TABLE OF CONTENTS

Section 1.    Sale Information  ............................................................................. 3

Section 2.    General Specifications  ................................................................... 4

Section 3.    Installation ........................................................................................ 5

Section 4.    Start-Up .......................................................................................... 6

Section 5.    Warranty .......................................................................................... 7


Attachment    CM-60/CM-75 Installation Manual

## SECTION 1. SALE INFORMATION

| | |
|---|---|
| Sold to: | J & M Heating and A/C, Inc. |
| Project: | Lakeland Schools Energy Performance Contract |
| Purchase Order Number: | 16229 |
| Date of Submittal: | May 4, 2005 |
| Engineer | Energy Concepts Engineering, P.C. |
| Equipment Submitted: | (4) CM-75LE (60 Hz, 208V, 3 phase), (7) CM-75LE (60 Hz, 460V, 3 phase) |
| Options Supplied: | None |
| Warranty: | 12 Months Standard Parts and Labor Warranty |
| Shipment Terms: | (3) modules delivered to Lakeland High School, (3) modules delivered to Copper Beech Middle School, (4) modules delivered to Walter Panas High School, (1) module delivered to Van Cortlandville Elementary School in New York |

## SECTION 2.  GENERAL SPECIFICATIONS

Presented below are the specifications for the Tecogen® CM-75 low emissions cogeneration module.  The attached Installation Manual provides a detailed description of components such as generator, engine, control system, utility interface, etc.

| Characteristic | Specification |
|---|---|
| Electrical Power Output | 75 kW |
| Thermal Output<br>    Engine Jacket/Exhaust Manifolds<br>    Remote Exhaust Gas Heat Exchanger | 511,000 Btus/hour<br>336,000<br>175,000 |
| Output Voltage | 208V/230V/460V, 3 phase, 3-wire |
| Efficiency | 81.1% at HHV of 1,020 Btus/scf |
| Gas Input | 865 standard cubic feet per hour (scfh) |
| Required Gas Pressure | 10 to 28 inches water column |
| Hot Water Flow | 22 gallons per minute (24 gpm max) |
| Max Output Water Temperature | 230 ºF |
| Max Input Water Temperature | 180 ºF |
| Acoustic Level (enclosed) | 70 decibels (dBA) @ 20 feet |
| Dimensions | 46" width x 89" length x 49" height |
| Weight | 3,000 pounds |

**Safety Compliance**

*ETL Listed* - Labeled for compliance with the AGA Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89).

*IPX4 Certified* - Control and switchgear enclosures have been certified to IPX4 in accordance with IEC 60529.  IPX denotes ingress protection against water.  IPX4 rating indicates that the enclosures are protected against water splashed from any direction and water sprayed at an angle up to 60° on either side of the vertical.

**Interconnection Compliance**

*IEEE P1547/D07* - Certified by Intertek Testing Services to be in compliance with this Draft Standard for Interconnecting Distributed Resources with Electric Power Systems. See Section 1.5.1 for further information.

*California Rule 21* - Certified to meet the Type Testing and Production Testing requirements of California Rule 21.  Also certified as Non-Islanding.

*NYSIR* - Accepted as Type Tested and Approved Equipment by the New York State Public Service Commission Standard Interconnect Requirements.

Notes:  All specifications are +/- 5% and are subject to change without notice.  Performance data are valid up to 100 ºF ambient temperature.

## SECTION 3. INSTALLATION

Aegis Energy Services is not responsible for installation of the cogeneration equipment.  A Tecogen®
installation manual is provided to assist contractors in the proper installation of the cogeneration equipment.
Although the installation manual includes information, specifications, and drawings covering heat recovery,
ventilation, exhaust, electrical controls, design principles, electrical interconnection, etc., only qualified
personnel should design and install this equipment.  Installation contractors should be experienced in
hydronic piping, electrical wiring, natural gas piping, ventilation, and exhaust piping.  The installing
contractor(s) is responsible to make sure that all electrical, mechanical, and plumbing work conforms to
local, state, and national codes.

Any piping to the Tecogen® module should be self-supporting, provide easy access to the module for
servicing, and not interfere with the ability to open control panel doors.

## SECTION 4. SYSTEM START-UP

Start-up services will be provided by Aegis Energy Services. Before contacting Aegis Energy Services for start-up services, the installing contractor should make sure that all the electrical and mechanical work has been fully completed, follows Tecogen® installation guidelines, and meets all applicable codes and standards.

