UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11823 RCL

TECOGEN, INC.,  )
    )
    Plaintiff and  )
    Defendant-in-Counterclaim,  )
    )
v.  )
    )
AEGIS ENERGY SERVICES, INC.,  )
AEGENCO, INC. and AEGIS  )
GENERATION COMPANY,  )
    )
    Defendants and  )
    Plaintiffs-in-Counterclaim.  )

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, the undersigned certifies as follows:

1. I am a duly authorized representative of plaintiff Tecogen, Inc. ("Tecogen") authorized to make this certification.

2. Tecogen and its lead counsel have conferred (a) on the cost of conducting the full course of the litigation and with a view toward establishing a budget for the full course and

various alternative courses of this litigation and (b) to consider the resolution of this litigation through alternative dispute resolution programs.

Respectfully submitted by,

TECOGEN, INC. and Its Counsel,

_____
Julie A. Frohlich (BBO# 554707)
Derek B. Domian (BBO# 660568)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776

Dated: November 30, 2005

### Certificate of Service

I, Julie A. Frohlich, hereby certify that on November 30, 2005, I caused a true copy of the foregoing Certification to be served by first class mail, postage prepaid upon counsel of record for Defendants/Plaintiffs-in-Counterclaim:

William A. Zucker, Esq.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110

_____

GSDOCS-1523839-1