IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TECOGEN, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>AEGIS ENERGY SERVICES, INC.,<br>AEGENCO, INC., and AEGIS<br>GENERATION COMPANY,<br><br>      Defendants | Civil Action No. 05-11823 RCL |

## DEFENDANTS' CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The defendants Aegis Energy Services, Inc., and Aegenco, Inc., by and through their attorneys, DeLio & Peterson, LLC of New Haven, Connecticut, and Gadsby Hannah LLP of Boston, Massachusetts, submit the following pursuant to Massachusetts Local Rule 16.1(D)(3):

The undersigned affirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

AEGIS ENERGY SERVICES, INC. and
AEGENCO, INC.

By their attorneys,

_____            _____
Anthony P. DeLio                      President
Peter W. Peterson                     Aegis Energy Services, Inc. and Aegenco, Inc.
Robert Curcio
DELIO & PETERSON, LLC                 Dated: Dec 1 '05
121 Whitney Avenue
New Haven, CT 06510
(203) 787-0595
Pro Hac Vice


William A. Zucker, BBO # 541240
David Himelfarb, BBO# 649596
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

Dated: Dec 2, 2005

2