# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TECOGEN, INC., </br></br> Plaintiff, </br></br> v. </br></br> AEGIS ENERGY SERVICES, INC., AEGENCO, INC., and AEGIS GENERATION COMPANY, </br></br> Defendants | ) </br> ) </br> ) </br> ) Civil Action No. 05-11823 RCL </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Aegis Energy Services, Inc., and Aegenco, Inc.'s Certification Under Local Rule 16.1(D)(3) was served upon the following counsel of record for Plaintiff Tecogen, Inc., via U.S. mail and through the Court's ECF/PACER system on December 2, 2005:

        Julie A. Frohlich, Esq.
        Goulston & Storrs, PC
        400 Atlantic Avenue
        Boston, MA 02110.

                                                        By:  /s/ David Himelfarb
                                                              David Himelfarb

December 2, 2005