AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

Tecogen, Inc.

v.

Aegis Energy Services, Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 11823 RCL**

TO: (Name and address of Defendant)

Aegis Generation Company
2097 Riverdale Street
Springfield, MA 01089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Julie A. Frohlich
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                          SEP 06 2005
CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/14/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| William Lavallee | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): by serving "in-Hand" upon Paula Dugan, Manager for Aegis Generation Company, 2097 Riverdale Street, West Springfield, MA @ 12:36.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/14/05
            Date

Signature of Server: William Lavallee
Process Server & Disinterested Person

Address of Server: 92 State Street, 7th Floor, Boston, MA 02109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.