# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | August 31, 2006 |
| AEGENCO, INC., and AEGIS ) | |
| GENERATION COMPANY ) | |
| ) | |
| Defendants ) | |

## JOINT MOTION TO MODIFY EXISTING PRETRIAL SCHEDULE

Plaintiff/Defendant-in-Counterclaim Tecogen, Inc. ("Tecogen") and Defendants/Plaintiffs-in-Counterclaim Aegis Energy Services, Inc. and Aegenco, Inc. (collectively, "Aegis Energy") jointly move that this Court modify the existing pretrial schedule.

In support of this motion, the parties state as follows:

1.  The parties have conducted significant fact discovery on issues regarding the claims for patent infringement. The parties have agreed to file a joint motion to dismiss the patent related claims from the case in the next few days. If granted, this request will eliminate any need for witness testimony, claim construction, and expert testimony on patent related issues.

2.  The current pretrial schedule order by this Court requires that discovery be completed by January 17, 2007. The parties do not contemplate an extension to this date.

3.      The parties request that interim discovery deadlines that precede the January 17, 2007 discovery completion date be modified to accommodate the ongoing discovery activities for plaintiff's statutory and common law copyright infringement claims, and unfair competition and unfair and deceptive acts or practices claims, and for the defendants' counterclaims for intentional interference with contractual relations, and violation of unfair trade practices claims.

4.      The parties respectfully request the following interim dates for the remaining discovery activities:

| | |
|---|---|
| Fact Discovery Closed | 11/20/06 |
| Initial Expert Discovery | 12/15/06 |
| Rebuttal Expert Discovery | 1/05/07 |

## CONCLUSION

The parties respectfully request that the Court allow this motion and enter the Order attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| **AEGIS ENERGY SERVICES, INC., and AEGENCO, INC.** <br> By their attorneys, | **TECOGEN, INC.** <br> By their attorneys, |
|   /s/ Robert Curcio <br> Anthony P. DeLio <br> Peter W. Peterson <br> Robert Curcio <br> DELIO & PETERSON, LLC <br> 121 Whitney Avenue <br> New Haven, CT 06510 <br> (203) 787-0595 <br> Admitted *Pro Hac Vice* |   /s/ Julie A. Frohlich <br> Julie A. Frohlich, BBO # 554707 <br> Derek B. Domian, BBO # 660568 <br> Goulston & Storrs, PC <br> A Professional Corporation <br> 400 Atlantic Avenue <br> Boston, MA 02110-3333 <br> (617) 482-1776 <br><br> Dated: August 31, 2006 |

William A. Zucker, BBO # 541240
David Himelfarb, BBO# 649596
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

Dated: August 31, 2006

Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | |
| AEGENCO, INC., and AEGIS ) | |
| GENERATION COMPANY ) | |
| ) | |
| Defendants ) | |

## **ORDER**

This matter having come before the Court on the Joint Motion to Modify Existing Pretrial Schedule ("Motion"),

IT IS HEREBY ORDERED that such Motion is ALLOWED.

The existing pretrial schedule will be modified as follows: Fact Discovery due by 11/20/06; Initial Expert Disclosure due by 12/15/06; Rebuttal Expert Disclosure due by 1/05/06; and Discovery to be completed by 1/17/07.

SO ORDERED.

                                                          /s/ REGINALD C. LINDSAY
                                                          United States District Judge

Dated: September ___, 2006