UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11823 RCL

| | |
|---|---|
| TECOGEN, INC.,<br><br>        Plaintiff and<br>        Defendant-in-Counterclaim,<br><br>v.<br><br>AEGIS ENERGY SERVICES, INC.,<br>AEGENCO, INC. and AEGIS<br>GENERATION COMPANY,<br><br>        Defendants and<br>        Plaintiffs-in-Counterclaim. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO DISMISS PATENT INFRINGEMENT CLAIM

Plaintiff/Defendant-in-Counterclaim Tecogen, Inc. ("Tecogen") and

Defendants/Plaintiffs-in-Counterclaim Aegis Energy Services, Inc. and Aegenco, Inc.

(collectively, "Aegis Energy") jointly move that this Court dismiss the patent infringement claim

in Count IV of the Complaint by entry of the Order attached hereto as Exhibit A.

In support of this motion, the parties state as follows:

1.      Count IV of Tecogen's Complaint in this action alleges that Aegis Energy has

been and is infringing, contributing to infringement, and/or inducing others to infringe

U.S. Patent No. 5,033,264 entitled "Compact Cogeneration System" (the "'264 Patent") by

making, using, offering for sale and selling cogeneration modules that are covered by one or

more of the claims of the '264 Patent.

2.    At the Initial Scheduling Conference held in this case on December 7, 2005, the Court ordered the parties' counsel to confer on June 1, 2006 and discuss which claims in the '264 Patent continue to be disputed, if any, in light of the discovery materials and information exchanged to date between the parties.  The parties have engaged in some discovery relevant to the patent claim in Count IV, and the parties' counsel conferred on June 1, 2006 and have continued since then to confer as ordered by the Court.

3.    As a result of the review of such discovery materials and in reliance on the stipulations, representations and warranties agreed to by Aegis Energy in Paragraph 4 below ("Aegis Stipulations"), Tecogen has agreed to the dismissal of Count IV of the Complaint.  The parties agree that the dismissal shall be with prejudice, provided, however, that if Tecogen subsequently receives information indicating that any of the Aegis Stipulations are inaccurate, false and/or misleading, then the dismissal shall be deemed without prejudice and Tecogen shall be allowed to commence a new patent infringement claim against Aegis Energy with the statute of limitations applicable to such claim tolled for the period commencing with the date of the Court's Order allowing this motion and ending with the date Tecogen discovers such information.

4.    Aegis Energy hereby stipulates, represents and warrants as follows:

a.    The photographs attached to this motion as Exhibit B ("Aegis Photos") are true and accurate depictions of a cogeneration module made and used, offered for sale or sold by Aegis Energy.

b.    The Aegis Photos accurately depict the catalytic converter and heat exchanger configuration used on each and every cogeneration module that has been made and used, offered for sale or sold by Aegis Energy through the date of this motion.

c.      None of the Aegis Energy cogeneration modules that have been made and

used, offered for sale or sold by Aegis Energy through the date of this motion have used a

catalytic converter and heat exchanger configuration in which (i) catalytic converter

material was inside the heat exchanger itself as depicted in Figs. 2 and 3 of the '264

Patent; or (ii) water coils surrounded the catalytic converter itself as depicted in Figs. 2

and 3 of the '264 Patent.


## CONCLUSION

The parties respectfully request that the Court allow this motion and enter the Order

attached hereto as Exhibit A.

Respectfully submitted,

| AEGIS ENERGY SERVICES, INC., and AEGENCO, INC. | TECOGEN, INC. |
|---|---|
| By their attorneys, | By their attorneys, |

| | |
|---|---|
| /s/ ROBERT CURCIO | /s/ JULIE A. FROHLICH |
| Anthony P. DeLio | Julie A. Frohlich, BBO # 554707 |
| Peter W. Peterson | Derek B. Domain, BBO # 660568 |
| Robert Curcio | Goulston & Storrs, PC |
| DELIO & PETERSON, LLC | A Professional Corporation |
| 121 Whitney Avenue | 400 Atlantic Avenue |
| New Haven, CT 06510 | Boston, MA 02110-3333 |
| (203) 787-0595 | (617) 482-1776 |
| Admitted Pro Hac Vice | |

Dated: September 28, 2006

William A. Zucker, BBO # 541240
David Himelfarb, BBO# 649596
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

Dated: September 28, 2006

## Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11823 RCL

| | |
|---|---|
| TECOGEN, INC., | ) |
| | ) |
| Plaintiff and | ) |
| Defendant-in-Counterclaim, | ) |
| | ) |
| v. | ) |
| | ) |
| AEGIS ENERGY SERVICES, INC., | ) |
| AEGENCO, INC. and AEGIS | ) |
| GENERATION COMPANY, | ) |
| | ) |
| Defendants and | ) |
| Plaintiffs-in-Counterclaim. | ) |

## ORDER

This matter having come before the Court on the Joint Motion to Dismiss Patent Infringement Claim ("Motion"),

IT IS HEREBY ORDERED that such Motion is ALLOWED as follows:

1.     Count IV of the Complaint filed by Plaintiff/Defendant-in-Counterclaim Tecogen, Inc. ("Tecogen") is dismissed.

2.     Such dismissal shall be with prejudice provided, however, that if Tecogen subsequently receives information indicating that any of the stipulations, representations and warranties agreed to by Defendants/Plaintiffs-in-Counterclaim Aegis Energy Services, Inc. and Aegenco, Inc. (collectively, "Aegis Energy") in Paragraph 4 of such Motion are inaccurate, false and/or misleading, then such dismissal shall be deemed without prejudice and Tecogen shall be

allowed to commence a new patent infringement claim against Aegis Energy with the statute of

limitations applicable to such claim tolled for the period commencing with the date below and

ending with the date Tecogen discovers such information.

SO ORDERED.

/s/ REGINALD C. LINDSAY
United States District Judge

Dated: October ____, 2006

# **<u>Exhibit B</u>**







Catalytic Converter

Collar    Heat Exchanger

