UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11823 RCL

| | |
|---|---|
| TECOGEN, INC., | ) |
|     Plaintiff and Defendant-in-Counterclaim, | ) |
| v. | ) |
| AEGIS ENERGY SERVICES, INC., AEGENCO, INC. and AEGIS GENERATION COMPANY, | ) |
|     Defendants and Plaintiffs-in-Counterclaim. | ) |

### ORDER

This matter having come before the Court on the Joint Motion to Dismiss Patent Infringement Claim ("Motion"),

IT IS HEREBY ORDERED that such Motion is ALLOWED as follows:

1. Count IV of the Complaint filed by Plaintiff/Defendant-in-Counterclaim Tecogen, Inc. ("Tecogen") is dismissed.

2. Such dismissal shall be with prejudice provided, however, that if Tecogen subsequently receives information indicating that any of the stipulations, representations and warranties agreed to by Defendants/Plaintiffs-in-Counterclaim Aegis Energy Services, Inc. and Aegenco, Inc. (collectively, "Aegis Energy") in Paragraph 4 of such Motion are inaccurate, false and/or misleading, then such dismissal shall be deemed without prejudice and Tecogen shall be

allowed to commence a new patent infringement claim against Aegis Energy with the statute of limitations applicable to such claim tolled for the period commencing with the date below and ending with the date Tecogen discovers such information.

SO ORDERED.

/s/ REGINALD C. LINDSAY
United States District Judge

Dated: October 17, 2006