# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | November 20, 2006 |
| AEGENCO, INC., and AEGIS ) | |
| GENERATION COMPANY ) | |
| ) | |
| Defendants ) | |

## JOINT MOTION FOR AN EXTENSION OF TIME TO EXTEND THE DISCOVERY COMPLETION DATE

Plaintiff/Defendant-in-Counterclaim Tecogen, Inc. ("Tecogen") and Defendants/Plaintiffs-in-Counterclaim Aegis Energy Services, Inc. and Aegenco, Inc. (collectively, "Aegis Energy") jointly move that this Court grant a three-month extension of time to complete discovery.

In support of this motion, the parties state as follows:

1.  To date, the parties have conducted and concluded fact discovery on issues regarding the claim for patent infringement and significant written discovery on the remaining claims. In an effort to address the patent infringement claim, discovery regarding the remaining claims was held in abeyance while the parties first resolved the patent infringement claim. The result has been a narrowing of the issues in this case as the parties have filed, and this Court has granted, a joint motion to dismiss the patent related claims from the case.

2.  The current pretrial schedule order by this Court requires that discovery be completed by January 17, 2007. The parties respectfully request that this date be extended by three months, to April 17, 2007, for the following reasons:

a) In essence, the parties ended up phasing fact discovery to resolve and narrow the remaining claims in this action that need depositions and expert discovery. This was accomplished by first addressing and eliminating the patent infringement claim as discussed above.

b) The remaining claims left in this case include statutory and common law copyright infringement claims, unfair competition claims, unfair and deceptive acts or practices claims, claims for intentional interference with contractual relations, and unfair trade practices claims. The parties already have engaged in written discovery on these remaining claims and only need to complete supplemental document productions, which the parties anticipate is to occur shortly.

c) These remaining claims also require the completion of expert discovery and depositions from a number of witnesses of which a significant number are third party witnesses having limited availability during the holiday season. At least one potential third party witness is located outside the United States and several are located in states other than Massachusetts.

3.  Accordingly, the parties request the discovery extension and that interim discovery deadlines preceding the newly requested April 17, 2007 discovery completion date be modified to accommodate the ongoing discovery activities as follows:

Fact Discovery Closed         2/20/07

| | |
|---|---|
| Initial Expert Discovery | 3/15/07 |
| Rebuttal Expert Discovery | 4/05/07 |
| Close of Discovery | 4/17/07 |

## CONCLUSION

The parties respectfully request that the Court allow this motion and enter the Order attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| **AEGIS ENERGY SERVICES, INC., and AEGENCO, INC.**<br>By their attorneys, | **TECOGEN, INC.**<br>By their attorneys, |
| | |
| /s/ Robert Curcio<br>Anthony P. DeLio<br>Peter W. Peterson<br>Robert Curcio<br>DELIO & PETERSON, LLC<br>121 Whitney Avenue<br>New Haven, CT 06510<br>(203) 787-0595<br>Admitted *Pro Hac Vice* | /s/ Julie A. Frohlich<br>Julie A. Frohlich, BBO # 554707<br>Derek B. Domian, BBO # 660568<br>Goulston & Storrs, PC<br>A Professional Corporation<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(617) 482-1776<br><br>Dated: November 20, 2006 |

William A. Zucker, BBO # 541240
David Himelfarb, BBO# 649596
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

Dated: November 20, 2006

Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | |
| AEGENCO, INC., and AEGIS ) | |
| GENERATION COMPANY ) | |
| ) | |
| Defendants ) | |

## ORDER

This matter having come before the Court on the Joint Motion For An Extension Of Time To Extend The Discovery Completion Date ("Motion"),

IT IS HEREBY ORDERED that such Motion is ALLOWED.

The existing pretrial schedule will be modified as follows: Fact Discovery due by 2/20/07; Initial Expert Disclosure due by 3/15/07; Rebuttal Expert Disclosure due by 4/05/07; and Discovery to be completed by 4/17/07.

SO ORDERED.

                                              /s/ REGINALD C. LINDSAY
                                              United States District Judge

Dated: November ___, 2006