IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., | ) |
| Plaintiff, | ) Civil Action No. 05-11823 RCL |
| v. | ) |
| AEGIS ENERGY SERVICES, INC., AEGENCO, INC., and AEGIS GENERATION COMPANY | ) January 17, 2007 |
| Defendants | ) |

**JOINT MOTION FOR AN EXTENSION OF TIME TO EXTEND THE DISCOVERY COMPLETION DATE**

Plaintiff/Defendant-in-Counterclaim Tecogen, Inc. ("Tecogen") and Defendants/Plaintiffs-in-Counterclaim Aegis Energy Services, Inc. and Aegenco, Inc. (collectively, "Aegis Energy") jointly move that this Court grant a forty-five (45) day extension of time to complete discovery.

In support of this motion, the parties state as follows:

1.     To date, the parties have conducted and concluded fact discovery on issues regarding the claim for patent infringement. This discovery has resulting in a joint motion to dismiss the patent infringement claims, which this Court has granted.

2.     The current pretrial schedule order by this Court requires that discovery be completed by April 17, 2007. The parties respectfully request that this date be extended by forty-five days, to June 1, 2007, for the following reasons:

a) In essence, the parties ended up phasing fact discovery to resolve and narrow the remaining claims in this action that need depositions and expert discovery. This was accomplished by first addressing and eliminating the patent infringement claim as discussed above.

b) The remaining claims left in this case include statutory and common law copyright infringement claims, unfair competition claims, unfair and deceptive acts or practices claims, claims for intentional interference with contractual relations, and unfair trade practices claims. The parties already have engaged in written discovery on these remaining claims. The parties remain at odds as to the full extent of the requested discovery, and are diligently attempting to work these matters out without involving the Court. To resolve the outstanding discovery matters, plaintiff has agreed to prepare a final supplemental production of documents and interrogatory responses by the end of this week that it believes will complete written discovery on its end, and likewise will define with particularity the written discovery matters that plaintiff believes remain outstanding on the defendants' end. The parties believe that a modest extension of time will allow them to review the anticipated discovery submittals to prepare for and complete depositions.

c) These remaining claims also require the completion of expert discovery and depositions from a number of witnesses of which a significant number are third party witnesses.

3.  Accordingly, the parties jointly request the discovery extension and that interim discovery deadlines preceding the newly requested June 1, 2007 discovery completion date be modified to accommodate the ongoing discovery activities as follows:

| | |
|---|---|
| Fact Discovery Closed | 4/06/07 |
| Initial Expert Discovery | 4/30/07 |
| Rebuttal Expert Discovery | 5/21/07 |
| Close of Discovery | 6/01/07 |

## CONCLUSION

The parties respectfully request that the Court allow this motion and enter the Order attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| **AEGIS ENERGY SERVICES, INC., and AEGENCO, INC.**<br>By their attorneys, | **TECOGEN, INC.**<br>By their attorneys, |
| /s/ Robert Curcio<br>Anthony P. DeLio<br>Peter W. Peterson<br>Robert Curcio<br>DELIO & PETERSON, LLC<br>121 Whitney Avenue<br>New Haven, CT 06510<br>(203) 787-0595<br>Admitted *Pro Hac Vice* | /s/ Julie A. Frohlich<br>Julie A. Frohlich, BBO # 554707<br>Derek B. Domian, BBO # 660568<br>Goulston & Storrs, PC<br>A Professional Corporation<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(617) 482-1776<br><br>Dated: January 17, 2007 |

William A. Zucker, BBO # 541240
David Himelfarb, BBO# 649596
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

Dated: January 17, 2007

3

**Exhibit A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TECOGEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-11823 RCL |
| | ) | |
| v. | ) | |
| | ) | |
| AEGIS ENERGY SERVICES, INC., | ) | |
| AEGENCO, INC., and AEGIS | ) | |
| GENERATION COMPANY | ) | |
| | ) | |
| Defendants | ) | |

### ORDER

This matter having come before the Court on the Joint Motion For An Extension Of Time To Extend The Discovery Completion Date ("Motion"),

IT IS HEREBY ORDERED that such Motion is ALLOWED.

The existing pretrial schedule will be modified as follows: Fact Discovery due by 4/06/07; Initial Expert Disclosure due by 4/30/07; Rebuttal Expert Disclosure due by 5/21/07; and Discovery to be completed by 6/01/07.

SO ORDERED.

/s/ REGINALD C. LINDSAY
United States District Judge

Dated: January ___, 2007