UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TECOGEN, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-11823 RCL |
| | ) | |
| AEGIS ENERGY SERVICES, INC., | ) | |
| AEGENCO, INC. and | ) | |
| AEGIS GENERATION COMPANY, | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Derek B. Domian as counsel for plaintiff Tecogen, Inc. in the above captioned action.

        Tecogen, Inc.,

        By its attorneys,

        /s/ Derek B. Domian

        Julie A. Frohlich (BBO # 554707)
        Derek B. Domian (BBO #660568)
        Goulston & Storrs, P.C.
        400 Atlantic Avenue
        Boston, Massachusetts 02110-3333
        617-482-1776

Dated: March 6, 2007