IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | March 13, 2007 |
| AEGENCO, INC., and AEGIS ) | |
| GENERATION COMPANY ) | |
| ) | |
| Defendants ) | *ORAL ARGUMENT REQUESTED* |

## DEFENDANT AEGIS ENERGY SERVICES' MOTION TO COMPEL DISCOVERY

Pursuant to Fed. R. Civ. P. 37(a) and Rule 37.1 of the Local Rules, Defendant/Plaintiff-in-Counterclaim Aegis Energy Services, Inc. ("Aegis") hereby moves for an order to compel plaintiff Tecogen, Inc. ("Tecogen"), to produce the responses to interrogatories and produce documents responsive to requests by defendant, to wit:

a) identification of the constituent elements of each of the copyrighted materials that Tecogen alleges constitutes original work, specifically, Tecogen's computer software code;

b) identification with specificity of any similarities between Tecogen's copyrighted material and any allegedly infringing works by Aegis, delineating each and every occurrence of alleged copying;

c) verification of the materials allegedly registered with the Copyright Office, specifically the identification of entire computer software code as it existed at the time of deposit;

d) documents referenced or relied upon by the authors of Tecogen's Installation Manual and Tecogen's Computer Program during the creation and any subsequent updating thereof; and

e) documents supporting the factual basis for each allegation made in Tecogen's complaint, specifically Tecogen's claim for copyright infringement of its computer software, and its claim for unfair competition.

WHEREFORE, Aegis respectfully requests that the Court issue an Order in the form attached hereto as Exhibit 1, and any further relief that the Court deems just and proper.

Respectfully submitted,

**AEGIS ENERGY SERVICES, INC.,**

By its attorneys,

_/s/ R. Curcio_

Anthony P. DeLio
Peter W. Peterson
Robert Curcio
DELIO & PETERSON, LLC
121 Whitney Avenue
New Haven, CT 06510
(203) 787-0595
Admitted *Pro Hac Vice*

William A. Zucker, BBO # 541240
David Himelfarb, BBO# 649596
McCARTER ENGLISH
265 Franklin Street
Boston, MA 02110
(617) 449-6500

## RULE 37.1 CERTIFICATION

I, Robert Curcio, counsel for defendant Aegis Energy Services, certify that on March 5, 2007 at 3:30 pm, I spoke with attorney Derek B. Domian, counsel for plaintiff Tecogen, by telephone in a good faith effort to narrow or resolve the areas of disagreement to the greatest extent possible. The phone conversation lasted for 30 minutes. The parties were unable to reach agreement with respect to the discovery matters discussed herein.

/s/ R. Curcio
Robert Curcio
DELIO & PETERSON, LLC
121 Whitney Avenue
New Haven, CT 06510
(203) 787-0595
Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing DEFENDANT AEGIS ENERGY SERVICES' MOTION TO COMPEL DISCOVERY and MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY, were filed electronically. Notice of the filing will be sent to those who are currently on the list to receive email notices by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, a copy of each of the foregoing DEFENDANT AEGIS ENERGY SERVICES' MOTION TO COMPEL DISCOVERY and MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY, were also mailed by first class mail, postage prepaid, to counsel of record for the plaintiff, as follows:

> Julie A. Frohlich, Esq.
> Derek B. Domian, Esq.
> Goulston & Storrs, PC
> 400 Atlantic Avenue
> Boston, MA 02110

By: _/s/ R. Curcio_

> Anthony P. DeLio
> Peter W. Peterson
> Robert Curcio
> DELIO & PETERSON, LLC
> 121 Whitney Avenue
> New Haven, CT 06510
> (203) 787-0595
> Admitted *Pro Hac Vice*

> William A. Zucker, BBO # 541240
> David Himelfarb, BBO# 649596
> McCARTER ENGLISH
> 265 Franklin Street
> Boston, MA 02110
> (617) 449-6500

Attorneys for Defendants

Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| TECOGEN, INC., | ) | |
| Plaintiff, | ) | Civil Action No. 05-11823 RCL |
| v. | ) | |
| AEGIS ENERGY SERVICES, INC., AEGENCO, INC., and AEGIS GENERATION COMPANY | ) | |
| Defendants | ) | |

### [Proposed] ORDER

This matter having come before the Court on Defendant Aegis Energy Services' Motion to Compel pursuant to Fed. R. Civ. P. 37(a) and Local Rule 37.1, for an order compelling further discovery,

IT IS HEREBY ORDERED:

1. That plaintiff Tecogen identify the constituent elements of each of the copyrighted materials that it alleges constitutes original work, specifically, Tecogen's computer software code, within ___ days of this Order;

2. That plaintiff Tecogen identify with specificity any similarities between Tecogen's copyrighted material and any allegedly infringing works by Aegis, delineating each and every occurrence of alleged copying, within ___ days of this Order;

3. That plaintiff Tecogen verify the materials allegedly registered with the Copyright Office, specifically the identification of entire computer software code as it existed at the time of deposit, within ___ days of this Order;

4. That plaintiff Tecogen produce documents referenced or relied upon by the authors of Tecogen's Installation Manual and Tecogen's Computer Program during the creation and any subsequent updating thereof, within ___ days of this Order; and

5. That plaintiff Tecogen produce documents supporting the factual basis for each allegation made in Tecogen's complaint, specifically Tecogen's claim for copyright infringement of its computer software, and its claim for unfair competition, within ___ days of this Order.

_____
Honorable Reginald J. Lindsay
United States District Judge

Dated: