# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11823 RCL |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | |
| AEGENCO, INC., and AEGIS ) | |
| GENERATION COMPANY, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR AN EXTENSION OF TIME TO EXTEND THE DISCOVERY COMPLETION DATE

Plaintiff/Defendant-in-Counterclaim Tecogen, Inc. ("Tecogen") and Defendants/Plaintiffs-in-Counterclaim Aegis Energy Services, Inc. and Aegenco, Inc. (collectively, "Aegis Energy") jointly move that this Court grant a modest extension of time to complete discovery.

In support of this motion, the parties state as follows:

1. To date, the parties have conducted and concluded fact discovery on issues regarding the claim for patent infringement. This discovery has resulted in a joint motion to dismiss the patent infringement claims, which this Court has granted.

2. The current scheduling requires that discovery be completed by June 1, 2007. The parties respectfully request that this date be extended by 100 days from the date of further disclosure, if any, ordered by the Court on the parties' cross-motions to compel now pending before the Court, for the following reasons:

A. In essence, the parties have phased fact discovery to resolve and narrow the remaining claims in this action. This was accomplished by first addressing and eliminating the patent infringement claim as discussed above.

B. The remaining claims include statutory and common law copyright infringement claims, unfair competition claims, unfair and deceptive acts or practices claims, claims for intentional interference with contractual relations, and unfair trade practices claims. The parties have engaged in extensive written discovery on these remaining claims. The parties have made multiple productions in response to each party's written discovery requests. The parties, however, have encountered certain issues with respect to the full extent of required discovery. Through phone conferences and written correspondence, the parties have narrowed the areas of disagreement. The parties have agreed to submit the remaining areas of disagreement to the Court for resolution on cross-motions to compel. The Court is scheduled to hear the cross-motions to compel on April 4, 2007.

C. Although the parties have narrowed the areas of disagreement, the lack of discovery on these matters has prevented each party from effectively preparing for and completing depositions on the current fact discovery closure date of April 6, 2007. Following the Court's ruling on the extent of written discovery still due from each party,

    the parties expect to be in a position to proceed with depositions and conclude fact discovery within sixty (60) days therefrom.

  D. These remaining claims also require the completion of expert discovery and depositions from witnesses of whom a significant number are third party witnesses.

3. Accordingly, the parties jointly request a modest discovery extension following the resolution of the parties' remaining discovery issues at the Court's April 4, 2007 hearing to accommodate further discovery, as follows:

  Fact Discovery Closed: 60 days from the date of further disclosure, if any, ordered by the Court with respect to the parties' joint motions to compel discovery pending before the Court;

  Initial Expert Discovery: 75 days from the date of further disclosure, if any, ordered by the Court;

  Rebuttal Expert Discovery: 90 days from the date of further disclosure, if any, ordered by the Court;

  Close of Discovery: 100 days from the date of further disclosure, if any, ordered by the Court.

## CONCLUSION

The parties respectfully request that the Court allow this motion and enter the Order attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| **AEGIS ENERGY SERVICES, INC., and AEGENCO, INC.** <br> By their attorneys, | **TECOGEN, INC.** <br> By their attorneys, |
|   /s/ Robert Curcio<br>Anthony P. DeLio<br>Peter W. Peterson<br>Robert Curcio<br>DELIO & PETERSON, LLC<br>121 Whitney Avenue<br>New Haven, CT 06510<br>(203) 787-0595<br>Admitted *Pro Hac Vice* |   /s/ Julie A. Frohlich<br>Julie A. Frohlich, BBO # 554707<br>Derek B. Domian, BBO # 660568<br>Goulston & Storrs, PC<br>A Professional Corporation<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(617) 482-1776 |

William A. Zucker, BBO # 541240
David Himelfarb, BBO# 649596
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

Dated: April 3, 2007

Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | |
| AEGENCO, INC., and AEGIS ) | |
| GENERATION COMPANY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter having come before the Court on the Joint Motion For An Extension Of Time To Extend The Discovery Completion Date ("Motion"),

IT IS HEREBY ORDERED that such Motion is ALLOWED.

The existing pretrial schedule will be modified as follows: Fact Discovery closed 60 days from the date of further disclosure, if any, ordered by the Court with respect to the parties' pending motions to compel discovery; Initial Expert Disclosure closed 75 days from said date of further disclosure; Rebuttal Expert Disclosure closed 90 days from said date of further disclosure; and Discovery to be completed 100 days from said date of further disclosure.

SO ORDERED.

/s/ _____
United States District Magistrate Judge

Dated: April ___, 2007

5