UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AEGIS ENERGY SERVICES, INC., )<br>AEGENCO, INC., and AEGIS )<br>GENERATION COMPANY, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-11823 RCL |

**JOINT MOTION FOR AN EXTENSION OF TIME TO EXTEND THE
PRE-TRIAL SCHEDULE**

Plaintiff/Defendant-in-Counterclaim Tecogen, Inc. ("Tecogen") and Defendants/Plaintiffs-in-Counterclaim Aegis Energy Services, Inc. and Aegenco, Inc. (collectively, "Aegis Energy") jointly move that this Court grant a modest extension of time to its Pre-Trial Order and the Final Pre-Trial Conference in order for the parties to continue settlement discussions.

In support of this motion, the parties state the following:

1. The parties have conducted fact discovery, including deposition testimony, which has substantially narrowed the pending issues for a possible settlement.

2. The parties have commenced earnest settlement discussions, and have reached a tentative understanding for the basis of a possible settlement, which would involve a business transaction between the parties.

2

3. The parties are in the process of developing and discussing detailed terms for such a settlement transaction and intend to meet and confer after these details have been developed and studied.

4. Given the sensitive nature and complexity of these discussions, the parties anticipate that this activity will extend into the current Pre-Trial period scheduled by the Court.

Accordingly, the parties jointly request a modest two-month extension of the Pre-Trial Order to **April 14, 2008** in order to focus their efforts solely on settlement and preclude the expenses of pre-trial preparation.

## CONCLUSION

The parties respectfully request that the Court allow this motion and enter the Order attached hereto as Exhibit A.

Respectfully submitted,

| **AEGIS ENERGY SERVICES, INC.,** | **TECOGEN, INC.** |
| **and AEGENCO, INC.** | By its attorneys, |
| By their attorneys, | |

  /s/ Robert Curcio                          /s/ Julie A. Frohlich  
Anthony P. DeLio                            Julie A. Frohlich, BBO # 554707  
Peter W. Peterson                         Derek B. Domian, BBO # 660568  
Robert Curcio                                  Goulston & Storrs, PC  
DELIO & PETERSON, LLC              A Professional Corporation  
121 Whitney Avenue                      400 Atlantic Avenue  
New Haven, CT 06510                  Boston, MA 02110-3333  
(203) 787-0595                                (617) 482-1776  
Admitted *Pro Hac Vice*

William A. Zucker, BBO # 541240  
McCARTER ENGLISH  
265 Franklin Street  
Boston, MA 02110  
(617) 449-6500

Dated: January 25, 2008

Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TECOGEN, INC., ) |  |
| ) |  |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) |  |
| v. ) |  |
| ) |  |
| AEGIS ENERGY SERVICES, INC., ) |  |
| AEGENCO, INC., and AEGIS ) |  |
| GENERATION COMPANY, ) |  |
| ) |  |
| Defendants. ) |  |

## ORDER

This matter having come before the Court on the Joint Motion For An Extension Of Time To Extend The Pre-Trial Schedule ("Motion"),

IT IS HEREBY ORDERED that such Motion is ALLOWED.

The existing pretrial schedule will be modified as follows:

The final pretrial conference is rescheduled for **April 14, 2008**.

SO ORDERED.

                                                                   /s/_____
                                                                United States District Magistrate Judge

Dated: January ___, 2008