# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TECOGEN, INC., <br>       Plaintiff, <br><br>       v. <br><br> AEGIS ENERGY SERVICES, INC., <br> AEGENCO, INC., and AEGIS <br> GENERATION COMPANY, <br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-11823 RCL |

## JOINT MOTION FOR AN EXTENSION OF TIME
## TO THE PRE-TRIAL SCHEDULE

Plaintiff/Defendant-in-Counterclaim Tecogen, Inc. ("Tecogen") and Defendants/Plaintiffs-in-Counterclaim Aegis Energy Services, Inc. and Aegenco, Inc. (collectively, "Aegis Energy") jointly move that this Court grant a modest extension of time to its Pre-Trial Order and the Final Pre-Trial Conference date in order for the parties to continue and conclude settlement discussions.

In support of this motion, the parties state the following:

1.  Since completing fact discovery, which substantially narrowed the pending issues for a possible settlement, the parties, through their counsel, have engaged in extensive settlement discussions.

2.  Counsels' discussions have further narrowed the scope of a possible settlement involving a business transaction between the parties. Not being as familiar with the industry and their clients' respective businesses, counsel have taken their discussions with each other as far as they reasonably can and, therefore, commencing next week the parties themselves are planning to engage in direct settlement discussions with each other, on more specific settlement terms involving a business transaction.

3. The parties' counsel are not expected to participate in these direct settlement discussions and, instead, will concentrate on preparing the joint pre-trial statement in case the parties' direct discussions do not result in a settlement within the next few weeks.

4. At this time, the parties do not anticipate filing any further motions to extend the final pre-trial conference in this action and, further, expect that if this action is not settled by the new proposed date below for the Final Pre-Trial Conference, then the parties will proceed to that conference and the subsequent trial in this action.

Accordingly, the parties jointly request a modest six week extension of the Pre-Trial Order to **June 2, 2008** in order to continue to focus their efforts on settlement.

## CONCLUSION

The parties respectfully request that the Court allow this motion and enter the Order attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| **AEGIS ENERGY SERVICES, INC., and AEGENCO, INC.** By their attorneys, | **TECOGEN, INC.** By its attorneys, |
|   |   |
| __/s/ Robert Curcio__ | __/s/ Julie A. Frohlich__ |
| Anthony P. DeLio | Julie A. Frohlich, BBO # 554707 |
| Peter W. Peterson | Derek B. Domian, BBO # 660568 |
| Robert Curcio | Goulston & Storrs, PC |
| DELIO & PETERSON, LLC | A Professional Corporation |
| 121 Whitney Avenue | 400 Atlantic Avenue |
| New Haven, CT 06510 | Boston, MA 02110-3333 |
| (203) 787-0595 | (617) 482-1776 |
| Admitted *Pro Hac Vice* | |

William A. Zucker, BBO # 541240
McCARTER ENGLISH
265 Franklin Street
Boston, MA 02110
(617) 449-6500

Dated: April 4, 2008

3

# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| v. ) | |
| AEGIS ENERGY SERVICES, INC., ) AEGENCO, INC., and AEGIS ) GENERATION COMPANY, ) | |
| Defendants. ) | |

## ORDER

This matter having come before the Court on the Joint Motion For An Extension Of Time To The Pre-Trial Schedule ("Motion"),

IT IS HEREBY ORDERED that such Motion is ALLOWED.

The existing pretrial schedule will be modified as follows:

The final pretrial conference is rescheduled for **June 2, 2008** at ____: ____ ___.m.

SO ORDERED.

/s/ _____
United States District Magistrate Judge

Dated: April ___, 2008

4