UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., <br>     Plaintiff, <br><br> v. <br><br> AEGIS ENERGY SERVICES, INC., <br> AEGENCO, INC., and AEGIS <br> GENERATION COMPANY, <br>     Defendants. | Civil Action No. 05-11823 RCL |

### JOINT MOTION FOR AN EXTENSION OF TIME TO EXTEND THE PRE-TRIAL SCHEDULE AND FOR THE FILING OF SUMMARY JUDGMENT MOTIONS

Plaintiff (Defendant-in-Counterclaim) Tecogen, Inc. ("Tecogen") and Defendants (Plaintiffs-in-Counterclaim) Aegis Energy Services, Inc. and Aegenco, Inc. (collectively, "Aegis Energy") jointly move that this Court grant an extension of time to its Pre-Trial Order and the Final Pre-Trial Conference date in order for the parties to submit respective summary judgment motions pursuant to Fed. R. Civ. P. 56.

In support of this motion, the parties state the following:

1. Since the last request for an extension of time, the parties have engaged in direct settlement discussions with each other (without counsel), on specific settlement terms involving possible business transactions.

2. On or about the first week of June 2008, discussions had concluded without settlement. At this time, it appears unlikely that the parties will settle this case.

3. Consistent with this Court's Final Pre-Trial Order, the parties' counsel have been conferring in an attempt to narrow the scope of the issues to be heard at trial. Based on these discussions, the parties have concluded that the filing of summary judgment motions will greatly

narrow and focus each issue, claim and/or counterclaim remaining in this action for trial, or even eliminate whole issues, claims and/or counterclaims from trial.

4. In this regard, as a result of discovery and counsel's pre-trial conference discussions, plaintiff will not be pursuing Count II (Statutory Copyright Infringement of Computer Program) at trial. Count IV (Patent Infringement) of the Complaint previously was voluntarily dismissed. Plaintiff's remaining claims in the action are Counts I and III of the Complaint for, respectively, statutory and common law copyright infringement of an installation manual, and Count V for violation of M.G.L. Chapter 93A. Defendants' counterclaims consist of two counts for intentional interference with contractual relations and one count for violation of M.G.L. Chapter 93A.

5. The summary judgment motions discussed by counsel are contemplated to cover these remaining claims and counterclaims. Depending on the outcome of these contemplated summary judgment motions, a trial may not be necessary in this action and, at the very least, should be more focused and shorter in duration as a result of these summary judgment motions.

6. The parties request that this Court grant a modest schedule change to the Pre-trial Order and Final Pre-Trial Conference to allow for the filing of summary judgment motions.

7. Accordingly, the parties request permission to file summary judgment motions by <u>July 14, 2008</u>, with opposition briefs filed <u>July 28, 2008</u>.

8. For the Court's convenience, and in an effort to move the summary judgment process along expeditiously, counsel for each party is holding the following dates for oral argument on the Summary Judgment Motions: July 31-August 6, 2008 and August 18-22, 2008. The parties further request that the date for the Pre-Trial Order and the Final Pre-Trial Conference be extended for thirty (30) days after a ruling on the summary judgment motions.

## CONCLUSION

The parties respectfully request that the Court allow this motion and enter the Order attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| **AEGIS ENERGY SERVICES, INC.,** <br> **and AEGENCO, INC.** <br> By their attorneys, | **TECOGEN, INC.** <br> By its attorneys, |
| __/s/ Robert Curcio__ <br> Anthony P. DeLio <br> Peter W. Peterson <br> Robert Curcio <br> DELIO & PETERSON, LLC <br> 121 Whitney Avenue <br> New Haven, CT 06510 <br> (203) 787-0595 <br> Admitted *Pro Hac Vice* <br><br> William A. Zucker, BBO # 541240 <br> McCARTER ENGLISH <br> 265 Franklin Street <br> Boston, MA 02110 <br> (617) 449-6500 <br><br> Dated: June 10, 2008 | __/s/ Julie A. Frohlich__ <br> Julie A. Frohlich, BBO # 554707 <br> Derek B. Domian, BBO # 660568 <br> Goulston & Storrs, PC <br> A Professional Corporation <br> 400 Atlantic Avenue <br> Boston, MA 02110-3333 <br> (617) 482-1776 <br><br> Dated: June 10, 2008 |

3

# EXHIBIT A

Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | |
| AEGENCO, INC., and AEGIS ) | |
| GENERATION COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter having come before the Court on the Joint Motion For An Extension Of Time To Extend The Pre-Trial Schedule and for the Filing of Summary Judgment Motions ("Motion"),

IT IS HEREBY ORDERED that such Motion is ALLOWED.

The existing pretrial schedule will be modified as follows:

Summary Judgment Motions will be filed by July 14, 2008.

Oppositions to Summary Judgment Motions will be filed by July 28, 2008.

Pre-trial Memorandums will be due thirty (30) days after a ruling on Summary Judgment Motions.

SO ORDERED.

/s/
United States District Court Judge

Dated: June ___, 2008