UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff/ Defendant-in-Counterclaim, ) | |
| ) | |
| v. ) | C.A. No. 05-11823 RCL |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | |
| AEGENCO, INC. and ) | |
| AEGIS GENERATION COMPANY, ) | |
| ) | |
| Defendants/ Plaintiffs-in-Counterclaim. ) | |

**TECOGEN, INC.'S  MOTION FOR PARTIAL SUMMARY JUDGMENT**

In accordance with Fed. R. Civ. P. 56(c), plaintiff Tecogen, Inc. ("Tecogen") hereby moves for summary judgment on Counts I and II of defendants' Counterclaim for tortious interference with contractual relations, and on Count III of defendants' Counterclaim for violations of M.G.L. c. 93A, §§ 2 and 11.  There is no genuine issue of material fact in dispute with respect to these claims and Tecogen is entitled to judgment as a matter of law.

In support of this motion, Tecogen relies upon and incorporates by reference its supporting memorandum and the exhibits thereto, its statement of undisputed facts, and the Affidavit of Julie A. Frohlich.

Wherefore, Tecogen respectfully requests that this Court enter an order (i) granting Tecogen summary judgment on all counts of defendants' counterclaim and dismissing the same and (ii) awarding Tecogen such other relief as the Court may deem just and proper.

                          TECOGEN, INC.,
                          By its attorneys,

                          /s/ Derek B. Domian
                          _____
                          Julie A. Frohlich (BBO# 554707)
                          Derek B. Domian (BBO# 660568)
                          Goulston & Storrs, P.C.
                          400 Atlantic Avenue
                          Boston, MA  02110-3333
                          (617) 482-1776

Dated:  July 14, 2008

**Certificate of Service**

I, Derek Domian, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                           /s/ Derek Domian