IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | July 14, 2008 |
| AEGENCO, INC., and AEGIS ) | |
| GENERATION COMPANY ) | |
| ) | |
| Defendants ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Aegis Energy Services, Inc., Aegenco Inc., and Aegis Generation Company respectfully submit Defendants' Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 and L. Civ. R. 56.1 regarding plaintiff, Tecogen, Inc.'s, claim of copyright infringement of its 2005 Installation Manual, and Tecogen's claim of unfair competition in violation of state law for Unfair Competition and Deceptive Acts or Practices, M.G.L.A. c. 93A.

Defendants will rely on the memorandum of law, attached exhibits, statement of material facts, and accompanying affidavit of Lee Vardakas, submitted herewith.

                                            Respectfully submitted,

                                            **AEGIS ENERGY SERVICES INC., and**
                                            **AEGENCO, INC.**

Date: July 14, 2008          By:   /s/ Robert Curcio

Anthony P. DeLio
Peter W. Peterson
Robert Curcio
**DELIO & PETERSON, LLC**
121 Whitney Avenue
New Haven, CT 06510
Tel.: (203) 787 – 0595
Fax: (203) 787 – 5818
Attorneys for Defendants
*Pro Hac Vice*

William A. Zucker, BBO # 541240
David Himelfarb, BBO# 649596
McCARTER ENGLISH
265 Franklin Street
Boston, MA 02110
(617) 449-6500
Attorneys for Defendants

## CERTIFICATE OF SERVICE

      This hereby certifies that the foregoing DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was filed electronically. Notice of the filing will be sent to those who are currently on the list to receive email notices by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   /s/ Robert Curcio
Anthony P. DeLio
Peter W. Peterson
Robert Curcio
DELIO & PETERSON, LLC
121 Whitney Avenue
New Haven, CT 06510
(203) 787-0595
Admitted *Pro Hac Vice*

William A. Zucker, BBO # 541240
David Himelfarb, BBO# 649596
McCARTER ENGLISH
265 Franklin Street
Boston, MA 02110
(617) 449-6500

Attorneys for Defendants