UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., <br>     Plaintiff and <br>     Counterclaim Defendant, <br><br> v. <br><br> AEGIS ENERGY SERVICES, INC., <br> AEGENCO, INC. and <br> AEGIS GENERATION COMPANY, <br>     Defendants and <br>     Counterclaim Plaintiffs. | C.A. No. 05-11823 RCL |

## AFFIDAVIT OF JULIE A. FROHLICH

Julie A. Frohlich, being duly sworn, deposes and says:

1. I am a Director in the law firm of Goulston and Storrs, a professional corporation, and counsel to the Plaintiff/Counterclaim Defendant, Tecogen, Inc. ("Tecogen"). I submit this affidavit in support of Tecogen's Motion for Partial Summary Judgment. The statements in this affidavit are based upon my personal knowledge, discussion with Tecogen employees who have knowledge of certain documents, and my review of deposition transcripts.

2. Tecogen Ex. "1" to Tecogen's Statement of Undisputed Material Facts ("SMF") is a true and correct copy of excerpts from Aegis' Answer and Counterclaims.

3. Tecogen Ex. "2" to the SMF is a true and correct copy of the Complaint.

4. Tecogen Ex. "3" to the SMF is a true and correct copy of the Tecogen Product Brochure.

5. Tecogen Ex. "4" to the SMF is a true and correct copy of excerpts of the Tecogen Cogeneration Module Installation Manual dated February 2005.

6. Tecogen Ex. "5" to the SMF is a true and correct copy of the Tecogen Cogeneration Product Development Timeline.

7. Tecogen Ex. "6" to the SMF is a true and correct copy of excerpts from the Deposition Transcript of Robert Panora.

8. Tecogen Ex. "7" to the SMF is a true and correct copy of excerpts from the Deposition Transcript of Jeff Glick.

9. Tecogen Ex. "8" to the SMF is a true and correct copy of excerpts from the Deposition of Spiro Vardakas.

10. Tecogen Ex. "9" to the SMF is a true and correct copy of the September 7, 1993 Unsigned Sales Rep Agreement.

11. Tecogen Ex. "10" to the SMF is a true and correct copy of the Letter dated April 3, 2003, from Tecogen to Aegis.

12. Tecogen Ex. "11" to the SMF is a true and correct copy of the American DG Press Release.

13. Tecogen Ex. "12" to the SMF is a true and correct copy of the Vardakas Letter to DTE.

14. Tecogen Ex. "13" to the SMF is a true and correct copy of the Prefiled Direct Testimony of Spiro Vardakas to Mass. DTE.

15. Tecogen Ex. "14" to the SMF is a true and correct copy of excerpts from the Deposition Transcript of Timothy Casabonne.

16. Tecogen Ex. "15" to the SMF is a true and correct copy of excerpts from the Aegen Cogeneration Module Installation Manual dated June 2005.

17. Tecogen Ex. "16" to the SMF is a true and correct copy of excerpts from the Deposition of Lee Vardakas.

18. Tecogen Ex. "17" to the SMF is a true and correct copy of the Aegis Prepared Product Comparisons.

19. Tecogen Ex. "18" to the SMF is a true and correct copy of the Sales Proposal Letter from Aegis to JML.

20. Tecogen Ex. "19" to the SMF is a true and correct copy of the Purchase and Installation Agreement between Aegis and JML Care Center.

21. Tecogen Ex. "20" to the SMF is a true and correct copy of excerpts from the Deposition Transcript of Robert Olmstead.

22. Tecogen Ex. "21" to the SMF is a true and correct copy of the January 9, 2002 Fax from Glick to Hickey at R.L. Kistler.

23. Tecogen Ex. "22" to the SMF is a true and correct copy of the January 25, 2002 Fax from Glick to Hickey at R.L. Kistler.

24. Tecogen Ex. "23" to the SMF is a true and correct copy of the February 19, 2002 R.L. Kistler Price Quote to Atlantic for Chemung.

25. Tecogen Ex. "24" to the SMF is a true and correct copy of the March 3, 2004 Atlantic Letter to Chemung with project information discussing Tecogen units.

26. Tecogen Ex. "25" to the SMF is a true and correct copy of the Certificate of Need Application to N.Y. State Department of Health for.

27. Tecogen Ex. "26" to the SMF is a true and correct copy of the Transmittal of Tecogen Maintenance Agreement from Glick to Atlantic.

