# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TECOGEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-11823 RCL |
| | ) | |
| v. | ) | |
| | ) | |
| AEGIS ENERGY SERVICES, INC., | ) | July 14, 2008 |
| AEGENCO, INC., and AEGIS | ) | |
| GENERATION COMPANY | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# Table Of Contents

Table of Contents................................................................................. i

Table of Authorities............................................................................ iii

I.     Introduction................................................................................ 1

II.    Background................................................................................ 2

III.   The Law For Summary Judgment.................................................. 4

IV.    Tecogen's February 2005 Installation Manual is a derivative work with limited
       copyright protected material that is not infringed, and this derivative work does
       not support a cause of action for damages.................................................. 5

       a) Copyright registration in a derivative work provides limited copyright
          protection beyond which copyright infringement cannot be asserted,
          and Aegis does not infringe any portion of the material for which
          Tecogen acquired copyright protection.................................... 5

       b) Absent a copyright registration to the preexisting work, this Court
          does not have subject matter jurisdiction to hear Tecogen's claims of
          infringement on the preexisting material.................................. 9

       c) Any possible damages associated with Tecogen's allegation of
          copyright infringement of its February 2005 Installation Manual are
          de minimis.................................................................. 9

          i) Actual damages are de minimis......................................... 9

          ii) Tecogen is not entitled to statutory damages or attorney's fees.... 11

       d) In addition to the Court's lack of subject matter jurisdiction to
          adjudicate a copyright infringement claim to the preexisting work,
          any copyright protection Tecogen attempts to claim for the
          preexisting work must be considered improperly obtained or
          obtained by unclean hands................................................ 15

V.     There is neither an unlawful act, an agreement between the parties not to
       compete, nor specific intellectual property protection to support Tecogen's
       claim for unfair competition.................................................... 16

       a) Unfair competition requires an unlawful act............................ 16

       b) There was no agreement between the parties regarding exclusivity

and non-competition, and Aegis refused to sign any such agreement.. 17

    c) Any alleged exclusivity agreement between the parties was belied by Tecogen's own adverse actions........................................... 17

    d) Tecogen's Unfair Competition Claim Relies On An Unsupported Allegation That Aegis Exploited Tecogen's Intellectual Property....... 19

VI.   Conclusion...................................................................... 22

# Table of Authorities

## Cases

Apple Computer, Inc. v. Microsoft Corp., 821 F. Supp. 616, 27 USPQ2d 1081 (N.D Cal. 1993), aff'd 35 F.3d 1435, 32 USPQ2d 1086 (9th Cir. 1994), cert. denied 115 S.Ct 1176, 513 U.S. 1184, 130 L.Ed.2d 1129........................................................ 6

Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 106 S. Ct. 2505, 91 L. Ed. 2d 202 (1986) .................................................................................................... 4, 5

Business Trends Analysts, Inc. v. Freedonia Group, Inc., 887 F.2d 399, 12 USPQ2d 1457 (2d Cir. 1989)......................................................................................... 14

Celotex Corp. v. Catrett, 477 U.S. 317, 106 S. Ct. 2548, 91 L. Ed. 2d 265 (1986)....... 4, 5

Computer Associates International Inc. v. Altai Inc., 775 F. Supp. 544, 20 USPQ2d 1641 (E.D.N.Y. 1991), aff'd in part, vacated in part on other grounds 982 F.2d 693, on remand 832 F. Supp. 50................................................................................... 13

CVD, Inc. v. Raytheon Co., 769 F.2d 842, 850, 227 USPQ 7, 11-12  (1st Cir. 1985), cert. denied, 475 U.S. 1016, 106 S.Ct. 1198, 89 L.Ed.2d 312............................... 22

Grubb v. KMS Patriots, L.P., 88 F.3d 1, 2, 39 USPQ2d 1187 (1st Cir. 1996)............  4

Jet Spray Cooler, Inc. v. Crampton, 282 N.E.2d 921, 925, 174 USPQ 272, 275 (Mass. 1972)............................................................................................................ 21

Johnson v. University of Virginia, 606 F. Supp. 312, 226 USPQ 356 (W.D. Va. 1985).  14

J.T. Healy & Son, Inc. v. James A. Murphy & Son, Inc., 260 N.E.2d 723, 357 Mass. 728, 166 USPQ 443, (Mass. 1970)............................................................... 21

Kodadek v. MTV Networks Inc., 152 F.3d 1209, 47 USPQ2d 1956, (9th Cir. 1998)...................................................................................... 20, 21

Morris v. Business Concepts Inc., 283 F.3d 502, 62 USPQ2D 1285, 1288 (2d Cir. 2002)............................................................................................................ 7

Positive Black Talk Inc. v. Cash Money Records, Inc., 394 F.3d 357, 73 USPQ2d 1321 (5th Cir. 2004)..................................................................................... 9

Storage Technology Corp. v. Custom Hardware Engineering & Consulting Inc., 421 F.3d 1307, 76 USPQ2d 1065 (Fed. Cir. 2005)................................................. 21

Whelan Associates, Inc. v. Jaslow Dental Lab., 609 F. Supp. 1325, 226 USPQ 1013 (E.D. Pa. 1985)................................................................................... 14

**Statutes**

17 U.S.C. § 103……………………………………………………………...6, 7, 8, 20

17 U.S.C. § 411……………………………………………………………..9, 12

17 U.S.C. § 412……………………………………………………...1, 12, 13, 14

17 U.S.C. § 504……………………………………………………..10, 11, 12, 14

17 U.S.C. § 505…………………………………………………………..11, 12

M.G.L.A. c. 93A………………………………………………………..1, 16

M.G.L. c. 93…..…………………………………………………………..………21

**Rules**

Fed. R. Civ. P. 56……………………………………………………….  1, 4, 5

L. Civ. R. 56.1………………………………………………………...  1

**Treatises**

1 Melville B. Nimmer, <u>Nimmer on Copyright</u> § 1.01 [B]………………………  20

<u>Restatement (Third) of Unfair Competition</u> § 1, comment g (1995)……………17

Defendants, Aegis Energy Services, Inc., Aegenco Inc., and Aegis Generation Company (collectively hereinafter, "Defendants" or "Aegis") respectfully submit this Memorandum of Law in support of their Motion For Summary Judgment pursuant to Fed. R. Civ. P. 56 and Massachusetts L. Civ. R. 56.1 against plaintiff, Tecogen, Inc. (hereinafter, "Plaintiff" or "Tecogen").

## I.    Introduction

Tecogen's claim of copyright infringement of its 2005 Installation Manual is without merit for the following reasons: a) Tecogen's copyright registration of its 2005 Installation Manual is a registration for a derivative work, which gives copyright protection only to the added portions to any preexisting work, and Tecogen has not asserted any copying of the added portions; b) since there is no copyright registration to the preexisting work, this Court does not have subject matter jurisdiction to hear Tecogen's claims of infringement on the preexisting material; c) there are no actual damages to the derivative work, and any actual damages Tecogen may attempt to assert for alleged infringement of the preexisting work would be *de minimis*; d) there are no statutory damages or attorney's fees available to Tecogen because Tecogen's copyright registration of its February 2005 Installation Manual was not submitted pursuant to the pre-registration requirements of 17 U.S.C. § 412; and e) to the extent Tecogen may attempt to claim a copyright registration of its preexisting work by virtue of the copyright registration of a derivative work, this registration would be considered improperly obtained or obtained by unclean hands.

Tecogen's claim of unfair competition in violation of state law for Unfair Competition and Deceptive Acts or Practices, M.G.L.A. c. 93A, is without merit because

1

a) unfair competition requires an unlawful act and Tecogen has offered absolutely no evidence to indicate that Aegis performed any unlawful commercial conduct while it was a buyer and reseller of Tecogen's cogeneration modules, or after Tecogen terminated the its relationship with Aegis on June 24, 2005; and b) Tecogen's unfair competition claim relies on an unsupported allegation that Aegis exploited Tecogen's intellectual property, which, as the evidence will unequivocally support, Aegis did not.

## II.    Background

In its complaint, plaintiff Tecogen brought this action for statutory copyright infringement of Tecogen's February 2005 Installation Manual, statutory copyright infringement of Tecogen's computer program, common law copyright infringement, patent infringement of U.S. Patent No. 5,033,264, and unfair competition pursuant to the Unfair Competition and Deceptive Acts or Practices in violation of state law. Exhibit A. Aegis counterclaimed in its answer for two counts of Intentional Interference with Contractual Relations. Docket No. 8.[1]

At the onset of this case, any potential damages for Tecogen's causes of action were substantially weighted towards the patent infringement claim and the software copyright infringement claim because either of these two counts would have directly involved the manufacture and sale of Aegis' cogeneration modules, which constitute an extensive and significant portion of Aegis' business. The patent infringement claim related directly to the cogeneration module product build and sale, and the software infringement claim related directly to the software code that provides the instructions for

---

[1] Docket numbers refer to documents already submitted to the Court and identified in the PACER docket report for the case.

the microprocessor controller that runs each cogeneration module. Essentially, these two allegations went to the core of Aegis' business.

Aegis steadfastly maintained that there was no basis for the patent infringement allegation, and provided conclusive argument on this matter that ultimately convinced Tecogen to remove the patent infringement count from consideration. This Court approved the Joint Motion To Dismiss Patent Infringement Claim on October 17, 2006. Docket No. 22. This was not a settlement. The patent infringement claim was dropped because Aegis demonstrated to Tecogen that there was no patent infringement, and there was no merit in proceeding any further in the prosecution. Moreover, Tecogen had already been in possession of Aegis' drawings specifically demonstrating non-infringement, and should have considered these when the lawsuit was filed.

Similarly, Aegis steadfastly maintained that there was no basis for the software copyright infringement allegation. Aegis informed Tecogen as early as March 24, 2006, that Aegis purchased a controller for Aegis' cogeneration module's that included software created by ComAp, s.r.o., of the Czech Republic. Aegis informed Tecogen that Aegis did not write, nor has it ever written, software code for the controllers that are inside the Aegis' cogeneration modules. Pursuant to Aegis' March 2007 Motion to Compel, this Court had ordered Tecogen to provide any and all documentation available to support Tecogen's software copyright infringement allegation. Docket No. 35. Tecogen has failed to provide any supporting documentation. Tecogen, through its counsel, has informed Aegis that it is now withdrawing its claim of software copyright infringement with prejudice. For the purposes of this Summary Judgment Motion, Aegis has relied on this

3

information, and will not address its defense of non-infringement to the software copyright claim.

The only remaining claims by the plaintiff are for tangential matters with no more than *de minimis* damages, if any, available. It has become exceedingly apparent that Tecogen's original pursuit of its meritless patent and software copyright infringement claims was designed to hinder Aegis' legitimate entry into the marketplace and stifle competition.

### III.    The Law For Summary Judgment

The granting of summary judgment is only appropriate where there is no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c); Celotex Corp. v. Catrett, 477 U.S. 317, 322-23, 106 S. Ct. 2548, 91 L. Ed. 2d 265 (1986); Grubb v. KMS Patriots, L.P., 88 F.3d 1, 2, 39 USPQ2d 1187 (1st Cir. 1996). In order for a dispute to be genuine, the court must be satisfied that evidence exists upon which the finder of fact could reasonably find for the party opposing the motion. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248-52, 106 S. Ct. 2505, 2510-12, 91 L. Ed. 2d 202 (1986). Summary judgment may be granted if "the pleadings, depositions, answers to interrogatories, and admissions to file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c).

The plain language of Fed. R. Civ. P. 56(c) mandates the entry of summary judgment upon motion, against a party who fails to make a showing sufficient to establish the existence of an element essential to that party's case, and on which that party will bear the burden of proof at trial. Celotex, 477 U.S. at 322, 106 S. Ct. at 2552. The initial

4

burden is on the moving party to show "that there is an absence of evidence to support the nonmoving party's case." <u>Celotex</u>, 477 U.S. at 325, 106 S. Ct. at 2554. The moving party may meet this burden by identifying those portions of the record that demonstrate the absence of a genuine issue of material fact. The burden then shifts to the nonmoving party to "designate specific facts showing that there is a genuine issue for trial." <u>Celotex</u>, 477 U.S. at 324, 106 S. Ct. at 2553 (quoting, Fed. R. Civ. P. 56(e)). Importantly, the party resisting summary judgment "may not rest upon the mere allegations or denials of his pleading." <u>Liberty Lobby</u>, 477 U.S. at 248, 106 S. Ct. at 2510 (internal quotation marks omitted).

Defendants respectfully submit, as discussed in further detail herein, that there is no genuine issue of material fact to support the plaintiff's (non-moving party's) allegations of copyright infringement of the Tecogen February 2005 Installation Manual, or unfair competition under state law. As such, Aegis is entitled to summary judgment as a matter of law.

IV. **Tecogen's February 2005 Installation Manual is a derivative work with limited copyright protected material that is not infringed, and this derivative work does not support a cause of action for damages**

a) Copyright registration in a derivative work provides limited copyright protection beyond which copyright infringement cannot be asserted, and Aegis does not infringe any portion of the material for which Tecogen acquired copyright protection

In its August 31, 2005 application for copyright registration Tecogen applied to copyright its February 2005 Installation Manual as a derivative work of a previous work entitled, "Tecogen Cogeneration Module Installation Manual – April 2003." Exhibit B, section 6a. Under section 6b in Tecogen's copyright application entitled "Material Added to This Work  Give a brief description, general statement of the material that has been

5

added to this work *and in which copyright is claimed*," Tecogen stated "Compilation and additional new material consisting of text, figures, tables, drawings, and graphics." Exhibit B, section 6b (emphasis added). Aegis relied on Tecogen's statements as true and correct.

The Copyright Act states, "[t]he copyright in a compilation or derivative work extends only to the material contributed by the author of such work, *as distinguished from the preexisting material employed in the work, and does not imply any exclusive right in the preexisting material*. The copyright in such work is independent of, and does not affect or enlarge the scope, duration, ownership, or subsistence of, any copyright protection in the preexisting material." 17 U.S.C. § 103(b) (emphasis added).

As a derivative work, Tecogen's February 2005 Installation Manual is provided limited copyright protection, i.e., protection only to the added portions of the preexisting material.

"Section 103(b) clearly provides that copyrights in a derivative work are limited to the "new material" added to the derivative work. Preexisting material in a derivative work which is carried forward from a prior work is only protected under the copyrights for the prior work." Apple Computer, Inc. v. Microsoft Corp., 821 F. Supp. 616, 27 USPQ2d 1081, 1093 (N.D. Cal. 1993), aff'd 35 F.3d 1435, 32 USPQ2d 1086 (9th Cir. 1994), cert. denied 115 S.Ct. 1176, 513 U.S. 1184, 130 L.Ed.2d 1129.

In Apple, the copyright owner held a copyright registration to the preexisting underlying work as well. In light of this, the Ninth Circuit considered (as *dicta*) an exception to the district court's holding in instances where the copyright owner of the registered derivative work is the copyright owner of underlying work. Apple, 35 F.3d at

6

1447, 32 USPQ2d at 1096. Importantly, in the instant case, there are no registered copyrights for Tecogen's preexisting work.

In contrast, the Second Circuit has found jurisdiction for an infringement action based on a derivative work; however, it has not expanded this holding to include works where the copyright owner of the derivative work is not the copyright owner of all of the material in the preexisting work. Morris v. Business Concepts Inc., 283 F.3d 502, 505-06, 62 USPQ2D 1285, 1288 (2d Cir. 2002) (Adopting the reasoning of the Copyright Office: [I]f all the rights in a constituent work have not been transferred to the claimant, a collective work registration will not apply to the constituent work.). For reasons described below, Tecogen is not the owner of all of the material in the preexisting work.

Although this is an issue of first impression in the First Circuit, Aegis respectfully submits that the statute requires, and the above-cited case law provides a basis for, Tecogen to have registered its preexisting work separate and distinct from its derivative work if it intended to file a lawsuit based solely on the preexisting material.[2]

A line-by-line comparison of Tecogen's 77 page April 2003 Installation Manual (Exhibit J) to Tecogen's 77 page February 2005 Installation Manual (Exhibit G) demonstrates that the new material added in the February 2005 Installation Manual is negligible. Pursuant to the Copyright Act, 17 U.S.C. § 103(b), it is only this new material that is registered for copyright, and copyright protected for the purposes of litigation.

---

[2] In its August 31, 2005 copyright application, Tecogen elected not to obtain copyright registration for the preexisting material listed in section 6A of the copyright registration application. Aegis acknowledges that Tecogen could apply for copyright registration for the preexisting material at any time, provided it properly identifies the work, and notifies the U.S. Copyright Office of the portions of the preexisting material that Tecogen does not own.

Table I identifies the added portions in the Tecogen February 2005 Installation Manual that are different from, and in addition to, the material provided in the preexisting work:

## TABLE I

| April 2003 Installation Manual | | February 2005 Installation Manual |
|---|---|---|
| p.21, col. 2, ¶ 2:<br>This neutral connection is available in the switchgear cabinet (460V), or at the generator (208 volt or 230 volt), for monitoring purposes only but should not be connected to any load or carry any current. | | p.21, col. 2, ¶ 2:<br>This neutral connection is available at the generator. On the 460 V units only, the neutral can be made available within the switchgear cabinet as a factory option. |
| p.21, col. 2, ¶ 7:<br>If the building gas pressure exceeds 14" (or 28" for emission control system units), it is necessary for the customer to install a gas regulator upstream of the TECOGEN®. | | p.21, col. 2, ¶ 7<br>If the building gas pressure exceeds 28", it is necessary for the customer to install a gas regulator upstream of the TECOGEN®. |
| p.47, Drawing 6, Rev. D. | | p.47, Drawing 6, Rev. E. (No noticeable differences from the preexisting drawing) |
| p.55, Appendix 1, exhaust silencer figure | | p.55, Appendix 1, exhaust silencer figure, cross section diagram added |
| p.62, Drawing A1.2, Rev. G. | | p.62, Drawing A1.2, Rev. H, 3" silencer item added to Note 3. |
| p.63, Drawing A1.3, Rev. F. | | p.63, Drawing A1.3, Rev. G, (No noticeable differences from preexisting drawing) |

In its February 23, 2007 supplemental response to a request for interrogatory, Tecogen did not identify any of the above-cited additional new matter as being infringed when it compared the Tecogen February 2005 Installation Manual (Exhibit G) to the Aegis June 2005 Installation Manual (Exhibit F). Aegis did not copy, and therefore does not infringe, any of the material protected by the copyright registration to the derivative work.

b) Absent a copyright registration to the preexisting work, this Court does not have subject matter jurisdiction to hear Tecogen's claims of infringement on the preexisting material

If Tecogen attempts to assert copyright infringement for its preexisting work, a work that it failed to register and is not covered by the copyright registration of the derivative work, Aegis respectfully submits that this Court would not have subject matter jurisdiction to adjudicate this claim.

The Copyright Act requires copyright registration prior to bringing an action for infringement. Title 17 of the United States code, section 411, provides in pertinent part: "[N]o action for infringement of the copyright in any United States work shall be instituted until preregistration or registration of the copyright claim has been made in accordance with this title." This requirement is often described as a jurisdictional one. See, e.g., Positive Black Talk Inc. v. Cash Money Records, Inc., 394 F.3d 357, 365, 73 USPQ2d 1321, 1325 (5th Cir. 2004) ("17 U.S.C. §411(a) sets forth [a] jurisdictional prerequisite . . . ."). Since Tecogen does not have a copyright registration to the preexisting work, it cannot assert copyright infringement for this preexisting material without bringing this Court's subject matter jurisdiction into question.

c) Any possible damages associated with Tecogen's allegation of copyright infringement of its February 2005 Installation Manual are *de minimis*

i) Actual damages are *de minimis*

Independent of whether Tecogen asserts its copyright protection to its registered derivative work, or is allowed to assert a copyright of its preexisting work, the only damages to which Tecogen would be entitled to are actual damages of which there is only a *de minimis* amount.

Pursuant to federal copyright law, an infringer of copyright is liable for either – (1) the copyright owner's actual damages and any additional profits of the infringer; or (2) statutory damages. 17 U.S.C. § 504(a).

For reasons discussed below, Tecogen is limited to actual damages and additional profits in accordance with 17 U.S.C. § 504(a)(1); however, the facts clearly demonstrate that the actual damages are *de minimis* because Tecogen admittedly freely gives away its installation manuals to its customers, and public contract awards are not predicated on the submission of the manual. Architects and mechanical engineers require some limited specifications of the cogeneration modules, but not the installation instructions, and not the installation manual in its entirety. Lee Vardakas Affidavit, ¶¶ 5, 6.

In deposition testimony, Ms. Jean Roy, Operations Manager at Tecogen and co-author of Tecogen's 2005 Installation Manual, testified that Tecogen does not sell its Installation Manuals, and in fact, gives them away.

> Q. *Does Tecogen sell the installation manual?*
> A. *No.*
> Q. To your knowledge, if a customer or potential customer asks for an installation manual, would they ever be precluded from receiving the document?
> A. Not to my knowledge.

Roy Deposition, p.63, ll.11-20; Exhibit C (emphasis added).

Mr. Robert Panora, Tecogen's President and Chief Operating Officer, and its designated witness pursuant to Fed. R. Civ. P. 30(b)(6), testified in a similar fashion:

> Q. Does Tecogen sell its installation manual?
> A. Most often not. I don't know if we do or not. *It's generally given away for free*.

Panora Deposition, p.25, ll.14-16 (emphasis added); Exhibit D.

Mr. Jeffrey Glick, a Tecogen Sales Representative, testified as well that Tecogen does not charge for its installation manual, and that he freely gives it away:

Q. If a contractor or customer calls up and asks for an installation manual, calls you and asks for an installation manual, would you send it to them?

A. I generally will ask if they are an engineer, if it's something applicable to us, look at considering it. If they are an engineer working on a project, absolutely.

Q. Would you charge them for it?

A. No. I would not.

Glick Deposition, p.181, l.24 – p.182, l.12; Exhibit E.

Federal copyright law permits a copyright owner to pursue "any profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." 17 U.S.C. § 504(b). However, the allegedly infringing installation manual that Aegis provided to a third party was also freely given away. Lee Vardakas Affidavit, ¶ 7. In the one instance where Aegis did make its June 2005 Installation Manual available, it was submitted only after Aegis had already been awarded a purchase order. Lee Vardakas Affidavit, ¶ 13. Furthermore, in over 99% of cogeneration module systems that Aegis' provides, it performs the installation itself and does not use or distribute the installation manual. Lee Vardakas Affidavit, ¶ 16. Aegis respectfully submits that Tecogen cannot demonstrate more than *de minimis* actual damages or additional profits for any alleged infringement of its February 2005 Installation Manual.

ii) Tecogen is not entitled to statutory damages or attorney's fees

Under federal copyright law, statutory damages may be allowed with certain exceptions pursuant to 17 U.S.C. § 504(a)(2). Attorney's fees and costs may also be allowed with certain exceptions pursuant to 17 U.S.C. § 505. The copyright owner may elect to pursue statutory damages, attorney's fees, and costs *instead of* actual damages and profits. 17 U.S.C. § 504(c)(1). However, any award of statutory damages, attorney's fees,

11

and costs is strictly confined to the prerequisite registration requirements of 17 U.S.C. §

412. For the reasons stated herein, Tecogen has failed to meet these prerequisite

registration requirements, and therefore is not entitled to pursue statutory damages,

attorney's fees, or costs.

> Title 17 U.S.C. § 412 provides in pertinent part:
>
> In any action under this title … no award of statutory damages or of
> attorney's, as provided by sections 504 and 505, shall be made for - … (2)
> any infringement of copyright commenced after first publication of the
> work and before the effective date of its registration, unless such
> registration is made within three months after the first publication of the
> work.[3]

In a February 23, 2007 supplementary response to a request for interrogatory,

Tecogen identified Aegis' June 2005 Installation Manual as the allegedly infringing

manual, and made a comparison of the Aegis' June 2005 Installation Manual (Exhibit F)

to Tecogen's February 2005 Installation Manual (Exhibit G).

Aegis published its June 2005 Installation Manual in June 2005, and freely gave it

to a mechanical contractor, Mr. Ed Horvath, for a single project for the Lakeland School

District in New York ("Lakeland Project"), after Mr. Horvath's company, J&M Heating

and A/C, Inc. ("J&M"), had already awarded the Lakeland Project contract to Aegis, and

a purchase order for the Lakeland Project had been received by Aegis from J&M. Lee

Vardakas Affidavit, ¶¶ 8-15. Clearly, J&M could not have used Aegis' June 2005

Installation Manual in its determination to award Aegis a purchase order for the Lakeland

Project.

---

[3] The omitted portions of 17 U.S.C. § 412 involve exceptions for: 1) the rights of the author under 17
U.S.C. § 106A to attribution and integrity of a visual art; 2) the preregistration of a copyright work under
17 U.S.C. § 408(f) being prepared for commercial distribution, but has not been published; or 3) an action
instituted under 17 U.S.C. § 411(b) for works consisting of sounds and images. None of these exceptions
are applicable to this case. 17 U.S.C. § 412(2) is the only criterion applicable to the case-in-suit.

Aegis did not make its June 2005 Installation Manual available to any other third party. Lee Vardakas Affidavit, ¶¶ 17. J&M did provide the Aegis June 2005 Installation Manual to other entities involved with the Lakeland Project in July 2005, but this activity occurred after Aegis had received the purchase order from J&M. Lee Vardakas Affidavit, ¶ 18.

Aegis submitted its installation manual to J&M in June 2005, which is before the copyright application date of August 31, 2005. Thus, the first prong of 17 U.S.C. § 412(2) is satisfied insomuch as any alleged infringement of copyright (June 2005) commenced *after* first publication of the work (February 28, 2005) and *before* the effective date of its registration (August 31, 2005). Computer Associates International Inc. v. Altai Inc., 775 F. Supp. 544, 572, 20 USPQ2d 1641, 1661 (E.D.N.Y. 1991), aff'd in part, vacated in part on other grounds 982 F.2d 693, on remand 832 F. Supp. 50 (Under 17 U.S.C. § 412 of the copyright act, plaintiff may not be awarded statutory damages or attorney's fees as provided in 17 U.S.C. § 505, because the alleged infringement commenced before the effective date of copyright registration).

On August 31, 2005, Tecogen submitted through its counsel an application for registration of the work entitled "Tecogen CM-60/CM-75 Cogeneration Module Installation Manual – February 2005," with the U.S. Copyright Office. Exhibit B. In the case-in-suit, Tecogen alleged copyright infringement of its February 2005 Installation Manual based on this registration. See, Complaint, ¶ 29; Exhibit A. Tecogen stated to the U.S. Copyright Office that the date of first publication of this work was February 28, 2005. Exhibit B, section 3b. Insomuch as the publication date of February 28, 2005 is over six months *prior* to the registration application date of August 31, 2005, the second

13

prong of 17 U.S.C. § 412(2), which provides an exception to the first prong, cannot be met, i.e., the registration was *not* made within three months after the first publication of the work. See, e.g., Business Trends Analysts, Inc. v. Freedonia Group, Inc., 887 F.2d 399, 403-04, 12 USPQ2d 1457, 1460 (2d Cir. 1989) (Owner of copyrighted industry study that did not register copyright until after alleged infringement was not eligible for statutory damages and was limited to actual damages and profits in copyright infringement action.)

The statutory provisions of 17 U.S.C. § 412(2) are satisfied. Since the requirement of the first prong 17 U.S.C. § 412(2) is met, and the requirement to the second prong of 17 U.S.C. § 412(2), which provides for an exception to the first prong, cannot be met, it follows that "*no award of statutory damages or attorney's fees*, as provided by sections 504 and 505, *shall be made*." 17 U.S.C. § 412 (emphasis added).

Furthermore, to the extent Tecogen attempts to extend its copyright infringement claim to acts beyond the effective registration date, Tecogen is still not entitled to recover statutory damages, including costs and attorney fees, for any infringement that commenced prior to the effective date of copyright registration, regardless of whether infringement continued after that date. See, Johnson v. University of Virginia, 606 F. Supp. 312, 226 USPQ 356, 358-59 (W.D. Va. 1985) (new copyright infringement did not commence each time defendants used any of plaintiff's material.); Whelan Associates, Inc. v. Jaslow Dental Lab., 609 F. Supp. 1325, 1331, 226 USPQ 1013, 1017-18 (E.D. Pa. 1985) (Interpreting "commencement of infringement" as the time when the first act of infringement in a series of on-going discrete infringements occurs).

Aegis respectfully submits that, pursuant to the Copyright Act, Tecogen is not entitled to statutory damages, attorney's fees, or costs for any copyright infringement of its February 2005 Installation Manual.

> d) In addition to the Court's lack of subject matter jurisdiction to adjudicate a copyright infringement claim to the preexisting work, any copyright protection Tecogen attempts to claim for the preexisting work must be considered improperly obtained or obtained by unclean hands

Ironically, Tecogen alleges copyright infringement against Aegis for small portions of a document for which little copyright protection exists. The document is entirely technical in nature, encompassing technical specifications that provide for very limited means of expression, and includes details of mechanical order (e.g., performing step A before step B), which are uncopyrightable. Significantly, Tecogen itself has *copied* numerous portions of technical specifications, drawings, data, and text, without authorization.

To the extent Tecogen may claim copyright protection of the preexisting work, this expanded copyright protection would be considered improperly obtained, or at least obtained by unclean hands, insomuch as Tecogen has admitted that it incorporated material in the preexisting work that it did not create, does not own, and failed to acquire authorization from the actual copyright owners. Furthermore, to the extent Tecogen attempts to broaden the scope of its derivative copyright protection to include the preexisting work, it becomes material that Tecogen did not notify the U.S. Copyright Office of this unauthorized incorporation.

In deposition testimony, Ms. Jean Roy, a co-author of Tecogen's April 2003 and February 2005 Installation Manuals, admitted that she incorporated material that was not original to any of the co-authors, or to Tecogen regarding information contained in at

least pages 9, 10, 11, 12, 13, 14, 25, 35, 52, 54, 55, 56, 66, 67, 68, 69, and Fig. A1.6. In

various parts of her deposition testimony, Ms. Roy acknowledged this copying. Roy

Deposition, p.52, 1.17 – p.59, 1.5; Exhibit C.

Tecogen's incorporation of unauthorized works in the preexisting material, and its

subsequent failure to notify the U.S. Copyright Office accordingly, demonstrates that

Tecogen came into this suit with unclean hands. Moreover, Tecogen's unauthorized

incorporation may constitute copyright infringement by Tecogen of the unauthorized

works as well.

## V. There is neither an unlawful act, an agreement between the parties not to compete, nor specific intellectual property protection to support Tecogen's claim for unfair competition

In its Complaint, Tecogen states that Aegis' took advantage of its position as

Tecogen's distributor to copy Tecogen's intellectual property, using the same to make

"knock off" modules, and then selling their own "knock-off" modules in place of

Tecogen's modules, in violation of Sections 2 and 11 of the Massachusetts Consumer

Protection Act, M.G.L.A. c.93A. Exhibit A, ¶ 52.

a) Unfair Competition Requires An Unlawful Act

The Massachusetts General Law states: "Unfair methods of competition and

unfair or deceptive acts or practices in the conduct of any trade or commerce are hereby

declared unlawful." M.G.L.A. c.93A, § 2. Although it is impossible to state a definitive

test for determining which methods of unfair competition will be deemed unfair,

"[j]udicial formulations have broadly appealed to principles of fairness and social utility.

The case law, however, is far more circumscribed than such rhetoric might indicate, and

courts have generally been reluctant to interfere in the competitive process." <u>Restatement (Third) of Unfair Competition</u> § 1, comment g (1995).

Aegis was a buyer and reseller of Tecogen equipment for many years. Lee Vardakas Affidavit, ¶ 2. For the reasons stated herein, Tecogen has offered absolutely no evidence to indicate that Aegis performed any unlawful commercial conduct before or after Tecogen terminated its relationship with Aegis.

> b) There was no agreement between the parties regarding exclusivity and non-competition, and Aegis refused to sign any such agreement

Tecogen has previously stated that it was Tecogen's understanding that Aegis was not allowed to compete with Tecogen in the marketplace since Aegis was Tecogen's dealer in certain markets. Docket No. 26. This understanding is false, and belied by Tecogen's own actions.

Aegis specifically refused to sign any agreement that would, *inter alia*, prohibit it from competing with Tecogen. Significantly, Tecogen attempted numerous times to have Aegis sign an agreement, but Aegis steadfastly refused. At least one agreement was offered to Aegis on or about September 1993. Aegis refused to sign this agreement. Lee Vardakas Affidavit, ¶¶ 19, 20. A second sales representation agreement was offered to Aegis on or about January 2001. Aegis refused to sign this agreement as well. Lee Vardakas Affidavit, ¶ 21. Moreover, there was never an agreement for Aegis to sell only Tecogen products, and in fact, Aegis did offer with Tecogen's knowledge other manufacturers' competing products during Aegis' tenure as a reseller of Tecogen products. Lee Vardakas Affidavit, ¶¶ 3, 4, and 22.

17

c) Any alleged "exclusivity" agreement between the parties was belied by Tecogen's own adverse actions

Tecogen allowed its affiliate, AmericanDG ("ADG"), who is located in the same building as Tecogen at 45 First Avenue, Waltham, Massachusetts, to compete directly with Aegis in the marketplace at a time when Aegis was a buyer and reseller of Tecogen cogeneration modules, and at a time when Tecogen claimed Aegis had exclusivity for the Massachusetts and Connecticut markets. Mr. Robert Olmstead, a former employee of Aegis, and who is currently a regional sales manager for ADG, testified that Tecogen's affiliate, ADG, did indeed compete with Aegis in Massachusetts:

Q.  Mr. Olmstead, to your knowledge is ADG a competitor of Aegis?
A.  Yes.
Q.  In what regard would you consider them to be a competitor?
A.  They're in the same business.
Q.  Would they be pursuing the same sites for sales?
A.  Potentially.
...
Q.  I would like to present what's going to be marked as Exhibit No. 64 [Exhibit H] for your review.  When you get it, could you please review it and identify it for me? (Exhibit 64 Marked For Identification).
A.  Oh, yeah, I remember this. Yeah, I would have to say -- just I would revise my former statement [that ADG made no inroads into New England], that I remember running into AmericanDG in New England at a site in Haverhill. It was called Penacook Place or something like that and also at this site to which Exhibit 64 refers which site is called the Falls at Cordingly Dam.
          This is a -- page one is a fax from, looks like it's from Spiro [Vardakas, CEO of Aegis] to the Falls at Cordingly Dam trying to get a project off of dead center, and to this fax is attached a letter dated nine months later, March 22, 2001 which appears to be a shared saving offer, offer to the Falls at Cordingly Dam and – wait a minute. This March 22nd letter is a turnkey installation offer, and then there's another letter attached, page three dated September 10th which is a shared saving offer under -- which is my signature.  It could well be that I sent this March 22nd letter as well. Probably did.
...
Q.  So if I look at the two letters in aggregate, you or at least Aegis offered, if not you, a turnkey operation for the Falls at Cordingly Dam on or about March 22, 2001.  Were you the sales rep. for the Falls at Cordingly Dam?
A.  Yes.

18

Q.  Would you have been the one to have offered this kind of a system?
A.  Yes.
Q.  Do you recall if you did offer --
A.  I did.
Q.   And on September 10, 2002 it appears that you offered as well a shared savings program; is that correct?
A.  Yes.
...
Q.  *Do you know if ADG had any activity while you were trying to represent Aegis in a cogeneration system at Falls at Cordingly Dam?*
A.  *I do.*
Q.  *Were they competing with you?*
A.  *Yes.*

Ohmstead Deposition, p.86, ll.3- p.90, l.19; Exhibit I.

Tecogen has no basis for asserting that Aegis had some form of exclusivity to the Massachusetts or Connecticut markets when Tecogen deliberately competed with Aegis in this territory. Lee Vardakas Affidavit, ¶ 23.

> d) Tecogen's unfair competition claim relies on an unsupported allegation that Aegis exploited Tecogen's intellectual property

Tecogen has absolutely no basis for claiming that the Aegis cogeneration module is a "knock-off" product. Exhibit A, ¶ 52. In fact, Tecogen dropped its patent infringement claim when it was shown conclusively that the cogeneration module designs were distinctly different. Tecogen has also dropped its claim for software copyright infringement when it became apparent there was no basis for that claim as well.

Tecogen's Fed. R. Civ. P. 30(b)(6) witness, Robert Panora, testified that Tecogen has absolutely no intellectual property protection for, *inter alia*,  a) the cogeneration engine, which it purchases from a third party; b) the coupling arrangement to the generator; c) the generator, which it purchases from a third party; d) the cogeneration module base; e) the cogeneration module's acoustic enclosure; f) the layout of the components that comprise the cogeneration module; g) the dimensions of the

cogeneration module; h) the location of the forklift holes; i) the color of the cogeneration module; j) the fuel recovery of the cogeneration module; or k) the recoverable heat energy. Panora Deposition, p.125, l.14 – p.136, l.5; Exhibit D. Tecogen had previously identified the aforementioned cogeneration module attributes through its counsel to Ed Horvath of J&M as aspects of the cogeneration module that Tecogen claimed were appropriated. Exhibit K. Tecogen admits that it does not have any intellectual property rights to these design aspects.

Intellectual property generally refers to a legal recognition of a property right in certain kinds of information. Patents, trademarks, copyrights, and trade secret rights serve to define different aspects of this legal protection.

If the intellectual property that Tecogen claims Aegis has exploited is the alleged copying of Tecogen's February 2005 Installation Manual, this allegation is already present in Tecogen's remaining federal copyright infringement claim, and any claim of unfair competition due to alleged copyright infringement is preempted by federal statute. Similarly, any claim of copyright infringement under the state's common law is also preempted by federal statute. "A state law cause of action is preempted by the Copyright Act if two elements are present. First, the rights that a plaintiff asserts under state law must be "rights that are equivalent" to those protected by the Copyright Act. 17 U.S.C. § 301(a). Second, the work involved must fall within the "subject matter" of the Copyright Act as set forth in 17 U.S.C. §§ 102 and 103." Kodadek v. MTV Networks Inc., 152 F.3d 1209, 1212, 47 USPQ2d 1956, 1959 (9th Cir. 1998) (citing, 1 Melville B. Nimmer, Nimmer on Copyright § 1.01 [B]). In Kodadek, the Ninth Circuit Court of Appeals preempted a California state unfair competition claim that broadly prohibited any

"unlawful, unfair or fraudulent business practice." Kodadek, 152 F.3d at 1212, 47 USPQ2d at 1959. Under Massachusetts law, unfair competition is similarly broad. Any unfair competition claim that Tecogen asserts regarding copyright infringement is completely addressed and thus preempted by the federal copyright statute.

Consequently, the only intellectual property that Tecogen's unfair competition claim may address must necessarily relate to some alleged, inappropriate use of Tecogen's trade secrets. Under Massachusetts law, trade secrets are defined as "anything which constitutes, represents, evidences, or records *secret or confidential* scientific, technical, merchandising, production, management or commercial information." M.G.L., c.93, § 2 (emphasis added). However, trade secret protection is unavailable for information that is not actually secret. Storage Technology Corp. v. Custom Hardware Engineering & Consulting Inc., 421 F.3d 1307, 1319, 76 USPQ2d 1065, 1074 (Fed. Cir. 2005) (citing Jet Spray Cooler, Inc. v. Crampton, 282 N.E.2d 921, 925, 174 USPQ 272, 275 (Mass. 1972) ("The crucial issue to be determined in cases involving trade secrets, therefore, is whether the information sought to be protected is, in fact and in law, confidential.")).

In Jet Spray, the Massachusetts Supreme Court held that "one seeking to prevent the disclosure or use of trade secrets or information must demonstrate that he pursued an active course of conduct designed to inform [others] that such secrets and information were to remain confidential." Jet Spray, 282 N.E.2d at 925, 174 USPQ at 275 (citing J.T. Healy & Son, Inc. v. James A. Murphy & Son, Inc., 260 N.E.2d 723, 731, 357 Mass. 728, 738, 166 USPQ 443, 447-448 (Mass. 1970) ("[O]ne who claims that he has a trade secret must exercise eternal vigilance … to all persons to whom the trade secret has become

known and obtaining from each an agreement, preferably in writing, acknowledging its secrecy and promising to respect it.")). Additionally, a party cannot appropriate information that is in the public domain as its proprietary trade secret. <u>CVD, Inc. v. Raytheon Co.</u>, 769 F.2d 842, 850, 227 USPQ 7, 11-12 (1st Cir. 1985).

Tecogen has offered no evidence whatsoever to establish that Aegis somehow misappropriated any of its trade secrets, or that Tecogen exercised "eternal vigilance" in the protection of its trade secrets. In fact, Tecogen is well aware that the documents given to Aegis over the years in the form of technical specifications, manuals, schematics, and the like, were passed on to third party customers. None of these documents were ever treated as proprietary or confidential. Tecogen's cogeneration module design is in the public domain, protected solely to the extent that Tecogen can assert patent or copyright claims under federal statute – the precise claims that Tecogen has withdrawn from litigation. Any allegation that Aegis unfairly competed with Tecogen by exploiting Tecogen's trade secrets is unsubstantiated and without merit.

### VI. Conclusion

Aegis respectfully submits that for the reasons stated herein, all of Tecogen's remaining claims in this case should be dismissed, as no genuine issues of material fact exist and this Court should rule in favor of Aegis as a matter of law.

[Signature block on next page]

Respectfully submitted,

**AEGIS ENERGY SERVICES INC., and
AEGENCO, INC.**

Date: July 14, 2008                By:    /s/ Robert Curcio
                                       Anthony P. DeLio
                                       Peter W. Peterson
                                       Robert Curcio
                                       **DELIO & PETERSON, LLC**
                                       121 Whitney Avenue
                                       New Haven, CT  06510
                                       Tel.: (203) 787 – 0595
                                       Fax: (203) 787 – 5818
                                       Attorneys for Defendants
                                       *Pro Hac Vice*

                                       William A. Zucker, BBO # 541240
                                       David Himelfarb, BBO# 649596
                                       McCARTER ENGLISH
                                       265 Franklin Street
                                       Boston, MA 02110
                                       (617) 449-6500
                                       Attorneys for Defendants

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, was filed electronically. Notice of the filing will be sent to those who are currently on the list to receive email notices by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ Robert Curcio
        Anthony P. DeLio
        Peter W. Peterson
        Robert Curcio
        DELIO & PETERSON, LLC
        121 Whitney Avenue
        New Haven, CT 06510
        (203) 787-0595
        Admitted *Pro Hac Vice*

        William A. Zucker, BBO # 541240
        David Himelfarb, BBO# 649596
        McCARTER ENGLISH
        265 Franklin Street
        Boston, MA 02110
        (617) 449-6500

        Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# 05 - 11823 RCL

C.A. No. _____

TECOGEN, INC.,

    Plaintiff,

v.

AEGIS ENERGY SERVICES, INC.,
AEGENCO, INC. and AEGIS
GENERATION COMPANY,

    Defendants.

MAGISTRATE JUDGE _____

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _____

## COMPLAINT

The Plaintiff, by its attorneys, complaining of the Defendants, respectfully alleges as follows:

## PARTIES

1.    The Plaintiff, Tecogen, Inc. ("Tecogen"), is a corporation organized under the laws of the State of Delaware with a principal place of business located at 45 First Avenue, Waltham, Massachusetts, 02451.

2.    Upon information and belief, the Defendant, Aegis Energy Services, Inc. ("Aegis Energy"), is a corporation organized under the laws of the Commonwealth of Massachusetts with a principal place of business located at 2097 Riverdale Street, Springfield, Massachusetts, 01089.

3.     Upon information and belief, the Defendant, Aegenco, Inc. ("Aegenco") is a corporation organized under the laws of the Commonwealth of Massachusetts with a principal place of business located at 2097 Riverdale Street, Springfield, Massachusetts, 01089.

4.     Upon information and belief, the Defendant, Aegis Generation Company ("Aegis Generation"), is a company with a principal place of business located at 2097 Riverdale Street, Springfield, Massachusetts, 01089.  Collectively, Aegis Energy, Aegenco and Aegis Generation shall be referred to as "Defendants" or the "Aegis Group."

## JURISDICTION AND VENUE

5.     This is an action for: (i) copyright infringement under the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq.* (the "Copyright Act"); (ii) patent infringement pursuant to the patent laws of the United States, 35 U.S.C. § 101 *et seq.* (the "Patent Act"); (iii) unfair and deceptive acts or practices and unfair competition under Massachusetts General Laws Chapter 93A; and (iv) substantial and related claims of copyright infringement under the common law.

6.     This Court has jurisdiction over this action under 35 U.S.C. § 101 *et seq.*, 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338 as this action involves substantial claims arising under the Patent Act and the Copyright Act, combined with substantial and related claims for unfair competition and unfair business practices under state law.

7.     Each Defendant maintains a principle place of business in this District and, additionally, transacts business in this District and, therefore, this Court has personal jurisdiction over each of the Defendants.

8.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400(a) and (b) as Defendants transact affairs and have regular and established places

of business in this District, and the claims allegedly arose and are continuing to occur within this District and elsewhere.

## FACTS COMMON TO ALL COUNTS

9.    Cogeneration refers to the process by which one fuel source, such as natural gas, is used to produce both electricity and thermal energy (heat). "Distributed generation" refers to the dispersion of the generation of electricity by use of efficient on-site power producers instead of by a single central power station.

10.    Tecogen operates in the distributed generation market and is a leading manufacturer of natural gas, engine-driven commercial and industrial cogeneration systems suitable for a variety of applications, including hospitals, nursing homes, and schools. Key features of Tecogen equipment include its heat recovery capability, remote monitoring and control through Tecogen's custom developed microprocessor and its associated computer program, and a low-emission engine that meets all current environmental standards in the U.S.

11.    As part of its cogeneration business, Tecogen designs, manufacturers, sells and services the TECOGEN® Cogeneration Module CM-75 Standard ("CM-75 Standard") and the CM-75 Low Emissions models ("CM-75 Low Emissions") (collectively, the "Tecogen Modules"). The Tecogen Modules are the product of years of research, development and innovation that began in 1977. Those development efforts eventually resulted in Tecogen's introduction in 1988 of the CM-75 High Output cogeneration module, followed by Tecogen's first low-emissions modules in 1990.

12.    Since 1992, Tecogen has focused its efforts exclusively on the 75 kW Tecogen Modules and the similar 60 kW product line. Among other innovations in these products, in

1998 Tecogen replaced the original microprocessor with a new custom developed, state-of-the-art remote monitoring and control system.

13.     Until recently, the Aegis Group did not design or build its own cogeneration modules. Rather, its business had consisted solely of designing, installing, maintaining, and operating modular cogeneration systems that used cogeneration modules designed and built by others. Prior to June 24, 2005, Aegis Energy had been, for over twenty (20) years, the exclusive distributor for Tecogen's Modules in Massachusetts and Connecticut. As such, for over twenty years, Aegis Energy had designed, installed and serviced cogeneration systems in Massachusetts and Connecticut that used Tecogen Modules.

14.     As of June 2005, neither Aegis Energy nor any of the other Defendants was an exclusive distributor for Tecogen Modules in the State of New York, south of Orange and Dutchess Counties. Rather, that portion of New York was being serviced by several non-exclusive entities including All Systems Cogeneration, Aegis Energy, AES-NJ Cogen Co., Inc., and AmericanDG, which is an affiliate of Tecogen. This territory was an open territory with none of these companies being the exclusive distributor.

15.     In or around June 2005, a third party consultant designed a new cogeneration system for a school project located in New York. The consultant's plans for that new system specified the use of Tecogen Modules. Tecogen's affiliate submitted to the project's lead contractor/consultant a proposal for the installation and use of Tecogen Modules in the project.

16.     On information and belief, on June 16, 2005, the principals of Aegis Energy incorporated Aegenco. Aegenco and the other Defendants subsequently communicated with a subcontractor on the New York school project and submitted a bid for the sale, installation and use in that project of cogeneration modules newly designed and built by the Aegis Group. The subcontractor accepted the Aegis Group's proposal. As of the date of this Complaint, at least

one and possibly more cogeneration modules built by the Aegis Group have been shipped to the project site in New York and await installation.

17.     The New York project was the first time Tecogen's senior management learned that the Aegis Group had begun manufacturing, marketing and distributing its own cogeneration modules, which are known as the Aegen Thermo Power 75 ("TP-75") and a low emissions version, the TP-75 LE ("TP-75 LE") (collectively, the "Aegis Modules"). As is apparent from a side-by-side comparison of the two product lines, in designing and building its own cogeneration modules, the Aegis Group has copied significant aspects of the Tecogen Modules.

18.     Among other things, the Aegis Modules are about the same dimensions and weight as the Tecogen Modules. They sit on what looks to be an exact copy of the Tecogen platform right down to the forklift holes. The major components in the Aegis Modules, such as the engine and generator, are painted the same distinctive blue color as the Tecogen Modules' major components. The general specifications for the product lines are almost identical. Additionally, the Aegis Group has used the exact same or a substantially similar General Motors engine, as well as the same model generator made by Marathon Electric. It also appears that Tecogen designed components – specifically the special oil pan and proprietary exhaust manifold castings designed by Tecogen and manufactured by a third party – are likewise part of the Aegis product.

19.     The similarities between the product lines is further reinforced by a comparison of the installation manuals. The Aegis Modules' installation manual is practically a carbon copy of Tecogen's installation manual ("Tecogen Installation Manual") in all material respects. The Aegis Installation Manual employs the same organizational structure as the Tecogen Installation Manual, using virtually the same section headings and sub-headings, in the same order. Furthermore, in the vast majority of sections and sub-sections, the text of the Aegis Installation

Manual is identical or substantially similar to text of the Tecogen Installation Manual. In places, Aegis has copied whole sentences and, in some cases, paragraphs, verbatim, from the Tecogen Installation Manual.

20.    As serious as the obvious copyright infringement of the Tecogen Installation Manual may be, it pales in comparison to the software copyright infringement evidenced by a review of the Aegis Installation Manual's descriptions of the functionality in the Aegis Modules. By way of background, the "brains" of every Tecogen Module is the state-of-the-art microprocessor referenced above, which stores the computer program that implements and controls various aspects of the cogeneration module's functionality described throughout Tecogen's manual. All of that software was custom developed in-house at Tecogen. As frequently happens in software development, there are aspects of the software's performance and the resulting functionality in the cogeneration module that reflect arbitrary decisions made by the programmers who designed the software and who wrote the code to implement the program. As such, those arbitrary elements and decision points can act like "signatures" in terms of identifying proprietary computer programs.

21.    Page after page in the Aegis Installation Manual describes functionality that can only be implemented through software. And, the functionality that is described is the same as that which is implemented by the proprietary software stored in Tecogen's microprocessor, right down to many of those arbitrary elements and decision points that are the signatures placed in that computer program by Tecogen's programmers. On information and belief, the Aegis Modules incorporate and use firmware and/or software that use Tecogen's firmware and/or software.

22.    As a distributor, installer and service provider for the Tecogen Modules, the Aegis Group had access to the Tecogen Installation Manual, and Tecogen's Modules and its intellectual

property for years. Given the number and breadth of similarities between the text of the manuals, the design of the modules, and the functionality of the Aegis Modules as described in its manual, and Aegis' privileged access to Tecogen's modules, manuals and intellectual property, it is evident that Aegis has developed its own cogeneration module product line by copying, and/or assembling together components that copy, Tecogen's firmware, software, designs, components, text, drawings and related intellectual property.

23.     At no time has Tecogen given the Defendants its written or oral consent, a license or any other grant of a right to: (a) make, use, offer to sell or sell a module that makes any use of the Tecogen Modules' designs, configurations, systems, methods, text, firmware or software; or (b) reproduce, make derivative works of, or distribute copyright protected material from Tecogen's Installation Manual.

24.     These unauthorized acts by the Aegis Group have caused Tecogen extensive damage. Among other things, on information and belief the Aegis Modules have been sold, distributed and/or installed in place of Tecogen Modules, resulting in lost profits to Tecogen and unlawfully obtained actual profits for the Aegis Group.

25.     Additionally, Tecogen devoted years of time and resources to the development of its modules. By virtue of simply using copies of Tecogen's product designs, components, configurations, software and manual, the Aegis Group has (a) saved at least hundreds of thousands of dollars in research and development costs and (b) been able to bring its products to the market in far less time than it would have taken had the Aegis Group designed and built its own modules and related materials through its own development and design efforts.

26.     On or about August 8, 2005, Tecogen sent a letter to Aegis Energy in which Tecogen put the Aegis Group on notice (a) of the intellectual property rights Tecogen claims in its modules as described herein and (b) of Tecogen's belief that the Aegis Modules infringe

Tecogen's intellectual property rights and proprietary information. Despite this notice, on information and belief, the Aegis Group is continuing to make, market, offer to sell, sell, distribute, install and use the infringing Aegis Modules.

## COUNT I

### (Statutory Copyright Infringement of Installation Manual)

27.     The Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 26 hereof with the same force and effect as if herein set forth at length.

28.     Tecogen is owner of all copyright rights in the Tecogen Installation Manual.

29.     On August 31, 2005, Tecogen filed a complete and accurate application, fee and deposit material with the U.S. Copyright Office for registration of the Tecogen Installation Manual. Accordingly, effective August 31, 2005, Tecogen registered the Tecogen Installation Manual with the U.S. Copyright Office.

30.     Under Section 106 of the Copyright Act, Tecogen has the exclusive right, among other things, to reproduce, prepare derivative works, and distribute the Tecogen Installation Manual.

31.     The Defendants, without the permission or consent of Tecogen, have reproduced and distributed, and continue to reproduce and distribute, substantial portions of the Tecogen Installation Manual. In doing so, Defendants have violated Tecogen's exclusive rights in such manual, including but not limited to the rights of reproduction and distribution. Defendants' actions constitute infringement of Tecogen's copyrights and its exclusive rights under Section 106 of the Copyright Act.

32.     As a direct and proximate result of the foregoing acts of infringement by the Defendants, Tecogen has been damaged and continues to suffer damages in an amount to be determined at trial.

## COUNT II

### (Statutory Copyright Infringement of Computer Program)

33.     The Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 32 hereof with the same force and effect as if herein set forth at length.

34.     Tecogen is owner of all copyright rights in the computer program used in the Tecogen Modules.

35.     On August 31, 2005, Tecogen filed a complete and accurate application, fee and deposit material with the U.S. Copyright Office for registration of the computer program used in the Tecogen Modules.  Accordingly, effective August 31, 2005, Tecogen registered the computer program used in the Tecogen Modules with the U.S. Copyright Office.

36.     Under Section 106 of the Copyright Act, Tecogen has the exclusive right, among other things, to reproduce, prepare derivative works, and distribute the computer program used in the Tecogen Modules.

37.     On information and belief, the Defendants, without the permission or consent of Tecogen, have incorporated into the Aegis Modules software that reproduces copyright protected portions of the computer program used in the Tecogen Modules, and are using and distributing the same with every installation of an Aegis Module.  In doing so, Defendants have violated Tecogen's exclusive rights in such software, including but not limited to the rights of reproduction and distribution.  Defendants' actions constitute infringement of Tecogen's copyrights and exclusive rights under Section 106 of the Copyright Act.

38.     As a direct and proximate result of the foregoing acts by the Defendants, Tecogen has lost profits and been damaged to date in an amount in excess of Five Hundred Thousand Dollars ($500,000.00).

## COUNT III

### (Common Law Copyright Infringement)

39.     The Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 38 hereof with the same force and effect as if herein set forth at length.

40.     Tecogen is owner of the copyright in the Tecogen Installation Manual, the computer program used in the Tecogen Modules, and in the design of certain components used in Tecogen's Modules.

41.     On information and belief, the Defendants, without the permission or consent of Tecogen, have reproduced and distributed, and are continuing to reproduce and distribute, modules containing components and computer program that infringe Tecogen's common law copyright rights.

42.     . As a direct and proximate result of the foregoing acts by the Defendants, Tecogen has lost profits and been damaged to date in an amount in excess of Five Hundred Thousand Dollars ($500,000.00).

## COUNT IV

### (Patent Infringement)

43.    Tecogen repeats and realleges each and every allegation contained in paragraphs 1 through 42 hereof with the same force and effect as if herein set forth at length.

44.    Tecogen is the owner by assignment of U.S. Patent No. 5,033,264 entitled "Compact Cogeneration System", which was duly and legally issued by the U.S. Patent and Trademark Office on July 23, 1991 (the "'264 Patent"). A copy of the '264 Patent is attached hereto as Exhibit A and incorporated herein by reference.

45.    The claims in the '264 Patent describe a system and method for a compact cogeneration system having a catalytic converter integral with an exhaust gas heat exchanger.

46.    The Aegis Group's TP-75LE Module includes an "Exhaust Gas Heat Exchanger & Emissions Control Package". On information and belief, the catalytic converter in that package is connected directly to and integral to the exhaust gas heat exchanger, all of which is within the module cabinet.

47.    On information and belief, the Defendants have been and are infringing, contributing to infringement, and/or inducing others to infringe the '264 Patent by making, using, offering for sale and selling cogeneration modules that are covered by one or more of the claims of the '264 Patent.

48.    Defendants' acts of infringement have occurred within this District and elsewhere throughout the United States.

49.    On information and belief, Defendants have had actual notice and knowledge of the '264 Patent, but despite such notice and knowledge, have deliberately committed and continue to commit the aforesaid acts of direct, contributory and/or induced infringement of the

'264 Patent. Accordingly, Defendants' infringement has been, and continues to be, willful, deliberate, and in conscious disregard for the rights of Tecogen under the '264 Patent.

50.     Tecogen has been damaged by Defendants' infringement of the '264 Patent and will continue to be damaged in the future unless Defendants are permanently enjoined.

## COUNT V

### (Unfair Competition and Unfair and Deceptive Acts or Practices in violation of State Law)

51.     The Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 50 hereof with the same force and effect as if herein set forth at length.

52.     The aforesaid acts of Defendants, including but not limited to, their actions in taking advantage of their position as a Tecogen distributor to copy Tecogen's intellectual property, using the same to make "knock-off" modules, and then selling their own knock-off modules in place of Tecogen's modules, constitute unfair competition and unfair and deceptive acts or practices in violation of Sections 2 and 11 of the Massachusetts Consumer Protection Act, M.G.L.A. c. 93A.

53.     As a direct and proximate result of the foregoing acts by the Defendants, Tecogen has lost profits and been damaged to date in an amount in excess of Five Hundred Thousand Dollars ($500,000.00).

WHEREFORE, the Plaintiff prays that the Court:

1.     Enter judgment on each of Counts I, II, III, IV and V in favor of the Plaintiff and against each Defendant, and award the Plaintiff damages under each count in an amount to be determined at trial;

2.      Award the Plaintiff statutory double or triple damages;

3.      Permanently enjoin Defendants from making, using, offering to sell, selling,

reproducing or distributing cogeneration modules or installation manuals for the same

that infringe the Plaintiff's intellectual property rights;

4.      Award the Plaintiff its costs and reasonable attorneys' fees in this action; and

5.      Order such other and further relief as the Court may deem just and proper under

all the circumstances.

### JURY DEMAND

The Plaintiff hereby demands trial by jury.

TECOGEN, INC.,

By its attorneys,

Julie A. Frohlich (BBO# 554707)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, MA  02110-3333
(617) 482-1776

Dated:  September 7, 2005

GSDOCS-1523839-1

# Exhibit A

## United States Patent [19]

### Cabral

[11] Patent Number: **5,033,264**

[45] Date of Patent: **Jul. 23, 1991**

[54] **COMPACT COGENERATION SYSTEM**

[75] Inventor: Richard E. Cabral, Tewksbury, Mass.

[73] Assignee: Tecogen Inc., Waltham, Mass.

[21] Appl. No.: 367,383

[22] Filed: Jun. 16, 1989

[51] Int. Cl.⁵ .................................................. F01N 3/20

[52] U.S. Cl. ........................................ 60/274; 60/298;
60/301; 60/320; 422/171; 422/172; 422/173

[58] Field of Search ............. 60/274, 298, 301, 320,
60/321; 422/171–173

[56]             **References Cited**

#### U.S. PATENT DOCUMENTS

3,041,149   6/1962   Houdry .............................. 422/173

#### FOREIGN PATENT DOCUMENTS

2904700   8/1980   Fed. Rep. of Germany ........ 60/320

345   1/1982   Japan ............................. 60/298
5422   1/1983   Japan ............................. 60/298
34413   2/1984   Japan ............................. 60/320
90915   5/1985   Japan ............................. 60/298

*Primary Examiner*—Douglas Hart
*Attorney, Agent, or Firm*—Lorusso & Loud

[57]                **ABSTRACT**

A compact cogeneration system in which a catalytic
converter is positioned within otherwise unused space
in an exhaust gas heat exchanger employed to heat
water. Exhaust gases from an internal combustion en-
gine of a packaged cogeneration system are directed
through a single- or two-stage catalytic converter in a
central cylindrical housing of the heat exchanger, then
are diverted to pass in counterflow over a water-con-
taining coil in an annulus surrounding the housing.

6 Claims, 3 Drawing Sheets



**U.S. Patent**         July 23, 1991         Sheet 1 of 3         5,033,264



# FIG. 1
### (PRIOR ART)

Case 1:05-cv-11823-RCL    Document 45-2    Filed 07/14/2008    Page 16 of 19

Case 1:05-cv-11823-RCL    Document 1-2    Filed 09/07/2005    Page 3 of 6

# FIG. 2



FIG. 3



5,033,264

1

## COMPACT COGENERATION SYSTEM

### BACKGROUND OF THE INVENTION

The present invention relates generally to cogeneration systems, and specifically to an improved cogeneration system having an exhaust heat exchanger with an integral catalytic converter element.

Cogeneration is an energy-production process involving the simultaneous generation of thermal (e.g. process steam) and electrical energy by using a single primary heat source. It can be employed whenever there is a need for the two energy forms and whenever on-site electric power generation is justified or when thermal-energy users are in close proximity to an electric power generation site. For example, packaged natural gas fueled cogeneration systems are available from Tecogen, Inc. of Waltham, Massachusetts, assignee of the present invention, in several different output ratings (e.g., 60 KW of electrical power, 440,000 BTU/hr thermal output as hot water). Such cogeneration systems are often used by hospitals, health clubs having large heated swimming pools, greenhouses, schools and light industry.

Fuel saving is a major incentive for use of cogeneration. Since all heat-engine-based electric power systems exhaust heat to the environment, the exhausted heat can frequently be used to meet all or part of the on-site or local thermal energy needs. Use of the exhausted heat does not normally affect the amount of primary fuel used, yet it can lead to a saving in all or part of the fuel that would otherwise be used for the thermal-energy process.

The cogeneration system toward which the present invention is directed utilizes a fossil fuel burning internal combustion engine in which exhaust gas is directed through a heat exchanger to heat water for use as "hot water". This exhaust gas is generally at 1000°–2500° F. entering the heat exchanger, and in passing through the heat exchanger heats water circulating through a coil whose external surfaces are contacted by the exhaust gas. Before the exhaust gas can be discharged into the atmosphere, it may require a treatment in a catalytic converter which heretofore has been provided as a separate unit upstream of the heat exchanger. The converter may typically contain a noble metal catalyst, a material which promotes the reduction of $NO_x$ and conversion of the carbon monoxide and hydrocarbons which result from partly burned or unburned fuel to carbon dioxide and water vapor. The exhaust gas is thus sufficiently clean for discharge into the atmosphere.

A principal disadvantage of known cogeneration systems with catalytic converters is that the systems are large and bulky, requiring considerable space and external plumbing of their separate, interconnected components. The cost of such cogeneration systems accordingly may be higher than desired. A decrease in size of the system would reduce costs and result in a cogeneration system which could fit the space requirements of a larger number of potential users.

Accordingly it is a principal object of the present invention to provide a cogeneration system having a catalytic converter and which is compact and space efficient.

It is a particular object of the invention to provide a single or multi-stage catalytic converter arranged

2

within the housing of an exhaust gas heat exchanger of a packaged cogeneration system.

Another object of the present invention is to provide a cogeneration system that can be economically produced and thus available to a wide range of users.

These and other objects and advantages of the present invention will be evident from the description which follows.

### SUMMARY OF THE INVENTION

The present invention is a compact cogeneration system having a catalytic converter integral with an exhaust gas heat exchanger. The system eliminates cumbersome separately-coupled elements by incorporating a catalytic converter within the unused space in the exhaust gas heat exchanger. The catalytic converter material, instead of being provided in a separate element, is positioned as a single-stage or two-stage arrangement within a central housing in the heat exchanger. Gas flows within the heat exchanger are directed so as to pass exhaust gases from the engine first through the central housing containing the catalytic converter, then in counterflow over a coil containing water to be heated. The savings in space, exhaust plumbing, insulation blankets and heater packaging are substantial.

The invention will be better understood with reference to the following detailed description of preferred embodiments of the invention, taken together with the attached drawing, in which like reference numbers represent like elements throughout the various figures.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a schematic diagram of a prior art cogeneration system;

FIG. 2 is a cross-sectional view of one embodiment of the exhaust gas heat exchanger of a cogeneration system of the present invention; and

FIG. 3 is a cross-sectional view of another embodiment of the exhaust gas heat exchanger of the cogeneration system of the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

A prior art cogeneration system with a catalytic converter is shown in schematic form in FIG. 1. The cogeneration system includes an internal combustion engine 20 which powers an electrical generator 22 such as an induction generator and produces exhaust gas. The exhaust gas from the engine 20 travels first through a catalytic converter 24, where harmful components of the exhaust gas are eliminated or reduced. The clean gases then flow to an exhaust gas heat exchanger 26, which is separate from and connected in series with the catalytic converter 24. Included in the heat exchanger are one or more coils (not shown) through which water is directed to absorb heat from the exhaust gas as the gas passes over the coils, producing hot water for use as desired. The cooled exhaust gas then leaves the heat exchanger 26 and is expelled to the environment.

FIG. 2 is a cross-sectional view of an exhaust gas heat exchanger 30 of a cogeneration system according to the present invention and which contains an integral catalytic converter 32. The heat exchanger 30 includes an outer shell 36, preferably formed of stainless steel, and some or all of whose outer surface may be covered by insulation 38. A housing 40, preferably cylindrical, is mounted within and spaced from the outer shell 36 and

5,033,264

3

is surrounded by a water coil 42 which may have externally-mounted, or integral, fins 44 as extended heat transfer surfaces, and through which water is circulated from an inlet 46 to an outlet 48. The interior of the housing 40 is packed with catalytic converter material 50 such as honeycomb ceramic plated with a catalyst such as platinum. This material may be similar to that used in catalytic converters employed in automobile exhaust systems. A preferred material is $NO_x$ reduction catalyst Part No. 41013001 which may be obtained from Engelhard Corporation of Edison, New Jersey. The honeycomb material may be wrapped in a mesh screen to retain it in the housing 40.

The heat exchanger 30 illustrated in FIG. 2 includes a two-stage catalytic converter, with air injection through an injector tube 54 between the first stage 56 and the second stage 58 to be used in applications where low emissions of both $NO_x$ and CO are required. Air injection, combined with the catalytic material of the second stage 58, coverts carbon monoxide produced in the first stage into carbon dioxide. As a result, the gases exiting the second stage 58 have low levels of $NO_x$ and CO. The integral catalytic converter/heat exchanger configuration is particularly significant in reducing overall length of packaged cogeneration systems.

FIG. 3 illustrates an exhaust gas heat exchanger 61 with an integral single-stage catalytic converter 32. The exhaust gas heat exchanger 61 is identical to the two-stage heat exchanger 30 except that the air injection tube 54 and the second stage 58 of the catalytic converter 32 of the embodiment of FIG. 2 are not required. The heat exchanger 61 may be utilized where low emissions of carbon monoxide are not required, at a resulting reduction in cost and complexity.

In operation of the exhaust gas heat exchanger 30 of a cogeneration system as illustrated in FIG. 2, exhaust gas from the internal combustion engine (not shown), typically having a temperature of between 1000° F. to 2500° F., flows through an inlet 59 and transition duct 60 into the catalytic converter 32 within the housing 40 of the heat exchanger 30, as shown by the arrows 62 of FIG. 2. The exhaust gas travels through the catalytic converter material 18 which removes harmful gases. The exhaust gas exiting the catalytic converter 32 then reverses direction and, as shown by the arrows 64, travels through the annulus between the housing 40 and the outer shell 36 around the water-containing coil 42 to raise the water temperature. The exhaust gas then leaves the heat exchanger 30 through an outlet 66, typically at a temperature of about 250° F., and heated water exiting the coil 42 may be used for any desired purpose.

Variations and modifications of the embodiments described will be apparent to those skilled in the art without departing from the spirit and scope of the invention. Accordingly, such limitations should be imposed on the invention as are set forth in the appended claims.

What is claimed is:

1. A compact heat exchanger for heating water with, and cleaning, the exhaust gas of an internal combustion engine of a cogeneration system comprising:
an outer shell having

4

gas inlet means for entry of exhaust gas from said engine,
gas outlet means for outflow of exhaust gas,
water inlet means for entry of water to be heated, and
water outlet means for outflow of water;
a housing positioned within and spaced from said outer shell to form a flow channel therebetween;
a coil in communication with said water inlet means and said water outlet means and positioned in said flow channel between said housing and said outer shell;
catalytic converter material within said housing;
wherein said housing is connected to said gas inlet means to receive exhaust gas from said engine and to direct said exhaust gas through the catalytic converter material.

2. The compact heat exchanger of claim 1 wherein an end of said housing opposite said gas inlet means defines an outlet for exit of exhaust gas from said housing, and said compact heat exchanger further includes means for directing exhaust gas received from said housing in counterflow through said flow channel.

3. The compact heat exchanger of claim 1 wherein said catalytic converter material comprises a first stage and a second stage in spaced-apart, series arrangement within said housing, and further comprising means for injecting air into a gap formed between said stages.

4. A method for heating water with, and cleaning, the exhaust gas of an internal combustion engine of a cogeneration system comprising:
providing an apparatus including
a container having gas inlet means for entry of exhaust gas from said engine, gas outlet means for outflow of exhaust gas from said container, water inlet means for entry of water into said container, and water outlet means for outflow of water from the apparatus
a housing positioned within said container;
a coil within said container in communication with said water inlet means and said water outlet means and surrounding said housing; and
catalytic converter material within said housing;
adding water to be heated in said apparatus through said water inlet means to said coil;
passing said exhaust gas through said gas inlet means;
passing the exhaust gas through the catalytic converter material;
passing the exhaust gas into contact with external surfaces of the coil whereby the water in the coil is heated by the exhaust gas; and
passing the heated water through the water outlet means.

5. The method of claim 6 wherein said step of passing the exhaust gas into contact with external surfaces of the coil includes diverting the outflow of exhaust gas from said catalytic converter material to pass in counterflow to the flow of exhaust gas through said catalytic converter material.

6. The method of claim 7 wherein said step of passing the exhaust gas through the catalytic converter material comprises passing the exhaust gas through a first stage of catalytic converter material and then passing injected air and the exhaust gas through a second stage of catalytic converter material.

* * * * *

*goulston&storrs*
counsellors at law

WRITER'S INFORMATION
jfrohlich@goulstonstorrs.com
617.574.6402 Tel
617.574.7580 Fax

August 31, 2005

BY HAND DELIVERY

Library of Congress
U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000

Re:  *Registration of Tecogen CM-60/CM-75 Cogeneration Module
Installation Manual – February 2005*

Dear Madam or Sir:

Enclosed please find the completed Form TX, fee and deposit for registration of the work entitled "Tecogen CM-60/CM-75 Cogeneration Module Installation Manual – February 2005".

Please do not hesitate to call me if you have any questions.

Very truly yours,

Julie A. Frohlich

Enclosures

cc:   Mr. Robert A. Panora



T 1495

Goulston & Storrs, A Professional Corporation • Boston • DC • London* • New York
400 Atlantic Avenue • Boston, Massachusetts 02110-3333 • 617.482.1776 Tel • 617.574.4112 Fax • www.goulstonstorrs.com
*A Subsidiary of Goulston & Storrs, PC

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Tecogen CM-60/CM-75 Cogeneration Module Installation Manual - February 2005

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Tecogen, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text, drawings, graphics and tables

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2005  ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ February  Day ▶ 28  Year ▶ 2005
U.S.A.  ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Tecogen, Inc.
45 First Avenue
Waltham, MA  02451

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**See instructions before completing this space.**

**DO NOT WRITE HERE OFFICE USE ONLY**

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

T 1496

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version entitled "Tecogen Cogeneration Module Installation Manual - April 2003"

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation and additional new material consisting of text, figures, tables, drawings and graphics

**6**
a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Julie A. Frohlich, Esq. / Goulston & Storrs, PC
400 Atlantic Avenue
Boston, MA  02110

b

Area code and daytime telephone number ▶ 617-574-6402          Fax number ▶ 617-574-7580

Email ▶ jfrohlich@goulstonstorrs.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
Check only one ▶
☑ authorized agent of Tecogen, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Julie A. Frohlich, Esq.          Date ▶ August 30, 2005

Handwritten signature (X) ▼

X  Julie A. Frohlich

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Julie A. Frohlich Esq. c/o Goulston & Storrs, PC |
|---|---|
| | Number/Street/Apt ▼<br>400 Atlantic Avenue |
| | City/State/ZIP ▼<br>Boston, MA  02110 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

**9**

*17 U.S.C. § 505(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section ___ ...tement filed in connection
with the application, shall be fined not more than $2,500.

♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

T  1497

# O'BRIEN & LEVINE

## Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

# Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

Transcript of the Testimony of:

# Jean Roy

# July 27, 2007

www.court-reporting.com
mail@court-reporting.com

195 State Street
Boston, MA 02109
(617) 399-0130  888.825.DEPO(3376)

James A. Scally  25151

# ORIGINAL

Jean Roy 7-27-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

1

```
 1                  UNITED STATES DISTRICT COURT

 2                   DISTRICT OF MASSACHUSETTS

 3

 4      -------------------------------x

 5      TECOGEN, INC.,

 6                          Plaintiff,

 7                                          Civil Action No.

 8      vs.                                 05-11823(RCL)

 9

10      AEGIS ENERGY SERVICES, INC.,

11      AEGENCO, INC., and AEGIS

12      GENERATION COMPANY,

13                          Defendants.

14      -------------------------------x

15

16

17            DEPOSITION OF JEAN ROY, a witness called by and

18         on behalf of the Defendants, taken pursuant to the

19         applicable provisions of the Federal Rules of Civil

20         Procedure, before James A. Scally, RMR, CRR, a Notary

21         Public in and for the Commonwealth of Massachusetts,

22         at the offices of McCarter & English, 265 Franklin

23         Street, Boston, Massachusetts, on Friday, July 27,

24         2007, commencing at 9:28 a.m.
```

Jean Roy 7-27-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

52

```
 1        A.    No.

 2        Q.    Are you aware of any unique installation

 3    procedures performed by Aegis in the installation of a

 4    Tecogen cogeneration module?

 5                  MS. FROHLICH:   Objection.

 6        A.    Procedures, no.

 7        Q.    Are you aware if Tecogen adopted any of Aegis's

 8    unique installation procedures in the installation of a

 9    Tecogen cogeneration module?

10        A.    No.

11        Q.    Do you recall an early Tecogen design of having

12    the loads in parallel?

13        A.    No.

14        Q.    Do you recall when Tecogen changed from a parallel

15    load to a series load?

16        A.    You're talking about heat loads now?

17        Q.    Yes.  You have stated that you were asked to

18    identify things in the manual that weren't original to you.

19        A.    Yes.

20        Q.    And at the risk of being repetitious, I'm going to

21    ask that you go through the installation manual dated

22    February 2005, which we call Exhibit No. 2, and identify

23    for me those items that are not original to you or, for

24    that matter, that you are aware of, that are not original
```

53

1        to anyone inside Tecogen.

2            A.    Page 9, page 9 and 10 is from the generator

3        manufacturer.  You see it was prepared for Tecogen, but we

4        had to ask for that particular data.

5                On page 11, I constructed the layout of those

6        tables, but the information within them is just

7        manufacturer's specs which I obtained from the manufacturer

8        of those components.  These graphs also I got from the

9        manufacturer of the components.

10               Same with page 12.  I constructed the layout and

11        determined what information, excuse me, I needed, but got

12        the information from the manufacturer.

13               Page 13 is manufacturer's info, page 14.  Page 25

14        has pictures of an expansion tank which I got from the

15        manufacturer, and some of the data.  But the -- the graphic

16        itself I, you know, wrote the notes and put the tables in

17        there.  But, again, a lot of the information is from the

18        manufacturer's data.

19               Page 35, more of the manufacturer's data, figure

20        2.8b, and the table, the data is from the manufacturer, the

21        same as page 36.

22           Q.   I'm sorry, go back to 35.  The figure is from the

23        manufacturer?

24           A.    Yes.

Jean Roy 7-27-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

54

1      Q.    The table's yours?

2      A.    Yes.  I constructed the table.  They would have

3    given me the specs on those two sizes.

4            On appendix 1, page 52, more manufacturer's, you

5    know, the graphic of a catalytic converter is from a

6    manufacturer.  The same with page 54.  Page 55, the graphic

7    of the silencer, and figure A1.4 was from the manufacturer.

8    Page 56, figure A1.6 was from the manufacturer.  And some

9    of the words from this -- words written in here might have

10   been gotten from the literature of the manufacturer.

11     Q.    I'm sorry, can you identify which words we're

12   talking about?

13     A.    Let me see.  I think the second paragraph might

14   have been from the manufacturer.

15           Page 66, 67, 68, 69, manufacturers' data.

16           I think that's about it.

17     Q.    Let's refer to page 13 in the February 2005 manual

18   which is Exhibit 2, I believe.

19     A.    Yes.

20     Q.    This is a manufacturing spec that's not original

21   to you, correct?

22     A.    Correct.

23     Q.    Why did you put this -- this specification in the

24   manual?

Jean Roy 7-27-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

55

1        A.    Because it's asked for by installers when they're

2    trying to get, you know, electrical approval.

3        Q.    Okay.  So the installer would need to see this

4    graph and the information contained on it?

5        A.    Yes, someone going to get the electrical permit is

6    typically asked for that.

7        Q.    Okay.  And did you receive any permission from GE

8    to copy this schematic?

9        A.    Not formally, no.

10       Q.    You say not formally.  Did you receive any

11   informal permission?

12       A.    No.

13       Q.    Page 14, this appears to be another GE schematic.

14       A.    Yes.

15       Q.    Again, is this for the installer?

16       A.    Yes.

17       Q.    Information to be conveyed to the installer?

18       A.    Yes.

19       Q.    So my understanding is the installer needs to see

20   the information on this chart as part of the installation

21   process?

22       A.    Yes.

23       Q.    Did you receive any express or implied permission

24   from GE to copy this drawing into your installation manual?

Jean Roy 7-27-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

56

1        A.    No.

2        Q.    What made you decide to copy this particular

3    drawing on page 14 and not try to create one of your own?

4        A.    Well, it's -- it wouldn't be really accurate to

5    create one of my own.  It's manufacturer's data.  There's

6    no -- nothing wrong with providing customers with

7    manufacturer's data.  There would be no point to creating

8    my own.  It's a very complex diagram anyway.

9        Q.    Does the installer need to know all the

10   information on this chart or just one curve or just a

11   portion of it?

12       A.    I'm not sure.  You know, I know that we were

13   providing this information and faxing it to people in past

14   sales.  So it made sense to incorporate it in a manual.  I

15   didn't really go through the details of what it is.  I

16   didn't analyze why not put it in in this fashion because we

17   were already supplying it to people via fax that way.

18       Q.    Can I refer you now to page 11.  You said some of

19   the graphs were from manufacturers.  Which graphs were from

20   the manufacturers?

21       A.    The ones on the bottom, the three on the bottom.

22       Q.    Okay.  Do you know which manufacturer they came

23   from?

24       A.    Well, Sprecher & Schuh is the manufacturer of the

Jean Roy 7-27-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

57

1    devices, so that's where I would have gotten them, out of

2    their literature.

3        Q.    Okay.  Because they're together in this format,

4    did you cut and paste each graph out of its own context in

5    the manufacturer's manual and put it in this manual?

6        A.    That's correct.  The specific information relating

7    to the model.

8        Q.    Does the installer need to know all the

9    information on each chart that's given or just a portion of

10   the information?

11       A.    Well, it would depend on which version machine

12   they have.  You know, we list one for high voltage versus

13   low voltage.  So an installer of a low-voltage machine

14   would need the low-voltage information and not the high

15   voltage, and for a low voltage and vice versa.

16       Q.    Did you think it would be easier to copy than

17   provide your own information than what's listed on the

18   chart?

19       A.    It would be more accurate, yes, easier.

20       Q.    Referring to page 56, can you identify again for

21   me what's non-original to you on this page?

22       A.    The graphics on the bottom, the anchoring guides,

23   guidelines, and I believe the second paragraph had some

24   language from the manufacturer's data.

Jean Roy 7-27-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

58

```
 1        Q.    Okay.  Do you know where these drawings came from?

 2        A.    Yes.  They came from literature from the

 3     manufacturer.

 4        Q.    Who is the manufacturer?

 5        A.    I don't recall.  I think it's DME Expansion

 6     Joints, but I'm not 100 percent sure about that.

 7        Q.    How did you go about obtaining the information

 8     from the manufacturers?

 9        A.    Catalogs, the Internet.

10        Q.    On some of the drawings you identified or left on

11     the manufacturer's name.

12        A.    Yes.

13        Q.    On others, for example, on page 11, you did not.

14     Why on some did you leave the -- identify the manufacturer

15     and others you didn't?

16        A.    Well, probably because the smaller ones you're

17     looking at there were embedded in a much bigger document

18     that the manufacturer's name wasn't part of the graphic

19     like it is on page 14.  So that would be the reason,

20     readily available with the graphic.

21        Q.    So, to your knowledge, was there ever any express

22     or implied permission given by any of the manufacturers for

23     you to copy their drawings?

24                 MS. FROHLICH:  Objection.
```

Jean Roy 7-27-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

59

1      A.   No.

2      Q.   Did you ever attempt to acquire permission from a

3  manufacturer before you copied the drawing?

4              MS. FROHLICH:  Objection.

5      A.   No.

6      Q.   To your knowledge, did anyone at Tecogen attempt

7  to acquire permission?

8              MS. FROHLICH:  Objection.

9      A.   No.  We're using their components, so they would

10  have no dispute with our trying to provide information on

11  that component.  It only benefits them to have their name

12  in our manual.  So there didn't seem to be any reason to

13  obtain permission for something like that.

14      Q.   To your knowledge, as an author of a technical

15  manual, in your industry, cogeneration module industry, is

16  it a practice or a common practice to take copyrighted

17  materials and put them in your manual and call it your own?

18              MS. FROHLICH:  Objection.  Can I just

19            for the record say I know that we preserved

20            objections as -- except as to form for

21            trial, but I object to the line of

22            questioning on relevance grounds.

23            You can answer.

24            THE WITNESS:  Restate the question.

Jean Roy 7-27-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

63

1    get it?  How do they receive the manual?

2        A.    Typically through our sales -- salesmen, because

3    they would get the inquiry or the lead, so to speak, from

4    the engineer or whoever the source is.  So they would know

5    the need for the installation manual.  A lot of times it's

6    sent out -- many times it's sent out before the equipment

7    is even sold, kind of like a marketing document, so

8    someone, the engineer, can get a comfort level of what's

9    involved before they make that decision.  So it's a sales

10   tool as well.

11       Q.    Sales tool.  Does Tecogen sell the installation

12   manual?

13       A.    No.

14       Q.    To your knowledge, if a customer or potential

15   customer asks for an installation manual, would they ever

16   be precluded from receiving the document?

17       A.    Not to my knowledge.

18       Q.    To your knowledge, has anyone ever been refused an

19   installation manual upon request?

20       A.    Not to my knowledge, no.

21       Q.    Is the installation manual used in the bidding

22   process?

23       A.    I don't know if specifically in the bidding

24   process.  Someone who is submitting a bid probably has

# O'BRIEN & LEVINE

Court Reporting Services



YOUR BOSTON CONNECTION...WORLDWIDE

# Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

Transcript of the Testimony of:

# Robert Panora

# August 29, 2007

RECEIVED
DELIO & PETERSON

SEP 2 0 2007

FILE...............................................
DOCKETED.......................................
BY...............................................

www.court-reporting.com
mail@court-reporting.com

195 State Street
Boston, MA 02109
(617) 399-0130  888.825.DEPO(3376)



Linda Bernis   25458

1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3      -------------------------------------------x

 4      TECOGEN, INC.,

 5                      Plaintiff,

 6      v.                         No. 05-11823 RCL

 7      AEGIS ENERGY SERVICES, INC.,

 8      AEGENCO, INC. AND AEGIS GENERATION COMPANY,

 9                      Defendant.

10      -------------------------------------------x

11

12

13

14           DEPOSITION OF ROBERT PANORA, a witness

15      called on behalf of the Defendant, taken

16      pursuant to the provisions of the

17      Massachusetts Rules of Civil Procedure,

18      before Linda Bernis, a Registered

19      Professional Reporter and Notary Public in

20      and for the Commonwealth of Massachusetts,

21      at the offices of McCarter English, 265

22      Franklin Street, Boston, Massachusetts, on

23      Wednesday, August 29, 2007, commencing at

24      9:40 a.m.
```

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

25

```
1              knowledge?

2    A.    I don't know how much he reviewed it.  All I

3          know, he commented that it wasn't, it was a

4          very negative review.  His impression was it

5          was not very good.  It was not something he

6          found that was good.  It was just a very

7          general comment back that I heard.

8    Q.    Were changes made based on Mr. Lee Vardakas'

9          comments?

10   A.    Not to my knowledge.

11   Q.    Do you recall which portions Lee had said

12         were not adequate or not very good?

13   A.    No, I don't.

14   Q.    Does Tecogen sell its installation manual?

15   A.    Most often not.  I don't know if we do or

16         not.  It's generally given away for free.

17   Q.    Are you familiar with the proposal and bid

18         structure for selling cogens to project

19         sites?

20   A.    Can you be more specific as to what aspect

21         you're asking me about?

22   Q.    I'll try.

23              When the mechanical contractor is

24         looking to purchase a cogen, the mechanical
```

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

125

```
1              are not yet 100 percent certain of the sale?
2    A.   Yes.
3    Q.   So Tecogen, at least, lists some ADG sites
4              that are being marketed but not yet
5              completely come to fruition?
6    A.   Yes.
7    Q.   Mr. Panora, in the complaint for this case,
8              Tecogen has claimed in effect that Aegis
9              unfairly competed with Tecogen by building a
10             "knock-off" unit.  I'm going to ask you some
11             questions regarding that allegation.
12                  Are you aware, first, of the claim?
13   A.   Yes.
14   Q.   To the extent you can explain, what is
15             Tecogen's basis for this claim?
16   A.   Can you be more specific?  I'm not sure what
17             you mean.  Why do we think that's true?
18   Q.   Exactly.
19   A.   We were able to view the machine,
20             photographs of the machine, I think, from
21             on-line information, but perhaps elsewhere,
22             and see new or similar similarities of the
23             design if not exact duplication of our
24             design.
```

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

126

```
 1    Q.    Can you give me some examples?

 2    A.    Sure.  Same prime mover.  Same engine

 3          exactly.  Same company arrangement to the

 4          generator.  Same generator.  Very similar

 5          base forklift holes and so forth.  Very

 6          similar acoustic enclosure in the engine

 7          compartment.  Same exhaust manifolds and

 8          exhaust system arrangement.  Same general

 9          location of every component on the product,

10          switch gears, controls.  Everything is

11          arranged very similar if not the same.

12    Q.    Let's talk about the engine first on the

13          list.

14                Does Tecogen have a patent on the

15          engine?

16    A.    No.

17    Q.    Did Tecogen purchased the engine from a

18          third-party?

19    A.    Yes.

20    Q.    Can anyone purchase that engine from a

21          third-party?

22    A.    No.

23    Q.    Who can purchase it from that third-party?

24    A.    That's up to General Motors.  I don't know
```

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

127

```
 1              how they qualify people to be REM, or
 2              whatever you call us.
 3      Q.      Third-party qualifiers, they can go to
 4              General Motors and purchase the engine?
 5      A.      Currently, we can only purchase a particular
 6              configuration we have now.  But in the era
 7              prior to this year, I think, anybody could
 8              purchase.
 9      Q.      At the time the complaint was written,
10              which, I believe, was September 1, 2005 or
11              on or about September 1, 2005, could anyone
12              purchase the engine from General Motors?
13      A.      That met the qualifications, yes.
14      Q.      There was no prohibition that Tecogen placed
15              on General Motors for selling that engine,
16              correct?
17      A.      Correct.
18      Q.      Does Tecogen have a patent on coupling
19              arrangement to the generator?
20      A.      No.
21      Q.      Does Tecogen have any trade secrets
22              regarding the cupeling arrangement on the
23              generator?
24      A.      I'm not sure how you define trade secrets.
```

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

128

| | | |
|---|---|---|
| 1 | Q. | Has Tecogen placed any proprietary |
| 2 | | restrictions on coupling arrangements to the |
| 3 | | generator? |
| 4 | | MS. FROHLICH:   Objection. |
| 5 | A. | Restrictions on whom? |
| 6 | Q. | On anybody trying to copy the coupling |
| 7 | | arrangement. |
| 8 | A. | I don't know what legal restrictions we |
| 9 | | could put on anybody.  Do you mean is there |
| 10 | | a secret know-how in how we design that |
| 11 | | coupling? |
| 12 | Q. | Is the specific arrangement at all |
| 13 | | protected, to your knowledge? |
| 14 | A. | Not legally mentioned that Aegis uses the |
| 15 | | same generator. |
| 16 | Q. | Does Tecogen have a patent on the generator? |
| 17 | A. | No. |
| 18 | Q. | Does Tecogen purchase the generator from a |
| 19 | | third-party? |
| 20 | A. | Yes. |
| 21 | Q. | Can anyone purchase that generator from a |
| 22 | | third-party? |
| 23 | A. | I was lead to believe no, but apparently |
| 24 | | Aegis managed to buy it through a different |

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

129

```
 1              means than we do to get around that.
 2    Q.   Does Tecogen have a prohibition on the
 3         generator manufacturer for other people
 4         purchasing it?
 5    A.   We have an agreement with the manufacturer
 6         that they would only sell that generator to
 7         us in our market.  As far as I know, that's
 8         not in writing, but it was how we agreed to
 9         do business many years ago.
10    Q.   That's not in writing?
11    A.   Not in writing, no.
12    Q.   Who is the manufacturer?
13    A.   Marithol Electric Company.
14    Q.   You mentioned the base.  Does Tecogen have
15         any intellectual property protection in
16         relation to the base?
17    A.   No.
18    Q.   No patent protection?
19    A.   No.
20    Q.   You mentioned the acoustic enclosure.  Does
21         Tecogen have any protection, intellectual
22         property protection in regard to the
23         acoustic enclosure?
24    A.   No.
```

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

130

1    Q.    Exhaust manifold, does Tecogen have any

2          intellectual property protection with

3          regards to the exhaust manifold?

4    A.    It's our exhaust manifold in the sense it

5          has our part name on it.  We purchased the

6          mold to make it.  As far as I know, it's

7          made exclusively for us, yes.

8                 You may be able to purchase one

9          similar from somebody else, but the one that

10        appeared in the photograph, it appeared to

11        be our engine.  Like it was our part number

12        on that.

13    Q.    Who makes the exhaust manifold?

14    A.    I'm not sure.

15    Q.    Is it made by Tecogen?

16    A.    It's made by a third-party for Tecogen, yes.

17    Q.    Is there any prohibition on that third-party

18        from selling the exhaust manifold to anybody

19        else?

20    A.    I believe so.

21    Q.    Is it in writing?

22    A.    No, but it's our patent and our forms for

23        doing it so they shouldn't be doing it.

24    Q.    You mentioned patent?

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

131

```
 1    A.    Patent; meaning, the mold so-to-speak that
 2          are used to make it.
 3    Q.    Did you patent the mold?
 4    A.    Not legally patent them, no.  We own those
 5          molds.  They belong to Tecogen.  We paid for
 6          them many years ago.  So that vendor
 7          shouldn't be casting for anybody else, as
 8          far as I know.
 9    Q.    You then mention the same general location.
10    A.    I will ask you to be more specific.  The
11          location of what?
12    Q.    I'm using your words.  You said same general
13          location of the cogen.
14    A.    The components are laid out in a very
15          similar way.
16    Q.    Is there anything about the component layout
17          that would give Tecogen a proprietary
18          ownership of that layout?
19    A.    No.
20    Q.    Can you identify any trade secrets, if any,
21          that Tecogen feels Aegis has compromised?
22    A.    Trade secrets would mean things we have in
23          our knowledge base that are not patented but
24          are secret to the company, is that what you
```

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

132

```
1              mean?
2      Q.      Correct.
3      A.      There could be, but I'm not the best one --
4              not having studied the Aegis product other
5              than the photographs, I can't say.  But if I
6              were able to study the machine and look at
7              it more clearly, I may be able to find an
8              instance of that.  I can't comment on that.
9      Q.      Are there any correspondence between Tecogen
10             and Aegis over the years that would have
11             been stamped confidential?
12     A.      I don't know.
13     Q.      Do you know of any specific documents that
14             would have been stamped confidential if
15             relating to the design of a cogen that would
16             have gone from Tecogen to Aegis?
17     A.      I can't think of any.
18                     (Exhibit 110 marked
19                     for identification.)
20     Q.      Mr. Panora, I'm going to ask that you review
21             what's been marked as Exhibit 110 and
22             identify it for me?
23     A.      It's a letter from Julie Frohlich to Mr.
24             Edward Horvath, J&M Heating &
```

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

133

1            Air-conditioning Company.   Notice of cease

2            and desist from the same.

3      Q.    Did you receive a copy of this letter?

4      A.    Perhaps, I'm not sure.   Probably.

5                  Yes, I did.

6      Q.    I call your attention to the last paragraph

7            on the first page.   Last sentence, last full

8            sentence on that page.   "Among other things,

9            the Aegen modules are about the same

10           dimension in weight as the Tecogen modules."

11                 Do you see that sentence?

12     A.    Yes.

13     Q.    Did I read it correctly?

14     A.    Yes.

15     Q.    Does Tecogen have any intellectual property

16           protection to the dimensions of its

17           cogeneration module?

18     A.    No.

19     Q.    How about to the weight to the cogeneration

20           module?

21     A.    No.

22     Q.    Beginning on the first page and ending on

23           the next page.   "They sit on what looks to

24           be an exact copy of Tecogen's platform right

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

134

1          down to the forklift holes."

2                Do you see that sentence?

3     A.    I see that.

4     Q.    Does Tecogen have any intellectual property

5          rights to the location of the forklift

6          holes?

7     A.    No.

8     Q.    The next sentence reads, "Major components

9          in the Aegen modules such as engine and

10          generator are the same color as Tecogen

11          modules."

12                Do you see that?

13     A.    Yes, I see it.

14     Q.    Does Tecogen have intellectual property

15          rights to the color of its cogen?

16     A.    Not that I'm aware of.

17     Q.    Has Tecogen ever tried to trademark the

18          color?

19     A.    Not that I'm aware of, no.

20     Q.    Next sentence, "general specification for

21          the product lines are almost identical."

22     A.    Yes.

23     Q.    Do the two cogens use the same engine?

24     A.    Yes.

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

135

1    Q.    By "two cogens," I mean, Aegis' cogen and

2          Tecogen's cogen use the same generator?

3    A.    Yes.

4    Q.    Which you anticipate the specifications for

5          the same generator and same engine would be

6          similar if not the same?

7    A.    Yes.  But that's not all the specifications.

8    Q.    What did you mean by -- I'm sorry.  What was

9          meant, to your knowledge, by general

10         specifications?

11   A.    It could also mean their fuel consumption

12         and the efficiency of the heat recovery

13         system could also be part of the

14         specification.  Maybe the author of this was

15         referring to that.

16                MS. FROHLICH:  If you want to swear

17         me in next.

18   Q.    Fuel consumption.

19   A.    And also the amount of heat engine that is

20         recovered from the machine.  If that would

21         have been the same number, that would have

22         been very suspicious.

23   Q.    Does Tecogen have intellectual property

24         rights to the fuel recovery to the cogens?

Robert Panora 8-29-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

136

| | | |
|---|---|---|
| 1 | A. | No. |
| 2 | Q. | Does Tecogen have intellectual property |
| 3 | | rights to the heat energy that was recovered |
| 4 | | of its cogen? |
| 5 | A. | No |
| 6 | Q. | Put this aside for the moment.  We'll get |
| 7 | | back to it. |
| 8 | | Were there any agreements between |
| 9 | | Aegis and Tecogen that prohibit Aegis from |
| 10 | | selling cogens in competition with Tecogen? |
| 11 | A. | Not that I'm aware of.  Written agreements |
| 12 | | you mean? |
| 13 | Q. | Yes. |
| 14 | A. | Not that I'm aware of. |
| 15 | Q. | Were there any verbal agreements or |
| 16 | | understandings to the same? |
| 17 | A. | Perhaps. |
| 18 | Q. | Who would those agreements or understandings |
| 19 | | be with? |
| 20 | A. | With Jeff Glick and/or Wes. |
| 21 | Q. | Who at Aegis? |
| 22 | A. | The principals of Aegis. |
| 23 | Q. | Lee or Spiro Vardakas? |
| 24 | A. | Yes. |

# O'BRIEN & LEVINE

### Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

# Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

### Transcript of the Testimony of:

# Jeffrey Glick

# August 28, 2007

www.court-reporting.com
mail@court-reporting.com

195 State Street
Boston, MA 02109
(617) 399-0130  888.825.DEPO(3376)

Linda Bernis   25455

ORIGINAL

Jeffrey Glick 8-28-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

1

1            UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF MASSACHUSETTS

3    ------------------------------------------x

4    TECOGEN, INC.,

5                         Plaintiff,

6    v.                        No. 05-11823 RCL

7    AEGIS ENERGY SERVICES, INC.,

8    AEGENCO, INC. AND AEGIS GENERATION COMPANY,

9                    Defendant.

10   ------------------------------------------x

11

12

13

14        DEPOSITION OF JEFFREY GLICK, a witness

15   called on behalf of the Defendant, taken

16   pursuant to the provisions of the

17   Massachusetts Rules of Civil Procedure,

18   before Linda Bernis, a Registered

19   Professional Reporter and Notary Public in

20   and for the Commonwealth of Massachusetts,

21   at the offices of McCarter & English, 265

22   Franklin Street, Boston, Massachusetts, on

23   Tuesday, August 28, 2007, commencing at 9:30

24   a.m.

Jeffrey Glick 8-28-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

181

| | | |
|---|---|---|
| 1 | | installation manual is an 80-page document. |
| 2 | | Different appendices for different options. |
| 3 | | I highlight what appendix they should be |
| 4 | | looking at. |
| 5 | Q. | That's Tecogen's way of supplying |
| 6 | | information for its engineering submittal? |
| 7 | A. | Community and the submittal, yes. |
| 8 | Q. | Isn't it true, there's a lot of information |
| 9 | | in the installation manual that is not |
| 10 | | required by the contractor? |
| 11 | A. | That is true.  However, we took the approach |
| 12 | | that to get these units installed properly, |
| 13 | | especially if it's not somebody experienced |
| 14 | | in putting it in, you want to get all the |
| 15 | | information in front of them; whether it be |
| 16 | | an engineer or contractor.  Even if it |
| 17 | | doesn't seem applicable, get it in front of |
| 18 | | them so if they have questions later on |
| 19 | | about clearances, about gas pressure, water |
| 20 | | pressure, it's all available to them. |
| 21 | Q. | That's a Tecogen decision to make |
| 22 | | internally, correct? |
| 23 | A. | Right. |
| 24 | Q. | Does Tecogen sell its installation manual? |

Jeffrey Glick 8-28-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

182

```
 1                      MS. FROHLICH:   Objection.

 2      A.    We do not sell it.

 3      Q.    If a contractor or customer calls up and

 4            asks for an installation manual, calls you

 5            and asks for an installation manual, would

 6            you send it to them?

 7      A.    I generally will ask if they are an

 8            engineer, if it's something applicable to

 9            us, look at considering it.  If they are an

10            engineer working on a project, absolutely.

11      Q.    Would you charge them for it?

12      A.    No, I would not.

13      Q.    I'm going to ask you to change subjects for

14            a moment and ask you a few questions about

15            the Tecogen units and Aegis units to the

16            extent you may know.

17                  To your knowledge, did Tecogen

18            identify to Aegis any trade secrets that

19            they wanted Aegis to keep as proprietary

20            Tecogen information?

21                      MS. FROHLICH:   Objection.

22      A.    Pricing, for one.  Exposed pricing to Aegis

23            throughout our relationship.

24      Q.    Anything concerning the actual design of the
```

CONFIDENTIAL
ATTORNEYS ONLY

# AEGENCO™, INC.
## AEGIS GENERATOR COMPANY

# AEGEN THERMO ⚡ POWER™
## Cogeneration Module



RECEIVED

JUL 1 9 2005

J & M Heating and A/C, Inc.

RECEIVED

JUN 2 4 2005

J & M Heating and A/C, Inc.

# INSTALLATION MANUAL
## June 2005

000789

CONFIDENTIAL
ATTORNEYS ONLY

# FOREWORD

This installation manual is provided to assist designers and contractors in the proper installation of the cogeneration equipment. Responsibility for the actual installation of the cogeneration equipment lies with designer and installation contractor not AEGENCO™, Inc. Although the installation manual includes information, specifications, and drawings covering heat recovery, ventilation, exhaust, electrical controls, design principles, electrical interconnection, etc., only qualified personnel should design and install this equipment. The installing contractor(s) is responsible to make sure that all electrical, mechanical, and plumbing work conforms to all local, state, and national codes.

**Note:** Information in this manual is subject to change without notice.

000780

CONFIDENTIAL
ATTORNEYS ONLY

# TABLE OF CONTENTS

1.0 MODULE SPECIFICATIONS ........................................................................ 4

1.1 ENGINE SPECIFICATIONS ................................................................... 6
1.2 NATURAL GAS AND EXHAUST SYSTEMS ........................................ 7
1.3 ENGINE LUBRICATION SYSTEM ....................................................... 7
1.4 ENGINE HEAT RECOVERY SYSTEM ................................................. 7
1.5 GENERATOR ....................................................................................... 8
1.6 ELECTRICAL SWITCHGEAR ............................................................. 9
1.7 MODULE CONTROL SYSTEM ........................................................... 12
1.8 MODULE CONTROL MODES ............................................................. 12
1.9 CONTROLLER KEYPADS AND DISPLAY ........................................ 13
    1.9.1 Screen ...................................................................................... 14
    1.9.2 Numeric Keypad ...................................................................... 15
    1.9.3 Screen Keypad ......................................................................... 15
    1.9.4 Operations Keypad .................................................................. 16
    1.9.5 Status Lights ........................................................................... 16
1.10 ALARMS ............................................................................................ 17
1.11 CUSTOMER INTERFACE ................................................................. 18
    1.11.1 Inputs ..................................................................................... 18
    1.11.2 Outputs .................................................................................. 19
    1.11.3 Other Control Features .......................................................... 19
1.12 REMOTE COMMUNICATIONS ......................................................... 20
1.13 COMMUNICATIONS PROTOCOL .................................................... 20
1.14 INTERFACING WITH UTILITIES ...................................................... 20
1.15 POWER FACTOR .............................................................................. 21

2.0 INSTALLATION .................................................................................... 22

2.1 MODULE DELIVERY AND PLACEMENT ........................................... 22
2.2 MODULE LOCATION ......................................................................... 23
2.3 VENTILATION REQUIREMENTS ...................................................... 23
    2.3.1 Cogenerator Module Ventilation ............................................. 23
    2.3.2 Room Ventilation ..................................................................... 24
2.4 ELECTRICAL CONNECTIONS .......................................................... 24
2.5 NATURAL GAS PIPING ..................................................................... 24
2.6 EXHAUST PIPING ............................................................................. 24
2.7 HEAT RECOVERY DESIGN STRATEGY .......................................... 25
2.8 MODULE PLUMBING ........................................................................ 26
2.9 PRESSURE LIMITATIONS ................................................................ 26
2.10 EXPANSION TANK ........................................................................... 27
2.11 PIPING MULTIPLE MODULES ........................................................ 27
2.12 HEAT EXCHANGER ......................................................................... 28
2.13 CONTROL OF MULTIPLE MODULES .............................................. 29

3.0 MAINTENANCE ................................................................................... 30

000791

CONFIDENTIAL
ATTORNEYS ONLY

APPENDIX I - MECHANICAL DRAWINGS..................................................................... 31

Drawing 1.    AEGEN TP-75 Plan View.......................................................................... 32
Drawing 2.    AEGEN TP-75 Elevation - Front ............................................................... 33
Drawing 3.    AEGEN TP-75 Elevation – Driver Side, Enclosure Off...................................... 34
Drawing 4.    AEGEN TP-75 Elevation – Passenger Side, Enclosure Off............................. 35
Drawing 5.    Service Clearance Plan View....................................................................... 36
Drawing 6.    External Enclosure Ventilation Fan.............................................................. 37
Drawing 7.    AEGEN TP-75 LE Heat Recovery Piping ..................................................... 38
Drawing 8.    Exhaust Piping............................................................................................ 39
Drawing 9.    AEGEN With Pump Module and Muffler, Elevation-Passenger Side................ 40
Drawing 10.  AEGEN With Pump Module Frame and Muffler, Elevation-Front  .................... 41
Drawing 11.  AEGEN With Pump Module, Elevation-Front .................................................. 42


APPENDIX II - ELECTRICAL DRAWINGS ...................................................................... 43

Drawing 12.  Electric Switchgear Interconnection .............................................................. 44
Drawing 13.  Three Phase Power and Instrumentation Wiring............................................ 45
Drawing 14.  AC Control Circuit........................................................................................ 46
Drawing 15.  AC/DC Control Circuit................................................................................... 47
Drawing 16.  DC Inputs and Outputs (iS-CU)..................................................................... 48
Drawing 17.  DC Inputs and Outputs (iS-CU) #2................................................................ 49
Drawing 18.  Analog Inputs – Generator Sensor................................................................ 50
Drawing 19.  Analog Inputs – Building Sensors ................................................................ 51
Drawing 20.  Analog Output............................................................................................. 52
Drawing 21.  Analog Output, Terminal Strip Assembly Details, Speed Prox Switch
Wiring, Canbus Communications...................................................................................... 53
Drawing 22.  Dump Radiator Variable Speed Drive Control................................................ 54

CONFIDENTIAL
ATTORNEYS ONLY

# 1.0  MODULE SPECIFICATIONS

The AEGEN THERMOPOWER™ 75 (TP-75) is a compact, modular combined heat and power (CHP) system simultaneously producing electricity and hot water.  A low emissions model, the TP-75 LE, is available for states with stringent air quality standards.

The cogeneration module has a natural gas-fired reciprocating engine, an induction generator, heat recovery system, a sound attenuating enclosure, electrical switchgear, and solid-state controls for automatic and unattended operation.  High efficiency heat recovery components consist of oil cooler, engine jacket for heat transfer, marine type exhaust gas manifolds and exhaust gas heat exchangers.  The cogeneration module operates in parallel with existing mechanical and electrical systems in the facility.

Specifications for the AEGENCO™ cogeneration modules are presented in Table 1.  Later in this manual, additional specifications are provided.

**Figure 1.  AEGEN TP-75 Cogeneration Module Without Acoustic Enclosure**



000793

CONFIDENTIAL
ATTORNEYS ONLY

Figure 2.  AEGEN TP-75 Cogeneration Module With Acoustic Enclosure



Table 1.  General Specifications for Cogeneration Module

| Characteristic | AEGEN TP-75 | AEGEN TP-75 LE |
|---|---|---|
| Electrical Power Output | 75 kW | 75 kW |
| Thermal Output | 484,000 Btu/hour | 511,000 Btu/hour |
| Output Voltage | 208V or 460V nominal, 3 phase, 3-wire | 208V or 460V nominal, 3 phase, 3-wire |
| Efficiency | 83.9% at HHV of 1,020 Btu/scf | 81.1% at HHV of 1,020 Btu/scf |
| Gas Input (scfh) | 865 standard cubic feet per hour | 927 standard cubic feet per hour |
| Required Gas Pressure | 5 to 15 inches water column | 10 to 28 inches water column |
| Hot Water Flow | 22 gallons per minute | 22 gallons per minute |
| Max Output Water Temperature | 230 °F | 230 °F |
| Emissions | - | Meets stringent NY air quality standards |
| Acoustic Level (enclosed) | 70 decibels (dBA) @ 20 feet | 70 decibels (dBA) @ 20 feet |
| Suspension | Vibration isolation mounts | Vibration isolation mounts |
| Dimensions | 46" width x 89" length x 49" height | 46" width x 89" length x 49" height |
| Weight | 3,050 pounds | 3,050 pounds |

Note: Specifications are +/- 5%.

000794



CONFIDENTIAL
ATTORNEYS ONLY

## 1.1   ENGINE SPECIFICATIONS

The cogeneration module includes a General Motors 454 engine with the valve train configured to AEGENCO™ specifications.   Detailed engine specifications are shown in Table 2.   The following sections describe the subsystems of the engine.

### Table 2. Engine Specifications

| Type | Spark Ignition/Gaseous Fueled |
|---|---|
| Manufacturer | General Motors |
| Model | 7.4 L |
| Nominal Rated RPM | 1,820 |
| BHP | 108 |
| Aspiration | Natural |
| Configuration | V8 (90°) |
| Displacement | 454 |
| Bore and Stroke (Inches) | 4.251 x 4.00 |
| Compression Ratio | 9.2 TO 1 |
| Weight | 1,100 pounds |
| Ignition System | Electronic |
| Firing Order | 1-8-4-3-6-5-7-2 |
| Air/Fuel Mixture (Std) | 2% Oxygen* |
| **Lubrication System** | |
| ▪ Type | Internal High Volume Pump |
| ▪ Oil Type | SAE 30 LOW ASH (consult factory to brands)** |
| ▪ Oil Capacity | 32 quarts |
| **Cooling System** | |
| ▪ Type | Direct Jacket Cooling, Closed Loop |
| ▪ Expansion Tank | Pre-Charged Bladder (external provided by others) |
| ▪ Cooling Fluid | Water or Propylene Glycol Mixture (if required for freeze protection) |
| **Starting System** | |
| ▪ Type | 12 Volt |
| ▪ Battery | 12 Volt rated @ 485 Cold Cranking Amps (Group 24) |
| ▪ Starter | Delco High Torque Automotive |
| ▪ Battery Charger Type | Electronic – Constant Voltage Supply |
| ▪ Battery Charger Rating | 3.0 Amps @15V DC |

\*   Engines equipped with emission system operate at approximately 0.5 % Oxygen.
\*\*  Engines equipped with emission system use Exxon Mobil Bus-guard GEO 14W-40 low ash or equivalent.

000795


CONFIDENTIAL
ATTORNEYS ONLY

## 1.2   NATURAL GAS AND EXHAUST SYSTEMS

The cogeneration module natural gas fuel system consists of a manual shut-off valve located outside the unit, two (2) electric solenoid shut-off valves, a gas regulator, a carburetor/mixer, and a throttle body assembly. Engine fuel components on emission control units are slightly different. A PLC fuel trim valve is installed. It is the responsibility of the installing contractor to design and construct a gas supply line to the cogeneration module in accordance to State and Local Gas Piping Codes capable of supplying 1,000 cubic feet (HHV) per hour.

An air filter is provided for the engine's combustion air inlet. The carburetor/mixer mixes the pressurized gas with the naturally aspirated filtered air. The engine throttle is controlled by the cogeneration module to modulate the fuel/air flow to the engine cylinders. On standard units, the exhaust from the cylinders is passed through two water-cooled manifolds and exhaust gas heat recovery heat exchangers to a common outlet pipe. It is the responsibility of the installing contractor to design and construct an exhaust system from the cogeneration module to the outside. Maximum system backpressure should not exceed 16" W.C. Cogeneration modules need to be sized for exhaust flow rates of: mass flow 700 lbs/hr, 170 scfm, and 225 acfm.

The engine has a positive crankcase ventilation system. This system removes corrosive gases from the engine crankcase and moves them back into the intake manifold to be burned along with the regular fuel charge.

## 1.3   ENGINE LUBRICATION SYSTEM

The engine lubrication system consists of an internal engine-driven oil pump, an oil filter, and an oil cooler that rejects heat to the engine coolant. To increase the interval between oil changes to 750 hours, the engine oil pan has been enlarged to 32 quarts.

## 1.4   ENGINE HEAT RECOVERY SYSTEM

Waste heat from the engine block and exhaust manifolds is rejected to the coolant system. Heat is recovered from the coolant system and used by customers for domestic hot water, comfort space heating, pool heating, absorption cooling, or process heating. The installing contractor is responsible to design and provide the heat exchangers and piping needed for the customer's loads. Recommendations and guidelines for contractors in designing the heat recovery system are presented in Section 2.

The coolant system provides cooling of the engine jacket, exhaust manifolds, and engine oil cooler. The closed-loop and pressurized system normally uses water as the coolant fluid. However, for an outdoor installation, the coolant fluid is a propylene glycol mixture.

The installing contractor is responsible to provide a city water make-up line at 12 - 15 psig and a pre-charged bladder-type expansion tank to maintain the coolant system pressure.

000796

CONFIDENTIAL
ATTORNEYS ONLY

## 1.5    GENERATOR

The cogeneration module uses a 3-phase wye induction generator (see Figure 3 for generator specifications) with two-bearing construction and a drip-proof frame. Windings use 100% copper and the shaft is hot rolled steel. The insulation is Class 4. The generators are built with double-shielded ball bearings and grease fittings.

### Figure 3.  Generator Specifications (Spec Sheet from Marathon)



*A Subsidiary of Regal-Beloit Corporation*

### TWO BEARING GENERATOR
### CERTIFICATION DATA SHEET

MODEL NO: 404TSTDS18531
CONN. DIAGRAM: A-EE7300T
OUTLINE: B-SS516131-1550

WINDING: T404452 - 2
ADAPTION #:
WK²:      19.0 lb-ft²

#### NAMEPLATE DATA

| KW | PH | HZ | POLE | SYNC RPM | FL RPM | VOLTS | AMPS | FRAME | ENCLOS |
|----|----|----|------|----------|--------|-------|------|-------|--------|
| 75 | 3  | 60 | 4    | 1800     | 1820   | 208   | 248  | 404   | ODP    |

| DUTY | INSUL | S.F. | AMB (°C) | OVERSPEED RPM | HIGH VOLT. RES. L-L (OHMS) |
|------|-------|------|----------|---------------|----------------------------|
| CONT | F     | 1.15 | 40       | 2250          | 0.0185                     |

#### LOAD CURVE DATA – BASED ON  208  VOLTS

| LOAD | KW | AMPS | RPM | TQ (ft-lb) | EFF (%) | PF (%) | KVA | KVAR | TEMP RISE (°C) |
|------|----|------|-----|------------|---------|--------|-----|------|----------------|
| NL   | 0  | 69.5 | 1800 | 0   | NA   | 6.5  | 25.0 | 25.0 |    |
| 0.25 | 18.5 | 88.0 | 1805 | 79.0 | 89.5 | 57.0 | 31.7 | 26.0 |    |
| 0.50 | 37.5 | 134 | 1810 | 158 | 93.0 | 77.5 | 48.5 | 30.5 |    |
| 0.75 | 56.5 | 188 | 1815 | 235 | 93.0 | 83.5 | 67.5 | 37.5 |    |
| 1.00 | 75 | 248 | 1820 | 313 | 93.0 | 85.0 | 89.5 | 47.0 | 45 |
| 1.25 | 94 | 305 | 1828 | 390 | 91.7 | 85.0 | 110 | 58.0 |    |
| LOCKED ROTOR |  | 1400 | 0 | 495 |  | 36.0 |  |  |    |
| BREAKAWAY |  | 1000 | 1910 | 865 |  | 52.0 |  |  |    |

#### EQUIVALENT CIRCUIT REACTANCES (PER UNIT) Zref = 0.535 ohms, TIME CONSTANTS

| Stator Resistance R1 | Rotor Resistance R2 | Stator Reactance X1 | Rotor Reactance X2 | Magnetizing Reactance Xm | Transient Reactance X'd | Sub-Transient Reactance X"d | OPEN CKT T'd0 (sec) | SHORT CKT T'd (sec) |
|----------------------|---------------------|---------------------|--------------------|--------------------------|-------------------------|-----------------------------|---------------------|---------------------|
| 0.022 | .0113 | 0.117 | .122 | 3.199 | 0.238 | 0.146 | 0.780 | 0.032 |

The generator is essentially a squirrel cage induction motor and requires no separate excitation other than its three-phase connection to the building. Since it is an induction machine, there are no brushes or collector rings to cause maintenance problems. The engine drives the generator above synchronous speed causing current to flow in the opposite direction (i.e., from the generator to the building circuits). It

000797

CONFIDENTIAL
ATTORNEYS ONLY

should be noted, an induction generator is only a current source - it cannot generate voltage or influence frequency.

Generators are sized for each application for maximum efficiency and best power factor. Generators are not de-rated, since de-rating lowers both efficiency and power factor, resulting in decreased savings.

Although the maximum available fault current is not available in the generator manufacturer's specification sheets, these values have been calculated and are presented below.

**Table 3. Maximum Available Fault Current**

| Voltage | Fault Current (Amps) |
|---------|---------------------|
| 208 Volts | 1,600 |
| 460 Volts | 720 |

## 1.6   ELECTRICAL SWITCHGEAR

Electrical switchgear includes contactor, overload relay, circuit breaker, and current transformer. The specifications for the electrical switchgear components are presented below: Table 4 contactor specifications (1 per module), Table 5 overload relay specifications (1 per module), Table 6 circuit breaker specifications (1 per module), and Table 7 current transformer specifications (2 per module).

**Figure 4. Switchgear**



000798

CONFIDENTIAL
ATTORNEYS ONLY

Table 4.  Contactor Specifications

| Characteristic | 208 Volts | 460 Volts |
|---|---|---|
| Manufacturer | Allen-Bradley | Allen-Bradley |
| Model Number | 100-D300 | 100-D300 |
| Maximum Voltage | 600 VAC | 600 VAC |
| Amperage Rating | 450 A | 250 A |
| Available Fault Current | 18,000 A | 8,100 A |

Table 5.  Overload Relay Specifications

| Characteristic | 208 Volts | 460 Volts |
|---|---|---|
| Manufacturer | Allen-Bradley | Allen-Bradley |
| Model Number | 193-EF | 193-EF1AKP |
| Setting | 248 A | 112 A |
| Adjustment Range | 160 A – 400 A | 20 A – 180 A |
| CT Time/Current | See Curve Below | See Curve Below |

Table 6.  Circuit Breaker Specifications

| Characteristic | 208 Volts | 460 Volts |
|---|---|---|
| Manufacturer | Allen-Bradley | Allen-Bradley |
| Model Number | 140U-K3D3-D35 | 140U-K3D3-D150 |
| Amperage Rating | 350 A | 150 A |
| Amps Interrupting Current | 65,000 A | 35,000 A |
| Time/Current Curves | See Curve Below | See Curve Below |
| Lockable | Yes in Off Position | Yes in Off Position |

Table 7.  Current Transformers Specifications

| Characteristic | 208 Volts | 460 Volts |
|---|---|---|
| Manufacturer | CR Magnetics | CR Magnetics |
| Model Number | CR5A-RL-301 | CR2DA-RL-151 |
| Rating | 300/5 A, 12.5 VA, 60 Hz | 150/5A, 4VA, 60 Hz |

000799



Figure 5.  Time Current Curves for Bulletin 140-U-K3/K6
Thermal-Magnetic Molded Case Circuit Breakers

000300



CONFIDENTIAL
ATTORNEYS ONLY

## 1.7   MODULE CONTROL SYSTEM

The cogeneration module control system is based on the Intelisys controller that provides precise proportional, integral, and derivative (PID) control of the power output or discharge water heat content. Standard programs, which can be modified for site-specific conditions, compare output to set point and adjust throttle position to attain the desired result.

All controls, excluding sensors and engine-mounted devices (starter relay, starter motor, etc.) are located in a single cabinet.

The control system has a complete safety monitoring and shut down system including a Beckwith utility grade protection relay. The Beckwith utility grade protection relay is a microprocessor-based unit that provides up to 12 protective relaying functions for intertie protection or up to 11 for cogeneration module protection. This provides protection from electrical faults and out of specification operation.

The cogeneration module has extensive networking capabilities to fully integrate building control loops and multiple cogeneration units.   See Section 2.13 for additional information on networking multiple modules.

### Table 8.  Display Menu

| | |
|---|---|
| ▣ Generator Data | ▣ Generator Protection Parameters |
| ▣ Bus Data | ▣ Power Management Settings |
| ▣ Synchronizing Data | ▣ Processor Analog Input Settings |
| ▣ Controller Analog Input Data | ▣ Sync/Load Control Settings |
| ▣ Digital Input Status | ▣ Volt/PF Control Settings |
| ▣ Digital Output Status | ▣ Load Shedding Parameters |
| ▣ Power Management Status | ▣ Call Out Settings |
| ▣ Analog Module Values | ▣ Date/Time |
| ▣ Remote Analog Input Status | ▣ Analog Module Settings |
| ▣ Basic Settings | ▣ Remote Analog Module Settings |
| ▣ Process Control Parameters | ▣ Programmable Function Settings |
| ▣ Engine Parameters | ▣ History |
| ▣ Engine Protection Parameters | |

## 1.8   MODULE CONTROL MODES

There are two basic control modes for the cogeneration module: Temperature Mode & Power Mode. Temperature Mode matches the unit's heat output with the building's hot water load.  If the building is not calling for the heat, the unit de-rates (decreases output level) and may shut down if the heat load drops too much.   De-rating is done by reducing the electrical output. This determination is based upon temperature sensor data. The sensor is site selectable.

000801



In Power Mode, the controlled output is the kW of electricity. In this case, if the heat output cannot be utilized by the building load, it is dumped to a radiator. In both of these cases, the control set point, can be manually entered from the control panel, remotely set through a modem, or adjusted by an analog signal from an Energy Management System. Exporting of power is prevented by the Intelisys and by the Beckwith protection relay, thus avoiding the installation of an expensive reverse power relay system. If exported power is detected, the unit will unload and/or shutdown. The non-export of power will take precedence over any set points in either Temperature Mode or Power Mode. The cogeneration module also has extensive networking capabilities to fully integrate these control modes for multiple cogeneration units.

## 1.9    CONTROLLER KEYPADS AND DISPLAY

The Intelisys controller operator interface consists of a backlit display, a screen keypad, a numeric keypad, an operations keypad, and a one-line diagram with status lights.

### Figure 6.  Panel Layout



000802


CONFIDENTIAL
ATTORNEYS ONLY

## 1.9.1  Screen

The screen is divided into three categories: MEASUREMENT, PARAMS, and HISTORY. These categories are found by depressing the MENU button. The categories will then appear at the top of the screen with the selected category being highlighted and with a menu below it. The top item or last selected item in the menu will be highlighted. Additional menu options will appear with a down or up arrow to indicate additional choices that exist off screen. Use the side arrows to scroll from category to category and the up/down arrows to scroll through the menu. Note that the arrows are found on the Screen Keypad.

### Figure 7.  Menu Screen Layout



### Figure 8.  Generator Screen

000803

CONFIDENTIAL
ATTORNEYS ONLY

Figure 8 shows the Generator screen. The tile on top of the screen shows the Menu item title (i.e., Generator), menu item number, and page number. The right hand corner displays the number of pages in the menu item. Use the left and right arrow buttons in the screen keypad to scroll through pages. Use the up and down buttons in the screen keypad to change to another menu item within the same category.

## 1.9.2  Numeric Keypad

Figure 9 shows the numeric keypad. The +/- button changes the sign of the number. Numbers are positive when typed unless this button is pressed first. The Clear button erases an error. Each time it is pressed, one number will be erased. Holding the button down will erase several numbers sequentially. The Enter button is used to enter a set point. The 0-9 number buttons are used for numeric entries.

### Figure 9.  Numeric Keypad



## 1.9.3  Screen Keypad

Figure 10 shows the screen keypad. The alarm list appears when The Alarm List button is pressed. All active alarms will be displayed. The Menu button displays the menu items. Arrow buttons are used to move through the menu selections and screens. Pressing Enter will select a menu choice.

### Figure 10. Screen Keypad



000804



### 1.9.4  Operations Keypad

Figure 11 shows the operations keypad. The Start button begins the automatic starting sequence. Press once to start. The engine will idle for 5 minutes (unless above 150° F, then warm up will be by-passed) and then the speed will increase to run speed. Twenty seconds later, the contactor will close. The module will then ramp up to the power set point.

Mode buttons used to change operating mode of the controller. Mode change is protected by Level 3 password.

The Stop button stops the module start sequence. If the module is running and this button is pressed, the module will first unload, the contactor will then open, the engine will slow to idle, and the engine will stop in 30 seconds.

The Fault Reset button resets a warning or alarm. If the cause of the alarm has not been corrected, the message will reappear on the alarm screen.

#### Figure 11.  Operations Keypad



### 1.9.5  Status Lights

Figure 12 shows the status lights. These lights indicate the operating condition of the cogeneration module.

#### Figure 12.  Status Lights



000805



Green indicates normal operation, Orange/Yellow is for a warning condition, and Red is an alarm condition/shutdown. The first light on the left is not used. From left to right, the lights represent:

1. Parallel Generator – Not used, always off

2. Mains Disconnect – Always Green

3. Mains Voltage – Always Green if mains voltage present

4. Generator Main Contactor (GCB) – Green when contactor closed

5. Generator – Green when running and OK

6. Engine – Green when running above idle speed and OK

The right On/Off button closes the main contactor – not required for normal starting. The left On/Off button is not used.

## 1.10  ALARMS

The cogeneration module is designed for safe operation and for the protection of personnel and equipment. In the event of any out of specification event, the system will either shut down immediately (such as during an emergency stop) or ramp down (as in an over temperature situation). A list of the alarms is presented in Table 9.

There are two levels of alarm: Warning and Alarm. Alarms cause the system to shut or ramp down, as required. Warnings announce the system is experiencing an abnormal condition that should be addressed. A warning allows the system to continue operation within its limitations. In addition, a specified temperature threshold (site specific, if necessary) de-rates (reduces) the power output to help the system recover from a potential alarm condition. Once the de-rating temperature is within tolerances, the power automatically increases to set point. The module is equipped with the optional feature of restarting after an alarm shutdown. The module will wait 5 minutes and then attempt to restart after the alarm condition is automatically reset.

000306



### Table 9. Events List

| Events Specification | Protection Type | Alarm List | History | Available for Customer Use |
|---|---|---|---|---|
| Analog input - L1 | Warning | YES | YES | NO |
| Analog input - L2 | Configurable | YES | YES | NO |
| Binary input | Configurable | YES | YES | YES |
| Battery voltage <, > | Warning | YES | YES | YES |
| Start | None | NO | YES | NO |
| Stop | None | NO | YES | NO |
| Start | Shut Down | YES | YES | YES |
| GCB on | None | NO | YES | NO |
| GCB off | None | NO | YES | NO |
| MCB on | None | NO | YES | NO |
| MCB off | None | NO | YES | NO |
| OtherGCBtrip | None | YES | YES | NO |
| Synchro | None | NO | YES | NO |
| SyncTimeout | Stop | YES | YES | NO |
| ActCall | None | NO | YES | NO |
| ActCallFail | Warning | YES | YES | NO |
| Watchdog | None | NO | YES | NO |
| CfgLoaded | None | NO | YES | NO |
| FwLoaded | None | NO | YES | NO |
| PowerOn | None | NO | YES | NO |
| ParamFail | None | NO | YES | NO |
| InitError | None | NO | YES | NO |
| Vgen > | Unload | YES | YES | YES |
| Vgen < | Unload | YES | YES | YES |
| Vgen unbl | Unload | YES | YES | YES |
| Fgen > | Unload | YES | YES | YES |
| Fgen < | Unload | YES | YES | YES |
| Igen unbl | Unload | YES | YES | YES |
| Overload | Unload | YES | YES | YES |
| Pgen reverse | Unload | YES | YES | YES |
| Load shedding | None | NO | YES | YES |
| RPM over | Shut Down | YES | YES | YES |
| RPM under | Shut Down | YES | YES | YES |
| Emergency stop | Shut Down | YES | YES | NO |
| GCB fail | Unload | YES | YES | NO |
| Started | None | NO | YES | NO |
| WaitStop | None | NO | YES | NO |
| Standby | None | NO | YES | NO |
| Unloading | None | NO | YES | YES |
| UnlCancel | None | NO | YES | NO |
| Cooling | None | NO | YES | NO |
| Ready | None | NO | YES | YES |
| NotReady | None | NO | YES | NO |

| Events Specification | Protection Type | Alarm List | History | Available for Customer Use |
|---|---|---|---|---|
| Running | None | NO | YES | YES |
| TimeStamp | None | NO | YES | NO |
| PasswChanged | None | NO | YES | NO |
| Cyl I/1 differ | Stop | YES | YES | NO |
| Cyl I/16 differ | Stop | YES | YES | NO |
| Cyl II/1 differ | Stop | YES | YES | NO |
| Cyl II/16 differ | Stop | YES | YES | NO |
| PickupFault | Shut Down | YES | YES | NO |
| PasswEntered | None | NO | YES | NO |
| RemControlUART | None | NO | YES | NO |
| RemControlMOD | None | NO | YES | NO |
| RemControlSMS | None | NO | YES | NO |
| RemControlCAN | None | NO | YES | NO |
| Mode OFF | None | NO | YES | YES |
| Mode MAN | None | NO | YES | YES |
| Mode SEMI | None | NO | YES | YES |
| Mode AUT | None | NO | YES | YES |
| ActCallCH1-OK | None | NO | YES | NO |
| ActCallCH2-OK | None | NO | YES | NO |
| ActCallCH3-OK | None | NO | YES | NO |
| ActCallCH1-Fail | None | YES | YES | NO |
| ActCallCH2-Fail | None | YES | YES | NO |
| ActCallCH3-Fail | None | YES | YES | NO |
| SprinklerON | None | NO | YES | NO |
| SprinklerOFF | None | NO | YES | NO |
| BusMismatch | Off Load | YES | NO | NO |
| Generator phase sequence OK & Generator phase L1 opposite | Warning | YES | NO | NO |
| Generator phase sequence OK & Generator phase L2 opposite | Warning | YES | NO | NO |
| Generator phase sequence OK & Generator phase L3 opposite | Warning | YES | NO | NO |
| Wrong generator phase sequence & Generator phase L1 opposite | Warning | YES | NO | NO |
| Wrong generator phase sequence & Generator phase L2 opposite | Warning | YES | NO | NO |
| Wrong generator phase sequence & Generator phase L3 opposite | Warning | YES | NO | NO |
| Bus phase sequence OK Bus phase L1 opposite | Warning | YES | NO | NO |
| Bus phase sequence OK Bus phase L2 opposite | Warning | YES | NO | NO |
| Bus phase sequence OK Bus phase L3 opposite | Warning | YES | NO | NO |
| Wrong Bus phase sequence | Warning | YES | NO | NO |
| Wrong bus phase sequence & Bus phase L1 opposite | Warning | YES | NO | NO |
| Wrong bus phase sequence & Bus phase L2 opposite | Warning | YES | NO | NO |
| Wrong bus phase sequence & bus phase L3 opposite | Warning | YES | NO | NO |
| SpeedRegLimit | Warning | YES | YES | NO |
| VoltRegLimit | Warning | YES | NO | NO |
| Bus MeasError | Off Load | YES | NO | NO |

## 1.11  CUSTOMER INTERFACE

The Intelisys allows customers to provide various inputs to the cogeneration module.  In addition, various outputs from the Intelisys are available for the customer's use.

### 1.11.1  Inputs

As an option, the customer can provide the following inputs to the cogeneration module control system. The actual devices and wiring connections are the responsibility of the installing contractor. 000507



- **Start/Stop:** The customer may input contacts that will initiate the starting and stopping of the generator. This input is available on terminal strip at the bottom of the control cabinet. Close to start, open to stop. This functions only if the controller is in the Automatic mode.

- **Power Set point Input:** The customer may input a 0 - 7.5 VDC signal to the Load Share input so that the power output of the unit may be controlled by a remote energy management system. This input is available on the Intelisys Controller [LSM (+) / LSM (-) terminals]. The Intelisys must be configured for Load Sharing for this feature.

- **Analog Signals:** The customer may input up to 56 analog signals (up to seven remote analog modules, each with 8 inputs) of various types. Readings of these signals can be viewed on the Intelisys display and can be used for control through site-specific programs. Sensors and signal levels must conform to specifications, which will be supplied as required for each site. Remote modules may be located at key points at site and are connected to the Intelisys through a three-wire communications cable (24V DC power is required for each remote module).

### 1.11.2  Outputs

The customer has the option of utilizing the outputs that are listed below. It is the responsibility of the installing contractor to provide the devices and wiring for these electrical connections.

- **External Ventilation Fan Start:** A 24 VDC output to drive a pilot relay for ventilation fan control is available. The customer supplies a 24 VDC relay and the circuit needed to power the ventilation fan.

- **Manual Customer Inputs and Outputs:** A limited number of digital (i.e., on/off) inputs and outputs may be available for site-specific applications. The customer requirement will have to be reviewed by engineering prior to implementation.

### 1.11.3  Other Control Features

Other features listed below are available as standard, unless otherwise noted.

- **Automatic Restart:** This feature allows the cogeneration module to restart automatically 5 minutes after a power outage. (Available only if running in automatic mode.)

- **Auto Alarm Reset:** This feature allows the control system to automatically reset pre-selected alarms 5 minutes after the unit is shut down and try to start again. Available only if the generator is running in automatic mode.

- **Idle:** This feature allows the cogeneration module to run without being connected to the grid. This is useful for diagnostics, engine tuning, troubleshooting, etc. It is available only if running in the manual mode.

- **Alarm Set point and Operational Set point Customization:** All parameters in the Intelisys controller can be customized for site specific or equipment specific requirements. Three levels of passwords in the Intelisys limit access to parameters. Parameters protected by levels 1 and 2 are generally accessible in the field by technicians or field engineers. Parameters at level 3 are accessible only to factory engineers. See included lists of these parameters.

000408

CONFIDENTIAL
ATTORNEYS

## 1.12  REMOTE COMMUNICATIONS

The cogeneration module is equipped with communications software and a modem.  Once the system is tied into a dedicated phone line (installing contractor responsibility), the Intelisys system provides the user with the ability to remotely monitor and control the module, diagnose problems, and download software updates.  Through the modem or to a pager, the Intelisys controller can also send alerts of any fault conditions.

For installations with more than one cogeneration module, a telephone line switchbox will be needed if the modules are not connected in a network.  The requirements for the remote computer include: IBM compatible PC, *Windows 95* or higher, and have WinEdit.

The remote communications package has the following features:

- Provide real-time status of the module
- Summarize the history of alarms
- Review how some of the module's hardware has been setup or configured
- Provide historical data
- Start and stop the generator
- Reset warnings and alarms
- Change any control set point
- Change any operating or protection parameter (with proper password)
- Download software revisions and updates
- Monitor building control loops

## 1.13  COMMUNICATIONS PROTOCOL

The Intelisys can interface with a building's automation system through its open communications protocol. Detailed information about Intelisys protocol including available points is available to manufacturers of building automation systems if requested.  The actual software or hardware interface to the building automation system is the responsibility of the customer.

The Intelisys is also compatible with Modbus, a controls standard for networking devices.  This is useful for networking multiple cogeneration modules or interfacing with programmable controllers.  The Intelisys supports controlling multiple cogeneration modules with a priority system.  RS-232, RS-422, or RS-485 protocols are supported.  For further details on setting up the Modbus networking, contact AEGENCO™ engineering department.

## 1.14  INTERFACING WITH UTILITIES

Each electric utility requires a different interconnection application process.  In general the utility should be notified as early as possible during the cogeneration installation process because the utility application process can be lengthy.  Several states including Massachusetts have streamlined the application process to be uniform throughout all utilities.

000809



Utilities will request various information pertaining to the generator, relay protection, switchgear, and microprocessor operation. This information can be found within this manual.

Utilities may request power factor correction, and sometimes when no power factor correction is requested the rate structure will dictate that power factor correction is necessary to achieve maximum electric savings.

## 1.15 POWER FACTOR

Power factor is defined as the ratio of working power, KW, to apparent power, KVA. Reactive power, KVAR, is required by the utility to sustain the electromagnetic field. The mathematical relationship between these variables is as follows:

$$\text{Power Factor} = kW/kVA$$

$$KVA^2 = KW^2 + KVAR^2$$

The generator in the AEGENCO™ cogeneration module is an induction generator. Induction generators consume KVARs from the utility while at the same time reducing the kWs consumed from the utility. Power factor will be lowered with the operation of the ™ cogeneration module.

Some utilities charge a penalty for having a peak demand with a power factor below a set threshold. Other utilities may charge for the peak KVA and not the peak KW. For customers in these utility service territories, it may be economically attractive to correct for the low power factor.

Power factor correction capacitors can resolve the low power factor problem. Experts in the field should be contacted for design of power factor correction equipment. Note that some utilities have their own restrictions for power factor correction capacitor installations.



# 2.0   INSTALLATION

This installation manual is provided to assist designers and contractors in the proper installation of the cogeneration equipment. Responsibility for the actual installation of the cogeneration equipment lies with designer and installation contractor not AEGENCO™. Although the installation manual includes information, specifications, and drawings covering heat recovery, ventilation, exhaust, electrical controls, design principles, electrical interconnection, etc., only qualified personnel should design and install this equipment. Installation contractors should be experienced in hydronic piping, electrical wiring, natural gas piping, ventilation, and exhaust piping. Since each facility is unique, this manual cannot provide specifics on how to design heat recovery equipment for each applications. However, general guidelines are provided in the manual. The installing contractor(s) is responsible to make sure that all electrical, mechanical, and plumbing work conforms to all local, state, and national codes.

## 2.1   MODULE DELIVERY AND PLACEMENT

Use caution when handling the cogeneration module. Rigging equipment should be rated for the weight (approximately 3,000 pounds) and size of the unit. If difficult delivery conditions exist, we recommend consulting or hiring a professional rigging contractor to perform the delivery.

The unit has lifting holes located at the base and rated for the unit's weight. The unit is to be lifted level and as one piece from the four lifting points.

**Figure 13.   Module Lifting Points**



Lifting Point                    Lifting Point

000811



If the module needs to be disassembled for delivery to a particular location, only a factory-trained technician can supervise or perform the disassembling and reassembling for the cogeneration unit. The module needs a minimum door opening clearance of 34 inches (standard door size) if disassembled.

Once the module is in place, it should be kept protected from construction debris and the outdoor environment.


## 2.2 MODULE LOCATION

Many considerations should be made for the final location of a module for permanent operation. These considerations include:

- **Space Considerations:** Make sure there is adequate clearance around the engine compartment to remove an engine, install a new engine, and conduct maintenance activities. Typically, there should be a minimum clearance of 3 feet at either end of the module and 2 feet on either side. A height clearance of 7 feet for a gantry is recommended.

- **Electrical Enclosure Clearance:** All NEC, local, and state codes must be met to ensure adequate working space around electrical apparatus. Typically, 3 feet of clearance to live parts and ground is needed, subject to local inspectors' requirements.

- **Noise and Vibration:** The module is designed to be quiet in a typical boiler room application. The module uses vibration isolators and flexible pipe connectors. If the machine will be located in an area where any noise and vibration may be a concern, consult an expert to determine if additional noise and vibration isolation and attenuation is possible or practical.

- **Service Space Conditions:** The location of the cogenerator should have proper lighting and room temperature above 32° F and below 100° F. If the room temperature can dip below 32° F, freeze protection should be included in the cogenerator heating hot water loop. If the space temperature can go above 100° F, some combination of increased ventilation or air conditioning may be necessary.

- **Floor Mounting:** The module base can be directly mounted to a concrete floor using lag bolts. In certain applications, it may be appropriate to add a sound attenuation blanket under the base.


## 2.3 VENTILATION REQUIREMENTS

In addition to proper combustion air, good room ventilation is also necessary to keep the ambient air temperature below 100° F. The cogenerator module enclosure needs 1,000 cfm of air for combustion (200 cfm) and enclosure cooling (800 cfm). Approximately 28,000 Btu/hr are rejected when the unit is at full load.

There are two options to provide adequate ventilation. Ventilate the cogenerator module directly. Ventilate the room where the cogenerator module is located.

### 2.3.1 Cogenerator Module Ventilation

To ventilate the module directly, first remove the two exit metal grill louvers on the module. Use transitions to connect to 7-inch diameter ducts. Combine the two ducts into a single duct and exhaust the air through a penetration on the wall or roof. Install an induced draft fan at the penetration to exhaust 800 cfm of air to the outdoors.

000812



CONFIDENTIAL
ATTORNEYS ONLY

### 2.3.2  Room Ventilation

Instead of directly ducting the cogenerator module, the room that houses the module can be ventilated. This will require a larger fan than direct ducting. For example, assuming an outdoor design temperature of 87° F and a temperature rise of no more than 10° F to keep the module ambient air temperature below 100° F, the fan would need an airflow rate of approximately 2,700 cfm:

$$\text{Air Flow (cfm)} = \frac{(28,000\ \text{Btu/hr})}{(0.073\ \text{lb/ft}^3) \times (0.24\ \text{Btu/lb-}°\ \text{F}) \times (60\ \text{min/hr}) \times (97\text{-}87°\ \text{F})} = 2,664\ \text{cfm}$$

## 2.4  ELECTRICAL CONNECTIONS

The installation contractor has responsibility for properly connecting the module electrically. All connections should comply with the National Electric Code and state and local codes.

The cogeneration module generates 75 kW of 3-phase power at 60 Hz and 208 volts or 460 volts. The cogeneration module is connected to the building electrical distribution system through any panel that has a feeder ampacity of 350 amps (at 208 volts) and 150 amps (at 460 volts). Although the cogenerator has a neutral connection, the connection to the utility is through a 3-wire with a ground and no neutral. The neutral connection can be used for monitoring but it should not be connected to a load. Several electrical drawings can be found in the Appendix.

Phasing at the cogeneration module breaker is as follows:

- ▨  *A* phase to L1
- ▨  *B* phase to L2
- ▨  *C* phase to L3

## 2.5  NATURAL GAS PIPING

Properly sized piping is important for the cogeneration module to receive the natural gas flow needed to generate its rated power. The piping should comply with all local and national codes and done by a licensed plumber.

Malleable iron pipe should be used. Prior to the module connection point, a dirt leg trap, a strainer, and a manual shut off valve should be installed.

## 2.6  EXHAUST PIPING

The exhaust piping should comply with local and national codes and should be done by a licensed plumber in the state of installation. In some locations, it may be possible to connect the cogenerator module exhaust to existing chimneys if certain requirements are met. If an existing chimney exists refer to NFPA 37 Standard for the Installation and Use of Stationary Combustion Engines and Gas Turbines.

000513

CONFIDENTIAL
ATTORNEYS ONLY

The exhaust piping should be constructed of carbon steel pipe and include a silencer. A condensate trap is needed since the exhaust temperature is less than 300° F. See the Appendix for the recommended exhaust system design for the cogeneration modules.

## 2.7   HEAT RECOVERY DESIGN STRATEGY

The cogeneration module produces and recovers a maximum heat output of 484,000 Btu/hr. This heat is piped from the module to various hot water loads within the facility. Recovering the heat keeps the engine cooled and provides savings to the facility by displacing other sources of water heating in the building. When the heat from the engine is not needed by the facility, the heat is dissipated through a remote radiator. The design of the hot water system for each facility will vary depending on the number, type, and size of the thermal loads in the building and the number of cogeneration modules.

The following paragraphs provide some guidelines for designing the hot water system to use the recovered heat. However, these are only guidelines – the installation contractor and/or designer have responsibility for properly designing and installing the system and complying with all applicable codes and standards.

Properly designing a hot water system to maximize the energy savings of a cogeneration system requires the following steps:

- **Identify all the hot water thermal loads within the facility.** These loads could include DHW, comfort space heating, laundry, pool and spa heating, and absorption cooling. In some cases, it may be economical to consider converting existing electric loads into loads that can use hot water. For example, electric baseboard heating could be converted into a forced hot water space heating system. Note: the module can supply hot water for a steam space heating boiler systems only if the steam is converted to hot water before it is distributed in the facility.

- **Determine how much energy each thermal load presently needs.** This will most likely require an engineering model or calculations and should be calculated on a monthly basis.

- **Optimize the number of cogeneration modules.** The most cost effective system is usually one that maximizes and optimizes the use of the recovered thermal energy from the cogeneration module(s) to the thermal load in the facility. To fully understand the economics of each design, savings should be calculated using actual electric and fossil fuel rates.

- **Determine if additional hot water storage is needed.** For applications where there are short periods of time when large amounts of hot water are needed, it may be appropriate to add additional hot water storage capacity. The additional storage will help maximize the use of the recovered heat from the cogeneration module.

- **Determine if a dump heat exchanger (radiator) is needed.** A dump radiator is normally used to reject the module's recovered heat. This allows the module to continue running during periods of light thermal loads. It may be important to have the module running during these periods in applications where facilities are charged high electric demand rates. If the facility does not have high demand rates, the module could be designed to only run when there is a call for thermal energy and a dump radiator may not be needed.

000814



## 2.8  MODULE PLUMBING

Returning water from the thermal load(s) enters the module at the cogenerator return (CR). The water is passed through a strainer to remove any debris from the loop. It then goes through a three-way thermostatic mixing valve and passes through a pump located at the inlet to the module. Once the water passes through the pump, it gets heated by four high efficiency heat exchangers located in the cogeneration module: oil cooler, engine jacket, marine type exhaust gas manifolds, and exhaust gas heat exchangers. After exiting the cogeneration module, the heated cogenerator supply (CS) water gets piped to the appropriate facility thermal loads.

Typically, water enters the cogeneration module at 160° F - 180° F and exits at 230° F. If the returning water temperature is 160° F or less, the thermostatically controlled three-way valve mixes a portion of the heated water with the returning water to raise the CR water temperature. If the return water is greater than 190° F, the Intelisys system will shut down the cogeneration module.

The water loop should have a pressure of 15 – 20 psi. A city water make-up line is needed to maintain pressure and provide make-up water if water is lost through service calls or leaks. A back-flow preventer and a pressure-reducing valve are also needed for the make-up water line.

The hot water exiting and entering the cogeneration module is in a pressurized closed loop system. The water is piped through heat exchangers rather than directly to the thermal loads in the facility. This prevents engine oxidation and water cross-contamination for DHW and pool heating applications.

If a module is installed outdoors, a glycol solution should be used for freeze protection. A glycol filler and pump system will be needed instead of the city make-up water line for these systems. For all other applications, the loop should consist only of water.

## 2.9  PRESSURE LIMITATIONS

Under typical operating conditions and a water flow rate of 22 gallons per minute, the module will have the pressure drop characteristics shown in Table 10. Pressure drops are shown for the module, the mixing valve, and remote exhaust heat exchanger.

### Table 10.  Module Pressure Drop Characteristics at 22 GPM

| Component | Pressure Drop |
|---|---|
| Module | 16.5 psi |
| Mixing Valve | 4.5 psi |
| Total | 21.0 psi |

To protect the unit from excessive pressure, the cogeneration module uses an internal overpressure switch set for 55 psi (maximum allowable module pressure). In addition, a module pressure relief valve is provided that is rated at 60 psi. Both the switch and the relief valve are located at the cogeneration module supply.



### Table 11.  Typical Static Pressures

| Component | Static Pressure |
|---|---|
| City Water Make-up | 15 psi |
| Expansion Tank | 5 psi |
| At Pump Discharge | |
|   Module | 21 psi |
|   Remainder of Loop | 5 psi |
| Total | 46 psi |

## 2.10  EXPANSION TANK

Sizing and selecting an expansion tank is based on the volume of water, water temperature, and static pressure. Assuming operating pressure at the tank of 15 - 25 psi and water temperature of 50° F - 230° F, an expansion tank can be selected using the following procedure:

- Determine the total water volume of the cogeneration module(s).  Each module holds approximately 5 gallons of water.

- Determine the total volume of water in the piping loops using Table 12.

- Select a tank based on the total water volume (modules and piping).

### Table 12.  Water Volume Per Foot of Pipe

| Type | Diameter in Inches | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 0.50 | 0.75 | 1.00 | 1.25 | 1.50 | 2.00 | 2.50 | 3.00 |
| Steel | 0.016 | 0.028 | 0.045 | 0.078 | 0.105 | 0.172 | 0.250 | 0.385 |
| Copper | 0.012 | 0.025 | 0.043 | 0.065 | 0.092 | 0.161 | 0.250 | 0.357 |

## 2.11  PIPING MULTIPLE MODULES

When an installation has more than one cogeneration module, piping should be arranged in a parallel primary/secondary configuration. In a primary/secondary loop configuration, the main piping loop (primary) feeds one or more module loops (secondary). This configuration provides each module with return water at the same temperature. In a series configuration, the last module in the series would receive return water at a high temperature potentially causing it to overheat and shut down.

Piping design guidelines for installing multiple units are presented below:

- Use a single make-up water supply line and include a backflow preventer, a pressure-reducing valve, and an expansion tank.  All the water associated with the cogeneration modules and the primary/secondary piping should be factored into sizing the tank.

- Use a separate pump in each secondary loop.  The pump should be sized for the flow and pressure drop of the secondary loop.

000816


CONFIDENTIAL
ATTORNEYS ONLY

▩ Make sure the pressure drop between the common supply and return piping of each secondary loop is less than the pressure drop of the secondary loop when the secondary pump is shut off. This can be accomplished by making the distance between the common secondary supply and return piping tees less than four pipe diameters.

▩ Install the secondary loop pump at the beginning or supply side of the secondary loop. This will increase the pressure from the primary loop enough to overcome the pressure drop of the secondary loop.

▩ Install balancing valves on each secondary loop supply and on the primary loop supply line.

▩ Size the pipe on the primary loop to decrease in diameter after each secondary loop. On the return piping, the pipe size should increase after each secondary loop.

**Figure 14. Piping of Schematic of Multiple Modules**



## 2.12   HEAT EXCHANGER

In a typical installation, a heat exchanger is installed between each thermal load in the building and the cogeneration module(s). There are several reasons for this design. First, the water going through the module needs to be in a closed loop and pressurized to prevent engine oxidation and water boiling. Second, isolating the module water from the thermal load water prevents any potential for the water load to be contaminated, especially if the load is DHW or a pool.

000517



Sizing the heat exchanger is dependent on the building and its thermal loads. The following are general guidelines that can be used:

- The water temperature entering the cogeneration module should be 160 °F to 180 °F. Water temperature below 160 °F, could damage the engine – this is prevented by a mixing valve located in the pump and valve module. Temperature above 180 °F, could overheat the engine. The heat exchanger and dump radiator need to be sized to keep the water between 160 °F to 180 °F.

- Select a heat exchanger that minimizes the pressure drop. This will prevent overloading the pump.

- Use different types and materials for different heat exchanger applications.

## 2.13   CONTROL OF MULTIPLE MODULES

The Intelisys controller is designed for network applications. Using a load sharing line and CANBUS communications to link controllers, multiple modules can be started and stopped based on the electrical load. Each module can automatically de-rate its power output based on any one of several temperatures in the module or building loops. (Each cogeneration module can be programmed to de-rate based on a different temperature and on a different slope which is derived from a starting temperature, ending temperature, and de-rating percentage.)

In a network application, prevention of exported power can be accomplished in two ways. The first uses the Beckwith protection relay and Function 32, Directional Power. The protection relay, through voltage taps and current transformers, senses magnitude and direction of power flow. When the power level reaches the programmed trip points for magnitude and direction, the cogenerators are unloaded and shut down.

The second method is to incorporate a bus (mains) load-sharing module in the system design. The bus is then seen as a cogenerator in the load sharing network and its contribution is factored into the load sharing equation to determine which modules should be on line.

Since each application is unique, consult AEGENCO™ Engineering for more information and application assistance.

000718


CONFIDENTIAL
ATTORNEYS ONLY

## 3.0   MAINTENANCE

The cogeneration module preventive maintenance schedule is presented below. Service and maintenance should only be done by authorized and qualified personnel.

### Table 13.  Preventive Maintenance Guidelines

| MAINTENANCE ACTION | SERVICE INTERVAL (HOURS) | | |
| --- | --- | --- | --- |
| | 750 | 2,250 | 4,500 |
| Oil Change | X | | |
| Replace Oil Filter | X | | |
| Replace Air Filter | X | | |
| Inspect Battery | X | | |
| Check Coolant | X | | |
| Clean Air Louvers | X | | |
| Check Timing and Carburetor Adjustment | X | | |
| Tighten Electric Interface Connections | X | | |
| Check Overspeed Board | X | | |
| Check/Replace PCV Valve | X | X | |
| Replace Spark Plugs | | X | |
| Check Ignition System | | X | |
| Check Exhaust Heat Exchanger Drain Traps | X | | |
| Grease Generator Bearings | X | | |
| Check Connections at Generator Box | | X | |
| Replace Coolant | | | X |
| Check Vibration Mounts | | | X |

000219

# APPENDIX I - MECHANICAL DRAWINGS



000×20



Drawing 1.  AEGEN TP-75 Plan View



000521

CONFIDENTIAL
ATTORNEYS ONLY

Drawing 2.  AEGEN TP-75 Elevation - Front



| | TITLE | |
| | AEGEN TP-75 ELEVATION—FRONT | |
| | AEGENCO | |
| | 2085 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 | |
| DRAWN BY   G.A. | SIZE ANSI A | FSCM NO. | DWG NO. | REV |
| | SCALE | | SHEET | |

000822



Drawing 3.  AEGEN TP-75 Elevation – Driver Side, Enclosure Off

000823

CONFIDENTIAL
ATTORNEYS ONLY

Drawing 4.  AEGEN TP-75 Elevation – Passenger Side, Enclosure Off



000524


CONFIDENTIAL
ATTORNEYS ONLY

Drawing 5.  Service Clearance Plan View



NOTES:

1.   APPROXIMATE WEIGHT: 3050 LBS.   THE MODULE BASE HAS HOLES
     FOR FORKLIFT ACCESS.

2.   ALLOW CLEARANCE SHOWN FOR ROUTINE MAINTAINANCE.
     ONE OF THE THREE SHADED AREAS, SHOULD ALSO BE
     LEFT CLEAR FOR ENGINE REPLACEMENT.

TITLE
AEGEN TP-75 SERVICE CLEARANCE PLAN VIEW

AEGENCO
2085 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089

FSCM NO.         DWG NO.

SIZE   ANSI   A

SCALE                           SHEET

DRAWN BY   J.N.R.

REV

000825



Drawing 6. External Enclosure Ventilation Fan

NOTES:
1. ROOM TEMPERATURE MUST NOT EXCEED 100 F. AEGEN MODULE HEAT REJECTION TO AMBIENT SPACE IS APPROXIMATELY 28,000 BTU/HR. ENCLOSURE VENTILATION TO OUTSIDE IS RECOMMENDED.
2. CONTRACTOR SUPPLIES ALL DUCTWORK COMPONENTS RATED FOR 200F.
3. LEAKPROOF FLASHING NEEDED FOR ROOF OR WALL PENETRATIONS.
4. INSTALLATIONS WITH MULTIPLE MODULES CAN SHARE OUTLET VENTILATION DUCT.
5. CONTROL OF INDUCED DRAFT FAN BY FIELD INSTALLED RELAY.

7" DIA. 26 GAUGE

AEGEN TP-75

10" DIA. 26 GAUGE

DAMPERS FOR WINTER HEATING AND SUMMER COOLING OF SPACE IF NECESSARY.

EXTERNAL FAN SPECIFICATIONS:
800 CFM @ 1" W.C.
STATIC PRESSURE DROP

VENT TO OUTDOORS

| TITLE | | |
|---|---|---|
| AEGEN TP-75 EXTERNAL ENCLOSURE VENTILATION FAN | | |
| AEGENCO | | |
| 2085 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 | | |

| SIZE ANSI A | FSCM NO. | DWG. NO. | REV 1 |
|---|---|---|---|
| SCALE | | | SHEET |

DRAWN BY    J.N.R.

DRAWN BY:    MAY 26, 2005

000226

CONFIDENTIAL
ATTORNEYS EYES



Drawing 7.  AEGEN TP-75 LE Heat Recovery Piping



000827



Drawing 8.  Exhaust Piping



CONFIDENTIAL
ATTORNEYS ?

Drawing 9. AEGEN With Pump Module and Muffler, Elevation-Passenger Side





Drawing 10.  AEGEN With Pump Module Frame and Muffler, Elevation-Front



CONFIDENTIAL
ATTORNEYS ONLY

Drawing 11.  AEGEN With Pump Module, Elevation-Front



| TITLE | | |
|---|---|---|
| AEGEN WITH PUMP MODULE, ELEVATION – FRONT | | |
| AEGENCO 2085 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 | | |
| DRAWN BY G.A., D.F. | SIZE ANSI A | FSCM NO. | DWG NO. | REV |
| | SCALE | | SHEET | |

000831



# APPENDIX II - ELECTRICAL DRAWINGS



Drawing 12. Electric Switchgear Interconnection

**NOTES:**

1. INSTALLATION SHOULD COMPLY WITH NEC AND APPLICABLE LOCAL CODES AND REGULATIONS. ELECTRIC UTILITY REQUIRES APPROVAL BEFORE PARALLEL GENERATION.

2. AN EXTERNAL CIRCUIT BREAKER OR FUSED DISCONNECT IS REQUIRED FOR EACH AEGEN COGENERATION MODULE. THE CIRCUIT BREAKER OR FUSED DISCONNECT MAY BE INSTALLED INTO EXISTING DISTRIBUTION PANEL, BUS DUCT, OR MOTOR CONTROL CENTER (CB1 OR FD1). IF SPACE IS AVAILABLE, OR IF SPACE IS NOT AVAILABLE, IN A SEPARATE PANEL (CB2 OR FD2).

| THERMO POWER-75 SYSTEM VOLTAGE | AMPS x 1.25 | TAP SIZE MCM | GND SIZE AWG | CONDUIT DIA IN INCHES | FUSE SIZE |
|---|---|---|---|---|---|
| 208V | 280 | 350 | | | |
| | 300 | 400 (or 2 2/0) | 3 | 1-1/2 | 350 |
| 480V | 112 | 140 | 1/0 | 6 | 150 |

① RCL PF = 0.85 @ 75 KW
② FOR CONTINUOUS DUTY WIRE SIZING
③ CURRENT LIMITING 200,000 AMP INTERRUPT CAPACITY
④ USE EQUIPMENT WITH LUGS RATED FOR 75 DEG C.

**TITLE**

AEGEN TP-75 ELECTRICAL SWITCHGEAR INTERCONNECTION

AEGENCO
2085 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089

| SIZE ANSI A | FSCM NO. | DWG NO. | | REV 1 |
|---|---|---|---|---|
| SCALE | | SHEET | | |

DRAWN BY    J.N.R.

DATE:    MAY 26, 2005

EXISTING MAIN DISTRIBUTION PANEL

ALLEN-BRADLEY 350 AMP CIRCUIT BREAKER

FD-1

FD-2

CB-1

EXISTING SUB-PANEL

CB-2

UTILITY LINE

UTILITY METER

AEGEN TP-75
75 KW, 208V
3 PHASE GENERATOR

OVERLOAD RELAY

CONTACTOR

000833



Drawing 13.  Three Phase Power and Instrumentation Wiring



CONFIDENTIAL
ATTORNEYS

Drawing 14.  AC Control Circuit



000835

Drawing 15. AC/DC Control Circuit



000336

CONFIDENTIAL
ATTORNEYS ONLY

Drawing 16.  DC Inputs and Outputs (iS-CU)



CONFIDENTIAL
ATTORNEYS ONLY

Drawing 17.  DC Inputs and Outputs (iS-CU) #2



000838



Drawing 18.  Analog Inputs – Generator Sensors



CONFIDENTIAL
ATTORNEYS ONLY

Drawing 19.  Analog Inputs – Building Sensors



000840

Drawing 20.  Analog Output


CONFIDENTIAL
ATTORNEYS ONLY





Drawing 21.  Analog Output, Terminal Strip Assembly Details, Speed Prox Switch Wiring, Canbus Communications



CONFIDENTIAL
ATTORNEYS ONLY

Drawing 22.  Dump Radiator Variable Speed Drive Control



000844

# TECOGEN®

Exhibit B

# CM-60/CM-75

## Cogeneration Module

EXHIBIT 2

JAS 7/27/07





Compliant with the AGA Standard
for Gas-Fired Engine Driven
Cogeneration Appliances (2-89).

**IEEE P1547/D07**
Compliant

**California Rule 21**
Certified

**NYSIR**
Type Tested
& Approved

# Installation Manual
## February 2005

# TECOGEN, Inc.

# Directory

**1** *Module Specifications*

**2** *Installation*

**3** *Maintenance*

**A1** *Emission Control System Option*

**A2** *Power Factor Correction*

**A3** *Integrated Unit*

## Foreword

*This manual contains component specifications, installation guidelines, and drawings for the TECOGEN® gas engine-driven cogeneration system. The objective is to assist a third-party design engineer, performance contractor, or mechanical contractor with the application and installation of the module. For further assistance, please contact your local TECOGEN® sales representative or Tecogen, Inc.*

### Disclaimer

Neither Tecogen, nor any person acting on its behalf: (a) makes any warranty or representation, express or implied, with respect to the accuracy, completeness, or usefulness of the information contained in this manual or that the use of any information, apparatus, method, or process disclosed in this manual may not infringe privately owned rights; or (b) assumes any liabilities with respect to the use of, or for damage resulting from the use of, any information, apparatus, method, or process disclosed in this manual. Information is subject to change without notice.

# *Table of Contents*

1. Module Specifications................................................................6
    1.1  Engine .......................................................................7
    1.2  Generator .................................................................8
    1.3  Electrical Switchgear ...............................................11
    1.4  Control System .......................................................15
        1.4.1 Control Modes ................................................15
        1.4.2 Display Keypad.................................................15
        1.4.3 Safeties..........................................................15
        1.4.4 Customer Interface Connections .....................16
        1.4.5 Optional Control Features ...............................17
        1.4.6 RMCS (Remote Monitoring and Control System)..............18
        1.4.7 Communications Protocol/Modbus Networking................18
    1.5  Utility Interface.......................................................19
        1.5.1 Interconnect Compliance..................................19
        1.5.2 Power Factor Correction..................................19

2. Installation.........................................................................20
    2.1  Unit Delivery & Placement.......................................20
    2.2  Ventilation...............................................................20
    2.3  Electrical Connections .............................................21
    2.4  Fuel Supply Piping....................................................21
    2.5  Exhaust Piping.........................................................22
    2.6  External Water Piping For Heat Recovery...................22
        2.6.1 Design Strategy ...............................................22
        2.6.2 Basic Module Plumbing.....................................23
        2.6.3 Pressure Drop and Static Pressure Limitation...................24
        2.6.4 Expansion Tank Sizing......................................24
        2.6.5 Piping of Multiple TECOGEN® Units ................24
        2.6.6 Control Scheme of Multiple TECOGEN® Units...................27
        2.6.7 Interfacing With The Building Heating Load ....................27
            2.6.7a Load Heat Exchanger Sizing.................................27
            2.6.7b Piping Alternatives to Load Heat Exchanger.........28
            2.6.7c Single Load—Elements of Design.........................29
            2.6.7d Multiple Load Systems .........................................30

*Installation Drawings*

Drawing 1a-e  CM-60/CM-75 Installation Drawing *(Standard Unit)* ............37
Drawing 2      CM-60/CM-75 Ventilation ..................................................42
Drawing 3      CM-60/CM-75 Customer Power Connection .....................43
Drawing 4a     CM-60/CM-75 AC Control & Power Wiring Schematic......44

*Installation Drawings (Continued)*

Drawing 4b    CM-60/CM-75 Customer Control Interface Connections ... 45
Drawing 5     CM-60/CM-75 Utility Interface and Protection Schematic . 46
Drawing 6     CM-60/CM-75 Natural Gas Piping ..................................... 47
Drawing 7     CM-60/CM-75 Exhaust System Piping *(Standard Unit)* ....... 48
Drawing 8     CM-60/CM-75 Heat Recovery Piping *(Standard Unit)*.......... 49

3. Maintenance ....................................................................................... 50

Appendix 1   Emission Control System Option ......................................... 51

A1.1   General Description ..................................................................... 51
A1.2   Catalytic Converter ..................................................................... 52
A1.3   Remote Exhaust Heat Recovery Heat Exchanger........................ 53
A1.4   Exhaust Silencer.......................................................................... 55
A1.5   Exhaust Expansion Joints............................................................ 56

*Emission Control System Option*
Drawing A1.1a-e CM-60/CM-75 Installation Drawing ............................. 57
Drawing A1.2    CM-60/CM-75 Exhaust System Piping......................... 62
Drawing A1.3    CM-60/CM-75 Heat Recovery Piping........................... 63

Appendix 2   Power Factor Correction......................................................... 64

Drawing A2.1    Power Factor Correction Wiring ..................................... 65

Appendix 3   Integrated Unit ...................................................................... 70

A3.1   Heat Recovery Piping .................................................................. 70
A3.2   Exhaust System Piping................................................................. 70
A3.3   Power Factor Correction System.................................................. 70

*Integrated Unit Option*
Drawing A3.1    Piping Schematic........................................................... 71
Drawing A3.2a-c Installation Drawing ...................................................... 72
Drawing A3.3    Exhaust System Piping .................................................. 75
Drawing A3.4    Utility Interface and Protection Schematic  ................. 76
Drawing A3.5    Power Factor Correction Schematic ............................. 77

# 1  Module Specifications

## 1.  Module Specifications

The TECOGEN® is a packaged, indoor, cogeneration module that produces both electricity and hot water. It is available at power outputs of 60 kW and 75 kW. The general specifications are presented below.

The TECOGEN® is available with an emissions control option. Detailed specifications on this option are presented in Appendix 1.

The following sections identify the specifications of the primary components of the TECOGEN®.

### TECOGEN® Cogeneration Module General Specifications

| Model | CM-60 Standard | CM-60 Low Emissions[1] | CM-75 Standard | CM-75 Low Emissions[1] |
|---|---|---|---|---|
| Electrical Output (kW) | 60 kW | | 75 kW | |
| Thermal Output (Btu/hr) | 440,000 | 458,000 | 490,000 | 511,000 |
|   Engine Jacket/Exhaust Manifolds | | 301,000 | | 336,000 |
|   Remote Exhaust Gas Heat Exchanger | | 157,000 | | 175,000 |
| Gas Input | 760 scfh | 782 scfh | 900 scfh | 927 scfh |
| Overall Efficiency | | | | |
|   @LHV of 905 Btu/scf | 93.8% | 93.6% | 91.6% | 91.4% |
|   @HHV of 1020 Btu/scf | 83.2% | 83.1% | 81.3% | 81.1% |
| Required Gas Pressure *(when operating at full load)* | 10-28" wc | 10-28" wc | 10-28" wc | 10-28" wc |
| Design Hot Water Flow | 22 gpm  *(24 gpm max)* | | | |
| Maximum Leaving Water Temperature | 230 °F | | | |
| Maximum Entering Water Temperature | 180 °F | | | |
| Electrical Service | 208V/230V/460 V, 3 PH, 3 – wire | | | |
| Acoustic Level | 70 dBa @ 20' | | | |
| Dimensions | 7' 2" L x 3' 8" W x 3' 10"H | | | |
| Weight | 3000 lb | | | |

### Safety Compliance

***ETL Listed***—Labeled for compliance with the AGA Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89).

***IPX4 Certified***—Control and switchgear enclosures have been certified to IPX4 in accordance with IEC 60529. IPX denotes ingress protection against water.  IPX4 rating indicates that the enclosures are protected against water splashed from any direction and water sprayed at an angle up to 60° on either side of the vertical.

### Interconnection Compliance

***IEEE P1547/D07***— Certified by Intertek Testing Services to be in compliance with this Draft Standard for Interconnecting Distributed Resources with Electric Power Systems.  See Section 1.5.1 for further information.

*California Rule 21*— Certified to meet the Type Testing and Production Testing requirements of California Rule 21. Also certified as Non-Islanding.

*NYSIR*—Accepted as Type Tested and Approved Equipment by the New York State Public Service Commission Standard Interconnect Requirements.

*Notes*
*1. The Emission Control Option is available to meet air quality standards as stringent as Southern California's. Refer to Appendix 1*
*2. Above performance data is valid up to 100 °F ambient temperature.*
*3. All specifications are +/- 5% and are subject to change without notice.*

# Module Specifications 1

## 1.1 Engine

The TECOGEN® is equipped with one (1) TecoDrive 7400 engine. Table 1.2 presents the detailed engine specifications. The following sections describe the subsystems of the engine.

### 1.1.1 Fuel and Exhaust System

The TECOGEN® natural gas fuel system includes a manual shut-off valve, two(2) electric solenoid shut-off valves for redundant safety, a gas regulator, a carburetor, and a throttle body assembly. For units equipped with emission controls, the engine fuel components are slightly different (refer to Appendix 1).

It is the responsibility of the installing contractor to design and construct a low pressure gas supply line to the TECOGEN®. Tecogen provides recommendations and guidelines in Section 3.4.

The combustion air inlet for the engine is equipped with an air filter. The pressurized gas is mixed with the naturally aspirated – filtered air within the carburetor. The TECOGEN® precisely controls the engine throttle to modulate the fuel/air flow to the engine cylinders. On standard units, the exhaust from the cylinders is first directed through two water-cooled manifolds, and then

through the exhaust gas heat recovery heat exchangers to a common outlet pipe. It is the responsibility of the installing contractor to design and construct an exhaust system from the TECOGEN® unit to the outside. Tecogen provides recommendations and guidelines in Section 2.5.

On units equipped with emission controls, once the exhaust leaves the water-cooled manifolds, it is joined together to a common outlet pipe. The heat recovery for the exhaust must be done remotely after the exhaust is treated through a catalytic converter. The catalytic converter is a factory-supplied component that must be field-installed. The remote exhaust gas heat recovery heat exchanger may also be factory-supplied (or obtained by others), and must be field-installed. Again, it is the responsibility of the installing contractor to design and construct an exhaust system using the recommendations and guidelines provided in Section 2.4.

The engine is also equipped with a Positive Crankcase Ventilation system that removes corrosive gases from the engine crankcase and directs them back into the intake manifold to be burned along with the regular fuel charge.

**Table 1.2   Engine Specifications**

| Model | CM-60 | CM-75 |
|---|---|---|
| Type | Spark Ignition, Gaseous Fueled | |
| Manufacturer | GM, Configuration by Tecogen | |
| Model | TecoDrive 7400 | |
| Nominal Rated RPM | 1820 | |
| BHP at Rated RPM | 85 | 108 |
| Aspiration | Natural | |
| Configuration | V-8  (90°) | |
| Displacement | 454 Cu. Inches | |
| Bore and Stroke (Inches) | 4.251 x 4.00 | |
| Compression Ratio | 9.2 to 1 | |
| Weight | 1100 lbs | |
| Ignition System | Electronic | |
| Firing Order | 1-8-4-3-6-5-7-2 | |
| Air/Fuel Mixture (Std) | 2% Oxygen[1] | |
| Lubrication System | | |
| - Type | Full Pressure, Full Flow, Cooled by Engine Coolant | |
| - Oil Type | ExxonMobil XD-3 SAE 30 (Consult Factory For Substitutes)[2] | |
| - Oil Capacity | 32 quarts | |
| Cooling System | | |
| - Type | Direct Jacket Cooling, Closed Loop | |
| - Expansion Tank | Precharged Bladder Type , Externally Mounted (provided by others) | |
| - Cooling Fluid | Water or Propylene Glycol Mixture (Where Required for Freeze Protection) | |
| Starting System | | |
| - Type | 12 Volts DC | |
| - Battery | Delco Freedom II 87a-60 or Equivalent rated to 485 Cold Cranking Amps | |
| - Starter | Delco Automotive Special Heavy Duty | |
| - Battery Charger | | |
| * Type | Electronic - Constant Voltage Supply | |
| * Rating | 3.5 Amp DC | |

*Notes:*
*1. Engines equipped with emission control option will operate at approximately 0.5% Oxygen.*
*2. Engines equipped with emission control option use a low ash oil: ExxonMobil Busguard GEO 15W-40.*

# 1  Module Specifications

### 1.1.2  Lubrication System

The lubrication system for the engine includes an internal engine-driven oil pump, an oil pressure regulator, an oil filter, and an oil cooler that rejects heat to the engine coolant. The engine oil pan is enlarged to 32 quarts to lengthen the interval between oil changes to 750 hours.

### 1.1.3  Engine Heat Recovery

The engine rejects waste heat to the coolant system from the engine block and exhaust manifolds. This waste heat is recovered and used by the customer for domestic hot water heating or other process load. It is the responsibility of the installing contractor to provide the customer's load heat exchanger, as well as the design of the piping to and from the cogeneration module. However, Tecogen provides recommendations and guidelines for designing the heat recovery system in Section 2.6.

The coolant system is a pressurized, closed-loop, direct jacket cooling circuit that cools the engine jacket, exhaust manifolds, and engine oil cooler. The coolant fluid is water.

It is the responsibility of the installing contractor to provide one city-water make-up line, regulated to 12 - 15 psig, with a pre-charged bladder-type expansion tank to maintain the coolant system pressure.

### 1.2  Generator

The generator is an 3-phase wye induction generator with two-bearing construction and a drip-proof frame. The windings are all copper and the shaft material is hot rolled steel. The insulation is Class 4 (four dips & bakes of non-hygroscopic varnish with an epoxy overcoat). The bearings are regreasable, double-shielded ball bearings.

The generator is much like the very common squirrel cage motor and requires no excitation system when connected to the utility lines, hence there are no brushes or collector rings. The engine drives the generator slightly above the synchronous speed set by the number of poles and the utility line frequency (1800 rpm in this case), at which point the generator begins to absorb engine power and deliver electricity.

The same generator model is used in both the CM-60 and CM-75. The technical specifications at 60 kW are presented in Table 1.2a and the technical specifications at 75 kW are presented in Figure 1.2b.

The Maximum Available Fault Current is not presented in the generator manufacturer's specification sheets (Figures 1.2a & 1.2 b). Since this question is frequently asked, these values have been determined from calculations and presented below.

| Maximum Available Fault Current [A] | | |
|---|---|---|
| | CM-60 | CM-75 |
| 208 V | 1327 A | 1600 A |
| 230 V | 1185 A | 1448 A |
| 460 V | 593 A | 724 A |

# Module Specifications

**1**

Table 1.2a    Generator Specifications CM-60



### Prepared for Tecogen Company
### Typical Characteristics for 75 kW Generators operated at 60 kW
### (REF: 404STSDS6053, 404TSTDS6048)

| No. | Description | Unit | 208V | 230V | 460V |
|-----|-------------|------|------|------|------|
| 1 | Winding T-404466 | --- | | | |
| 2 | Type: Induction Generator | | | | |
| 3 | Connection | --- | WYE | WYE | WYE |
| 4 | Frame: 404T | --- | | | |
| 5 | Insulation: H | --- | H | H | H |
| 6 | Temperature Rise①: 80 | °C | 80C | 80C | 80C |
| 7 | Rotor Inertia | LB-FT | 20.5 | 20.5 | 20.5 |
| 8 | Rated Voltage | V | 208 | 230 | 460 |
| 9 | Rated Frequency: 60 | Hz | 60 | 60 | 60 |
| 10 | Rated Current | AMP | 200 | 181 | 92 |
| 11 | Rated Speed | RPM | 1820 | 1820 | 1820 |
| 12 | Power Factor | % | 82 | 82 | 82 |
| 13 | Efficiency | % | 94.5 | 94.5 | 94.5 |
| 14 | Synchronous Speed | RPM | 1800 | 1800 | 1800 |
| 15 | Locked Rotor Current | AMP | 1438 | 1300 | 650 |
| 16 | Locked Rotor Torque | LB-FT | 349 | 349 | 349 |
| 17 | Breakaway Power | kVAR | 300 | 300 | 300 |
| 18 | Breakaway Speed | RPM | 1910 | 1910 | 1910 |
| 19 | No Load Current | AMP | 77.4 | 70 | 35 |
| 20 | No Load VARs | | 26 | 26 | 26 |
| 21 | Rated Load VARs | | 43 | 43 | 43 |
| 22 | Stator Resistance | OHMS | .0216 | .0216 | .0216 |
| 23 | Stator Reactance | pu | .128 | .128 | .128 |
| 24 | Magnetizing Reactance | pu | 2.85 | 2.85 | 2.85 |
| 25 | Rotor Resistance | OHMS | .0122 | .0122 | .0122 |
| 26 | Rotor Reactance | pu | .125 | .125 | .125 |
| 27 | Reference Impedance | OHMS | 2.848 | 2.848 | 2.848 |
| 28 | Open Circuit AC Time C | SEC | .765 | .765 | .765 |
| 29 | Short Circuit AC Time C | SEC | .029 | .0029 | .029 |
| 30 | Transient Reactance ② | pu | .22 | .23 | .23 |
| 31 | Subtransient Reactance ② | pu | .153 | .155 | .155 |

① 50°C ambient and less than 1000 meters above sea level
② Not an industry referenced standard

# 1  Module Specifications

Table 1.2b  Generator Specifications CM-75



**Prepared for Tecogen Company**
**Typical Characteristics for 75 kW Generators**
**(REF:404TSTDS6053, 404TSTDS6048)**

| No. | Description | Unit | 208V | 230V | 460V |
|---|---|---|---|---|---|
| 1 | Winding T-404452 | --- | | | |
| 2 | Type: Induction Generator | --- | | | |
| 3 | Connection | --- | WYE | WYE | WYE |
| 4 | Frame: 404T | --- | | | |
| 5 | Insulation: H | --- | H | H | H |
| 6 | Temperature Rise ①: 80 | °C | 80C | 80C | 80C |
| 7 | Rotor Inertia: | LB-FT | 19 | 19 | 19 |
| 8 | Rated Voltage | V | 208 | 230 | 460 |
| 9 | Rated Frequency: 60 | Hz | 60 | 60 | 60 |
| 10 | Rated Current | AMP | 245 | 224 | 112 |
| 11 | Rated Speed | RPM | 1820 | 1820 | 1820 |
| 12 | Power Factor | % | 85 | 85 | 85 |
| 13 | Efficiency | % | 93 | 93 | 93 |
| 14 | Synchronous Speed | RPM | 1800 | 1800 | 1800 |
| 15 | Locked Rotor Current | AMP | 1393 | 1260 | 630 |
| 16 | Locked Rotor Torque | LB-FT | 495 | 495 | 495 |
| 17 | Breakaway Power | kVAR | 300 | 300 | 300 |
| 18 | Breakaway Speed | RPM | 1910 | 1910 | 1910 |
| 19 | No Load Current | AMP | 69.7 | 63 | 31.5 |
| 20 | No Load VARs | | 25 | 25 | 25 |
| 21 | Rated Load VARs | | 48 | 48 | 48 |
| 22 | Stator Resistance | pu | .0216 | .0216 | .0216 |
| 23 | Stator Reactance | pu | .128 | .128 | .128 |
| 24 | Magnetizing Reactance | pu | 3.313 | 3.313 | 3.313 |
| 25 | Rotor Resistance | pu | .0122 | .0122 | .0122 |
| 26 | Rotor Reactance | pu | .125 | .125 | .125 |
| 27 | Reference Impedance | OHMS | 2.848 | 2.848 | 2.848 |
| 28 | Open Circuit AC Time C | SEC | .780 | .780 | .780 |
| 29 | Short Circuit AC Time C | SEC | .033 | .033 | .033 |
| 30 | Transient Reactance ② | pu | .23 | .24 | .24 |
| 31 | Subtransient Reactance ② | pu | .153 | .153 | .153 |

① *50°C ambient and less than 1000 meters above sea level*
② *Not an industry referenced standard*

# Module Specifications  1

## 1.3 Electrical Switchgear

The specifications for the components of the electrical switchgear are as follows:

### Contactor *(1 per unit)*

| Contactor | | |
|---|---|---|
| | CM-60 & CM-75 | |
| | 208/230 Volt | 460 Volt |
| Manufacturer | Sprecher and Schuh | |
| Model Number | CA6420-E1 | CA6-140 |
| Maximum Voltage | 600 VAC | 600 VAC |
| Amperage Rating | 420 A continuous | 220 A continuous |
| Available Fault Current | 18,000 A | 10,000 A |

### Overload Relay *(1 per unit)*

| Overload Relay | | | | |
|---|---|---|---|---|
| | 208/230 Volt | | 480 Volt | |
| | CM-60 | CM-75 | CM-60 | CM-75 |
| Manufacturer | Sprecher & Schuh | | | |
| Model Number | CEF1-41 | | CT6-150 or CEP7-M180-10 | |
| Setting | 240A | 300A | 105A | 130 A |
| Adjustment Range | 160-400 A | | 100-150 A *(CT6)* 57-180 A *(CEP7)* | |
| CT Time/Current | *See Figures Below* | | | |

**208/230 Volt Overload Relay
CT Time/Current Curve CEF1-41**



**460 Volt Overload Relay
CT Time/Current Curve CT6-150 or CEP7-M180-10**



# 1 Module Specifications

### Circuit Breaker *(1 per unit)*

|  | 208 Volt | | 230 Volt | | 460 Volt |
|---|---|---|---|---|---|
|  | CM-60 | CM-75 | CM-60 | CM-75 | CM-60 & CM-75 |
| Manufacturer | General Electric | | | | |
| Model Number | TJD432-250 | TJD432-350 | TJD432-250 | TJD432-300 | TEC36150 |
| Voltage | 240 V | | | | 460 V |
| Amperage Rating | 250 A | 350 A | 250 A | 300 A | 150 A |
| AIC | 22,000 A | | | | 10,000 A |
| Time/Current Curves | See Figure 1.1 | | | | See Figure 1.2 |
| Lockable | In "Off" position | | | | |

### Current Transformers *(2 per unit)*

|  | 208/230 V | 460 V |
|---|---|---|
| Manufacturer | Magnetic Specialties | |
| Model Number | 3337 | 3251A |
| Rating | 250/0.5 A, 1.5 VA, 60 Hz | 100/0.5A, 2.5 VA, 60 Hz |

### Potential Transformers *(2 per unit)*

|  | 208/230 V | 460 V |
|---|---|---|
| Manufacturer | Magnetic Specialties | |
| Model Number | 3401 | |
| Rating | 480/5 VAC, 0.5 VA, 60 Hz | |

# Module Specifications    1

Figure 1.1  Circuit Breaker CM-60/CM-75, 208/230V



GES-6112A

Molded Case Circuit Breaker
J-600 Line
Type TJD (400 AMPS MAX.)
Long-time Delay and Instantaneous
Time-current Curves

**GES-6112A**

**Adjustments**

Long Time delay, thermal trip: not adjustable

Instantaneous magnetic trip: not adjustable

**GE Industrial Systems**

General Electric Company
41 Woodford Avenue, Plainville, CT 06062

**Current Ratings**
250, 300, 350 and 400 Amperes

**Voltage Ratings**
2- and 3-pole — 240 Volts Ac (250 Volts Dc)

**Frequency Ratings**
Dc or 50/60 Hertz

Curves show ambient-compensated circuit breaker in open air
16 50°C ambient, wired with conductors of corresponding rating,
no prior load. For all other ambients, use rating shift index at top
of sheet.

# 1 Module Specifications

Figure 1.2 Circuit Breaker CM-60/CM-75, 460V



CURRENT IN AMPERES

# Module Specifications    1

## 1.4 Control System

The TECOGEN® control system, *TecoNet ™* has a microprocessor based control system that provides precision PID control of the power output or hot water heat output. It has a pre-programmed operating scheme that monitors the power setpoint or the leaving water temperature and uses this feedback signal to modulate the throttle position of the engine.

The control system includes three cabinet enclosures, as illustrated in Figure 2.1.c; the control submodule, the electrical interface submodule; and the customer control interface box. The control submodule houses the microprocessor board, modem, and display keypad. The electrical interface submodule (also referred to as Switchgear Cabinet) includes the utility interface switchgear (circuit breaker and generator contactor), as well as monitoring devices and safety devices (current transformers, potential transformers, and overload relay). It also contains a 120VAC transformer, module control relays, engine safeties and battery charger. The customer control interface box simply contains a terminal strip for all customer connections.

The control system has a complete safety monitoring and shutdown system including a redundant engine overspeed safety device independent of the microprocessor. It also has a diagnostic mode that allows all output devices (i.e. pumps, solenoids, etc.) to be energized individually when the system is shutdown for the purpose of troubleshooting.

### 1.4.1 Control Modes

There are two basic control modes for the TECOGEN®; Hot Water Mode & Power Mode. Hot Water Mode matches the heat output of the unit with the building's hot water load. If the building is not calling for the heat, the unit unloads, thus also reducing electricity output. This determination is based upon the water temperature leaving the unit. In Power Mode, the controlled output is the kW of electricity. In this case, if the heat output can not be utilized by the building load, it is dumped to a radiator.

In both of these cases, the control setpoint can be manually entered from the control panel, scheduled via the control panel (Section 1.4.5) or adjusted by an analog signal from an Energy Management System (Section 1.4.4).

An alternative mode, Non-Export Mode, is a control algorithm designed to avoid exporting power, thus avoiding the installation of an expensive reverse power relay system. It requires an input signal from a building wattmeter. If this signal indicates that the import of power to the building is dropping to levels approaching zero, the unit will unload or shutdown. The cogeneration unit will unload, or shutdown, to ensure there is not reverse power flow out to the utility when the building's electric load has dropped off. The non-

export of power will take precedence over any setpoints in either Hot Water Mode or Power Mode.

The *TecoNet ™* also has extensive networking capabilities to fully integrate these control modes for multiple cogeneration units. Refer to Section 2.6.6 for "Lead/ Lag" control.

### 1.4.2 Display Keypad

The display keypad contains a 40-character alphanumeric display, start/stop keys, status lights, reset buttons, function keys, and an emergency stop pushbutton for operator interface.

Table 1.3 lists the functions available from the display keypad assembly.

**Table 1.3 Display Keypad Functions**

| |
|---|
| Read operating data |
| Read alarms and alarm history |
| Start cogeneration module |
| Stop cogeneration module |
| Change power setpoint |
| Adjust water temperature setpoint |
| Clear alarms |
| Clear prealarms |
| Schedule Start/Stop sequence |
| Schedule power setpoint |
| Calibrate measure line voltages |
| Calibrate measure line currents |
| Calibrate temperature thermistors |
| Calibrate Analog Card |
| Set date and time |

### 1.4.3 Safeties

The *TecoNet ™* is designed to provide safeties to protect the equipment, personnel, and the facility's EPS (Electric Power System) in the event of upset conditions. A list of the alarms is presented in Table 1.4.

There are three levels of alarms; Alarms, Prealarms, and Runback Prealarms. Alarms cause the system to shut down. Prealarms are warnings to the operator that the system is experiencing an abnormal condition that should be addressed. With a prealarm condition, the system still continues to operate within its limitations. Runback prealarms actually reduce the power output to help the system recover from a potential alarm condition. Once the parameter that caused the upset is in a safer operating range, the power automatically increases. Runback prealarms are meant to prevent the system form shutting down due to a transient problem. The unit is equipped with the optional feature of restarting after an alarm shutdown. This is activated by a dip-switch (S1-6 in "ON" position) on the Interface Board (control submodule). The unit will wait 5 minutes and then attempt to restart, assuming that the alarm condition is automatically reset. Each alarm has a quantity of resets available within a 1 hour period and these are listed in Table 1.4.

# 1 Module Specifications

Table 1.4 Alarm List

| | Alarm Name | Resets Allowed (within 1 hour period) |
|---|---|---|
| 1 | PHASE ANGLE ERROR | 3 |
| 2 | HIGH VOLTAGE | 3 |
| 3 | LOW VOLTAGE | 3 |
| 4 | HIGH FREQUENCY | 3 |
| 5 | LOW FREQUENCY | 3 |
| 6 | CURRENT IMBALANCE | 1 |
| 7 | LOGIC VOLTAGE FAULT | 1 |
| 8 | LOW ENCLOSURE TEMPERATURE | 2 |
| 9 | ESTOP/IGN PWR FAIL | 0 |
| 10 | HIGH WATER PRESSURE | 1 |
| 11 | LOW WATER PRESSURE | 1 |
| 12 | LOW OIL PRESSURE | 1 |
| 13 | LOW OIL LEVEL | 2 |
| 14 | CONTACTOR FAULT | 3 |
| 15 | ANALOG FAULT | 1 |
| 16 | CRANK FAILURE | 0 |
| 17 | STARTING FAILURE | 1 |
| 18 | HIGH CONNECT TIME | 2 |
| 19 | UNDERSPEED | 1 |
| 20 | OVERSPEED | 1 |
| 21 | LOW POWER | 1 |
| 22 | HIGH POWER | 1 |
| 23 | HIGH COOLDOWN TIME | 1 |
| 24 | LOW COOLANT TEMP | 2 |
| 25 | HIGH WATER TEMP | 2 |
| 26 | HIGH COOLANT TEMP | 2 |
| 27 | HIGH OIL TEMP | 2 |
| 28 | HIGH ENCLOSURE TEMP | 1 |
| 29 | LOW OIL TEMP | 2 |
| 30 | HI/LO CATALYST TEMP[1] | 1 |
| 31 | EMISSIONS FAULT[1] | 1 |
| 33 | OIL P SWITCH FAIL | 1 |
| 34 | HI INLET WATER TEMP | 1 |
| | **Prealarms** | |
| 31 | EMISSIONS FAULT[1] | N/A |
| 32 | CHECK_ENGINE[1] | N/A |
| 34 | HI INLET WATER TEMP | N/A |
| | **Runback Prealarms** | |
| 25 | HIGH WATER TEMP | N/A |
| 26 | HIGH COOLANT TEMP | N/A |
| 27 | HIGH OIL TEMP | N/A |
| 28 | HI ENCLOSURE TEMP | N/A |
| 30 | HI CATALYST TEMP[1] | N/A |

## 1.4.4 Customer Interface Connections

### Available Inputs

The customer has the option of providing the inputs that are listed below to the TECOGEN® control system. It is the responsibility of the installing contractor to provide the devices and wiring for these electrical connections. Details on the wiring of these inputs is presented in Figure 2.4c.

### Customer Start

The customer may input a contact switch that will close to initiate the start of the TECOGEN®and open to initiate the shutdown. This input is available on terminal strip TS5 inside the customer control interface box.

### Power Setpoint Input

The customer may input a 0-10 vDC signal to the control submodule so that the power output of the unit may be controlled by a remote energy management system. This input is available on the Interface Board—analog input connector J9.

As an alternative to the analog signal, there are also digital switching inputs available (EMS1 & EMS2) to control power. These are available on the Interface Board—digital input connector J7.

### Temperature Setpoint Input

The customer may input a 0-10 vDC signal to the control submodule so that the hot water temperature leaving the unit may be controlled by a remote energy management system. This input is available on the Interface Board—analog input connector J9.

### Temperature Sensing Thermistors

The customer may input up to eight auxiliary temperature sensing thermistors. These readings can be viewed on the control submodule display. It is necessary to obtain the thermistors from Tecogen. These temperature inputs are available on the Interface Board—analog input connectors J9 and J10.

### Counters

The customer may input a pulsing signal that will be totaled and viewed on the control submodule display. These are typically used for water flow meters and natural gas meters. They are available on the Interface Board-digital input connector J7.

### Customer Voltages

The customer may input up to six 0—10 vDC signals. These readings can be viewed on the control submodule display. Alternatively, the cogeneration unit's software may be customized to calculate a value from the voltage and display it. These voltages are available on the Interface Board-analog input connectors J9 and J10.

### Available Outputs

The customer has the option of utilizing the outputs that are listed below. It is the responsibility of the installing contractor to provide the devices and wiring for these electrical connections. Details on the wiring of these outputs is presented in Figure 2.4b

### Pump Start

An output is available to provide the signal to start the heat recovery water pump. The customer needs to supply 120VAC power to the customer control interface box terminal strip (TS5), as well as the control wires to energize the pump.

### External Ventilation Fan Start

An output is available to provide the signal to start an external ventilation fan if required. The customer needs to supply 120VAC power to the customer control interface box terminal strip (TS5), as well as the control wires to energize the fan.

### Radiator Fan Start

An output is available to provide the signal to start a remote radiator fan, if required. There is a set of dry contacts available on the Interface Board– digital output connector J6, located within the control submodule.

# Module Specifications 1

These contacts are energized based upon the hot water return temperature.

## Alarm Output

The customer has the option of obtaining a remote indication of when the TECOGEN® is in alarm. There is a set of dry contacts available on terminal strip TS5, located within the customer control interface box. This relay does not activate for Prealarms.

## EFLH Meter

A totalizing EFLH (Equivalent Full Load Hours) counter signal is available as an output. It is available on the Interface Board– digital output connector J6, located within the control submodule.

## BTU Meter

A displayed reading of the total heat output (Btu/hr) of the cogeneration unit is available. This requires supplying two temperature inputs for hot water supply and return as well as a pulsing signal from a water flow meter. The thermistors required for the temperature readings must be obtained from Tecogen. They are to be installed by others and wired to the Interface Board– analog input connector J9, located within the control submodule. The flow meter is to be supplied and wired by others to the Interface Board-digital input connector J7. Its signal is calibrated to the cogeneration unit software via the control panel by entering the BTU/°F per pulse of the flowmeter. For water, this is as follows:

$$\frac{Btu/°F}{Pulse} = \frac{gallon}{pulse} \times 8.1 \ (Btu/gal \ °F)$$

## Power Output

A signal indicating the power output of the cogeneration unit is available. It is a 0–10 vDC signal (1 mA max) that corresponds to 0 to 100 kW. It is available on the Interface Board– analog output connector J12, located within the control submodule.

## Water Supply Temperature Output

A signal indicating the water temperature leaving the cogeneration unit is available. It is a 0–10 vDC signal (1 mA max) that corresponds to 0 to 250 °F. It is available on the Interface Board– analog output connector J12, located within the control submodule.

## Manual Customer Output

This is a feature that allows a customer to energize a device remotely via the RMCS. This is offered as a convenience for the customer to allow the use of the cogeneration telecommunications capability to remotely operate a device. It may not even be related to the cogeneration unit. The output is a switched signal available on the Interface Board—digital output connector J6.

## 1.4.5 Optional Control Features

The features listed below are available to a customer by setting a DIP switch on the Processor Board located in the control submodule.

## Setpoint and Run Scheduling

This feature allows the user to program a customized scheme for automatic scheduling of both start/stop sequencing, power setpoint and/or temperature setpoint adjustment. It is a seven-day clock that allows up to 32 independent scheduling points per week.

## Automatic Restart

This feature allows the TECOGEN® to restart automatically 5 minutes after a power outage.

## Auto Alarm Reset

This feature allows the control system to automatically reset pre-selected alarms 5 minutes after the unit is shut down and try to start again. The eligible alarms and the amount of reset occurrences for each alarm is preset at the factory and not adjustable. This information is presented in Table 1.4.

## Cycling

This feature allows the TECOGEN® to automatically shut down after the unit has operated at a reduced power level, due to high inlet water temperature, for more than a preset time (normally 5 minutes). The unit will automatically restart in 30 minutes.

## Idle

This feature allows the TECOGEN® to run for ten minutes without being connected to the grid. This is useful for diagnostics, engine tuning, troubleshooting, etc. No power is produced in this mode.

## Alarm Setpoint and Operational Setpoint Customization

In order to allow a unit's operation to be more closely tailored to the needs of the site and local power utility, various alarm criteria and operational setpoints may be adjusted. Table 1.5 presents some general adjustable alarm parameters and Table 1.6 present those specific to the Voltage/Frequency Trip which are alarms required for interconnection with local utilities. Standard cogeneration units have V/F limits conforming to the interconnect standard IEEE P1547/D07 – *Draft Standard for Interconnecting Distributed Resources with Electric Power Systems* (refer to Section 1.5.1 for details on standard). Units being installed in California conform to California Rule 21. Both of these standards do allow for adjustments and these ranges are presented. A Field Verification test needs to be done to prove the validity of the adjustments. The adjustments can be made either at the keypad display or via the RMCS (Remote Monitoring and Communications System (see Section 1.4.6)

The Adjustable Operational Setpoint Parameters and their limits are presented in Table 1.7.

Table 1.5   Adjustable Alarm Parameters

|  | Default | Min | Max |
|---|---|---|---|
| Nominal voltage | 208/480 | 200/300 | 300/508 |
| Delay to phase angle alarm | 10 cycles | 2 cycles | 30 cycles |
| High coolant temperature alarm | 220 °F | 210 °F | 230 °F |

# 1  Module Specifications

### Table 1.6  Voltage/Frequency Trip Setpoints & Adjustments

|  | IEEE P1547 | | | | California Rule 21 | | | | Adjustment Range | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Criteria | Voltage Trip | Voltage Trip | Trip Time (cycles†) | Criteria | Voltage Trip | Voltage Trip | Trip Time (cycles†) | Setpoint Range | | Trip Time Range (cycles) |
|  |  | 208 V | 480 V |  |  | 208 V | 480 V |  | 208 V | 480 V |  |
| Fast Undervoltage Trip | V < 50% | 104 V | 240 V | 10 | V < 50% | 104 V | 240V | 10 | 93/203 | 240/470 | 2/30 |
| Slow Undervoltage Trip | 50% ≤ V < 88% | 182 V | 423 V | 120 | 50% < V < 88.3% | 182 V | 424 V | 120 | 178/198 | 410/460 | 30/180 |
| Fast Overvoltage Trip | V ≥ 120% | 249 V | 576 V | 10 | V > 137.5% | 286 V | 660 V | 6 | 213/294 | 490/660 | 2/30 |
| Slow Overvoltage Trip | 110% < V <120% | 229 V | 526 V | 60 | 110% < V <137.5% | 229 V | 528 V | 30 | 218/248 | 500/550 | 30/180 |
| Underfrequency | 59.3 Hz |  |  | 10 | 59.3 Hz |  |  | 10 | 57/59.5 |  | 2/30 |
| Overfrequency | 60.5 Hz |  |  | 10 | 60.5 Hz |  |  | 10 | 60.5/63 |  | 2/30 |

*† 60 Hz; 1 cycle = 1/60 second*

## 1.4.6  RMCS

The Remote Monitoring and Communications System, or RMCS, gives the customer the ability to monitor the TECO-GEN®, as well as have some limited control, from a remote location via a phoneline. It also facilitates factory-reprogramming of the control software for updates or customizations. The TECOGEN® is equipped with the software and modem. It is the responsibility of the installing contractor to provide a dedicated phoneline to the unit (for multiple unit installations, a telephone line switchbox, for up to 4 units, is available from Tecogen). The customer's remote computer must be an IBM compatible PC running *Windows 95* or higher, or *Windows NT*.

Tecogen strongly recommends that all customers utilize the RMCS. It is valuable to a site because it is an excellent tool for remote site personnel, a local service provider, or Tecogen factory service support to diagnose problems, as well as download new software. The RMCS can also be set-up to dial-out to a modem or pager to alert off-site personnel of a fault condition.

The features of the RMCS is as follows:

- Review the real-time status of the unit
- Review the alarm history
- Review the load profile of the unit
- Review the current hardware set-up (DIP switch settings) for the various control options.
- Retrieve historical data
- Retrieve data in the minutes preceding an alarm.
- Start and stop the TECOGEN®.
- Change the control setpoint.
- Change the setpoint and run scheduling
- Change either engine's maximum speed setting.
- Clear an Alarm or PreAlarm
- Send a message from remote location to unit display.

## 1.4.7  Communications Protocol / Modbus Networking

The *TecoNet™* uses an 'open' communications protocol that can be interfaced with a site's building automation system. Upon request, Tecogen will make available to the building automation system vendor detailed information about its protocol, including points available, values, etc. In such cases,

### Table 1.7  Adjustable Operational Setpoint Parameters

|  | Default | Min | Max |
|---|---|---|---|
| kW Setpoint | 60/75 | 30/35 | 60/75 |
| kW Setpoint Max | 60/75 | 30/35 | 60/75 |
| kW Setpoint Min | 30/35 | 30/35 | 60/75 |
| kW Setpoint input span | 60/75 | -120 | 120 |
| kW Setpoint offset | 5 | -75 | 150 |
| Present temperature setpoint | 200 °F | 150 °F | 240 °F |
| Minimum temperature setpoint | 180 °F | 150 °F | 240 °F |
| Maximum temperature setpoint | 220 °F | 150 °F | 240 °F |
| Temperature input span | 40 °F | -160 °F | 160 °F |
| Temperature offset | 180 °F | -180 °F | 360 °F |
| Temperature above setpoint to restart | 20 °F | 5 °F | 50 °F |
| Delay to cycle off | 10 min | 1 min | 30 min |
| Temperature above setpoint to cycle off | 5 °F | 1 °F | 20 °F |

development of any required interface software and hardware (e.g., a protocol 'converter' or 'integrator'), is the responsibility of others, typically of the building automation system vendor. The hardware connection is available within the control submodule.

The *TecoNet™* is Modbus compatible as well. Modbus is a standard interface used throughout the controls industry to network devices. This networking can be used to interface to building management systems, or programmable controllers, or communicate between multiple cogeneration units if only one RMCS phoneline is desired. However, only one of these alternatives can be utilized; in other words, all of these capabilities are not available together.

The Modbus networking can be implemented with RS-232, RS-422, or RS-485 protocol. It will allow the customer-supplied master device to be able to individually start, stop, and change the setpoint of any cogeneration unit installed on the network, as well as read all of its inputs and outputs. For further details on setting up the Modbus networking, refer to the TECOGEN® Cogeneration Module Operation Manual.

The *TecoNet™* also supports the networking of multiple TECOGEN® units and controlling them with a "Lead/Lag" algorithm. Refer to Section 2.6.6.

# Module Specifications 1

## 1.5 Utility Interface

Each local electric utility has different requirements for interconnection. The specifications and documentation that most utilities would require for the TECOGEN equipment can be found in this manual. Section 1.2 contains the generator specifications, Section 1.3 contains the electric switchgear information, and Section 1.4 contains pertinent control system information such as the safeties and the adjustable alarm limits. Figure 2.3 presents the Customer Power Connection Schematic and Figure 2.5 is the Utility Interface and Protection Schematic.

1. In addition to this information, it is important to inform the utility that the TECOGEN cogeneration module is in compliance with IEEE P1547/DO7. This is addressed in more detail in Section 1.5.1.

Also, some utilities may require power factor correction. This is addressed in Section 1.5.2.

### 1.5.1 Interconnect Compliance

At this time, the TECOGEN® cogeneration product line (60 kW and 75 kW) is certified to be in compliance with the following standards:

1. IEEE P1547/DO7- *Draft Standard for Interconnecting Distributed Resources with Electric Power Systems.*

2. California Rule 21– *Generating Facility Interconnections.*

3. NYSIR—*New York State Public Service Commission Standard Interconnect Requirements.*

In order to gain these certifications, the TECOGEN® has been extensively type-tested by a Nationally Recognized Test Laboratory (NRTL): Intertek Testing Services (ITS) ETL Semko.

IEEE P1547 has been developed to address the emergent need to properly integrate distributed resources to the utility electric power systems. The standard focuses on the technical specifications for, and testing of, the interconnection itself. It aims to be technology neutral, applying to all DR technologies, with the intention of being a universal criterion that supercedes local practices and guidelines. It addresses performance, operation, testing, safety considerations, and maintenance of interconnection. ITS ETL Semko, a worldwide accredited testing, inspection, and certification organization, performed the compliance testing and specification review.

Since the TECOGEN® product utilizes an induction generator, it only requires conformance to certain sections of P1547. For some sections, it was necessary to administer a test to a product sample, while other sections required a specification review only. Listed below are the applicable sections of compliance to P1547, as well as the inclusive compliance to other established standards.

**P1547 Applicable Sections of Compliance**

| | |
|---|---|
| 4.1.2 | Integration with Area EPS Grounding |
| 4.1.4 | Distributed Resources on Distribution Secondary Grid and Spot Networks |
| 4.1.5.1 | Inadvertent Energization |
| 4.1.5.2 | Reconnection after Area EPS Outage |
| 4.1.6 | Monitoring |
| 4.1.7 | Isolation Device |
| 4.2.1 | Voltage Disturbances – Tested |
| 4.2.2 | Frequency Disturbances - Tested |
| 4.2.3 | Disconnection for Faults |
| 4.2.5 | Feeder Reclosing Coordination |
| 4.3.2 | Limitation of Voltage Flicker Induced by the DR – Tested to *EN61000-3-3* |
| 4.3.3 | Harmonics – Tested to *EN-61000-3-2* |
| 4.3.4 | Immunity Protection – Tested to *IEEE C37-90.2-1995* |
| 4.3.5 | Surge Capability – Tested to *IEEE C37-90.1-1989 & IEEE 62.41* |

California Rule 21, instituted by the California Energy Commission (CEC), specifies standard interconnection, operating, and metering requirements for DER (Distributed Energy Resources) generators. The equipment has been certified to meet the Type Testing and Production Testing requirements. The Non-islanding certification is in process. The equipment is not certified as Non-Export.

The NYSIR is a standard, specific to the state of New York, that follows much of the same criteria as IEEE P1547.

As part of the interconnect compliance for all of these standards, TECOGEN® units are production line and field-tested to verify trip point for the voltage and frequency alarms. Refer to Section 1.4.4 Optional Control Features—Alarm Setpoint and Operational Setpoint Customization

### 1.5.2 Power Factor Correction

A characteristic of the induction generator is that it absorbs reactive or "imaginary" power (kvar) while supplying "real" power (kW). Despite its "imaginary" label, some utilities will include a surcharge to the monthly customer invoice for reactive power. Also, some major California utilities have recently attached a maximum reactive power draw requirement (i.e., minimum power factor) to the eligibility criteria for their cogeneration rebate program. These issues are incentives for cogeneration suppliers to include capacitors for power-factor correction with the induction generators. Power-correction capacitors are routinely and safely applied to induction generator systems as long as certain basic engineering principles are applied.

Tecogen has a design recommendation for a capacitor system, supplied by the customer, that interconnects with the TECOGEN®. The details are presented in Appendix 2. This design will allow the power factor to be corrected to approximately 95%. The TECOGEN® panel will display the corrected power factor, if the capacitors are wired as described in Appendix 2.

# 2  Installation

## 2.  Installation

This objective of this manual is to assist a third-party design engineer, performance contractor, or mechanical contractor with the installation of a TECOGEN® cogeneration module. As the manufacturer of this equipment, we present the technical specifications of the module and its requirements for operation. Since the TECOGEN®'s primary purpose is to provide electricity and thermal energy (hot water) to the facility, we present how the unit can interface with these two critical building systems. However, it is ultimately this third party's responsibility to identify the design details and specific job requirements to ensure an acceptable installation. Specifically, where the heat recovery piping design is concerned, Tecogen can only present some generic guidelines and scenarios for assistance, since the type of thermal loads and the quantity of thermal loads, as well as the quantity of TECOGEN®'s, make each installation unique.

When piping to TECOGEN®, typical industry standards apply, as well as local building and mechanical codes. Piping should be self-supporting and not limit service access to the unit nor interfere with the opening of control panel doors. Materials should be appropriate for the conditions of use.

In addition to the electrical and hot water systems, the TECOGEN® also requires a natural gas supply, an engine exhaust system, and a ventilation system (in most cases).

### *Important*

*Installation of this equipment should be performed only by personnel qualified in the areas of electrical wiring, mechanical and hydronic system piping, natural gas plumbing, hot exhaust piping, and ventilation.*

*All piping and wiring should conform to local and national codes.*

### 2.1  Unit Delivery and Placement

The TECOGEN® weighs approximately 3000 lbs. The steel base has forklift access holes to facilitate offloading and transporting.

Once the unit is offloaded, ensure that it is stored indoors if it is not going to be put into place immediately.

All units are delivered with a partial charge of engine oil in the oil pan and a dry coolant system.

The TECOGEN® should be protected from construction dirt and moisture. The shipping wrap should be kept in place until the unit is ready for installation.

The unit should be placed in a well-lighted, indoor equipment room, away from noise sensitive areas and with adequate space for service. Unit dimensions, weights, and service access guidelines can be found on the Installation Layout, Drawing 1a-e (see end of chapter). Local code requirements may take precedence.

### *Note*

*The Installation Layout drawings (Drawing 1 (a-e)) are for standard units only. For units with the Emission Control System Option, refer to Appendix 1, Drawing A1.1(a-e).*

Adequate ventilation should be provided to keep the air temperature in the space below the maximum of 100 ° F, as well as to provide make-up air flow for the combustion air. Usually this requires directing the generator heat directly to the outdoors. The subject of ventilation will be addressed in more detail in Section 2.2.

If the ambient temperature in the placement area can drop below 32 °F, precautions should be taken to avoid freezing of the water systems. Keep humidity to a minimum to prevent corrosion and damage to electrical components.

A base or foundation is recommended, but is not required, if the placement area is level and capable of supporting the TECOGEN®'s full operating weight. The cogeneration unit is designed to minimize vibration transmission to the building structure. The engine and generator are mounted on vibration isolators and all of the piping connections to the engine are flexible (water hoses, gas hose, and flexible engine exhaust). Therefore, TECOGEN® units are typically installed with the steel base bolted directly to the foundation and rigid piping connections. If additional vibration isolation is desired, using neoprene pads or spring isolators, ensure that all piping systems to the unit include flexible connections.

### 2.2  Ventilation

The TECOGEN® rejects approximately 30,000 Btu/hr of heat to ambient, that can not be economically transferred to the heat recovery loop. This heat is primarily from the generator, but from the engine as well. The TECOGEN® enclosure ventilation fan draws in 800 cfm of room air and discharges this ventilation air through two (2) 4" x 10" louvered panels adjacent to the generator at a temperature rise of about 60 °F. This amount of heat rejection can quickly heat an enclosed, unventilated space, to well above the 100 °F maximum. Therefore, in many cases, ventilation must be provided for the TECOGEN®. Ducted removal of the enclosure ventilation air is recommended. Ventilation of the entire room is also an option. These alternatives are explained below.

# Installation    2

- Ducted removal of TECOGEN® ventilation air is presented in Drawing 2 (see end of chapter). The two exit louvers should be removed and replaced with transitions to 8" diameter duct, or a rectangular equivalent. These two ducts should join together and be directed outside either through the roof or wall. An induced draft fan is required at the penetration to the outdoors to overcome the pressure drop in this added ductwork. The drawing *Notes* should be read carefully, as they include many important design guidelines.

  This ducted air can be used for room heating during the colder weather months, if desired. A damper would need to be placed on the outlet duct, after the induced draft fan, that would direct the air back into the room rather than discharging it to the outside. If the damper is placed upstream of the induced draft fan, it needs to be within 2 feet of the TECOGEN® air outlets, thus requiring two dampers. Also, the induced draft fan would need to be switched off when these two dampers are in the room heat position.

- An alternative to ducted ventilation is room ventilation. Ventilation of the entire room requires an air flow rate of approximately 2500 cfm. This is based on an 85 °F outdoor air temperature, and a 12 °F temperature rise to 97 °F in order to maintain a room temperature below 100 °F:

$$\text{Flow (cfm)} = \frac{30{,}000 \text{ Btu/hr}}{\{0.073 \text{ lb/ft}^3 \times 0.24 \text{ Btu/lb-}°F \times 60 \text{ min/hr} \times (97\text{-}85 \text{ }°F)\}}$$

Flow = 2378 cfm

  Room ventilation requires a larger fan than ducted ventilation ( 2500 cfm vs. 800 cfm).

- If the TECOGEN® unit is in an unusually dusty or caustic environment, inlet ventilation air and combustion air should be ducted directly from the outdoors. This duct would require a boost fan to overcome pressure drop. It should be sized for a total of 960 cfm with a branch to the combustion air louver sized for 160 cfm and less than 5" wc pressure drop.

Typical ventilation design considerations apply; such as providing adequate make-up air, outdoor air humidity, freezing temperatures, etc. Also, refer to local and state codes.

## 2.3    Electrical Connections

The TECOGEN® will generate 3-phase, 60 Hz power at either 208 volts, 230 volts, or 460 volts. The installation is the responsibility of others and must be done in accordance with the National Electric Code and comply with state and local codes. In addition to main power connection, there are also customer interface connections for control signals.

Drawing 3 (see end of chapter) presents the connection of the TECOGEN® to the building distribution system. The unit can be connected to any panel with adequate feeder ampacity. The connection is 3-wire with a ground and no neutral. The generator has a neutral connection but it is not used for connection to the utility EPS (Electric Power System). It may be used for monitoring purposes only, but should not be connected to any load or carry any current. This neutral connection is available at the generator . On the 460 V units only, the neutral can be made available within the switchgear cabinet as a factory option.

Drawings 4a and 4b present wiring diagrams for the cogeneration module. Drawing 4a is the AC Control and Power Wiring Schematic and Drawing 4b shows the Customer Control Interface Connections.

Drawing 5 presents the Utility Interface and Protection Schematic. This diagram indicates the protective functions of the TECOGEN® microprocessor by referencing the applicable American Standard Device Function Numbers.

## 2.4    Fuel Supply Piping

The TECOGEN® is designed for a low-pressure natural gas supply system. It is important that the piping be adequately sized to deliver the full rated fuel flow at the design gas pressure. For gas pressure requirements, pipe sizing, and other general installation information, refer to Drawing 6 (see end of chapter).

In general, piping should be constructed of malleable iron and be free of any solid debris that could become lodged in the unit's solenoid valves. Referring to Drawing 6, a dirt leg trap and a strainer, just before the unit connection, is recommended for collecting any solid objects. A manual shut-off valve to the unit should be included as well.

If the building gas pressure exceeds 28", it is necessary for the customer to install a gas regulator upstream of the TECOGEN®. This regulator needs to be a "Dead-end Lock-up" type regulator which means that it will not equalize to incoming line pressure when the unit is off. This equalization of pressure would cause engine starting problems by flooding the engine with gas at start-up.

# 2 Installation

The natural gas piping on the unit complies with *AGA Gas-Fired Engine Driven Cogeneration Appliances (No. 2-89)*. The site piping should comply with local and national codes and should be done by a licensed plumber in the state of installation.

## 2.5 Exhaust Piping

An exhaust system is required for the TECOGEN® engine to direct the exhaust products outside. Typically, Tecogen does not recommend that engines in a multiple-unit installation share a common exhaust. If this type of shared exhaust is being considered, please consult the factory.

For standard units (without the emission control system option), this exhaust system may be constructed of carbon steel pipe and must include a silencer. It also needs to have a condensate trap because the exhaust temperature is less than 300 °F. Because of the safety aspects of hot exhaust products, it is especially important that this piping system be free of leaks and be constructed of appropriate materials. Compliance to local and national codes (NFPA 37 and NFPA 211) is essential, especially regarding piping connections, support, insulation, termination, and clearance from combustible materials.

Drawing 7 (see end of chapter) presents the recommended exhaust system design for standard units (i.e. With no Emissions Control System Option). The drawing *Notes* should be read carefully, as they include many important design guidelines.

For units equipped with the emissions control system option, refer to Appendix 1 for detailed specifications including the exhaust system design. The emissions control system option should requested at the time of order, rather than field retrofitted, since the modifications to the unit are rather extensive.

### *Important*

*It is the responsibility of the site and/or installing contractor (and not Tecogen) to determine and obtain any needed air emissions permits from local authorities. Any needed controls equipment fees, coordination, permits, testing , monitoring systems, etc. are not included with the standard TECOGEN® cogeneration module.*

## 2.6 External Water Piping for Heat Recovery

The TECOGEN® module requires an interconnected external water piping system to cool the unit and to displace its waste heat to various thermal loads within the facility. The design of this hot water system is job-specific and depends upon the types of thermal loads, the quantity of thermal loads, and the number of TECO-GEN® units. The following sections provide recommendations and guidelines, but this information is not for construction. As stated in the first paragraph of Section 2, the objective of this manual is to assist a third-party design engineer, performance contractor, mechanical contractor, or owner with the installation of a TECOGEN® cogeneration module. However, it is ultimately this third party's responsibility to identify the design details and specific job requirements to ensure an acceptable installation that meets all codes that apply.

This section is comprised of the following subsections:

2.6.1 Design Strategy

2.6.2 Basic Module Plumbing

2.6.3 Pressure Drop and Static Pressure Limitations

2.6.4 Expansion Tank Sizing

2.6.5 Piping of Multiple TECOGEN® Units

2.6.6 Control Scheme of Multiple TECOGEN® Units

2.6.7 Interfacing With Building Heating Load

### 2.6.1 Design Strategy

The design of the heat recovery system begins with a thoughtful assessment of the facility's existing hydronic piping system and energy load profile in order to maximize the savings opportunity. The important issues to be resolved are as follows:

- *Identification of loads to which the unit waste heat energy is to be applied.* In simple cases, such as single load sites, this will be self-evident, but generally multiple load sites require judgment as to which are significant relative to the expense and quantity of energy which can be saved.

- *Determination of the number of modules needed.* The most cost-effective size of the cogeneration plant is usually one that matches the base thermal load of the site. Over-sizing the system (adding extra modules) will usually dilute the return on investment, but other factors may drive the decision toward greater capacity. High electric rates, for example, may justify additional modules for redundancy especially if they contain a high demand component.

- *Determination if a dump heat exchanger is to be included.* A dump heat exchanger radiator, to reject the unit's heat when the facility loads are satisfied, is often included in the design. This allows the unit to operate when some or perhaps all of the engine heat is being "dumped" outside, which may be cost-effective depending on the cost of electricity relative to gas.

# Installation    2



**a. Standard Unit**

**b. Emission Control System Option**

### Legend

CWS   City Water Supply

MV1   Mixing Valve (Modulating)

P1    Unit Pump

WO    Heated Water Outlet From
      Cogen Unit to System

WI    Cooled Water Inlet Returning
      to Cogen Unit From System

BP    Back Flow Preventer

PRV   Pressure Reducing Valve

AVS   Air Venting System

**Figure 2.1  Simplified Basic Module Plumbing Single Unit.**
*(Top sketch depicts standard module. Lower sketch is
low emissions units. See Drawing 8 and Drawing A1.3
for Additional Components and Other Details)*

- Determination if hot water storage is to be added.
  Storage is useful to smooth hot water demand and
  to prevent short-cycling of the modules.  The cost
  of storage will depend on the accessibility and
  availability of space.

### 2.6.2 Basic Module Plumbing

Figure 2.1 illustrates the basic heat recovery piping lay-
out for a single module; that is, it shows the fundamental
components common to all applications. Figure 2.1a
shows the piping for a standard module.  A standard
module has the exhaust heat exchangers packaged on the
unit, one on each exhaust manifold. Figure 2.1b shows
the layout for a low emissions configuration.  This has a
remote exhaust heat exchanger.  Since low emissions
units require a catalytic converter in the exhaust system,
the exhaust heat exchanger is located downstream of the
catalyst, because hot exhaust temperatures are required
for successful chemical reactions in the catalyst. It
should be noted that Figure 2.1 is a simplified drawing
for illustration.  Refer to Drawing 8 (end of chapter) and
Drawing A1.3 (Appendix 1—Emission Control System
Option) for a more detailed depiction of the basic
plumbing system that includes service valves, instru-
mentation, etc.

For the purpose of this discussion,  we will refer to the
hot water leaving the TECOGEN® module(s) as
"WO" (abbreviated for "Water Out" of module) and the
cooled water going back to the TECOGEN® module(s)
as "WI" (abbreviated for "Water In" to module).

As shown in Figure 2.1, cool water returning from the
thermal load enters at point WI and  passes first through
a strainer, then through a 3-way thermostatic mixing
valve.  The strainer protects the mixing valve and the
module from debris in the loop. The water then enters a
pump located at the inlet to the module.  The water is
heated successively by the unit's oil cooler, engine
block, exhaust manifolds and lastly by the exhaust heat
exchanger(s).

After exiting the exhaust heat exchanger, the heated wa-
ter is piped to the various loads in the facility (point
"WO").  However, if the water returning to the engine
('WI') is too cool (<165 °F), some of the flow may be
directed to the thermostatically controlled three-way
valve.  The thermostatic element in the valve will allow
a modulated portion of the heated water to re-circulate
to the module inlet.

A city water (CWS) make-up line is required to main-
tain the loop under modest pressure (about 15-20 psig)
and provide make-up when water is lost in the system
through service and leaks.  This make-up line should
include a back-flow preventer, a pressure reducing
valve, and a bladder-style expansion tank.  A bladder-
type is required to minimize the dissolved oxygen con-

# 2  Installation

tent in the loop. Expansion tanks are available from Tecogen and the sizing and selection of the tanks are presented in Section 2.6.4.

Even with a pressurized system, significant leaks should be quickly repaired to minimize the make-up volume to the system.

The piping system beyond points WI and WO is typically piped to a heat exchanger, rather than piping directly to the load. The is because the engine system has to be a closed loop to prevent oxidation of the engine, and pressurized to at least 15 psi to prevent boiling. Also, the isolation prevents cross-contamination of the fluids in the case of pool applications or domestic hot water.

Only pure, re-circulated water should be contained in the engine loop. Glycol solutions (EG, PG,) are permissible, but are not recommended, except where freeze protection is required.

## 2.6.3  Pressure Drop and Static Pressure Limitations

The water pressure drop characteristics of the typically configured TECOGEN® modules are summarized in Table 2.1. The table differentiates units with the low emissions catalyst system because of the aforementioned external exhaust heat exchanger. The table includes the pressure drop of the thermostatic mixing valve also, as it is almost universally used.

For flow rates other than the design, refer to Figure 2.2, which shows the pressure versus water flow rate relationship of the two module variations.

The maximum inlet water pressure of the module is 55 psig. The module has an internal overpressure switch set for that limit and the unit relief valve is rated just slightly higher, 60 psig. Both are located at the water inlet. Under typical operating conditions, the unit inlet pressure will be built up typically as shown in Table 2.2. The system designer should therefore be mindful of these important pressure restrictions and select unrestrictive components and ample thermal expansion tank capacity.

## 2.6.4  Expansion Tank Sizing

Expansion tank selection is based upon the system volume, temperature, and static pressure. Figure 2.3 presents a selection guide for expansion tanks that includes instructions.

## 2.6.5  Piping of Multiple TECOGEN® Units

Multiple TECOGEN® units should be piped in parallel in a primary/secondary loop arrangement. The parallel arrangement allows all units to receive return water from the load at the same temperature. A series arrangement would cause overheating of the subsequent units.

### Table 2.1
### Module Pressure Drop Characteristics
### @ Rated Water Flow Rate

|  | CM-60/75 Module Standard | CM-60/75 Module Low Emission |
|---|---|---|
| Rated Flow Rate | 22 GPM | 22 GPM |
| Pressure Drop |  |  |
| a. Module Only | 16.5 psi | 12.9 psi |
| b. Remote Exhaust HX | Not Req. | 6.3 psi |
| c. Mixing Valve* | 4.5 psi | 4.5 psi |
| Total | 21.0 psi | 23.7 psi |

* Typical Valve—AMOT 1CMC16001



### Figure 2.2  Module Pressure Drop Vs. Flow Rate for Water
(Includes Thermostatic Mixing Valve MV1)

### Table 2.2
### Typical Module Cooling System Static Pressures
### During Operation

|  | CM-60/75 Module Standard | CM-60/75 Module Low Emiss. |
|---|---|---|
| Static Pressure from City Water Make-up | 15 psig | 15 psig |
| Static Pressure from Thermal Expansion | 5 psig | 5 psig |
| Pressure Developed at Pump Discharge |  |  |
| a. Module and Related Components | 21 psig | 24 psig |
| b. Remainder of Loop Components | 5 psig | 5 psig |
| Total Pressure at Unit Inlet | 46 psig | 49 psig |

# Installation  2

Figure 2.3    Expansion Tank Selection

## *Instructions*

1. Determine the total water volume of the system. The water volume of a single TECOGEN® is approximately 5 gallons. Use Table A to determine piping volume based on length and diameter.

2. Based on the total volume, select an expansion tank model from Table B. The sizing was determined based upon a system operating pressure of 15-25 psig (at the tank) and a water temperature range of 50—230 °F. The table indicates the tanks dimensions and weight.

3. The FILL-TROL model includes a pre-pressurized, diaphragm-design tank, equipped with an integral automatic pressure reducing valve. The FILL-TROL unit will automatically fill the system, when required, to maintain a minimum system pressure.

4. The EXTROL tank is also a pre-pressurized, diaphragm-design, but does not have the integral fill valve. When using an EXTROL, a pressure regulator, along with a manual fill bypass, need to be installed.

5. Tanks can not be installed horizontally.

6. The standard pre-charge on the tank is 12 psig. It can be increased by adding air through the charging valve on the tank. This should be done before the tank is filled with water.

Table A    Volume of Water in Gallons per Lineal Foot of Pipe

| Type | Pipe Diameter (inches) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 1/2 | 3/4 | 1 | 1 1/4 | 1 1/2 | 2 | 2 1/2 | 3 |
| Steel | 0.016 | 0.028 | 0.045 | 0.078 | 0.105 | 0.172 | 0.250 | 0.385 |
| Copper | 0.012 | 0.025 | 0.043 | 0.065 | 0.092 | 0.161 | 0.250 | 0.357 |



Table B    Expansion Tank Models

| Total System Volume (Gallons Cold) | Amtrol Model Number | Tank Volume (gallons) | Accept Volume (gallons) | A (in.) | B (in.) | Connection Size (in.) | Weight (lb) |
|---|---|---|---|---|---|---|---|
| 5—30 | FILL-TROL 111 | 7.6 | 2.5 | 24 5/8 | 11 | 1/2 | 15 |
| 30—50 | FILL-TROL 112 | 14 | 11.3 | 23 | 15 3/8 | 1/2 | 24 |
| 50—110 | Extrol SX-90V | 44 | 34 | 36 | 22 | 1 1/4 | 68 |
| 110—150 | Extrol SX-110V | 62 | 34 | 46 3/4 | 22 | 1 1/4 | 90 |

**2**  ## Installation



**Figure 2.4  Piping of Multiple TECOGEN® Units**

Referring to Figure 2.4, a primary/secondary loop is a parallel piping arrangement that has a main piping circuit (primary), feeding one or more branches (secondary circuits). The design of the system allows each branch to have its own flow and pressure drop requirements without affecting the primary circuit. This minimizes control problems and is efficient since the high pressure rise characteristics across control or shunt valves is eliminated.

The simplified design criteria for piping multiple units is as follows:

1. Only one make-up water supply line is required. It should contain a backflow preventer, a pressure-reducing valve, and an expansion tank. The tank must be sized to include the water volume of all of the cogeneration units and the primary and secondary piping. Refer to Section 2.6.4 for expansion tank sizing. These tanks are available from Tecogen.

2. Each secondary circuit has its own pump, sized to provide the flow, and overcome the pressure drop, of that branch only.

3. The common pipe, between the secondary circuit supply and return, must have little to no pressure drop so when the secondary pump is off, flow goes through the common pipe as the path of least resistance. A rule of thumb is that the distance between the supply and return tees on the secondary circuit should not exceed four pipe diameters.

4. The secondary pump is to be located at the beginning of the branch so it discharges into the secondary circuit, providing an increase in secondary circuit pressure over that established in the primary piping.

5. Balancing valves are required for this piping arrangement. A valve should be located at each cross connection between the primary supply main and the primary return main (FCV-A1, FCV-B1, FCV-i1, etc.). Also, each secondary loop should have a balancing valve (FCV-A2, FCV-B2, FCV-i2, etc.).

6. The pipe size of the primary circuit feed should gradually decrease with each successive unit. Likewise, the primary circuit return pipe size should gradually increase with each successive unit.

For more information on primary/secondary loop design, please refer to the *Bell and Gossett Primary Secondary Pumping Application Manual, Bulletin THE-775.*

### 2.6.6    Control Scheme of Multiple TECOGEN® Units

The TECOGEN® control system, *TecoNet*™, has extensive networking capabilities to fully integrate many control functions for multiple units, eliminating expensive PLC's (programmable logic controllers) for the end user. The units can be networked together, via standard RS-485 connections, to operate in a "Lead/Lag" arrangement. One unit is designated as the Lead unit and all of the rest operate as Lag units. The Lead unit provides the logic to control the power output and start/stop of the other units as required, evenly dispersing run hours and load.

The Lead unit dictates the control mode of the group. As presented in Section 1.4.1, the Hot Water Mode stages and cycles the units based upon the building hot water load. If the load is dropping off, resulting in a leaving water temperature (on any of the cogeneration units) that is too hot, the Lead will start shutting units down and/or reduce their power output. Alternatively, if this temperature becomes too cold, the Lead will turn units on and/or increase their power output.

Conversely, in Power Mode, the objective is to produce electricity even if the hot water load drops off or goes away entirely. In this case, the heat must be dumped to a radiator. This is a desirable control mode if there are high electric demand charges during peak hours, making it is more cost effective to avoid this demand charge and dump the heat. A schedule for Power Mode and Hot Water Mode can be programmed into the Lead unit to maximize savings opportunities based upon the rate structure (gas vs. electricity) and load profile.

In the Non-Export Mode, the Lead unit monitors the output of a building wattmeter and unloads, or shuts down units, to ensure there is not reverse power flow out to the utility when the building's electric load has dropped off. The non-export of power overrides all other modes. So, if the Lead receives a signal that the import of power to the building is dropping to levels approaching zero, it will begin shutting down units, even if there is a hot water load.

These control features are programmable on-site. For further information, please consult the factory.

### 2.6.7    Interfacing With The Building Heating Load

This section will address how to interface one or more TECOGEN® modules with the building heating load. Some examples of loads are domestic hot water systems, space heating, pool heating, or process heating. Depending on the requirements of the application, there may be a single load or several loads.

Typically, an intermediate heat exchanger, or load heat exchanger, is placed between the TECOGEN® hot water loop and the building load. The is because the engine system has to be a closed loop to prevent oxidation of the engine, and pressurized to at least 15 psi to prevent boiling. Also, the isolation prevents cross-contamination of the fluids in the case of pool applications or domestic hot water.

Presented below are the subjects addressed in the following sections:

2.6.7a    Load Heat Exchanger Sizing

2.6.7b    Piping Alternatives to Load Heat Exchanger

2.6.7c    Single Load - Elements of Design

2.6.7d    Multiple Load Systems

### 2.6.7a    Load Heat Exchanger Sizing

The sizing of the load heat exchanger is site specific. The specifications for the TECOGEN® side of the heat exchanger are presented in Table 2.3.

Table 2.3
Load Heat Exchanger Specifications
TECOGEN® Side

|  | CM-60 | CM-75 |
|---|---|---|
| Thermal Output (MBtu/hr) | 440/458[1] | 490/511[1] |
| Fluid | Water | |
| Hot Water Flow | 22 gpm *(24 gpm max)* | |
| Maximum Entering Water Temperature | 230 °F | |
| Leaving Water Temperature | 160 -180 °F | |

*Notes*
*1. Standard Units/Emission Control Units*
*2. There may be other special requirements for the load head exchanger relating to the application. DHW applications typically require brass ends, potable water typically requires a double-wall design, and pools require 90/10 cupronickel tubes and tube sheets with brass ends.*

Listed below are some important points to note:

1.  There is some latitude on the design temperatures entering and leaving the load heat exchanger. The leaving temperature can range from 160 °F to 180 °F.

    Below 160 °F would overcool the engine. However, the function of the thermostatic control valve (MV1) on the TECOGEN® loop is to maintain a minimum of 160 °F. So, if the water returning from the load heat exchanger is below 160 °F, MV1 will bypass some hot water exiting the engine to elevate the return temperature. It is important to

# 2 Installation

note that MV1 operates wide open at full load and is not providing any temperature control. Its only purpose is to maintain a minimum engine temperature.

A return temperature much above 180 °F could overheat the engine. Therefore, the load heat exchanger, as well as a dump radiator (if required, see Section 2.2.7d), should be sized large enough so that the outlet temperature does not exceed 180 °F.

Within the limitations stated above, the type of load will dictate the design temperatures of the load heat exchanger. For example, pools have relatively cool temperature requirements while a space heating hot water application requires much hotter water. Designing a heat exchanger that maximizes the heat transfer surface for cooler temperatures, is more beneficial to the life of the engine and its components.

2. The selection of the load heat exchanger should consider minimizing the pressure drop so as not to overload the existing pump.

3. There may be a requirement for special materials of construction for the load heat exchanger depending upon the application. DHW applications typically require brass ends, potable water typically requires a double-wall design, and pools require 90/10 cupronickel tubes and tube sheets with brass ends.

### 2.6.7b  Piping Alternatives to Load Heat Exchanger

This section will present just a few examples of the typical ways to pipe to a load heat exchanger. The method chosen will depend on the type of load, the control scheme desired, the adaptability of existing equipment, the corrosiveness of the heated fluid, and the relative flows on the two sides of the heat exchanger. Again, each application is unique and will require more specific and detailed engineering.

Referring to the examples presented in Figure 2.5, the "Building Side" will refer to the side of the load heat exchanger that is connected to the building's hot water loop. The "TECOGEN Side" will refer to the side of the load heat exchanger connected to the cogeneration unit.

#### Case A

*Building Side* - The load heat exchanger is installed in series with the existing building piping system to relieve the building's normal heating equipment, which is installed downstream. A new or existing throttling valve, installed in the existing piping, is used to divert the flow through the load heat exchanger. The existing building pump needs to have sufficient pump head available for the load heat exchanger or an additional booster pump is required.

Fluid always passes through the load heat exchanger but is not always heated. Sensor T activates the diverter valve on the TECOGEN® side to send the heat to the load heat exchanger.

*TECOGEN Side* - A 2-position diverter valve is used to pass the hot water from the cogeneration unit to the load heat exchanger if required. When Sensor T, installed in the building-side piping, becomes too cool, it activates the diverter valve to go to the "A" position to send flow to the load heat exchanger. When Sensor T's temperature is satisfied, the valve will go to the "B" position and the cogeneration unit's hot water will then flow to the next load or back to the unit.

#### Case B

*Building Side* - The load heat exchanger is installed in series with the existing building piping system to supplement the heating load. In this case, the heated fluid is not continuously fed through the load heat exchanger and has a dedicated pump that only comes on when there is a call for heat.

The piping contains a heat trap on the inlet and outlet of the heat exchanger. This is an approximate 1' high "U" shape in the plumbing to prevent thermosiphoning from the TECOGEN loop to the load when the pump is not running. A trickle of flow can occur even when this secondary pump is off, or it can occur through the modulating valve. This precaution of using a heat trap prevents convective heat transfer through the heat exchanger.

*TECOGEN Side*— A modulating valve directs the flow of hot water from the TECOGEN to the load heat exchanger when required. The valve is activated by a temperature sensor on the building load side (Sensor T). When the building load is satisfied, the valve will bypass the TECOGEN hot water around the heat exchanger and send it to the next load.

#### Case C

*Building Side* - This is the same arrangement on the building side as Case A, except that the Sensor T is on the inlet side of the heat exchanger as opposed to the outlet side. When the heated fluid becomes too cool, this sensor activates a pump starter on the TECOGEN side to send flow to the load heat exchanger.

*TECOGEN Side* - A pump controlled by Sensor T on the load side is used to direct flow through the load heat exchanger. When the pump is off, flow bypasses around the load heat exchanger and goes to the next load. This scheme is desirable if additional pump head is required to supplement the main module pump P1 (see Figure 2.1 or 2.4 ). It also offers the stability of primary/secondary loop control.

# Installation 2



Figure 2.5   Piping Alternatives to Load Heat Exchanger

### 2.6.7c   Single Load - Elements of Design

Figure 2.6 presents an example of a single load to illustrate the three critical elements of the design; these are the (1) Piping, (2) Thermostat Settings, and (3) Control Logic Wiring. Each of these elements must be carefully established and coordinated in order to ensure a successful design.

The building load in this example is a swimming pool. Each of the design elements is described below;

*Note*
*The design scheme presented is typical, but certainly not the only way to integrate a cogeneration unit with an existing pool. The purpose of the example is to illustrate design concepts.*

**1. Piping**
*Building Side* - Only a portion of the flow from the existing pool system is diverted to the load heat exchanger so that the heat exchanger does not have to accommodate the full flow of the pool pump.

*TECOGEN Side* - This is similar to "Case A" in the previous section where a 2-position diverter valve is used to pass the hot water from the cogeneration unit to the load heat exchanger if required.

**2. Thermostat Settings**
Proper control of the existing system's heater is necessary to assure that the cogeneration unit's heat is fully utilized before bringing this heater on. To accomplish this, two separate thermostats control the heating of the pool. The first is the existing thermostat (T'stat 1) which controls the existing pool heater. The second thermostat, T'stat 2, is installed with the cogeneration system to control the start of the TECOGEN®.

As shown in Figure 2.6, T'stat 1 has a lower setpoint than T'stat 2 to give the cogeneration unit priority. When the temperature in the pool drops to below 77 °F, T'stat 2 activates the cogeneration unit. When the water is heated to 82 °F, then T'stat 2 will shut off the cogeneration unit. If the cogeneration unit can not keep up with the heating load, or it is out of service, and the pool temperature falls to below 73 °F, T'stat 1 will turn on the existing pool heater. It will remain "On" until the pool temperature reaches 80 °F. The allowable difference between the setpoints depends upon the requirements of the process, but typically a minimum of 5 °F apart is recommended for stable operation and to minimize cycling.

**3. Control Logic Wiring**
The ladder diagram in Figure 2.6 presents the basic control logic wiring. When T'stat 1 closes, it energizes the existing pool heater.

When T'stat 2 closes, it provides a start input signal to

# 2  Installation



**Design Element #1—Piping**

**Design Element #2—Thermostat Settings**

T'stat 1
Existing

Off ▷ 80 F

Resume ▷ 73 F

T'stat 2
New

Off ▷ 82 F

Resume ▷ 77 F

**Design Element #3—Control Logic Wiring**

**Legend**

——— New Cogen Piping

·········· Existing Facility Piping

**Figure 2.6    Single Load—3 Elements of Design**
*Pool Application*

the cogeneration unit. It also energizes the coil of relay R1, which is an external relay that can be located in an adjacent control center. R1 controls the diverting valve. With the coil energized, contact R1-1 closes and R1-2 opens, diverting the cogeneration unit's flow from "B" to "A", to the pool heat exchanger.

When T'stat 2 is open and R1 is not energized, the valve is in the "B" position because the "B" position terminals of the valve are wired to the normally closed contacts on the relay (R1-2). In the "B" position, flow from the cogeneration unit is bypassed around the pool load heat exchanger.

The last two rungs of the ladder depict two available outputs that energizes upon start of the cogeneration module. The first output, M7-1, energizes the unit's cooling water pump P1 (refer to Figure 2.1 ). The second output, M7-2, energizes an external ventilation fan that is either in the ventilation ductwork or ventilating the entire room.

### 2.6.7d   Multiple Load Systems

The recommendation for multiple load systems is to arrange the loads in series. This allows prioritization of the loads and ensures that heat will not be wasted. Referring to the example presented in Figures 2.7a and 2.7b, there are three loads and a dump radiator. Since the heat is supplied to each load successively, the loads are piped in order of priority. This guarantees that each load is satisfied before the heat is dumped to the radiator. Conversely, if the loads were in parallel, it would require a more sophisticated control scheme to continuously balance the heat load to make certain that, if heat is not being used by one load, it gets diverted to another load.

The example presented is typical for a health club facility, including a domestic hot water load, a space heating load, and swimming pool. The load with first priority is domestic hot water because it generally uses the most energy per year than the others, has less thermal storage, an intermittent demand schedule, and the highest temperature requirement. Space heating is next and the pool has the lowest priority. The pool is last because it has such a large volume that it gains or loses temperature very slowly. Swimmers will not notice if a pool stops receiving heat for a little while.

Again, the three critical elements of the design are illustrated for each load. Each of these elements must be carefully established and coordinated in order to ensure a successful design.

A dump radiator is installed when it desirable to occasionally operate the TECOGEN® for the electricity only, even though all of the heat loads are satisfied. For example, in order to avoid a high utility demand charge

during peak hours, a dump radiator allows the cogeneration unit to keep producing the full output of electricity even when there is little to no hot water load. The decision of whether to install a dump radiator is based upon the electric rate structure and the hot water load profile.

The following sections will explain the three critical elements of design for each of the loads and the dump radiator.

### Important
*The sample design schemes presented are examples, and not meant to be exclusive designs or designs for construction. The examples are simply to illustrate design concepts.*

### A. Load #1 Domestic Hot Water

#### 1. Piping
*Building Side* - When adding the cogeneration unit to an existing hot water system, the load heat exchanger is piped in parallel to the existing hot water tank and has its own separate pump and thermostat. This pump is non-continuous, only operating when there is a call for heat.

*TECOGEN Side* - As in Case A of Section 2.6.7b, a 2-position diverter valve is used to pass the hot water from the cogeneration unit to the load heat exchanger if required.

#### 2. Thermostat Settings
There are two thermostats installed in the hot water tank. The first thermostat, Ts-1, controls the existing pump and heater. The second thermostat, Ts-2, is installed with the cogeneration system to control the start of the TECOGEN®. As stated in the previous section, it is important to properly synchronize the thermostats to assure that the cogeneration unit gets priority.

Referring to Figure 2.7b, the existing thermostat (Ts-1) is given a lower setpoint than the cogeneration unit's thermostat (Ts-2). When the temperature in the tank drops below 123 °F, Ts-2 activates first and turns on the cogeneration unit. When the water is heated to 130 °F, then Ts-2 shuts off the cogeneration unit. If the cogeneration unit can not keep up with the heating load, or is out of service, and the tank temperature falls to below 120 °F, Ts-1 will turn on the existing heating system. It will remain "On" until the tank temperature reaches 125 °F. The deadband on each thermostat, as well as the difference in setpoints, should set to provide stable operation. It is specific to the application and may require field tuning.

#### 3. Control Logic Wiring
The ladder diagram in Figure 2.7b presents the basic control logic wiring. When Ts-1 closes, it energizes the existing tank heater and pump.

When Ts-2 closes, it provides a start input signal to the cogeneration unit. It also energizes the coil of relay R1, which is an external relay that can be located in an adjacent control center. R1 controls the diverting valve. With the coil energized, contact R1-1 closes and R1-2 opens, diverting the cogeneration unit's flow to the load heat exchanger.

R1 also controls the building side pump P1 on another set of normally open contacts R1-3. Therefore, when R1 is energized, contacts R1-3 close to operate the pump.

Ts-2 opens when the temperature in the tank is satisfied. This deenergizes relay coil R1. Valve DV-1 then goes from the "A" position to the "B" position because the "B" position terminals of the valve are wired to the normally closed contacts on the relay (R1-2). In the "B" position, flow from the cogeneration unit is bypassed around the domestic hot water load to the next load (space heating).

The inset on Figure 2.7b depicts the standard available outputs of the cogeneration module upon start. The first output, M7(A)-1, energizes the unit's cooling water pump (refer to Figure 2.1). The second output, M7(A) - 2, energizes an external ventilation fan that is either in the ventilation ductwork or ventilating the entire room. These same outputs are available on every unit in a multiple unit installation (e.g., M7(B)-1 & M7(B)-2, etc.). The staging and control of multiple TECOGEN® units is addressed in Section 2.6.6.

### B. Load #2  Space Heating

#### 1. Piping
*Building Side* - The load heat exchanger is piped in series with an existing hydronic heater so it shares the existing system pump. This pump is non-continuous, only operating when there is a call for heat.

*TECOGEN Side* - As in Case C of Section 2.6.7b, a primary/secondary loop arrangement is used, where this load heat exchanger has a dedicated pump that only operates when there is a call for heat on the building side. When the pump is off, flow bypasses around the load heat exchanger and goes to the next load. This secondary pump design is desirable if additional pump head is required.

#### 2. Thermostat Settings
There are two thermostats in the hydronic loop and a room thermostat (shown only in the ladder diagram). Thermostat Ts-3 controls the existing heater. Thermostat Ts-4 is installed with the cogeneration system to control the start of the TECOGEN.

The existing hydronic thermostat (Ts-3) is given a lower setpoint than the cogeneration unit's thermostat (Ts-4) to give the cogeneration unit priority. When the

# 2   Installation

**Note:** *The sample designs below are for illustration purposes only. They are <u>not</u> the only acceptable way to interface with each load type.*



A. Load 1: Domestic Hot Water (DHW)

B. Load 2: Space Heating

C. Load 3: Pool Heating

D. Load 4: Excess Heat Dump

Inset: Warm Climate Radiator Design

**Legend**

| | |
|---|---|
| DV1 | Diverter Valve (2 Position/Non-modulating) |
| MV2 | Mixing Valve (Modulating) |
| NC | Normally Closed Valve |
| T1 | Analog Temperature Sensor (no. 1) |
| P1 | Pump (no. 1) |
| Ts-2 | Thermostat (no. 2) |
| WO | Heated Water Outlet From Cogen Unit(s) |
| WI | Cooled Water Returning to Cogen Unit(s) |
| TMP | Code Approved Tempering Valve |

| | |
|---|---|
| ———— | New Cogen Piping |
| - - - - | Existing Facility Piping |
| ········ | Electrical Signal |
| ▭ FLT | Filter (Pool) |
| ▭ HTR1 | Existing System FluidHeater |
| A | Diverter Valve Port "A" |
| B | Diverter Valve Port "B" |
| CWS | City Water Supply |
| HWS | Hot Water Supply (to taps) |
| FCV1 | Flow Control Valve (no. 1) |

**Figure 2.7a  Multiple Load Systems** *(Design Element #J)*

# Installation   2



A. Load 1: Domestic Hot Water (DHW)

B. Load 2: Space Heating

C. Load 3: Pool Heating

D. Load 3: Excess Heat Dump

**Figure 2.7b  Multiple Load Systems** *(Design Elements #2 & #3)*

# 2    Installation

temperature in the system piping drops below 168 °F, Ts-4 activates first and turns on the cogeneration unit. If the water in the system is heated to 175 °F, then Ts-4 shuts off the cogeneration unit. If the cogeneration unit can not keep up with the heating load, or it is out of service, and the tank temperature falls to below 165 °F, Ts-3 will turn on the existing heating system. It will remain "On" until the system temperature reaches 172 °F. The deadband on each thermostat, as well as the difference in setpoints, should be set to provide stable operation. It is specific to the application and may require field tuning.

The room thermostat is not presented in the diagram since it has a variable setpoint (depending on comfort requirements) and will only energize the circulating pump, not the heaters. The reason for this is so the cogeneration unit is not arbitrarily controlled by an end user, potentially short-cycling the engine. The thermostats in the hydronic loop will ensure stable control over the heating system.

### 3. Control Logic Wiring
The ladder diagram in Figure 2.7b presents the basic control logic wiring. The call for heat originates from the room thermostat (Ts-room) which has a variable setpoint. This energizes the circulating pump P4 and a control relay R2, which is an external relay that can be located in an adjacent control center.

The set of contacts on the relay R2-1 switches closed on the start circuit for the cogeneration units. However, the units will not start until thermostat Ts-4 is below 168 °F. This thermostat will also activate the TECOGEN side circulating pump P3.

If the space heating loop temperature falls below 165 °F, then the existing heater HTR2 will come on. The existing heater is not controlled by the room thermostat since it is maintaining a minimum loop temperature.

The inset on this Figure 2.7.6 depicts the standard available outputs of the cogeneration module upon start. The first output, M7(A) -1, energizes the unit's cooling water pump (refer to Figure 2.1). The second output, M7(A) - 2, energizes an external ventilation fan that is either in the ventilation ductwork or ventilating the entire room. These same outputs are available on every unit in a multiple unit installation (ie. M7(B)-1 & M7 (B)-2). The staging and control of multiple TECOGEN® units is addressed in Section 2.6.6.

### C. Load #3 Pool Heating

The pool heating design is the same at that described in section 2.6.7.c.

### D.   Dump Radiator

As discussed earlier, an engine dump radiator is required to operate the cogeneration unit at full power output when the heating load is not available or is only partially available. First, the elements of design for the dump radiator will be presented. Following this discussion will be the thermal specifications for a dump radiator. It is available from the factory or may be supplied by others, .

The elements of design are described below:

### 1. Piping
*Building Side* - The radiator is installed outdoors to reject the heat to the outside air. Rather than piping directly to the radiator, a secondary dump heat exchanger is recommended when a glycol mixture is required in the radiator circuit for freeze protection. Pump P6 circulates the flow. If glycol is not required due to a warm climate, then the radiator can be piped directly to the TECOGEN® heat recovery loop (see Inset on Figure 2.7a).

*TECOGEN Side* - A temperature control valve is used on the outlet of the dump heat exchanger to control the mix temperature going back to the engine(s). The temperature setpoint of this valve MV1 should not exceed 180 °F. If all of the heat has been rejected to the building loads, then the water entering the dump heat exchanger will be less than 180 °F. In this case Port C will close down and Port H will open, thus bypassing the dump heat exchanger. Conversely, if the building loads are not taking all of the heat, then the water flowing through Port H will begin to exceed 180 °F. In this case, Port C will open to allow flow through the dump heat exchanger.

### 2. Thermostat Settings
Unlike a typical heat load, a thermostat does not initiate the operation of the dump radiator. The control scheme is described the next section.

### 3. Control Logic Wiring
The cogeneration unit(s) have their own output to start the radiator pump P6 based on the water temperature returning to the unit. The setpoints for "Start" and "Stop" are adjustable on the cogeneration unit's control system and can be customized in the field to synchronize with the temperature control valve MV1. This valve is controlled independently of the cogeneration unit but will not be effective until the start of P6. The radiator sometimes has its own internal thermostat to start the radiator fans. Otherwise, an external sensor will be needed.

TECOGEN® *Cogeneration Module Installation Manual—February 2005*

# Installation 2

**Dump Radiator Specifications**

The thermal specifications for the radiator are presented in Table 2.4. Also, listed is a model number of a sample radiator that can be purchased from Tecogen. However, alternative radiator models may be selected and supplied by others.

In cold weather climates, the radiator is piped with a secondary dump heat exchanger so that a glycol mixture may be used in the outdoor loop. In this case, the radiator loop will require its own surge tank or expansion tank. The factory-supplied radiator is available with a surge tank accessory that bolts directly to the top of the radiator. Since the water volume of the radiator loop is site specific, the capacity of the surge tank should be checked carefully to ensure it is suitable.

Figures 2.8a, 2.8b, and 2.8c present the dimensions and physical specifications for the standard factory-supplied radiators (CM-75 and CM-60), as well as the dimensions and specifications for the surge tank accessory.

**Table 2.4   Radiator Specifications**

|  | CM-60 | CM-75 |
|---|---|---|
| Sample Radiator Model Number | HH-015-48A | HH-025-48A |
| Heat Rejection (MBtu/hr) | 440/448[1] | 490/511[1] |
| Ambient Air Temperature (°F) | 95 | 95 |
| Fluid | 50% EG or PG | 50% EG or PG |
| Entering Temperature (°F) | 225/227[1] | 230/232[1] |
| Return Temperature (°F) | 180 | 180 |
| Flow Rate (gpm) | 22 | 22 |
| Pressure Rating (psig) | 60 | 60 |

*Notes*
*1. Standard Units/Emission Control Units*



**DIMENSIONS (INCHES)**

| MODEL | A | C | C₁ | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| HH-015-41 | 64.3 | 8.1 | 8.1 | 56.8 | 53.7 | 3.1 | 38.8 | 2.5 |
| HH-015-42 | 59.1 | 8.1 | 3.0 | 56.8 | 53.7 | 3.1 | 38.8 | 2.5 |
| HH-015-44 | 56.1 | 5.1 | 3.0 | 56.7 | 52.9 | 2.8 | 39.5 | 2.5 |
| HH-015-48 | 56.1 | 5.1 | 3.0 | 57.0 | 53.1 | 2.5 | 40.0 | 2.0 |

**SPECIFICATIONS**

**Fan:**
36 Inch Dia. -- 7 Blade -- 1/Unit
**Motor -- "A" Series:**
2.0 HP @ 1200 Nom. RPM (Standard) TEFC, 184T
Frame --1/Unit
**Motor -- "B" Series:**
1.0 HP @ 900 Nom. RPM (Hushed) TEFC, 182T
Frame -- 1/Unit

**Std. Electrical Configuration:**
3/60/460. Other voltages (200V, 230V, 575V) must be identified at time of inquiry and at time of order.
**Max. Operating Pressure: 250 PSI**
**Max. Operating Temperature: 300°F**
**Unit Dry Weight:** 475 Lbs.
**Fluid Capacity:** 7.5 U.S. Gal.

*All units shipped on their sides with legs removed.*

**Figure 2.8b   CM-60 Sample Engine Dump Radiator**

# 2    Installation



## DIMENSIONS (INCHES)

| MODEL | A | B | C | C₁ | D | E | F | G | H |
|-------|-----|------|-----|-----|------|------|-----|------|-----|
| HH-025-41 | 109.3 | 90.0 | 8.1 | 8.1 | 56.8 | 53.7 | 3.1 | 38.8 | 2.5 |
| HH-025-42 | 104.1 | 90.0 | 8.1 | 3.0 | 56.8 | 53.7 | 3.1 | 38.8 | 2.5 |
| HH-025-44 | 101.1 | 90.0 | 5.1 | 3.0 | 57.0 | 53.1 | 2.8 | 39.4 | 2.5 |
| HH-025-48 | 101.1 | 90.0 | 5.1 | 3.0 | 57.0 | 53.1 | 2.5 | 40.0 | 2.0 |
| HH-035-41 | 133.3 | 114.1 | 8.1 | 8.1 | 56.8 | 53.7 | 3.1 | 38.8 | 2.5 |
| HH-035-42 | 128.1 | 114.1 | 8.1 | 3.0 | 56.8 | 53.7 | 3.1 | 38.8 | 2.5 |
| HH-035-44 | 125.1 | 114.1 | 5.1 | 3.0 | 57.0 | 53.1 | 2.8 | 39.4 | 2.5 |
| HH-035-48 | 125.1 | 114.1 | 5.1 | 3.0 | 57.0 | 53.1 | 2.5 | 40.0 | 2.0 |

### SPECIFICATIONS

Fan:
36 Inch Dia. – 7 Blade – 2/Unit
Motor – "A" Series:
2.0 HP @ 1200 Nom. RPM (Standard) TEFC, 184T Frame –2/Unit
Motor – "B" Series:
1.0 HP @ 900 Nom. RPM (Hushed) TEFC, 182T Frame – 2/Unit

Std. Electrical Configuration:
3/60/460. Other voltages (200V, 230V, 575V) must be identified at time of inquiry and at time of order.
Max. Operating Pressure: 250 PSI
Max. Operating Temperature: 300°F
Unit Dry Weight: HH-025 – 950 Lbs.
HH-035 – 1200 Lbs.
Fluid Capacity: HH-025 – 15 U.S. Gal.
HH-035 – 17.8 U.S. Gal.

Figure 2.8a    CM-75 Sample Engine Dump Radiator

### Surge Tanks

#### DIMENSIONS (INCHES)

| For Use With | A | B | Group No. | Capacity |
|--------------|------|------|-----------|-----------|
| HH-015, 025, 035, 045 | 41.6 | 45.0 | 3534725 | 8.5 U.S. Gal. |
| HH-055, 070, 085, 105 | 86.6 | 90.0 | 3534221 | 17.0 U.S. Gal. |

Figure 2.8c    Sample Surge Tank Accessory

# Installation    2



FROM DRAWING CM-75-01, REV.5

**Drawing 1a   CM-60/CM-75 Installation Drawing-View 1**
*(see Appendix I for units with the Emission Control System Option)*

# 2  Installation



**Drawing 1b  CM-60/CM-75 Installation Drawing-View 2**
*(see Appendix 1 for units with the Emission Control System Option)*



**Drawing 1c    CM-60/CM-75 Installation Drawing-View 3**
*(see Appendix 1 for units with the Emission Control System Option)*

# 2   Installation



**Drawing 1d   CM-60/CM-75 Installation Drawing-View 4**
*(see Appendix 1 for units with the Emission Control System Option)*

# Installation 2



FROM DRAWING CM-75-01, REV.D

FIGURE 1
(SEE NOTE 2)

**NOTES:**

1. APPROXIMATE RIGGING WEIGHT: 3000 lbs. THE BASE OF THE UNIT IS EQUIPPED WITH FORKLIFT ACCESS HOLES.

2. ALLOW 3' CLEARANCE ALL AROUND UNIT FOR ROUTINE MAINTAINANCE. ONE OF THE THREE SHADED AREAS, AS SHOWN IN FIGURE 1, SHOULD ALSO BE LEFT CLEAR IN ORDER TO REMOVE THE ENGINE.

3. MAXIMUM ALLOWABLE ROOM TEMPERATURE 100°F. TECOGEN UNIT HEAT REJECTION TO AMBIENT SPACE= 30,000 BTU/HR. ENCLOSURE VENTILATION TO OUTSIDE IS RECOMMENDED WHEN ROOM VENTILATION IS NOT ADEQUATE. LOUVERS ON ENCLOSURE SHOULD BE REMOVED BEFORE MAKING DUCT CONNECTION.

4. A CONCRETE HOUSEKEEPING PAD IS RECOMMENDED: 6' X 4' X 8'

| CONN. | CONNECTION TABLE DESCRIPTION | SIZE | TYPE |
|---|---|---|---|
| A | GAS INLET | 1" | FPT |
| B | HOT WATER IN | 1" | FPT |
| C | HOT WATER OUT | 1" | FPT |
| D | EXHAUST OUT | 3" | TUBE |
| E (2) | GENERATOR VENTILATION CONNECTIONS (under louver) | 4"x 10' | DUCT |
| F | ELECTRICAL POWER (3-PHASE) | 3" | CONDUIT |
| G | ELECTRICAL CONNECTIONS (CONTROL AND 120 VAC) | 3/4" | CONDUIT |
| H | ENGINE COOLANT RELIEF VALVE | 3/4" | FPT |

**Drawing 1e   CM-60/CM-75 Installation Drawing - View 5**
*(see Appendix I for units with the Emission Control System Option)*

# 2  Installation

NOTES:

1. ROOM TEMPERATURE MUST NOT EXCEED 100°F. TECOGEN UNIT HEAT REJECTION TO AMBIENT SPACE IS APPROXIMATELY 30,000 BTU/HR. ENCLOSURE VENTILATION TO OUTSIDE IS RECOMMENDED IF ROOM VENTILATION IS NOT ADEQUATE.

2. CONTRACTOR TO PROVIDE ALL DUCTWORK AND DUCTWORK COMPONENTS INCLUDING 2 GALVANIZED STEEL TRANSITIONS FROM 4 IN. X 10 IN. OPENINGS ON REAR BULKHEAD TO 8 IN. DIAMETER VENT RISERS. LOUVERS ON ENCLOSURE SHOULD BE REMOVED TO MAKE DUCT CONNECTION.

3. ALL DUCTWORK AND DUCTWORK COMPONENTS MUST BE RATED FOR A 200°F OPERATING TEMPERATURE.

4. PROVIDE DURABLE, LEAKPROOF FLASHING AT WALL OR ROOF PENETRATION.

5. ENCLOSURE VENTILATION SHOWN IS NOT INTENDED TO VENTILATE THE ROOM.

6. THE INDUCED DRAFT FAN MOTOR SHOULD BE CONTROLLED BY THE M7 RELAY. REFER TO THE CUSTOMER CONNECTIONS WIRING SCHEMATIC.

7. IN UNUSUALLY DUSTY OR CAUSTIC ENVIRONMENTS, VENTILATION AND COMBUSTION AIR INLETS SHOULD BE DUCTED DIRECTLY FROM OUTDOORS.

8. MULTIPLE TECOGEN UNITS MAY SHARE A COMMON VENTILATION OUTLET DUCT THAT IS SIZED PROPERLY FOR THE TOTAL FLOW.

**Drawing 2   CM-60/CM-75 Ventilation**

# Installation 2



**Drawing 3   CM-60/CM-75 Customer Power Connection**

# 2    Installation



Drawing 4a    CM-60/CM-75 AC Control and Power Wiring Schematic

# Installation 2



**Drawing 4b   CM-60/CM-75 Customer Control Interface Wiring**

# 2   Installation



**Drawing 5    CM-60/CM-75 Utility Interface and Protection Schematic**

## Installation   2



**Drawing 6   CM-60/CM-75 Natural Gas Piping**

# 2    Installation



## Drawing 7 · CM-60/CM-75 Exhaust System Piping—Standard Unit
### (see Appendix I for units with Emission Control System Option)

# Installation 2



**Drawing 8 · CM-60/CM-75 Heat Recovery Piping—Standard Unit**
*(see Appendix 1 for units with Emission Control System Option)*

# 3  Maintenance

The Maintenance Schedule for the TECOGEN® cogeneration unit is presented below. Maintenance agreements and contracts are available from Tecogen.

Only authorized, qualified persons should operate and service the cogeneration unit.

## TECOGEN® CM60/CM75
### Scheduled Service Interval Guidelines

| Category | Interval | Item | Action |
|---|---|---|---|
| A | 750 Operating Hours | Engine Lube Oil<br>Engine Oil Filter<br>Air Filter[1]<br>Air Inlet Louver<br>Enclosure Fan<br>PCV Valve<br>Battery<br>Timing<br>Carburetor<br>Spark Plugs<br>Coupling<br>Engine Mounts<br>Condensate Trap<br>General<br><br>Safety Circuit[2] | Replace<br>Replace<br>Replace<br>Clean<br>Inspect and Clean<br>Inspect<br>Inspect and Clean Terminals<br>Check & Adjust if Necessary<br>Check & Adjust if Necessary<br>Replace<br>Inspect<br>Inspect<br>Clean<br>Check for Leaks, Check Electrical Connectors<br>Verify Operation (DSHT, PSHT, EXHT) |
| B | 2250 Operating Hours | A Items<br>Distributor Cap<br>Rotor<br>Distributor<br>Ignition Wires<br>PCV Valve<br>Engine Evaluation<br><br>Engine Valves<br>O₂ Sensor[4] | See above<br>Replace<br>Replace<br>Check for Shaft Bushing Wear<br>Replace<br>Replace<br>Blowby & Compression Test (Omit on First "B" Service)<br>Adjust<br>Replace |
| C | 6000 Operating Hours or Annually | Generator<br>Cylinder Heads<br>Catalyst[4]<br><br>"A" & "B" Items | Grease Bearings<br>Replace (if necessary)<br>Inspect, Wash or Replace every other interval (ie.12,000 hrs)<br>See Above |
| D | Typical Life[3] | Engine, Partial | Replace as indicated by Blowby and Compression Tests |

*Notes:*
1. *A dusty environment may require more frequent service for air filter.*
2. *The Safety Circuit acts as a redundant safety to ensure safe shutdown in the event of a microprocessor failure.*
3. *Typical engine life with proper service is 20,000-25,000 operating hours.*
4. *Applies only to units equipped with the TecoDrive Emission Control System.*

# Appendix 1

## Emission Control System Option
### *(Including Remote Exhaust Gas Heat Recovery)*
### For TECOGEN® CM-60 & CM-75

### A1.1 General Description

The emissions control system option is required in regions with increased restrictions on exhaust gas emissions. It is based upon a method of controlled combustion with exhaust gas treatment. A microprocessor-based, closed-loop, feedback control system maintains tight control over the air/fuel ratio. The rich-burn engine's exhaust is treated with a catalytic converter. The key factor to catalyst efficiency is maintaining the air/fuel ratio within a tight window, slightly rich of stochiometric, which is where the exact quantity of air is available so the oxygen completely combusts with the fuel. This effectively reduces emissions to very low levels.

The TECOGEN®'s microprocessor-based control system directly operates a stepper motor-controlled fuel control valve to precisely modulate the fuel flow. This is a closed-loop control system with the feedback signal coming from an $O_2$ sensor in the exhaust system that measures air/fuel ratio. (Note: The $O_2$ sensor is installed in the engine exhaust "wye" flex connector on the unit.) Other monitored parameters include engine speed, manifold pressure, intake air temperature, and engine coolant temperature.

The primary safety of the emission control system is an exhaust system thermocouple that will initiate an engine shutdown when a catalyst outlet over-temperature is detected. This protects against a fault when fuel/air ratio is maintained too rich. There is also a thermocouple on the inlet of the catalyst for diagnostics.

The operator interface with the Emission Control System is through the unit's main control panel. The status and alarms can be read on the display and the operator can verify the function of the emission control system. Monitoring of the exhaust stack emissions is not included in this option.

Each TECOGEN® has its own catalytic converter. The catalytic converter is shipped loose in a separate box along with its own thermally insulated blanket. It is the responsibility of the installing contractor to install the catalytic converter in the exhaust system. The inlet and outlet thermocouples are also shipped loose and need to be installed in the catalytic converter, and wired in to the control panel, prior to start-up.

Also, TECOGENs that are equipped with the emission control system require a heat recovery system that has a remote exhaust gas heat exchanger rather than the standard packaged heat exchangers. The reason for this is that the exhaust heat can not be removed until the exhaust gas has been through the catalytic converter since the catalyst requires elevated exhaust temperatures to function properly.

Drawing A1.1a thru Drawing A1.1e present the Installation Layout drawings for a TECOGEN® with the Emission Control System Option. Drawing A1.2 presents recommendations for the exhaust system design. Drawing A1.3 presents a schematic of the heat recovery system. Also, refer to Section 2.6 for additional water piping guidelines.

#### Note

*If Tecogen does the start-up, the final electrical connections for the thermocouples will be done by the Tecogen start-up technician.*

#### Important

*It is the responsibility of the site and/or installing contractor (and not Tecogen) to determine and obtain any needed air emissions permits from local authorities. Any needed controls equipment fees, coordination, permits, testing , monitoring systems, etc. are not included with the standard TECOGEN® cogeneration module.*

The following sections describe the accessories required for the emission control system option. Section A1.2 presents the catalytic converter. This component is supplied with the unit and is to be installed by others. The exhaust gas heat exchanger (Section A1.3), the silencer (Section A1.4), and the exhaust expansion joints (Section A1.5) are components that can be supplied by Tecogen as an additional option or furnished by others. These exhaust accessories are installed by others.

# Appendix 1

### A1.2  Catalytic Converter (Included with Emissions Control System Option)

The catalytic converter takes the untreated exhaust flow from the engine and converts it into naturally occurring compounds. The catalyst is a three-way or NSCR (Non-Selective Catalyst Reduction) catalyst, designed to simultaneously reduce $NO_x$, CO, and HC levels from a natural gas engine. It requires inlet temperatures of 700 °F to 1250 °F to chemically react the $NO_x$, CO, and HC and convert them into environmentally safe nitrogen, carbon dioxide, and water vapor.

Figure A1.1 presents the dimensional information on the catalyst. It is available in either 3" or 4" weld connec-

tions. Figure A1.2 presents the pressure loss information.

The catalytic converter is shipped loose in a separate box along with its own thermally insulated blanket. It is the responsibility of the installing contractor to install the catalytic converter in the exhaust system. The inlet and outlet thermocouples are also shipped loose and need to be installed in the catalytic converter, and wired in to the control panel, prior to start-up.

*Note*

*If Tecogen does the start-up, the final electrical connections for the thermocouples will be done by the Tecogen start-up technician.*



**Figure A1.1    Catalytic Converter**



**Figure A1.2  Catalytic Converter Pressure Loss**

# Appendix 1

## A1.3  Remote Exhaust Gas Heat Recovery Heat Exchanger *(Available From Tecogen)*

An exhaust gas heat exchanger, mounted downstream of the catalytic converter, is necessary to recover the total available engine waste heat. Tecogen can supply an exhaust gas heat recovery heat exchanger or it can be furnished by others. The detailed specifications for the factory-supplied heat exchanger is presented below.

The heat exchanger is to be mounted and piped by the installing contractor. Note the following:

♦  A condensate drain with trap (on the exhaust side) must be installed as per local codes.

♦  A 3/4" NPT ASME relief valve, set at 250 psig, is furnished loose and is to be installed on the water side. Refer to state and local codes for piping to drain.

♦  Two optional thermometers (3" Dial, bimetal, 50-300°F w/well), for the water side inlet and outlet, are shipped loose with the unit for installation in the site piping.

♦  Refer to Drawing A1.2 for exhaust system piping drawing.

♦  Mounting bracket is shown in position for suspension from ceiling. A wall mounted configuration is a special order and must therefore be specified at time of ordering.

The features of this heat exchanger are as follows:

♦  3" or 4" 150 lb RFSO inlet and outlet exhaust flanges.

♦  1" NPT male inlet and outlet liquid connection

♦  3/4" NPT male exhaust condensate drain connection

♦  SA178 GrA carbon steel tubes with carbon steel fins

♦  Stainless steel interior shell

♦  4" thick factory insulation

♦  Carbon steel insulation sheathing

♦  Primed and painted black satin

♦  Ship Loose Items:

  (1) 3/4" NPT ASME Pressure Relief Valve set at 250 psig

  (2) Liquid Thermometers, 3" Dial w/well, 50-300°F

  (1) Exhaust Gas Thermometer, 5" Adjustable Dial, 200-1000 °F

The performance specifications for this heat exchanger is presented in Table A1.1. A drawing of this heat exchanger is presented in Figure A1.3.

### Table A1.1

| | CM-60 | CM-75 |
|---|---|---|
| Load [Btu/hr] | 157,000 | 175,000 |
| **Exhaust Side** | | |
| Flow [SCFM] | 116 | 144 |
| Temperature In [°F] | 1123 °F | 1193 °F |
| Temperature Out [°F] | 290 °F | 290 °F |
| Pressure Drop | 1.0 in wc | 1.4 in wc |
| Connection Size [in] | (2) 3" or 4" 150 lb RFSO Flange | |
| **Water Side** | | |
| Fluid | Water | Water |
| Flow [gpm] | 22 | 22 |
| Temperature In [°F] | 192 °F | 193 °F |
| Temperature Out [°F] | 206 °F | 209 °F |
| Pressure Drop | 6.3 psig | 6.3 psig |
| Connection Size | (2) 1" MPT | |
| Maximum Pressure | 250 psig | |
| **Drain Connection** | 3/4" MPT | |
| **Dry Weight** | 420 lbs | |

*Important*

*Never operate the TECOGEN® without coolant flow through the exhaust gas heat exchanger since it could destroy the heat exchanger.*

*Important*

*If it is necessary to remove the exhaust heat exchanger from service, do not operate the TECOGEN®.*

# Appendix 1



| Connection Size [in.] | L1 [in.] | L2 [in.] |
|---|---|---|
| 3" | 45" | 12.3" |
| 4" | 51" | 15.3" |

Figure A1.3  Exhaust Gas Heat Exchanger

# Appendix 1

## A1.4  Exhaust Silencers *(Available from Tecogen)*

Each cogeneration unit requires one exhaust silencer that is available from Tecogen in either carbon steel or stainless steel. Carbon steel silencers are typically used, however units with exhaust heat recovery or emissions control options sometimes use stainless steel silencers. The silencer is also available in Critical Grade or Hospital Grade. Hospital grade has a higher noise reduction capability. Table A1.2 presents the dimensional information on the silencers. Also presented are the sound attenuation levels for the two different grades (Figure A1.4) and the pressure loss curves for the silencers (Figure A1.5).

### Table A1.2    Silencer Dimensional Information

| Flange Size (150 lb) | Grade | Material | A [in] | B [in] | C [in] | Wt [lb] |
|---|---|---|---|---|---|---|
| 3" | Hospital | Carbon Steel | 3 | 12 | 44.5 | 75 |
| 4" | Critical | Carbon Steel | 4 | 10 | 56 | 72 |
| 4" | Critical | Stainless | 4 | 10 | 56 | 72 |
| 4" | Hospital | Carbon Steel | 4 | 14 | 60 | 115 |
| 4" | Hospital | Stainless | 4 | 14 | 60 | 115 |



Figure A1.4  Silencer Sound Attenuation



Figure A1.5  Silencer Pressure Drop (Both Critical and Hospital Grade)

# Appendix 1

### A1.5 Exhaust Expansion Joints
*(Available from Tecogen)*

A thermal expansion joint(s) is sometimes required for the piping upstream of the exhaust heat exchanger, where the temperature can be as high as 1200 °F at full load. Downstream of the exhaust heat exchanger, the exhaust temperature is cooled to less than 300 °F, so the thermal expansion is much less. It is the responsibility of the engineer/installing contractor to determine how many expansion joints are required, and their location within the exhaust piping, since a lot depends on the number of elbows and their locations. However, as a guideline, Table A1.3 presents an estimate of the required amount of expansion joints per foot of piping.

It is also important to properly anchor and guide the pipes to ensure the expansion joint absorbs the motion for which it was designed. Inadequate anchoring and improper guiding can cause stresses that reduce the expansion joint's life, cause pipe buckling, and system failure. Anchors in a piping system are generally of two kinds, main anchors to absorb full pressure thrust forces generated by the expansion joint, and intermediate anchors to absorb forces generated by the expansion joint bellows spring forces. Figure A1.6 presents the recommendations for anchoring when there is a span of pipe between two main anchors, as well as when there is an intermediate anchor.

The exhaust expansion joints, that are available from Tecogen, have a stainless steel bellows with carbon steel flanges. They are available with either 3" or 4" flanges. Table A1.4 presents the Expansion Joint Specifications.

### *Important*
*Failure of an exhaust expansion joint can cause leakage of CO into the mechanical room or present a fire hazard. It is important that these joints are installed as per manufacturer's guidelines, the guidelines listed above, and local codes. Provisions should be made to allow for periodic inspection of the joints (i.e. removable insulation).*

**Table A1.3   Joints per Foot of Piping**

| Pipe Material | Hot Exhaust (1200 °F) Upstream of Exhaust HX | | Cooled Exhaust (300 °F) Downstream of Exhaust HX | |
|---|---|---|---|---|
| | Expansion per 10 Feet | # of Expansion Joints Required | Expansion per 10 Feet | # of Expansion Joints Required |
| Low Carbon Steel | 1.2" | 1 every 25' | .24" | 1 every 125' |
| Stainless Steel | 1.5" | 1 every 20' | .34" | 1 every 88' |

**Table A1.4   Expansion Joint Specifications**

| Flange Size | Axial Compres. (inches) | Lateral Offset From C/L (inches) | Axial Spring Rate (lbs per Inch) | Overall Length (inches) | Wt [lb] |
|---|---|---|---|---|---|
| 3" | 3.5" | 1.0 | 107 | 13 | 10 |
| 4" | 3 | .75 | 617 | 16 | 23 |

*Two Main Anchors*



*Two Main Anchors w/Intermediate Anchor*



Figure A1.6   Expansion Joint Anchoring Guide

# Appendix 1



**Drawing A1.1a   CM-60/CM-75 Installation Drawing-View 1**
*(For units with the Emission Control System Option)*

# Appendix 1



FROM DRAWING CM-75-03, REV.E

**Drawing A1.1b  CM-60/CM-75 Installation Drawing–View 2**
*(For units with the Emission Control System Option)*

# Appendix 1



**Drawing A1.1c    CM-60/CM-75 Installation Drawing-View 3**
*(For units with the Emission Control System Option)*

# Appendix 1



FROM DRAWING CM—75—03, REV.E

**Drawing A1.1d  CM-60/CM-75 Installation Drawing-View 4**
*(For units with the Emission Control System Option)*

# Appendix 1



FIGURE 1
(SEE NOTE 2)

FROM DRAWING CM-75-03, REV.E

NOTES:

1. APPROXIMATE RIGGING WEIGHT: 3000 lbs. THE BASE OF THE UNIT IS EQUIPPED WITH FORKLIFT ACCESS HOLES.

2. ALLOW 3' CLEARANCE ALL AROUND UNIT FOR ROUTINE MAINTAINANCE. ONE OF THE THREE SHADED AREAS, AS SHOWN IN FIGURE 1, SHOULD ALSO BE LEFT CLEAR IN ORDER TO REMOVE THE ENGINE.

3. MAXIMUM ALLOWABLE ROOM TEMPERATURE 100°F. TECOGEN UNIT HEAT REJECTION TO AMBIENT SPACE= 30,000 BTU/HR. ENCLOSURE VENTILATION TO OUTSIDE IS RECOMMENDED WHEN ROOM VENTILATION IS NOT ADEQUATE. LOUVERS ON ENCLOSURE SHOULD BE REMOVED BEFORE MAKING DUCT CONNECTION.

4. A CONCRETE HOUSEKEEPING PAD IS RECOMMENDED: 6'x 4'x 8'

| CONN | CONNECTION TABLE | | |
|---|---|---|---|
| | DESCRIPTION | SIZE | TYPE |
| A | GAS INLET | 1" | FPT |
| B | HOT WATER IN | 1" | FPT |
| C | HOT WATER OUT | 1" | FPT |
| D | EXHAUST OUT | 3" | 125/150 lb. ANSI STEEL PLATE FLANGE |
| E (2) | GENERATOR VENTILATION CONNECTIONS (under louver) | 4"X 10" | DUCT |
| F | ELECTRICAL POWER (3-PHASE) | 3" | CONDUIT |
| G | ELECTRICAL CONNECTIONS (CONTROL AND 120 VAC) | 3/4" | CONDUIT |
| H | ENGINE COOLANT RELIEF VALVE | 3/4" | FPT |

**Drawing A1.1e  CM-60/CM-75 Installation Drawing - View 5**
*(For units with the Emission Control System Option)*

# Appendix 1



Drawing A1.2  CM-60/CM-75 Exhaust System Piping
*(For units with the Emission Control System Option)*



**Drawing A1.3   CM-60/CM-75 Heat Recovery Piping**
*(For units with the Emission Control System Option)*

# Appendix 2

## Power Factor Correction Design Note
### For TECOGEN® CM-60 & CM-75

The following is a design recommendation for integrating a power factor correction capacitor system with the TECO-GEN® cogeneration unit. This system, to be supplied by others, will allow the power factor to be corrected to approximately 97%, if 30 kVAR of correction is applied (and all of the capacitors are functional). The TECOGEN® panel will display the corrected power factor.

The design scheme is presented in Drawing A2.1. It requires that the customer supply capacitors (C1), with its own separate contactor (S7) and disconnect switch, mounted remotely from the cogeneration unit. Tecogen supplies an auxiliary contactor (M1AUXB) that is installed in the switchgear enclosure of the unit by the Tecogen startup technician. The customer connections required are a 3-phase power interconnection made within the switchgear enclosure and a control interconnection made at the Customer Control Interface Box. This system will allow the TECOGEN panel to display the corrected power factor.

The capacitors are connected and disconnected from the bus by contactor S7. The contactor, in turn, is controlled by relay M8 in series with auxiliary contact M1AUXB. Relay M8 is a DPDT (double-pole, double-throw) relay, which energizes when the output rises above 40 kW and de-energizes when the output falls below 30 kW. (Note: It may be desirable to increase the minimum power on the CM-60 to at least 35 kW to prevent running without the capacitors; see the operator's manual for instructions on making this adjustment. The CM-75 minimum power default is already 35 kW) The time delays built into the TECOGEN control program prevent the capacitor contactor from reclosing in less than one minute. The auxiliary contact offers additional assurance that the capacitors cannot be connected while the generator is off line.

A Bill of Materials for this system is presented in Table A2.1. The capacitors shown in the Bill of Materials correct the power factor to the range of 95% - 97%, depending upon the voltage. Use Table A2.2 for exact values. CORRECTION IN EXCESS OF 30 kVAR SHOULD NOT BE APPLIED.

If capacitors other than those specified above are used, they should be chosen to meet the National Electrical Code (or local code) requirements applicable to the intended location, etc., especially regarding oil volume and bleed resistor discharge time. If the substitute capacitors do not include internal fuses, then appropriate fuses or a circuit breaker should be added on the capacitor tap.

The use of on-site capacitors may also require the use of enhanced voltage and frequency relaying, if required by the local utility.

#### Table A2.1  Bill of Materials For Power Factor Correction (CM-60 or CM-75)

| Voltage | 208/230 V | 460—480 V |
|---|---|---|
| Tap Size (AWG) | 2 | 6 |
| Fused Capacitor Disconnect Switch Ampacity | 150 A | 60A |
| C1 Capacitor— *Gentec** <br> • *With internal fuses and blown fuse indicator* <br> • *Refer to Table A2.2 for Power Factor* | 9947-FCDW-BFI <br> 24 kVAR @ 208 V <br> 28 kVAR @ 230 V | 21372-HCDW-BFI <br> 23 kVAR @ 460 V <br> 25 kVAR @ 480 V |
| S7 Contactor- *Sprecher and Schuh** | CA7-60-10-120 <br> CA7-60-120-R6 (*On Integrated Units—includes rainproof enclosure and on/off switch—see Figure A3.5*) | |

\* Catalog Cut Sheets Attached

#### Table A2.2  Full-Load Power Factor vs. kVAR Correction

| Correction, kVAR | CM-60 Power Factor (%) | CM-75 Power Factor (%) |
|---|---|---|
| 0.0 | 82.0 | 85.0 |
| 10.0 | 88.3 | 89.9 |
| 15.0 | 91.3 | 92.2 |
| 20.0 | 93.9 | 94.3 |
| 23.0 | 95.4 | 95.4 |
| 24.0 | 95.8 | 95.8 |
| 25.0 | 96.3 | 96.1 |
| 28.0 | 97.4 | 97.1 |
| 30.0 | 98.1 | 97.7 |

# Appendix 2



**Drawing A2-1  Power Factor Correction Wiring**
*(For Integrated Unit Wiring—see Figure A3.5)*

# Appendix 2

## C1 Capacitor *(For 208/230 Volt Units)*

# GENTEC INDUSTRIAL LOW VOLTAGE CAPACITORS

### SPECIFICATION OF 3 PHASE CAPACITOR UNIT

- TYPE                     DRY SELF-HEALING INTERNALLY PROTECTED CAPACITOR DRY DESIGN
- RATED VOLTAGE            208/240V,60Hz
- OVERVOLTAGE                    • OVERCURRENT
  - 1.1 $U_N$ CONTINUOUS         1.35 $I_N$ CONTINUOUS
  - 1.15 $U_N$ 30 MIN/DAYS
- STANDARD                 CSA, UL, IEC, VDE AND BS
- DIELECTRIC METALLIZED POLYPROPYLENE FILM
- INSULATION CLASS         3 KV RMS/15KV PEAK
- LOSSES                   < 0.5 W/KVAR
- TEMPERATURE              −40°C/+50°C
- CABLE CONNECTION TERMINALS
- THE CAPACITOR ARE SUPPLIED WITH EXTERNAL DISCHARGE RESISTORS, EXTERNAL FUSE PROTECTION AND TERMINAL COMPARTMENT (K) INDOOR AND (W) OUTDOOR USE



| 3 PHASE CAPACITORS, 208/240V, 60Hz | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| KVAR | | PARTS NUMBER | WEIGHT | | DIMENSIONS A | | B | |
| 208V | 240V | | LBS | KG | INCHES | MM | INCHES | MM |
| 4 | 5 | 21357-MCDF-F | 19.0 | 8.7 | 16.3 | 415 | 7.5 | 190 |
| 6 | 7.5 | 21358-MCDF-F | 19.0 | 8.7 | 16.3 | 415 | 7.5 | 190 |
| 7.5 | 10 | 21359-MCDF-F | 21.5 | 9.7 | 16.3 | 415 | 7.5 | 190 |
| 12 | 15 | 21360-MCDF-F | 21.5 | 9.7 | 16.3 | 415 | 7.5 | 190 |
| 15 | 20 | 21361-HCDF-F | 24.5 | 11.2 | 19.1 | 485 | 10.2 | 260 |
| 20 | 25 | 21362-FCDF-F | 26.8 | 12.2 | 20.3 | 515 | 11.0 | 290 |
| 24 | 30 | 9947-FCDF-F | 26.8 | 12.2 | 20.3 | 515 | 11.0 | 290 |
| 30 | 40 | 9953-KCDF-F | 33.4 | 15.2 | 27.0 | 685 | 17.3 | 460 |
| 40 | 50 | 21687-KCDF-F | 35.6 | 16.2 | 27.0 | 685 | 17.3 | 460 |

OPTION:    ☒ 3 PHASE BLOWN FUSE INDICATOR.
           ☐ DUSTIGHT TYPE
           ☒ OUTDOOR USE

PART NUMBER

21687-KCDF-F-BFI

#=GENTEC DIMENSIONS
C=INTERNALLY PROTECTED (FUSES)
F=DELTA
Y=STAR

F USED (EXTERNAL)
BLOWN FUSE INDICATOR (BFI)
P=DUSTPROOF
K=INDOOR USE
W=OUTDOOR USE

BLOWN FUSE IND."BFI" (OPTIONNAL)

DISCHARGE RESISTORS
BUSHING/TERMINAL M12

6.5"
166mm

S ANDARD TO
BE APPLIED

gentec
MINI NOKIA CAPACITOR

SK−3.564FI

96/08/20   1:5   (N3C0143a)

# Appendix 2

## C1 Capacitor (*For 460/480 Volt Units*)

# GENTEC INDUSTRIAL LOW VOLTAGE CAPACITORS

SPECIFICATION OF 3 PHASE CAPACITOR UNIT

- TYPE          DRY SELF-HEALING INTERNALLY PROTECTED CAPACITOR DRY DESIGN
- RATED VOLTAGE      480V, 60Hz
- OVERVOLTAGE
  - OVERCURRENT
  - 1.15 $U_N$ CONTINUOUS       1.35 $I_N$ CONTINUOUS
  - 1.15 $U_N$ 30 MIN/DAYS
- STANDARD       CSA, UL, IEC, VDE AND BS
- DIELECTRIC METALLIZED POLYPROPYLENE FILM
- INSULATION CLASS    3 KV RMS/15KV PEAK
- LOSSES         < 0.5 W/KVAR
- TEMPERATURE      -40°C/+50°C
- CABLE CONNECTION TERMINALS
- THE CAPACITOR ARE SUPPLIED WITH EXTERNAL DISCHARGE RESISTORS AND
  TERMINAL COMPARTEMENT (K) INDOOR AND (W) OUTDOOR USE



### 3 PHASE CAPACITORS, 480V, 60Hz

| KVAR | PARTS NUMBER | WEIGHT | | DIMENSIONS A | | B | |
|------|--------------|--------|------|------|------|------|------|
| | | LBS | KG | INCHES | MM | INCHES | MM |
| 2 | 22650-MCDK-F | 17.8 | 8.1 | 16.3 | 415 | 7.5 | 190 |
| 3 | 22202-MCDK-F | 17.8 | 8.1 | 16.3 | 415 | 7.5 | 190 |
| 4 | 22651-MCDK-F | 17.8 | 8.1 | 16.3 | 415 | 7.5 | 190 |
| 5 | 21686-MCDK-F | 17.8 | 8.1 | 16.3 | 415 | 7.5 | 190 |
| 6 | 22203-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 7.5 | 21368-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 10 | 21369-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 12.5 | 31237-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 15 | 21370-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 17.5 | 31238-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 20 | 21371-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 25 | 21372-HCDK-F | 25.4 | 11.5 | 19.1 | 485 | 10.2 | 260 |
| 30 | 21373-HCDK-F | 25.4 | 11.5 | 19.1 | 485 | 10.2 | 260 |
| 35 | 31239-HCDK-F | 29.8 | 13.5 | 20.3 | 515 | 11.4 | 290 |
| 40 | 21374-FCDK-F | 29.8 | 13.5 | 20.3 | 515 | 11.4 | 290 |
| 45 | 31240-SCDK-F | 31.9 | 14.5 | 23.0 | 585 | 14.2 | 360 |
| 50 | 21375-SCDK-F | 31.9 | 14.5 | 23.0 | 585 | 14.2 | 360 |
| 60 | 21376-KCDK-F | 34.2 | 15.5 | 27.0 | 685 | 18.1 | 460 |
| 70 | 22652-KCDK-F | 34.2 | 15.5 | 27.0 | 685 | 18.1 | 460 |
| 75 | 21377-KCDK-F | 36.4 | 16.5 | 27.0 | 685 | 18.1 | 460 |
| 80 | 22653-ACDK-F | 41.0 | 18.5 | 28.1 | 715 | 19.3 | 490 |
| 90 | 22654-TCDK-F | 45.2 | 20.5 | 32.1 | 815 | 23.2 | 590 |
| 100 | 21378-TCDK-F | 47.4 | 21.5 | 32.1 | 815 | 23.2 | 590 |

# Appendix 2

## S7 Contactor (*For both 208/230 V and 460/480V Units*)



### sprecher+schuh

**Technical Information**

*CA7 Contactors*

**NEW**

### Electrical Data

| | | | CA7-9 | CA7-12 | CA7-16 | CA7-23 | CA7-30 | CA7-37 | CA7-43 | CA7-60 | CA7-72 | CA7-85 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capacitor Ratings** | | | | | | | | | | | | |
| **Capacitor Switching - 50Hz** | | | | | | | | | | | | |
| Single Capacitor - 40°C | 230 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 19.9 | 25 | 39.8 | 39.8 | 39.8 |
| | 240 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 41.6 | 41.6 |
| | 380 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 400 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 415 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 500 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 690 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| Single Capacitor - 60°C | 230 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 17.9 | 25 | 39.8 | 39.8 | 39.8 |
| | 240 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 18.7 | 25 | 40 | 41.6 | 41.6 |
| | 380 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 400 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 415 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 500 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 690 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| Capacitor Bank - 40°C ① | 230 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 19.9 | 25 | 39.8 | 39.8 | 39.8 |
| | 240 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 41.6 | 41.6 |
| | 380 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 400 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 415 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 500 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 690 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| Capacitor Bank - 60°C ① | 230 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 17.9 | 25 | 39.8 | 39.8 | 39.8 |
| | 240 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 18.7 | 25 | 40 | 41.6 | 41.6 |
| | 380 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 400 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 415 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 500 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 690 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| **Capacitor Switching - 60Hz** | | | | | | | | | | | | |
| Single Capacitor - 40°C | 200 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 17.3 | 21.8 | 31.2 | 31.2 | 34.6 |
| | 230 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 17.9 | 25 | 39.8 | 39.8 | 39.8 |
| | 460 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 600 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| Capacitor Bank - 40°C ① | 200 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 17.3 | 21.8 | 31.2 | 31.2 | 34.6 |
| | 230 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 17.9 | 25 | 39.8 | 39.8 | 39.8 |
| | 460 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 600 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |

# Appendix 2

## S7 Contactor *(For both 208/230 V and 460/480V Units)*

**sprecher+ schuh**

**Dimensions**

*CA7 Contactors*

*NEW*

A

CA7

### Series CA7 & Series CAU7 (Contactors & Reversing Contactors)




• Dimensions are in millimeters (inches)
• Dimensions not intended for manufacturing purposes

| | Catalog Number | a | b | c | c1 | c2 | Ød | d1 | d2 |
|---|---|---|---|---|---|---|---|---|---|
| AC Contactors | CA7-9...CA7-23 | 45 (1-25/32) | 81 (3-3/16) | 80.5 (3-11/64) | 75.5 (3-3/32) | 6 (1/4) | 2 – 4.5 (2-3/16) | 60 (2-23/64) | 35 (1-25/64) |
| | CA7-30, CA7-37 | 45 (1-25/32) | 81 (3-3/16) | 97.5 (4) | 92.6 (3-49/64) | 6.5 (17/64) | 2 – 4.5 (2-3/16) | 60 (2-23/64) | 35 (1-25/64) |
| | CA7-43 | 54 (2-1/8) | 81 (3-3/16) | 100.5 (4-7/64) | 95.6 (3-7/8) | 6.5 (17/64) | 2 – 4.5 (2-3/16) | 60 (2-23/64) | 45 (1-25/32) |
| | CA7-60...CA7-85 | 72 (2-53/64) | 122 (4-51/64) | 117 (4-49/64) | 111.5 (4-35/64) | 8.5 (21/64) | 4 – 5.4 (4-7/32) | 100 (3-15/16) | 55 (2-11/64) |
| DC Contactors | CA7-9C...CA7-16C | 45 (1-25/32) | 81 (3-3/16) | 106.5 (4-3/16) | 101.5 (4) | 6 (1/4) | 2 – 4.5 (2-3/16) | 60 (2-23/64) | 35 (1-25/64) |
| | CA7-23C | 45 (1-25/32) | 81 (3-3/16) | 123.5 (4-55/64) | 119 (4-43/64) | 6 (1/4) | 2 – 4.5 (2-3/16) | 60 (2-23/64) | 35 (1-25/64) |
| | CA7-30C ...CA7-37C | 45 (1-25/32) | 81 (3-3/16) | 141.5 (5-37/64) | 136.5 (5-3/8) | 6.5 (17/64) | 2 – 4.5 (2-3/16) | 60 (2-23/64) | 35 (1-25/64) |
| | CA7-43C | 54 (2-1/8) | 81 (3-3/16) | 144.5 (5-11/16) | 140 (5-33/64) | 6.5 (17/64) | 2 – 4.5 (2-3/16) | 60 (2-23/64) | 45 (1-25/32) |
| | CA7-60D ...CA7-85D | 72 (2-53/64) | 122 (4-51/64) | 117 (4-49/64) | 111.5 (4-35/64) | 8.5 (21/64) | 4 – 5.4 (4-7/32) | 100 (3-15/16) | 55 (2-11/64) |

### Reversing Contactors & Accessories (+...)

| Contactors with... | | Dim. [mm] | Dim. [Inches] |
|---|---|---|---|
| auxiliary contact block for front mounting | 2-, or 4-pole | c/c1 + 39 | c/c1 + 1-37/64 |
| auxiliary contact block for side mounting | 1-, or 2-pole | c/c1 + 9 | c/c1 + 23/64 |
| pneumatic timing module | | a + 9 | a + 23/64 |
| electronic timing module | on coil terminal side | c/c1 + 58 | c/c1 + 2-23/64 |
| reversing contactor w/mech. interlock | on side of contactor | b + 24 | b + 15/16 |
| mechanical latch | | a+9+a | a+ 23/64+a |
| interface module | on coil terminal side | c/c1 + 61 | c/c1 + 2-31/64 |
| surge suppressor | on coil terminal side | b + 9 | b + 23/64 |
| ❶ Labeling with... | label sheet | b + 3 | b + 1/8 |
| | marking tag sheet with clear cover | + 0 | + 0 |
| | marking tag adapter for V4 / V5 Terminals | + 5.5 | + 7/32 |

**Mounting Position**



*AC contactors*



*DC contactors*

Discount Schedule A-1

A39

# Appendix 3

# Integrated Unit
## For TECOGEN® CM-60 & CM-75

The Integrated Unit is a TECOGEN® cogeneration module with a fully packaged emission control system, plumbing module for the heat recovery system, and power factor correction capacitors. This purpose of the Integrated unit is to streamline the installation of the modules equipped with the emission control option since this option contains major components, specifically the catalytic converter and exhaust heat exchanger, that are otherwise field-installed.

Referring to the piping schematic presented in Drawing A3.1, the scope of exhaust piping and heat recovery piping that is included with the Integrated Unit is presented inside the dotted box. For comparison, the acoustic enclosure shown around the engine/generator marks the module boundaries. As indicated, the Integrated Unit significantly simplifies the amount of piping done by the installer.

Drawing A3.2 (a-c) presents the Installation Layout of the unit with all of the connection points, their sizes, and locations.

## A3.1  Heat Recovery Piping
The heat recovery piping in the Integrated Unit includes the Basic Module Plumbing discussed in Section 2.6.2; the circulating pump, the thermostatic control valve and bypass, the city water hook-up with backflow preventer, an expansion tank with regulator (*FILL-TROL 111*), air separator, strainer, and shut-off valves. The piping is equipped with two temperature sensors (thermistors) for measuring the water temperature leaving and returning to the Integrated Unit. These sensors are pre-wired to the TECOGEN® control system. The installer just needs to make three (3) connections on the water-side; the city water supply, and the connections to and from the thermal load heat exchanger. For guidelines on the design and installation of the building heat recovery piping system, refer to Section 2.6 External Water Piping For Heat Recovery.

*Note*

*For multiple unit installations, one common make-up line and expansion tank should be used on the building piping (refer to Section 2.6.5). In this case, the Integrated Unit should not be equipped with an individual expansion tank.*

## A3.2  Exhaust System Piping
The exhaust system on the Integrated Unit includes the catalytic converter, the exhaust heat exchanger, and the silencer. All of these components, as well as the piping, are insulated. The thermocouples for the inlet and outlet of the catalytic converter are installed in the piping and pre-wired to the TECOGEN® control system. An exhaust over-temperature switch is installed downstream of the exhaust heat exchanger and wired into the engine safety circuit. This protects the site's exhaust system from high temperatures in the event of heat exchanger degradation or failure.

Drawing A3.3 presents the guidelines for the field-installed piping, by others, downstream of the Integrated Unit.

*Important*

*It is the responsibility of the site and/or installing contractor (and not Tecogen) to determine and obtain any needed air emissions permits from local authorities. Any needed controls equipment fees, coordination, permits, testing, monitoring systems, etc. are not included with the standard TECOGEN® cogeneration module.*

Refer to Appendix A1 for details of the emission control system and the specifications of the components.

## A3.3  Power Factor Correction System
The Integrated Unit is equipped with a Power Factor Correction System. This includes the capacitors along with the contactor, mounted on the frame of the unit, and wired into the TECOGEN® control system. Drawing A3.4 presents the Utility Interface and Protection Schematic that illustrates that these Power Factor Correction components are included in the Integrated Unit's scope. A schematic is presented in Drawing A3.5 that indicates the details of the wiring. The installing contractor is required to bring 120 VAC to the module for powering this system.

Refer to Appendix 2 for detailed specifications on the Power Factor Correction components.

# Appendix 3



Drawing A3.1   CM-60/CM-75 Integrated Unit — Piping Schematic

# Appendix 3



Drawing A3.2a   CM-60/CM-75 Integrated Unit — Installation Drawing-View 1

FROM DRAWING 210-04-000 REV.C

# Appendix 3



FROM DRAWING 210-04-000 REV.C

Drawing A3.2b    CM-60/CM-75 Integrated Unit — Installation Drawing-View 2

# Appendix 3

NOTES:

1. APPROXIMATE RIGGING WEIGHT: 4000 lbs. THE BASE OF THE UNIT IS EQUIPPED WITH FORKLIFT ACCESS HOLES.

2. ALLOW 3' CLEARANCE ALL AROUND UNIT FOR ROUTINE MAINTAINANCE. ONE OF THE TWO SHADED AREAS, AS SHOWN IN FIGURE 1, SHOULD ALSO BE LEFT CLEAR IN ORDER TO REMOVE THE ENGINE.

3. MAXIMUM ALLOWABLE ROOM TEMPERATURE 100°F. TECOGEN UNIT HEAT REJECTION TO AMBIENT SPACE= 30,000 BTU/HR. ENCLOSURE VENTILATION TO OUTSIDE IS RECOMMENDED SINCE MOST ROOM VENTILATION IS NOT ADEQUATE. LOUVERS ON ENCLOSURE SHOULD BE REMOVED BEFORE MAKING DUCT CONNECTION.

4. A CONCRETE HOUSEKEEPING PAD IS RECOMMENDED: 6'X 4'X 8'

5. EXPANSION TANK AND MAKE-UP WATER CONNECTIONS ARE NOT INCLUDE ON MULTIPLE UNIT INSTALLATIONS BECAUSE ONE COMMON EXPANSION TANK AND MAKE-UP WATER CONNECTION SHOULD BE USED. REFER TO THE TECOGEN INSTALLATION MANUAL.

## CONNECTION TABLE

| CONN. | DESCRIPTION | SIZE | TYPE |
|---|---|---|---|
| A | GAS INLET | 1" | FPT |
| B | HOT WATER IN | 1 1/2" | COPPER SWEAT |
| C | HOT WATER OUT | 1 1/2" | COPPER SWEAT |
| D | EXHAUST OUT | 3" | 125/150lb.ANSI FLANGE |
| E(2) | GENERATOR VENTILATION CONNECTIONS (under louver) | 4"X 10" | DUCT |
| F | ELECTRICAL POWER (3-PHASE) | 3" | CONDUIT |
| H | ELECTRICAL CONNECTIONS (CONTROL AND 120 VAC.) | 3/4" | CONDUIT |
| J | ENGINE COOLANT RELIEF VALVE | 3/4" | FPT |
| J | DRIP PAN DRAIN | 1/2" | FPT |
| K | MAKE-UP WATER (SEE NOTE 5) | 1/2" | FPT |

FROM DRAWING 210-04-000 REV.C

FIGURE 1
(SEE NOTE 2)

9'-6"

**Drawing A3.2c    CM-60/CM-75 Integrated Unit — Installation Drawing - View 3**

# Appendix 3



**Drawing A3.3   CM-60/CM-75 Integrated Unit— Exhaust Piping**

# Appendix 3



**Drawing A3.4   CM-60/CM-75 Integrated Unit — Utility Interface and Protection Schematic**

# Appendix 3



**Drawing A3.5   CM-60/CM-75 Integrated Unit — Power Factor Correction Schematic**



# *Sales Offices*

### Eastern Regional Sales Manager

Jeff Glick
45 First Avenue
Waltham, MA 02451
781-466-6481

jglick@tecogen.com

### Western Regional Sales Manager

Bill Martini
2245 NW 111th Avenue
Portland, OR  97229
503-641-1768

bmartini@tecogen.com

# *Service Locations*

| Region | Contact | Phone |
| --- | --- | --- |
| Main Office | Dave Pidgeon | 781-466- 6450 |
| New England | Jeff Howe | 413-786-5507 |
| New York City/New Jersey | Joe Iskra | 732-469-3372 |
| Western New York | Rick White | 315-331-1928 |
| Atlanta | Eric Goodman | 770-784-7389 |
| North Carolina | Patrick McCune | 910-426-1532 |
| Detroit | Bob Buday | 586-293-8897 |
| Chicago | Frank Hayle | 219-922-4968 |
| Los Angeles/San Francisco | Kelly Mack | 760-945-9496 |

# AEGIS ENERGY SERVICES

P.O. Box 2511
Springfield, MA 01101-2511

2097 Riverdale Street
West Springfield, MA 01089

*9-5-00 SV*

# F A X   C O V E R   S H E E T

*FYI*

**DATE:** August 21, 2000

**PAGE 1 OF 4**

**TO:** *John Felix* ~~PETER WELSH~~ - THE FALLS AT CORDINGLY DAM

PHONE: —781- 431 — ~~3000~~ *8592*
FAX: ~~617-928-0697~~

> **EXHIBIT**
> *64*
> *8-24-07 jbm*

**FROM:** SPIRO VARDAKAS - AEGIS ENERGY SERVICES, INC.

PHONE: (413) 746-5400
FAX: (413) 746-3242

**RE:** Corrected Price

CC: _____

## MESSAGE

Peter,

While I was away on vacation some errors were made on the project cost. The project cost including maintenance and the roof top unit is: $126,345. The sales tax is $6,317.25 for a total inclusive price of $132,662.25. The corrected rebate amount from Boston Gas is $65,784.

Please call me if you would like to discuss these changes.

Spiro

*John - how do we get this project going*

URGENT ☐    For your review ☒    Reply ASAP ☐    Please comment ☒



*Faxed 3/22 AM*
*Mailed 3/22*

**AEGIS ENERGY SERVICES INC.**

413/746-5400 • FAX 413/746-3242
WWW.AEGISENERGYSERVICES.COM

2097 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 • P.O. BOX 2511, SPRINGFIELD, MA 01101-2511

March 22, 2001

Mr. John Ralosky
Vice President of Operations
Benchmark Assisted Living
35 Walnut Street
Wellesley, MA 02481-2105

Dear John,

We have completed our revised analysis for The Falls At Cordingly Dam and have developed a proposal to conserve energy operating costs using cogeneration. It provides an opportunity to substantially reduce energy expenses by simultaneously producing both heat and electricity using much of the same fuel currently used only for space and water heating. Aegis Energy's modular cogeneration systems are 85% efficient while most utility power plants have usable energy efficiencies of 30%.

Using your current energy use data, we estimate the annual **net** savings to be $43,161. A generous conservation rebate from Keyspan Energy is currently available. It is important that we expeditiously submit the project to Keyspan Energy to reserve the funds (up to $74,500).

<u>System Description</u>

We propose to install a complete 75KW turnkey cogeneration system at The Falls At Cordingly Dam in the boiler room for $149,000 (taxes and permitting included). Quoted price is valid for 3 months from date of proposal.

The system will include:

- ❖ One (1) Tecogen CM-75 cogeneration module
- ❖ One (1) Pump module station
- ❖ Pumps, hydronic distribution and interconnections to boiler plant and domestic hot water heating devices.
- ❖ Cogen natural gas piping within boiler room
- ❖ Cogen exhaust piping to existing flue.
- ❖ Electrical interface to building power systems and related electrical devices
- ❖ All cogeneration temperature controls and wiring
- ❖ Professionally engineered as built drawings
- ❖ System startup
- ❖ Heat dissipation unit
- ❖ Other appurtenances to make the system fully operational
- ❖ One-year warranty on the system and all relative equipment, including any required service.



**AEGIS ENERGY SERVICES INC.**

*413/746-5400 • FAX 413/746-3242*
*WWW.AEGISENERGYSERVICES.COM*

*2097 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 • P.O. BOX 2511, SPRINGFIELD, MA 01101-2511*

September 10, 2002

Mr. John Ralosky
Vice President of Operations
Benchmark Assisted Living
35 Walnut Street
Wellesley Hills, MA 02481

Dear John,

Several months ago, Aegis proposed a cogeneration system which would provide an opportunity to substantially reduce energy costs by simultaneously producing both heat and electricity with the same fuel normally used only for heating. A generous KeySpan Energy Conservation Grant, which covered a substantial portion of the installation cost, accompanied this proposal.

The Falls is still an outstanding candidate for cogeneration. Although your facility may not be willing to fund such a purchase at this time, we are so confident that our system represents an excellent investment that we are offering our Shared Savings Program. With this program, **Aegis will fund the project and assume all costs for fuel and maintenance.**

Aegis will install, maintain, fuel and operate a modular cogenerator at The Falls at **NO CAPITAL COST** to your facility. Aegis will interconnect the cogeneration module with your electrical and mechanical systems to provide both metered electricity and heat. The cogenerated electrical energy from the system will be metered and sold to The Falls at a 20% discount from your prevailing rates amounting to annual savings of $7,000 to $8,000. We are so confident in our systems and our Shared Savings Program that we will guarantee a **minimum annual savings of $5,000 payable on startup.**

I would welcome the opportunity to review our Shared Savings Program with you along with the benefits of cogeneration by Aegis Energy Services, Inc. Please call to set up a convenient time for us to meet for 30 minutes to review the details. We look forward to your call.

Sincerely,

Bob Olmstead
Sales Manager

Robert Olmstead 8-24-07.txt

1

1            UNITED STATES DISTRICT COURT

2            DISTRICT OF MASSACHUSETTS

3    - - - - - - - - - - - - - - - - - - - x

4    TECOGEN, INC.,

5                         Plaintiff,

6         v.

7                              Civil Action

8                              No. 05-11823 RCL

9    AEGIS ENERGY SERVICES, INC.,

10   AEGENCO, INC., and AEGIS

11   GENERATION COMPANY,

12                         Defendants.

13   - - - - - - - - - - - - - - - - - - - x

14

15        DEPOSITION of ROBERT OLMSTEAD, a witness

16   called on behalf of the Defendants, pursuant to

17   the Federal Rules of Civil Procedure before

18   Julie A. Mercier, Registered Professional

19   Reporter, CSR No. 120993 and Notary Public in

20   and for the Commonwealth of Massachusetts, at

21   the offices of McCarter English LLP, 265

22   Franklin Street, Boston, Massachusetts 02110,

23   on Friday, August 24, 2007, commencing at

24   9:28 a.m.

2

1    APPEARANCES:

Robert Olmstead 8-24-07.txt

21    there.  I'll change my questioning a little bit

22    and see if you can live with my line of

23    questioning.  And if you can't, then maybe

24    we'll talk again.

86

1              MR. DOMIAN:   Okay.

2    BY MR. CURCIO:

3         Q.   Mr. Olmstead, to your knowledge is

4    ADG a competitor of Aegis?

5         A.   Yes.

6         Q.   In what regard would you consider

7    them to be a competitor?

8         A.   They're in the same business.

9         Q.   Would they be pursuing the same sites

10   for sales?

11        A.   Potentially.

12        Q.   What's your knowledge of the

13   origination of ADG?

14        A.   Well, AmericanDG is owned by the

15   Hatsopoulos brothers who are the same people

16   who own Tecogen.

17        Q.   While you were at Aegis, were you

18   aware that Tecogen was promoting ADG as a

19   distributor of Tecogen modules?

20        A.   I was aware of ADG, but there was

21   no -- they had made no inroads into the New

22   England area at that point, so I had kind of a

                    Robert_Olmstead 8-24-07.txt
23    remote awareness of them.

24         Q.    Did ADG ever compete with Aegen for

                                          87
1     the sale of a cogeneration module during your

2     tenure at Aegis?

3          A.    Did ADG compete?  Very possibly in

4     the New York area.

5          Q.    I would like to present what's going

6     to be marked as Exhibit No. 64 for your

7     review.  When you get it, could you please

8     review it and identify it for me?

9                (Exhibit 64 Marked

10               For Identification)

11         A.    Oh, yeah, I remember this.  Yeah, I

12    would have to say -- just I would revise my

13    former statement, that I remember running into

14    AmericanDG in New England at a site in

15    Haverhill.  It was called Penacook Place or

16    something like that and also at this site to

17    which Exhibit 64 refers which site is called

18    the Falls at Cordingly Dam.

19               This is a -- page one is a fax

20    from, looks like it's from Spiro to the Falls

21    at Cordingly Dam trying to get a project off of

22    dead center, and to this fax is attached a

23    letter dated nine months later, March 22, 2001

24    which appears to be a shared saving offer,

                    Page 80

Robert Olmstead 8-24-07.txt

⬚

88

1    offer to the Falls at Cordingly Dam and -- wait

2    a minute.

3            This March 22nd letter is a

4    turnkey installation offer, and then there's

5    another letter attached, page three dated

6    September 10th which is a shared saving offer

7    under -- which is my signature.  It could well

8    be that I sent this March 22nd letter as well.

9    Probably did.

10       Q.    Let's go to the first letter, March

11   22, 2001 which would be the second page of the

12   exhibit.  Down at the bottom do you see the

13   initials BO, are those your initials?

14       A.    Those are my initials.

15       Q.    Is that your handwriting?

16       A.    No.

17       Q.    Would this be a letter that you would

18   have been a sales rep. and sent out?

19       A.    Most probably.

20       Q.    I notice that the second page, it's a

21   typical form letter, correct, for prospective

22   turnkey requests to a client?

23       A.    Yes.

24       Q.    But the second page is missing,

Page 81

Robert Olmstead 8-24-07.txt

⬜

89

1    correct?

2         A.   Yes.

3         Q.   I will represent to you this is how

4    we got it.

5              The second letter is a September

6    10, 2002 letter.  Do you recognize your

7    signature at the bottom there?

8         A.   Yes.

9         Q.   You did send this letter?

10        A.   Yes.

11        Q.   So if I look at the two letters in

12   aggregate, you or at least Aegis offered, if

13   not you, a turnkey operation for the Falls at

14   Cordingly Dam on or about March 22, 2001.  Were

15   you the sales rep. for the Falls at Cordingly

16   Dam?

17        A.   Yes.

18        Q.   Would you have been the one to have

19   offered this kind of a system?

20        A.   Yes.

21        Q.   Do you recall if you did offer --

22        A.   I did.

23        Q.   And on September 10, 2002 it appears

24   that you offered as well a shared savings

⬜

90

1    program; is that correct?

Page 82

Robert Olmstead 8-24-07.txt

2       A.    Yes.

3       Q.    To your knowledge what cogeneration

4    module is currently at Falls at Cordingly Dam?

5       A.    I don't know if there is one there.

6       Q.    Do you know if ADG had any activity

7    while you were trying to represent Aegis in a

8    cogeneration system at Falls at Cordingly Dam?

9       A.    I do.

10      Q.    Were they competing with you?

11      A.    Yes.

12      Q.    Now, the Falls at Cordingly Dam is in

13   Massachusetts; is that correct?

14      A.    Yes.

15      Q.    Now, your understanding of the

16   exclusivity was that Tecogen would not compete

17   with Aegis in Connecticut and Massachusetts; is

18   that correct?

19      A.    Yes.

20      Q.    But yet they were competing through

21   ADG directly with Aegis; is that correct?

22          MR. DOMIAN:   Objection.

23      A.    Very possibly.

24          MR. DOMIAN:   Bob, I notice on

                                        91
1    Exhibit 64 there aren't any Bates stamps.  Is

2    this a set of documents that has been produced

3    to us?

# TECOGEN®

## CM-60/CM-75
### Cogeneration Module

EXHIBIT 3
JAS 7/27/07





Compliant with the AGA Standard
for Gas-Fired Engine Driven
Cogeneration Appliances (2-89).

**IEEE P1547/D07**
Compliant

**California Rule 21**
Certified

**NYSIR**
Type Tested
& Approved

## Installation Manual
### April 2003

## TECOGEN, Inc.

# Directory

**1** *Module Specifications*

**2** *Installation*

**3** *Maintenance*

**A1** *Emission Control System Option*

**A2** *Power Factor Correction*

**A3** *Integrated Unit*

# Foreword

*This manual contains component specifications, installation guidelines, and drawings for the* TECOGEN® *gas engine-driven cogeneration system. The objective is to assist a third-party design engineer, performance contractor, or mechanical contractor with the application and installation of the module. For further assistance, please contact your local* TECOGEN® *sales representative or Tecogen, Inc.*

## Disclaimer

Neither Tecogen, nor any person acting on its behalf: (a) makes any warranty or representation, express or implied, with respect to the accuracy, completeness, or usefulness of the information contained in this manual or that the use of any information, apparatus, method, or process disclosed in this manual may not infringe privately owned rights; or (b) assumes any liabilities with respect to the use of, or for damage resulting from the use of, any information, apparatus, method, or process disclosed in this manual. Information is subject to change without notice.

# *Table of Contents*

1. Module Specifications ................................................................ 6
    1.1   Engine ......................................................................... 7
    1.2   Generator ..................................................................... 8
    1.3   Electrical Switchgear ........................................................ 11
    1.4   Control System .............................................................. 15
        1.4.1  Control Modes ........................................................ 15
        1.4.2  Display Keypad ....................................................... 15
        1.4.3  Safeties ............................................................. 15
        1.4.4  Customer Interface Connections ...................................... 16
        1.4.5  Optional Control Features ........................................... 17
        1.4.6  RMCS (Remote Monitoring and Control System) ......................... 18
        1.4.7  Communications Protocol/Modbus Networking ........................... 18
    1.5   Utility Interface ........................................................... 19
        1.5.1  Interconnect Compliance .............................................. 19
        1.5.2  Power Factor Correction .............................................. 19

2. Installation ...................................................................... 20
    2.1   Unit Delivery & Placement ................................................... 20
    2.2   Ventilation ................................................................. 20
    2.3   Electrical Connections ...................................................... 21
    2.4   Fuel Supply Piping .......................................................... 21
    2.5   Exhaust Piping .............................................................. 22
    2.6   External Water Piping For Heat Recovery ..................................... 22
        2.6.1  Design Strategy ...................................................... 22
        2.6.2  Basic Module Plumbing ................................................ 23
        2.6.3  Pressure Drop and Static Pressure Limitation ......................... 24
        2.6.4  Expansion Tank Sizing ................................................ 24
        2.6.5  Piping of Multiple TECOGEN® Units .................................... 24
        2.6.6  Control Scheme of Multiple TECOGEN® Units ............................ 27
        2.6.7  Interfacing With The Building Heating Load ........................... 27
            2.6.7a  Load Heat Exchanger Sizing ...................................... 27
            2.6.7b  Piping Alternatives to Load Heat Exchanger ...................... 28
            2.6.7c  Single Load—Elements of Design .................................. 29
            2.6.7d  Multiple Load Systems ........................................... 30

*Installation Drawings*

Drawing 1a-e  CM-60/CM-75 Installation Drawing *(Standard Unit)* ............ 37
Drawing 2     CM-60/CM-75 Ventilation ................................................. 42
Drawing 3     CM-60/CM-75 Customer Power Connection ..................... 43
Drawing 4a    CM-60/CM-75 AC Control & Power Wiring Schematic ...... 44

*Installation Drawings (Continued)*

Drawing 4b    CM-60/CM-75 Customer Control Interface Connections ... 45
Drawing 5     CM-60/CM-75 Utility Interface and Protection Schematic.. 46
Drawing 6     CM-60/CM-75 Natural Gas Piping...................................... 47
Drawing 7     CM-60/CM-75 Exhaust System Piping *(Standard Unit)* ....... 48
Drawing 8     CM-60/CM-75 Heat Recovery Piping *(Standard Unit)*.......... 49


3. Maintenance............................................................................ 50


Appendix 1   Emission Control System Option ......................................... 51

A1.1   General Description........................................................ 51
A1.2   Catalytic Converter........................................................ 52
A1.3   Remote Exhaust Heat Recovery Heat Exchanger....................... 53
A1.4   Exhaust Silencer ........................................................... 55
A1.5   Exhaust Expansion Joints ................................................ 56

*Emission Control System Option*
Drawing A1.1a-e CM-60/CM-75 Installation Drawing ............................. 57
Drawing A1.2     CM-60/CM-75 Exhaust System Piping....................... 62
Drawing A1.3     CM-60/CM-75 Heat Recovery Piping........................... 63


Appendix 2   Power Factor Correction ......................................... 64

Drawing A2.1   Power Factor Correction Wiring ..................................... 65


Appendix 3   Integrated Unit................................................................. 70

A3.1   Heat Recovery Piping...................................................... 70
A3.2   Exhaust System Piping ................................................... 70
A3.3   Power Factor Correction System......................................... 70

*Integrated Unit Option*
Drawing A3.1     Piping Schematic ......................................... 71
Drawing A3.2a-c Installation Drawing...................................... 72
Drawing A3.3     Exhaust System Piping ................................... 75
Drawing A3.4     Utility Interface and Protection Schematic  .................. 76
Drawing A3.5     Power Factor Correction Schematic ........................... 77

# 1    Module Specifications

## 1.    Module Specifications

The TECOGEN® is a packaged, indoor, cogeneration module that produces both electricity and hot water. It is available at power outputs of 60 kW and 75 kW. The general specifications are presented below.

The TECOGEN® is available with an emissions control option. Detailed specifications on this option are presented in Appendix 1.

The following sections identify the specifications of the primary components of the TECOGEN®.

### TECOGEN® Cogeneration Module General Specifications

| Model | CM-60 Standard | CM-60 Low Emissions | CM-75 Standard | CM-75 Low Emissions |
|---|---|---|---|---|
| Electrical Output (kW) | 60 kW | | 75 kW | |
| Thermal Output (Btu/hr) | 440,000 | 458,000 | 490,000 | 511,000 |
| Engine Jacket/Exhaust Manifolds Remote Exhaust Gas Heat Exchanger | | 301,000 157,000 | | 336,000 175,000 |
| Gas Input | 760 scfh | 782 scfh | 900 scfh | 927 scfh |
| Overall Efficiency @LHV of 905 Btu/scf @HHV of 1020 Btu/scf | 93.8% 83.2% | 93.6% 83.1% | 91.6% 81.3% | 91.4% 81.1% |
| Required Gas Pressure *(when operating at full load)* | 10-14" wc | 10-28 " wc | 10-14" wc | 10-28 " wc |
| Design Hot Water Flow | 22 gpm *(24 gpm max)* | | | |
| Maximum Leaving Water Temperature | 230 °F | | | |
| Maximum Entering Water Temperature | 180 °F | | | |
| Electrical Service | 208V/230V/460 V, 3 PH, 3 – wire | | | |
| Acoustic Level | 70 dBa @ 20' | | | |
| Dimensions | 7' 2" L x 3' 8" W x 3' 10"H | | | |
| Weight | 3000 lb | | | |

### Safety Compliance

*ETL Listed*— Labeled for compliance with the AGA Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89).

*IPX4 Certified*—Control and switchgear enclosures have been certified to IPX4 in accordance with IEC 60529. IPX denotes ingress protection against water. IPX4 rating indicates that the enclosures are protected against water splashed from any direction and water sprayed at an angle up to 60° on either side of the vertical.

### Interconnection Compliance

*IEEE P1547/D07*— Certified by Intertek Testing Services to be in compliance with this Draft Standard for Interconnecting Distributed Resources with Electric Power Systems. See Section 1.5.1 for further information.

*California Rule 21*— Certified to meet the Type Testing and Production Testing requirements of California Rule 21. Also certified as Non-Islanding.

*NYSIR*—Accepted as Type Tested and Approved Equipment by the New York State Public Service Commission Standard Interconnect Requirements.

*Notes*
1. *The Emission Control Option is available to meet air quality standards as stringent as Southern California's. Refer to Appendix 1*
2. *Above performance data is valid up to 100 °F ambient temperature.*
3. *All specifications are +/- 5% and are subject to change without notice.*

# Module Specifications 1

## 1.1 Engine

The TECOGEN® is equipped with one (1) TecoDrive 7400 engine. Table 1.2 presents the detailed engine specifications. The following sections describe the subsystems of the engine.

### 1.1.1 Fuel and Exhaust System

The TECOGEN® natural gas fuel system includes a manual shut-off valve, two(2) electric solenoid shut-off valves for redundant safety, a gas regulator, a carburetor, and a throttle body assembly. For units equipped with emission controls, the engine fuel components are slightly different (refer to Appendix 1).

It is the responsibility of the installing contractor to design and construct a low pressure gas supply line to the TECOGEN®. Tecogen provides recommendations and guidelines in Section 3.4.

The combustion air inlet for the engine is equipped with an air filter. The pressurized gas is mixed with the naturally aspirated – filtered air within the carburetor. The TECOGEN® precisely controls the engine throttle to modulate the fuel/air flow to the engine cylinders. On standard units, the exhaust from the cylinders is first directed through two water-cooled manifolds, and then through the exhaust gas heat recovery heat exchangers to a common outlet pipe. It is the responsibility of the installing contractor to design and construct an exhaust system from the TECOGEN® unit to the outside. Tecogen provides recommendations and guidelines in Section 2.5.

On units equipped with emission controls, once the exhaust leaves the water-cooled manifolds, it is joined together to a common outlet pipe. The heat recovery for the exhaust must be done remotely after the exhaust is treated through a catalytic converter. The catalytic converter is a factory-supplied component that must be field-installed. The remote exhaust gas heat recovery heat exchanger may also be factory-supplied (or obtained by others), and must be field-installed. Again, it is the responsibility of the installing contractor to design and construct an exhaust system using the recommendations and guidelines provided in Section 2.4.

The engine is also equipped with a Positive Crankcase Ventilation system that removes corrosive gases from the engine crankcase and directs them back into the intake manifold to be burned along with the regular fuel charge.

Table 1.2   Engine Specifications

| Model | CM-60 | CM-75 |
|---|---|---|
| Type | Spark Ignition, Gaseous Fueled | |
| Manufacturer | GM, Configuration by Tecogen | |
| Model | TecoDrive 7400 | |
| Nominal Rated RPM | 1820 | |
| BHP at Rated RPM | 85 | 108 |
| Aspiration | Natural | |
| Configuration | V-8  (90°) | |
| Displacement | 454 Cu. Inches | |
| Bore and Stroke (Inches) | 4.251 x 4.00 | |
| Compression Ratio | 9.2 to 1 | |
| Weight | 1100 lbs | |
| Ignition System | Electronic | |
| Firing Order | 1-8-4-3-6-5-7-2 | |
| Air/Fuel Mixture (Std) | 2% Oxygen[1] | |
| Lubrication System | | |
| - Type | Full Pressure, Full Flow, Cooled by Engine Coolant | |
| - Oil Type | ExxonMobil XD-3 SAE 30 (Consult Factory For Substitutes)[2] | |
| - Oil Capacity | 32 quarts | |
| Cooling System | | |
| - Type | Direct Jacket Cooling, Closed Loop | |
| - Expansion Tank | Precharged Bladder Type , Externally Mounted (provided by others) | |
| - Cooling Fluid | Water or Propylene Glycol Mixture (Where Required for Freeze Protection) | |
| Starting System | | |
| - Type | 12 Volts DC | |
| - Battery | Delco Freedom II 87a-60 or Equivalent rated to 485 Cold Cranking Amps | |
| - Starter | Delco Automotive Special Heavy Duty | |
| - Battery Charger | | |
| * Type | Electronic - Constant Voltage Supply | |
| * Rating | 3.5 Amp DC | |

Notes:
1. Engines equipped with emission control option will operate at approximately 0.5% Oxygen.
2. Engines equipped with emission control option use a low ash oil; ExxonMobil Busguard GEO 15W-40.

# 1 Module Specifications

### 1.1.2 Lubrication System

The lubrication system for the engine includes an internal engine-driven oil pump, an oil pressure regulator, an oil filter, and an oil cooler that rejects heat to the engine coolant. The engine oil pan is enlarged to 32 quarts to lengthen the interval between oil changes to 750 hours.

### 1.1.3 Engine Heat Recovery

The engine rejects waste heat to the coolant system from the engine block and exhaust manifolds. This waste heat is recovered and used by the customer for domestic hot water heating or other process load. It is the responsibility of the installing contractor to provide the customer's load heat exchanger, as well as the design of the piping to and from the cogeneration module. However, Tecogen provides recommendations and guidelines for designing the heat recovery system in Section 2.6.

The coolant system is a pressurized, closed-loop, direct jacket cooling circuit that cools the engine jacket, exhaust manifolds, and engine oil cooler. The coolant fluid is water.

It is the responsibility of the installing contractor to provide one city-water make-up line, regulated to 12 - 15 psig, with a pre-charged bladder-type expansion tank to maintain the coolant system pressure.

## 1.2 Generator

The generator is an 3-phase wye induction generator with two-bearing construction and a drip-proof frame. The windings are all copper and the shaft material is hot rolled steel. The insulation is Class 4 (four dips & bakes of non-hygroscopic varnish with an epoxy over-coat). The bearings are regreasable, double-shielded ball bearings.

The generator is much like the very common squirrel cage motor and requires no excitation system when connected to the utility lines, hence there are no brushes or collector rings. The engine drives the generator slightly above the synchronous speed set by the number of poles and the utility line frequency (1800 rpm in this case), at which point the generator begins to absorb engine power and deliver electricity.

The same generator model is used in both the CM-60 and CM-75. The technical specifications at 60 kW are presented in Table 1.2a and the technical specifications at 75 kW are presented in Figure 1.2b.

The Maximum Available Fault Current is not presented in the generator manufacturer's specification sheets (Figures 1.2a & 1.2 b). Since this question is frequently asked, these values have been determined from calculations and presented below.

| Maximum Available Fault Current [A] | | |
|---|---|---|
| | CM-60 | CM-75 |
| 208 V | 1327 A | 1600 A |
| 230 V | 1185 A | 1448 A |
| 460 V | 593 A | 724 A |

# Module Specifications    1

Table 1.2a    Generator Specifications CM-60



**Prepared for Tecogen Company**
**Typical Characteristics for 75 kW Generators operated at 60 kW**
**(REF: 404STSDS6053, 404TSTDS6048)**

| No. | Description | Unit | 208V | 230V | 460V |
|-----|-------------|------|------|------|------|
| 1 | Winding T-404466 | ---- | | | |
| 2 | Type: Induction Generator | ---- | | | |
| 3 | Connection | ---- | WYE | WYE | WYE |
| 4 | Frame: 404T | ---- | | | |
| 5 | Insulation: H | ---- | H | H | H |
| 6 | Temperature Rise①: 80 | °C | 80C | 80C | 80C |
| 7 | Rotor Inertia: | LB-FT | 20.5 | 20.5 | 20.5 |
| 8 | Rated Voltage | V | 208 | 230 | 460 |
| 9 | Rated Frequency: 60 | Hz | 60 | 60 | 60 |
| 10 | Rated Current | AMP | 200 | 181 | 92 |
| 11 | Rated Speed | RPM | 1820 | 1820 | 1820 |
| 12 | Power Factor | % | 82 | 82 | 82 |
| 13 | Efficiency | % | 94.5 | 94.5 | 94.5 |
| 14 | Synchronous Speed | RPM | 1800 | 1800 | 1800 |
| 15 | Locked Rotor Current | AMP | 1438 | 1300 | 650 |
| 16 | Locked Rotor Torque | LB-FT | 349 | 349 | 349 |
| 17 | Breakaway Power | kVAR | 300 | 300 | 300 |
| 18 | Breakaway Speed | RPM | 1910 | 1910 | 1910 |
| 19 | No Load Current | AMP | 77.4 | 70 | 35 |
| 20 | No Load VARs | | 26 | 26 | 26 |
| 21 | Rated Load VARs | | 43 | 43 | 43 |
| 22 | Stator Resistance | OHMS | .0216 | .0216 | .0216 |
| 23 | Stator Reactance | pu | .128 | .128 | .128 |
| 24 | Magnetizing Reactance | pu | 2.85 | 2.85 | 2.85 |
| 25 | Rotor Resistance | OHMS | .0122 | .0122 | .0122 |
| 26 | Rotor Reactance | pu | .125 | .125 | .125 |
| 27 | Reference Impedance | OHMS | 2.848 | 2.848 | 2.848 |
| 28 | Open Circuit AC Time C | SEC | .765 | .765 | .765 |
| 29 | Short Circuit AC Time C | SEC | .029 | .0029 | .029 |
| 30 | Transient Reactance ② | pu | .22 | .23 | .23 |
| 31 | Subtransient Reactance ② | pu | .153 | .155 | .155 |

① 50°C ambient and less than 1000 meters above sea level
② Not an industry referenced standard

# 1   Module Specifications

### Table 1.2b   Generator Specifications CM-75



### Prepared for Tecogen Company
### Typical Characteristics for 75 kW Generators
### (REF: 404TSTDS6053, 404TSTDS6048)

| No. | Description | Unit | 208V | 230V | 460V |
|---|---|---|---|---|---|
| 1 | Winding T-404452 | --- | | | |
| 2 | Type:  Induction Generator | --- | | | |
| 3 | Connection | --- | WYE | WYE | WYE |
| 4 | Frame:  404T | --- | | | |
| 5 | Insulation:  H | --- | H | H | H |
| 6 | Temperature Rise ①:  80 | °C | 80C | 80C | 80C |
| 7 | Rotor Inertia: | LB-FT | 19 | 19 | 19 |
| 8 | Rated Voltage | V | 208 | 230 | 460 |
| 9 | Rated Frequency:  60 | Hz | 60 | 60 | 60 |
| 10 | Rated Current | AMP | 245 | 224 | 112 |
| 11 | Rated Speed | RPM | 1820 | 1820 | 1820 |
| 12 | Power Factor | % | 85 | 85 | 85 |
| 13 | Efficiency | % | 93 | 93 | 93 |
| 14 | Synchronous Speed | RPM | 1800 | 1800 | 1800 |
| 15 | Locked Rotor Current | AMP | 1393 | 1260 | 630 |
| 16 | Locked Rotor Torque | LB-FT | 495 | 495 | 495 |
| 17 | Breakaway Power | kVAR | 300 | 300 | 300 |
| 18 | Breakaway Speed | RPM | 1910 | 1910 | 1910 |
| 19 | No Load Current | AMP | 69.7 | 63 | 31.5 |
| 20 | No Load VARs | | 25 | 25 | 25 |
| 21 | Rated Load VARs | | 48 | 48 | 48 |
| 22 | Stator Resistance | pu | .0216 | .0216 | .0216 |
| 23 | Stator Reactance | pu | .128 | .128 | .128 |
| 24 | Magnetizing Reactance | pu | 3.313 | 3.313 | 3.313 |
| 25 | Rotor Resistance | pu | .0122 | .0122 | .0122 |
| 26 | Rotor Reactance | pu | .125 | .125 | .125 |
| 27 | Reference Impedance | OHMS | 2.848 | 2.848 | 2.848 |
| 28 | Open Circuit AC Time C | SEC | .780 | .780 | .780 |
| 29 | Short Circuit AC Time C | SEC | .033 | .033 | .033 |
| 30 | Transient Reactance ② | pu | .23 | .24 | .24 |
| 31 | Subtransient Reactance ② | pu | .153 | .153 | .153 |

① *50°C ambient and less than 1000 meters above sea level*
② *Not an industry referenced standard*

# Module Specifications  1

## 1.3  Electrical Switchgear

The specifications for the components of the electrical switchgear are as follows:

**Contactor** *(1 per unit)*

| Contactor | | |
|---|---|---|
| | CM-60 & CM-75 | |
| | 208/230 Volt | 460 Volt |
| Manufacturer | Sprecher and Schuh | |
| Model Number | CA6420-E1 | CA6-140 |
| Maximum Voltage | 600 VAC | 600 VAC |
| Amperage Rating | 420 A continuous | 220 A continuous |
| Available Fault Current | 18,000 A | 10,000 A |

**Overload Relay** *(1 per unit)*

| Overload Relay | | | | |
|---|---|---|---|---|
| | 208/230 Volt | | 480 Volt | |
| | CM-60 | CM-75 | CM-60 | CM-75 |
| Manufacturer | Sprecher & Schuh | | | |
| Model Number | CEF1-41 | | CT6-150 or CEP7-M180-10 | |
| Setting | 240A | 300A | 105A | 130 A |
| Adjustment Range | 160-400 A | | 100-150 A *(CT6)* 57-180 A *(CEP7)* | |
| CT Time/Current | *See Figures Below* | | | |

**208/230 Volt Overload Relay
CT Time/Current Curve CEF1-41**



**460 Volt Overload Relay
CT Time/Current Curve CT6-150 or CEP7-M180-10**



# 1   Module Specifications

### Circuit Breaker *(1 per unit)*

|  | 208 Volt | | 230 Volt | | 460 Volt |
|---|---|---|---|---|---|
|  | CM-60 | CM-75 | CM-60 | CM-75 | CM-60 & CM-75 |
| Manufacturer | General Electric | | | | |
| Model Number | TJD432-250 | TJD432-350 | TJD432-250 | TJD432-300 | TEC36150 |
| Voltage | 240 V | | | | 460 V |
| Amperage Rating | 250 A | 350 A | 250 A | 300 A | 150 A |
| AIC | 22,000 A | | | | 10,000 A |
| Time/Current Curves | See Figure 1.1 | | | | See Figure 1.2 |
| Lockable | In "Off" position | | | | |

### Current Transformers *(2 per unit)*

|  | 208/230 V | 460 V |
|---|---|---|
| Manufacturer | Magnetic Specialties | |
| Model Number | 3337 | 3251A |
| Rating | 250/0.5 A, 1.5 VA, 60 Hz | 100/0.5A, 2.5 VA, 60 Hz |

### Potential Transformers *(2 per unit)*

|  | 208/230 V | 460 V |
|---|---|---|
| Manufacturer | Magnetic Specialties | |
| Model Number | 3401 | |
| Rating | 480/5 VAC, 0.5 VA, 60 Hz | |

# Module Specifications   1

Figure 1.1  Circuit Breaker CM-60/CM-75, 208/230V



# 1 Module Specifications

**Figure 1.2  Circuit Breaker CM-60/CM-75, 460V**



# Module Specifications 1

## 1.4 Control System

The TECOGEN® control system, *TecoNet™* has a microprocessor based control system that provides precision PID control of the power output or hot water heat output. It has a pre-programmed operating scheme that monitors the power setpoint or the leaving water temperature and uses this feedback signal to modulate the throttle position of the engine.

The control system includes three cabinet enclosures, as illustrated in Figure 2.1.c; the control submodule, the electrical interface submodule; and the customer control interface box. The control submodule houses the microprocessor board, modem, and display keypad. The electrical interface submodule (also referred to as Switchgear Cabinet) includes the utility interface switchgear (circuit breaker and generator contactor), as well as monitoring devices and safety devices (current transformers, potential transformers, and overload relay). It also contains a 120VAC transformer, module control relays, engine safeties and battery charger. The customer control interface box simply contains a terminal strip for all customer connections.

The control system has a complete safety monitoring and shutdown system including a redundant engine overspeed safety device independent of the microprocessor. It also has a diagnostic mode that allows all output devices (i.e. pumps, solenoids, etc.) to be energized individually when the system is shutdown for the purpose of troubleshooting.

### 1.4.1 Control Modes

There are two basic control modes for the TECOGEN®; Hot Water Mode & Power Mode. Hot Water Mode matches the heat output of the unit with the building's hot water load. If the building is not calling for the heat, the unit unloads, thus also reducing electricity output. This determination is based upon the water temperature leaving the unit. In Power Mode, the controlled output is the kW of electricity. In this case, if the heat output can not be utilized by the building load, it is dumped to a radiator.

In both of these cases, the control setpoint, can be manually entered from the control panel, scheduled via the control panel (Section 1.4.5) or adjusted by an analog signal from an Energy Management System (Section 1.4.4).

An alternative mode, Non-Export Mode, is a control algorithm designed to avoid exporting power, thus avoiding the installation of an expensive reverse power relay system. It requires an input signal from a building wattmeter. If this signal indicates that the import of power to the building is dropping to levels approaching zero, the unit will unload or shutdown. The cogeneration unit will unload, or shutdown, to ensure there is not reverse power flow out to the utility when the building's electric load has dropped below. The non-

export of power will take precedence over any setpoints in either Hot Water Mode or Power Mode.

The *TecoNet™* also has extensive networking capabilities to fully integrate these control modes for multiple cogeneration units. Refer to Section 2.6.6 for "Lead/ Lag" control.

### 1.4.2 Display Keypad

The display keypad contains a 40-character alphanumeric display, start/stop keys, status lights, reset buttons, function keys, and an emergency stop pushbutton for operator interface.

Table 1.3 lists the functions available from the display keypad assembly.

**Table 1.3  Display Keypad Functions**

| |
|---|
| Read operating data |
| Read alarms and alarm history |
| Start cogeneration module |
| Stop cogeneration module |
| Change power setpoint |
| Adjust water temperature setpoint |
| Clear alarms |
| Clear prealarms |
| Schedule Start/Stop sequence |
| Schedule power setpoint |
| Calibrate measure line voltages |
| Calibrate measure line currents |
| Calibrate temperature thermistors |
| Calibrate Analog Card |
| Set date and time |

### 1.4.3 Safeties

The *TecoNet™* is designed to provide safeties to protect the equipment, personnel, and the facility's EPS (Electric Power System) in the event of upset conditions. A list of the alarms is presented in Table 1.4.

There are three levels of alarms; Alarms, Prealarms, and Runback Prealarms. Alarms cause the system to shut down. Prealarms are warnings to the operator that the system is experiencing an abnormal condition that should be addressed. With a prealarm condition, the system still continues to operate within its limitations. Runback prealarms actually reduce the power output to help the system recover from a potential alarm condition. Once the parameter that caused the upset is in a safer operating range, the power automatically increases. Runback prealarms are meant to prevent the system form shutting down due to a transient problem. The unit is equipped with the optional feature of restarting after an alarm shutdown. This is activated by a dipswitch (S1-6 in "ON" position) on the Interface Board (control submodule). The unit will wait 5 minutes and then attempt to restart, assuming that the alarm condition is automatically reset. Each alarm has a quantity of resets available within a 1 hour period and these are listed in Table 1.4.

# 1  Module Specifications

**Table 1.4  Alarm List**

| | Alarm Name | Resets Allowed (within 1 hour period) |
|---|---|---|
| 1 | PHASE ANGLE ERROR | 3 |
| 2 | HIGH VOLTAGE | 3 |
| 3 | LOW VOLTAGE | 3 |
| 4 | HIGH FREQUENCY | 3 |
| 5 | LOW FREQUENCY | 3 |
| 6 | CURRENT IMBALANCE | 1 |
| 7 | LOGIC VOLTAGE FAULT | 1 |
| 8 | LOW ENCLOSURE TEMPERATURE | 2 |
| 9 | ESTOP/IGN PWR FAIL | 0 |
| 10 | HIGH WATER PRESSURE | 1 |
| 11 | LOW WATER PRESSURE | 1 |
| 12 | LOW OIL PRESSURE | 1 |
| 13 | LOW OIL LEVEL | 2 |
| 14 | CONTACTOR FAULT | 3 |
| 15 | ANALOG FAULT | 1 |
| 16 | CRANK FAILURE | 0 |
| 17 | STARTING FAILURE | 1 |
| 18 | HIGH CONNECT TIME | 2 |
| 19 | UNDERSPEED | 1 |
| 20 | OVERSPEED | 1 |
| 21 | LOW POWER | 1 |
| 22 | HIGH POWER | 1 |
| 23 | HIGH COOLDOWN TIME | 1 |
| 24 | LOW COOLANT TEMP | 2 |
| 25 | HIGH WATER TEMP | 2 |
| 26 | HIGH COOLANT TEMP | 2 |
| 27 | HIGH OIL TEMP | 2 |
| 28 | HIGH ENCLOSURE TEMP | 1 |
| 29 | LOW OIL TEMP | 2 |
| 30 | HI/LO CATALYST TEMP[1] | 1 |
| 31 | EMISSIONS FAULT[1] | 1 |
| 33 | OIL P SWITCH FAIL | 1 |
| 34 | HI INLET WATER TEMP | 1 |
| | **Prealarms** | |
| 31 | EMISSIONS FAULT[1] | N/A |
| 32 | CHECK_ENGINE[1] | N/A |
| 34 | HI INLET WATER TEMP | N/A |
| | **Runback Prealarms** | |
| 25 | HIGH WATER TEMP | N/A |
| 26 | HIGH COOLANT TEMP | N/A |
| 27 | HIGH OIL TEMP | N/A |
| 28 | HI ENCLOSURE TEMP | N/A |
| 30 | HI CATALYST TEMP[1] | N/A |

## 1.4.4  Customer Interface Connections

### Available Inputs

The customer has the option of providing the inputs that are listed below to the TECOGEN® control system. It is the responsibility of the installing contractor to provide the devices and wiring for these electrical connections. Details on the wiring of these inputs is presented in Figure 2.4c.

### Customer Start

The customer may input a contact switch that will close to initiate the start of the TECOGEN®and open to initiate the shutdown. This input is available on terminal strip TS5 inside the customer control interface box.

### Power Setpoint Input

The customer may input a 0-10 vDC signal to the control submodule so that the power output of the unit may be controlled by a remote energy management system. This input is available on the Interface Board—analog input connector J9.

As an alternative to the analog signal, there are also digital switching inputs available (EMS1 & EMS2) to control power. These are available on the Interface Board—digital input connector J7.

### Temperature Setpoint Input

The customer may input a 0-10 vDC signal to the control submodule so that the hot water temperature leaving the unit may be controlled by a remote energy management system. This input is available on the Interface Board—analog input connector J9.

### Temperature Sensing Thermistors

The customer may input up to eight auxiliary temperature sensing thermistors. These readings can be viewed on the control submodule display. It is necessary to obtain the thermistors from Tecogen. These temperature inputs are available on the Interface Board—analog input connectors J9 and J10.

### Counters

The customer may input a pulsing signal that will be totaled and viewed on the control submodule display. These are typically used for water flow meters and natural gas meters. They are available on the Interface Board-digital input connector J7.

### Customer Voltages

The customer may input up to six 0—10 vDC signals. These readings can be viewed on the control submodule display. Alternatively, the cogeneration unit's software may be customized to calculate a value from the voltage and display it. These voltages are available on the Interface Board-analog input connectors J9 and J10.

### Available Outputs

The customer has the option of utilizing the outputs that are listed below. It is the responsibility of the installing contractor to provide the devices and wiring for these electrical connections. Details on the wiring of these outputs is presented in Figure 2.4b

### Pump Start

An output is available to provide the signal to start the heat recovery water pump. The customer needs to supply 120VAC power to the customer control interface box terminal strip (TS5), as well as the control wires to energize the pump.

### External Ventilation Fan Start

An output is available to provide the signal to start an external ventilation fan if required. The customer needs to supply 120VAC power to the customer control interface box terminal strip (TS5), as well as the control wires to energize the fan.

### Radiator Fan Start

An output is available to provide the signal to start a remote radiator fan, if required. There is a set of dry contacts available on the Interface Board– digital output connector J6, located within the control submodule.

# Module Specifications 1

These contacts are energized based upon the hot water return temperature.

## Alarm Output

The customer has the option of obtaining a remote indication of when the TECOGEN® is in alarm. There is a set of dry contacts available on terminal strip TS5, located within the customer control interface box. This relay does not activate for Prealarms.

## EFLH Meter

A totalizing EFLH (Equivalent Full Load Hours) counter signal is available as an output. It is available on the Interface Board– digital output connector J6, located within the control submodule.

## BTU Meter

A displayed reading of the total heat output (Btu/hr) of the cogeneration unit is available. This requires supplying two temperature inputs for hot water supply and return as well as a pulsing signal from a water flow meter. The thermistors required for the temperature readings must be obtained from Tecogen. They are to be installed by others and wired to the Interface Board– analog input connector J9, located within the control submodule. The flow meter is to be supplied and wired by others to the Interface Board–digital input connector J7. Its signal is calibrated to the cogeneration unit software via the control panel by entering the BTU/°F per pulse of the flowmeter. For water, this is as follows:

$$\frac{Btu/°F}{Pulse} = \frac{gallon}{pulse} \times 8.1 \ (Btu/gal \ °F)$$

## Power Output

A signal indicating the power output of the cogeneration unit is available. It is a 0–10 vDC signal (1 mA max) that corresponds to 0 to 100 kW. It is available on the Interface Board– analog output connector J12, located within the control submodule.

## Water Supply Temperature Output

A signal indicating the water temperature leaving the cogeneration unit is available. It is a 0–10 vDC signal (1 mA max) that corresponds to 0 to 250 °F. It is available on the Interface Board– analog output connector J12, located within the control submodule.

## Manual Customer Output

This is a feature that allows a customer to energize a device remotely via the RMCS. This is offered as a convenience for the customer to allow the use of the cogeneration telecommunications capability to remotely operate a device. It may not even be related to the cogeneration unit. The output is a switched signal available on the Interface Board—digital output connector J6.

## 1.4.5  Optional Control Features

The features listed below are available to a customer by setting a DIP switch on the Processor Board located in the control submodule.

## Setpoint and Run Scheduling

This feature allows the user to program a customized scheme for automatic scheduling of both start/stop sequencing, power setpoint and/or temperature setpoint adjustment. It is a seven-day clock that allows up to 32 independent scheduling points per week.

## Automatic Restart

This feature allows the TECOGEN® to restart automatically 5 minutes after a power outage.

## Auto Alarm Reset

This feature allows the control system to automatically reset pre-selected alarms 5 minutes after the unit is shut down and try to start again. The eligible alarms and the amount of reset occurrences for each alarm is preset at the factory and not adjustable. This information is presented in Table 1.4.

## Cycling

This feature allows the TECOGEN® to automatically shut down after the unit has operated at a reduced power level, due to high inlet water temperature, for more than a preset time (normally 5 minutes. The unit will automatically restart in 30 minutes.

## Idle

This feature allows the TECOGEN® to run for ten minutes without being connected to the grid. This is useful for diagnostics, engine tuning, troubleshooting, etc. No power is produced in this mode.

## Alarm Setpoint and Operational Setpoint Customization

In order to allow a unit's operation to be more closely tailored to the needs of the site and local power utility, various alarm criteria and operational setpoints may be adjusted. Table 1.5 presents some general adjustable alarm parameters and Table 1.6 present those specific to the Voltage/Frequency Trip which are alarms required for interconnection with local utilities. Standard cogeneration units have V/F limits conforming to the interconnect standard IEEE P1547/D07 – *Draft Standard for Interconnecting Distributed Resources with Electric Power Systems* (refer to Section 1.5.1 for details on standard). Units being installed in California conform to California Rule 21. Both of these standards do allow for adjustments and these ranges are presented. A Field Verification test needs to be done to prove the validity of the adjustments. The adjustments can be made either at the keypad display or via the RMCS (Remote Monitoring and Communications System (see Section 1.4.6)

The Adjustable Operational Setpoint Parameters and their limits are presented in Table 1.7.

### Table 1.5   Adjustable Alarm Parameters

|  | Default | Min | Max |
|---|---|---|---|
| Nominal voltage | 208/480 | 200/300 | 300/508 |
| Delay to phase angle alarm | 10 cycles | 2 cycles | 30 cycles |
| High coolant temperature alarm | 220 °F | 210 °F | 230 °F |

# 1    Module Specifications

Table 1.6    Voltage/Frequency Trip Setpoints & Adjustments

| | IEEE P1547 | | | | California Rule 21 | | | | Adjustment Range | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Criteria | Voltage Trip | Voltage Trip | Trip Time (cycles[1]) | Criteria | Voltage Trip | Voltage Trip | Trip Time (cycles[1]) | Setpoint Range | | Trip Time Range (cycles) |
| | | 208 V | 480 V | | | 208 V | 480 V | | 208 V | 480 V | |
| Fast Undervoltage Trip | V < 50% | 104 V | 240 V | 10 | V < 50% | 104 V | 240V | 10 | 93/203 | 240/470 | 2/30 |
| Slow Undervoltage Trip | 50% ≤ V < 88% | 182 V | 423 V | 120 | 50% < V < 88.3% | 182 V | 424 V | 120 | 178/198 | 410/460 | 30/180 |
| Fast Overvoltage Trip | V ≥ 120% | 249 V | 576 V | 10 | V > 137.5% | 286 V | 660 V | 6 | 213/294 | 490/660 | 2/30 |
| Slow Overvoltage Trip | 110% < V <120% | 229 V | 526 V | 60 | 110% < V <137.5% | 229 V | 528 V | 30 | 218/248 | 500/550 | 30/180 |
| Underfrequency | 59.3 Hz | | | 10 | 59.3 Hz | | | 10 | 57/59.5 | | 2/30 |
| Overfrequency | 60.5 Hz | | | 10 | 60.5 Hz | | | 10 | 60.5/63 | | 2/30 |

[1] At 60 Hz; 1 cycle ≈ 1/60 second

## 1.4.6    RMCS

The Remote Monitoring and Communications System, or RMCS, gives the customer the ability to monitor the TECO-GEN®, as well as have some limited control, from a remote location via a phoneline. It also facilitates factory-reprogramming of the control software for updates or customizations. The TECOGEN® is equipped with the software and modem. It is the responsibility of the installing contractor to provide a dedicated phoneline to the unit (for multiple unit installations, a telephone line switchbox, for up to 4 units, is available from Tecogen). The customer's remote computer must be an IBM compatible PC running *Windows 95* or higher, or *Windows NT*.

Tecogen strongly recommends that all customers utilize the RMCS. It is valuable to a site because it is an excellent tool for remote site personnel, a local service provider, or Tecogen factory service support to diagnose problems, as well as download new software. The RMCS can also be set-up to dial-out to a modem or pager to alert off-site personnel of a fault condition.

The features of the RMCS is as follows:

- Review the real-time status of the unit
- Review the alarm history
- Review the load profile of the unit
- Review the current hardware set-up (DIP switch settings) for the various control options.
- Retrieve historical data
- Retrieve data in the minutes preceding an alarm.
- Start and stop the TECOGEN®.
- Change the control setpoint.
- Change the setpoint and run scheduling
- Change either engine's maximum speed setting.
- Clear an Alarm or PreAlarm
- Send a message from remote location to unit display.

## 1.4.7    Communications Protocol / Modbus Networking

The *TecoNet™* uses an 'open' communications protocol that can be interfaced with a site's building automation system. Upon request, Tecogen will make available to the building automation system vendor detailed information about its protocol, including points available, values, etc. In such cases,

Table 1.7    Adjustable Operational Setpoint Parameters

| | Default | Min | Max |
|---|---|---|---|
| kW Setpoint | 60/75 | 30/35 | 60/75 |
| kW Setpoint Max | 60/75 | 30/35 | 60/75 |
| kW Setpoint Min | 30/35 | 30/35 | 60/75 |
| kW Setpoint input span | 60/75 | -120 | 120 |
| kW Setpoint offset | 5 | -75 | 150 |
| Present temperature setpoint | 200 °F | 150 °F | 240 °F |
| Minimum temperature setpoint | 180 °F | 150 °F | 240 °F |
| Maximum temperature setpoint | 220 °F | 150 °F | 240 °F |
| Temperature input span | 40 °F | -160 °F | 160 °F |
| Temperature offset | 180 °F | -180 °F | 360 °F |
| Temperature above setpoint to restart | 20 °F | 5 °F | 50 °F |
| Delay to cycle off | 10 min | 1 min | 30 min |
| Temperature above setpoint to cycle off | 5 °F | 1 °F | 20 °F |

development of any required interface software and hardware (e.g., a protocol 'converter' or 'integrator'), is the responsibility of others, typically of the building automation system vendor. The hardware connection is available within the control submodule.

The *TecoNet™* is Modbus compatible as well. Modbus is a standard interface used throughout the controls industry to network devices. This networking can be used to interface to building management systems, or programmable controllers, or communicate between multiple cogeneration units if only one RMCS phoneline is desired. However, only one of these alternatives can be utilized; in other words, all of these capabilities are not available together.

The Modbus networking can be implemented with RS-232, RS-422, or RS-485 protocol. It will allow the customer-supplied master device to be able to individually start, stop, and change the setpoint of any cogeneration unit installed on the network, as well as read all of its inputs and outputs. For further details on setting up the Modbus networking, refer to the TECOGEN® Cogeneration Module Operation Manual.

The *TecoNet™* also supports the networking of multiple TECOGEN® units and controlling them with a "Lead/Lag" algorithm. Refer to Section 2.6.6.

## Module Specifications 1

### 1.5 Utility Interface

Each local electric utility has different requirements for interconnection. The specifications and documentation that most utilities would require for the TECOGEN equipment can be found in this manual. Section 1.2 contains the generator specifications, Section 1.3 contains the electric switchgear information, and Section 1.4 contains pertinent control system information such as the safeties and the adjustable alarm limits. Figure 2.3 presents the Customer Power Connection Schematic and Figure 2.5 is the Utility Interface and Protection Schematic.

1. In addition to this information, it is important to inform the utility that the TECOGEN cogeneration module is in compliance with IEEE P1547/DO7. This is addressed in more detail in Section 1.5.1.

Also, some utilities may require power factor correction. This is addressed in Section 1.5.2.

### 1.5.1 Interconnect Compliance

At this time, the TECOGEN® cogeneration product line (60 kW and 75 kW) is certified to be in compliance with the following standards:

1. IEEE P1547/DO7- *Draft Standard for Interconnecting Distributed Resources with Electric Power Systems.*

2. California Rule 21– *Generating Facility Interconnections.*

3. NYSIR—*New York State Public Service Commission Standard Interconnect Requirements.*

In order to gain these certifications, the TECOGEN® has been extensively type-tested by a Nationally Recognized Test Laboratory (NRTL): Intertek Testing Services (ITS) ETL Semko.

IEEE P1547 has been developed to address the emergent need to properly integrate distributed resources to the utility electric power systems. The standard focuses on the technical specifications for, and testing of, the interconnection itself. It aims to be technology neutral, applying to all DR technologies, with the intention of being a universal criterion that supercedes local practices and guidelines. It addresses performance, operation, testing, safety considerations, and maintenance of interconnection. ITS ETL Semko, a worldwide accredited testing, inspection, and certification organization, performed the compliance testing and specification review.

Since the TECOGEN® product utilizes an induction generator, it only requires conformance to certain sections of P1547. For some sections, it was necessary to administer a test to a product sample, while other sections required a specification review only. Listed below are the applicable sections of compliance to P1547, as well as the inclusive compliance to other established standards.

**P1547 Applicable Sections of Compliance**

| | |
|---|---|
| 4.1.2 | Integration with Area EPS Grounding |
| 4.1.4 | Distributed Resources on Distribution Secondary Grid and Spot Networks |
| 4.1.5.1 | Inadvertent Energization |
| 4.1.5.2 | Reconnection after Area EPS Outage |
| 4.1.6 | Monitoring |
| 4.1.7 | Isolation Device |
| 4.2.1 | Voltage Disturbances – Tested |
| 4.2.2 | Frequency Disturbances - Tested |
| 4.2.3 | Disconnection for Faults |
| 4.2.5 | Feeder Reclosing Coordination |
| 4.3.2 | Limitation of Voltage Flicker Induced by the DR – Tested to *EN61000-3-3* |
| 4.3.3 | Harmonics – Tested to *EN-61000-3-2* |
| 4.3.4 | Immunity Protection – Tested to *IEEE C37-90.2-1995* |
| 4.3.5 | Surge Capability – Tested to *IEEE C37-90.1-1989 & IEEE 62.41* |

California Rule 21, instituted by the California Energy Commission (CEC), specifies standard interconnection, operating, and metering requirements for DER (Distributed Energy Resources) generators. The equipment has been certified to meet the Type Testing and Production Testing requirements. The Non-islanding certification is in process. The equipment is not certified as Non-Export.

The NYSIR is a standard, specific to the state of New York, that follows much of the same criteria as IEEE P1547.

As part of the interconnect compliance for all of these standards, TECOGEN® units are production line and field-tested to verify trip point for the voltage and frequency alarms. Refer to Section 1.4.4 Optional Control Features—Alarm Setpoint and Operational Setpoint Customization

### 1.5.2 Power Factor Correction

A characteristic of the induction generator is that it absorbs reactive or "imaginary" power (kvar) while supplying "real" power (kW). Despite its "imaginary" label, some utilities will include a surcharge in the monthly customer invoice for reactive power. Also, some major California utilities have recently attached a maximum reactive power draw requirement (i.e., minimum power factor) to the eligibility criteria for their cogeneration rebate program. These issues are incentives for cogeneration suppliers to include capacitors for power-factor correction with the induction generators. Power-correction capacitors are routinely and safely applied to induction generator systems as long as certain basic engineering principles are applied.

Tecogen has a design recommendation for a capacitor system, supplied by the customer, that interconnects with the TECOGEN®. The details are presented in Appendix 2. This design will allow the power factor to be corrected to approximately 95%. The TECOGEN® panel will display the corrected power factor, if the capacitors are wired as described in Appendix 2.

# 2  Installation

## 2.  Installation

This objective of this manual is to assist a third-party design engineer, performance contractor, or mechanical contractor with the installation of a TECOGEN® co-generation module. As the manufacturer of this equipment, we present the technical specifications of the module and its requirements for operation. Since the TECOGEN®'s primary purpose is to provide electricity and thermal energy (hot water) to the facility, we present how the unit can interface with these two critical building systems. However, it is ultimately this third party's responsibility to identify the design details and specific job requirements to ensure an acceptable installation. Specifically, where the heat recovery piping design is concerned, Tecogen can only present some generic guidelines and scenarios for assistance, since the type of thermal loads and the quantity of thermal loads, as well as the quantity of TECOGEN®'s, make each installation unique.

When piping to TECOGEN®, typical industry standards apply, as well as local building and mechanical codes. Piping should be self-supporting and not limit service access to the unit nor interfere with the opening of control panel doors. Materials should be appropriate for the conditions of use.

In addition to the electrical and hot water systems, the TECOGEN® also requires a natural gas supply, an engine exhaust system, and a ventilation system (in most cases).

### Important

*Installation of this equipment should be performed only by personnel qualified in the areas of electrical wiring, mechanical and hydronic system piping, natural gas plumbing, hot exhaust piping, and ventilation.*

*All piping and wiring should conform to local and national codes.*

### 2.1  Unit Delivery and Placement

The TECOGEN® weighs approximately 3000 lbs. The steel base has forklift access holes to facilitate offloading and transporting.

Once the unit is offloaded, ensure that it is stored indoors if it is not going to be put into place immediately.

All units are delivered with a partial charge of engine oil in the oil pan and a dry coolant system.

The TECOGEN® should be protected from construction dirt and moisture. The shipping wrap should be kept in place until the unit is ready for installation.

The unit should be placed in a well-lighted, indoor equipment room, away from noise sensitive areas and with adequate space for service. Unit dimensions, weights, and service access guidelines can be found on the Installation Layout, Drawing 1a-e (see end of chapter). Local code requirements may take precedence.

### Note

*The Installation Layout drawings (Drawing 1 (a-e)) are for standard units only. For units with the Emission Control System Option, refer to Appendix 1, Drawing A1.1(a-e).*

Adequate ventilation should be provided to keep the air temperature in the space below the maximum of 100 ° F, as well as to provide make-up air flow for the combustion air. Usually this requires directing the generator heat directly to the outdoors. The subject of ventilation will be addressed in more detail in Section 2.2.

If the ambient temperature in the placement area can drop below 32 °F, precautions should be taken to avoid freezing of the water systems. Keep humidity to a minimum to prevent corrosion and damage to electrical components.

A base or foundation is recommended, but is not required, if the placement area is level and capable of supporting the TECOGEN®'s full operating weight. The cogeneration unit is designed to minimize vibration transmission to the building structure. The engine and generator are mounted on vibration isolators and all of the piping connections to the engine are flexible (water hoses, gas hose, and flexible engine exhaust). Therefore, TECOGEN® units are typically installed with the steel base bolted directly to the foundation and rigid piping connections. If additional vibration isolation is desired, using neoprene pads or spring isolators, ensure that all piping systems to the unit include flexible connections.

### 2.2  Ventilation

The TECOGEN® rejects approximately 30,000 Btu/hr of heat to ambient, that can not be economically transferred to the heat recovery loop. This heat is primarily from the generator, but from the engine as well. The TECOGEN® enclosure ventilation fan draws in 800 cfm of room air and discharges this ventilation air through two (2) 4" x 10" louvered panels adjacent to the generator at a temperature rise of about 60 °F. This amount of heat rejection can quickly heat an enclosed, unventilated space, to well above the 100 °F maximum. Therefore, in many cases, ventilation must be provided for the TECOGEN®. Ducted removal of the enclosure ventilation air is recommended. Ventilation of the entire room is also an option. These alternatives are explained below.

# Installation    2

- Ducted removal of TECOGEN® ventilation air is presented in Drawing 2 (see end of chapter). The two exit louvers should be removed and replaced with transitions to 8" diameter duct, or a rectangular equivalent. These two ducts should join together and be directed outside either through the roof or wall. An induced draft fan is required at the penetration to the outdoors to overcome the pressure drop in this added ductwork. The drawing *Notes* should be read carefully, as they include many important design guidelines.

  This ducted air can be used for room heating during the colder weather months, if desired. A damper would need to be placed on the outlet duct, after the induced draft fan, that would direct the air back into the room rather than discharging it to the outside. If the damper is placed upstream of the induced draft fan, it needs to be within 2 feet of the TECOGEN® air outlets, thus requiring two dampers. Also, the induced draft fan would need to be switched off when these two dampers are in the room heat position.

- An alternative to ducted ventilation is room ventilation. Ventilation of the entire room requires an air flow rate of approximately 2500 cfm. This is based on an 85 °F outdoor air temperature, and a 12 °F temperature rise to 97 °F in order to maintain a room temperature below 100 °F:

$$\text{Flow (cfm)} = \frac{30,000 \text{ Btu/hr}}{\{0.073 \text{ lb/ft}^3 \times 0.24 \text{ Btu/lb-°F} \times 60 \text{ min/hr} \times (97\text{-}85 \text{ °F})\}}$$

Flow = 2378 cfm

  Room ventilation requires a larger fan than ducted ventilation ( 2500 cfm vs. 800 cfm).

- If the TECOGEN® unit is in an unusually dusty or caustic environment, inlet ventilation air and combustion air should be ducted directly from the outdoors. This duct would require a boost fan to overcome pressure drop. It should be sized for a total of 960 cfm with a branch to the combustion air louver sized for 160 cfm and less than 5" wc pressure drop.

Typical ventilation design considerations apply; such as providing adequate make-up air, outdoor air humidity, freezing temperatures, etc. Also, refer to local and state codes.

## 2.3    Electrical Connections

The TECOGEN® will generate 3-phase, 60 Hz power at either 208 volts, 230 volts, or 460 volts. The installation is the responsibility of others and must be done in accordance with the National Electric Code and comply with state and local codes. In addition to main power connection, there are also customer interface connections for control signals.

Drawing 3 (see end of chapter) presents the connection of the TECOGEN® to the building distribution system. The unit can be connected to any panel with adequate feeder ampacity. The connection is 3-wire with a ground and no neutral. The generator has a neutral connection but it is not used for connection to the utility EPS (Electric Power System). This neutral connection is available in the switchgear cabinet (460 V), or at the generator (208 volt or 230 volt), for monitoring purposes only but should not be connected to any load or carry any current.

Drawings 4a and 4b present wiring diagrams for the cogeneration module. Drawing 4a is the AC Control and Power Wiring Schematic and Drawing 4b shows the Customer Control Interface Connections.

Drawing 5 presents the Utility Interface and Protection Schematic. This diagram indicates the protective functions of the TECOGEN® microprocessor by referencing the applicable American Standard Device Function Numbers.

## 2.4    Fuel Supply Piping

The TECOGEN® is designed for a low-pressure natural gas supply system. It is important that the piping be adequately sized to deliver the full rated fuel flow at the design gas pressure. For gas pressure requirements, pipe sizing, and other general installation information, refer to Drawing 6 (see end of chapter).

In general, piping should be constructed of malleable iron and be free of any solid debris that could become lodged in the unit's solenoid valves. Referring to Drawing 6, a dirt leg trap and a strainer, just before the unit connection, is recommended for collecting any solid objects. A manual shut-off valve to the unit should be included as well.

If the building gas pressure exceeds 14" (or 28" for emission control system units), it is necessary for the customer to install a gas regulator upstream of the TECOGEN®. This regulator needs to be a "Dead-end Lock-up" type regulator which means that it will not equalize to incoming line pressure when the unit is off. This equalization of pressure would cause engine starting problems by flooding the engine with gas at start-up.

# 2    Installation

The natural gas piping on the unit complies with *AGA Gas-Fired Engine Driven Cogeneration Appliances (No. 2-89)*. The site piping should comply with local and national codes and should be done by a licensed plumber in the state of installation.

## 2.5   Exhaust Piping

An exhaust system is required for the TECOGEN® engine to direct the exhaust products outside. Typically, Tecogen does not recommend that engines in a multiple-unit installation share a common exhaust. If this type of shared exhaust is being considered, please consult the factory.

For standard units (without the emission control system option), this exhaust system may be constructed of carbon steel pipe and must include a silencer. It also needs to have a condensate trap because the exhaust temperature is less than 300 °F. Because of the safety aspects of hot exhaust products, it is especially important that this piping system be free of leaks and be constructed of appropriate materials. Compliance to local and national codes (NFPA 37 and NFPA 211) is essential, especially regarding piping connections, support, insulation, termination, and clearance from combustible materials.

Drawing 7 (see end of chapter) presents the recommended exhaust system design for standard units (i.e. With no Emissions Control System Option). The drawing *Notes* should be read carefully, as they include many important design guidelines.

For units equipped with the emissions control system option, refer to Appendix 1 for detailed specifications including the exhaust system design. The emissions control option should requested at the time of order, rather than field retrofitted, since the modifications to the unit are rather extensive.

### Important

*It is the responsibility of the site and/or installing contractor (and not Tecogen) to determine and obtain any needed air emissions permits from local authorities. Any needed controls equipment fees, coordination, permits, testing , monitoring systems, etc. are not included with the standard TECOGEN® cogeneration module.*

## 2.6   External Water Piping for Heat Recovery

The TECOGEN® module requires an interconnected external water piping system to cool the unit and to displace its waste heat to various thermal loads within the facility. The design of this hot water system is job-specific and depends upon the types of thermal loads, the quantity of thermal loads, and the number of TECO-GEN® units. The following sections provide recommendations and guidelines, but this information is not for construction. As stated in the first paragraph of Section 2, the objective of this manual is to assist a third-party design engineer, performance contractor, mechanical contractor, or owner with the installation of a TECOGEN® cogeneration module. However, it is ultimately this third party's responsibility to identify the design details and specific job requirements to ensure an acceptable installation that meets all codes that apply.

This section is comprised of the following subsections:

2.6.1  Design Strategy

2.6.2  Basic Module Plumbing

2.6.3  Pressure Drop and Static Pressure Limitations

2.6.4  Expansion Tank Sizing

2.6.5  Piping of Multiple TECOGEN® Units

2.6.6  Control Scheme of Multiple TECOGEN® Units

2.6.7  Interfacing With Building Heating Load

### 2.6.1   Design Strategy

The design of the heat recovery system begins with a thoughtful assessment of the facility's existing hydronic piping system and energy load profile in order to maximize the savings opportunity. The important issues to be resolved are as follows:

- *Identification of loads to which the unit waste heat energy is to be applied.* In simple cases, such as single load sites, this will be self-evident, but generally multiple load sites require judgment as to which are significant relative to the expense and quantity of energy which can be saved.

- *Determination of the number of modules needed.* The most cost-effective size of the cogeneration plant is usually one that matches the base thermal load of the site. Over-sizing the system (adding extra modules) will usually dilute the return on investment, but other factors may drive the decision toward greater capacity. High electric rates, for example, may justify additional modules for redundancy especially if they contain a high demand component.

- *Determination if a dump heat exchanger is to be included.* A dump heat exchanger radiator, to reject the unit's heat when the facility loads are satisfied, is often included in the design. This allows the unit to operate when some or perhaps all of the engine heat is being "dumped" outside, which may be cost-effective depending on the cost of electricity relative to gas.

# Installation    2



**Figure 2.1  Simplified Basic Module Plumbing Single Unit.**
*(Top sketch depicts standard module. Lower sketch is low emissions units. See Drawing 8 and Drawing A1.3 for Additional Components and Other Details)*

- *Determination if hot water storage is to be added. Storage is useful to smooth hot water demand and to prevent short-cycling of the modules. The cost of storage will depend on the accessibility and availability of space.*

### 2.6.2 Basic Module Plumbing

Figure 2.1 illustrates the basic heat recovery piping layout for a single module; that is, it shows the fundamental components common to all applications. Figure 2.1a shows the piping for a standard module. A standard module has the exhaust heat exchangers packaged on the unit, one on each exhaust manifold. Figure 2.1b shows the layout for a low emissions configuration. This has a remote exhaust heat exchanger. Since low emissions units require a catalytic converter in the exhaust system, the exhaust heat exchanger is located downstream of the catalyst, because hot exhaust temperatures are required for successful chemical reactions in the catalyst. It should be noted that Figure 2.1 is a simplified drawing for illustration. Refer to Drawing 8 (end of chapter) and Drawing A1.3 (Appendix 1—Emission Control System Option) for a more detailed depiction of the basic plumbing system that includes service valves, instrumentation, etc.

For the purpose of this discussion, we will refer to the hot water leaving the TECOGEN® module(s) as "WO" (abbreviated for "Water Out" of module) and the cooled water going back to the TECOGEN® module(s) as "WI" (abbreviated for "Water In" to module).

As shown in Figure 2.1, cool water returning from the thermal load enters at point WI and passes first through a strainer, then through a 3-way thermostatic mixing valve. The strainer protects the mixing valve and the module from debris in the loop. The water then enters a pump located at the inlet to the module. The water is heated successively by the unit's oil cooler, engine block, exhaust manifolds and lastly by the exhaust heat exchanger(s).

After exiting the exhaust heat exchanger, the heated water is piped to the various loads in the facility (point "WO"). However, if the water returning to the engine ("WI") is too cool (<165 °F), some of the flow may be directed to the thermostatically controlled three-way valve. The thermostatic element in the valve will allow a modulated portion of the heated water to re-circulate to the module inlet.

A city water (CWS) make-up line is required to maintain the loop under modest pressure (about 15-20 psig) and provide make-up when water is lost in the system through service and leaks. This make-up line should include a back-flow preventer, a pressure reducing valve, and a bladder-style expansion tank. A bladder-type is required to minimize the dissolved oxygen con-

# 2   Installation

tent in the loop. Expansion tanks are available from Tecogen and the sizing and selection of the tanks are presented in Section 2.6.4.

Even with a pressurized system, significant leaks should be quickly repaired to minimize the make-up volume to the system.

The piping system beyond points WI and WO is typically piped to a heat exchanger, rather than piping directly to the load. The is because the engine system has to be a closed loop to prevent oxidation of the engine, and pressurized to at least 15 psi to prevent boiling. Also, the isolation prevents cross-contamination of the fluids in the case of pool applications or domestic hot water.

Only pure, re-circulated water should be contained in the engine loop. Glycol solutions (EG, PG,) are permissible, but are not recommended, except where freeze protection is required.

### 2.6.3   Pressure Drop and Static Pressure Limitations

The water pressure drop characteristics of the typically configured TECOGEN® modules are summarized in Table 2.1. The table differentiates units with the low emissions catalyst system because of the aforementioned external exhaust heat exchanger. The table includes the pressure drop of the thermostatic mixing valve also, as it is almost universally used.

For flow rates other than the design, refer to Figure 2.2, which shows the pressure versus water flow rate relationship of the two module variations.

The maximum inlet water pressure of the module is 55 psig. The module has an internal overpressure switch set for that limit and the unit relief valve is rated just slightly higher, 60 psig. Both are located at the water inlet. Under typical operating conditions, the unit inlet pressure will be built up typically as shown in Table 2.2. The system designer should therefore be mindful of these important pressure restrictions and select unrestrictive components and ample thermal expansion tank capacity.

### 2.6.4   Expansion Tank Sizing

Expansion tank selection is based upon the system volume, temperature, and static pressure. Figure 2.3 presents a selection guide for expansion tanks that includes instructions.

### 2.6.5   Piping of Multiple TECOGEN® Units

Multiple TECOGEN® units should be piped in parallel in a primary/secondary loop arrangement. The parallel arrangement allows all units to receive return water from the load at the same temperature. A series arrangement would cause overheating of the subsequent units.

**Table 2.1**
**Module Pressure Drop Characteristics**
**@ Rated Water Flow Rate**

|  | CM-60/75 Module Standard | CM-60/75 Module Low Emission |
|---|---|---|
| Rated Flow Rate | 22 GPM | 22 GPM |
| **Pressure Drop** | | |
| a. Module Only | 16.5 psi | 12.9 psi |
| b. Remote Exhaust HX | Not Req. | 6.3 psi |
| c. Mixing Valve* | 4.5 psi | 4.5 psi |
| **Total** | **21.0 psi** | **23.7 psi** |

*Typical Valve—AMOT 1CMC16001*



**Figure 2.2 Module Pressure Drop Vs. Flow Rate for Water**
*(Includes Thermostatic Mixing Valve MV1)*

**Table 2.2**
**Typical Module Cooling System Static Pressures**

|  | CM-60/75 Module Standard | CM-60/75 Module Low Emiss. |
|---|---|---|
| Static Pressure from City Water Make-up | 15 psig | 15 psig |
| Static Pressure from Thermal Expansion | 5 psig | 5 psig |
| **Pressure Developed at Pump Discharge** | | |
| a. Module and Related Components | 21 psig | 24 psig |
| b. Remainder of Loop Components | 5 psig | 5 psig |
| **Total Pressure at Unit Inlet** | **46 psig** | **49 psig** |

# Installation 2

### Figure 2.3   Expansion Tank Selection

**Instructions**

1. Determine the total water volume of the system. The water volume of a single TECOGEN® is approximately 5 gallons. Use Table A to determine piping volume based on length and diameter.

2. Based on the total volume, select an expansion tank model from Table B. The sizing was determined based upon a system operating pressure of 15-25 psig (at the tank) and a water temperature range of 50—230 °F. The table indicates the tanks dimensions and weight.

3. The FILL-TROL model includes a pre-pressurized, diaphragm-design tank, equipped with an integral automatic pressure reducing valve. The FILL-TROL unit will automatically fill the system, when required, to maintain a minimum system pressure.

4. The EXTROL tank is also a pre-pressurized, diaphragm-design, but does not have the integral fill valve. When using an EXTROL, a pressure regulator, along with a manual fill bypass, need to be installed.

5. Tanks can not be installed horizontally.

6. The standard pre-charge on the tank is 12 psig. It can be increased by adding air through the charging valve on the tank. This should be done before the tank is filled with water.

**Table A   Volume of Water in Gallons per Lineal Foot of Pipe**

| Type | Pipe Diameter (inches) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1/2 | 3/4 | 1 | 1 1/4 | 1 1/2 | 2 | 2 1/2 | 3 |
| Steel | 0.016 | 0.028 | 0.045 | 0.078 | 0.105 | 0.172 | 0.250 | 0.385 |
| Copper | 0.012 | 0.025 | 0.043 | 0.065 | 0.092 | 0.161 | 0.250 | 0.357 |



**Table B   Expansion Tank Models**

| Total System Volume (Gallons Cold) | Amtrol Model Number | Tank Volume (gallons) | Accept Volume (gallons) | A (in.) | B (in.) | Connection Size (in.) | Weight (lb) |
|---|---|---|---|---|---|---|---|
| 5—30 | FILL-TROL 111 | 7.6 | 2.5 | 24 5/8 | 11 | 1/2 | 15 |
| 30—50 | FILL-TROL 112 | 14 | 11.3 | 23 | 15 3/8 | 1/2 | 24 |
| 50—110 | Extrol SX-90V | 44 | 34 | 36 | 22 | 1 1/4 | 63 |
| 110—150 | Extrol SX-110V | 62 | 34 | 46 3/4 | 22 | 1 1/4 | 90 |

# 2  Installation



**Figure 2.4   Piping of Multiple TECOGEN® Units**

Referring to Figure 2.4, a primary/secondary loop is a parallel piping arrangement that has a main piping circuit (primary), feeding one or more branches (secondary circuits). The design of the system allows each branch to have its own flow and pressure drop requirements without affecting the primary circuit. This minimizes control problems and is efficient since the high pressure rise characteristics across control or shunt valves is eliminated.

The simplified design criteria for piping multiple units is as follows:

1.  Only one make-up water supply line is required. It should contain a backflow preventer, a pressure-reducing valve, and an expansion tank. The tank must be sized to include the water volume of all of the cogeneration units and the primary and secondary piping. Refer to Section 2.6.4 for expansion tank sizing. These tanks are available from Tecogen.

2.  Each secondary circuit has its own pump, sized to provide the flow, and overcome the pressure drop, of that branch only.

3.  The common pipe, between the secondary circuit supply and return, must have little to no pressure drop so when the secondary pump is off, flow goes through the common pipe as the path of least resistance. A rule of thumb is that the distance between the supply and return tees on the secondary circuit should not exceed four pipe diameters.

4.  The secondary pump is to be located at the beginning of the branch so it discharges into the secondary circuit, providing an increase in secondary circuit pressure over that established in the primary piping.

5.  Balancing valves are required for this piping arrangement. A valve should be located at each cross connection between the primary supply main and the primary return main (FCV-A1, FCV-B1, FCV-i1, etc.). Also, each secondary loop should have a balancing valve (FCV-A2, FCV-B2, FCV-i2, etc.).

6.  The pipe size of the primary circuit feed should gradually decrease with each successive unit. Likewise, the primary circuit return pipe size should gradually increase with each successive unit.

For more information on primary/secondary loop design, please refer to the *Bell and Gossett Primary Secondary Pumping Application Manual, Bulletin THE-775.*

# Installation 2

## 2.6.6 Control Scheme of Multiple TECOGEN® Units

The TECOGEN® control system, *TecoNet*™, has extensive networking capabilities to fully integrate many control functions for multiple units, eliminating expensive PLC's (programmable logic controllers) for the end user. The units can be networked together, via standard RS-485 connections, to operate in a "Lead/Lag" arrangement. One unit is designated as the Lead unit and all of the rest operate as Lag units. The Lead unit provides the logic to control the power output and start/stop of the other units as required, evenly dispersing run hours and load.

The Lead unit dictates the control mode of the group. As presented in Section 1.4.1, the Hot Water Mode stages and cycles the units based upon the building hot water load. If the load is dropping off, resulting in a leaving water temperature (on any of the cogeneration units) that is too hot, the Lead will start shutting units down and/or reduce their power output. Alternatively, if this temperature becomes too cold, the Lead will turn units on and/or increase their power output.

Conversely, in Power Mode, the objective is to produce electricity even if the hot water load drops off or goes away entirely. In this case, the heat must be dumped to a radiator. This is a desirable control mode if there are high electric demand charges during peak hours, making it is more cost effective to avoid this demand charge and dump the heat. A schedule for Power Mode and Hot Water Mode can be programmed into the Lead unit to maximize savings opportunities based upon the rate structure (gas vs. electricity) and load profile.

In the Non-Export Mode, the Lead unit monitors the output of a building wattmeter and unloads, or shuts down units, to ensure there is not reverse power flow out to the utility when the building's electric load has dropped off. The non-export of power overrides all other modes. So, if the Lead receives a signal that the import of power to the building is dropping to levels approaching zero, it will begin shutting down units, even if there is a hot water load.

These control features are programmable on-site. For further information, please consult the factory.

## 2.6.7 Interfacing With The Building Heating Load

This section will address how to interface one or more TECOGEN® modules with the building heating load. Some examples of loads are domestic hot water systems, space heating, pool heating, or process heating. Depending on the requirements of the application, there may be a single load or several loads.

Typically, an intermediate heat exchanger, or load heat exchanger, is placed between the TECOGEN® hot water loop and the building load. The is because the engine system has to be a closed loop to prevent oxidation of the engine, and pressurized to at least 15 psi to prevent boiling. Also, the isolation prevents cross-contamination of the fluids in the case of pool applications or domestic hot water.

Presented below are the subjects addressed in the following sections:

2.6.7a   Load Heat Exchanger Sizing

2.6.7b   Piping Alternatives to Load Heat Exchanger

2.6.7c   Single Load - Elements of Design

2.6.7d   Multiple Load Systems

### 2.6.7a Load Heat Exchanger Sizing

The sizing of the load heat exchanger is site specific. The specifications for the TECOGEN® side of the heat exchanger are presented in Table 2.3.

**Table 2.3**
**Load Heat Exchanger Specifications—TECOGEN®**

|  | CM-60 | CM-75 |
|---|---|---|
| Thermal Output (MBtu/hr) | 440/458[1] | 490/511[1] |
| Fluid | Water | |
| Hot Water Flow | 22 gpm *(24 gpm max)* | |
| Maximum Entering Water Temperature | 230 °F | |
| Leaving Water Temperature | 160 -180 °F | |

*Notes*
*1. Standard Units/Emission Control Units*
*2. There may be other special requirements for the load heat exchanger relating to the application. DHW applications typically require brass ends, potable water typically requires a double-wall design, and pools require 90/10 cupronickel tubes and tube sheets with brass ends.*

Listed below are some important points to note:

1. There is some latitude on the design temperatures entering and leaving the load heat exchanger. The leaving temperature can range from 160 °F to 180 °F.

   Below 160 °F would overcool the engine. However, the function of the thermostatic control valve (MV1) on the TECOGEN® loop is to maintain a minimum of 160 °F. So, if the water returning from the load heat exchanger is below 160 °F, MV1 will bypass some hot water exiting the engine to elevate the return temperature. It is important to

# 2  Installation

note that MV1 operates wide open at full load and is only providing any temperature control. Its only purpose is to maintain a minimum engine temperature.

A return temperature much above 180 °F could overheat the engine. Therefore, the load heat exchanger, as well as a dump radiator (if required, see Section 2.2.7d), should be sized large enough so that the outlet temperature does not exceed 180 °F.

Within the limitations stated above, the type of load will dictate the design temperatures of the load heat exchanger. For example, pools have relatively cool temperature requirements while a space heating hot water application requires much hotter water. Designing a heat exchanger that maximizes the heat transfer surface for cooler temperatures, is more beneficial to the life of the engine and its components.

2.  The selection of the load heat exchanger should consider minimizing the pressure drop so as not to overload the existing pump.

3.  There may be a requirement for special materials of construction for the load head exchanger depending upon the application. DHW applications typically require brass ends, potable water typically requires a double-wall design, and pools require 90/10 cupronickel tubes and tube sheets with brass ends.

### 2.6.7b  Piping Alternatives to Load Heat Exchanger

This section will present just a few examples of the typical ways to pipe to a load heat exchanger. The method chosen will depend on the type of load, the control scheme desired, the adaptability of existing equipment, the corrosiveness of the heated fluid, and the relative flows on the two sides of the heat exchanger. Again, each application is unique and will require more specific and detailed engineering.

Referring to the examples presented in Figure 2.5, the "Building Side" will refer to the side of the load heat exchanger that is connected to the building's hot water loop. The "TECOGEN Side" will refer to the side of the load heat exchanger connected to the cogeneration unit.

#### Case A
*Building Side* - The load heat exchanger is installed in series with the existing building piping system to relieve the building's normal heating equipment, which is installed downstream. A new or existing throttling valve, installed in the existing piping, is used to divert the flow through the load heat exchanger. The existing building pump needs to have sufficient pump head available for the load heat exchanger or an additional booster pump is required.

Fluid always passes through the load heat exchanger but is not always heated. Sensor T activates the diverter valve on the TECOGEN® side to send the heat to the load heat exchanger.

*TECOGEN Side* - A 2-position diverter valve is used to pass the hot water from the cogeneration unit to the load heat exchanger if required. When Sensor T, installed in the building-side piping, becomes too cool, it activates the diverter valve to go to the "A" position to send flow to the load heat exchanger. When Sensor T's temperature is satisfied, the valve will go to the "B" position and the cogeneration unit's hot water will then flow to the next load or back to the unit.

#### Case B
*Building Side* - The load heat exchanger is installed in series with the existing building piping system to supplement the heating load. In this case, the heated fluid is not continuously fed through the load heat exchanger and has a dedicated pump that only comes on when there is a call for heat.

The piping contains a heat trap on the inlet and outlet of the heat exchanger. This is an approximate 1' high "U" shape in the plumbing to prevent thermosiphoning from the TECOGEN loop to the load when the pump is not running. A trickle of flow can occur even when this secondary pump is off, or it can occur through the modulating valve. This precaution of using a heat trap prevents convective heat transfer through the heat exchanger.

*TECOGEN Side*— A modulating valve directs the flow of hot water from the TECOGEN to the load heat exchanger when required. The valve is activated by a temperature sensor on the building load side (Sensor T). When the building load is satisfied, the valve will bypass the TECOGEN hot water around the heat exchanger and send it to the next load.

#### Case C
*Building Side* - This is the same arrangement on the building side as Case A, except that the Sensor T is on the inlet side of the heat exchanger as opposed to the outlet side. When the heated fluid becomes too cool, this sensor activates a pump starter on the TECOGEN side to send flow to the load heat exchanger.

*TECOGEN Side* - A pump controlled by Sensor T on the load side is used to direct flow through the load heat exchanger. When the pump is off, flow bypasses around the load heat exchanger and goes to the next load. This scheme is desirable if additional pump head is required to supplement the main module pump P1 (see Figure 2.1 or 2.4 ). It also offers the stability of primary/secondary loop control.

# Installation  2



**Figure 2.5   Piping Alternatives to Load Heat Exchanger**

### 2.6.7c   Single Load - Elements of Design

Figure 2.6 presents an example of a single load to illustrate the three critical elements of the design; these are the (1) Piping, (2) Thermostat Settings, and (3) Control Logic Wiring. Each of these elements must be carefully established and coordinated in order to ensure a successful design.

The building load in this example is a swimming pool. Each of the design elements is described below;

> *Note*
> *The design scheme presented is typical, but certainly not the only way to integrate a cogeneration unit with an existing pool. The purpose of the example is to illustrate design concepts.*

**1. Piping**
*Building Side* - Only a portion of the flow from the existing pool system is diverted to the load heat exchanger so that the heat exchanger does not have to accommodate the full flow of the pool pump.

*TECOGEN Side* - This is similar to "Case A" in the previous section where a 2-position diverter valve is used to pass the hot water from the cogeneration unit to the load heat exchanger if required.

**2. Thermostat Settings**
Proper control of the existing system's heater is necessary to assure that the cogeneration unit's heat is fully utilized before bringing this heater on. To accomplish this, two separate thermostats control the heating of the pool. The first is the existing thermostat (T'stat 1) which controls the existing pool heater. The second thermostat, T'stat 2, is installed with the cogeneration system to control the start of the TECOGEN®.

As shown in Figure 2.6, T'stat 1 has a lower setpoint than T'stat 2 to give the cogeneration unit priority. When the temperature in the pool drops to below 77 °F, T'stat 2 activates the cogeneration unit. When the water is heated to 82 °F, then T'stat 2 will shut off the cogeneration unit. If the cogeneration unit can not keep up with the heating load, or it is out of service, and the pool temperature falls to below 73 °F, T'stat 1 will turn on the existing pool heater. It will remain "On" until the pool temperature reaches 80 °F. The allowable difference between the setpoints depends upon the requirements of the process, but typically a minimum of 5 °F apart is recommended for stable operation and to minimize cycling.

**3. Control Logic Wiring**
The ladder diagram in Figure 2.6 presents the basic control logic wiring. When T'stat 1 closes, it energizes the existing pool heater.

When T'stat 2 closes, it provides a start input signal to

# 2  Installation



**Design Element #1—Piping**

**Design Element #2—Thermostat Settings**

**Design Element #3—Control Logic Wiring**

**Legend**

——— New Cogen Piping

——— Existing Facility Piping

**Figure 2.6    Single Load—3 Elements of Design**
*Pool Application*

the cogeneration unit. It also energizes the coil of relay R1, which is an external relay that can be located in an adjacent control center. R1 controls the diverting valve. With the coil energized, contact R1-1 closes and R1-2 opens, diverting the cogeneration unit's flow from "B" to "A", to the pool heat exchanger.

When T'stat 2 is open and R1 is not energized, the valve is in the "B" position because the "B" position terminals of the valve are wired to the normally closed contacts on the relay (R1-2). In the "B" position, flow from the cogeneration unit is bypassed around the pool load heat exchanger.

The last two rungs of the ladder depict two available outputs that energizes upon start of the cogeneration module. The first output, M7-1, energizes the unit's cooling water pump P1 (refer to Figure 2.1 ). The second output, M7-2, energizes an external ventilation fan that is either in the ventilation ductwork or ventilating the entire room.

### 2.6.7d   Multiple Load Systems

The recommendation for multiple load systems is to arrange the loads in series. This allows prioritization of the loads and ensures that heat will not be wasted. Referring to the example presented in Figures 2.7a and 2.7b, there are three loads and a dump radiator. Since the heat is supplied to each load successively, the loads are piped in order of priority. This guarantees that each load is satisfied before the heat is dumped to the radiator. Conversely, if the loads were in parallel, it would require a more sophisticated control scheme to continuously balance the heat load to make certain that, if heat is not being used by one load, it gets diverted to another load.

The example presented is typical for a health club facility, including a domestic hot water load, a space heating load, and swimming pool. The load with first priority is domestic hot water because it generally uses the most energy per year than the others, has less thermal storage, an intermittent demand schedule, and the highest temperature requirement. Space heating is next and the pool has the lowest priority. The pool is last because it has such a large volume that it gains or loses temperature very slowly. Swimmers will not notice if a pool stops receiving heat for a little while.

Again, the three critical elements of the design are illustrated for each load. Each of these elements must be carefully established and coordinated in order to ensure a successful design.

A dump radiator is installed when it desirable to occasionally operate the TECOGEN® for the electricity only, even though all of the heat loads are satisfied. For example, in order to avoid a high utility demand charge

# Installation    2

during peak hours, a dump radiator allows the cogeneration unit to keep producing the full output of electricity even when there is little to no hot water load. The decision of whether to install a dump radiator is based upon the electric rate structure and the hot water load profile.

The following sections will explain the three critical elements of design for each of the loads and the dump radiator.

*Important*
*The sample design schemes presented are examples, and not meant to be exclusive designs or designs for construction. The examples are simply to illustrate design concepts.*

### A. Load #1  Domestic Hot Water

**1. Piping**
*Building Side* - When adding the cogeneration unit to an existing hot water system, the load heat exchanger is piped in parallel to the existing hot water tank and has its own separate pump and thermostat. This pump is non-continuous, only operating when there is a call for heat.

*TECOGEN Side* - As in Case A of Section 2.6.7b, a 2-position diverter valve is used to pass the hot water from the cogeneration unit to the load heat exchanger if required.

**2. Thermostat Settings**
There are two thermostats installed in the hot water tank. The first thermostat, Ts-1, controls the existing pump and heater. The second thermostat, Ts-2, is installed with the cogeneration system to control the start of the TECOGEN®. As stated in the previous section, it is important to properly synchronize the thermostats to assure that the cogeneration unit gets priority.

Referring to Figure 2.7b, the existing thermostat (Ts-1) is given a lower setpoint than the cogeneration unit's thermostat (Ts-2). When the temperature in the tank drops below 123 °F, Ts-2 activates first and turns on the cogeneration unit. When the water is heated to 130 °F, then Ts-2 shuts off the cogeneration unit. If the cogeneration unit can not keep up with the heating load, or it is out of service, and the tank temperature falls to below 120 °F, Ts-1 will turn on the existing heating system. It will remain "On" until the tank temperature reaches 125 °F. The deadband on each thermostat, as well as the difference in setpoints, should set to provide stable operation. It is specific to the application and may require field tuning.

**3. Control Logic Wiring**
The ladder diagram in Figure 2.7b presents the basic control logic wiring. When Ts-1 closes, it energizes the existing tank heater and pump.

When Ts-2 closes, it provides a start input signal to the cogeneration unit. It also energizes the coil of relay R1, which is an external relay that can be located in an adjacent control center. R1 controls the diverting valve. With the coil energized, contact R1-1 closes and R1-2 opens, diverting the cogeneration unit's flow to the load heat exchanger.

R1 also controls the building side pump P1 on another set of normally open contacts R1-3. Therefore, when R1 is energized, contacts R1-3 close to operate the pump.

Ts-2 opens when the temperature in the tank is satisfied. This deenergizes relay coil R1. Valve DV-1 then goes from the "A" position to the "B" position because the "B" position terminals of the valve are wired to the normally closed contacts on the relay (R1-2). In the "B" position, flow from the cogeneration unit is bypassed around the domestic hot water load to the next load (space heating).

The inset on Figure 2.7b depicts the standard available outputs of the cogeneration module upon start. The first output, M7(A) -1, energizes the unit's cooling water pump (refer to Figure 2.1). The second output, M7(A) - 2, energizes an external ventilation fan that is either in the ventilation ductwork or ventilating the entire room. These same outputs are available on every unit in a multiple unit installation (e.g., M7(B)-1 & M7(B)-2, etc.). The staging and control of multiple TECOGEN® units is addressed in Section 2.6.6.

### B. Load #2  Space Heating

**1. Piping**
*Building Side* - The load heat exchanger is piped in series with an existing hydronic heater so it shares the existing system pump. This pump is non-continuous, only operating when there is a call for heat.

*TECOGEN Side* - As in Case C of Section 2.6.7b, a primary/secondary loop arrangement is used, where this load heat exchanger has a dedicated pump that only operates when there is a call for heat on the building side. When the pump is off, flow bypasses around the load heat exchanger and goes to the next load. This secondary pump design is desirable if additional pump head is required.

**2. Thermostat Settings**
There are two thermostats in the hydronic loop and a room thermostat (shown only in the ladder diagram). Thermostat Ts-3 controls the existing heater. Thermostat Ts-4 is installed with the cogeneration system to control the start of the TECOGEN.

The existing hydronic thermostat (Ts-3) is given a lower setpoint than the cogeneration unit's thermostat (Ts-4) to give the cogeneration unit priority. When the

# 2    Installation

*Note: The sample designs below are for illustration purposes only. They are not the only acceptable way to interface with each load type.*



A. Load 1: Domestic Hot Water (DHW)

B. Load 2: Space Heating

C. Load 3: Pool Heating

D. Load 4: Excess Heat Dump

*Inset: Warm Climate Radiator Design*

### Legend

| | |
|---|---|
| | New Cogen Piping |
| | Existing Facility Piping |
| | Electrical Signal |
| FLT | Filter (Pool) |
| HTR1 | Existing System Fluid Heater |
| A | Diverter Valve Port "A" |
| B | Diverter Valve Port "B" |
| CWS | City Water Supply |
| HWS | Hot Water Supply (to taps) |
| FCV1 | Flow Control Valve (no. 1) |

| | |
|---|---|
| DV1 | Diverter Valve (2 Position/Non-modulating) |
| MV2 | Mixing Valve (Modulating) |
| NC | Normally Closed Valve |
| T1 | Analog Temperature Sensor (no. 1) |
| P1 | Pump (no. 1) |
| Ts-2 | Thermostat (no. 2) |
| WO | Heated Water Outlet From Cogen Unit(s) |
| WI | Cooled Water Returning to Cogen Unit(s) |
| TMP | Code Approved Tempering Valve |

**Figure 2.7a  Multiple Load Systems** *(Design Element #1)*

# Installation    2



Figure 2.7b  Multiple Load Systems *(Design Elements #2 & #3)*

A. Load 1: Domestic Hot Water (DHW)

B. Load 2: Space Heating

C. Load 3: Pool Heating

D. Load 3: Excess Heat Dump

# 2   Installation

temperature in the system piping drops below 168 °F, Ts-4 activates first and turns on the cogeneration unit. If the water in the system is heated to 175 °F, then Ts-4 shuts off the cogeneration unit. If the cogeneration unit can not keep up with the heating load, or it is out of service, and the tank temperature falls to below 165 °F, Ts-3 will turn on the existing heating system. It will remain "On" until the system temperature reaches 172 °F. The deadband on each thermostat, as well as the difference in setpoints, should be set to provide stable operation. It is specific to the application and may require field tuning.

The room thermostat is not presented in the diagram since it has a variable setpoint (depending on comfort requirements) and will only energize the circulating pump, not the heaters. The reason for this is so the cogeneration unit is not arbitrarily controlled by an end user, potentially short-cycling the engine. The thermostats in the hydronic loop will ensure stable control over the heating system.

### 3. Control Logic Wiring

The ladder diagram in Figure 2.7b presents the basic control logic wiring. The call for heat originates from the room thermostat (Ts-room) which has a variable setpoint. This energizes the circulating pump P4 and a control relay R2, which is an external relay that can be located in an adjacent control center.

The set of contacts on the relay R2-1 switches closed on the start circuit for the cogeneration units. However, the units will not start until thermostat Ts-4 is below 168 °F. This thermostat will also activate the TECO-GEN side circulating pump P3.

If the space heating loop temperature falls below 165 °F, then the existing heater HTR2 will come on. The existing heater is not controlled by the room thermostat since it is maintaining a minimum loop temperature.

The inset on this Figure 2.7.6 depicts the standard available outputs of the cogeneration module upon start. The first output, M7(A) -1, energizes the unit's cooling water pump (refer to Figure 2.1). The second output, M7(A) - 2, energizes an external ventilation fan that is either in the ventilation ductwork or ventilating the entire room. These same outputs are available on every unit in a multiple unit installation (ie. M7(B)-1 & M7 (B)-2). The staging and control of multiple TECO-GEN® units is addressed in Section 2.6.6.

### C. Load #3 Pool Heating

The pool heating design is the same at that described in section 2.6.7.c.

### D.   Dump Radiator

As discussed earlier, an engine dump radiator is required to operate the cogeneration unit at full power output when the heating load is not available or is only partially available. First, the elements of design for the dump radiator will be presented. Following this discussion will be the thermal specifications for a dump radiator. It is available from the factory or may be supplied by others.

The elements of design are described below:

### 1. Piping

*Building Side* - The radiator is installed outdoors to reject the heat to the outside air. Rather than piping directly to the radiator, a secondary dump heat exchanger is recommended when a glycol mixture is required in the radiator circuit for freeze protection. Pump P6 circulates the flow. If glycol is not required due to a warm climate, then the radiator can be piped directly to the TECOGEN® heat recovery loop (see Inset on Figure 2.7a).

*TECOGEN Side* - A temperature control valve is used on the outlet of the dump heat exchanger to control the mix temperature going back to the engine(s). The temperature setpoint of this valve MV1 should not exceed 180 °F. If all of the heat has been rejected to the building loads, then the water entering the dump heat exchanger will be less than 180 °F. In this case Port C will close down and Port H will open, thus bypassing the dump heat exchanger. Conversely, if the building loads are not taking all of the heat, then the water flowing through Port H will begin to exceed 180 °F. In this case, Port C will open to allow flow through the dump heat exchanger.

### 2. Thermostat Settings

Unlike a typical heat load, a thermostat does not initiate the operation of the dump radiator. The control scheme is described the next section.

### 3. Control Logic Wiring

The cogeneration unit(s) have their own output to start the radiator pump P6 based on the water temperature returning to the unit. The setpoints for "Start" and "Stop" are adjustable on the cogeneration unit's control system and can be customized in the field to synchronize with the temperature control valve MV1. This valve is controlled independently of the cogeneration unit but will not be effective until the start of P6. The radiator sometimes has its own internal thermostat to start the radiator fans. Otherwise, an external sensor will be needed.

# Installation 2

**Dump Radiator Specifications**

The thermal specifications for the radiator are presented in Table 2.4. Also, listed is a model number of a sample radiator that can be purchased from Tecogen. However, alternative radiator models may be selected and supplied by others.

In cold weather climates, the radiator is piped with a secondary dump heat exchanger so that a glycol mixture may be used in the outdoor loop. In this case, the radiator loop will require its own surge tank or expansion tank. The factory-supplied radiator is available with a surge tank accessory that bolts directly to the top of the radiator. Since the water volume of the radiator loop is site specific, the capacity of the surge tank should be checked carefully to ensure it is suitable.

Figures 2.8a, 2.8b, and 2.8c present the dimensions and physical specifications for the standard factory-supplied radiators (CM-75 and CM-60), as well as the dimensions and specifications for the surge tank accessory.

**Table 2.4   Radiator Specifications**

|  | CM-60 | CM-75 |
|---|---|---|
| Sample Radiator Model Number | HH-015-48A | HH-025-48A |
| Heat Rejection (MBtu/hr) | 440/448[1] | 490/511[1] |
| Ambient Air Temperature (°F) | 95 | 95 |
| Fluid | 50% EG or PG | 50% EG or PG |
| Entering Temperature (°F) | 225/227[1] | 230/232[1] |
| Return Temperature (°F) | 180 | 180 |
| Flow Rate (gpm) | 22 | 22 |
| Pressure Rating (psig) | 60 | 60 |

*Notes*
*1. Standard Units/Emission Control Units*



**DIMENSIONS (INCHES)**

| MODEL | A | C | C₁ | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| HH-015-41 | 64.3 | 8.1 | 8.1 | 56.8 | 53.7 | 3.1 | 38.8 | 2.5 |
| HH-015-42 | 59.1 | 8.1 | 3.0 | 56.8 | 53.7 | 3.1 | 38.8 | 2.5 |
| HH-015-44 | 56.1 | 5.1 | 3.0 | 56.7 | 52.9 | 2.8 | 39.5 | 2.5 |
| HH-015-48 | 56.1 | 5.1 | 3.0 | 57.0 | 53.1 | 2.5 | 40.0 | 2.0 |

**SPECIFICATIONS**

Fan:
    36 Inch Dia. -- 7 Blade -- 1/Unit
Motor -- "A" Series:
    2.0 HP @ 1200 Nom. RPM (Standard) TEFC, 184T
    Frame -- 1/Unit
Motor -- "B" Series:
    1.0 HP @ 900 Nom. RPM (Hushed) TEFC, 182T
    Frame -- 1/Unit

Std. Electrical Configuration:
    3/60/460. Other voltages (200V, 230V, 575V) must be
    identified at time of inquiry and at time of order.
Max. Operating Pressure: 250 PSI
Max. Operating Temperature: 300°F
Unit Dry Weight: 475 Lbs.
Fluid Capacity: 7.5 U.S. Gal.

All units shipped on their sides with legs removed.

**Figure 2.8b   CM-60 Sample Engine Dump Radiator**

## 2  Installation



**Figure 2.8a    CM-75 Sample Engine Dump Radiator**

### DIMENSIONS (INCHES)

| MODEL | A | B | C | C₁ | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|---|
| HH-025-41 | 109.3 | 90.0 | 8.1 | 8.1 | 56.8 | 53.7 | 3.1 | 38.8 | 2.5 |
| HH-025-42 | 104.1 | 90.0 | 8.1 | 3.0 | 56.8 | 53.7 | 3.1 | 38.8 | 2.5 |
| HH-025-44 | 101.1 | 90.0 | 5.1 | 3.0 | 57.0 | 53.1 | 2.8 | 39.4 | 2.5 |
| HH-025-48 | 101.1 | 90.0 | 5.1 | 3.0 | 57.0 | 53.1 | 2.5 | 40.0 | 2.0 |
| HH-035-41 | 133.3 | 114.1 | 8.1 | 8.1 | 56.8 | 53.7 | 3.1 | 38.8 | 2.5 |
| HH-035-42 | 128.1 | 114.1 | 8.1 | 3.0 | 56.8 | 53.7 | 3.1 | 38.8 | 2.5 |
| HH-035-44 | 125.1 | 114.1 | 5.1 | 3.0 | 57.0 | 53.1 | 2.8 | 39.4 | 2.5 |
| HH-035-48 | 125.1 | 114.1 | 5.1 | 3.0 | 57.0 | 53.1 | 2.5 | 40.0 | 2.0 |

### SPECIFICATIONS

Fan:
   36 Inch Dia. – 7 Blade – 2/Unit
Motor – "A" Series:
   2.0 HP @ 1200 Nom. RPM (Standard) TEFC, 184T
   Frame – 2/Unit
Motor – "B" Series:
   1.0 HP @ 900 Nom. RPM (Hushed) TEFC, 182T
   Frame – 2/Unit

Std. Electrical Configuration:
   3/60/460. Other voltages (200V, 230V, 575V) must be
   identified at time of inquiry and at time of order.
Max. Operating Pressure: 250 PSI
Max. Operating Temperature: 300°F
Unit Dry Weight: HH-025 – 950 Lbs.
            HH-035 – 1200 Lbs.
Fluid Capacity: HH-025 – 15 U.S. Gal.
          HH-035 – 17.8 U.S. Gal.

### Surge Tanks

### DIMENSIONS (INCHES)

| For Use With | A | B | Group No. | Capacity |
|---|---|---|---|---|
| HH-015, 025, 035, 045 | 41.6 | 45.0 | 3S34725 | 8.5 U.S. Gal. |
| HH-055, 070, 085, 105 | 86.6 | 90.0 | 3S34221 | 17.0 U.S. Gal. |

**Figure 2.8c    Sample Surge Tank Accessory**

*TECOGEN® Cogeneration Module Installation Manual - 04/07/03*

## Installation  2



FROM DRAWING CM-75-01, REV.D

**Drawing 1a  CM-60/CM-75 Installation Drawing-View 1**
*(see Appendix 1 for units with the Emission Control System Option)*

# 2    Installation



**Drawing 1b  CM-60/CM-75 Installation Drawing-View 2**
*(see Appendix I for units with the Emission Control System Option)*

# Installation  2



**Drawing 1c   CM-60/CM-75 Installation Drawing-View 3**
*(see Appendix 1 for units with the Emission Control System Option)*

## 2    Installation



FROM DRAWING CM-75-01, REV.D

**Drawing 1d   CM-60/CM-75 Installation Drawing-View 4**
*(see Appendix 1 for units with the Emission Control System Option)*

# Installation    2



FIGURE 1
(SEE NOTE 2)

FROM DRAWING CM−75−01, REV.D

NOTES:

1. APPROXIMATE RIGGING WEIGHT: 3000 lbs. THE BASE OF THE UNIT IS EQUIPPED WITH FORKLIFT ACCESS HOLES.

2. ALLOW 3' CLEARANCE ALL AROUND UNIT FOR ROUTINE MAINTAINANCE. ONE OF THE THREE SHADED AREAS, AS SHOWN IN FIGURE 1, SHOULD ALSO BE LEFT CLEAR IN ORDER TO REMOVE THE ENGINE.

3. MAXIMUM ALLOWABLE ROOM TEMPERATURE 100°F. TECOGEN UNIT HEAT REJECTION TO AMBIENT SPACE= 30,000 BTU/HR. ENCLOSURE VENTILATION TO OUTSIDE IS RECOMMENDED WHEN ROOM VENTILATION IS NOT ADEQUATE. LOUVERS ON ENCLOSURE SHOULD BE REMOVED BEFORE MAKING DUCT CONNECTION.

4. A CONCRETE HOUSEKEEPING PAD IS RECOMMENDED: 6'X 4'X 8'

| CONN. | CONNECTION TABLE | | |
|---|---|---|---|
| | DESCRIPTION | SIZE | TYPE |
| A | GAS INLET | 1" | FPT |
| B | HOT WATER IN | 1" | FPT |
| C | HOT WATER OUT | 1" | FPT |
| D | EXHAUST OUT | 3" | TUBE |
| E(2) | GENERATOR VENTILATION CONNECTIONS (under louver) | 4"X 10" | DUCT |
| F | ELECTRICAL POWER (3−PHASE) | 3" | CONDUIT |
| G | ELECTRICAL CONNECTIONS (CONTROL AND 120 VAC.) | 3/4" | CONDUIT |
| H | ENGINE COOLANT RELIEF VALVE | 3/4" | FPT |

**Drawing 1e  CM-60/CM-75 Installation Drawing - View 5**
*(see Appendix 1 for units with the Emission Control System Option)*

# 2 Installation



**Drawing 2   CM-60/CM-75 Ventilation**

# Installation    2



Drawing 3   CM-60/CM-75 Customer Power Connection

# 2    Installation



**Drawing 4a    CM-60/CM-75 AC Control and Power Wiring Schematic**

# Installation   2



**Drawing 4b   CM-60/CM-75 Customer Control Interface Wiring**

BOLD FONT    MOST COMMONLY USED INTERFACES

—————— CUSTOMER WIRING
– – – – – – TECOGEN UNIT WIRING

# 2   Installation



**Drawing 5   CM-60/CM-75 Utility Interface and Protection Schematic**

## Installation   2



**Drawing 6   CM-60/CM-75 Natural Gas Piping**

NOTES:

1. GAS SUPPLY PRESSURE (WHEN OPERATING AT FULL LOAD)
   10-14" W.C. CM-60 STANDARD UNITS.
   10-28" W.C. CM-75 STANDARD UNITS AND CM-60/75
   UNITS W/EMISSION CONTROL OPTION.

2. IF BUILDING GAS PRESSURE EXCEEDS 14"W.C. (OR 28" FOR
   UNIT W/EMISSION CONTROL OPTION), CUSTOMER NEEDS TO
   INSTALL ANOTHER REGULATOR UPSTREAM OF TECOGEN UNIT.
   THE TYPE OF REGULATOR SHOULD BE A "DEAD-END LOOK-UP"
   REGULATOR TO MAINTAIN OUTLET PRESSURE SLIGHTLY ABOVE
   ADJUSTED PRESSURE WHEN NO GAS IS FLOWING. THIS PREVENTS
   THE OUTLET PRESSURE FROM EQUALIZING
   TO LINE PRESSURE, THEREBY PROTECTING DOWNSTREAM
   EQUIPMENT.

3. SELECT APPROPRIATE PIPE SIZE TO ENSURE ADEQUATE GAS
   PRESSURE FOR FULL LOAD CONDITIONS.

   GAS PIPING SIZING (cfh).

   | LENGTH | BLACK IRON PIPE SIZE (inches) | | | | |
   |---|---|---|---|---|---|
   | (feet) | 1-1/4 | 1-1/2 | 2 | 2-1/2 | 3 |
   | 10 | 1050 | 1600 | 3050 | 4800 | 8500 |
   | 20 | 730 | 1100 | 2100 | 3300 | 5900 |
   | 40 | — | 760 | 1450 | 2300 | 4100 |
   | 60 | — | — | 1150 | 1850 | 3250 |
   | 80 | — | — | 990 | 1600 | 2800 |
   | 100 | — | — | 870 | 1400 | 2500 |
   | 200 | — | — | — | 980 | 1700 |

   0.3 IN. W.C. PRESSURE DROP.
   0.60 SPECIFIC GRAVITY.

4. FUEL PIPING SHOULD BE "BLACK IRON" (not steel coated).
   FITTINGS SHOULD BE MALLEABLE IRON FOR WELDING.

5. GAS PLUMBING SHOULD NOT INHIBIT ANY COMPONENT WHICH
   MAY REQUIRE SERVICE OR ACCESS.

6. GAS PLUMBING SHALL CONFORM TO NATIONAL FUEL GAS CODE
   (NFPA 54) AND/OR LOCAL CODES. ALL PLUMBING COMPONENTS
   MUST BE SUITED FOR NATURAL GAS. PLUMBING SHOULD BE
   DONE BY LICENSED PLUMBER IN STATE OF INSTALLATION.

- - - - - = FIELD PIPING

# 2    Installation



**Drawing 7  CM-60/CM-75 Exhaust System Piping—Standard Unit**
*(see Appendix 1 for units with Emission Control System Option)*

# Installation 2



## Drawing 8  CM-60/CM-75 Heat Recovery Piping—Standard Unit

*(see Appendix 1 for units with Emission Control System Option)*

### TECOGEN INSTRUMENTATION

TSN1  WATER OUTLET TEMPERATURE THERMISTOR
TSN2  ENGINE COOLANT TEMPERATURE THERMISTOR
TSN3  ENGINE OIL TEMPERATURE THERMISTOR
TSN4  ENCLOSURE AIR TEMPERATURE THERMISTOR
PSW3  ENGINE OIL PRESSURE SWITCH
PSW1  LOW COOLANT WATER PRESSURE SWITCH
PSW2  HIGH COOLANT WATER PRESSURE SWITCH

### NOTES:

1. ALL COMPONENTS AND PIPING, OUTSIDE THE TECOGEN COGENERATION MODULE, ARE SUPPLIED BY OTHERS.

2. SCHEMATIC IS A SIMPLIFIED GUIDELINE AND NOT FOR CONSTRUCTION. DETAILS OF THE PIPING DESIGN SHOULD ACCOMMODATE SITE REQUIREMENTS AND LOCAL AND NATIONAL CODES.

3. ALL PIPING TO THE UNIT SHOULD BE SELF-SUPPORTING.

4. THERMOSTATIC VALVE CONTROL TEMPERATURE SHOULD NOT EXCEED 180F. TYPICAL VALVE USED: AMOT #CMCT16001.

5. BYPASS IS USED FOR FILLING AND DEAERATING THE SYSTEM AS WELL AS FOR TROUBLESHOOTING THE THERMOSTATIC CONTROL VALVE.

6. PUMP SHOULD BE SIZED FOR 22 GPM MAXIMUM FLOW AND 50 PSIG MAXIMUM TECOGEN MODULE INLET PRESSURE.

7. SELECT EXPANSION TANK FOR 15 PSIG FILL PRESSURE. EXPANSION TANKS ARE AVAILABLE FROM AMTROL THAT ARE PRECHARGED AND INCLUDE THE PRESSURE REDUCING VALVE (FILL-TROL MODEL).

8. ALL WATER PIPING SHOULD BE INSULATED AND INCLUDE AN ALL-SERVICE JACKET.

9. AUTOMATIC VENTS SHOULD BE INSTALLED AT ALL SYSTEM HIGH POINTS. DRAINS SHOULD BE INSTALLED AT ALL SYSTEM LOW POINTS.

### LEGEND

P  PRESSURE GAUGE—RECOMMENDED 0–60 PSI LIQUID FILLED GAUGES
T  TEMPERATURE GAUGE—RECOMMENDED 0–250F THERMOMETER
NORMALLY-CLOSED VALVE
NORMALLY-OPEN VALVE
CHECK VALVE
UNION
———— CUSTOMER PIPING
———— TECOGEN PIPING

**TECOGEN**
45 First Avenue Waltham, MA 02254–9046

| DRAWN | DATE | ENGINEER |
|---|---|---|
| Jim Isackeard | 5–6–02 | |

TITLE:  TECOGEN CM–60/75 HEAT RECOVERY PIPING STANDARD UNIT

| SIZE | DRAWING NUMBER | SHEET | REV | CAD NUMBER |
|---|---|---|---|---|
| A | CM–75–11 | 1/1 | E | CM–75–11 |

PRODUCTION PART NUMBER:

# 3    Maintenance

The Maintenance Schedule for the TECOGEN® cogeneration unit is presented below. Maintenance agreements and contracts are available from Tecogen.

Only authorized, qualified persons should operate and service the cogeneration unit.

## TECOGEN® CM/60/CM75
### Scheduled Service Interval Guidelines

| Category | Interval | Item | Action |
|----------|----------|------|--------|
| A | 750 Operating Hours | Engine Lube Oil<br>Engine Oil Filter<br>Air Filter[1]<br>Air Inlet Louver<br>Enclosure Fan<br>PCV Valve<br>Battery<br>Timing<br>Carburetor<br>Spark Plugs<br>Coupling<br>Engine Mounts<br>Condensate Trap<br>General<br><br>Safety Circuit[2] | Replace<br>Replace<br>Replace<br>Clean<br>Inspect and Clean<br>Inspect<br>Inspect and Clean Terminals<br>Check & Adjust if Necessary<br>Check & Adjust if Necessary<br>Replace<br>Inspect<br>Inspect<br>Clean<br>Check for Leaks, Check Electrical Connectors<br>Verify Operation (DSHT, PSHT, EXHT) |
| B | 2250 Operating Hours | A Items<br>Distributor Cap<br>Rotor<br>Distributor<br>Ignition Wires<br>PCV Valve<br>Engine Evaluation<br><br>Engine Valves<br>O$_2$ Sensor [4] | See above<br>Replace<br>Replace<br>Check for Shaft Bushing Wear<br>Replace<br>Replace<br>Blowby & Compression Test (Omit on First "B" Service)<br>Adjust<br>Replace |
| C | 6000 Operating Hours or Annually | Generator<br>Cylinder Heads<br>Catalyst [4]<br><br>"A" & "B" Items | Grease Bearings<br>Replace (if necessary)<br>Inspect, Wash or Replace every other interval (ie.12,000 hrs)<br>See Above |
| D | Typical Life[3] | Engine, Partial | Replace as indicated by Blowby and Compression Tests |

Notes:
1. *A dusty environment may require more frequent service for air filter.*
2. *The Safety Circuit acts as a redundant safety to ensure safe shutdown in the event of a microprocessor failure.*
3. *Typical engine life with proper service is 20,000-25,000 operating hours.*
4. *Applies only to units equipped with the TecoDrive Emission Control System.*

# Appendix 1

## Emission Control System Option
### *(Including Remote Exhaust Gas Heat Recovery)*
### For TECOGEN® CM-60 & CM-75

### A1.1  General Description

The emissions control system option is required in regions with increased restrictions on exhaust gas emissions. It is based upon a method of controlled combustion with exhaust gas treatment. A microprocessor-based, closed-loop, feedback control system maintains tight control over the air/fuel ratio. The rich-burn engine's exhaust is treated with a catalytic converter. The key factor to catalyst efficiency is maintaining the air/fuel ratio within a tight window, slightly rich of stochiometric, which is where the exact quantity of air is available so the oxygen completely combusts with the fuel. This effectively reduces emissions to very low levels.

The TECOGEN®'s microprocessor-based control system directly operates a stepper motor-controlled fuel control valve to precisely modulate the fuel flow. This is a closed-loop control system with the feedback signal coming from an $O_2$ sensor in the exhaust system that measures air/fuel ratio. (Note: The $O_2$ sensor is installed in the engine exhaust "wye" flex connector on the unit.) Other monitored parameters include engine speed, manifold pressure, intake air temperature, and engine coolant temperature.

The primary safety of the emission control system is an exhaust system thermocouple that will initiate an engine shutdown when a catalyst outlet over-temperature is detected. This protects against a fault when fuel/air ratio is maintained too rich. There is also a thermocouple on the inlet of the catalyst for diagnostics.

The operator interface with the Emission Control System is through the unit's main control panel. The status and alarms can be read on the display and the operator can verify the function of the emission control system. Monitoring of the exhaust stack emissions is not included in this option.

Each TECOGEN® has its own catalytic converter. The catalytic converter is shipped loose in a separate box along with its own thermally insulated blanket. It is the responsibility of the installing contractor to install the catalytic converter in the exhaust system. The inlet and outlet thermocouples are also shipped loose and need to be installed in the catalytic converter, and wired in to the control panel, prior to start-up.

Also, TECOGENs that are equipped with the emission control system require a heat recovery system that has a remote exhaust gas heat exchanger rather than the standard packaged heat exchangers. The reason for this is that the exhaust heat can not be removed until the exhaust gas has been through the catalytic converter since the catalyst requires elevated exhaust temperatures to function properly.

Drawing A1.1a thru Drawing A1.1e present the Installation Layout drawings for a TECOGEN® with the Emission Control System Option. Drawing A1.2 presents recommendations for the exhaust system design. Drawing A1.3 presents a schematic of the heat recovery system. Also, refer to Section 2.6 for additional water piping guidelines.

#### *Note*

*If Tecogen does the start-up, the final electrical connections for the thermocouples will be done by the Tecogen start-up technician.*

#### *Important*

*It is the responsibility of the site and/or installing contractor (and not Tecogen) to determine and obtain any needed air emissions permits from local authorities. Any needed controls equipment fees, coordination, permits, testing , monitoring systems, etc. are not included with the standard TECOGEN® cogeneration module.*

The following sections describe the accessories required for the emission control system option. Section A1.2 presents the catalytic converter. This component is supplied with the unit and is to be installed by others. The exhaust gas heat exchanger (Section A1.3), the silencer (Section A1.4), and the exhaust expansion joints (Section A1.5) are components that can be supplied by Tecogen as an additional option or furnished by others. These exhaust accessories are installed by others.

# Appendix 1

### A1.2  Catalytic Converter (Included with Emissions Control System Option)

The catalytic converter takes the untreated exhaust flow from the engine and converts it into naturally occurring compounds.  The catalyst is a three-way or NSCR (Non-Selective Catalyst Reduction) catalyst, designed to simultaneously reduce $NO_x$, CO, and HC levels from a natural gas engine.  It requires inlet temperatures of 700 °F to 1250 °F to chemically react the $NO_x$, CO, and HC and convert them into environmentally safe nitrogen, carbon dioxide, and water vapor.

Figure A1.1 presents the dimensional information on the catalyst.  It is available in either 3" or 4" weld connec-

tions.  Figure A1.2 presents the pressure loss information.

The catalytic converter is shipped loose in a separate box along with its own thermally insulated blanket.  It is the responsibility of the installing contractor to install the catalytic converter in the exhaust system.  The inlet and outlet thermocouples are also shipped loose and need to be installed in the catalytic converter, and wired in to the control panel, prior to start-up.

*Note*

*If Tecogen does the start-up, the final electrical connections for the thermocouples will be done by the Tecogen start-up technician.*



**Figure A1.1   Catalytic Converter**



**Figure A1.2  Catalytic Converter Pressure Loss**

# Appendix 1

### A1.3 Remote Exhaust Gas Heat Recovery Heat Exchanger *(Available From Tecogen)*

An exhaust gas heat exchanger, mounted downstream of the catalytic converter, is necessary to recover the total available engine waste heat. Tecogen can supply an exhaust gas heat recovery heat exchanger or it can be furnished by others. The detailed specifications for the factory-supplied heat exchanger is presented below.

The heat exchanger is to be mounted and piped by the installing contractor. Note the following:

- A condensate drain with trap (on the exhaust side) must be installed as per local codes.
- A 3/4" NPT ASME relief valve, set at 250 psig, is furnished loose and is to be installed on the water side. Refer to state and local codes for piping to drain.
- Two optional thermometers (3" Dial, bimetal, 50-300°F w/well), for the water side inlet and outlet, are shipped loose with the unit for installation in the site piping.
- Refer to Drawing A1.2 for exhaust system piping drawing.
- Mounting bracket is shown in position for suspension from ceiling. A wall mounted configuration is a special order and must therefore be specified at time of ordering.

The features of this heat exchanger are as follows:

- 3" or 4" 150 lb RFSO inlet and outlet exhaust flanges.
- 1" NPT male inlet and outlet liquid connection
- 3/4" NPT male exhaust condensate drain connection
- SA178 GrA carbon steel tubes with carbon steel fins
- Stainless steel interior shell
- 4" thick factory insulation
- Carbon steel insulation sheathing
- Primed and painted black satin
- Ship Loose Items:
  (1) 3/4" NPT ASME Pressure Relief Valve set at 250 psig
  (2) Liquid Thermometers, 3" Dial w/well, 50-300°F
  (1) Exhaust Gas Thermometer, 5" Adjustable Dial, 200-1000 °F

The performance specifications for this heat exchanger is presented in Table A1.1. A drawing of this heat exchanger is presented in Figure A1.3.

### Table A1.1

|  | CM-60 | CM-75 |
|---|---|---|
| Load [Btu/hr] | 157,000 | 175,000 |
| **Exhaust Side** | | |
| Flow [SCFM] | 116 | 144 |
| Temperature In [°F] | 1123 °F | 1193 °F |
| Temperature Out [°F] | 290 °F | 290 °F |
| Pressure Drop | 1.0 in wc | 1.4 in wc |
| Connection Size [in] | (2) 3" or 4" 150 lb RFSO Flange | |
| **Water Side** | | |
| Fluid | Water | Water |
| Flow [gpm] | 22 | 22 |
| Temperature In [°F] | 192 °F | 193 °F |
| Temperature Out [°F] | 206 °F | 209 °F |
| Pressure Drop | 6.3 psig | 6.3 psig |
| Connection Size | (2) 1" MPT | |
| Maximum Pressure | 250 psig | |
| **Drain Connection** | 3/4" MPT | |
| **Dry Weight** | 420 lbs | |

*Important*

Never operate the TECOGEN® without coolant flow through the exhaust gas heat exchanger since it could destroy the heat exchanger.

*Important*

If it is necessary to remove the exhaust heat exchanger from service, do not operate the TECOGEN®.

# Appendix 1



**Top View**

1" MPT Liquid Outlet Connection

1" MPT Liquid Inlet Connection

8.8

22.0

24.3

"L2"     20.3

"L1"

13.5     18.0     13.5

13.5

24.5

4" Thick Factory Insulation

14.0 TANK DIA.

3" or 4" 150 lb Flange Exhaust Outlet

3" or 4" 150 lb Flange Exhaust Inlet

3/4" MPT Condensate Drain Connection

**Side View**



22.0 INSULATION DIA.

**Exhaust Inlet View**



**Exhaust Outlet View**

| Connection Size [in.] | L1 [in.] | L2 [in.] |
|---|---|---|
| 3" | 45" | 12.3" |
| 4" | 51" | 15.3" |

**Figure A1.3  Exhaust Gas Heat Exchanger**

# Appendix 1

**A1.4  Exhaust Silencers** *(Available from Tecogen)*

Each cogeneration unit requires one exhaust silencer that is available from Tecogen in either carbon steel or stainless steel. Carbon steel silencers are typically used, however units with exhaust heat recovery or emissions control options sometimes use stainless steel silencers. The silencer is also available in Critical Grade or Hospital Grade. Hospital grade has a higher noise reduction capability. Table A1.2 presents the dimensional information on the silencers. Also presented are the sound attenuation levels for the two

different grades (Figure A1.4) and the pressure loss curves for the silencers (Figure A1.5).

**Table A1.2    Silencer Dimensional Information**

| Flange Size (150 lb) | Grade | Material | A [in] | B [in] | C [in] | Wt [lb] |
|---|---|---|---|---|---|---|
| 3" | Hospital | Carbon Steel | 3 | 12 | 44.5 | 75 |
| 4" | Critical | Carbon Steel | 4 | 10 | 56 | 72 |
| 4" | Critical | Stainless | 4 | 10 | 56 | 72 |
| 4" | Hospital | Carbon Steel | 4 | 14 | 60 | 115 |
| 4" | Hospital | Stainless | 4 | 14 | 60 | 115 |





**Figure A1.4  Silencer Sound Attenuation**



**Figure A1.5  Silencer Pressure Drop** (Both Critical and Hospital Grade)

# Appendix 1

## A1.5 Exhaust Expansion Joints
*(Available from Tecogen)*

A thermal expansion joint(s) is sometimes required for the piping upstream of the exhaust heat exchanger, where the temperature can be as high as 1200 °F at full load. Downstream of the exhaust heat exchanger, the exhaust temperature is cooled to less than 300 °F, so the thermal expansion is much less. It is the responsibility of the engineer/installing contractor to determine how many expansion joints are required, and their location within the exhaust piping, since a lot depends on the number of elbows and their locations. However, as a guideline, Table A1.3 presents an estimate of the required amount of expansion joints per foot of piping.

It is also important to properly anchor and guide the pipes to ensure the expansion joint absorbs the motion for which it was designed. Inadequate anchoring and improper guiding can cause stresses that reduce the expansion joint's life, cause pipe buckling, and system failure. Anchors in a piping system are generally of two kinds, main anchors to absorb full pressure thrust forces generated by the expansion joint, and intermediate anchors to absorb forces generated by the expansion joint bellows spring forces. Figure A1.6 presents the recommendations for anchoring when there is a span of pipe between two main anchors, as well as when there is an intermediate anchor.

The exhaust expansion joints, that are available from Tecogen, have a stainless steel bellows with carbon steel flanges. They are available with either 3" or 4" flanges.

Table A1.4 presents the Expansion Joint Specifications.

### Important

*Failure of an exhaust expansion joint can cause leakage of CO into the mechanical room or present a fire hazard. It is important that these joints are installed as per manufacturer's guidelines, the guidelines listed above, and local codes. Provisions should be made to allow for periodic inspection of the joints (i.e. removable insulation).*

#### Table A1.3   Joints per Foot of Piping

| Pipe Material | Hot Exhaust (1200 °F) Upstream of Exhaust HX | | Cooled Exhaust (300 °F) Downstream of Exhaust HX | |
|---|---|---|---|---|
| | Expansion per 10 Feet | # of Expansion Joints Required | Expansion per 10 Feet | # of Expansion Joints Required |
| Low Carbon Steel | 1.2" | 1 every 25' | .24" | 1 every 125' |
| Stainless Steel | 1.5" | 1 every 20' | .34" | 1 every 88' |

#### Table A1.4   Expansion Joint Specifications

| Flange Size | Axial Compres. (inches) | Lateral Offset From C/L (inches) | Axial Spring Rate (lbs/per inch) | Overall Length (inches) | Wt [lb] |
|---|---|---|---|---|---|
| 3" | 3.5" | 1.0 | 107 | 13 | 10 |
| 4" | 3 | .75 | 617 | 16 | 23 |

*Two Main Anchors*



*Two Main Anchors w/Intermediate Anchor*



**Figure A1.6   Expansion Joint Anchoring Guide**

# Appendix 1



FROM DRAWING CM-75-03, REV.E

**Drawing A1.1a   CM-60/CM-75 Installation Drawing-View 1**
*(For units with the Emission Control System Option)*

# Appendix 1



FROM DRAWING CM–75–03, REV.E

**Drawing A1.1b  CM-60/CM-75 Installation Drawing-View 2**
*(For units with the Emission Control System Option)*

# Appendix 1



CONTROL
SUBMODULE

ELECTRICAL
INTERFACE
SUBMODULE

CUSTOMER
CONTROL
INTERFACE BOX

21 3/4

5 1/2

TECOGEN

A

H

C

B

E

E

18 3/4

6

22

6

3' 11"

.656 DIA.THRU TYP.4 PLCS.
MOUNTING HOLES

FROM DRAWING CM—75—03, REV.E

**Drawing A1.1c    CM-60/CM-75 Installation Drawing-View 3**
*(For units with the Emission Control System Option)*

# Appendix 1



FROM DRAWING CM-75-03, REV.E

**Drawing A1.1d  CM-60/CM-75 Installation Drawing-View 4**
*(For units with the Emission Control System Option)*

TECOGEN® *Cogeneration Module Installation Manual - 04/07/03*

# Appendix 1



FROM DRAWING CM–75–03, REV.E

FIGURE 1
(SEE NOTE 2)

NOTES:

1. APPROXIMATE RIGGING WEIGHT: 3000 lbs. THE BASE OF THE UNIT IS EQUIPPED WITH FORKLIFT ACCESS HOLES.

2. ALLOW 3' CLEARANCE ALL AROUND UNIT FOR ROUTINE MAINTAINANCE. ONE OF THE THREE SHADED AREAS, AS SHOWN IN FIGURE 1, SHOULD ALSO BE LEFT CLEAR IN ORDER TO REMOVE THE ENGINE.

3. MAXIMUM ALLOWABLE ROOM TEMPERATURE 100°F. TECOGEN UNIT HEAT REJECTION TO AMBIENT SPACE= 30,000 BTU/HR. ENCLOSURE VENTILATION TO OUTSIDE IS RECOMMENDED WHEN ROOM VENTILATION IS NOT ADEQUATE. LOUVERS ON ENCLOSURE SHOULD BE REMOVED BEFORE MAKING DUCT CONNECTION.

4. A CONCRETE HOUSEKEEPING PAD IS RECOMMENDED: 6'X 4'X 8'

| CONN. | CONNECTION TABLE | | |
|---|---|---|---|
| | DESCRIPTION | SIZE | TYPE |
| A | GAS INLET | 1" | FPT |
| B | HOT WATER IN | 1" | FPT |
| C | HOT WATER OUT | 1" | FPT |
| D | EXHAUST OUT | 3" | 125/150 lb. ANSI STEEL PLATE FLANGE |
| E(2) | GENERATOR VENTILATION CONNECTIONS (under louver) | 4"X 10" | DUCT |
| F | ELECTRICAL POWER (3–PHASE) | 3" | CONDUIT |
| G | ELECTRICAL CONNECTIONS (CONTROL AND 120 VAC.) | 3/4" | CONDUIT |
| H | ENGINE COOLANT RELIEF VALVE | 3/4" | FPT |

**Drawing A1.1e   CM-60/CM-75 Installation Drawing – View 5**
*(For units with the Emission Control System Option)*

# Appendix 1



## Drawing A1.2  CM-60/CM-75 Exhaust System Piping
*(For units with the Emission Control System Option)*

# Appendix 1



**Drawing A1.3   CM-60/CM-75 Heat Recovery Piping**
*(For units with the Emission Control System Option)*

# Appendix 2

## Power Factor Correction Design Note
### For TECOGEN® CM-60 & CM-75

The following is a design recommendation for integrating a power factor correction capacitor system with the TECOGEN® cogeneration unit. This system, to be supplied by others, will allow the power factor to be corrected to approximately 97%, if 30 kVAR of correction is applied (and all of the capacitors are functional). The TECOGEN® panel will display the corrected power factor.

The design scheme is presented in Drawing A2.1. It requires that the customer supply capacitors (C1), with its own separate contactor (S7) and disconnect switch, mounted remotely from the cogeneration unit. Tecogen supplies an auxiliary contactor (M1AUXB) that is installed in the switchgear enclosure of the unit by the Tecogen startup technician. The customer connections required are a 3-phase power interconnection made within the switchgear enclosure and a control interconnection made at the Customer Control Interface Box. This system will allow the TECOGEN panel to display the corrected power factor.

The capacitors are connected and disconnected from the bus by contactor S7. The contactor, in turn, is controlled by relay M8 in series with auxiliary contact M1AUXB. Relay M8 is a DPDT (double-pole, double-throw) relay, which energizes when the output rises above 40 kW and de-energizes when the output falls below 30 kW. (Note: It may be desirable to increase the minimum power on the CM-60 to at least 35 kW to prevent running without the capacitors; see the operator's manual for instructions on making this adjustment. The CM-75 minimum power default is already 35 kW) The time delays built into the TECOGEN control program prevent the capacitor contactor from reclosing in less than one minute. The auxiliary contact offers additional assurance that the capacitors cannot be connected while the generator is off line.

A Bill of Materials for this system is presented in Table A2.1. The capacitors shown in the Bill of Materials correct the power factor to the range of 95% - 97%, depending upon the voltage. Use Table A2.2 for exact values. CORRECTION IN EXCESS OF 30 kVAR SHOULD NOT BE APPLIED.

If capacitors other than those specified above are used, they should be chosen to meet the National Electrical Code (or local code) requirements applicable to the intended location, etc., especially regarding oil volume and bleed resistor discharge time. If the substitute capacitors do not include internal fuses, then appropriate fuses or a circuit breaker should be added on the capacitor tap.

The use of on-site capacitors may also require the use of enhanced voltage and frequency relaying, if required by the local utility.

**Table A2.1  Bill of Materials For 30 kVAR Correction (CM-60 or CM-75)**

| Voltage | 208/230 V | 460—480 V |
|---|---|---|
| **Tap Size (AWG)** | 2 | 6 |
| **Fused Capacitor Disconnect Switch Ampacity** | 150 A | 60A |
| **C1 Capacitor— *Gentec* ***<br>• *With internal fuses and blown fuse indicator*<br>• *Refer to Table A.2 for Power Factor* | 9947-FCDW-BFI<br>24 kVAR @ 208 V<br>28 kVAR @ 230 V | 21372-HCDW-BFI<br>23 kVAR @ 460 V<br>25 kVAR @ 480 V |
| **S7 Contactor- *Sprecher and Schuh**** | CA7-60-10-120<br>CA7-60-120-R6 (*On Integrated Units—includes rainproof enclosure and on/off switch—see Figure A3.5*) | |

\* Catalog Cut Sheets Attached

**Table A2.2  Full-Load Power Factor vs. kVAR Correction**

| Correction, kVAR | CM-60 Power Factor (%) | CM-75 Power Factor (%) |
|---|---|---|
| 0.0 | 82.0 | 85.0 |
| 10.0 | 88.3 | 89.9 |
| 15.0 | 91.3 | 92.2 |
| 20.0 | 93.9 | 94.3 |
| 23.0 | 95.4 | 95.4 |
| 24.0 | 95.8 | 95.8 |
| 25.0 | 96.3 | 96.1 |
| 28.0 | 97.4 | 97.1 |
| 30.0 | 98.1 | 97.7 |

# Appendix 2

## C1 Capacitor *(For 208/230 Volt Units)*

## GENTEC INDUSTRIAL LOW VOLTAGE CAPACITORS

### SPECIFICATION OF 3 PHASE CAPACITOR UNIT

- TYPE — DRY SELF-HEALING INTERNALLY PROTECTED CAPACITOR DRY DESIGN
- RATED VOLTAGE — 208/240V,60Hz
- OVERVOLTAGE — OVERCURRENT
  - 1.1 $U_N$ CONTINUOUS — 1.35 $I_N$ CONTINUOUS
  - 1.15 $U_N$ 30 MIN/DAYS
- STANDARD — CSA, UL, IEC, VDE AND BS
- DIELECTRIC — METALLIZED POLYPROPYLENE FILM
- INSULATION CLASS — 3 KV RMS/15KV PEAK
- LOSSES — < 0.5 W/KVAR
- TEMPERATURE — −40°C/+50°C
- CABLE CONNECTION TERMINALS
- THE CAPACITOR ARE SUPPLIED WITH EXTERNAL DISCHARGE RESISTORS, EXTERNAL FUSE PROTECTION AND TERMINAL COMPARTMENT (K) INDOOR AND (W) OUTDOOR USE

| 3 PHASE CAPACITORS,208/240V,60Hz | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| KVAR | | PARTS NUMBER | WEIGHT | | DIMENSIONS | | | |
| | | | | | A | | B | |
| 208V | 240V | | LBS | KG | INCHES | MM | INCHES | MM |
| 4 | 5 | 21357-MCDF-F | 19.0 | 8.7 | 16.3 | 415 | 7.5 | 190 |
| 6 | 7.5 | 21358-MCDF-F | 19.0 | 8.7 | 16.3 | 415 | 7.5 | 190 |
| 7.5 | 10 | 21359-MCDF-F | 21.5 | 9.7 | 16.3 | 415 | 7.5 | 190 |
| 12 | 15 | 21360-MCDF-F | 21.5 | 9.7 | 16.3 | 415 | 7.5 | 190 |
| 15 | 20 | 21361-HCDF-F | 24.5 | 11.2 | 19.1 | 485 | 10.2 | 260 |
| 20 | 25 | 21362-FCDF-F | 26.8 | 12.2 | 20.3 | 515 | 11.0 | 290 |
| 24 | 30 | 9947-FCDF-F | 26.8 | 12.2 | 20.3 | 515 | 11.0 | 290 |
| 30 | 40 | 9953-KCDF-F | 33.4 | 15.2 | 27.0 | 685 | 17.3 | 460 |
| 40 | 50 | 21687-KCDF-F | 35.6 | 16.2 | 27.0 | 685 | 17.3 | 460 |

OPTION: ☒ 3 PHASE BLOWN FUSE INDICATOR.
☐ DUSTIGHT TYPE
☐ OUTDOOR USE

366 (14.4")
345 (13.6")
300 (12")
123 (4.8") 115 (4.5")
.71 (2.8")
80 (3.2") 80 (3.2")

BLOWN FUSE IND.'BFI' (OPTIONNAL)

F U S / F U S / F U S
A / B / C

6.5" 166mm

A

B

DISCHARGE RESISTORS
BUSHING/TERMINAL M12

PART NUMBER

21687-KCDF-F-BFI

# GENTEC
DIMENSIONS
C=INTERNALLY PROTECTED (FUSES)
D=DELTA
Y=STAR

BLOWN FUSE INDICATOR (BFI)
FUSED (EXTERNAL)
D=DUSTPROOF
F=INDOOR USE
W=OUTDOOR USE

STANDARD TO BE APPLIED



gentec
WITH NOKIA CAPACITOR

SK-3364FI
96/08/20    1=5    (N3C0143a)

*TECOGEN® Cogeneration Module Installation Manual - 04/07/03*

# Appendix 2

## C1 Capacitor *(For 460/480 Volt Units)*

# GENTEC INDUSTRIAL LOW VOLTAGE CAPACITORS

### SPECIFICATION OF 3 PHASE CAPACITOR UNIT

- TYPE      DRY SELF-HEALING INTERNALLY PROTECTED CAPACITOR DRY DESIGN
- RATED VOLTAGE     480V, 60Hz
- OVERVOLTAGE         • OVERCURRENT
     1.10 $U_N$ CONTINUOUS          1.35 $I_N$ CONTINUOUS
     1.15 $U_N$ 30 MIN/DAYS
- STANDARD       CSA, UL, IEC, VDE AND BS
- DIELECTRIC METALLIZED POLYPROPYLENE FILM
- INSULATION CLASS    3 KV RMS/15KV PEAK
- LOSSES          < 0.5 W/KVAR
- TEMPERATURE     -40°C/+50°C
- CABLE CONNECTION TERMINALS
- THE CAPACITOR ARE SUPPLIED WITH EXTERNAL DISCHARGE RESISTORS AND
  TERMINAL COMPARTEMENT (K) INDOOR AND (W) OUTDOOR USE





BLOWN FUSE IND."BFI" (OPTIONNAL)

DISCHARGE RESISTORS
BUSHING/TERMINAL M12

OPTION: ☐ 3 PHASE BLOWN FUSE INDICATOR.
        ☐ DUSTIGHT TYPE
        ☐ OUTDOOR USE

| KVAR | PARTS NUMBER | WEIGHT | | DIMENSIONS A | | B | |
|------|--------------|--------|------|--------|-----|--------|-----|
| | | LBS | KG | INCHES | MM | INCHES | MM |
| 2 | 22650-MCDK-F | 17.8 | 8.1 | 16.3 | 415 | 7.5 | 190 |
| 3 | 22202-MCDK-F | 17.8 | 8.1 | 16.3 | 415 | 7.5 | 190 |
| 4 | 22651-MCDK-F | 17.8 | 8.1 | 16.3 | 415 | 7.5 | 190 |
| 5 | 21686-MCDK-F | 17.8 | 8.1 | 16.3 | 415 | 7.5 | 190 |
| 6 | 22203-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 7.5 | 21368-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 10 | 21369-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 12.5 | 31237-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 15 | 21370-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 17.5 | 31238-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 20 | 21371-MCDK-F | 20.0 | 9.0 | 16.3 | 415 | 7.5 | 190 |
| 25 | 21372-HCDK-F | 25.4 | 11.5 | 19.1 | 485 | 10.2 | 260 |
| 30 | 21373-HCDK-F | 25.4 | 11.5 | 19.1 | 485 | 10.2 | 260 |
| 35 | 31239-FCDK-F | 29.8 | 13.5 | 20.3 | 515 | 11.4 | 290 |
| 40 | 21374-FCDK-F | 29.8 | 13.5 | 20.3 | 515 | 11.4 | 290 |
| 45 | 31240-SCDK-F | 31.9 | 14.5 | 23.0 | 585 | 14.2 | 360 |
| 50 | 21375-SCDK-F | 31.9 | 14.5 | 23.0 | 585 | 14.2 | 360 |
| 60 | 21376-KCDK-F | 34.2 | 15.5 | 27.0 | 685 | 18.1 | 460 |
| 70 | 22652-KCDK-F | 34.2 | 15.5 | 27.0 | 685 | 18.1 | 460 |
| 75 | 21377-KCDK-F | 36.4 | 16.5 | 27.0 | 685 | 18.1 | 460 |
| 80 | 22653-ACDK-F | 41.0 | 18.5 | 28.1 | 715 | 19.3 | 490 |
| 90 | 22654-TCDK-F | 45.2 | 20.5 | 32.1 | 815 | 23.2 | 590 |
| 100 | 21378-TCDK-F | 47.4 | 21.5 | 32.1 | 815 | 23.2 | 590 |

PART NUMBER

21378-TCDK-F-BFI

# GENTEC DIMENSIONS
E=INTERNALLY PROTECTED (FUSES)
D=DELTA
Y=STAR
BLOWN FUSE INDICATOR (BFI)
F=FUSED (EXTERNAL)
D=DUSTPROOF
K=INDOOR USE
W=OUTDOOR USE

| STANDARD TO BE APPLIED |  |  | SK-6061FI us |
|---|---|---|---|
| | | | 01/01/16   1=5   (N3C0142a) |

# Appendix 2

## S7 Contactor *(For both 208/230 V and 460/480V Units)*

### sprecher+schuh

**Technical Information**

*CA7 Contactors*

*NEW*



**A  Electrical Data**

CA7

| Capacitor Ratings | | | CA7-9 | CA7-12 | CA7-16 | CA7-23 | CA7-30 | CA7-37 | CA7-43 | CA7-60 | CA7-72 | CA7-85 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capacitor Switching - 50Hz** | | | | | | | | | | | | |
| Single Capacitor - 40°C | 230 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 19.9 | 25 | 39.8 | 39.8 | 39.8 |
| | 240 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 41.6 | 41.6 |
| | 380 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 400 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 415 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 500 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 690 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| Single Capacitor - 60°C | 230 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 17.9 | 25 | 39.8 | 39.8 | 39.8 |
| | 240 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 18.7 | 25 | 40 | 41.6 | 41.6 |
| | 380 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 400 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 415 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 500 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 690 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| Capacitor Bank - 40°C ❶ | 230 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 19.9 | 25 | 39.8 | 39.8 | 39.8 |
| | 240 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 41.6 | 41.6 |
| | 380 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 400 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 415 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 500 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 690 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| Capacitor Bank - 60°C ❶ | 230 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 17.9 | 25 | 39.8 | 39.8 | 39.8 |
| | 240 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 18.7 | 25 | 40 | 41.6 | 41.6 |
| | 380 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 400 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 415 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 500 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 690 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| **Capacitor Switching - 60Hz** | | | | | | | | | | | | |
| Single Capacitor - 40°C | 200 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 17.3 | 21.8 | 31.2 | 31.2 | 34.6 |
| | 230 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 17.9 | 25 | 39.8 | 39.8 | 39.8 |
| | 460 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 600 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| Capacitor Bank - 40°C ❶ | 200 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 17.3 | 21.8 | 31.2 | 31.2 | 34.6 |
| | 230 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 17.9 | 25 | 39.8 | 39.8 | 39.8 |
| | 460 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |
| | 600 V | [kVar] | 5 | 5 | 8 | 10 | 12.5 | 20 | 25 | 40 | 50 | 60 |

# Appendix 2

## S7 Contactor (*For both 208/230 V and 460/480V Units*)

**sprecher+schuh**

**Dimensions**

*CA7 Contactors*

**NEW**

### Series CA7 & Series CAU7 (Contactors & Reversing Contactors)

- Dimensions are in millimeters (inches)
- Dimensions not intended for manufacturing purposes




| | Catalog Number | a | b | c | c1 | c2 | Ød | d1 | d2 |
|---|---|---|---|---|---|---|---|---|---|
| **AC Contactors** | CA7-9…CA7-23 | 45 (1-25/32) | 81 (3-3/16) | 80.5 (3-11/64) | 75.5 (3-3/32) | 6 (1/4) | 2 – 4.5 (2-3/16) | 60 (2-23/64) | 35 (1-25/64) |
| | CA7-30, CA7-37 | 45 (1-25/32) | 81 (3-3/16) | 97.5 (3-27/32) | 92.6 (3-41/64) | 8.5 (2-49/64) | 2 – 4.5 (2-3/16) | 60 (2-23/64) | 35 (1-25/64) |
| | CA7-43 | 54 (2-1/8) | 81 (3-3/16) | 100.5 (4-7/64) | 95.6 (3-7/8) | 8.5 (17/64) | 2 – 4.5 (2-3/16) | 60 (2-23/64) | 45 (1-25/32) |
| | CA7-60…CA7-85 | 72 (2-53/64) | 122 (4-51/64) | 117 (4-49/64) | 111.5 (4-35/64) | 8.5 (21/64) | 4 – 5.4 (4-7/32) | 100 (3-15/16) | 55 (2-11/64) |
| **DC Contactors** | CA7-9C …CA7-16C | 45 (1-25/32) | 81 (3-3/16) | 106.5 (4-3/16) | 101.5 (4) | 6 (1/4) | 2 – 4.5 (2–3/16) | 60 (2-23/64) | 35 (1-25/64) |
| | CA7-23C | 45 (1-25/32) | 81 (3-3/16) | 123.5 (4-55/64) | 119 (4-43/64) | 6 (1/4) | 2 – 4.5 (2–3/16) | 60 (2-23/64) | 35 (1-25/64) |
| | CA7-30C …CA7-37C | 45 (1-25/32) | 81 (3-3/16) | 141.5 (5-37/64) | 136.5 (5-3/8) | 6.5 (17/64) | 2 – 4.5 (2–3/16) | 60 (2-23/64) | 35 (1-25/64) |
| | CA7-43C | 54 (2-1/8) | 81 (3-3/16) | 144.5 (5-11/16) | 140 (5-33/64) | 6.5 (17/64) | 2 – 4.5 (2–3/16) | 60 (2-23/64) | 45 (1-25/32) |
| | CA7-60D …CA7-85D | 72 (2-53/64) | 122 (4-51/64) | 117 (4-49/64) | 111.5 (4-35/64) | 8.5 (21/64) | 4 – 5.4 (4-7/32) | 100 (3-15/16) | 55 (2-11/64) |

### Reversing Contactors & Accessories (+…)

| Contactors with… | | Dim. [mm] | Dim. [inches] |
|---|---|---|---|
| auxiliary contact block for front mounting | 2-, or 4-pole | c/c1 + 39 | c/c1 + 1-37/64 |
| auxiliary contact block for side mounting | 1-, or 2-pole | a + 9 | a + 23/64 |
| pneumatic timing module | | c/c1 + 58 | c/c1 + 2-23/64 |
| electronic timing module | on coil terminal side | b + 24 | b + 15/16 |
| reversing contactor w/mech. interlock | on side of contactor | a+9+a | a+ 23/64+a |
| mechanical latch | | c/c1 + 61 | c/c1 + 2-31/64 |
| interface module | on coil terminal side | b + 9 | b + 23/64 |
| surge suppressor | on coil terminal side | b + 3 | b + 1/8 |
| ⊕ Labeling with… | label sheet | + 0 | + 0 |
| | marking tag sheet with clear cover | + 0 | + 0 |
| | marking tag adapter for V4 / V5 Terminals | + 5.5 | + 7/32 |

**Mounting Position**



AC contactors



DC contactors

Discount Schedule A-1

A39

# Appendix 3

## Integrated Unit
### For TECOGEN® CM-60 & CM-75

The Integrated Unit is a TECOGEN® cogeneration module with a fully packaged emission control system, plumbing module for the heat recovery system, and power factor correction capacitors. This purpose of the Integrated unit is to streamline the installation of the modules equipped with the emission control option since this option contains major components, specifically the catalytic converter and exhaust heat exchanger, that are otherwise field-installed.

Referring to the piping schematic presented in Drawing A3.1, the scope of exhaust piping and heat recovery piping that is included with the Integrated Unit is presented inside the dotted box. For comparison, the acoustic enclosure shown around the engine/generator marks the module boundaries. As indicated, the Integrated Unit significantly simplifies the amount of piping done by the installer.

Drawing A3.2 (a-c) presents the Installation Layout of the unit with all of the connection points, their sizes, and locations.

### A3.1 Heat Recovery Piping

The heat recovery piping in the Integrated Unit includes the Basic Module Plumbing discussed in Section 2.6.2; the circulating pump, the thermostatic control valve and bypass, the city water hook-up with backflow preventer, an expansion tank with regulator (*FILL-TROL 111*), air separator, strainer, and shut-off valves. The piping is equipped with two temperature sensors (thermistors) for measuring the water temperature leaving and returning to the Integrated Unit. These sensors are pre-wired to the TECOGEN® control system. The installer just needs to make three (3) connections on the water-side; the city water supply, and the connections to and from the thermal load heat exchanger. For guidelines on the design and installation of the building heat recovery piping system, refer to Section 2.6 External Water Piping For Heat Recovery.

#### Note

*For multiple unit installations, one common make-up line and expansion tank should be used on the building piping (refer to Section 2.6.5). In this case, the Integrated Unit should not be equipped with an individual expansion tank.*

### A3.2 Exhaust System Piping

The exhaust system on the Integrated Unit includes the catalytic converter, the exhaust heat exchanger, and the silencer. All of these components, as well as the piping, are insulated. The thermocouples for the inlet and outlet of the catalytic converter are installed in the piping and pre-wired to the TECOGEN® control system. An exhaust over-temperature switch is installed downstream of the exhaust heat exchanger and wired into the engine safety circuit. This protects the site's exhaust system from high temperatures in the event of heat exchanger degradation or failure.

Drawing A3.3 presents the guidelines for the field-installed piping, by others, downstream of the Integrated Unit.

#### Important

*It is the responsibility of the site and/or installing contractor (and not Tecogen) to determine and obtain any needed air emissions permits from local authorities. Any needed controls equipment fees, coordination, permits, testing, monitoring systems, etc. are not included with the standard TECOGEN® cogeneration module.*

Refer to Appendix A1 for details of the emission control system and the specifications of the components.

### A3.3 Power Factor Correction System

The Integrated Unit is equipped with a Power Factor Correction System. This includes the capacitors along with the contactor, mounted on the frame of the unit, and wired into the TECOGEN® control system. Drawing A3.4 presents the Utility Interface and Protection Schematic that illustrates that these Power Factor Correction components are included in the Integrated Unit's scope. A schematic is presented in Drawing A3.5 that indicates the details of the wiring. The installing contractor is required to bring 120 VAC to the module for powering this system.

Refer to Appendix 2 for detailed specifications on the Power Factor Correction components.

# Appendix 3



Drawing A3.1   CM-60/CM-75 Integrated Unit — Piping Schematic

# Appendix 3



FROM DRAWING 210-04-000 REV.C

Drawing A3.2a    CM-60/CM-75 Integrated Unit — Installation Drawing-View 1

# Appendix 3



FROM DRAWING 210-04-000 REV.C

Drawing A3.2b   CM-60/CM-75 Integrated Unit — Installation Drawing-View 2

# Appendix 3

## NOTES:

1. APPROXIMATE RIGGING WEIGHT: 4000 lbs. THE BASE OF THE UNIT IS EQUIPPED WITH FORKLIFT ACCESS HOLES.

2. ALLOW 3' CLEARANCE ALL AROUND UNIT FOR ROUTINE MAINTAINANCE. ONE OF THE TWO SHADED AREAS, AS SHOWN IN FIGURE 1, SHOULD ALSO BE LEFT CLEAR IN ORDER TO REMOVE THE ENGINE.

3. MAXIMUM ALLOWABLE ROOM TEMPERATURE 100°F. TECOGEN UNIT HEAT REJECTION TO AMBIENT SPACE= 30,000 BTU/HR. ENCLOSURE VENTILATION TO OUTSIDE IS RECOMMENDED SINCE MOST ROOM VENTILATION IS NOT ADEQUATE. LOUVERS ON ENCLOSURE SHOULD BE REMOVED BEFORE MAKING DUCT CONNECTION.

4. A CONCRETE HOUSEKEEPING PAD IS RECOMMENDED: 6'X 4'X 8'

5. EXPANSION TANK AND MAKE-UP WATER CONNECTIONS ARE NOT INCLUDE ON MULTIPLE UNIT INSTALLATIONS BECAUSE ONE COMMON EXPANSION TANK AND MAKE-UP WATER CONNECTION SHOULD BE USED. REFER TO THE TECOGEN INSTALLATION MANUAL.

| CONN. | DESCRIPTION | SIZE | TYPE |
|---|---|---|---|
| A | GAS INLET | 1" | FPT |
| B | HOT WATER IN | 1 1/2" | COPPER SWEAT |
| C | HOT WATER OUT | 1 1/2" | COPPER SWEAT |
| D | EXHAUST OUT | 3" | 125/150lb ANSI FLANGE |
| E(2) | GENERATOR VENTILATION CONNECTIONS (under louver) | 4"X 10" | DUCT |
| F | ELECTRICAL POWER (3-PHASE) | 3" | CONDUIT |
| G | ELECTRICAL CONNECTIONS (CONTROL AND 120 VAC.) | 3/4" | CONDUIT |
| H | ENGINE COOLANT RELIEF VALVE | 3/4" | FPT |
| J | DRIP PAN DRAIN | 1/2" | FPT |
| K | MAKE-UP WATER (SEE NOTE 5) | 1/2" | FPT |

CONNECTION TABLE

FIGURE 1
(SEE NOTE 2)

FROM DRAWING 210-04-000 REV.C

Drawing A3.2c    CM-60/CM-75 Integrated Unit — Installation Drawing - View 3

74

# Appendix 3



Drawing A3.3   CM-60/CM-75 Integrated Unit— Exhaust Piping

# Appendix 3



Drawing A3.4    CM-60/CM-75 Integrated Unit — Utility Interface and Protection Schematic

# Appendix 3



**Drawing A3.5    CM-60/CM-75 Integrated Unit — Power Factor Correction Schematic**

**TECOGEN** 
Natural Gas Engine-Driven Products

TECOCHILL®
TECOFROST™
COGENERATION

# *Sales Offices*

### Eastern Regional Sales Manager

Jeff Glick
45 First Avenue
Waltham, MA 02451
781-466-6481

jglick@tecogen.com

### Western Regional Sales Manager

Bill Martini
2245 NW 111th Avenue
Portland, OR 97229
503-641-1768

bmartini@tecogen.com

# *Service Locations*

| Region | Contact | Phone |
|---|---|---|
| Main Office | Dave Pidgeon | 781-466- 6450 |
| New England | Jeff Howe | 413-786-5507 |
| New York City/New Jersey | Joe Iskra | 732-469-3372 |
| Western New York | Rick White | 315-331-1928 |
| Atlanta | Eric Goodman | 770-784-7389 |
| North Carolina | Patrick McCune | 910-426-1532 |
| Detroit | Bob Buday | 586-293-8897 |
| Chicago | Frank Hayle | 219-922-4968 |
| Los Angeles/San Francisco | Kelly Mack | 760-945-9496 |

**TECOGEN, Inc.**
45 First Avenue
Waltham, MA  02451

(781) 466-6400
(781) 466-6466 (Fax)

TECOGEN® and TecoDrive are trademarks of Tecogen

COPY

**goulston&storrs**
counselors at law

WRITER'S INFORMATION
jfrchfichls@goulstonstorrs.com
617.574.7920 Tel
617.574.7580 Fax

October 3, 2005

BY OVERNIGHT MAIL

Mr. Edward Horvath
J & M Heating and Air Conditioning, Inc.
48 Grand Street
New Rochelle, NY 10801

RECEIVED
FEID & PETERSON

DOCKETED
BY

Re:    Notice of Intellectual Property Infringement
and Demand to Cease and Desist from Same

Dear Mr. Horvath:

On behalf of our client, Tecogen, Inc. ("Tecogen"), I am writing to inform you that Tecogen: (1) objects to the unauthorized sale, distribution and use of Tecogen's intellectual property and proprietary information in products being sold, distributed, installed and/or used, directly or indirectly, by J & M Heating and Air Conditioning, Inc. ("J&M") and/or its customers, and (2) demands that J&M immediately and permanently cease and desist from all such infringing acts.

As you know, Tecogen designs, manufactures, sells and services cogeneration modules, including the TECOGEN® Cogeneration Module CM-75 Standard ("CM-75 Standard") and the CM-75 Low Emissions models ("CM-75 Low Emissions") (collectively, the "Tecogen Modules"). A product brochure discussing the Tecogen Modules is enclosed as Exhibit A and the current installation manual for the same is enclosed as Exhibit B. As the timeline at Exhibit C shows, the Tecogen Modules are the product of years of development and innovation that began in 1977, and resulted in the introduction in 1988 of the CM-75 High Output module and the first low-emissions modules in 1990. Since 1992, Tecogen has focused its efforts exclusively on the 75 kW Tecogen Modules and the similar 60 kW product line. Among other innovations in these products, in 1998 it replaced the original microprocessor with a new state-of-the-art remote monitoring and control system.

It has come to Tecogen's attention that Aegenco, Inc., Aegis Generator Company, and/or Aegis Energy Services, Inc. (collectively, "Aegis") recently began manufacturing, marketing and distributing two cogeneration modules: the Aegen Thermo Power 75 ("TP-75") and a low emissions version, the TP-75 LE ("TP-75 LE") (collectively, the "Aegis Modules"), which J&M is selling to, and installing at, the Lakeland School District. Photographs of the TP-75 and TP-75LE are included in the materials enclosed as Exhibits D and E, respectively). As is apparent from a side-by-side comparison of the two product lines, Aegis has copied significant aspects of the Tecogen Modules. Among other things, the Aegis Modules are about the same dimensions and weight as the Tecogen Modules. They sit on what looks to be an exact copy of the Tecogen



EXHIBIT
#110

Mr. Edward Horvath
October 3
Page 2

platform right down to the forklift holes. The major components in the Aegis Modules, such as the engine and generator, are the same color as the Tecogen Modules. The general specifications for the product lines are almost identical. Additionally, Aegis has used the exact same or a substantially similar General Motors engine, as well as the same model generator made by Marathon Electric. It would appear also that Tecogen designed components – specifically the special oil pan and proprietary exhaust manifold castings – are likewise part of the Aegis product.

The similarities between each company's product lines is further reinforced by a comparison of the installation manuals. The Aegis manual (enclosed as Exhibit F) is practically a carbon copy of Tecogen's manual in all material respects. Aegis' manual employs the same organizational structure as Tecogen's manual, using virtually the same section headings and sub-headings, in the same order. Even more disturbing, in the vast majority of sections and sub-sections, the text of the Aegis manual is identical or substantially similar to Tecogen's text. In places, Aegis has lifted whole sentences and, in some cases, paragraphs, verbatim, from Tecogen's manual.

As serious as this obvious copyright infringement of the manual may be, it pales in comparison to the software copyright infringement evidenced by a review of the Aegis' manual's descriptions of the functionality in the Aegis Modules. By way of background, the "brains" of every Tecogen Module is the state-of-the-art microprocessor referenced above, which stores the software that implements and controls various aspects of the cogeneration module's functionality described throughout Tecogen's manual. All of that software has been developed in-house at Tecogen. As frequently happens in software development, there are aspects of the software's performance and the resulting functionality in the cogeneration module that reflect arbitrary decisions made by the programmers who designed the applicable structures and algorithms, and who wrote the code to implement the same. As such, those arbitrary elements and decision points can act like "signatures" in terms of identifying that proprietary software.

Page after page in Aegis' manual describes functionality that can only be implemented through software. And, the functionality that is described is the same as that which is implemented by the software stored in Tecogen's microprocessor, right down to many of those arbitrary elements and decision points that are the signatures placed in that software by Tecogen and its programmers. If the Aegis Modules actually perform functions in the manner described in Aegis' manual, then that alone is strong evidence that the software incorporated into the Aegis Modules uses copyright protected elements of Tecogen's software and/or the code itself.

Until recently, Aegis had been an authorized distributor and installer of Tecogen Modules. As such, Aegis had access to Tecogen's manuals, its modules and its intellectual property for years. Given (1) the number and breadth of similarities between the text of the manuals, the design of the modules, and the functionality of the Aegis Modules as described in its manual, and (2) Aegis' privileged access to Tecogen's modules, manuals and intellectual

Mr. Edward Horvath
October 3
Page 3

---

property, it is obvious that Aegis developed its own cogeneration modules by simply copying Tecogen's software, designs, text, drawings and related intellectual property.

Neither J&M nor Aegis is licensed or otherwise authorized to duplicate, to make derivative works of, or to distribute Tecogen's copyright protected property. Nevertheless, we are informed and believe that J&M has purchased Aegis Modules from Aegis and is in the process of selling or distributing those modules to the Lakeland School District in New York, and/or delivering those infringing modules to the Lakeland School District. Moreover, we understand that *after* receiving our first infringement notice letter, J&M nevertheless knowingly and willfully distributed several more infringing Aegis Modules to the Lakeland schools. Accordingly, by distributing the infringing Aegis Modules, we believe J&M has committed copyright infringement pursuant to the federal Copyright Act of 1976, 17 U.S.C.A. § 501 (the "Copyright Act").

Additionally, we have serious concerns that the "Exhaust Gas Heat Exchanger & Emissions Control Package" in the TP-75LE appears to infringe U.S. Patent No. 5,033,264 entitled "Compact Cogeneration System" (the "'264 Patent"). The '264 Patent, a copy of which is enclosed as Exhibit G, describes a system and method for a compact cogeneration system having a catalytic converter integral with an exhaust gas heat exchanger. Page 38 of the Aegis Modules' installation manual sets forth a drawing that shows the "Aegen Cogeneration Module With Emission Control System Option." In the drawing, the catalytic converter is connected directly to and appears to be integral to the exhaust gas heat exchanger, all of which is within the module cabinet.

Based on the drawing, photograph and other information known to us, we believe the Exhaust Gas Heat Exchanger & Emissions Control Package in the TP-75LE infringes the '264 Patent in violation of the Patent Act, 35 U.S.C. § 271. In a letter dated August 8, 2005, we invited Aegis to share any information it may have with us concerning the configuration of the TP-75LE's catalytic converter and exhaust gas heat exchange package. While it has denied that the TP-75LE infringes the '264 Patent, we find these denials ring hollow given that Aegis has not shown us a single drawing, photograph or other piece of evidence to back up its denials.

Under the Patent Act, it is unlawful to make, use or sell an infringing device in the U.S. Therefore, by selling the infringing Aegis Modules to the Lakeland School District and/or any other third person, J&M commits direct patent infringement in violation of the Patent Act. It also is unlawful under the Patent Act to actively induce a third person to infringe a U.S. patent, in which case the inducer is liable for infringement along with the direct infringer. Accordingly, by installing the infringing Aegis Modules for use in Lakeland School District buildings, J&M commits infringement by inducement which infringement will occur when Lakeland begins using the infringing Aegis Modules.

For the reasons discussed above, Tecogen hereby demands that J&M immediately cease and desist from selling, distributing, installing, and using the infringing Aegis Modules and

Mr. Edward Horvath
October 3
Page 4

---

Aegis Manual, and from inducing others, including but not limited to the Lakeland School District, to use the infringing Aegis Modules and manual. We further demand that you provide Tecogen with written assurance that J&M will not in the future sell, distribute, install or use Aegis Modules or written materials that infringe Tecogen's intellectual property rights.

Do not ignore this notice and demand letter. The Patent Act and Copyright Act give Tecogen significant rights and remedies, which include the right to an injunction to prevent or restrain the sale and use of the infringing modules; impounding of infringing modules; damages including the intellectual property owner's actual damages and any additional profits of the infringer (for copyright infringement), a reasonable royalty (for patent infringement), and tripling of damages (under the Patent Act); and the infringer's payment of Tecogen's attorneys' fees and costs. *See* 35 U.S.C. §§ 283-285; 17 U.S.C. §§ 502-505. If J&M does not immediately and voluntarily cease and desist from selling, distributing, installing and using the infringing Aegis Modules and inducing others to do the same, Tecogen will pursue in full all available rights and remedies to stop all infringing acts and uses by J&M and its customers, and to recover Tecogen's resulting damages and expenses.

To avoid an escalation to legal proceedings, please respond to this letter no later than the close of business on Friday, October 7, 2005. We look forward to your prompt response and cooperation on the terms set forth in this letter.

Very truly yours,

Julie A. Frohlich

Enclosures

cc w/o encl.:    Mr. Robert A. Panora
                 Neil McKittrick, Esq.
                 Derek B. Domian, Esq.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TECOGEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-11823 RCL |
| | ) | |
| v. | ) | |
| | ) | |
| AEGIS ENERGY SERVICES, INC., | ) | July 14, 2008 |
| AEGENCO, INC., and AEGIS | ) | |
| GENERATION COMPANY | ) | |
| | ) | |
| Defendants | ) | |

## AFFIDAVIT OF LEE VARDAKAS IN SUPPORT OF DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT

I, Lee Vardakas, declare as follows:

1. I am the General Manager and Secretary of Aegis Energy Services, Inc. ("Aegis"), located at 55 Jackson Street, Holyoke, Massachusetts 01040. I have been in this position since joining the company in March 1986.

2. Aegis has bought, resold, installed, and maintained Tecogen cogeneration modules from about March, 1985 until June 24, 2005, when Tecogen terminated all business relations between the two companies.

3. During Aegis' involvement with Tecogen, Aegis also offered for sale other manufacturers' cogeneration modules, including cogeneration modules from DTE of Detroit, Michigan, and Capstone Corp., of Chatsworth, California.

4. In at least one project in 2003 in Brooklyn, New York, known as Augusta Lutheran, Aegis had competed directly with a Tecogen distributor, All Systems, Inc., during the bidding process. Aegis offered its own Aegen cogeneration module for that site.

5. In Aegis' twenty (20) years of experience in bidding on cogeneration module projects, it was understood as industry accepted practice that architects and mechanical engineers will require some limited specifications of the cogeneration modules for preparing the site.

6. The installation manual is not, nor has it ever been, a required document for bidding or winning a contract for cogeneration modules.

7. Aegis does not charge or profit from its installation manual, and freely gives the installation manual away.

8. After negotiating with Tecogen for the purchase of twelve (12) Tecogen cogeneration modules for the Lakeland School District Project, Aegis submitted a quote to the Lakeland project's mechanical contractor, J&M Heating and A/C ("J&M") of New Rochelle, New York. Aegis received a purchase order from J&M on April 27, 2005 for the purchase and sale of the Tecogen cogeneration modules for Aegis.

9. After receiving the April 27, 2005 purchase order from J&M, Aegis sent its own purchase order to Tecogen on May 2, 2005 based on the negotiated prices for the Tecogen cogeneration modules.

10. Aegis requested written confirmation from Tecogen for the May 2, 2005 purchase order. Tecogen held its confirmation in abeyance, and ultimately never provided written confirmation to Aegis for the Tecogen cogeneration modules.

11. During the time Tecogen was in possession of Aegis' May 2, 2005 purchase order, and unbeknown to Aegis at the time, while Aegis was waiting for Tecogen to give confirmation that it would supply the Tecogen cogeneration modules to Aegis, Tecogen solicited the developer of the Lakeland Project, Atlantic Energy Services, Inc., of Saratoga, New York, to sell cogeneration modules directly from Tecogen, which would have completely excluded Aegis from the Lakeland Project. In an attempt to keep the Lakeland Project business, Aegis then presented a bid to J&M and Atlantic Energy Services for the Lakeland Project with Aegis' own Aegen cogeneration modules.

12. Aegis won the Lakeland Project with the Aegen cogeneration modules over Tecogen, and was awarded a purchase order from J&M on June 17, 2005.

13. Aegis provided its June 2005 Installation Manual to J&M after Aegis had been awarded the purchase order by J&M for the sale of Aegen cogeneration modules for the Lakeland project.

14. The installation manual included drawings and limited electrical specifications that J&M passed on to the developer for the Lakeland Project, Atlantic Energy Services.

15. The installation manual was not a necessary document to secure the purchase order from J&M for the Lakeland Project.

16. In over 99% of cogeneration module systems that Aegis' provides, it performs the installation itself and does not use or distribute the installation manual.

17. Aegis has not made its June 2005 Installation Manual available to any other third party.

18. To my knowledge, J&M provided the Aegis June 2005 Installation Manual to other entities involved with the Lakeland Project in July 2005, after Aegis had received the purchase order from J&M.

19. Aegis has never had an exclusive arrangement with Tecogen to buy and resell Tecogen units in Massachusetts and Connecticut without competition from Tecogen or its distributors.

20. On or about September 1993, Tecogen offered an agreement to Aegis. The agreement included a provision for an exclusive sales market, as well as a non-compete provision. Aegis did not agree to the terms of the agreement, and refused to sign the agreement.

21. Tecogen offered a second sales representation agreement to Aegis on or about January 2001. The agreement included a provision for an exclusive sales market, and a non-compete provision. Aegis did not agree to the terms, and refused to sign the agreement.

22. There has never been an agreement for Aegis to buy and resell only Tecogen products. Aegis did offer, with Tecogen's knowledge, other manufacturers' competing products during Aegis' tenure as a reseller of Tecogen products.

23. As early as 2001, Tecogen competed directly with Aegis in the sale of cogeneration modules in Massachusetts through Tecogen's affiliate AmericanDG. One specific project where both companies directly competed was called the Falls at Cordingly Dam in Newton, Massachusetts. Another project was a site called Penacook Place in Haverhill, Massachusetts.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:___July 14, 2008___                By:_____

                                          Lee Vardakas
                                          General Manager and Secretary
                                          **AEGIS ENERGY SERVICES, INC.**
                                          55 Jackson Street
                                          Holyoke, MA 01040

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing AFFIDAVIT OF LEE VARDAKAS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was filed electronically. Notice of the filing will be sent to those who are currently on the list to receive email notices by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ Robert Curcio
    Anthony P. DeLio
    Peter W. Peterson
    Robert Curcio
    DELIO & PETERSON, LLC
    121 Whitney Avenue
    New Haven, CT 06510
    (203) 787-0595
    Admitted *Pro Hac Vice*


    William A. Zucker, BBO # 541240
    David Himelfarb, BBO# 649596
    McCARTER ENGLISH
    265 Franklin Street
    Boston, MA 02110
    (617) 449-6500

    Attorneys for Defendants