IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11823 RCL |
| ) | |
| v. ) | |
| ) | |
| AEGIS ENERGY SERVICES, INC., ) | July 14, 2008 |
| AEGENCO, INC., and AEGIS ) | |
| GENERATION COMPANY ) | |
| ) | |
| Defendants ) | |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Aegis Energy Services, Inc., Aegenco, Inc., and Aegis Generation Company ("Aegis"), submit the following as its statement of material facts as to which Aegis contends there is no genuine issue to be tried.

1. Tecogen first published its February 2005 Installation Manual on February 28, 2005. Exhibit B.

2. Tecogen applied for copyright registration of its February 2005 Installation Manual on August 31, 2005. Exhibit B.

3. Tecogen applied for copyright registration of its February 2005 Installation Manual on August 31, 2005, as a derivative work of Tecogen's April 2003 Installation Manual. Exhibit B.

4. Tecogen identified preexisting material in section 6a of its August 31, 2005 copyright application as "Tecogen Cogeneration Module Installation Manual – April 2003." Exhibit B.

5. In section 6b of Tecogen's August 31, 2005 copyright application, under the heading "Give a brief, general statement of the material that has been added to this work and in which copyright is claimed," Tecogen stated "Compilation and additional new material consisting of text, figures, tables, drawings and graphics." Exhibit B.

6. Tecogen's August 31, 2005 copyright application for its February 2005 Installation Manual indicates in Section 6b that new portions were added to Tecogen's April 2003 Installation Manual. Exhibit B.

7. Tecogen incorporated material into its April 2003 Installation Manual, which is the preexisting work to the February 2005 Installation Manual that was not original to any of the co-authors, or to Tecogen regarding information contained in at least pages 9, 10, 11, 12, 13, 14, 25, 35, 52, 54, 55, 56, 66, 67, 68, 69, and Fig. A1.6. Roy Deposition, p.52, l.17 – p.59, l.5; Exhibit C.

8. Aegis submitted the first copy of the Aegis June 2005 Installation Manual to J&M Heating and A/C, Inc. ("J&M"), of New Rochelle, New York, in June 2005, after receiving a purchase order from J&M. Lee Vardakas Affidavit, ¶ 13.

9. Tecogen does not charge its customers for its installation manuals. Roy Deposition, p.63, ll.11-20, Exhibit C; Panora Deposition, p.25, ll.14-16, Exhibit D; Glick Deposition, p.181, l.24 – p.182, l.12, Exhibit E.

10. Tecogen does not sell its installation manuals. Roy Deposition, p.63, ll.11-20, Exhibit C; Panora Deposition, p.25, ll.14-16, Exhibit D; Glick Deposition, p.181, l.24 – p.182, l.12, Exhibit E.

11. Tecogen did not keep traceable records of the amount of time the co-authors of Tecogen's April 2003 and February 2005 Installation Manuals worked on these manuals. Roy Deposition, p.26, l.24 – p.29, l.1.

12. During Aegis' involvement with Tecogen, prior to June 24, 2005, Aegis offered for sale other manufacturers' cogeneration modules, including cogeneration modules of DTE of Detroit, Michigan, and Capstone Corp., of Chatsworth, California. Lee Vardakas Affidavit, ¶ 3.

13. In 2003 in Brooklyn, New York, at a project known as Augusta Lutheran, Aegis competed directly with a Tecogen distributor, All Systems, Inc., during the bidding process. Aegis offered its own Aegen cogeneration module for that site. Lee Vardakas Affidavit, ¶ 4.

14. Aegis received a purchase order from J&M on April 27, 2005 for the purchase and sale of Tecogen cogeneration modules from Aegis. Lee Vardakas Affidavit, ¶ 8.

15. After receiving the April 27, 2005 purchase order from J&M, Aegis sent its own purchase order to Tecogen on May 2, 2005 for the Tecogen cogeneration modules. Lee Vardakas Affidavit, ¶ 9.

