IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AEGIS ENERGY SERVICES, INC.,<br>AEGENCO, INC., and AEGIS<br>GENERATION COMPANY<br><br>Defendants | Civil Action No. 05-11823 RCL<br><br><br><br>July 14, 2008 |

**DEFENDANTS' MOTION FOR LEAVE TO EXCEED THE TWENTY (20) PAGE LIMIT FOR MEMORANDA PURSUANT TO L. CIV. R. 7.1(4)**

Defendants, Aegis Energy Services, Inc., Aegenco Inc., and Aegis Generation Company respectfully submit Defendants' Motion for leave to exceed the twenty-page limit for memoranda pursuant to L. Civ. R. 7.1(4).

Defendants have submitted a Memorandum of Law in Support of their Summary Judgment Motion, in which the argument text (excluding the Title page and Table of Contents) is in excess by two pages of the twenty-page limit. In the Memorandum, Defendants have elected to insert directly a table (Table I), as well as portions of the exact text transcripts from various depositions, to facilitate the Court's reading of the memorandum. Defendants could have placed this material in additional exhibits, and the page count for the argument text would have been within the twenty-page limit.

Defendants respectfully request that in the event the Court does not grant leave to file the memorandum with the extra two pages of argument text, that the Court grants

leave for Defendants to file the memorandum with reference to the aforementioned material in exhibits.

Respectfully submitted,

**AEGIS ENERGY SERVICES INC., and AEGENCO, INC.**

Date: July 14, 2008     By:     /s/ Robert Curcio
                                      Anthony P. DeLio
                                      Peter W. Peterson
                                      Robert Curcio
                                      **DELIO & PETERSON, LLC**
                                      121 Whitney Avenue
                                      New Haven, CT  06510
                                      Tel.: (203) 787 – 0595
                                      Fax: (203) 787 – 5818
                                      Attorneys for Defendants
                                      *Pro Hac Vice*

                                      William A. Zucker, BBO # 541240
                                      David Himelfarb, BBO# 649596
                                      McCARTER ENGLISH
                                      265 Franklin Street
                                      Boston, MA 02110
                                      (617) 449-6500
                                      Attorneys for Defendants

## CERTIFICATE OF SERVICE

      This hereby certifies that the foregoing DEFENDANTS' MOTION FOR LEAVE TO EXCEED THE TWENTY (20) PAGE LIMIT FOR MEMORANDA PURSUANT TO L. CIV. R. 7.1(4) was filed electronically. Notice of the filing will be sent to those who are currently on the list to receive email notices by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Robert Curcio
          Anthony P. DeLio
          Peter W. Peterson
          Robert Curcio
          DELIO & PETERSON, LLC
          121 Whitney Avenue
          New Haven, CT 06510
          (203) 787-0595
          Admitted *Pro Hac Vice*

          William A. Zucker, BBO # 541240
          David Himelfarb, BBO# 649596
          McCARTER ENGLISH
          265 Franklin Street
          Boston, MA 02110
          (617) 449-6500

          Attorneys for Defendants