UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
TECOGEN, INC.,                              )
                                            )
    Plaintiff/ Defendant-in-Counterclaim,    )
                                            )
v.                                          )   C.A. No. 05-11823 RCL
                                            )
AEGIS ENERGY SERVICES, INC.,                )
AEGENCO, INC. and                           )
AEGIS GENERATION COMPANY,                   )
                                            )
    Defendants/ Plaintiffs-in-Counterclaim.  )
_____)

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**Tecogen Exhibit 56** to Tecogen, Inc.'s Motion for Partial Summary Judgment, consisting of three oversized drawings of Lakeland High School cogeneration project.

                                          Respectfully submitted,

                                          TECOGEN, INC.,

                                          By its attorneys,

                                          /s/ Julie A. Frohlich
                                          Julie A. Frohlich (BBO# 554707)
                                          Derek B. Domian (BBO# 660568)
                                          Goulston & Storrs, P.C.
                                          400 Atlantic Avenue
                                          Boston, MA  02110-3333
                                          (617) 482-1776

Dated:  July 14, 2008

## Certificate of Service

I, Derek Domian, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

 /s/ Julie A. Frohlich