**Tecogen Ex. 73**



**AEGIS ENERGY SERVICES INC.**

413/746-5400 • FAX 413/746-3242
WWW.AEGISENERGYSERVICES.COM

2097 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 • P.O. BOX 2511, SPRINGFIELD, MA 01101-2511

# PURCHASE ORDER

DATE: 5/17/2005   JOB NAME: LAKELAND SCHOOL DISTR   P.O. # 05-475LV REVISED

TO: TECOGEN
45 FIRST AVENUE
P.O. BOX 9046
WALTHAM, MA 02454-9046

ATTN.: JEFF
PHONE: 781-466-6481
FAX: 781-466-6466

SHIP TO: CUSTOMER PICKUP

BILL TO: AEGIS ENERGY SERVICES INC.
P.O. BOX 2511
SPRINGFIELD, MA 01101-2511

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, BILLS AND PACKING LISTS.

| Quantity | Description | Price Each | Price Total |
|---|---|---|---|
| 7 | TECOGEN CM-75LE COGENERATION MODULE 480 V, 3-PHASE | $61,092.00 | $427,644.00 |
| 7 | LEVEL 1 EMISSIONS SHIPPED LOOSE | $0.00 | $0.00 |
| 4 | TECOGEN CM-75 COGENERATION MODULE 208 V, 3-PHASE | $63,759.00 | $255,036.00 |
| 4 | LEVEL 1 EMISSIONS SHIPPED LOOSE | $0.00 | $0.00 |
|   |   |   | $0.00 |

DELIVERY: STARTING JULY 22, 2005 THRU AUGUST 19TH, 2005

TERMS: NET 30 DAYS

TOTAL   $682,680.00

$63,062

ATTN.: JEFF GLICK

LEE VARDAKAS
PURCHASER



EXHIBIT #22 8/03/07 LB

T 0289

# AEGIS ENERGY SERVICES

P.O. Box 2511
Springfield, MA 01101-2511

2097 Riverdale Street
West Springfield, MA 01089

# FAX COVER SHEET

**DATE:** May 17, 2005

**PAGE 1 OF 2**

**TO:** JEFF/ TECOGEN

PHONE: 781-466-6481
FAX: 781-466-6466

**FROM:** LEE VARDAKAS

PHONE: (413) 746-5400
FAX: (413) 746-3242

**RE:** PO for NY

**CC:**

## MESSAGE

Please send written confirmation of acceptance of this P.O.

—Lee

| URGENT ☐ | For your review ☒ | Reply ASAP ☐ | Please comment ☐ |

T 0290