# Tecogen Ex. 74



# AEGIS ENERGY SERVICES INC.

## REDUCE YOUR ENERGY COSTS WITH COMBINED HEAT AND POWER SOLUTIONS

Aegis Energy Services, Inc.
2097 Riverdale Street
West Springfield, MA 01089
Phone: (413) 746-5400
Fax: (413) 746-3242
E-mail: info@AegisEnergyServices.com
Web: www.AegisEnergyServices.com

EXHIBIT # 105

Jeff Guck

## CHP APPLICATIONS

A CHP system provides significant energy cost savings and a great return on investment for many types of businesses including:

- Assisted Living Facilities
- Nursing Homes
- Senior Housing
- Apartments and Condominiums
- Schools and Institutions
- Hospitals
- Hotels
- Athletic Clubs and Recreational Centers
- Laundries
- Industrial/Waste Treatment Facilities



Typical outdoor installation

Aegis Energy Services is your best defense against rising energy costs. Call us for a free evaluation of your building for cogeneration at (413) 746-5400.

Aegis Energy Services, Inc.
2097 Riverdale Street
West Springfield, MA 01089

*Aegis Generator Company* 4/3-74/6-14/6

# AEGIS ENERGY SERVICES

## Our Mission—Reduce Your Energy Costs

Aegis Energy Services, Inc. is the foremost combined heat and power (CHP) or cogeneration company in the Northeast. We consistently deliver results—*substantial energy savings and high quality services*—to our customers.

- In business for more than 20 years
- Installed more modular CHP systems in the Northeast than any other company
- Continuously operating and maintaining systems since 1985
- Saved customers millions of dollars in operating energy costs
- Complete electrical and mechanical services provided by in-house staff
- US EPA CHP Partner

## In-House Services

We are a full service organization that develops turnkey modular CHP systems using a team of experienced and dedicated professionals.

- Economic Evaluation
- Design and Engineering
- Permitting and Installation
- Project Management
- CHP Operation
- 24-hour System Monitoring
- Energy/Rate Consulting
- Comprehensive Maintenance and Service Program
- Third Party Ownership Programs

# COMBINED HEAT & POWER

CHP simultaneously produces electricity and useable heat to reduce your energy costs. In Aegis Energy's high efficient CHP system, natural gas fuels an industrial V-8 engine to turn a generator that produces electricity for the facility. The engine heat is recovered through several high efficiency heat exchangers and used in your facility for comfort space heating, domestic hot water heating, pool heating, absorption cooling, etc.



Aegis Energy's cogeneration systems operate in parallel with existing mechanical and electrical systems. They are designed to optimize the use of the generated electricity and thermal energy to maximize your energy cost savings.

While most utility power plants have usable energy efficiencies of 30%, Aegis Energy's modular cogeneration systems have energy efficiencies of 85% since we utilize the heat from the engine. This high efficiency reduces your energy costs and makes a substantial positive impact on your profits and bottom line. Other benefits of cogeneration include accelerated depreciation and extension of the life of your heating equipment.

# AEGEN THERMO/POWER



Aegen Thermo/Power modules form the main building block for Aegis Energy Services' cogeneration systems. They can be installed individually (75 kW) or they can be combined to form larger systems. Each cogeneration module includes a natural gas-fueled engine, generator, computer control panel, protective switchgear, high efficiency heat recovery equipment, and a sound attenuation cover.

## Features

- Reliable, proven technology
- Highly efficient
- Infinite system life
- Environmentally sound
- Modular construction
- Compact - fits in most boiler rooms
- Ease of installation – no business disruption
- Indoor and outdoor installations
- Quiet operation
- UL listed
- Standard gas pressure operation
- Remote monitoring and control