# Tecogen Ex. 75

**Tim Casabonne**
___

**From:** Glick, Jeffrey [Jeffrey.Glick@Tecogen.com]
**Sent:** Monday, May 23, 2005 4:06 PM
**To:** Tim Brock
**Cc:** Sanders, Barry; Giattino, John; Tim Casabonne
**Subject:** Offer to Meet and Introduce Tecogen's Sister Company America DG Inc.

Tim,

Last week Barry Sanders, John Giattino and I spoke with Tim Casabonne about your project at the Lakeland CSD schools. I think it might be real beneficial for Atlantic Energy Services and Tecogen if a meeting could be arranged for us to introduce AmericanDG and explain our new relationship.

Over the past few months we have reorganized the Tecogen Service Group. Our New Jersey group that includes Downstate New York is now part of AmericanDG.
AmericanDG (www.americandg.com <http://www.americandg.com/>) is our sister company (you may have met Barry Sanders, the president of AmericanDG before) that offers customers an On-Site Utility solution where there is no equipment or installation cost to the customer. Customers only pay for energy which is discounted. However, they now also provide just turn-key installations or equipment service. AmericanDG has an established team based in the New Jersey/New York area. They are available to work with Atlantic Energy and structure a business arrangement that appeals to both sides.
We would like to schedule a meeting in Saratoga Springs to introduce the new AmericanDG and explore business opportunities.
Regarding Lakeland, the AmericanDG/Tecogen service group is available to assist with selling the service portion of the job. We now have a branch manager, John Giattino, based in NY not far from Lakeland. He is a polished industry veteran that can work with you to close the service portion.
Let me know if you feel such a meeting would be useful and we would be glad make arrangements.
Regards,

Jeffrey Glick
Tecogen
Regional Sales Manager
781-466-6481
781-466-6466 Fax

1

ATL 0083