# Tecogen Ex. 76

## Tim Casabonne

**From:** Tim Casabonne
**Sent:** Tuesday, June 14, 2005 4:04 PM
**To:** 'Lee Vardakas'
**Cc:** Tim Brock
**Subject:** RE: AEGEN 75LE

Lee,

We based our financial model on a unit cost of $61,000/unit at 20. Please revise your proposal to J&M for $811,000 and revise your proposal to us accordingly. I will forward the revised proposal to Tim Brock for review/approval.

Thank you,
Tim

**From:** Lee Vardakas [mailto:LeeV@aegisenergyservices.com]
**Sent:** Tuesday, June 14, 2005 3:25 PM
**To:** Tim Casabonne
**Subject:** Re: AEGEN 75LE

Hi Tim:

We have attached an equipment proposal per your e-mail below. Please note the equipment pricing is $62K/unit at the 20 unit threshhold.

In addition, we have attached our typical maintenance contract for your review.

I believe these two pieces are what you need to issue a P.O.

We will send a revised proposal for $800K to J & M if you are ready to move on this issue.
Regards,

Lee

Lee Vardakas
General Manager
Aegis Energy Services, Inc.

2097 Riverdale Street
West Springfield, MA. 01089

P.O. Box 2511
Springfield, MA 01101-2511

413-746-5400   ( Office )
413-746-3242   ( Fax )
413-237-4042   ( Cell )

E-mail: Leev@aegisenergyservices.com

11/1/2007

>>> <tcasabonne@atlanticenergyservices.com> 6/14/2005 10:45:08 AM >>>
Lee,

It was a pleasure to meet you yesterday. We are very impressed with the
AEGEN unit and would like to confirm the unit cost and our plan for the
purchase of (20) units, which includes a mutually acceptable agreement
with J&M for the Lakeland project. Our plan is as follows:

Lakeland
J&M to purchase 11 units for                        $800,000
AES actual cost of 11 units @ $61,000 ea. =   $671,000
Excess paid by J&M =                               $129,000

Chemung County Nursing Home
4 units @ $61,000 ea. =                            $244,000
Less excess paid on Lakeland                     $129,000
AES cost for 4 units =                               $115,000

5 additional units @ $61,000 ea =                $305,000
(to be ordered in the next 5-6 mos)

Total of PO's to AEGIS =                           $1,220,000

Please let us know if you agree with our plan.

Thank you,
Tim


Timothy Casabonne


<outbind://8/Signature2_files/image002.jpg>


Atlantic Energy Services, Inc.

92 Congress Street

Saratoga Springs, NY 12866

518.587.3252 x102

518.587.4328 fax

tcasabonne@atlanticenergyservices.com
<mailto:tcasabonne@atlanticenergyservices.com>

FROM :

FAX NO. : 14137463242

Jun. 15 2005 02:29PM



CONFIDENTIAL
ATTORNEYS ONLY

**AEGIS ENERGY SERVICES INC.**
2097 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 • P.O. BOX 2511, SPRINGFIELD, MA 01101-2511

413/746-5400 • FAX 413/746-3242
WWW.AEGISENERGYSERVICES.COM

# PRICE QUOTATION FOR LAKELAND SCHOOL DISTRICT

**Prepared for:**

J & M Heating and A/C, Inc.
48 Grand Street
New Rochelle, NY 10801
(914) 632-4433

**Prepared by:**

Lee Vardakas
AEGENCO, Inc.
2085 Riverdale Street
West Springfield, MA 01089
(413) 746-1146

Date: June 14, 2005

## ITEMIZED DESCRIPTION

Four (4) AEGEN ThermoPower TP-75LE Cogeneration Modules (75 kW, 60 Hz, 208 V, 3-phase). Each module will include:

- Industrial Natural Gas Engine (V-8, 454 Cid)
- Engine Jacket, Oil, and Exhaust Heat Recovery
- 3-Way NSCR Emissions Package
- Acoustical Enclosure (Indoor Type)
- Intelisys Microprocessor Controls
- Open Protocol Interface (Modbus-Based)
- Remote Monitoring and Control System Including Modem
- Standard Electrical Protective Switchgear Panel Plus Integrated Utility Grade Relay Package
- Steel Skid and Vibration Isolators
- Complete Factory Assembly
- Factory Full-Load Run Test
- UL Approved Panel
- Installation Manual and Training
- Integrated Pump and Valve Module with Pump, Isolation Valve, Thermostatic Mixing Valve, Expansion Tank, and Pressure Relief Valve
- Silencer
- Start-up Assistance for AEGEN TP-75LE Modules by a Factory-Certified Technician.

