# Tecogen Ex. 77

# AEGIS ENERGY SERVICES

P.O. Box 2511
Springfield, MA 01101-2511

2097 Riverdale Street
West Springfield, MA 01089

# FAX COVER SHEET

**DATE:** June 16, 2005

**PAGE 1 OF 3**

**TO:** JEFF GLICK/TECOGEN

PHONE: 781-466-6481
FAX: 781-466-6466

**FROM:** LEE VARDAKAS

PHONE: (413) 746-5400
FAX: (413) 746-3242

**RE:** ____
**CC:** ____

*MESSAGE*

EXHIBIT #25
8/23/07 LB

002331

URGENT ☐   For your review ☒   Reply ASAP ☐   Please comment ☐

**AEGIS ENERGY SERVICES INC.**

413/746-5400 • FAX 413/746-3242
WWW.AEGISENERGYSERVICES.COM

2097 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 • P.O. BOX 2511, SPRINGFIELD, MA 01101-2511

June 16, 2005

Mr. Jeff Glick
Tecogen, Inc.
45 First Avenue
Waltham, MA

Dear Jeff:

Re: PO #05-475LV Revised

We are canceling the Aegis Purchase Order #05-475 Revised for the Lakeland School District project due to Tecogens' unwillingness to provide written confirmation of our Purchase Order. We have made repeated attempts to obtain written confirmation to no avail.

Perhaps we can work together in the future as opposed to against each other.

Regards,

Lee Vardakas
General Manager

002332