# Tecogen Ex. 78

FAX NO. : 14137463242                           Jun. 17 2005 01:54PM  P1

## facsimile transmittal

**AEGIS Energy Services**
2097 Riverdale Road
West Springfield, MA
413.746.5400

**To:** Ed Horvath

**From:** Lee Vardakas          **Fax:** (914) 632-4772

**Re:** Lakeland Quote          **Date:** 6/17/2005

                                **Pages:** 3

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle



Attached is the quote as we discussed.



EXHIBIT
# 26
6/23/07  LB



AEGIS ENERGY SERVICES INC.
2097 RIVERDALE STREET, WEST SPRINGFIELD, MA 01089 • P.O. BOX 2511, SPRINGFIELD, MA 01101-2511

413/746-5400 • FAX 413/746-3242
WWW.AEGISENERGYSERVICES.COM

# PRICE QUOTATION FOR LAKELAND SCHOOL DISTRICT

**Prepared for:**

J & M Heating and A/C, Inc.
48 Grand Street
New Rochelle, NY 10801
(914) 632-4433

**Prepared by:**

Lee Vardakas
AEGENCO™, Inc.
2085 Riverdale Street
West Springfield, MA 01089
(413) 746-1146

**Date: June 17, 2005**

## ITEMIZED DESCRIPTION

Four (4) AEGEN ThermoPower TP-75 LE Cogeneration Modules (75 kW, 60 Hz, 208 V, 3-phase). Each module will include:

- Industrial Natural Gas Engine (V-8, 454 Cid)
- Engine Jacket, Oil, and Exhaust Heat Recovery
- 3-Way NSCR Emissions Package
- Acoustical Enclosure (Indoor Type)
- Intelisys Microprocessor Controls
- Open Protocol Interface (Modbus-Based)
- Remote Monitoring and Control System Including Modem
- Standard Electrical Protective Switchgear Panel Plus Integrated Beckwith Utility Grade Relay Package
- Steel Skid and Vibration Isolators
- Complete Factory Assembly
- Factory Full-Load Run Test
- UL Approved Panel
- Installation Manual and Training
- Integrated Pump and Valve Module with Pump, Isolation Valve, Thermostatic Mixing Valve, Expansion Tank, and Pressure Relief Valve
- Silencer

1

JM 0113

Seven (7) AEGEN ThermoPower TP-75 LE Cogeneration Modules (75 kW, 60 Hz, 480 V, 3 phase). Each module will include:

- Industrial Natural Gas Engine (V-8, 454 Cid)
- Engine Jacket, Oil and Exhaust Heat Recovery
- 3-Way NSCR Emissions Package
- Acoustical Enclosure (Indoor Type)
- Intelisys Microprocessor Controls
- Open Protocol Interface (Modbus-Based)
- Remote Monitoring and Control System Including Modem
- Standard Electrical Protective Switchgear Panel Plus Integrated Beckwith Utility Grade Relay Package
- Steel Skid and Vibration Isolators
- Complete Factory Assembly
- Factory Full-Load Run Test
- UL Approved Panel
- Installation Manual and Training
- Integrated Pump and Valve Module with Pump, Isolation Valve, Thermostatic Mixing Valve, Expansion Tank, and Pressure Relief Valve
- Silencer

Standard parts and labor warranty are included on each module (covers defects in parts for 12 months from date of start-up). For best and broadest coverage, AEGENCO™ recommends that owner enter into separate maintenance agreement with factory authorized service provider.

## TOTAL COST

$ 805,000.00

Comprehensive start-up services of each and every module by Factory-Certified Technician is provided for $500 per module for a total of $5,500 and is included in the price above.

**Notes:**

1. Delivery: 5 modules by 8/15/05, 6 modules by 9/15/05. We are trying to facilitate the delivery of 1-3 modules for late July. All efforts will be made to shorten delivery schedule for all modules.
2. Price excludes any applicable sales or use tax.
3. Full Freight Allowed.
4. Full payment due within 30 days of delivery (subject to credit approval).
5. Quotation valid for 90 days.
6. Eleven (11) engineering submittals on receipt of PO.

Lee Vardakas
General Manager

2

JM 0114

48 GRAND STREET
NEW ROCHELLE, NY 10801

16360

TEL. (914) 632-4433
FAX. (914) 632-4772

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

| DATE | REQUISITION NO. |
|------|-----------------|
| 6/17/05 | 2070 |

*Aegis Energy Services, Inc.*
*2097 Riverdale Street*
*West Springfield, MA. 01089*
FAX: 413 746-3242

SHIP TO
*Lakeland Schools*
*Energy Performance Contract*
*Lakeland CSD.*

FAXED

attn: Lee Vardakas

Lakeland HS.
(3) Aegen TP-75LE Cogen Units
( 75 KW, 60 HZ, 208V, 3-Phase)

Copper Beech MS.
(3) Aegen TP-75LE Cogen Units
( 75 KW, 60 HZ, 460V, 3-Phase)

Walter Panas HS.
(4) Aegen TP-75LE Cogen Units
( 75 KW, 60 HZ, 460V, 3-Phase

Van Cortlandville ES.
(1) Aegen TP-75LE Cogen Unit
( 75 KW, 60 HZ, 208V., 3-Phase)

EXHIBIT
#27
1/23/07   LB

$ 805,000

All as per A&D proposal dated 6/17/05
This P.O. 16360 voids previous P.O. 16229
All as per plans & specifications
submit (10) copies equip. specifications
release pending approved submittals
tax exempt, freight allowed
Complete Startup of equip. included

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

Thank You!

AUTHORIZED BY

JM 0201

# Purchase Order

**J & M HEATING AND A/C, INC.**
48 GRAND STREET
NEW ROCHELLE, NY 10801

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**16229**

TEL. (914) 632-4433
FAX. (914) 632-4772

| DATE | REQUISITION NO. |
|------|-----------------|
| 4/27/05 | 2070 |

Aegis Energy Services, inc.
2097 Riverdale Street
West Springfield, MA. 01089
FAX: 413-746-3242

SHIP TO
Lakeland Schools
Energy Performance Contract
Lakeland CSD.

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|------------------|-----------|----------|--------------|-------|
| attn.: Lee Vardakas | | | FAXED | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. DESCRIPTION | UNIT PRICE | TOTAL |
|--------------|---------------|-----------------------|------------|-------|
| | | Lakeland HS. | | |
| | | (3) Aegen CM-75LE Cogen Units | | |
| | | (75 KW, 60 HZ, 208V, 3-phase) | | |
| | | Copper Beech MS. | | |
| | | (3) Aegen CM-75LE Cogen Units | | |
| | | (75 KW, 60 HZ, 460V, 3-phase) | | |
| | | Walter Panas HS. | | |
| | | (4) Aegen CM-75LE Cogen Units | | |
| | | (75 KW, 60 HZ, 460V, 3-phase) | VOID | |
| | | Van Cortlandville E.S. | | |
| | | (1) Aegen CM-75LE Cogen Unit | | |
| | | (75 KW, 60 HZ, 208V, 3-phase) | $ 825,000 | |
| | | | | |
| | | All as per plans & specifications | | |
| | | All as per AES proposal dated 4/18/05 | | |
| | | Submit (10) copies equip. specifications | | |
| | | release pending approved submittals | | |
| | | tax exempt, freight allowed | | |
| | | Complete Startup of equip. included | | |

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

**Thank You!**

AUTHORIZED BY

JM 0202