# Tecogen Ex. 79

**TECOGEN**
Natural Gas Engine-Driven Products

TECOCHILL®
TECOGEN®
TECoFROST™

June 21, 2005

Mr. Lee Vardakas　　　　　　　　　　　　　Sent via fax: 413-746-3242
Aegis Energy Services
2097 Riverdale Street
West Springfield, MA 01089

Dear Lee,

I was glad we were able to talk a little yesterday about our issues. As you know, I have wanted to do this with you for some time.

Although we did receive your order cancellation on June 20th, it does present a quandary to us. I want you to know that the day after we received your order on May 18, 2005 we did order material for all 11 units for the Lakeland project to insure we met your delivery requirements. That material will begin to arrive at our plant this coming week.

My request is that you give serious consideration to working with us on this Lakeland order. It will make it very difficult to patch things up if you decide to compete with us and enter the market with a competitive product. I do look forward to getting together with you this Friday when Bob returns from his vacation.

I will contact you later in the week to arrange a suitable meeting location and time. Hopefully we can clear the air and get back on course together.

Sincerely,

*Jeffrey Glick*

Jeffrey Glick
Tecogen



T 0279

45 First Avenue
Waltham, MA 02451
781.466.6400  (fax) 781.466.6466