# Tecogen Ex. 80

Glick, Jeffrey

---

**From:** LeeV@aegisenergyservices.com
**Sent:** Wednesday, June 22, 2005 9:33 AM
**To:** JGlick@tecogen.com; Wschuster@tecogen.com
**Subject:** Friday


GWAVA_2#TEXT.htm


GWAVADAT.TXT

Hi Jeff: Your June 21, 2005 letter is surprising and not in keeping with the goal of our Friday meeting. Tecogens failure to confirm our negotiated May 18, 2005 Purchase Order after numerous requests, and prior to our cancellation, leaves Tecogen with the quandary. Your efforts to exclude us from these arrangements with the customer during that period were not appreciated. After an 18 year relationship, Tecogen and ADG decided to compete with Aegis. We did not issue threats requiring you to stop so as to patch things up. Our goal was, and is, to survive in a most difficult business. However, I believe that Fridays meeting should concentrate on the future and not the past. Im sure that both organizations can prosper. Lee



EXHIBIT #29
8/23/07 LB