# Tecogen Ex. 81

# TECOGEN
*Natural Gas Engine-Driven Products*



TECOCHILL®
TECOGEN®
TECOFROST™

July 11, 2005

*HVB*

RECEIVED
JUL 1 4 2005
SUPERINTENDENT'S OFFICE
LAKELAND SCHOOLS

Mr. Timothy J. Brock, President
Atlantic Energy Services, Inc.
92 Congress Street, Suite #4
Saratoga Springs, New York 12866

Dear Mr. Brock:

As you are aware, we at Tecogen were surprised and dismayed to learn that the purchase order for the eleven Tecogen CM-75 cogeneration units for the Lakeland School Projects was cancelled in favor of a new product – one that does not satisfy the project's engineering specifications – manufactured by Aegis Energy Services. We feel this to be severe misjudgment given that the Aegis product is new, untested in the marketplace and with limited certifications, if any. To purchase and install the Aegis system in the Lakeland schools is an unwise and irresponsible act.

Tecogen, as you know, has manufactured its cogeneration module for over twenty years, having produced and installed approximately 800 CM-60/75 modules in that period. The Tecogen product is the standard for small packaged cogen modules in this country, having been successfully used in many applications, including over a dozen schools in Upstate New York alone. The Aegis unit, by comparison, has only recently been introduced to the market and has a very limited track record. We feel strongly that this substitution should not be made without a careful and impartial product comparison, especially in the areas of product track record and product safety certifications.

Relative to the product certifications, please understand that cogeneration modules such as those manufactured by Tecogen or Aegis are natural gas/electrical appliances for which certification is a fundamental requirement, especially in a public facility. Tecogen, at great expense and engineering time, has obtained full certifications for its products. I wish to elaborate on what true certification means as it is often misunderstood. The specific certifications for the CM-75 are listed in Table 1 (attached) along with web links confirming the listing. As shown, the overall product – *in total, as a complete device* – has been certified by ETL/Intertek, a Nationally Recognized Testing Laboratory (or NRTL) to the *AGA (American Gas Assoc.) Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89)*. This certification requires that the entire machine design be reviewed by the NRTL engineers for properly listed electrical and fuel supply components and that the components themselves are correctly installed and applied. The entire product, in its final design configuration, is then tested by the NRTL to confirm the published performance specifications, as well as to ensure that the required alarms safely stop the machine when these events are simulated. Also, and as shown in Table 1, the Tecogen manufacturing facility is inspected quarterly by an ETL/Intertek engineer for continued design compliance and to confirm that the mandated processes required to maintain certification are still being conducted on each unit (i.e., quality control steps, specialized shop tests for voltage surge, etc.). Our most recent inspection was on May 10, 2005.

As you know, the engineering specifications for the Lakeland project, for good reason, specified that the cogeneration units must be AGA certified. We do not believe that the Aegis system has satisfied that requirement.

**LAKE 0287**

45 First Avenue
Waltham, MA 02451
ph: 781.466.6400  fax: 781.466.6466
www.tecogen.com

**TECOGEN**                                  – 2 –                                  July 12, 2005

The Tecogen CM-75 has also been certified for safe interconnection to utility electric system by three standards: (a) The Institute for Electric and Electronic Engineers (IEEE) P1547/D07, (b) The New York State Interconnect Requirement (NYSIR), and (c) The California Electric Rule 21. These interconnection certifications generally require the same format as the product safety certification above; the units are reviewed and tested by an NRTL (see Table 2 for the tests) after which quarterly inspections are conducted for design and QC compliance. In this case, ETL/Intertek was used for most tests, although Underwriters Laboratories was used for the anti-islanding certification, a safety that protects utility workers if an outage occurs. These certifications are important as they impact the facility's liability relative to the electric company's property and workers.

It is worth mentioning also that Tecogen has also obtained certification of its switchgear against water spray to IPX4 (an international electrical certification) by ETL/Intertek. This was necessary because our integrated design locates the plumbing module above this high voltage switchgear, a location which many inspectors would disallow unless the cabinet was certified against water ingress. Lakeland had planned to use this plumbing module in the Tecogen design and if the Aegis machine is likewise to use the Aegis version of this accessory then switchgear water spray certification is an important and valid requirement.

