# Tecogen Ex. 82



**TECOGEN**
Natural Gas Engine-Driven Products

TECOCHILL®
TECOGEN®
TECOFROST™

July 21, 2005

Kenneth Connolly
Superintendent of Schools, Lakeland Central School District
1086 East Main Street
Shrub Oak, New York 10588

Dear Superintendent Connolly:

As you may recall, I recently copied you on a detailed letter to Tim Brock of Atlantic Energy, regarding the safety certifications issue of the cogeneration modules to be installed in the five Lakeland District Schools. I want to express my concerns here directly to be certain that the issue is correctly and succinctly communicated to you.

The Tecogen module, originally specified for the project, is fully certified as a complete unit for all aspects of safety: fuel and electrical systems construction, control sequencing, performance, resistance to water ingress, etc. Our certification can be confirmed by reading the label on any of our machines, just as on any boiler or water heater. The certification can likewise be verified by visiting the ETL/UL web-sites listed in my letter to Mr. Brock. The alternative product from Aegis Energy – if it is truly UL listed for safety, as they claim and as has been reported to Dan Westbrook (Senior Mechanical Construction Engineer, for the New York State Education Department) – would have similar, easily-verifiable, proof of such a listing. The information provided to Mr. Westbrook, however, did not have any supporting details, nor was there a specific UL standard sited[1]. Moreover, we were unable to find their product listed on the appropriate agency web-sites. We feel strongly that the Aegis unit is not UL listed except on a component level, which is not a significant indicator of the safety of the product (just because the thermostat on the boiler is UL listed it does not attest to the safety of the entire boiler).

As I stated to Mr. Brock, please understand that the cogeneration modules such as those manufactured by Tecogen or Aegis are natural gas/electrical appliances for which certification is a fundamental requirement, especially in a public facility. I urge you not to accept this eleventh-hour switch to a new, uncertified product for your school project – one that does not meet the approved specification – particularly if the major reason is economic benefit to the contractor.

Thank you for your thoughtful consideration of this matter and please contact me if you have any questions (781-466-6401, Robert.Panora@Tecogen.com).

Sincerely,

*Robert A. Panora*

Robert A. Panora
President & COO

cc: Dan Westbrook, Senior Mechanical Construction Engineer, New York State Education Department
    Chris Cafer, Energy Concepts Engineering, P.C.

---

[1] UL 2200 "Stationary Engine Generator Assemblies" is the applicable standard for the Aegis Product.

Post-it® Fax Note 7671
To: Reg Morningstar
From: Bob Panora
Co./Dept.:
Co.: Tecogen
Phone #:
Phone #: 781 466 6401
Fax #: 914 245 439?
Fax #: 6466

**LAKE 0291**

45 First Avenue
Waltham, MA 02451
781.466.6400  (fax) 781.466.6466