UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOGEN, INC.,<br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>AEGIS ENERGY SERVICES, INC.,<br>AEGENCO, INC. and<br>AEGIS GENERATION COMPANY,<br>    Defendants and<br>    Counterclaim Plaintiffs. | C.A. No. 05-11823 RCL |

**AFFIDAVIT OF JULIE A. FROHLICH IN SUPPORT OF TECOGEN'S
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Julie A. Frohlich, being duly sworn, deposes and says:

1. I am a Director in the law firm of Goulston and Storrs, a professional corporation, and counsel to the Plaintiff/Counterclaim Defendant, Tecogen, Inc. ("Tecogen"). I submit this affidavit in support of Tecogen's Opposition to Defendants' Motion for Summary Judgment. The statements in this affidavit are based upon my personal knowledge and, with respect to the identification and authenticity of exhibits, discussion with Tecogen employees who have knowledge of certain documents and my review of deposition transcripts.

2. On July 17, 2008, I submitted to the U.S. Copyright Office registration applications using the Electronic Copyright Office ("eCO") System and paid the registration fee for each of the following works: (a) "Tecogen CM-60/CM-75 Cogeneration Module Installation Manual November 2002"; (b) "Tecogen CM-60/CM-75 Cogeneration Module Installation

1

Manual January 2003"; and (c) "Tecogen CM-60/CM-75 Cogeneration Module Installation Manual April 2003."

3. On July 17, 2008, I received emails from the U.S. Copyright Office acknowledging receipt of each of the foregoing eCO applications and fees. Each email instructed me to submit a hardcopy version of the respective work with its respective shipping slip generated by the U.S. Copyright Office.

4. On Thursday, July 24, 2008, I caused two hardcopies of each work to be shipped to the U.S. Copyright Office for delivery to that office on July 25, 2008. A true and correct copy of my transmittal cover letter is at Tecogen Ex. 105.

5. True and correct copies of the eCO data record for each application, each U.S. Copyright Office electronic Acknowledgement of Receipt of each application and fee, and each shipping slip for each hardcopy submission are at Tecogen Exs. 105(a), (b) and (c).

6. Based on my review of Defendants' production of documents as of the date below, it does not appear that Defendants have produced a single piece of paper showing that prior to June 24, 2005, Aegis offered for sale other manufacturers' cogeneration modules, including cogeneration modules of DTE of Detroit, Michigan, and Capstone Corp., of Chatsworth, California.

7. Tecogen Ex. "83" to Tecogen's Statement of (1) Disputed Material Facts and (2) Additional Material Facts in Support of its Opposition to Defendants' Motion For Summary Judgment ("OSMF") is a true and correct copy of Tecogen's Supplemental Response to RFP No. 51.

8. Tecogen Ex. "84" to Tecogen's OSMF is a true and correct copy of excerpts from the Deposition Transcript of Christopher Cafer.

9. Tecogen Ex. "85" to Tecogen's OSMF is a true and correct copy of the Lakeland Project Submittal for Approval dated May 23, 2005 including Tecogen Installation Manual dated February 2005 (with highlighting and numbering added by the undersigned for purposes of Tecogen's copyright infringement claim).

10. Tecogen Ex. "86" to Tecogen's OSMF is a true and correct copy of the Lakeland Project Submittal for Approval dated June 23, 2005 including Aegen Installation Manual dated June 2005 (with highlighting and numbering added by the undersigned for purposes of Tecogen's copyright infringement claim).

11. Tecogen Ex. "87" to Tecogen's OSMF is a true and correct copy of Tecogen Billing Forecast dated March 3, 2004.

12. Tecogen Ex. "88" to Tecogen's OSMF is a true and correct copy of the Signed Agreement between Atlantic and Auburn dated October 27, 2004.

13. Tecogen Ex. "89" to Tecogen's OSMF is a true and correct copy of excerpts of the Deposition Transcript of Timothy Casabonne.

