UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
TECOGEN, INC.,                         )
                                       )
    Plaintiff/ Defendant-in-Counterclaim, )
                                       )
v.                                     )    C.A. No. 05-11823 RCL
                                       )
AEGIS ENERGY SERVICES, INC.,           )
AEGENCO, INC. and                      )
AEGIS GENERATION COMPANY,              )
                                       )
    Defendants/ Plaintiffs-in-Counterclaim. )
_____)

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**Tecogen Exhibit 85** to Tecogen, Inc.'s Opposition to Defendants' Motion For Summary Judgment, consisting of a large document entitled Lakeland Project Submittal for Approval dated May 23, 2005 including Tecogen Installation Manual dated February 2005 with portions highlighted in color.

**Tecogen Exhibit 86** to Tecogen, Inc.'s Opposition to Defendants' Motion For Summary Judgment, consisting of a large document entitled Lakeland Project Submittal for Approval dated June 23, 2005 including Aegen Installation Manual dated June 2005 with portions highlighted in color.

**Tecogen Exhibit 90** to Tecogen, Inc.'s Opposition to Defendants' Motion For Summary Judgment, consisting of one oversized drawing of the Auburn Middle School cogeneration project.

Respectfully submitted,

TECOGEN, INC.,

By its attorneys,

/s/ Julie A. Frohlich
Julie A. Frohlich (BBO# 554707)
Derek B. Domian (BBO# 660568)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776

Dated: July 28, 2008

## Certificate of Service

I, Derek Domian, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Derek B. Domian