UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11823 RCL

| | |
|---|---|
| TECOGEN, INC., | ) |
| Plaintiff and Defendant-in-Counterclaim, | ) ) ) ) |
| v. | ) ) |
| AEGIS ENERGY SERVICES, INC., AEGENCO, INC. and AEGIS GENERATION COMPANY, | ) ) ) ) |
| Defendants and Plaintiffs-in-Counterclaim. | ) ) ) ) |

**JOINT MOTION TO DISMISS COMPUTER PROGRAM
COPYRIGHT INFRINGEMENT CLAIM**

Plaintiff/Defendant-in-Counterclaim Tecogen, Inc. ("Tecogen") and Defendants/Plaintiffs-in-Counterclaim Aegis Energy Services, Inc. and Aegenco, Inc. (collectively, "Aegis Energy") jointly move that this Court dismiss the computer program copyright infringement claim ("Software Claim") in Count II of the Complaint by entry of the Order attached hereto as Exhibit A.

In support of this motion, the parties state as follows:

1. Count II of Tecogen's Complaint in this action alleges that software used in cogeneration modules manufactured and sold by Aegis Energy infringes copyright protected elements of the software used in Tecogen's cogeneration modules.

-2-

    2.       Aegis Energy denies that the software in its modules infringes Tecogen's software.

    3.       The parties engaged in discovery relevant to the software claim in Count II and, since the close of discovery, the parties' counsel have conferred regarding Count II.

    3.       As a result of the review and discussion of the relevant discovery materials, Tecogen has agreed to the dismissal of Count II (but only Count II) of the Complaint.  The parties agree that the dismissal shall be with prejudice.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court allow this motion and enter the Order attached hereto as Exhibit A.

                Respectfully submitted,

| AEGIS ENERGY SERVICES, INC., and AEGENCO, INC. | TECOGEN, INC. |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ ROBERT CURCIO | /s/ JULIE A. FROHLICH |
| Anthony P. DeLio | Julie A. Frohlich, BBO # 554707 |
| Peter W. Peterson | Derek B. Domain, BBO # 660568 |
| Robert Curcio | Goulston & Storrs |
| DELIO & PETERSON, LLC | A Professional Corporation |
| 121 Whitney Avenue | 400 Atlantic Avenue |
| New Haven, CT 06510 | Boston, MA 02110-3333 |
| (203) 787-0595 | (617) 482-1776 |
| Admitted Pro Hac Vice | |
| | Dated:  July 28, 2008 |
| William A. Zucker, BBO # 541240 | |
| David Himelfarb, BBO# 649596 | |
| GADSBY HANNAH LLP | |
| 225 Franklin Street | |
| Boston, MA 02110 | |
| (617) 345-7000 | |

Dated:  July 28, 2008

**Exhibit A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11823 RCL

| | |
|---|---|
| TECOGEN, INC., | ) |
|     Plaintiff and | ) |
|     Defendant-in-Counterclaim, | ) |
| v. | ) |
| AEGIS ENERGY SERVICES, INC., AEGENCO, INC. and AEGIS GENERATION COMPANY, | ) |
|     Defendants and | ) |
|     Plaintiffs-in-Counterclaim. | ) |

**ORDER**

This matter having come before the Court on the Joint Motion to Dismiss Computer Program Copyright Infringement Claim ("Motion"),

IT IS HEREBY ORDERED that such Motion is ALLOWED as follows:

1. Count II of the Complaint filed by Plaintiff/Defendant-in-Counterclaim Tecogen, Inc. ("Tecogen") is dismissed.

2. Such dismissal shall be with prejudice.

SO ORDERED.

                                                                United States District Judge

Dated: _____, 2008