**Tecogen Ex. 87**

T 0055

Confidential

BillingQuarter 04-3

| Date Required | Have PO | Model | Site Name | Regional Sales Manager | Rep Firm | PO Amount |
|---|---|---|---|---|---|---|
| 9/15/2004 | No | INSTALLATI | Mission de la Casa, San Jose | Martini | ACC Energy Services | $75,000 |
| 7/15/2004 | No | CM-75HE | Mission de la Casa, San Jose | Martini | ACC Energy Services | $65,000 |
| 8/1/2004 | No | CM-75HE | Kaiser-Riverside | Stevenson | TECOGEN | $60,000 |
| 8/1/2004 | No | CM-75HE | Kaiser-Riverside | Stevenson | TECOGEN | $60,000 |
| 8/1/2004 | No | CM-75HE | San Fernando Valley Pool | Stevenson | TECOGEN | $75,000 |
| 8/14/2004 | No | CM-75 | (ADG NY, LLC) #3 | Glick | TECOGEN | $49,900 |
| 8/14/2004 | No | CM-75 | (ADG NY, LLC) #4 | Glick | TECOGEN | $49,900 |
| 8/14/2004 | Yes | CM-75L | West Lawrence Care Center | Glick | TECOGEN | $49,901 |
| 8/15/2004 | No | CM-75HE | Royal Laundry, So SF | Martini | Advanced Energy Systems (AE | $55,000 |
| 8/15/2004 | No | CM-75HE | CentralUSD- Central HS (Shinnem | Martini | Advanced Energy Systems (AE | $55,000 |
| 8/15/2004 | No | CM-75HE | CentralUSD- Central HS (Shinnem | Martini | Advanced Energy Systems (AE | $55,000 |
| 8/15/2004 | No | CM-75HE | NISSAN USA HQ | Stevenson | TECOGEN | $75,000 |
| 8/21/2004 | No | CM-75 | (ADG) #1 | Glick | TECOGEN | $49,900 |
| 8/21/2004 | No | CM-75 | (ADG) #2 | Glick | TECOGEN | $49,900 |
| 9/1/2004 | No | CM-75HE | Auburn Middle School | Glick | Occidental Power | $60,000 |
| 9/25/2004 | No | CM-75 | NY Congregational | Glick | R.L. Kistler, Inc. | $50,000 |
| 9/25/2004 | No | CM-75Lo | NY Congregational | Glick | R.L. Kistler, Inc. | $50,000 |
| 9/25/2004 | No | CM-60HE | EPA Lab-Richmond (Jacob) | Martini | Norman Wright Mech. Eqpt. Co. | $50,000 |
| 9/25/2004 | No | CM-75HE | Tulare Hospital | Martini | Advanced Energy Systems (AE | $65,000 |
| 9/25/2004 | No | CM-75Lo | Tulare Hospital | Martini | Advanced Energy Systems (AE | $65,000 |
| 10/22/2004 | No | CM-75Lo | Greenbrier Nursing Home | Glick | All Systems Cogeneration, Inc. | $62,000 |
| 10/22/2004 | No | CM-75Lo | Greenbrier Nursing Home | Glick | All Systems Cogeneration, Inc. | $62,000 |
| 7/30/2004 | No | CM-300x | Calif Ctr for Arts Escondido | Stevenson | Vertical Systems LLC | $220,000 |
| 7/30/2004 | No | CM-300x | Calif Ctr for Arts Escondido | Stevenson | Vertical Systems LLC | $70,000 |
| 7/24/2004 | No | CM-65ACP | Long Island University #1 | Glick | D&B Engineering | $86,000 |
| 7/24/2004 | No | CM-65ACP | Long Island University #2 | Glick | D&B Engineering | $70,000 |
| 8/7/2004 | No | CM-65ACP | North Syracuse Elementary #1 | Glick | R.L. Kistler, Inc. | $125,000 |
| 8/7/2004 | No | CM-65ACP | North Syracuse Elementary #2 | Glick | Breeden & Collier Co. | $115,000 |
| 7/3/2004 | No | CM-200x | Montgomery College Takoma Par | Glick | Clover Corporation | $115,000 |
| 7/17/2004 | No | CH-150x | Ulbrich Steel | Glick | Clover Corporation | $130,000 |
| 7/17/2004 | No | CH-150x | Ulbrich Steel | Glick | Clover Corporation | $130,000 |
| 7/30/2004 | No | CH-150x | Calif Ctr for Arts Escondido | Stevenson | Vertical Systems LLC | $130,000 |
| 9/4/2004 | No | CH-200x | Holyoke Old Soldiers Home #1 | Glick | Clover Corporation | $110,000 |
| 9/4/2004 | No | CH-200x | Holyoke Old Soldiers Home #2 | Glick | Clover Corporation | $110,000 |
| 9/25/2004 | No | CH-200x | UCSB (Campus) | Stevenson | Vertical Systems LLC | $130,000 |

Total for Quarter $2,944,501

CONFIDENTIAL