**Tecogen Ex. 88**

# ATLANTIC ENERGY
### SERVICES, INC.

# TRANSMITTAL

| | |
|---|---|
| Date: | 8/31/04 |
| Attention: | |
| Project: | Auburn Enlarged City School |
| Re: | |

**To**  Marianne O'Connor
Auburn Enlarged City School
78 Thornton Avenue
Auburn, NY  13021

**From:**  Marykay Greenfield
Manager of Administrative Services

These are transmitted as checked below:

☐ For your review      ☐ For your use      ☐ As requested

☐ For approval          ☐ For your signature

| # of copies | Description |
|---|---|
| 1 | Signed copy of the AECS Comprehensive Energy Audit |
| | |
| | |
| | |
| | |

Remarks:

Thank you!

Signed: _____

Phone (518)383-4524 • 56 Clifton Country Road, Suite 202 • Clifton Park, NY  12065 • Fax (518) 371-5293

# Auburn Enlarged City School District

OFFICE OF THE SUPERINTENDENT OF SCHOOLS



*File*

October 27, 2004

Harriet Tubman
Administration Building

78 Thornton Avenue
Auburn, New York 13021-4698

Telephone: (315) 255-8835
Fax: (315) 253-6068

Mr. Timothy J. Brock, President
Atlantic Energy Services, Inc.
92 Congress Street, 2nd Floor
Saratoga Springs, New York 12866

Dear Mr. Brock:

    It is my pleasure to inform you that the Auburn Board of Education at their October 26, 2004 meeting approved the Proposal and Addendum for Professional Services for the Auburn City School District Engineered Systems at East Middle School Cogeneration. Attached for your records is the signed agreement with addendum.

    The school district is fortunate to have the support and collaborative efforts of your company to help with the improvement of our schools. If you have any questions relating to this, please don't hesitate to contact me. Thank you.

Sincerely yours,

John Plume
Superintendent of Schools

JP/kv
Enclosure
cc:   Mr. Larry Garuccio, Supt. of Buildings and Grounds
       Mrs. Marianne O'Connor, District Business Administrator



**ATLANTIC ENERGY**
SERVICES, INC.

# Proposal for Professional Services for
# Auburn City School District Engineered Systems
# Auburn East Middle School Cogeneration

A.  **Scope of Services**

1. **General**
   Atlantic Energy Services, Inc. will provide design for the Auburn East Middle School Cogeneration plant. This will consist of mechanical and electrical design services. The sub-Contractor shall be Energy Concepts.

   Energy Concepts and Atlantic Energy Services, Inc. will perform initial fieldwork and review with the Auburn City School District to confirm such issues as specific heat recovery connections, cogen equipment location and main electric tie in issues.

   These documents will be submitted to NYSEG for parallel approval and coordination.

   This Project is being under taken as a necessary step which the parties intend will lead to the execution of an Energy Performance Contract between the parties pursuant to an RFP promulgated by Auburn CSD.

2. **Description of Cogeneration Plant Design:**
   The Cogeneration Plant will incorporate design to address the following:

   a) **Cogeneration System:**
      The cogeneration system will consist of 1 Tecogen CM-75 model complete with heat recovery, EMS controls and a utility-grade parallel protection system. The plant will be fully automated for unattended operation and be capable of auto-restart after a utility break/reconnection.

   b) **Cogen System Heat Exchangers:**
      The design will include hot water/water heat exchangers as well as a steam producing, exhaust gas recovery exchanger for tie-in to existing HVAC systems as

1

    appropriate. The waste heat from both the exhaust stream and engine jacket system will be utilized to supplement building heat and domestic hot water production.

  c) **Cogen System Location:**
    Floor plans will be provided to reflect the location of the cogen plant in the existing boiler room. Electrical gear may be located in the boiler room with the exhaust air directed through the existing windows panels.

  d) **Dry cooler:**
    The cogeneration system dry cooler will be located in the boiler room with the exhaust air directed through the existing window panels.

