# Tecogen Ex. 92

# Auburn Enlarged City School District

OFFICE OF THE SUPERINTENDENT OF SCHOOLS

**RECEIVED**

**MAR 10 2005**

March 7, 2005

*Harriet Tubman*
*Administration Building*

78 Thornton Avenue
Auburn, New York 13021-4698

Telephone: (315) 255-8835
Fax: (315) 253-6068

Ms. Anna Rakish
NYSEG Account Representative
73 Wright Circle
Auburn, New York 13021

**SUBJECT:   Request for one-time election to be permanently exempt from standby service rates of Service Classification NO.11**

Dear Ms. Rakish:

The Auburn Enlarged City School District would like to make a one time election to be permanently exempt from the standby service rates (PSC No: 120-Electricity Service Classification No.11), for the East Middle School electricity account.  The NYSEG account number is 04-440-01-000600-03.

The District's East Middle School facility has established itself as an existing customer with an onsite generator ("OSG") specifically using Combined Heat and Power ("CHP"), (Leaf No. 284 Paragraph 1. Existing Customer, part c).

To receive this one time permanent exemption from the standby service rates the East Middle School CHP plant will also meet the criteria set forth in the definition of a Designated Technology Customer (Leaf No. 285 paragraph 2, part b, i-vi).  The Auburn ECSD, in conjunction with Atlantic Energy Services Inc. offers the following in support of the Designated Technology Customer requirements:

A Designated Technology Customer is defined as:

a)      Uses small, efficient types of combined heat and power ("CHP") generation that do not exceed 1 MW of capacity.

*Response: The ("CHP") is sized with a maximum capacity of 75 kW.*

b)      Sized to serve no more than 100% of the customers maximum potential demand.

*Response: The CHP has been designed to maximize efficiency; with this in mind a 75kW plant was selected, the existing facility has approximately a 150 kW peak demand requirement.*

c)    Annual overall efficiency should not be less than 60% based on the higher heating value (HHV) of fuel input;

*Response: The Tecogen natural gas cogenerators, model CM-75 has an (HHV) energy efficiency of 81.1%. These units have a thermal efficiency of 54% with electrical efficiency of 27.1% (see attached Tecogen emissions and efficiency statement). A major component of system efficiency is the waste heat rejected. Wasted thermal energy for this project is minimized through operational control of the system. A summary of the proposed system operation is included as an attachment to this memo. The overall annual system efficiency for this installation is 61%. Overall system efficiency is calculated with the sum of electrical and thermal outputs minus waste heat rejected divided by the total generator fuel used.*

d)    The usable thermal component should absorb a minimum of 20% of the CHP facility's total usable energy of the period;

*Response: 47% of the usable thermal component from the CHP plant will be utilized by the CHP facility's systems and equipment for heating and hot water, per year. This is calculated by dividing the usable thermal component divided by the thermal energy usage for heating and hot water in the CHP facility.*

e)    The size limits shall be determined aggregating the nameplate ratings of the generation units, installed at its location, excluding emergency generation units used only during a utility distribution system failure or in response to the NYISO Emergency Demand Response Program;

*Response: The nameplate rating of the cogeneration unit is 75 kW. This installation will have 1 unit with the total aggregate rating of 75 kW. Emergency generation will only be utilized during scheduled testing or in case of utility distribution system failure.*

f)    An eligible CHP facility should demonstrate to the utility that its generation installation meets environmental standard of no more than 4.4 lbs/MWh of $No_x$ emissions, based on its electrical and mechanical output or its rated capacity, or as updated by the Department of Environmental Conservation (DEC);

*Response: The unit will be purchased with the manufacturer's emission control systems package; the $No_x$ emissions for these units will be 2.33 lb/MWh as stated in the attached Tecogen emissions and efficiency statement.*

Customer shall comply with the above criteria and;

1. Monitor and record efficiency data, which shall include the annual quantity of fuel fired, the annual quantity of generated electricity and the annual quantity of the thermal heat recovered in the heat recovery process.

