**Tecogen Ex. 93**

# ENERGY CONCEPTS

www.nrg-concepts.com

Energy Concepts
Engineering, P.C.
3445 Winton Place • Suite 102
Rochester, NY 14623
Tel: (585) 272-4650
Fax: (585) 272-4676

May 4, 2005

**NYSSED**
Room 1060 Annex Building
Washington Avenue
Albany, NY 12234

RECEIVED
MAY 0 ? 2005

ATTN: Mr. Martin Doyle

RE:   EC Project 04414
      SED response to items dated 4/27/2005

Dear Mr. Doyle:

The following are responses to the review comments submitted and dated 4/27/2005.

## Design Documents

### General

- The building adjacent to the well head formally housed the heat recovery equipment and pump sets for the geothermal portion of the well. This equipment has been abandoned in place for some time and will remain as such.

- The building is located on the Middle School site.

- The gas well is listed by the DEC as "Auburn Geothermal" with API number 31011900010000. Permit date was 12/30/1999.

- There is no brine brought up from the well under conditions where gas is being extracted from the well. Brine brought up during the construction period shall be contained and disposed of properly.

### Drawing I1.01

- "Progress set, not for construction" note deleted. Drawing attached for referance.

# ENERGY CONCEPTS

www.nrg-concepts.com

Energy Concepts
Engineering, P.C.
3445 Winton Place • Suite 102
Rochester, NY 14623
Tel: (585) 272-4650
Fax: (585) 272-4676

Drawing M1.01 Weatherization

- Energy Concepts Engineering certifies that the weather-stripping at the exterior exit doors will not result in an opening force greater than allowed by code.

- Energy Concepts Engineering certifies that the weather-stripping at the smoke hatches will not have a negative impact on the operation of the hatches and modifications will not result in the loss of the listing/labeling of the units.

- Digital control points will be installed as indicated on Drawing M4.02 Points G-1, G-2, G-4, and G-5. Necessary modifications to the system will be performed to accommodate the new control points.

Drawing M2.01:

- The current configuration of combustion air inlets to the mechanical room supports the added combustion air requirements for both the cogen unit and the boiler as well as the ventilation requirement for the cogen cabinet.

- The tie-in of the new boiler stack into the existing breeching is in conformance with applicable appliance venting requirements.

- The combustion exhaust termination will be separated from the existing AHU intake by no less than 10' – 0" horizontally and will be a minimum of 3' above the roof ridge line with a termination facing east. The note on M2.01 has been revised to indicate the additional detail. Drawing attached for referance.

Drawing M3.01

- Information Source: Sequence of operation for measurement and verification is located in the Audit Appendix A, page 7.

Drawing E3.01 and E2.01

- Tecogen is certified to be in compliance with IEEE P1547/DO7 and NYS Interconnect Requirements (see page 19 of the attached Tecogen Manual). In addition Tecogen has recently completed NYS type-testing. With this certification a singular Tecogen CM-75 can be installed without reverse power relay protection. A standard interconnection review process will be conducted with NYSEG.

Drawing E2.01

# ENERGY CONCEPTS

www.nrg-concepts.com

Energy Concepts
Engineering, P.C.
3445 Winton Place • Suite 102
Rochester, NY 14623
Tel: (585) 272-4650
Fax: (585) 272-4676

- Refer to Note #1 under "Drawing Notes" and E4.01 for location and detail of Emergency Shutdown.

Specifications:

- Sections 00320, 00321 and 00322 – Forms of Proposal, have been revised to delete alternatives. Sections are attached for reference.

- Attached are specifications and material data for the proposed weatherization scope.

- Spec. section 15A482 revised for applicability and attached for reference.

- The specified boiler is rated at 80% efficiency (996 MBH input, 794 MBH output).

- The unit specified is the Tecogen CM/60/CM75 Integrated Unit. Refer to drawing M5.04 for detail as well as the Tecogen manual, page 75.

- Information Source: Sequence of operations for controls is located in Audit Appendix A.

- See response to interconnection requirements in "Drawings E3.01 and E2.01".

**Coordination Between A/E Documents and ESCO Documents:**

- The comprehensive replacement of weather stripping at the facility goes far beyond ordinary maintenance work in both materials used and consistency of performance of work. The installation by a professional contractor according to design specifications, approved by design professionals, ensures that the installation is consistent and that the operability of the equipment meets building code requirements. While maintenance repairs may address grossly deteriorated weather stripping on a spot basis, the approach outlined in our design uses state of the art equipment that is normally not used for spot maintenance repairs. Weather stripping is part of our holistic approach for building envelope tightening and control of infiltration air, resulting in energy savings and improvement in occupant comfort. We ask that this scope of work be considered as verifiable capital improvement work performed on school facilities and be eligible for state aid on this and future projects.

# ENERGY CONCEPTS

www.nrg-concepts.com

Energy Concepts
Engineering, P.C.
3445 Winton Place • Suite 102
Rochester, NY 14623
Tel: (585) 272-4650
Fax: (585) 272-4676

- The capability to operate the new equipment on either on-site well gas or utility gas was included in the design at the request of The District during the design review process. The District understands that the utility supplied gas is more costly than the gas from the on-site well.

- The design is consistent with the assumptions and calculations under which savings are claimed. The implementation of the materials, equipment and process as identified on the drawings, specifications and the control sequence identified in the audit support this assertion.

Sincerely,

**Energy Concepts Engineering, P.C.**

William H. Cristofaro, P.E.

WHC/cpc

pc:  File