# Tecogen Ex. 94

Glick, Jeffrey

From: Glick, Jeffrey
Sent: Wednesday, May 11, 2005 4:04 PM
To: John Bailey (E-mail)
Subject: Auburn Middle School Pricing

**CONFIDENTIAL**

John

Attached is the confidential pricing calculation page for the single CM-75LEi units they are requesting. I have based the pricing on R.L. Kistler buy-reselling the unit to the contractors ($80,617). This is the method of sales Kistler used to do. Let me know if you would like me to resubmit the pricing based on a commission sale. At a 10% commission the price would jump to $93,500.

I have also attached the section from our installation manual which describes the Integrated package.

In reviewing the specifications I have found only a few problems. Here is a short list:

Section 2.1.D - Four (4) Wire Distribution System
Tecogen would want to make sure the forth wire (neutral) is not connected to the ESP (Electrical Power System).

Section 2.1.F - Module Noise Level
The Tecogen CM-75 noise emissions will be 70 dBa at 20 ft.

Section 2.1.N - Cogeneration Unit Modulation
The CM-75 will modulate from 30 kW up to 75 kW.

Let me know if you have any question.

Regards,

Jeffrey Glick
Tecogen
Regional Sales Manager
781-466-6481
781-466-6466 Fax


AUBURNEASTMIDDL
ESCHOOL_CM75208...


Integrated
Package.pdf

T 0133

**AUBURN EAST MIDDLE SCHOOL CONFIDENTIAL TURN-IN**


TECOGEN
Natural Gas Engine-Driven Products
TECOCHILL®
TECOFROST®
COGENERATION

Quote Number:

**PREPARED FOR:**
John Bailey
R.L. Kistler

**PREPARED BY:**
Jeffrey Glick
Tecogen
45 First Avenue
Waltham, MA 02451
Phone: 781-466-6481
FAX: 781-466-6466

**CONFIDENTIAL**

| Item | Quantity Ordered | List Price | Quote Price Mult.: 0.640 |
|---|---|---|---|
| **TECOGEN® CM-75, 208V Cogeneration Unit** | | | |
| Base Unit | 1 | | |
| · Induction Generator (75 kW, 60 Hz, 208V, 3-phase) | | | |
| · Industrial Natural Gas Engine | | | |
| · Emissions Controls Option (Level 1 type, including fully packaged emission control system and microprocessor-based air/fuel ratio controller) | | | |
| · Engine Heat Recovery (from engine oil, jacket, and exhaust manifolds using direct jacket cooling and exhaust heat recovery) | | | |
| · Acoustic Enclosure (indoor-type) | | | |
| · Single Steel Base | | | |
| · Microprocessor-Based Controls | | | |
| · Standard Electrical Protective Switchgear | | | |
| · Open Protocol Interface (Modbus-based) | | | |
| · Remote Monitoring and Control System (RMCS), including Modem | | | |
| · Complete Factory Assembly | | | |
| · ETL Product Listing on Entire Cogen Module | | | |
| · IEEE P1547/D07 Compliance | | | |
| · Factory Run-Test at Full Capacity | | | |
| · O&M Manuals | | | |
| · Standard TECOGEN® Cogeneration Parts and labor Warranty on Module (Covers defects in parts for 6 months from date of start-up, 12 months from the date of shipment, or 1500 hours of operation, whichever occurs earliest. For best, broadest coverage TECOGEN recommends that Owner enter into separate full maintenance agreement with Tecogen) | | | |
| **Factory-Installed Options** | | | |
| · Emissions Control Level 1 | | | |
| · Integrated Unit (Pump and Valve Module, Exhaust HX, Capacitors, Silencer) | 1 | | |
| **Freight and Start-up** | | | |
| · Freight, Zone 2 | 1 | | |
| · Start-up, Zone 1 | | | |
| **Special Options** | | | |
| 1-Year Warranty | 1 | $750 | $750 |
| 24 Hours of Operation and Service Training | 1 | $750 | $750 |

**REDACTED**

**AUBURN EAST MIDDLE SCHOOL**
**CONFIDENTIAL TURN-IN**

**TECOGEN**
Natural Gas Engine-Driven Products



TECOCHILL®
TECOFROST®
COGENERATION

Quote Number:

**CONFIDENTIAL**

| Totals |
|---|
| Total Price |
| Commission: 0.0% |
| Net to Tecogen |

**Pricing and Terms**
1. Based on pricing released in January, 2005. Pricing subject to change without notice.
2. Prices are good for 60 days and are FOB Factory, First Destination.
3. Tecogen's standard Terms & Conditions and payment terms apply.
4. Unless otherwise specified, pricing is for the equipment and services specifically listed above only. The pricing does not include the following: taxes, insurance, rigging, installation, disassembly and re-assembly (if required), permitting, service/maintenance or extended warranties (unless listed), training, or any other item or service not listed above.

T 0100