**Tecogen Ex. 95**

# Kistler



# FAX
## cover sheet

R. L. KISTLER, INC.
PO Box 374
N. Syracuse, NY 13212-0374
P: (315) 458-2875
F: (315) 458-2187
www.rlkistler.com

Date: May 18, 2005

TO: Bidders  
COMPANY:

PHONE:  
FAX:

FROM: John Bailey

PHONE: 315 458 2895  
FAX: 315 458 2187

EMAIL: jbailey@rlkistler.com

RE: AUBURN EAST MS TECOGEN

Number of pages including cover sheet: 2

Enclosed is our basic scope of work and services to be included on this project. Due to the nature of the site and required rigging we are offering the packaged unit with all items pre mounted and piped on the skid. The unit will be shipped with the pieces loose for field assembly in your contract by others. I have included drwgs for the shipped loose pieces and the assembled section. This will eliminate the need for most of the loose piping in the field, supporting the items from the ceiling and will consist of your rigging the unit into place and assembling the frame and prepiped silencer, exhaust, catalytic converter as noted. The external connections will still be the natural gas line and shutoffs, drain leg, gas line items external to the unit, exhaust pipe and insulation leaving the space, HW supply and return lines and controls.

The pump and capacitor are mounted as well on the skid and I will let the electrician know about this as well.

Please feel free to contract me at any time with your concerns or questions. I will be adding or providing a line item for the first year PM labor to be carried in the bid as well.

Regards,

John Bailey

*"The pain of poor quality and service is remembered long after the joy of low price is forgotten"*

JE 0011

**Kistler**

R. L. KISTLER, INC.
PO Box 374
N. Syracuse, NY 13212-0374
P: (315) 458-2875
F: (315) 458-2187
www.rlkistler.com

SPECIALISTS IN:
- Computer Support Systems
- Precision Air Conditioning
- Precision Power Conditioning
- UPS Uninterruptible Power Systems
- Emergency Generators
- Laboratory Fume Hood Controls

EQUIPMENT FOR:
- Air Conditioning/Air Handling
- Humidification/Dehumidification
- Fans/Blowers
- Cooling/Heating Coils
- Variable Speed Drives
- Energy Recovery

John Bailey
Electrical Sales
VM 315.458.2895
Cell 315.439.0817
jbailey@rlkistler.com

May 17, 2005

To: Mechanical Bidders

Re: Auburn East Middle School

Equipment: Tecogen 75 kW Cogeneration Module

R.L. Kistler is please to provide a quote on material and services for the above project per the plans and specifications as follows:]

1. Qty (1) Tecogen CM75 Cogeneration Unit
   - 208VAC Three phase 3 W plus Ground, N for monitoring only, not to be connected to bldg.
   - Emissions control package level 1
   - Engine heat recovery internal to include engine, exhaust, and oil using direct jacket recovery
   - Acoustic enclosure for indoor use only
   - Integral steel base with integrated pipe system shipped loose for field assembly by others
   - Standard electrical switchgear and microprocessor controls
   - Open Protocol Modbus interface for users control system DDC
   - Remote monitoring and control capable with internal modem, phone line and service by others
   - One year warranty covers 12 months from shipment (monthly PM service separate contract not included and billed as used) or warranty covers 6 months after startup or first 1500 of hours of operation whichever occurs first, hours start upon commissioning by Tecogen Service
   - On site testing and owner training
2. Qty (1) Integrated ship loose catalytic converter (field installed by others)
3. Qty (1) Integrated Exhaust silencer and flex connector (field installation, piping, traps and thimble by others)
4. Qty (1) Integrated Exhaust heat recovery module (field installation, piping by others)
5. Qty (1) Integrated capacitor and controls, starter, and disconnect
6. Qty (1) Startup and site test
7. Qty (1) ROCOR single fan radiator, 1 HP, 208V 3 phase, 64dBA @25 feet
8. Freight included FOB (no rigging, assembly, or disassembly included)

Prices valid 60 days
No taxes or fees included, no NYSEG site acceptance test of the internal utility relay included
Terms net 30 days pending credit approval, startup pending payment in full

Regards,

John Bailey
458-2895

*"The pain of poor quality and service is remembered long after the joy of low price is forgotten."*

JE 0012

<-->
