# Tecogen Ex. 96

## Tim Casabonne

| | |
|---|---|
| **From:** | Tim Casabonne |
| **Sent:** | Monday, June 06, 2005 10:22 AM |
| **To:** | 'John Bailey' |
| **Cc:** | Bill Marzano; Tim Brock |
| **Subject:** | RE: Auburn East Middle School Mechanical Contractors |

John,

We have not selected the contractor yet. But will do so soon. AES is considering purchasing the cogen unit directly from Tecogen and at this time we are waiting for special pricing from Ray Hickey/Jeff Glick. In order for us to determine the cost savings of a direct purchase from Tecogen, we need to know the price that was given to contractors on bid day. Can you share this info with us?

Thank you,
Tim Casabonne

---

**From:** John Bailey [mailto:jbailey@rlkistler.com]
**Sent:** Friday, June 03, 2005 3:13 PM
**To:** William Marzano
**Cc:** Tim Casabonne
**Subject:** RE: Auburn East Middle School Mechanical Contractors

Just seeing if you have had a chance to review the project bids and scopes, seeing if there is any chance to work with one of the mechanicals on the job.

Regards,

John Bailey
P3154582895

11/1/2007