**Tecogen Ex. 97**

Jeffrey Glick 8-28-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

```
1              UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF MASSACHUSETTS
3    ------------------------------------------x
4    TECOGEN, INC.,
5                    Plaintiff,
6    v.                         No. 05-11823 RCL
7    AEGIS ENERGY SERVICES, INC.,
8    AEGENCO, INC. AND AEGIS GENERATION COMPANY,
9                    Defendant.
10   ------------------------------------------x
11
12
13
14         DEPOSITION OF JEFFREY GLICK, a witness
15   called on behalf of the Defendant, taken
16   pursuant to the provisions of the
17   Massachusetts Rules of Civil Procedure,
18   before Linda Bernis, a Registered
19   Professional Reporter and Notary Public in
20   and for the Commonwealth of Massachusetts,
21   at the offices of McCarter & English, 265
22   Franklin Street, Boston, Massachusetts, on
23   Tuesday, August 28, 2007, commencing at 9:30
24   a.m.
```

1

Case 1:05-cv-11823-RCL   Document 77   Filed 07/28/2008   Page 3 of 5

Jeffrey Glick 8-28-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

**110**

1  Q. Did you read that correctly?
2  A. That is correct.
3  Q. Are you offering a fully packaged system
4     from Tecogen by this sentence?
5  A. Yes, I am.
6  Q. Are you excluding Aegis in that offer?
7  A. No. Aegis can take that package that I have
8     offered to them in the past, that completely
9     packaged integrated unit that's what they
10    can be providing to J&M company.
11 Q. Did you convey that to Mr. Brock in this
12    letter?
13 A. No, I did not.
14 Q. Did you convey it to Mr. Brock any other
15    way?
16 A. No.
17 Q. Next page, T0284, the first full paragraph
18    after the bullets. "By allowing Tecogen to
19    supply the entire integrated module system,
20    the Lakeland Central School District would
21    also be receiving a complete warranty on the
22    entire cogeneration module and emission
23    system."
24        Do you see that sentence?

**111**

1  A. Yes.
2  Q. Did I read it correctly?
3  A. You did.
4  Q. Are you offering Tecogen to supply the
5     entire integrated module system by this
6     sentence?
7  A. Through our representatives, yes.
8  Q. Do you say it's through your representatives
9     in this sentence?
10 A. My assumption is that J&M has a purchase
11    order for the whole installation, the whole
12    11 unit installation. They are going to buy
13    the units from whoever, Aegis, they are
14    going to buy it from. My goal is to have
15    Atlantic Energy and the engineer go back and
16    tell J&M that they have to buy the whole
17    package, the whole packaging of integrated
18    units.
19 Q. You knew writing this letter that Aegis had
20    performed its own integration before,
21    correct?
22 A. I don't know if it was integration. We
23    shipped loose components. Might not have
24    been an integration. I should clarify that.

**112**

1     You can take the convert, you can mount it
2     on the ceiling of a building. Before they
3     integrated package was designed by us,
4     that's how it was done.
5         In the room you install the
6     equipment and you have piping going to the
7     different components and out the building.
8     The uniqueness of this integrated package
9     was in tight proximity to the module, it's
10    all done on the module. As a result, in my
11    letter I state everything from materials to
12    expansion to the controls, are all done
13    right there packaged in a nice compact
14    system. Whether Aegis did that, I never saw
15    the unit that they did in New York City. I
16    don't know if they were going to do an
17    "integrated unit."
18        My system that we had designed, it
19    was tested. We probably had 30 running in
20    California at the time successfully. We had
21    seen other people try this and have
22    expansion, temperature issues, breakage of
23    components. And what I'm saying here is,
24    buy a completely packaged system unit, get a

**113**

1     warranty. I'm not saying buy it through us,
2     buy it through Aegis. Take the whole
3     package unit built in our factory.
4  Q. Do you say buy it through Aegis?
5  A. No. But I don't say buy it directly from me
6     either. Their order was with J&M at the
7     time. I assume, J&M is going to have the
8     order.
9  Q. Are you aware of a conference call between
10    J&M, Atlantic and members of Tecogen and ADG
11    on or about June 3, 2005?
12 A. No, I'm not. I don't even know if I was
13    involved in that.
14        (Exhibit 80 marked
15        for identification.)
16 Q. I'm going to ask that you review what we've
17    marked as Exhibit 80 and please identify it
18    for us.
19 A. This is a letter I wrote after a meeting we
20    had with Tim Brock a couple of days earlier,
21    might have been one day earlier, maybe
22    two days earlier. This is on a Monday, so I
23    don't know what day we actually met with Tim
24    Brock, but I suspect it was after the 3rd,

