# Tecogen Ex. 98

**AUBURN EAST MIDDLE SCHOOL**
Auburn, New York

ECM 1 Cogeneration Plant Model v4.xls
INPUT OUTPUT

Ex. 246

## OUTPUT

| Annual Electric Calibration | 0% | Total Baseyear Gas Usage: Utility + Well | 90,887 | CCF |
| --- | --- | --- | --- | --- |
| Annual Fuel Calibration | -2% | Proposed Utility Gas Usage | 37,944 | CCF |
| Number of Cogeneration Units Modeled | 1 | Proposed Well Gas Usage | 71,509 | CCF |
| Percent of Electric Baseline Generated | 32% | Baseyear Gas Cost (including royalty) | $94,068 | |
| Percent of Cogen Heat Recovered | 65% | Proposed Gas Cost (including royalty) | - $39,272 | |
| Overall Cogeneration System Efficiency | 61% | | $54,796 | |
| Cogen Annual Electric Cost Savings | $24,037 | | | |
| Annual kWh Generated | 214,460 | Natural Gas Cost Avoidance | $54,796 | |
| Run Hours per Unit | 3,152 | Cogen Annual Electric Cost Savings | + $24,037 | |
| First Year Maintenance Costs | $4,224 | Proposed project savings | $78,833 | |

## INPUT

| TECOGEN CM-75 Units in Plant: | | 1 | unit(s) |
| --- | --- | --- | --- |
| TECOGEN Full Load Fuel Input: | | 927 | SCFH |
| TECOGEN Full Load kW Output: | | 69 | kW |
| TECOGEN Minimum Enabled kW Output: | | 55 | kW |
| TECOGEN Full Load Recoverable Heat: | | 511 | kBTU/Hr |
| TECOGEN Individual Unit Availability: | | 93% | |
| TECOGEN Maintenance Contract Cost: | | 1.34 | $/RUN-HR |
| BOILER Existing Minimum Continuous Gas Input: | | 2.8 | MBTU/Hr |
| BOILER Existing Maximum Continuous Gas Input: | | 8.4 | MBTU/Hr |
| BOILER New Boiler Minimum Gas Input: | | 0.40 | MBTU/Hr |
| BOILER New Boiler Maximum Gas Input: | | 0.86 | MBTU/Hr |
| HEATING Plant Enable Criteria: | | 60 | degree F |
| HEATING Equipment Overall Efficiency: | | 74% | |
| BUILDING Overall Heat Transfer Rate: | | 43 | BTU/Hr-F |
| BUILDING Heating Load Directly Available for Cogen HW: | | 30% | |
| ELECTRIC Supplier baseyear average cost: | | 0.05824 | $/kWh |
| ELECTRIC Transport baseyear average cost (low block): | | 0.02989 | $/kWh |
| ELECTRIC Total usage cost (supplier + transport): | | 0.08813 | $/kWh |
| ELECTRIC Demand cost: | | 9.31 | $/kW |
| NATURAL GAS Heating Value: | | 100 | kBTU/ccf |
| NATURAL GAS Net Rate for Baseyear (utility & well): | | 1.035 | $/ccf |
| NATURAL GAS Transportation Rate (NYSEG): | | 0.1572 | $/ccf |
| NATURAL GAS Baseyear Cost from Utility: | | 1.035 | |
| NATURAL GAS Supplier Rate: | | 0.87780 | $/ccf |
| NATURAL GAS Well Gas Royalty Obligation to CCC: | | 0 | $/ccf |

ADJUSTMENTS FOR BASEYEAR USE of WELL GAS, TMY vs BASEYEAR HDD, and OTHER ECMs

| | Base therms | Base HDD | Adj Base therms | | Well therms | unit cost $/therm | TMY HDD | HDD Adj therms | ECM Adj therms | Calibration therms |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| JAN_05 | 19485 | 1358 | 19289 | -196 | 0 | 1.035 | 1240 | 17607 | 806 | 16801 |
| FEB_05 | 15264 | 1097 | 15582 | 318 | 0 | 1.035 | 1147 | 16287 | 746 | 15541 |
| MAR_05 | 15784 | 1050 | 14914 | -870 | 0 | 1.035 | 972 | 13810 | 632 | 13178 |
| APR_04 | 7031 | 491 | 6974 | -57 | 0 | 1.035 | 651 | 9249 | 423 | 8826 |
| MAY_04 | 52 | 179 | 2543 | 2491 | 0 | 1.035 | 313 | 4439 | 203 | 4236 |
| JUN_04 | 0 | 71 | 1008 | 1008 | 0 | | 89 | 0 | 0 | 0 |
| JUL_04 | 10 | 0 | 0 | -10 | 0 | | 49 | 0 | 0 | 0 |
| AUG_04 | 0 | 0 | 0 | 0 | 0 | | 63 | 0 | 0 | 0 |
| SEP_04 | 0 | 81 | 1151 | 1151 | 0 | | 184 | 2608 | 119 | 2488 |
| OCT_04 | 6725 | 501 | 7116 | 391 | 0 | 1.035 | 477 | 6779 | 310 | 6468 |
| NOV_04 | 12863 | 674 | 9573 | -3290 | 0 | 1.035 | 722 | 10258 | 470 | 9788 |
| DEC_04 | 17378 | 1078 | 15312 | -2066 | 0 | 1.035 | 1150 | 16332 | 748 | 15584 |
| | 94592 | 6580 | 93462 | -1130 | 0 | 1.0350 | 7056 | 97368 | 4458 | 92910 |