The Aegis Energy Services start-up services includes the following scope of work:

- Site inspection.
- Verification of parameters such as flows, gas pressure, city water pressure, and electrical power.
- Verification of electrical interconnections.
- Verification that the phone line and modem are working properly. Download of updated software if necessary.
- Operation and set-up of engine.
- Running the unit at full power and verifying that operating parameters are within specification.
- Recording data.
- Write-up of any follow-up action items required by the site.
- Obtaining responsible site person's signature that start-up is complete.

Once the start-up is complete, the warranty period will commence. Aegis Energy Services will send out a letter confirming the completion of start-up and reiterating any action items required

## SECTION 5. WARRANTY

A standard parts and labor warranty statement is provided with each cogeneration module. The warranty statement is presented below.

### AEGIS ENERGY SERVICES COGENERATION
### STANDARD PARTS AND LABOR WARRANTY STATEMENT

Aegis Energy Services warrants that the cogeneration module will be free of defects in materials and workmanship under normal use for a period of twelve (12) months from date of start-up. The product is covered if properly installed and maintained, and operated under normal conditions.

Any item which, within the warranty period, is promptly reported in writing to Aegis Energy Services as being defective and which is found to Aegis Energy Services' reasonable satisfaction to be defective upon examination by Aegis Energy Services will, at the option of Aegis Energy Services and within a reasonable time period, be repaired or replaced with a new item or factory-rebuilt item of at least the same quality as new.

Defective items replaced under this warranty shall, upon Aegis Energy Services' request, be returned to and shall become the property of Aegis Energy Services. Labor will be either by an Aegis Energy Services' technician or an authorized agent at Aegis Energy Services' option. Labor will only be furnished for the replacement of defective part or parts and does not cover the cost incurred in shipping or handling. In addition, an allowance will be made for a maximum of (4) hours for total diagnostic and travel time, which will only be paid if it results in a replacement of a warranty part.

Warranty does not cover, and Aegis Energy Services makes no warranty with respect to, any defect or failure resulting in whole or in part from: ordinary wear and tear, abuse, misuse, corrosion, chemical damage, negligence, accident, changes in government regulation, fire, theft, improper operation, overloading, war, riots, civil commotion, flood, storm, earthquake, or any similar event beyond the control of Aegis Energy Services. This warranty excludes liability for corrosion, erosion, algae, scaling or slime due to improperly treated or untreated water in this equipment.

Warranty is invalid if buyer: fails to protect product from weather or elements; removes product from its place of original installation; removes, defaces or alters serial number; uses a provider not authorized by Aegis Energy Services to maintain, repair, or alter product; fails to follow good and acceptable engineering specifications and trade practices and Aegis Energy Services' specifications and instructions for installation; or fails to provide reasonable, necessary, and required maintenance and replacement of scheduled replacement parts and follow Aegis Energy Services' operation and maintenance instructions.

Warranty of items furnished by Aegis Energy Services shall not extend beyond those transferable to buyer from the manufacturer of such items. Warranty does not cover any components not furnished by Aegis Energy Services. Aegis Energy Services is not liable for any damage to buildings or property (except damage to the product resulting from a defect covered by this warranty), loss of time or pay, personal injury, or for any consequential incidental or special damages or expenses resulting from the product or its performance or failure to perform.

Aegis Energy Services is not responsible for any expenses incurred without prior authorization in writing from Aegis Energy Services. All warranty claims must be sent to Aegis Energy Services in writing to the following address:

c/o Service Manager
Aegis Energy Services
2097 Riverdale Street
W. Springfield, MA 01089

THE FOREGOING WARRANTY IS EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE.   NO IMPLIED WARRANTY ARISING BY USAGE OR TRADE, COURSE OF DEALING OR COURSE OF PERFORMANCE IS GIVEN BY AEGIS ENERGY SERVICES OR SHALL ARISE BY OR IN CONNECTION WITH THE SALES AGREEMENT AND/OR AEGIS ENERGY SERVICES' AND/OR BUYER'S CONDUCT IN RELATION THERETO OR TO EACH OTHER, AND IN NO EVENT SHALL AEGIS ENERGY SERVICES BE LIABLE ON ANY SUCH WARRANTY WITH RESPECT TO ANY PRODUCT.

Warranty gives buyer specific legal rights; however, buyer's actual legal rights may vary depending on the state of purchase.