28.     Tecogen Ex. "27" to the SMF is a true and correct copy of the Chemung Project Kick-Off Meeting Minutes dated October 21, 2004.

29.     Tecogen Ex. "28" to the SMF is a true and correct copy of the 12-6-04 email, Glick to Casabonne at Atlantic transmitting Lakeland and Chemung Maintenance Agreements.

30.     Tecogen Ex. "29" to the SMF is a true and correct copy of excerpts from the 1-24-05 Preliminary Review Package sent to NYSEG for Chemung.

31.     Tecogen Ex. "30" to the SMF is a true and correct copy of the 2-3-05 Appendix C, N.Y. State Standardized Application for Attachment of Parallel Generation identifying Tecogen Modules.

32.     Tecogen Ex. "31" to the SMF is a true and correct copy of the 10-25-04 Transmittal from Glick to Clough Harbour of Tecogen Module Literature and Installation Manual, 11-10-04 emails between Glick and Clough Harbour regarding specifications for Chemung, and the 12-10-04 letter from Chemung to NYSEG answering questions about project and Tecogen units proposed for project.

33.     Tecogen Ex. "32" to the SMF is a true and correct copy of the 1-26-05 Price Quote, Hickey at Advanced Comfort to Casabonne at Atlantic.

34.     Tecogen Ex. "33" to the SMF is a true and correct copy of the 3-1-05 Price Quote from Advanced Comfort to Atlantic, with Casabonne's Handwritten Price Change on 8-1-05.

35.     Tecogen Ex. "34" to the SMF is a true and correct copy of a 4-12-05 Email from Casabonne to Chemung regarding a budget overrun, a 5-19-05 letter, and Handwritten Notes dated 6-3-05.

36. Tecogen Ex. "35" to the SMF is a true and correct copy of a 6-6-05 email from Glick to Brock and Casabonne at Atlantic regarding pricing for 25 Integrated Modules for Lakeland, Chemung, Auburn and Maintenance at projects.

37. Tecogen Ex. "36" to the SMF is a true and correct copy of the 6-14-05 Price Quote, Aegis to Atlantic.

38. Tecogen Ex. "37" to the SMF is a true and correct copy of the 6-16-05 Price Quote from Aegis to Atlantic, Chemung and Additional Projects.

39. Tecogen Ex. "38" to the SMF is a true and correct copy of the 6-16-05 Atlantic Purchase Order to Aegis.

40. Tecogen Ex. "39" to the SMF is a true and correct copy of the 6-24-05 New York State Electric & Gas ("NYSEG") letter giving notice of Preliminary Review approval for the Chemung project using Tecogen cogeneration units.

41. Tecogen Ex. "40" to the SMF is a true and correct copy of the 6-27-05 Email thread between Clough Harbor and Atlantic regarding the impact a change to Aegen units will have on NYSEG review.

42. Tecogen Ex. "41" to the SMF is a true and correct copy of the 6-28-05 Chemung Project Meeting Minutes and handwritten notes of the 6-28-05 Chemung Project Meeting.

43. Tecogen Ex. "42" to the SMF is a true and correct copy of the 6-30-05 email from Clough Harbor to Atlantic listing issues/questions regarding the Aegen Modules.

44. Tecogen Ex. "43" to the SMF is a true and correct copy of the ITS Certification Letter for Tecogen Cogeneration Units and the List of NYS Certified Interconnection Equipment.

45. Tecogen Ex. "44" to the SMF is a true and correct copy of the 7-6-05 email from Chemung with questions, concerns regarding Aegen Modules.

46. Tecogen Ex. "45" to the SMF is a true and correct copy of the 7-11-05 emails, between Energy Concepts and Casabonne at Atlantic, and NYSED regarding Aegen Module certifications.

47. Tecogen Ex. "46" to the SMF is a true and correct copy of the 7-11-05 email from Aegis to Atlantic with 2 site references where Aegen units installed.

48. Tecogen Ex. "47" to the SMF is a true and correct copy of a 7-18-05 email from Panora to Chemung and the Panora letter to Chemung dated 7-18-05.

49. Tecogen Ex. "48" to the SMF is a true and correct copy of a 7-18-05 email from Chemung to Atlantic.

50. Tecogen Ex. "49" to the SMF is a true and correct copy of the 7-19-05 Chemung Project Meeting Minutes and handwritten notes of same.