16. Aegis requested written confirmation from Tecogen for the May 2, 2005 purchase order. Lee Vardakas Affidavit, ¶ 10.

17. Tecogen never provided written confirmation to Aegis for the Tecogen cogeneration modules requested in Aegis' May 2, 2005 order. Lee Vardakas Affidavit, ¶ 10.

18. During the time Tecogen was in possession of Aegis' May 2, 2005 purchase order, Tecogen solicited the developer of the Lakeland Project, Atlantic Energy Services, Inc., of Saratoga, New York, to sell cogeneration modules directly from Tecogen for the Lakeland Project. Lee Vardakas Affidavit, ¶ 11.

19. Aegis was awarded a purchase order from J&M on June 17, 2005 for Aegen cogeneration modules for the Lakeland Project. Lee Vardakas Affidavit, ¶ 12.

20. Aegis provided its June 2005 Installation Manual to J&M after Aegis had been awarded the purchase order by J&M for the sale of Aegen cogeneration modules for the Lakeland project. Lee Vardakas Affidavit, ¶ 13.

21. The installation manual was not a necessary document to secure the purchase order from J&M for the Lakeland Project. Lee Vardakas Affidavit, ¶ 15.

22. On or about September 1993, Tecogen offered an agreement to Aegis. The agreement included a provision for an exclusive sales market, as well as a non-compete provision. Aegis did not sign this agreement. Lee Vardakas Affidavit, ¶ 20.

23. Tecogen offered a second sales representation agreement to Aegis on or about January 2001. The agreement included a provision for an exclusive sales market, and a non-compete provision. Aegis did not sign this agreement. Lee Vardakas Affidavit, ¶ 21.

24. As early as 2001, Tecogen competed directly with Aegis in the sale of cogeneration modules in Massachusetts through Tecogen's affiliate AmericanDG

("ADG"). Ohmstead Deposition, p.86, ll.3- p.90, l.19, Exhibit I; Lee Vardakas Affidavit, ¶ 23.

25. One specific project where Aegis competed directly with Tecogen's Affiliate ADG in 2001-02 was called the Falls at Cordingly Dam in Newton, Massachusetts. Ohmstead Deposition, p.86, ll.3- p.90, l.19, Exhibit I; Lee Vardakas Affidavit, ¶ 23.

26. Another specific project where Aegis competed directly with Tecogen's Affiliate ADG on or about 2001-02 was a site called Penacook Place in Haverhill, Massachusetts. Ohmstead Deposition, p.86, ll.3- p.90, l.19, Exhibit I; Lee Vardakas Affidavit, ¶ 23.

27. Tecogen's affiliate ADG is located at 45 First Avenue, Waltham, Massachusetts, at the same address as Tecogen. Panora Deposition, p.121, ll.16-23.

            Respectfully submitted,

            AEGIS ENERGY SERVICES, INC.,
            AEGENCO, INC., AND
            AEGIS GENERATION COMPANY

Date: July 14, 2008    By: /s/ Robert Curcio
            Anthony P. DeLio
            Peter W. Peterson
            Robert Curcio
            **DELIO & PETERSON, LLC**
            121 Whitney Avenue
            New Haven, CT 06510
            Tel.: (203) 787 – 0595
            Fax: (203) 787 – 5818
            Attorneys for Defendants
            *Pro Hac Vice*

            William A. Zucker, BBO # 541240
            David Himelfarb, BBO# 649596
            McCARTER ENGLISH
            265 Franklin Street
            Boston, MA 02110
            (617) 449-6500
            Attorneys for Defendants

# CERTIFICATE OF SERVICE

      This hereby certifies that the foregoing DEFENDANTS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, was filed electronically. Notice of the filing will be sent to those who are currently on the list to receive email notices by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By:   /s/ Robert Curcio
               Anthony P. DeLio
               Peter W. Peterson
               Robert Curcio
               DELIO & PETERSON, LLC
               121 Whitney Avenue
               New Haven, CT 06510
               (203) 787-0595
               Admitted *Pro Hac Vice*

               William A. Zucker, BBO # 541240
               David Himelfarb, BBO# 649596
               McCARTER ENGLISH
               265 Franklin Street
               Boston, MA 02110
               (617) 449-6500

               Attorneys for Defendants