1

**EXHIBIT**

141

CONFIDENTIAL
ATTORNEYS ONLY

Seven (7) AEGEN ThermoPower TP-75LE Cogeneration Modules  (75 kW, 60 Hz, 480 V, 3 phase).  Each module will include:

- Industrial Natural Gas Engine (V-8, 454 Cid)
- Engine Jacket, Oil and Exhaust Heat Recovery
- 3-Way NSCR Emissions Package
- Acoustical Enclosure (Indoor Type)
- Intelisys Microprocessor Controls
- Open Protocol Interface (Modbus-Based)
- Remote Monitoring and Control System Including Modem
- Standard Electrical Protective Switchgear Panel Plus Integrated Utility Grade Relay Package
- Steel Skid and Vibration Isolators
- Complete Factory Assembly
- Factory Full-Load Run Test
- UL Approved Panel
- Installation Manual and Training
- Integrated Pump and Valve Module with Pump, Isolation Valve, Thermostatic Mixing Valve, Expansion Tank, and Pressure Relief Valve
- Silencer
- Start-up Assistance for AEGEN TP-75LE Modules by a Factory-Certified Technician.

Standard parts and labor warranty are included on each module (covers defects in parts for 12 months from date of start-up).  For best and broadest coverage, AEGENCO recommends that owner enter into separate maintenance agreement with factory authorized service provider.

## TOTAL COST                                                                  $ 805,000.00

Notes:

1. Delivery: 10 to 12 weeks after receipt of order.
2. Price excludes any applicable sales or use tax.
3. Full Freight Allowed
4. Terms: 15% with order, balance within 30 days of delivery (subject to credit approval).
5. Quotation valid for 90 days.

Lee Vardakas
General Manager

000780

**Tim Casabonne**

| | |
|---|---|
| **From:** | Lee Vardakas [LeeV@aegisenergyservices.com] |
| **Sent:** | Tuesday, June 14, 2005 3:25 PM |
| **To:** | Tim Casabonne |
| **Subject:** | Re: AEGEN 75LE |



Hi Tim:

We have attached an equipment proposal per your e-mail below. Please note the equipment pricing is $62K/unit at the 20 unit threshhold.

In addition, we have attached our typical maintenance contract for your review.

I believe these two pieces are what you need to issue a P.O.

We will send a revised proposal for $800K to J & M if you are ready to move on this issue.
Regards,

Lee

Lee Vardakas
General Manager
Aegis Energy Services, Inc.

2097 Riverdale Street
West Springfield, MA. 01089

P.O. Box 2511
Springfield, MA 01101-2511

413-746-5400   ( Office )
413-746-3242   ( Fax )
413-237-4042   ( Cell )

E-mail: Leev@aegisenergyservices.com


>>> <tcasabonne@atlanticenergyservices.com> 6/14/2005 10:45:08 AM >>>
Lee,

It was a pleasure to meet you yesterday. We are very impressed with the AEGEN unit and would like to confirm the unit cost and our plan for the purchase of (20) units, which includes a mutually acceptable agreement with J&M for the Lakeland project. Our plan is as follows:

Lakeland
J&M to purchase 11 units for                    $800,000
AES actual cost of 11 units @ $61,000 ea. =    $671,000
Excess paid by J&M =                            $129,000

Chemung County Nursing Home
4 units @ $61,000 ea. =                          $244,000
Less excess paid on Lakeland                     $129,000

3/1/2006

AES cost for 4 units =                              $115,000

5 additional units @ $61,000 ea =              $305,000
(to be ordered in the next 5-6 mos)

Total of PO's to AEGIS =                          $1,220,000

Please let us know if you agree with our plan.

Thank you,
Tim


Timothy Casabonne


<outbind://8/Signature2_files/image002.jpg>


Atlantic Energy Services, Inc.