At Tecogen, we take great pride in these certifications. For our customers, the certifications and quarterly inspection serve as essential "third-party" checks of our product designs, manufacturing procedures, and QC systems. They also impact favorably our company's ability to obtain the normally required levels of product liability insurance. Moreover, we learned early on in this business that few building inspectors and careful facility managers would accept the installation of an uncertified appliance that generates pressurized hot water and high voltage electricity, so most projects simply could not proceed without such certifications. In the case of Lakeland and the new Aegis product, we are not certain of its certification status. However, given the information available on Aegis' web site and in checking the various agency web sites for listed products, it would appear doubtful that the Aegis product has any certifications except on the component level (not applicable to the entire unit).

I urge Atlantic Energy to be wary of accepting an uncertified appliance for installation into its customers' facilities, especially where there is no economic incentive to do so. Thank you for your thoughtful consideration of this matter and please contact me if you have any questions (781-466-6401, Robert.Panora@Tecogen.com).

Sincerely,

*Robert A. Panora*

Robert A. Panora
President & COO


CC:     Kenneth Connolly, Superintendent of Schools, Lakeland Central School District
        Dan Westbrook, Senior Mechanical Construction Engineer, New York State Education Department

LAKE 0288

### Table 1 – Tecogen CM-75 Product Safety Certifications

| Product Safety Certification ||| 
|---|---|---|
| Name | Description | Requirements for Maintaining Compliance |
| ETL Listed Marking – Report #484603 http://etlwhidirectory.etlsemko.com/WebClients/ITS/DLP/products.nsf/6a421efeead6f216852568d4005862af/fee54098eef089da85256a69004853bc?OpenDocument&ExpandSection=2&Highlight=2,Tecogen - Section2 | Labeled for compliance with the AGA Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89) | • Third party (ITS) Quarterly Inspections to ensure quality control<br>• 100% Production Line Testing – Dielectric Withstand Test<br>• Third party authorization required to use alternate parts |
| IPX4 | Control and switchgear enclosures have been certified to IPX4 (International classification system per IEC 60529 for ingress protection against water) | N/A |
| Interconnection Compliance ||| 
| Name | Description | Requirements for Maintaining Compliance |
| IEEE P1547/D07 | Certified by Intertek Testing Services to be in compliance with this Draft Standard for Interconnecting Distributed Resources with Electric Power Systems. *(See Type Testing Summary Below)* | • Third party (ITS) Quarterly Inspections to ensure firmware revision control<br>• 100% Production Line Testing – Voltage/Frequency Variation Test |
| NYSIR http://www.dps.state.ny.us/SIRDevices.PDF | Accepted as Type Tested and Approved Equipment by the New York State Public Service Commission Standard Interconnect Requirements. *(See Type Testing Summary Below)* | • Website listing of most current firmware version<br>• 100% Production Line Testing – Voltage/Frequency Variation Test |
| California Rule 21 http://www.energy.ca.gov/distgen/interconnection/certification.html | Certified to meet the Type Testing and Production Testing requirements of California Rule 21. Also certified as Non-Islanding. *(See Type Testing Summary Below)* | • Third party (ITS) Quarterly Inspections to ensure firmware revision control<br>• 100% Production Line Testing – Voltage/Frequency Variation Test |

LAKE 0289

**TECOGEN**                               – 4 –                              July 12, 2005

Table 2 – Tecogen CM-75 Electric Interconnection Tests Required for Interconnection Certification to P1547, NSIR, and Rule 21 (all passed)

| Standard | Section | Description | Reference Standard |
|---|---|---|---|
| | | Type Testing | |
| IEEE P1547/D07 | 4.2.1 | Voltage Disturbances | |
| | 4.2.2 | Frequency Disturbances | |
| | 4.3.2 | Limitation to Flicker | |
| | 4.3.3 | Harmonics | |
| | 4.3.4 | Immunity Protection (Radiated RFI) | IEEE C37.90.2 |
| | 4.3.5 | Surge Immunity | IEEE C37.90.1, IEEE C62.45 |
| | 4.3.5 | Electrical Fast Transient Immunity | IEEE C37.90.1, IEEE C62.45 |
| | 4.3.5 | 100 kHz, 500A Ringwave | IEEE C62.41, IEEE C62.45 |
| | 4.3.5 | 1.2 x 50 uS Surge | IEEE C62.41, IEEE C62.45 |
| UL1741 | 44 | Dielectric Voltage-Withstand | |
| | 45.2.2 | Power Factor | |
| | 45.4 | Harmonic Distortion | Same as P1547/D07 Section 4.3.3 |
| | 46.2 | Voltage and Frequency Variation | Same as P1547/D07 Section 4.2.1 & 4.2.2 |
| | 46.2.3 | Automatic Restart, 5 minutes | |
| | 46.4 | Power Loss, Control Circuitry | |
| | 47.3 | Short Circuit Test | |
| | 46.3 | Anti-Islanding | |