14. Tecogen Ex. "90" to Tecogen's OSMF is a true and correct copy of the Plan for Auburn Project dated January 25, 2005.

15. Tecogen Ex. "91" to Tecogen's OSMF is a true and correct copy of the Signed Shared Energy Agreement between Atlantic and Auburn dated January 30, 2005.

16. Tecogen Ex. "92" to Tecogen's OSMF is a true and correct copy of the 3-7-05 NYSEG application for Auburn and 3-22-05 NYSEG approval letter to Auburn.

17. Tecogen Ex. "93" to Tecogen's OSMF is a true and correct copy of the 5-4-05 submittal to NYSSED for Auburn.

18. Tecogen Ex. "94" to Tecogen's OSMF is a true and correct copy of a 5-11-05 email and 5-18-05 Tecogen Confidential Price Turn-In.

19. Tecogen Ex. "95" to Tecogen's OSMF is a true and correct copy of the 5-18-05 Price Quote from R.L. Kistler to Mechanical Contractors.

20. Tecogen Ex. "96" to Tecogen's OSMF is a true and correct copy of an email thread between R.L. Kistler and Atlantic.

21. Tecogen Ex. "97" to Tecogen's OSMF is a true and correct copy of excerpts from the Deposition Transcript of Jeffrey Glick.

22. Tecogen Ex. "98" to Tecogen's OSMF is a true and correct copy of the 6-9-05 Atlantic Input/Output Model.

23. Tecogen Ex. "99" to Tecogen's OSMF is a true and correct copy of excerpts from the Deposition Transcript of Spiro Vardakas.

24. Tecogen Ex. "100" to Tecogen's OSMF is a true and correct copy of excerpts from the Deposition Transcript of Lee Vardakas.

25. Tecogen Ex. "101" to Tecogen's OSMF is a true and correct copy of an email thread.

26. Tecogen Ex. "102" to Tecogen's OSMF is a true and correct copy of excerpts from the Deposition Transcript of Jean Roy.

27. Tecogen Ex. "103" to Tecogen's OSMF is a true and correct copy of excerpts from the Deposition Transcript of Edward Horvath.

28. Tecogen Ex. "104" to Tecogen's OSMF is a true and correct copy of Certificate of Copyright Registration for Tecogen's Installation Manual dated February 2005.

29.    Attached hereto as Schedule A is a true and correct Index of ALL Tecogen Exhibits filed in support of Tecogen's own Motion for Partial Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF JULY, 2008.

       /s/ Julie A. Frohlich
Julie A. Frohlich (BBO #554707)
GOULSTON & STORRS
A Professional Corporation
400 Atlantic Avenue
Boston, MA  02110-3333
(617) 482-1776

## Certificate of Service

I, Derek Domian, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Derek Domian

## Schedule A

## Index of Tecogen Exhibits

Ex. 1:   Aegis' Answer to Complaint, Affirmative Defenses, Counterclaims and Demand for Jury Trial.

Ex. 2:   Complaint.

Ex. 3:   Tecogen Product Brochure.

Ex. 4:   Excerpts of the Tecogen Cogeneration Module Installation Manual dated February 2005.

Ex. 5:   Tecogen Cogeneration Product Development Timeline.

Ex. 6:   Excerpts from the Deposition Transcript of Robert Panora.

Ex. 7:   Excerpts from the Deposition Transcript of Jeff Glick.

Ex. 8:   Excerpts from the Deposition of Spiro Vardakas.

Ex. 9:   September 7, 1993 Unsigned Sales Rep Agreement.

Ex. 10:  Letter dated April 3, 2003, from Tecogen to Aegis.

Ex. 11:  American DG Press Release.

Ex. 12:  Vardakas Letter to DTE.

Ex. 13:  Prefiled Direct Testimony of Spiro Vardakas to Mass. DTE.