3. **Documents to be created:**

    **MECHANICAL**
    T1 – Title Sheet
    M0 – Mechanical Symbols and Legend
    M1 – Boiler and Cogeneration Room Floor Plan, Demolition
    M2 – Cogeneration Room Floor Plan 1
    M3 – Central Plan Hydronic Systems Schematic
    M4 – Mechanical Schedules and Details
    M5 – Mechanical Details
    M6 – Mechanical EMS Schedules

    **ELECTRICAL**
    E0 – Electrical Legend Notes and Details
    E1 – Electrical Demolition Plan
    E2 – Cogeneration Room Lighting Plan
    E3 – Cogeneration Room Lighting Plan
    E4 – One Line Diagram
    E5 – Three Line Diagram

4. **Coordination with Utility:**
    Energy Concepts will coordinate with the utility (NYSEG) for meetings and review of the document set for technical requirements. The NYSEG IPP guidelines will be used as the primary electrical interconnection guide. Contractual issues between the utility and the owner (Auburn City School District) will be performed between the district and the utility. Energy Concepts will provide general assistance and guidance in this area.

We anticipate the following documents as submission to NYSEG for review.

    a)    Complete set of construction drawings.
    b)    Three ring binder containing equipment and product data for the plant as well as required utility forms and data sheets. This must also include a controls description of the cogen plant.
    c)    Set of CSI type specifications.
    d)    Meeting minutes or other supporting technical info.

B.   **Schedule/Fees**
This signed document shall constitute authorization to proceed.

**Cogeneration Design:**
Provide Cogeneration Plant drawings related to floor plan layouts for mechanical and electrical work.

Cogeneration Plant Design Fees............................... $25,800.00

We can begin Cogeneration Plant documents 14 days after signed authorization. We expect to complete the Cogeneration Plant within 6 to 8 calendar weeks.

Total Basic Professional fees......................................$25,800.00

The fees paid pursuant to this Agreement shall be credited against the total fees due under the proposed energy performance contract. The fees under this Agreement are due upon Auburn's receipt and acceptance of the deliverables.

**Acceptance by Atlantic Energy Services, Inc.:**

Total Basic Professional Fees of $25,800.00

Sign: _[signature] for Tim Brock_

Date: _Oct 27, 2004_

**Acceptance by Auburn City School District**

Sign: _[signature]_

Date: _10-26-2004_

3

## ADDENDUM -- DESIGN

This Addendum is attached to and made a part of the Professional Services Contract between Atlantic Energy Services, Inc. (the "Contractror") and the Auburn Enlarged City School District (Customer) dated _10-26-2004_. It is intended to supplement the Professional Services Contract to the extent set forth herein and applies only with respect to the design of the project contemplated therein.

To the extent there is any inconsistency between the Professional Services Contract and this Addendum, the terms of this Addendum shall be given precedence.

1     **Basic Definitions.** As used in this Addendum, the following terms shall have the meaning specified:

1.1     The "Project" is the total design for which the Contractor is responsible under this Addendum, including all professional design services and all labor, materials and equipment used or incorporated in the design.

2     **Services and Responsibilities**

2.1     Contractor shall provide all design necessary to provide and install the equipment and to perform the work specified in an energy performance contract to be executed by the parties.

2.2     Design services shall be performed by qualified architects, engineers and other professionals selected by Contractor, subject to the approval of Customer which shall not be unreasonably withheld. The professional obligations of such persons shall be undertaken and performed in the interest of Contractor, and of Customer as third party beneficiary. Nothing contained in the Contract Documents shall create a contractual relationship between such persons and the Customer, except that the Customer is an intended third party beneficiary of all contracts with design professionals, contractors and suppliers, and all subcontracts, purchase orders and other agreements between Contractor and third parties related to the Professional Services Contract. Contractor shall incorporate the obligations of this contract with the Customer in its respective contracts with design professionals, contractors, and its subcontracts, supply agreements, purchase orders and other agreements.

2.3     Contractor has selected the firm of Energy Concepts Engineering, PC to provide design services for the Project, and Customer has approved such selection. In case of termination of such firm, Contractor shall provide the services of another lawfully licensed person or entity against whom the Customer makes no reasonable objection.

2.4   Contractor shall submit Construction Documents for review and approval by the Customer. Construction Documents shall include technical drawings, schedules, diagrams and specifications, setting forth in detail the requirements for construction of the Work, and shall:

   .1   establish the scope of work in greater detail;

   .2   provide information necessary for the use of those in the building trades; and

   .3   include documents required for regulatory agency approvals.

Contractor shall also provide shop drawings, product data and samples for Customer's review and comment.