   *Response: Atlantic Energy Services Inc. will be monitoring and verifying all of the above required records in conjunction with an energy performance contract.*

2. Have records available for utility inspection,

   *Response: Records will be available for utility inspection.*

3. Retain the records for a three year period.

   *Response: In conjunction with the above mentioned performance contract and Tecogen maintenance contract all records will be retained for a three year period.*

If there are any questions or concerns, please feel free to contact me. We look forward to receiving permanent exemption from the standby service rates under PSC No: 120-Electricity Service Classification No. 11.

Sincerely yours,

John Plume
Superintendent of Schools


Cc:    Mr. J.D. Pabis, Asst. Superintendent for Personnel, Finance and Operations
       Mr. Tim Brock – Atlantic Energy Services, Inc.

Attachments:  1. Tecogen Emission Data and Module Efficiency – Tecogen CN-75 Modules
              2. CHP System Operation Summary

**TECOGEN**

*Natural Gas Engine-Driven Products*

TECOCHILL®
TECOFROST™
COGENERATION

March 2, 2005

Mr. J.D. Pabis
Auburn Enlarged City School District
78 Thornton Avenue
Auburn, New York 13021

Subject: Emission Data and Module Efficiency – Tecogen CM-75 Modules

Dear Mr Pabis:

Based on your request I am sending you information on the typical emission levels for a Tecogen CM-75 cogeneration module equipped with our Emissions Control System. The module we are proposing for your facility would be delivered with this system. Below I have listed the expected exhaust emissions from a unit operating with Tecogen Emissions Control System.

| | | |
|---|---|---|
| $NO_x$ – 0.75 gm/bhp-hr | 2.33 lb/MW-hr |
| CO – 0.75 gm/bhp-hr | 2.33 lb/MW-hr |
| NMHC – 0.1 gm/bhp-hr | 0.31 lb/MW-hr |

The Tecogen natural gas fired CM-75 module installed at your facility will have an Overall Efficiency of 81.1% and a thermal efficiency of 54% both based on a HHV of 1020 Btu/scf.

I hope this information is helpful to your efforts. Please contact me if you need any additional information.

Regards,

*Jeffrey Glick*

Jeffrey Glick
Tecogen Regional Sales Manager

45 First Avenue
Waltham, MA 02451
781.622.1400 (fax) 781.622.1002

AUBURN EAST MIDDLE SCHOOL
Auburn, New York

Letter Attachment2_NYSEG S.xls
Summary

| **Output** | | **Model Results** |
|---|---|---|

| | | |
|---|---|---|
| *Annual Electric Calibration* | 0.3% | |
| *Annual Fuel Calibration* | 0.9% | |
| *Number of Cogeneration Units Modeled* | 1 | |
| *Full Load kW Output per Unit (net)* | 69 | |
| *Full Load Input per Unit (scf/hr)* | 927 | |
| *Full Load Recoverable Heat (therms)* | 511 | |
| *Facility Boiler Efficiency* | 74% | |
| | | |
| *Annual kWh Generated* | 226454 | |
| *Thermal Value of Generated Electricity (therms)* | 7729 | |
| *Boiler Therms Offset by Recovered Cogen Heat* | 10444 | |
| *Annual Fuel Input Therms to Cogeneration Plant* | 30424 | |
| *Predicted Annual NOx Emissions (pounds)* | 528 | |
| *NOx Emissions, pounds per mWh* | 2.33 | |
| *Recoverable Cogen Thermal Energy Used by Facility* | 47% | |
| *Overall Annualized Cogeneration System Efficiency* | 61% | |

**BASEYEAR USAGE**

| Month | Elec. (kWh) | Fuel (therms) |
|---|---|---|
| JAN | 57700 | 16308 |
| FEB | 52600 | 15085 |
| MAR | 57100 | 12791 |
| APR | 53200 | 8567 |
| MAY | 57700 | 4111 |
| JUN | 46400 | 0 |
| JUL | 37800 | 0 |
| AUG | 46300 | 0 |
| SEP | 54800 | 2415 |
| OCT | 55600 | 6279 |
| NOV | 64400 | 9501 |
| DEC | 53000 | 15127 |
| | | |
| TOTAL | 636600 | 90182 |