Case 1:05-cv-11823-RCL   Document 77   Filed 07/28/2008   Page 4 of 5

Jeffrey Glick 8-28-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

**114**

 1  Friday, in which we sensed the project
 2  getting away from us. We didn't like the
 3  way the scope was going.
 4       We went up to introduce Tim Brock
 5  to our service organization, members of our
 6  service organization. And, at that point,
 7  he also asked us to provide him a price for
 8  future projects, this project and future
 9  ones directly. Tim Brock asked us to give
10  him a 25 unit price, which we did.
11  Q. You see in the first sentence, "Thanks for
12      the opportunity for allowing Tecogen and our
13      representatives to provide you with direct
14      pricing for your projects."
15       Do you see that sentence?
16  A. Yes.
17  Q. Did I read it correctly?
18  A. That is correct.
19  Q. Did Atlantic give you an opportunity to
20      provide them with direct pricing for their
21      projects?
22  A. At our meeting up there, the request was
23      made to provide pricing for 25 units. I
24      wouldn't have come up with 25 units ever.

**115**

 1  That was given to us.
 2  Q. The third sentence in that paragraph reads,
 3      "If this pricing is acceptable to you,
 4      Tecogen would supply the units directly to
 5      Atlantic Energy Services based on each
 6      project schedule."
 7       Do you see that sentence?
 8  A. I do indeed, yes.
 9  Q. Did I read it correctly?
10  A. You did.
11  Q. Does this proposal phase out Aegis in this
12      contract?
13  A. I think, at this point, we are absolutely
14      doing that.
15  Q. Is it being done deliberately?
16  A. At this point, I believe so, yes.
17  Q. Is there still an active PO from Aegis?
18  A. There is a PO in my office. I don't know if
19      you call it active. It's sitting there.
20      We're looking at it internally whether to
21      accept it or not.
22  Q. Did you order parts based on the PO you
23      received from Aegis?
24  A. We started the process, yes.

**116**

 1  Q. At the time you received the PO from Aegis,
 2      you were under the impression that Aegis had
 3      received a purchase order from J&M, correct?
 4  A. We were.
 5  Q. So Aegis had the contract, correct?
 6  A. Aegis.
 7       MS. FROHLICH: Objection.
 8  A. Aegis had the contract, correct.
 9  Q. You are deliberately trying to phase Aegis
10      out of that contract with this proposal to
11      Atlantic, correct?
12  A. That is correct.
13  Q. At this time, is it safe to assume that
14      Tecogen had no intention on accepting Aegis'
15      purchase order?
16  A. I think that's safe to say, yes.
17  Q. At the time of this letter, June 6, 2005,
18      you were well aware of the prices that Aegis
19      supplied to J&M for the cogens, correct?
20       MS. FROHLICH: Objection.
21  A. He knows what prices I gave to Aegis. I
22      don't know what Aegis gave to J&M. I never
23      saw that.
24  Q. So, at the very least, you were aware of the

**117**

 1  prices they would have to pay Tecogen for
 2  the 11 cogens?
 3  A. That is correct.
 4  Q. You see the section entitled Equipment
 5      Pricing on page T0401?
 6  A. Yes.
 7  Q. The first sentence, "Based on a total of
 8      25 units, (18 high volts Aegen/seven low
 9      voltage). Total price would be $1,034,440."
10       Do you see that sentence?
11  A. Yes.
12  Q. Did I read it correctly?
13  A. Yes, you did.
14  Q. Did the prices that Tecogen offered for its
15      cogens under this proposal beat the pricing
16      that Tecogen gave Aegis for the 11 cogens
17      for the Lakeland unit?
18  A. They can't be compared. The prices we gave
19      Aegis for the 11 units were non-integrated
20      units, stripped down units. The prices
21      here, I don't have a calculator on me, but
22      I'm assuming if I take 1.9 million -- let's
23      see if the pricing attached -- divided by 25
24      would be integrated units, about 80,000,