Note: If a customer requests a service call from Aegis Energy Services not covered by this warranty, the customer is responsible to pay Aegis Energy Services' labor and expenses associated with the service call.

E
X
H
I
B
I
T

J

# AEGIS ENERGY SERVICES

P.O. Box 2511
Springfield, MA 01101-2511

2097 Riverdale Street
West Springfield, MA 01089

# F A X   C O V E R   S H E E T

**DATE:**    May 17, 2005                         **PAGE  1  OF  2**

**TO:**    **JEFF/ TECOGEN**

PHONE:    781-466-6481
FAX:        781-466-6466

**FROM:**    **LEE VARDAKAS**

PHONE:    (413) 746-5400
FAX:        (413) 746-3242

**RE:**    PO for NY

CC:    _____

### MESSAGE

Please send written confirmation of acceptance of this PO.

— Lee

| URGENT ☐ | For your review ☒ | Reply ASAP ☐ | Please comment ☐ |



_GIS ENERGY SERVICES INC.

413/746-5400 • FAX 413/746-3242
WWW.AEGISENERGYSERVICES.COM

2097 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 • P.O. BOX 2511, SPRINGFIELD, MA 01101-2511

# *PURCHASE ORDER*

DATE: 5/17/2005  JOB NAME: LAKELAND SCHOOL DISTF    P.O. # 05-475LV REVISED

| | |
|---|---|
| TO: TECOGEN<br>45 FIRST AVENUE<br>P.O. BOX 9046<br>WALTHAM, MA 02454-9046 | SHIP TO:  CUSTOMER PICKUP |
| ATTN.: JEFF<br>PHONE: 781-466-6481<br>FAX: 781-466-6466 | BILL TO:  AEGIS ENERGY SERVICES INC.<br>P.O. BOX 2511<br>SPRINGFIELD, MA 01101-2511 |
| PURCHASE ORDER NUMBER MUST APPEAR ON<br>ALL INVOICES, BILLS AND PACKING LISTS. | |

| QUANTITY | DESCRIPTION | PRICE EACH | PRICE TOTAL |
|---|---|---|---|
| 7 | TECOGEN CM-75LE COGENERATION MODULE<br>480 V, 3-PHASE | $61,092.00 | $427,644.00 |
| 7 | LEVEL 1 EMISSIONS SHIPPED LOOSE | $0.00 | $0.00 |
| 4 | TECOGEN CM-75 COGENERATION MODULE<br>208 V, 3-PHASE | $63,759.00 | $255,036.00 |
| 4 | LEVEL 1 EMISSIONS SHIPPED LOOSE | $0.00 | $0.00 |
| | | | $0.00 |

DELIVERY:  STARTING JULY22, 2005 THRU AUGUST 19TH, 2005

TERMS:  NET 30 DAYS

TOTAL    $682,680.00

ATTN.: JEFF GLICK

LEE VARDAKAS
PURCHASER

E
X
H
I
B
I
T

K



*AEGIS ENERGY SERVICES INC.*

413/746-5400 • FAX 413/746-3242
WWW.AEGISENERGYSERVICES.COM

2097 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 • P.O. BOX 2511, SPRINGFIELD, MA 01101-2511

# PRICE QUOTATION FOR ATLANTIC ENERGY SERVICES

**Prepared for:**

Atlantic Energy Services, Inc.
92 Congress Street, Suite 4
Saratoga Springs, NY 12866
(518) 587-3252

**Prepared by:**

Lee Vardakas
AEGENCO, Inc.
2085 Riverdale Street
West Springfield, MA 01089
(413) 746-1146

Date: June 14, 2005

## ITEMIZED DESCRIPTION FOR CHEMUNG COUNTY NURSING HOME

Four (4) AEGEN ThermoPower TP-75LE Cogeneration Modules  (75 kW, 60 Hz, 208 V, 3-phase).  Each module will include:

- Industrial Natural Gas Engine (V-8, 454 Cid)
- Engine Jacket, Oil, and Exhaust Heat Recovery
- 3-Way NSCR Emissions Package
- Acoustical Enclosure (Indoor Type)
- Intelisys Microprocessor Controls
- Open Protocol Interface (Modbus-Based)
- Remote Monitoring and Control System Including Modem
- Standard Electrical Protective Switchgear Panel Plus Integrated Utility Grade Relay Package
- Steel Skid and Vibration Isolators
- Complete Factory Assembly
- Factory Full-Load Run Test
- UL Approved Panel
- Installation Manual and Training
- Integrated Pump and Valve Module with Pump, Isolation Valve, Thermostatic Mixing Valve, Expansion Tank, and Pressure Relief Valve
- Silencer
- Start-up Assistance for AEGEN TP-75LE Modules by a Factory-Certified Technician.