51. Tecogen Ex. "50" to the SMF is a true and correct copy of the a 7-20-05 Fax from Casabonne at Atlantic to Hickey at Advanced Comfort bidding on Chemung and Lakeland, a 7-22-05 email thread between Casabonne and Hickey regarding Chemung, a 7-22-05 email from Hickey to Casabonne, a 7-26-05 email thread, a 7-29-05 Price Quote from Hickey to Casabonne, and a 7-27-05 to 7-29-05 email thread between Advanced Comfort and Atlantic negotiating Tecogen unit pricing.

52. Tecogen Ex. "51" to the SMF is a true and correct copy of the 8-1-05 Atlantic P.O. to Hickey at Advanced Comfort.

53. Tecogen Ex. "52" to the SMF is a true and correct copy of the 7-29-05 letter from Atlantic to Aegis.

6

54. Tecogen Ex. "53" to the SMF is a true and correct copy of the 12-19-03 email from Kistler to Glick re Lakeland.

55. Tecogen Ex. "54" to the SMF is a true and correct copy of a 6-30-04 transmittal of Tecogen Module information to Atlantic and a 6-30-04 email from Glick to L. Vardakas regarding Lakeland pricing and commissions to R.L. Kistler and Advanced Comfort.

56. Tecogen Ex. "55" to the SMF is a true and correct copy of excerpts from Lakeland Project Specifications, and Energy Concepts' Project Manual for Lakeland dated March 17, 2004.

57. Tecogen Ex. "56" to the SMF is a true and correct copy of Lakeland Project Drawings.

58. Tecogen Ex. "57" to the SMF is a true and correct copy of the 6-30-04 transmittal of Tecogen Module information to Atlantic and a 8-24-04 fax from Glick to Cafer at Energy Concepts regarding Integrated Tecogen Modules.

59. Tecogen Ex. "58" to the SMF is a true and correct copy of a 9-10-04 fax from Glick to Hickey, 10-04 emails between Glick, Energy Concepts and Advanced Comfort, a 12-21-04 email from Energy Concepts to Glick regarding "Appendix C", a 12-21-04 fax from Glick to Narodetsky at Energy Concepts regarding NYSIR review, a 1-20-05 email from Glick answering NYSED questions regarding Tecogen Modules, a 2-10-05 email from Energy Concepts to Glick regarding Tecogen installations not needing relay protection, a 2-10-05 fax from Glick to Energy Concepts with requested information about Tecogen relay protection, and 3-14-05 emails between Casabonne and Glick and Hickey regarding Tecogen Module information for J&M Heating.

60. Tecogen Ex. "59" to the SMF is a true and correct copy of excerpts from the 10-29-04 Bid Addendum for Lakeland.

61. Tecogen Ex. "60" to the SMF is a true and correct copy of a 11-5-04 Price Quote from Advanced Comfort to J&M Heating.

62. Tecogen Ex. "61" to the SMF is a true and correct copy of 2-10-05 a fax from Glick to Hickey regarding Tecogen Module pricing for Lakeland.

63. Tecogen Ex. "62" to the SMF is a true and correct copy of a 2-11-05 Price Quote form Advanced Comfort to J&M Heating for Tecogen Integrated Modules at Lakeland.

64. Tecogen Ex. "63" to the SMF is a true and correct copy of a 4-18-05 Tecogen Module Proposal from Aegis to J&M Heating.

65. Tecogen Ex. "64" to the SMF is a true and correct copy of a 4-18-05 Aegen Module Proposal from Aegis to J&M Heating.

66. Tecogen Ex. "65" to the SMF is a true and correct copy of a 4-27-05 P.O. from J&M Heating to Aegis ordering Tecogen Modules for Lakeland.

67. Tecogen Ex. "66" to the SMF is a true and correct copy of a 5-2-05 fax from Hickey to J&M Heating regarding Tecogen Module Pricing.

68. Tecogen Ex. "67" to the SMF is a true and correct copy of a 4-28-05 Memorandum from Wes Schuster at Tecogen to Tecogen Sales Reps and Dealers regarding Tecogen Module Price Increase.

69. Tecogen Ex. "68" to the SMF is a true and correct copy of a 5-2-05 email from Glick to L. Vardakas at Aegis with Confidential Turn-In Pricing Pages for NYC Projects.

70. Tecogen Ex. "69" to the SMF is a true and correct copy of a 5-2-05 Aegis Purchase Order for New York for 12 Tecogen Modules.