92 Congress Street

Saratoga Springs, NY 12866

518.587.3252 x102

518.587.4328 fax

tcasabonne@atlanticenergyservices.com
<mailto:tcasabonne@atlanticenergyservices.com>

3/1/2006



**AEGIS ENERGY SERVICES INC.**

413/746-5400 • FAX 413/746-3242
WWW.AEGISENERGYSERVICES.COM

2097 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 • P.O. BOX 2511, SPRINGFIELD, MA 01101-2511

# PRICE QUOTATION FOR ATLANTIC ENERGY SERVICES

| **Prepared for:** | **Prepared by:** |
|---|---|
| Atlantic Energy Services, Inc.<br>92 Congress Street, Suite 4<br>Saratoga Springs, NY 12866<br>(518) 587-3252 | Lee Vardakas<br>AEGENCO, Inc.<br>2085 Riverdale Street<br>West Springfield, MA 01089<br>(413) 746-1146 |

**Date: June 14, 2005**

## ITEMIZED DESCRIPTION FOR CHEMUNG COUNTY NURSING HOME

Four (4) AEGEN ThermoPower TP-75LE Cogeneration Modules (75 kW, 60 Hz, 208 V, 3-phase). Each module will include:

- Industrial Natural Gas Engine (V-8, 454 Cid)
- Engine Jacket, Oil, and Exhaust Heat Recovery
- 3-Way NSCR Emissions Package
- Acoustical Enclosure (Indoor Type)
- Intelisys Microprocessor Controls
- Open Protocol Interface (Modbus-Based)
- Remote Monitoring and Control System Including Modem
- Standard Electrical Protective Switchgear Panel Plus Integrated Utility Grade Relay Package
- Steel Skid and Vibration Isolators
- Complete Factory Assembly
- Factory Full-Load Run Test
- UL Approved Panel
- Installation Manual and Training
- Integrated Pump and Valve Module with Pump, Isolation Valve, Thermostatic Mixing Valve, Expansion Tank, and Pressure Relief Valve
- Silencer
- Start-up Assistance for AEGEN TP-75LE Modules by a Factory-Certified Technician.

1

ATL 0098

## TOTAL COST $ 130,000.00

This price is contingent on delivery of 20 total AEGEN modules on all Atlantic Energy Service projects by 1/1/2006.

Standard parts and labor warranty are included on each module (covers defects in parts for 12 months from date of start-up). For best and broadest coverage, AEGENCO recommends that owner enter into separate maintenance agreement with factory authorized service provider.

## ITEMIZED DESCRIPTION FOR ADDITIONAL MODULES

Five (5) AEGEN ThermoPower TP-75LE Cogeneration Modules (75 kW, 60 Hz, 480 V, 3 phase). Each module will include:

- Industrial Natural Gas Engine (V-8, 454 Cid)
- Engine Jacket, Oil and Exhaust Heat Recovery
- 3-Way NSCR Emissions Package
- Acoustical Enclosure (Indoor Type)
- Intelisys Microprocessor Controls
- Open Protocol Interface (Modbus-Based)
- Remote Monitoring and Control System Including Modem
- Standard Electrical Protective Switchgear Panel Plus Integrated Utility Grade Relay Package
- Steel Skid and Vibration Isolators
- Complete Factory Assembly
- Factory Full-Load Run Test
- UL Approved Panel
- Installation Manual and Training
- Integrated Pump and Valve Module with Pump, Isolation Valve, Thermostatic Mixing Valve, Expansion Tank, and Pressure Relief Valve
- Silencer
- Start-up Assistance for AEGEN TP-75LE Modules by a Factory-Certified Technician.

Standard parts and labor warranty are included on each module (covers defects in parts for 12 months from date of start-up). For best and broadest coverage, AEGENCO recommends that owner enter into separate maintenance agreement with factory authorized service provider.

## TOTAL COST $ 310,000.00

This price is contingent on delivery of 20 total AEGEN modules on all Atlantic Energy Service projects by 1/1/2006.

2

ATL 0099

**Notes:**

1. Delivery: 10 to 12 weeks after receipt of order.
2. Price excludes any applicable sales or use tax.
3. FOB:  West Springfield, MA
4. Terms: 15% with order, balance within 30 days of delivery (subject to credit approval).
5. Quotation valid for 90 days.

Lee Vardakas
General Manager

ATL 0100

Generic Maintenance Agreement

## AEGIS ENERGY SERVICES, INC.
## MAINTENANCE AGREEMENT

This Maintenance Agreement is entered into as of this _____ day of _____ 2004 by and between Aegis Energy Services, Inc., ("Seller") and _____ (Buyer), and relates to One (1) _____ Cogeneration Module, located at _____, _____, _____. This agreement covers the Cogeneration Module. Seller will also provide comprehensive maintenance of the Pump Module which include generator controls, pump (P-1), and thermostatic mixing valve.