LAKE 0290

# TECOGEN

*Natural Gas Engine-Driven Products*

TECOCHILL®
TECOGEN®
TecoFROST™

July 11, 2005

Mr. Timothy J. Brock, President
Atlantic Energy Services, Inc.
92 Congress Street, Suite #4
Saratoga Springs, New York 12866

Dear Mr. Brock:

As you are aware, we at Tecogen were very surprised and dismayed to learn that the purchase order for the eleven Tecogen units for the Lakeland School Projects was cancelled as a subcontractor cost-saving measure in favor of a new product – not specified in the project engineering specifications – and manufactured by the Aegis Energy Corporation. We feel this to be severe misjudgment given the newness of the Aegis product, their manufacturing inexperience, and the liability involved in this major mechanical equipment purchase. Tecogen, as you know, has manufactured this product for over twenty years, having produced approximately 800 CM-60/75 modules in that period. This product is the standard for small packaged cogen modules in this country, having been successfully used in many applications, including over a dozen schools in Upstate New York alone. The Aegis unit, by comparison, has only recently been introduced to the market and has a very limited track record. We feel strongly that this substitution should not be made without a careful and impartial product comparison especially in the areas of product track record and product safety certifications.

Relative to the product certifications, please understand that the Tecogen and Aegis products are natural gas/electrical appliances for which certification is a fundamental requirement, especially in a public facility. Tecogen, at great engineering expense, has obtained full certifications for its products. I wish to elaborate on what true certification means as it is often misunderstood. The specific certifications for the CM-75 are listed in Table 1 (attached) along with web links confirming the listing. As shown, the overall product – *in total, as a complete device* – has been certified by ETL/Intertek, a Nationally Recognized Testing Laboratory (or NRTL) to the *AGA (American Gas Assoc.) Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89)*[1]. This certification requires that the entire machine design be reviewed by the NRTL engineers for properly listed electrical and fuel supply components and that the components themselves are correctly installed and applied. The entire product, in its final design configuration, is then tested by the NRTL to confirm the published performance specifications, as well as to ensure that the required alarms safely stop the machine when these events are simulated. Also, and as shown in Table 1, the Tecogen manufacturing facility is inspected quarterly by an ETL/Intertek engineer for continued design compliance and to confirm that the mandated processes required to maintain certification are still being conducted on each unit (i.e., quality control steps, specialized shop tests for voltage surge, etc.). Our last inspection was on May 10, 2005.

The Tecogen CM-75 has also been certified for safe interconnection to utility electric system by three standards: (a) The Institute for Electric and Electronic Engineers (IEEE) P1547/D07 (b) The New York State Interconnect Requirement or NYSIR, and (c) The California Rule 21. These interconnection certifications generally require the same format as the product safety certification above; the units are reviewed and tested by an NRTL (see Table 2 for the tests) after which quarterly inspections are conducted for design and QC compliance. In this case ETL/Intertek was used for most tests, although Underwriters Laboratories was used for the anti-islanding certification, a safety that protects utility workers if an outage occurs. These certifications are important as they impact the facility's liability relative to the electric company's property and workers.

---

[1] The AGA standard has, in recent years, been superceded by UL Standard 2200 whose requirements cover stationary engine generator assemblies rated 600 volts or less that are intended for installation and use in ordinary locations. New cogen equipment, including our established competitors, are certified to this standard. Tecogen product certification will eventually be updated to UL 2200 by ETL/Intertek.

45 First Avenue
Waltham, MA 02451
781.466.6400  (fax) 781.466.6466

T 0273

–2–                                                                 September 1, 2005

It is worth mentioning also that Tecogen has obtained certification of its switchgear against water spray to IPX4 (an international electrical certification) by ETL/Intertek. This was necessary because our integrated design locates the plumbing module above this high voltage switchgear, a location which many inspectors would disallow unless the cabinet were certified against water ingress. Lakeland was to use this plumbing module in the Tecogen design and if the Aegis machine is likewise to use the Aegis version of this accessory then switchgear water spray certification is an issue.

At Tecogen, while we take great pride in these certifications, our motivation for the incurring the expense was self-interest. The certifications and quarterly inspection serve as essential "third party" checks for our designs and QC systems while also impacting our ability to obtain the required levels of product liability insurance. Moreover, we learned early on in this business that few building inspectors and careful facility managers would accept the installation of an uncertified appliance generating pressurized hot water and high voltage electricity. In the case of Lakeland and the new Aegis product, we are not certain of their certification status. However, given the information available on their web site and in checking the various agency web sites for listed products, it would appear doubtful that the Aegis product has any certifications except on the component level.