Ex. 14:  Excerpts from the Deposition Transcript of Timothy Casabonne.

Ex. 15:  Excerpts from the Aegen Cogeneration Module Installation Manual dated June 2005.

Ex. 16:  Excerpts from the Deposition of Lee Vardakas.

Ex. 17:  Aegis Prepared Product Comparisons.

Ex. 18:  Sales Proposal Letter from Aegis to JML.

Ex. 19:  Purchase and Installation Agreement between Aegis and JML Care Center.

Ex. 20   Excerpts from the Deposition Transcript of Robert Olmstead.

Ex. 21:  January 9, 2002 Fax from Glick to Hickey at R.L. Kistler.

Ex. 22:  January 25, 2002 Fax from Glick to Hickey at R.L. Kistler.

Ex. 23:  February 19, 2002 R.L. Kistler Price Quote to Atlantic for Chemung.

Ex. 24:  March 3, 2004 Atlantic Letter to Chemung with project information discussing Tecogen units.

Ex. 25:  Certificate of Need Application to N.Y. State Department of Health for.

Ex. 26:  Transmittal of Tecogen Maintenance Agreement from Glick to Atlantic.

Ex. 27:  Chemung Project Kick-Off Meeting Minutes dated October 21, 2004.

Ex. 28:  12-6-04 email, Glick to Casabonne at Atlantic transmitting Lakeland and Chemung Maintenance Agreements.

Ex. 29:  Excerpts from the 1-24-05 Preliminary Review Package sent to NYSEG for Chemung.

Ex. 30:  2-3-05 Appendix C, N.Y. State Standardized Application for Attachment of Parallel Generation identifying Tecogen Modules.

Ex. 31:  10-25-04 Transmittal from Glick to Clough Harbour of Tecogen Module Literature and Installation Manual, 11-10-04 emails between Glick and Clough Harbour regarding specifications for Chemung, and the 12-10-04 letter from Chemung to NYSEG answering questions about project and Tecogen units proposed for project.

Ex. 32:  1-26-05 Price Quote, Hickey at Advanced Comfort to Casabonne at Atlantic.

Ex. 33:  3-1-05 Price Quote from Advanced Comfort to Atlantic, with Casabonne's Handwritten Price Change on 8-1-05.

Ex. 34:  4-12-05 Email from Casabonne to Chemung regarding a budget overrun, a 5-19-05 letter, and Handwritten Notes dated 6-3-05.

Ex. 35:  6-6-05 email from Glick to Brock and Casabonne at Atlantic regarding pricing for 25 Integrated Modules for Lakeland, Chemung, Auburn and Maintenance at projects.

Ex. 36:  6-14-05 Price Quote, Aegis to Atlantic.

Ex. 37:  6-16-05 Price Quote from Aegis to Atlantic, Chemung and Additional Projects.

Ex. 38:  6-16-05 Atlantic Purchase Order to Aegis.

Ex. 39:  6-24-05 New York State Electric & Gas ("NYSEG") letter giving notice of Preliminary Review approval for the Chemung project using Tecogen cogeneration units.

Ex. 40:  6-27-05 Email thread between Clough Harbor and Atlantic regarding the impact a change to Aegen units will have on NYSEG review.

Ex. 41:  6-28-05 Chemung Project Meeting Minutes and handwritten notes of the 6-28-05 Chemung Project Meeting.

Ex. 42:  6-30-05 email from Clough Harbor to Atlantic listing issues/questions regarding the Aegen Modules.

Ex. 43:  ITS Certification Letter for Tecogen Cogeneration Units and the List of NYS Certified Interconnection Equipment.

Ex. 44:  7-6-05 email from Chemung with questions, concerns regarding Aegen Modules.

Ex. 45:  7-11-05 emails, between Energy Concepts and Casabonne at Atlantic, and NYSED regarding Aegen Module certifications.

Ex. 46:  7-11-05 email from Aegis to Atlantic with 2 site references where Aegen units installed.