2.5   Contractor shall prepare and assist Customer in filing the documents required to obtain necessary approvals of governmental authorities.

2.6   While Customer shall pay for the design services to be performed under the Professional Services Contract, such payment shall be credited against the total amount due from Customer to Contractor under the proposed energy performance contract between them.

2.7   Contractor shall be responsible for and shall coordinate all construction means, methods, techniques, sequences and procedures.

2.8   Contractor shall keep the Customer informed of the progress and quality of the work performed under the Professional Services Contract.

2.9   Contractor shall correct work which does not conform with all contractual requirements.

2.10   Contractor warrants to the Customer that the work performed under the Professional Services Contract will be of good quality, free from faults and defects, and in conformance with the Contract. Work not conforming to these requirements shall be corrected by Contractor.

2.11   Contractor acknowledges that Customer is a tax-exempt entity and shall not include sales or use taxes in its charges to Customer.

2.12   Contractor shall give notices and comply with laws, ordinances, rules, regulations and orders of public authorities.

2.13   Contractor shall pay applicable royalties and license fees, shall defend suits or claims for infringement of patent rights and shall save the Customer harmless from loss on account thereof.

2.14  Contractor shall be responsible to the Customer for acts and omissions of Contractor's employees and parties in privity of contract with Contractor to perform a portion of the work under the Professional Services Contract, including their agents and employees.

2.15  Contractor shall prepare Change Orders for the Customer's approval and execution and shall have authority to make minor changes in the design consistent with the intent of the Professional Services Contract not involving an adjustment in the contract sum or an extension of the contract time. Contractor shall promptly inform the Customer, in writing, of minor changes in the design.

2.16  Contractor shall maintain in good order at the site one record copy of the drawings, specifications, product data, samples, shop drawings, Change Orders and other Modifications.

3  **Time.**

3.1  Contractor shall provide services consistent with reasonable skill and care and the orderly progress of design.

3.2  Time limits stated in the Contract are of the essence. The work to be performed shall commence upon execution hereof unless otherwise agreed.

4  **Payments, Wage and Hours.**

4.1  Payments from the Customer shall be made in accordance with the Professional Services Contract.

4.2  Contractor warrants that: (1) title to work product, materials and equipment will pass to the Customer upon substantial completion; (2) work product, materials and equipment are free and clear of liens, claims, security interests or encumbrances, hereinafter referred to as "liens"; and (3) no work product, materials or equipment shall be subject to an agreement under which an interest therein or an encumbrance thereon is retained by the seller or otherwise imposed by Contractor or such other person, except to the extent, if any, specifically provided by the Professional Services Contract.

5      **Protection of Persons and Property**

5.1    Contractor shall be responsible for initiating, maintaining and providing supervision of safety precautions and programs in connection with the Professional Services Contract and for compliance with all applicable statutes, rules and regulations relating thereto.

5.2    Contractor shall be liable for damage or loss to property at the site caused in whole or in part by Contractor, a contractor of Contractor or anyone directly or indirectly employed by either of them, or by anyone for whose acts they may be liable, except damage or loss attributable to the acts or omissions of the Customer, the Customer's separate contractors or anyone directly or indirectly employed by them and not attributable to the fault or negligence of Contractor.

6      **Change Orders**

6.1    A Change Order is a written order signed by the Customer and Contractor, authorizing a change in the work or adjustment in the contract sum or contract time. The contract sum and contract time may be changed only by Change Order.

6.2    Cost or credit to the Customer resulting from a change in the work shall be determined by the parties and reflected in the term and payment by appropriate amendment. If the parties are not able to agree upon the amount of cost or credit, Contractor shall nonetheless promptly proceed with the work involved if provided a written order signed by the Customer. The cost of such work shall then be determined on the basis of the reasonable expenditures and savings of those performing the work attributable to the change, including the expenditures for design services and revisions to the Contract. The cost shall include a reasonable allowance for overhead and profit. Contractor shall keep and present an itemized accounting together with appropriate supporting data for inclusion in a Change Order. Unless otherwise provided in the Professional Services Contract, cost shall be limited to the following: cost of materials, including sales tax and cost of delivery; cost of labor, including social security, old age and unemployment insurance, and fringe benefits required by statute, agreement or custom; workers' compensation insurance; bond premiums; rental cost of equipment and machinery; additional costs of supervision and field office personnel directly attributable to the change; and fees paid to architects, engineers and other professionals.