**COGENERATION PLANT PRODUCTION**

| | | | | | | Efficiencies | | |
|---|---|---|---|---|---|---|---|---|
| Month | kWh Gen | kW Reduc | therm in | therm rec | therm rej | Electrical | Thermal | System |
| JAN | 21978 | 61 | 2953 | 1597 | 606 | 25.4% | 54.1% | 79.5% |
| FEB | 19980 | 61 | 2684 | 1454 | 548 | 25.4% | 54.2% | 79.6% |
| MAR | 22977 | 61 | 3087 | 1432 | 871 | 25.4% | 46.4% | 71.8% |
| APR | 20220 | 61 | 2717 | 1118 | 909 | 25.4% | 41.2% | 66.6% |
| MAY | 20263 | 61 | 2722 | 500 | 1530 | 25.4% | 18.4% | 43.8% |
| JUN | 18502 | 61 | 2486 | 422 | 1433 | 25.4% | 17.0% | 42.4% |
| JUL | 0 | 0 | 0 | 0 | 0 | | | |
| AUG | 15870 | 61 | 2132 | 87 | 1503 | 25.4% | 4.1% | 29.5% |
| SEP | 21735 | 61 | 2920 | 343 | 1835 | 25.4% | 11.8% | 37.2% |
| OCT | 21978 | 61 | 2953 | 985 | 1218 | 25.4% | 33.4% | 58.8% |
| NOV | 22770 | 61 | 3059 | 1367 | 915 | 25.4% | 44.7% | 70.1% |
| DEC | 20181 | 61 | 2711 | 1471 | 552 | 25.4% | 54.2% | 79.6% |
| | | | | | | | | |
| OVERALL | 226454 | 612 | 30424 | 10777 | 11918 | 25.4% | 35.4% | 60.8% |

**COGENERATION PLANT OPERATION**

| Month | Hrs/plant | Hrs total | Max hrs | % Max Hrs | Eq FL Hrs | Avg kW | CO (lbs) | NOx (lbs) |
|---|---|---|---|---|---|---|---|---|
| JAN | 330 | 330 | 691 | 48% | 319 | 67 | 51 | 51 |
| FEB | 300 | 300 | 624 | 48% | 290 | 67 | 47 | 47 |
| MAR | 345 | 345 | 691 | 50% | 333 | 67 | 54 | 54 |
| APR | 300 | 300 | 668 | 45% | 293 | 67 | 47 | 47 |
| MAY | 299 | 299 | 691 | 43% | 294 | 68 | 47 | 47 |
| JUN | 286 | 286 | 668 | 43% | 268 | 65 | 43 | 43 |
| JUL | 0 | 0 | 691 | 0% | 0 | 0 | 0 | 0 |
| AUG | 230 | 230 | 691 | 33% | 230 | 69 | 37 | 37 |
| SEP | 315 | 315 | 668 | 47% | 315 | 69 | 51 | 51 |
| OCT | 330 | 330 | 691 | 48% | 319 | 67 | 51 | 51 |
| NOV | 330 | 330 | 668 | 49% | 330 | 69 | 53 | 53 |
| DEC | 315 | 315 | 691 | 46% | 292 | 64 | 47 | 47 |
| | | | | | | | | |
| OVERALL | 3380 | 3380 | 8131 | 42% | 3282 | 67 | 528 | 528 |



March 22, 2005

Mr. John Plume
Auburn Enlarged City School District
78 Thornton Avenue
Auburn, NY 13021-4698

Dear Mr. Plume:

NYSEG has reviewed your letter dated March 7, 2005 requesting a one-time election to be permanently exempt from the standby service rates of Service Classification No. 11 (SC-11). Based on the information provided, the Auburn East Middle School (acct. 04-440-01-000600-C3) meets the requirements for permanent exemption from the standby service rates under SC-11 provided the generation facilities are placed in service no later than May 31, 2006. Please contact your NYSEG marketing representative when the installation is placed in service so that an on-site verification can be completed.

In the event the installation is placed in service after May 31, 2006, service shall be provided under SC-11 and be subject to the phase-in as outlined in the tariff, unless you make a one-time election in writing no less than thirty (30) day before commencing operation of the OSG facility to be billed at the full standby service rates.

If you have any questions please feel free to contact me at 607-762-4262.

Sincerely,

David Gridley
David Gridley
Manager Marketing and Sales

cc:    Anna Rakusch
       Pat Clune