Case 1:05-cv-11823-RCL   Document 77   Filed 07/28/2008   Page 5 of 5

Jeffrey Glick 8-28-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

118
1   85,000, I think it is. What we proposed
2   here are 25 fully integrated units. I can
3   guarantee you the price -- if you look to
4   the multiplier for that 1,934,000, it's well
5   above the .64. It's a higher price than the
6   buy/resell price because I built in a
7   commission to reps.
8       They are not the same things Aegis
9   was asking for.
10  Q.  Did Atlantic accept this proposal?
11      MS. FROHLICH: Objection.
12      By "proposal," do you mean this
13  e-mail?
14      MR. CURCIO: Yes.
15  A.  I don't know if we ever got an order from
16  Atlantic. I don't remember. I know the
17  ramification of this was to temporarily put
18  a halt on J&M's purchase of the equipment,
19  supply of the equipment, but I don't know
20  where it went from there. I don't think we
21  ever got a formal order from Atlantic, but I
22  might be incorrect.
23      (Exhibit 81 marked
24      for identification.)

119
1   Q.  I ask you to review what we marked as
2   Exhibit 81 and identify it for us?
3   A.  It's something Wes Schuster came up with.
4   It's Wes Schuster's handwriting. I believe,
5   this is the basis of my e-mail that I wrote,
6   but I'm trying to reconcile the numbers.
7   This is basically the hand calculation where
8   they come up with the pricing of 1.9
9   million, 1.934.
10  Q.  But you didn't write this, Wes Schuster did?
11  A.  This is Wes' handwriting.
12      (Exhibit 82 marked
13      for identification.)
14  Q.  Can you please review and identify this
15  exhibit we marked as Exhibit Number 82, Mr.
16  Glick?
17  A.  It's a letter from Tim Casabonne from
18  Atlantic Energy removing the 11 cogen units
19  from J&M Heating & Air-conditioning's order.
20  They are saying they are going to buy the
21  units directly from Tecogen.
22  Q.  Did you receive this letter?
23  A.  Yes, I did.
24  Q.  Was this letter predicated on your offer to

120
1   Atlantic for 25 units?
2   A.  I suspect it was.
3   Q.  By accepting Tecogen's proposal, was
4   Atlantic in a position to make more money on
5   the project than if Aegis had delivered the
6   cogens?
7       MS. FROHLICH: Objection.
8   A.  I can't answer that. I don't know.
9   Q.  By purchasing 11 units directly from
10  Tecogen, was Atlantic following the terms of
11  your June 6th e-mail?
12      MS. FROHLICH: Objection.
13  A.  Can you clarify the question again?
14  Q.  You say in the June 6th e-mail, Exhibit 80,
15  that Tecogen would supply the units directly
16  to Atlantic Energy Services?
17  A.  Correct.
18  Q.  My question is, by purchasing these 11 units
19  directly from Tecogen, was Atlantic
20  following the terms of your e-mail of
21  June 6th?
22      MS. FROHLICH: Objection.
23  A.  There were no terms in my e-mail, but they
24  were going to replace our 11 units for what

121
1   J&M was going to originally supply.
2   Q.  By this letter, was J&M removed from the
3   responsibility of supplying the cogens?
4       MS. FROHLICH: Objection.
5   A.  Based of my reading the letter, yes. Not
6   installing but providing them. They would
7   still install them.
8   Q.  Tecogen would supply the cogens directly to
9   Atlantic?
10  A.  Yes. And they would assign them to the
11  contractor.
12  Q.  Did you visit Atlantic on or about June 6th
13  through June 8, 2005?
14  A.  There was a meeting up there, I would
15  suspect it was right before June 6th.
16  That's Monday. I don't know what day it
17  was. It might have been on a Friday.
18  Q.  Who else was at that meeting?
19  A.  There was a gentleman named John Martino,
20  Barry Sanders, myself, Jeff Glick, Wes
21  Schuster, Tim Brock, obviously. I don't
22  know if anybody else was there.
23  Q.  What was Barry Sanders' role in that
24  meeting?

31 (Pages 118 to 121)