1

## TOTAL COST



This price is contingent on delivery of 20 total AEGEN modules on all Atlantic Energy Service projects by 1/1/2006.

Standard parts and labor warranty are included on each module (covers defects in parts for 12 months from date of start-up). For best and broadest coverage, AEGENCO recommends that owner enter into separate maintenance agreement with factory authorized service provider.

## ITEMIZED DESCRIPTION FOR ADDITIONAL MODULES

Five (5) AEGEN ThermoPower TP-75LE Cogeneration Modules (75 kW, 60 Hz, 480 V, 3 phase). Each module will include:

- Industrial Natural Gas Engine (V-8, 454 Cid)
- Engine Jacket, Oil and Exhaust Heat Recovery
- 3-Way NSCR Emissions Package
- Acoustical Enclosure (Indoor Type)
- Intelisys Microprocessor Controls
- Open Protocol Interface (Modbus-Based)
- Remote Monitoring and Control System Including Modem
- Standard Electrical Protective Switchgear Panel Plus Integrated Utility Grade Relay Package
- Steel Skid and Vibration Isolators
- Complete Factory Assembly
- Factory Full-Load Run Test
- UL Approved Panel
- Installation Manual and Training
- Integrated Pump and Valve Module with Pump, Isolation Valve, Thermostatic Mixing Valve, Expansion Tank, and Pressure Relief Valve
- Silencer
- Start-up Assistance for AEGEN TP-75LE Modules by a Factory-Certified Technician.

Standard parts and labor warranty are included on each module (covers defects in parts for 12 months from date of start-up). For best and broadest coverage, AEGENCO recommends that owner enter into separate maintenance agreement with factory authorized service provider.

## TOTAL COST



This price is contingent on delivery of 20 total AEGEN modules on all Atlantic Energy Service projects by 1/1/2006.

**Notes:**

1. Delivery: 10 to 12 weeks after receipt of order.
2. Price excludes any applicable sales or use tax.
3. FOB: West Springfield, MA
4. Terms: 15% with order, balance within 30 days of delivery (subject to credit approval).
5. Quotation valid for 90 days.

Lee Vardakas
General Manager

3

E
X
H
I
B
I
T

L



**TECOGEN**

*Natural Gas Engine-Driven Products*

*TECOCHILL®*
*TECOGEN®*
*TECOFROST™*

June 24, 2005

<u>Via Registered Mail</u>

Aegis Energy Services, Inc.
2097 Riverdale Street
West Springfield, Massachusetts 01089
Attention: Mr. Spiro Vardakas

Dear Mr. Vardakas

This letter will confirm our discussion today in which we informed you that Tecogen Inc. is terminating Aegis Energy Services, Inc., effective immediately, as an authorized dealer of Tecogen cogeneration modules and related parts and equipment.

We will continue to provide you with all parts required to service Tecogen equipment installed by you as our dealer, but, of course, the discount prices for such parts that we provide to our dealers will no longer be available to you.

We thank you for your support over the years.

Very truly yours,

*Robert A. Panora*

Robert A. Panora
President

*45 First Avenue*
*Waltham, MA 02451*
*ph: 781.466.6400  fax: 781.466.6466*
*www.tecogen.com*

E
X
H
I
B
I
T

M





WRITER'S INFORMATION
jfirshlick@goulstonstorrs.com
617.574.7920 Tel
617.574.7580 Fax

October 3, 2005

BY OVERNIGHT MAIL



Mr. Edward Horvath
J & M Heating and Air Conditioning, Inc.
48 Grand Street
New Rochelle, NY 10801

     Re:   Notice of Intellectual Property Infringement
          and Demand to Cease and Desist from Same

Dear Mr. Horvath:

On behalf of our client, Tecogen, Inc. ("Tecogen"), I am writing to inform you that Tecogen: (1) objects to the unauthorized sale, distribution and use of Tecogen's intellectual property and proprietary information in products being sold, distributed, installed and/or used, directly or indirectly, by J & M Heating and Air Conditioning, Inc. ("J&M") and/or its customers, and (2) demands that J&M immediately and permanently cease and desist from all such infringing acts.