71. Tecogen Ex. "70" to the SMF is a true and correct copy of a 4-25-05 Tecogen Accounts Receivable Aging Report on Aegis.

72. Tecogen Ex. "71" to the SMF is a true and correct copy of a 5-6-05 Price Quotation from Tecogen to Aegis.

73. Tecogen Ex. "72" to the SMF is a true and correct copy of a 5-17-05 Price Quotation from Tecogen to Aegis.

74. Tecogen Ex. "73" to the SMF is a true and correct copy of a 5-17-05 Aegis Purchase Order to Tecogen, fax stamped 5-18-05.

75. Tecogen Ex. "74" to the SMF is a true and correct copy of a Aegen Cogeneration Unit Brochure faxed to Tecogen on May 23, 2005.

76. Tecogen Ex. "75" to the SMF is a true and correct copy of a 5-23-05 email from Glick to Atlantic proposing meeting to introduce American DG to Atlantic.

77. Tecogen Ex. "76" to the SMF is a true and correct copy of 6-14-05 emails between Casabonne at Atlantic and L. Vardakas regarding pricing for Aegen Modules for Lakeland, Chemung and other projects, and a 6-14-05 Price Quote from Aegis to Atlantic for Lakeland.

78. Tecogen Ex. "77" to the SMF is a true and correct copy of a 6-16-05 letter from L. Vardakas to Glick canceling 5-17-05 Purchase Order for 11 Tecogen Modules for Lakeland.

79. Tecogen Ex. "78" to the SMF is a true and correct copy of a 6-17-05 Aegis-Aegenco Aegen Module Price Quotation to J&M Heating and a 6-17-05 Purchase Order from J&M Heating to Aegis ordering Aegen Modules for Lakeland and voiding the prior 4-27-05 Purchase Order for Tecogen Modules.

80. Tecogen Ex. "79" to the SMF is a true and correct copy of a 6-21-05 letter from Glick to L. Vardakas at Aegis.

81. Tecogen Ex. "80" to the SMF is a true and correct copy of a 6-22-05 email from L. Vardakas to Glick and Schuster at Tecogen.

82. Tecogen Ex. "81" to the SMF is a true and correct copy of a 7-11-05 letter from Panora to Brock at Atlantic.

83. Tecogen Ex. "82" to the SMF is a true and correct copy of a 7-21-05 letter from Panora to Lakeland Superintendent.

84. Attached hereto as Schedule A is a true and correct Index of Tecogen's Exhibits.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14th DAY OF JULY, 2008.

    /s/ Julie A. Frohlich
Julie A. Frohlich (BBO #554707)
GOULSTON & STORRS
A Professional Corporation
400 Atlantic Avenue
Boston, MA  02110-3333
(617) 482-1776

**Certificate of Service**

     I, Derek Domian, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


          _/s/ Derek Domian_

## Schedule A

### Index of Tecogen Exhibits

Ex. 1 -  Aegis' Answer to Complaint, Affirmative Defenses, Counterclaims and Demand for Jury Trial.

Ex. 2 -  Complaint.

Ex. 3 -  Tecogen Product Brochure.

Ex. 4 -  Excerpts of the Tecogen Cogeneration Module Installation Manual dated February 2005.

Ex. 5 -  Tecogen Cogeneration Product Development Timeline.

Ex. 6 -  Excerpts from the Deposition Transcript of Robert Panora.

Ex. 7 -  Excerpts from the Deposition Transcript of Jeff Glick.

Ex. 8 -  Excerpts from the Deposition of Spiro Vardakas.

Ex. 9 -  September 7, 1993 Unsigned Sales Rep Agreement.

Ex. 10 -  Letter dated April 3, 2003, from Tecogen to Aegis.

Ex. 11 -  American DG Press Release.

Ex. 12 -  Vardakas Letter to DTE.

Ex. 13 -  Prefiled Direct Testimony of Spiro Vardakas to Mass. DTE.

Ex. 14 -  Excerpts from the Deposition Transcript of Timothy Casabonne.

Ex. 15 -  Excerpts from the Aegen Cogeneration Module Installation Manual dated June 2005.

Ex. 16 -  Excerpts from the Deposition of Lee Vardakas.

Ex. 17 -  Aegis Prepared Product Comparisons.

Ex. 18 -  Sales Proposal Letter from Aegis to JML.

Ex. 19 -  Purchase and Installation Agreement between Aegis and JML Care Center.

Ex. 20   Excerpts from the Deposition Transcript of Robert Olmstead.