### 1.  Term
The maintenance period under this Agreement shall begin on _____. The duration shall be thirty-six (36) months and is automatically renewed in thirty-six month intervals unless otherwise changed by either party within thirty (30) days prior to renewal date.

### 2.  Maintenance Service Charge
The maintenance service charge for the Cogeneration Module for the first 12-month period of this Maintenance Agreement shall be an amount equal to a flat rate of $1.00 times the number of hours of operation of the Cogeneration Module during the 12-month period.

Buyer will pay the maintenance service charge in advance on a quarterly basis, provided that the first payment shall be due within 30 days following the commencement of operation of each Cogeneration Module. The amount of each quarterly payment shall be based on an assumed 2000 hours of operation by the Cogeneration Module during the quarter (resulting in quarterly payments of $2000.00 each quarter for the Cogeneration Module during the period). Seller will calculate an adjustment within 30 days following the end of each quarter to reflect the difference between the actual number of hours of operation during the quarter and the assumed 2000 hours of operation. Seller will credit Buyer the appropriate adjustment amount in the event that the actual operation is less than 2000 hours during the quarter. Buyer will pay Seller the appropriate additional amount in the event that the actual operation exceeds 2000 hours during the quarter.
All adjustment amounts will be invoiced on the next quarterly invoice payable within thirty days from the invoice date.

A 1-1/2% per month finance charge will be assessed on every invoice not paid by the due date. Payments will be applied first to all outstanding finance charges, then to the invoice amount. Buyer will be responsible for all legal fees associated with the collection of any unpaid balances.

Seller may increase the maintenance service charge on each anniversary following the first 12-month period of this agreement by a factor equal to (1) the percentage change in CPI* index, as published by the U.S. Government plus 2% (two percent) or (2) 5% (five percent), whichever is higher.
    * CPI references the CPI (all items, U.S. city average)

### 3.  Access
Buyer will allow Seller and Seller's representatives access to the Cogeneration Module during regular business hours to perform scheduled and unscheduled maintenance and to make periodic inspections of the Equipment. Buyer will allow Seller and Seller's representatives access to the Equipment after regular business hours and during weekends and holidays to correct defects or breakdowns or to perform other unscheduled maintenance.

### 4.  Scheduled Maintenance
Buyer shall give Seller at least 3 days advance notice of the passage of each 750 hours of operation of each module. Seller's representatives will make routine maintenance visits to Buyer's Cogeneration Module facility at least once every 750 hours, but not more than 1,000 hours of operation.
Maintenance procedures will be as listed in Table A.  Seller will make every effort to meet service schedule, however it is the Buyer's responsibilty to provide notification of the passage of each 750 hours of operation. Seller reserves the right to modify services performed and service intervals at his discretion if technology or material improvements occur and with consent from Buyer.  Such consent shall not be unreasonable withheld by Buyer.

### 5.  Unscheduled Repair Service
In the event of a breakdown, malfunction, or failure of the Cogeneration Module, Buyer shall promptly notify Seller of such event and Seller shall use its best efforts to repair the Cogeneration Module; PROVIDED, however, that if such breakdown, malfunction, or failure results from any of the exclusions set forth in Section 8 of this Agreement, Buyer shall

Page 1 of 4

_____ Buyer Init.
_____ Seller Init.

reimburse Seller for all service charges paid to repair the Cogeneration Module at a rate of $85.00 per hour of service person time (shop-to-shop), plus all travel expenses and material costs paid.

## 6. Parts Replacement

Buyer agrees that upon replacement of engines, parts, lubricants, components, or other materials by Seller during the term of this Maintenance Agreement, the corresponding items removed shall become the property of Seller.

The engine contained in the Cogeneration Module will be overhauled or replaced as necessary to correct mechanical defects or failures of an engine. The cost of engine replacement or overhaul is included in the maintenance service charge. In the event of engine replacement, Seller may supply a similar new engine or a similar rebuilt engine.

## 7. Seller to Provide All Maintenance

Buyer shall not, during the term of this Maintenance Agreement, without the prior written consent of Seller, allow any person other than Seller to perform any maintenance service, repairs, or adjustments to the Cogeneration Module.