As we discussed, I urge Atlantic Energy to be wary of accepting an uncertified appliance for installation into their customer facility, especially where there is no economic incentive to do so. Thank you for your thoughtful consideration of this matter and please contact me if you have any questions (781-466-6401, Robert.Panora@Tecogen.com).

Sincerely,

*Robert A. Panora*

Robert A. Panora
President & COO


CC: Kenneth Connolly, Superintendent of Schools, Lakeland Central School District

– 3 –                                                                September 1, 2005

### Table 1 – Tecogen CM-75 Product Safety Certifications

| Name | Description | Requirements for Maintaining Compliance |
|---|---|---|
| ETL Listed Marking – Report #484603 http://database.ul.com/cgi-bin/XYV/cgifind.new/LISEXT/1FRAME/srchres.html?begin=0&collection=/data3/verity_collections/lisext&vdkhome=/usr/app/verity_sw_rev24/common&query=FTSR%3CIN%3ECCN+and+not+GUIDEINFO&SORT_BY=textlines:asc,ccnshorttitle:asc | Labeled for compliance with the AGA Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89) | • Third party (ITS) Quarterly Inspections to ensure quality control<br>• 100% Production Line Testing – Dielectric Withstand Test<br>• Third party authorization required to use alternate parts |
| IPX4 | Control and switchgear enclosures have been certified to IPX4. (International classification system per IEC 60529 for ingress protection against water) | N/A |

**Interconnection Compliance**

| Name | Description | Requirements for Maintaining Compliance |
|---|---|---|
| IEEE P1547/D07 | Certified by Intertek Testing Services to be in compliance with this Draft Standard for Interconnecting Distributed Resources with Electric Power Systems. *(See Type Testing Summary Below)* | • Third party (ITS) Quarterly Inspections to ensure firmware revision control<br>• 100% Production Line Testing – Voltage/Frequency Variation Test |
| NYSIR http://www.dps.state.ny.us/SIRDevices.PDF | Accepted as Type Tested and Approved Equipment by the New York State Public Service Commission Standard Interconnect Requirements. *(See Type Testing Summary Below)* | • Website listing of most current firmware version<br>• 100% Production Line Testing – Voltage/Frequency Variation Test |
| California Rule 21 http://www.energy.ca.gov/distgen/interconnection/certification.html | Certified to meet the Type Testing and Production Testing requirements of California Rule 21. Also certified as Non-Islanding. *(See Type Testing Summary Below)* | • Third party (ITS) Quarterly Inspections to ensure firmware revision control<br>• 100% Production Line Testing – Voltage/Frequency Variation Test |

T 0275

– 4 –                                           September 1, 2005

**Table 2 – Tecogen CM-75 Electric Interconnection Tests Required for Interconnection Certification to P1547, NSIR, and Rule 21 (all passed)**

| Standard | Section | Description | Reference Standard |
|---|---|---|---|
| IEEE P1547/D07 | 4.2.1 | Voltage Disturbances | |
| | 4.2.2 | Frequency Disturbances | |
| | 4.3.2 | Limitation to Flicker | |
| | 4.3.3 | Harmonics | |
| | 4.3.4 | Immunity Protection (Radiated RFI) | IEEE C37.90.2 |
| | 4.3.5 | Surge Immunity | IEEE C37.90.1, IEEE C62.45 |
| | 4.3.5 | Electrical Fast Transient Immunity | IEEE C37.90.1, IEEE C62.45 |
| | 4.3.5 | 100 kHz, 500A Ringwave | IEEE C62.41, IEEE C62.45 |
| | 4.3.5 | 1.2 x 50 uS Surge | IEEE C62.41, IEEE C62.45 |
| UL1741 | 44 | Dielectric Voltage-Withstand | |
| | 45.2.2 | Power Factor | |
| | 45.4 | Harmonic Distortion | Same as P1547/D07 Section 4.3.3 |
| | 46.2 | Voltage and Frequency Variation | Same as P1547/D07 Section 4.2.1 & 4.2.2 |
| | 46.2.3 | Automatic Restart, 5 minutes | |
| | 46.4 | Power Loss, Control Circuitry | |
| | 47.3 | Short Circuit Test | |
| | 46.3 | Anti-Islanding | |

T 0276