Ex. 47:  7-18-05 email from Panora to Chemung and the Panora letter to Chemung dated 7-18-05.

Ex. 48:  7-18-05 email from Chemung to Atlantic.

Ex. 49:  7-19-05 Chemung Project Meeting Minutes and handwritten notes of same.

Ex. 50:  7-20-05 Fax from Casabonne at Atlantic to Hickey at Advanced Comfort bidding on Chemung and Lakeland, a 7-22-05 email thread between Casabonne and Hickey regarding Chemung, a 7-22-05 email from Hickey to Casabonne, a 7-26-05 email thread, a 7-29-05 Price Quote from Hickey to Casabonne, and a 7-27-05 to 7-29-05 email thread between Advanced Comfort and Atlantic negotiating Tecogen unit pricing.

Ex. 51:  8-1-05 Atlantic P.O. to Hickey at Advanced Comfort.

Ex. 52:  7-29-05 letter from Atlantic to Aegis.

Ex. 53:  12-19-03 email from Kistler to Glick re Lakeland.

Ex. 54:  6-30-04 transmittal of Tecogen Module information to Atlantic and a 6-30-04 email from Glick to L. Vardakas regarding Lakeland pricing and commissions to R.L. Kistler and Advanced Comfort.

Ex. 55:  Excerpts from Lakeland Project Specifications, and Energy Concepts' Project Manual for Lakeland dated March 17, 2004.

Ex. 56:  Lakeland Project Drawings.

Ex. 57:  6-30-04 transmittal of Tecogen Module information to Atlantic and a 8-24-04 fax from Glick to Cafer at Energy Concepts regarding Integrated Tecogen Modules.

Ex. 58:  9-10-04 fax from Glick to Hickey, 10-04 emails between Glick, Energy Concepts and Advanced Comfort, a 12-21-04 email from Energy Concepts to Glick regarding "Appendix C", a 12-21-04 fax from Glick to Narodetsky at Energy Concepts regarding NYSIR review, a 1-20-05 email from Glick answering NYSED questions regarding Tecogen Modules, a 2-10-05 email from Energy Concepts to Glick regarding Tecogen installations not needing relay protection, a 2-10-05 fax from Glick to Energy Concepts with requested information

9

about Tecogen relay protection, and 3-14-05 emails between Casabonne and Glick and Hickey regarding Tecogen Module information for J&M Heating.

Ex. 59:  Excerpts from the 10-29-04 Bid Addendum for Lakeland.

Ex. 60:  11-5-04 Price Quote from Advanced Comfort to J&M Heating.

Ex. 61:  2-10-05 a fax from Glick to Hickey regarding Tecogen Module pricing for Lakeland.

Ex. 62:  2-11-05 Price Quote form Advanced Comfort to J&M Heating for Tecogen Integrated Modules at Lakeland.

Ex. 63:  4-18-05 Tecogen Module Proposal from Aegis to J&M Heating.

Ex. 64:  4-18-05 Aegen Module Proposal from Aegis to J&M Heating.

Ex. 65:  4-27-05 P.O. from J&M Heating to Aegis ordering Tecogen Modules for Lakeland.

Ex. 66:  5-2-05 fax from Hickey to J&M Heating regarding Tecogen Module Pricing.

Ex. 67:  4-28-05 Memorandum from Wes Schuster at Tecogen to Tecogen Sales Reps and Dealers regarding Tecogen Module Price Increase.

Ex. 68:  5-2-05 email from Glick to L. Vardakas at Aegis with Confidential Turn-In Pricing Pages for NYC Projects.

Ex. 69:  5-2-05 Aegis Purchase Order for New York for 12 Tecogen Modules.

Ex. 70:  4-25-05 Tecogen Accounts Receivable Aging Report on Aegis.

Ex. 71:  5-6-05 Price Quotation from Tecogen to Aegis.