7      **Correction of Work**

7.1    Contractor shall promptly correct work rejected by the Customer or known by Contractor to be defective or failing to conform to contractual requirements, and shall correct work found to be defective or nonconforming within a period of one year from the date of Substantial Completion of the work or designated portion thereof, or within such longer period provided by any applicable warranty. This paragraph relates only to the specific obligation of the Contractor to correct the work, does not establish a period of limitation with respect to other

4

obligations of Contractor, and has no relationship to the time within which the parties' obligations may be sought to be enforced, nor within which proceedings may be commenced to establish the liability of either party.

7.2   If the Contractor fails to correct defective work as required or persistently fails to carry out work in accordance with the Professional Services Contract, the Customer may order Contractor in writing to stop the work, or any portion thereof, until the cause for such order has been eliminated; however, the Customer's right to stop the work shall not give rise to a duty on the part of the Customer to exercise the right for benefit of Contractor or other persons or entities. Exercise of this right shall not constitute cause to delay or extend the schedule.

7.3   If Contractor defaults or neglects to carry out the work in accordance with the Professional Services Contract and fails within ten days after receipt of written notice from the Customer to commence and continue correction of such default or neglect with diligence and promptness, the Customer may, without prejudice to other remedies the Customer may have, correct such deficiencies. In such case an appropriate Change Order shall be issued deducting from payments then or thereafter due Contractor the costs of correcting such deficiencies. If the payments then or thereafter due Contractor are not sufficient to cover the amount of the deduction, Contractor shall pay the difference to the Customer.

8   **Selection of Contractors, Etc.** Upon execution hereof or as soon thereafter as is practicable, Contractor shall furnish to the Customer in writing the names of persons or entities which will be engaged as contractors or subcontractors for the Project. Customers reservations or objections with respect to particular persons or entities, if not unreasonable, shall be accepted and alternates provided until mutual agreement is reached, without liability to Customer.

9   **Indemnification**

9.1   To the fullest extent permitted by law, and in addition to any other indemnification provision set forth in the Professional Services Contract, Contractor shall indemnify and hold harmless the Customer and the Customer's consultants and separate contractors, any of their subcontractors, sub-subcontractors, agents and employees from and against claims, damages, losses and expenses, including but not limited to reasonable attorneys' fees, arising out of or resulting from performance of the work under the Professional Services Contract, to the extent such claims, damages, losses or expenses are caused in whole or in part by negligent acts or omissions of Contractor, Contractor's contractors, anyone directly or indirectly employed by either or anyone for whose acts either may be liable, regardless of whether or not they are caused in part by a party indemnified hereunder. Such obligation shall not be construed to negate, abridge or otherwise reduce other rights or obligations of indemnity which would otherwise exist as to a party or person described in this Paragraph.

9.2 In claims against the Customer or its consultants or contractors, any of their subcontractors, sub-subcontractors, agents or employees by an employee of Contractor, its contractors, anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under the preceding Paragraph shall not be limited by a limitation on amount or type of damages, compensation or benefits payable by or for Contractor, or Contractor's contractor, under workers compensation acts, disability benefits acts or other employee benefit acts.

9.3 Contractor shall protect, defend, indemnify and hold harmless the Customer from any and all claims of third parties based on alleged representations, promises, or other dealings of Contractor and such third parties.

## 10 Miscellaneous Provisions

10.1 The paragraphs headings are for convenience only and shall not modify rights and obligations created by this Addendum or the Professional Services Contract.

10.2 In case a provision hereof is held to be invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall not be affected.

10.3 This Addendum shall be binding on successors, assigns, and legal representatives of and persons in privity of contract with the Customer or Contractor. Neither party shall assign, sublet or transfer an interest herein without the written consent of the other.

**In Witness Whereof,** the parties have signed this Addendum by their duly authorized representatives, intending to be legally bound.

CUSTOMER: AUBURN ENLARGED
CITY SCHOOL DISTRICT
By: _____
Its: 10-26-2004

CONTRACTOR: ATLANTIC
ENERGY SERVICES INC.
By: _____ Tim Brock
Its: Oct 27, 2004

6