As you know, Tecogen designs, manufactures, sells and services cogeneration modules, including the TECOGEN® Cogeneration Module CM-75 Standard ("CM-75 Standard") and the CM-75 Low Emissions models ("CM-75 Low Emissions") (collectively, the "Tecogen Modules"). A product brochure discussing the Tecogen Modules is enclosed as Exhibit A and the current installation manual for the same is enclosed as Exhibit B. As the timeline at Exhibit C shows, the Tecogen Modules are the product of years of development and innovation that began in 1977, and resulted in the introduction in 1988 of the CM-75 High Output module and the first low-emissions modules in 1990. Since 1992, Tecogen has focused its efforts exclusively on the 75 kW Tecogen Modules and the similar 60 kW product line. Among other innovations in these products, in 1998 it replaced the original microprocessor with a new state-of-the-art remote monitoring and control system.

It has come to Tecogen's attention that Aegenco, Inc., Aegis Generator Company, and/or Aegis Energy Services, Inc. (collectively, "Aegis") recently began manufacturing, marketing and distributing two cogeneration modules: the Aegen Thermo Power 75 ("TP-75") and a low emissions version, the TP-75 LE ("TP-75 LE") (collectively, the "Aegis Modules"), which J&M is selling to, and installing at, the Lakeland School District. Photographs of the TP-75 and TP-75LE are included in the materials enclosed as Exhibits D and E, respectively). As is apparent from a side-by-side comparison of the two product lines, Aegis has copied significant aspects of the Tecogen Modules. Among other things, the Aegis Modules are about the same dimensions and weight as the Tecogen Modules. They sit on what looks to be an exact copy of the Tecogen

Mr. Edward Horvath
October 3
Page 2

platform right down to the forklift holes. The major components in the Aegis Modules, such as the engine and generator, are the same color as the Tecogen Modules. The general specifications for the product lines are almost identical. Additionally, Aegis has used the exact same or a substantially similar General Motors engine, as well as the same model generator made by Marathon Electric. It would appear also that Tecogen designed components -- specifically the special oil pan and proprietary exhaust manifold castings -- are likewise part of the Aegis product.

The similarities between each company's product lines is further reinforced by a comparison of the installation manuals. The Aegis manual (enclosed as Exhibit F) is practically a carbon copy of Tecogen's manual in all material respects. Aegis' manual employs the same organizational structure as Tecogen's manual, using virtually the same section headings and sub-headings, in the same order. Even more disturbing, in the vast majority of sections and sub-sections, the text of the Aegis manual is identical or substantially similar to Tecogen's text. In places, Aegis has lifted whole sentences and, in some cases, paragraphs, verbatim, from Tecogen's manual.

As serious as this obvious copyright infringement of the manual may be, it pales in comparison to the software copyright infringement evidenced by a review of the Aegis' manual's descriptions of the functionality in the Aegis Modules. By way of background, the "brains" of every Tecogen Module is the state-of-the-art microprocessor referenced above, which stores the software that implements and controls various aspects of the cogeneration module's functionality described throughout Tecogen's manual. All of that software has been developed in-house at Tecogen. As frequently happens in software development, there are aspects of the software's performance and the resulting functionality in the cogeneration module that reflect arbitrary decisions made by the programmers who designed the applicable structures and algorithms, and who wrote the code to implement the same. As such, those arbitrary elements and decision points can act like "signatures" in terms of identifying that proprietary software.

Page after page in Aegis' manual describes functionality that can only be implemented through software. And, the functionality that is described is the same as that which is implemented by the software stored in Tecogen's microprocessor, right down to many of those arbitrary elements and decision points that are the signatures placed in that software by Tecogen and its programmers. If the Aegis Modules actually perform functions in the manner described in Aegis' manual, then that alone is strong evidence that the software incorporated into the Aegis Modules uses copyright protected elements of Tecogen's software and/or the code itself.

Until recently, Aegis had been an authorized distributor and installer of Tecogen Modules. As such, Aegis had access to Tecogen's manuals, its modules and its intellectual property for years. Given (1) the number and breadth of similarities between the text of the manuals, the design of the modules, and the functionality of the Aegis Modules as described in its manual, and (2) Aegis' privileged access to Tecogen's modules, manuals and intellectual

Mr. Edward Horvath
October 3
Page 3

property, it is obvious that Aegis developed its own cogeneration modules by simply copying Tecogen's software, designs, text, drawings and related intellectual property.