Ex. 21 -  January 9, 2002 Fax from Glick to Hickey at R.L. Kistler.

Ex. 22 -  January 25, 2002 Fax from Glick to Hickey at R.L. Kistler.

Ex. 23 - February 19, 2002 R.L. Kistler Price Quote to Atlantic for Chemung.

Ex. 24 - March 3, 2004 Atlantic Letter to Chemung with project information discussing Tecogen units.

Ex. 25 - Certificate of Need Application to N.Y. State Department of Health for.

Ex. 26 - Transmittal of Tecogen Maintenance Agreement from Glick to Atlantic.

Ex. 27 - Chemung Project Kick-Off Meeting Minutes dated October 21, 2004.

Ex. 28 - 12-6-04 email, Glick to Casabonne at Atlantic transmitting Lakeland and Chemung Maintenance Agreements.

Ex. 29 - Excerpts from the 1-24-05 Preliminary Review Package sent to NYSEG for Chemung.

Ex. 30 - 2-3-05 Appendix C, N.Y. State Standardized Application for Attachment of Parallel Generation identifying Tecogen Modules.

Ex. 31 - 10-25-04 Transmittal from Glick to Clough Harbour of Tecogen Module Literature and Installation Manual, 11-10-04 emails between Glick and Clough Harbour regarding specifications for Chemung, and the 12-10-04 letter from Chemung to NYSEG answering questions about project and Tecogen units proposed for project.

Ex. 32 - 1-26-05 Price Quote, Hickey at Advanced Comfort to Casabonne at Atlantic.

Ex. 33 - 3-1-05 Price Quote from Advanced Comfort to Atlantic, with Casabonne's Handwritten Price Change on 8-1-05.

Ex. 34 - 4-12-05 Email from Casabonne to Chemung regarding a budget overrun, a 5-19-05 letter, and Handwritten Notes dated 6-3-05.

Ex. 35 - 6-6-05 email from Glick to Brock and Casabonne at Atlantic regarding pricing for 25 Integrated Modules for Lakeland, Chemung, Auburn and Maintenance at projects.

Ex. 36 - 6-14-05 Price Quote, Aegis to Atlantic.

Ex. 37 - 6-16-05 Price Quote from Aegis to Atlantic, Chemung and Additional Projects.

Ex. 38 - 6-16-05 Atlantic Purchase Order to Aegis.

Ex. 39 - 6-24-05 New York State Electric & Gas ("NYSEG") letter giving notice of Preliminary Review approval for the Chemung project using Tecogen cogeneration units.

Ex. 40 - 6-27-05 Email thread between Clough Harbor and Atlantic regarding the impact a change to Aegen units will have on NYSEG review.

Ex. 41 - 6-28-05 Chemung Project Meeting Minutes and handwritten notes of the 6-28-05 Chemung Project Meeting.

Ex. 42 -  6-30-05 email from Clough Harbor to Atlantic listing issues/questions regarding the Aegen Modules.

Ex. 43 -  ITS Certification Letter for Tecogen Cogeneration Units and the List of NYS Certified Interconnection Equipment.

Ex. 44 -  7-6-05 email from Chemung with questions, concerns regarding Aegen Modules.

Ex. 45 -  7-11-05 emails, between Energy Concepts and Casabonne at Atlantic, and NYSED regarding Aegen Module certifications.

Ex. 46 -  7-11-05 email from Aegis to Atlantic with 2 site references where Aegen units installed.

Ex. 47 -  7-18-05 email from Panora to Chemung and the Panora letter to Chemung dated 7-18-05.

Ex. 48 -  7-18-05 email from Chemung to Atlantic.

Ex. 49 -  7-19-05 Chemung Project Meeting Minutes and handwritten notes of same.

Ex. 50 -  7-20-05 Fax from Casabonne at Atlantic to Hickey at Advanced Comfort bidding on Chemung and Lakeland, a 7-22-05 email thread between Casabonne and Hickey regarding Chemung, a 7-22-05 email from Hickey to Casabonne, a 7-26-05 email thread, a 7-29-05 Price Quote from Hickey to Casabonne, and a 7-27-05 to 7-29-05 email thread between Advanced Comfort and Atlantic negotiating Tecogen unit pricing.

Ex. 51 -  8-1-05 Atlantic P.O. to Hickey at Advanced Comfort.

Ex. 52 -  7-29-05 letter from Atlantic to Aegis.