## 8. Exclusions

This Maintenance Agreement does not cover any maintenance or repair to any Cogeneration Module or associated equipment that results in whole or in part from:

A.  Willful damage, misconduct, or negligence of Buyer, its employees, agents, invitees;
B.  Fire, theft, or other risks now or hereafter normally covered by all risks' policy of insurance, including extended coverage;
C.  War, riots, civil commotion, flood, storm, earthquake, or a similar event;
D.  Any alteration, addition to, substitution, or replacement of any part of the Cogeneration System or related electrical, plumbing, or gas service connection not authorized by Seller;
E.  Adjustment, maintenance service or repair to the Cogeneration Module or related electrical or gas service connections not authorized by Seller;
F.  Any use of the Cogeneration Module in any manner other than its designed use;
G.  Improper installation of the Cogeneration Module by anyone other than Seller or Seller's authorized representatives;
H.  Buyer's failure to keep the Cogeneration Module protected from the weather or elements;
I.  Buyer's failure to keep the Cogeneration Module clean and free from debris.
J.  Buyer's failure to perform any covenant contained in this Maintenance Agreement.

## 9. Notice of Malfunction and Emergencies

Buyer shall promptly notify Seller in the event of any breakdown, malfunction or failure of any Equipment or any part thereof during the term of this Maintenance Agreement.

## 10. Limitation of Liability

In no event shall Seller or its agents by liable for any indirect, incidental, consequential, or special damages, including but not limited to loss of use or anticipated profits, whether in an action on contract or tort.

## 11. Notice

All notices, requests and other communications hereunder shall be sufficient if given in writing and delivered personally or by registered or certified mail, postage prepaid, as follows, or to such other addressee or address as shall be set forth in a notice given in the same manner.

To Seller:      Aegis Energy Services, Inc.
                2097 Riverdale Street
                West Springfield, MA 01089
                Attention: Spiro Vardakas

To Buyer:

All such notices shall be deemed to have been given on the date delivered or mailed in the manner provided above.

2 of 4

_____ Buyer Init.
_____ Seller Init.

## 12. Assignment

This Maintenance Agreement shall be binding upon and inure to the benefit of the successors and assigns of each of the parties hereto. Seller may assign this agreement without the consent of Buyer. Buyer may not assign this agreement without prior written consent of Seller.

## 13. Complete Agreement

This Maintenance Agreement sets forth the entire understanding of the parties and supersedes all prior agreements, communication, representations or warranties, whether oral or written, by any officer, employee or representative of either party.

## 14. Waivers

Any performance or covenant under this Maintenance Agreement may be waived in a writing signed by both parties. No waiver by either party of any default shall operate as a waiver of any other default or of the same default on a future occasion.

## 15. Amendments

Any change in the terms and conditions of this Maintenance Agreement must be in writing and signed by both parties.

## 16. Severability

Buyer and Seller agree that if any term or provision of this Maintenance Agreement is held by any court to be illegal or unenforceable, the remaining terms, provisions, rights and obligations shall not be affected and shall remain in full force and effect.

## 17. Captions

The captions and headings in this Maintenance Agreement are for convenience of reference only and shall not define or limit the provisions hereof.

## 18. Governing Law

This Agreement shall be construed and enforced in accordance with the laws of the Commonwealth of Massachusetts.

IN WITNESS WHEREOF the parties hereto have caused this Agreement to be executed by their fully authorized officers as of the day and year above written.

BUYER:                                          SELLER:


                                                Aegis Energy Services, Inc.

BY: _____                  BY: _____


TITLE: _____                 TITLE: _____


DATE: _____                  DATE: _____


3 of 4

TABLE A

SCHEDULED MAINTENANCE

| MAINTENANCE PERFORMANCE | SERVICE INTERVAL (HOURS) | | |
|---|---|---|---|
|  | 750 | 2250 | 4500 |
| A. Oil Change | X | | |
| B. Replace Oil Filter | X | | |
| C. Replace Air Filter | X | | |
| D. Inspect Battery | X | | |
| E. Check Coolant | X | | |
| F. Clean Air Louvers | X | | |
| G. Check Timing and Carburetor Adjustment | | | |
| H. Tighten Electric Interface Connections | X | | |
| I. Check Overspeed Board | X | | |
| J. Check/Replace PCV Valve | | X | |
| K. Replace Spark Plugs | | X | |
| L. Check Ignition System | | X | |
| M. Check Exhaust Heat Exchanger | | | |
| N. Grease Generator Bearings* | | | X |
| O. Check Connections at Generator Box | | X | |
| P. Replace Coolant ** | | | X |
| Q. Check Vibration Mount | | | X |

* or very nine months
** or every six

4 of 4

_____ Buyer Init.
_____ Seller Init.

ATL 0104