Ex. 72:  5-17-05 Price Quotation from Tecogen to Aegis.

Ex. 73:  5-17-05 Aegis Purchase Order to Tecogen, fax stamped 5-18-05.

Ex. 74:  Aegen Cogeneration Unit Brochure faxed to Tecogen on May 23, 2005.

Ex. 75:  5-23-05 email from Glick to Atlantic proposing meeting to introduce American DG to Atlantic.

Ex. 76:  6-14-05 emails between Casabonne at Atlantic and L. Vardakas regarding pricing for Aegen Modules for Lakeland, Chemung and other projects, and a 6-14-05 Price Quote from Aegis to Atlantic for Lakeland.

Ex. 77:  6-16-05 letter from L. Vardakas to Glick canceling 5-17-05 Purchase Order for 11 Tecogen Modules for Lakeland.

10

Ex. 78:   6-17-05 Aegis-Aegenco Aegen Module Price Quotation to J&M Heating and a 6-17-05 Purchase Order from J&M Heating to Aegis ordering Aegen Modules for Lakeland and voiding the prior 4-27-05 Purchase Order for Tecogen Modules.

Ex. 79:   6-21-05 letter from Glick to L. Vardakas at Aegis.

Ex. 80:   6-22-05 email from L. Vardakas to Glick and Schuster at Tecogen.

Ex. 81:   7-11-05 letter from Panora to Brock at Atlantic.

Ex. 82:   7-21-05 letter from Panora to Lakeland Superintendent.

Ex. 83:   Tecogen's Supplemental Response to RFP No. 51.

Ex. 84:   Excerpts from the Deposition Transcript of Christopher Cafer.

Ex. 85:   Lakeland Project Submittal for Approval dated May 23, 2005 including Tecogen Installation Manual dated February 2005 (with highlighting and numbering added by counsel for purposes of Tecogen's copyright infringement claim).

Ex. 86:   Lakeland Project Submittal for Approval dated June 23, 2005 including Aegen Installation Manual dated June 2005 (with highlighting and numbering added by counsel for purposes of Tecogen's copyright infringement claim).

Ex. 87:   Tecogen Billing Forecast dated March 3, 2004.

Ex. 88:   Signed Agreement between Atlantic and Auburn dated October 27, 2004.

Ex. 89:   Excerpts of the Deposition Transcript of Timothy Casabonne.

Ex. 90:   Plan for Auburn Project dated January 25, 2005.

Ex. 91:   Signed Shared Energy Agreement between Atlantic and Auburn dated January 30, 2005.

Ex. 92:   3-7-05 NYSEG application for Auburn and 3-22-05 NYSEG approval letter to Auburn.

Ex. 93:   5-4-05 submittal to NYSSED for Auburn.

Ex. 94:   5-11-05 email and 5-18-05 Tecogen Confidential Price Turn-In.

Ex. 95:   5-18-05 Price Quote, Bailey at Kistler to Mechanical Contractors.

Ex. 96:   Email thread between R.L. Kistler and Atlantic.

Ex. 97:   Excerpts from the Deposition Transcript of Jeffrey Glick.

Ex. 98:   6-9-05 Atlantic Input/Output Model.

Ex. 99:   Excerpts from the Deposition Transcript of Spiro Vardakas.

Ex. 100:   Excerpts from the Deposition Transcript of Lee Vardakas.

Ex. 101:   Email thread.

Ex. 102:   Excerpts from the Deposition Transcript of Jean Roy.

Ex. 103:   Excerpts from the Deposition Transcript of Edward Horvath.

Ex. 104:   Certificate of Copyright Registration for Tecogen's Installation Manual dated February 2005.

Ex. 105:   Transmittal cover letter; and eCO registration application data record, U.S. Copyright Office electronic Acknowledgement of Receipt of application and fee, and shipping slip for each of Tecogen's November 2002, January 2003 and April 2003 Installation Manuals.