Neither J&M nor Aegis is licensed or otherwise authorized to duplicate, to make derivative works of, or to distribute Tecogen's copyright protected property. Nevertheless, we are informed and believe that J&M has purchased Aegis Modules from Aegis and is in the process of selling or distributing those modules to the Lakeland School District in New York, and/or delivering those infringing modules to the Lakeland School District. Moreover, we understand that *after* receiving our first infringement notice letter, J&M nevertheless knowingly and willfully distributed several more infringing Aegis Modules to the Lakeland schools. Accordingly, by distributing the infringing Aegis Modules, we believe J&M has committed copyright infringement pursuant to the federal Copyright Act of 1976, 17 U.S.C.A. § 501 (the "Copyright Act").

Additionally, we have serious concerns that the "Exhaust Gas Heat Exchanger & Emissions Control Package" in the TP-75LE appears to infringe U.S. Patent No. 5,033,264 entitled "Compact Cogeneration System" (the "'264 Patent"). The '264 Patent, a copy of which is enclosed as Exhibit G, describes a system and method for a compact cogeneration system having a catalytic converter integral with an exhaust gas heat exchanger. Page 38 of the Aegis Modules' installation manual sets forth a drawing that shows the "Aegen Cogeneration Module With Emission Control System Option." In the drawing, the catalytic converter is connected directly to and appears to be integral to the exhaust gas heat exchanger, all of which is within the module cabinet.

Based on the drawing, photograph and other information known to us, we believe the Exhaust Gas Heat Exchanger & Emissions Control Package in the TP-75LE infringes the '264 Patent in violation of the Patent Act, 35 U.S.C. § 271. In a letter dated August 8, 2005, we invited Aegis to share any information it may have with us concerning the configuration of the TP-75LE's catalytic converter and exhaust gas heat exchange package. While it has denied that the TP-75LE infringes the '264 Patent, we find these denials ring hollow given that Aegis has not shown us a single drawing, photograph or other piece of evidence to back up its denials.

Under the Patent Act, it is unlawful to make, use or sell an infringing device in the U.S. Therefore, by selling the infringing Aegis Modules to the Lakeland School District and/or any other third person, J&M commits direct patent infringement in violation of the Patent Act. It also is unlawful under the Patent Act to actively induce a third person to infringe a U.S. patent, in which case the inducer is liable for infringement along with the direct infringer. Accordingly, by installing the infringing Aegis Modules for use in Lakeland School District buildings, J&M commits infringement by inducement which infringement will occur when Lakeland begins using the infringing Aegis Modules.

For the reasons discussed above, Tecogen hereby demands that J&M immediately cease and desist from selling, distributing, installing, and using the infringing Aegis Modules and

Mr. Edward Horvath
October 3
Page 4

Aegis Manual, and from inducing others, including but not limited to the Lakeland School District, to use the infringing Aegis Modules and manual. We further demand that you provide Tecogen with written assurance that J&M will not in the future sell, distribute, install or use Aegis Modules or written materials that infringe Tecogen's intellectual property rights.

Do not ignore this notice and demand letter. The Patent Act and Copyright Act give Tecogen significant rights and remedies, which include the right to an injunction to prevent or restrain the sale and use of the infringing modules; impounding of infringing modules; damages including the intellectual property owner's actual damages and any additional profits of the infringer (for copyright infringement), a reasonable royalty (for patent infringement), and tripling of damages (under the Patent Act); and the infringer's payment of Tecogen's attorneys' fees and costs. *See* 35 U.S.C. §§ 283-285; 17 U.S.C. §§ 502-505. If J&M does not immediately and voluntarily cease and desist from selling, distributing, installing and using the infringing Aegis Modules and inducing others to do the same, Tecogen will pursue in full all available rights and remedies to stop all infringing acts and uses by J&M and its customers, and to recover Tecogen's resulting damages and expenses.

To avoid an escalation to legal proceedings, please respond to this letter no later than the close of business on Friday, October 7, 2005. We look forward to your prompt response and cooperation on the terms set forth in this letter.

Very truly yours,

Julie A. Frohlich

Enclosures

cc w/o encl.:   Mr. Robert A. Panora
                Neil McKittrick, Esq.
                Derek B. Domian, Esq.