Ex. 53 -  12-19-03 email from Kistler to Glick re Lakeland.

Ex. 54 -  6-30-04 transmittal of Tecogen Module information to Atlantic and a 6-30-04 email from Glick to L. Vardakas regarding Lakeland pricing and commissions to R.L. Kistler and Advanced Comfort.

Ex. 55 -  Excerpts from Lakeland Project Specifications, and Energy Concepts' Project Manual for Lakeland dated March 17, 2004.

Ex. 56 -  Lakeland Project Drawings.

Ex. 57 -  6-30-04 transmittal of Tecogen Module information to Atlantic and a 8-24-04 fax from Glick to Cafer at Energy Concepts regarding Integrated Tecogen Modules.

Ex. 58 -  9-10-04 fax from Glick to Hickey, 10-04 emails between Glick, Energy Concepts and Advanced Comfort, a 12-21-04 email from Energy Concepts to Glick regarding "Appendix C", a 12-21-04 fax from Glick to Narodetsky at Energy Concepts regarding NYSIR review, a 1-20-05 email from Glick answering NYSED questions regarding Tecogen Modules, a 2-10-05 email from Energy Concepts to Glick regarding Tecogen installations not needing relay protection, a 2-10-05 fax from Glick to Energy Concepts with requested information

       about Tecogen relay protection, and 3-14-05 emails between Casabonne and Glick and Hickey regarding Tecogen Module information for J&M Heating.

Ex. 59 - Excerpts from the 10-29-04 Bid Addendum for Lakeland.

Ex. 60 - 11-5-04 Price Quote from Advanced Comfort to J&M Heating.

Ex. 61 - 2-10-05 a fax from Glick to Hickey regarding Tecogen Module pricing for Lakeland.

Ex. 62 - 2-11-05 Price Quote form Advanced Comfort to J&M Heating for Tecogen Integrated Modules at Lakeland.

Ex. 63 - 4-18-05 Tecogen Module Proposal from Aegis to J&M Heating.

Ex. 64 - 4-18-05 Aegen Module Proposal from Aegis to J&M Heating.

Ex. 65 - 4-27-05 P.O. from J&M Heating to Aegis ordering Tecogen Modules for Lakeland.

Ex. 66 - 5-2-05 fax from Hickey to J&M Heating regarding Tecogen Module Pricing.

Ex. 67 - 4-28-05 Memorandum from Wes Schuster at Tecogen to Tecogen Sales Reps and Dealers regarding Tecogen Module Price Increase.

Ex. 68 - 5-2-05 email from Glick to L. Vardakas at Aegis with Confidential Turn-In Pricing Pages for NYC Projects.

Ex. 69 - 5-2-05 Aegis Purchase Order for New York for 12 Tecogen Modules.

Ex. 70 - 4-25-05 Tecogen Accounts Receivable Aging Report on Aegis.

Ex. 71 - 5-6-05 Price Quotation from Tecogen to Aegis.

Ex. 72 - 5-17-05 Price Quotation from Tecogen to Aegis.

Ex. 73 - 5-17-05 Aegis Purchase Order to Tecogen, fax stamped 5-18-05.

Ex. 74 - Aegen Cogeneration Unit Brochure faxed to Tecogen on May 23, 2005.

Ex. 75 - 5-23-05 email from Glick to Atlantic proposing meeting to introduce American DG to Atlantic.

Ex. 76 - 6-14-05 emails between Casabonne at Atlantic and L. Vardakas regarding pricing for Aegen Modules for Lakeland, Chemung and other projects, and a 6-14-05 Price Quote from Aegis to Atlantic for Lakeland.

Ex. 77 - 6-16-05 letter from L. Vardakas to Glick canceling 5-17-05 Purchase Order for 11 Tecogen Modules for Lakeland.

Ex. 78 -  6-17-05 Aegis-Aegenco Aegen Module Price Quotation to J&M Heating and a 6-17-05 Purchase Order from J&M Heating to Aegis ordering Aegen Modules for Lakeland and voiding the prior 4-27-05 Purchase Order for Tecogen Modules.

Ex. 79 -  6-21-05 letter from Glick to L. Vardakas at Aegis.

Ex. 80 -  6-22-05 email from L. Vardakas to Glick and Schuster at Tecogen.

Ex. 81 -  7-11-05 letter from Panora to Brock at Atlantic.

Ex. 82 -  7-21-05 letter from Panora to Lakeland Superintendent.