# Tecogen Ex. 99

# O'BRIEN & LEVINE
## Court Reporting Services



YOUR BOSTON CONNECTION...WORLDWIDE

# Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

Transcript of the Testimony of:

# Spiro Vardakas

# September 6, 2007

www.court-reporting.com
mail@court-reporting.com

195 State Street
Boston, MA 02109
(617) 399-0130  888.825.DEPO(3376)

ORIGINAL

Linda Bernis   25722

Spiro Vardakas 9-6-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

22

1   competing products?
2   A. Yes.
3   Q. Did you and anyone at Tecogen ever discuss
4      that particular section in Exhibit 7?
5   A. I don't recall ever discussing the subject
6      with Tecogen. Through the years, we looked
7      at other products as part of good business
8      planning. We told Tecogen we were looking
9      at other products. We even shared some of
10     the information we learned about it with, I
11     can remember, for example, with Jeff Glick
12     regarding capsule micro.
13  Q. So I'm clear. You and -- strike that.
14        Aegis and Tecogen never directly
15     discussed whether Aegis could sell competing
16     cogeneration systems at the same time it was
17     selling Tecogen cogeneration systems?
18  A. That's correct. I do not recall ever
19     discussing the subject.
20  Q. At any time prior to June 2005, irrespective
21     of discussions, did you ever have any
22     understanding about Tecogen's views with
23     respect to Aegis selling cogeneration
24     products that competed with Tecogen's

1   products?
2        MR. CURCIO: Objection.
3   A. Can you repeat the question, please?
4        MS. FROHLICH: Please read it back.
5        (Court Reporter read back
6        last question.)
7   A. Our goal was not to sell the most Tecogens
8      possible. Our goal was to sell systems that
9      involved substantial sums of money.
10       We, for example, did a number of
11     projects approaching $2 million each that
12     only involved one Tecogen. It involved
13     total heating systems, cooling systems, and
14     other paraphernalia. So we were not
15     necessarily Tecogen's best sales
16     organization. I don't think for the number
17     of units we did buy, which may or may have
18     not been significant to them, I don't think
19     they cared because I cannot recall them
20     expressing any concern of what we did, other
21     than they were not particularly happy with
22     us in that we did our own service and also
23     that we outsourced our own parts. I can
24     recall them complaining about that.

23

1        I can't say I had a clear
2     understanding of the position one way or the
3     other.
4   Q. You testified that through the years you
5     looked at other products. What other
6     products did you look at in addition to
7     Capstone?
8   A. Coast, DTE. Perhaps a number of others. I
9     can't recall any others at this point.
10  Q. Did any of those companies manufacture
11    cogeneration modules that were competitive
12    with Tecogen modules?
13  A. Define competitive.
14  Q. Well, have you heard of the word competitive
15    yourself?
16  A. Yes. But they were all competitive. They
17    were all competitive. How competitive, how
18    good they were or how they fit our business
19    plan differently.
20  Q. When did Aegis look at Capstone?
21  A. Some time in the nineties, I would say.
22    Late nineties maybe.
23  Q. Did Aegis look at Capstone more than once?
24  A. Well, we had a period of many months that we

24

1     were considering it. Capstone offered to
2     give us a machine, which we were considering
3     placing at one of our own sites in place of
4     a Tecogen at that site.
5   Q. Did Aegis accept that module?
6   A. No, we didn't.
7   Q. Why not?
8   A. The unit would have to be outdoors. There
9     was an upscale apartment house right across
10    the street from the nursing home, the rear
11    of the nursing home, and we were concerned
12    that the noise would be a problem with the
13    apartment complex.
14  Q. During the period when Aegis was looking at
15    Capstone, did it tell Tecogen that it was
16    looking at Capstone products?
17  A. Yes, I did.
18  Q. Who did you tell at Tecogen?
19  A. Jeff Glick.
20  Q. What did you tell him?
21  A. That we were looking at it.
22  Q. Did you tell him you were looking at adding
23    Capstone products or replacing Tecogen
24    modules with Capstone products?

Case 1:05-cv-11823-RCL   Document 79   Filed 07/28/2008   Page 4 of 7

Spiro Vardakas 9-6-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

25

```
1              MR. CURCIO:  Objection.
2   A.    I can't recall getting into that
3         distinction.  It was not a device that could
4         be used as easily as a Tecogen could be
5         utilized.
6              So if I were to guess today, we may
7         have considered it as to be an additional
8         line.  Particularly that the Capstone device
9         could also operate as a stand-by generator
10        where the Tecogen could not.
11  Q.    When did Aegis look at Coast?
12  A.    I would say, late nineties, early 2000.
13  Q.    Did Aegis look at Coast more than once?
14  A.    We considered it for a period of time, I
15        would say.  Kind of made the decision that
16        we didn't want to go with that type of
17        equipment, which was significantly larger.
18  Q.    Approximately, how long was the period of
19        time that Aegis was considering Coast
20        products?
21  A.    A couple of months.
22  Q.    Other than the size of cogeneration modules,
23        were there any other reasons why Aegis did
24        not begin buying and installing?
```

Spiro Vardakas 9-6-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

26

```
1   A.    We liked Tecogens.  We had been using it for
2         a number of years.  We standardized on it.
3         That's an important element of this
4         business.  We liked the product.  We even
5         liked the people.
6   Q.    During the period Aegis was considering
7         Coast products, did anyone from Aegis
8         disclose that information to anyone at
9         Tecogen?
10  A.    I don't know.  I didn't.  Lee may have, I
11        don't know.
12  Q.    The other cogeneration module manufacturer
13        that you referred to was DTE; is that
14        correct?
15  A.    That's right.
16  Q.    When did -- approximately, when in time did
17        Aegis consider DTE products?
18  A.    Early 2000.
19  Q.    In this time period of the late 1990's to
20        early 2000, why was Aegis looking at other
21        cogeneration module products?
22  A.    Which years?
23  Q.    Late 1990's to early 2000.
24  A.    It's good business practice.
```

Spiro Vardakas 9-6-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

27

```
1   Q.    Did you consider it to be good business
2         practice?
3   A.    Yes, I did.
4   Q.    What is good business about that practice?
5   A.    Well, if you don't look at other products
6         you may become obsolete.  It also makes
7         sense to know something about competing
8         products.  Capstone is a completely
9         different device using a totally different
10        technology.  It represented, in many ways,
11        the future of cogeneration.  The gas
12        companies all were very excited about it.  I
13        think, I would have been derelict in my
14        responsibilities if I didn't look at that
15        device and many others.
16  Q.    Did Aegis look at DTE cogeneration products
17        more than once?
18  A.    Yes, we did.
19  Q.    What period of time did Aegis look at DTE
20        products?
21  A.    That was around '02.
22  Q.    Just so I'm clear on the chronology.  Aegis
23        looked at DTE products in early 2000; is
24        that correct?
```

Spiro Vardakas 9-6-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

28

```
1   A.    I would say around '02, right.
2   Q.    I want to be clear.  Did Aegis look at DTE
3         products more than once?
4   A.    Yes, we did.
5   Q.    In one instance, was that in early 2000 and
6         another in 2002?
7   A.    I would say it was around '02 and then in
8         '03.  It might have even gone into '04.
9   Q.    Other than DTE, in early 2002, did Aegis
10        look at any other cogeneration modules other
11        than those manufactured by Tecogen?
12  A.    I don't recall any.  If we did, it was a
13        quick look.
14  Q.    Was DTE more than a quick look?
15  A.    Yes, it was much more.  Due to what was
16        going on at Tecogen, we looked very hard at
17        DTE.
18  Q.    What was going on at Tecogen?
19  A.    Well, Tecogen --
20             MR. CURCIO:  Objection.
21  A.    Tecogen formed ADG which was a direct
22        competitor to us.
23  Q.    When did you learn that Tecogen had formed
24        -- strike that.
```

Spiro Vardakas 9-6-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.
Case 1:05-cv-11823-RCL   Document 79   Filed 07/28/2008   Page 5 of 7
29

1        You referenced ADG, is that
2   American DG?
3   A.   That's the company Barry Sanders was heading
4   up.
5   Q.   We'll come back to that.
6   A.   There was two ADGs at the time.
7   Q.   Let me stay with DTE for the moment.
8        You've testified that Aegis looked
9   at DTE in early 2002 and possibly also 2003
10  and maybe 2004. Were those separate
11  distinct instances where Aegis considered
12  DTE cogeneration modules or was it more like
13  a continuum?
14  A.   I would say it was a continuum. We did not
15  have the resources to just study alternative
16  equipment. You had to still conduct
17  business. It was more of a continuum
18  situation.
19        DTE was an organization with
20  considerable resources. They had done some
21  significant work in the development of the
22  product.
23  Q.   During the period Aegis was looking at DTE
24  products, did it disclose that information

1   to anyone at Tecogen?
2   A.   I don't recall doing it.
3   Q.   At any time prior to June 24, 2005, did
4   Aegis ever buy cogeneration modules that
5   were manufactured by any company other than
6   Tecogen? Let me be clear. I'm talking
7   about new cogeneration modules not used
8   modules.
9   A.   No. DTE was going to give us one also.
10  Q.   Did DTE actually give Aegis a module?
11  A.   No. We never got to the point. We had a
12  site that we wanted to, a nearby site office
13  that we wanted to try it in, a shared
14  savings mode, and although we were kind of
15  close to a shared savings agreement, we
16  could never get them to the site at this
17  point to commit to that agreement with us,
18  so we didn't have the opportunity to utilize
19  it.
20  Q.   Why did Aegis never buy new cogeneration
21  modules manufactured by any other company
22  other than Tecogen prior to June of 2005?
23  A.   We liked Tecogen's products. We
24  standardized on it. Anything we looked at,

1   we saw it as having to fit our business
2   plan.
3   Q.   I give you two documents that have been
4   previously marked as exhibits in this case,
5   Exhibit Numbers 8 and 9. I ask that you
6   take a look at those. My first question
7   will concern Exhibit Number 8. That
8   question is, have you seen this document
9   before today?
10  A.   Yes, I have.
11  Q.   When did you first see Exhibit 8?
12  A.   Probably around the date of its issuance.
13  Q.   So some time around April 3, 2003 you first
14  saw the document that's marked as Exhibit 8?
15  A.   Yes. Wes Schuster was relatively new with
16  the company. He came out and visited us a
17  few times. We shared a lot of information
18  with him in regards to the market; how to
19  sell and how we do our thing.
20        What was also happening was that we
21  had, in early 2000, we had gone into New
22  York. We were invited in to do a very large
23  project. We used that opportunity to pursue
24  other projects in New York. And in this

1   period, I believe, we had sold a number of
2   Tecogens in the New York metropolitan area.
3   We were competing against a company called
4   All Systems who used, I'll call it, a
5   competing product. Either it was Coast or
6   Inteligen, I forget what it was. But they
7   had been around a few years and selling this
8   product, installing it, servicing it. We
9   competed with them. I guess, we had some
10  success at it with Tecogens.
11        As we started to develop the
12  Tecogen market in New York, we also came
13  across several sites where Tecogens had kind
14  of been abandoned from installations by
15  others. And perhaps in the early nineties.
16  I recall something to the extent that the
17  name wasn't well thought of.
18        As we developed this market, and
19  one good operating site would lead to
20  another sale, we wanted to handle Tecogen as
21  the same arrangement we had in Connecticut
22  and Massachusetts. I believe, at the same
23  time, ADG was also in the picture.
24  Q.   So now in early 2000, Aegis entered New

Spiro Vardakas 9-6-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

97

```
 1   A.   It was never executed.
 2             MR. CURCIO:  I don't see any
 3        savings agreement.
 4             MS. FROHLICH:  I've got one in my
 5        binder.
 6             MR. CURCIO:  The other question I
 7        have for you is, this, along with three
 8        other exhibits, 128 and 127 and 124, are not
 9        Bates stamped.  I assume, they came by
10        subpoena unless you tell me otherwise.
11             MS. FROHLICH:  Yes.  These are from
12        Bradley Home.
13             (Exhibit 130 marked
14              for identification.)
15   Q.   Mr. Vardakas, Exhibit 130 was produced to us
16        by Bradley Home in response to a subpoena.
17        Was this document prepared by Aegis?
18   A.   Yes, it was.
19   Q.   Do you know who at Aegis provided this
20        document to Bradley Home?
21   A.   I don't have a date on this.  I have no way
22        of knowing who might have produced it or
23        when.  Pretty early on.
24             MS. FROHLICH:  This will be
```

O'Brien & Levine Court Reporting Services
888.825.DEPO(3376) * www.court-reporting.com

98

```
 1        Exhibit 131.
 2             (Exhibit 131 marked
 3              for identification.)
 4   Q.   Exhibit 131 also was produced by Bradley
 5        Home.  Was this document, Exhibit 131,
 6        prepared by Aegis?
 7   A.   Yes.
 8   Q.   Do you know who at Aegis prepared this
 9        document?
10   A.   Since it has the Aegen page on it, I would
11        assume it was Bruce Taylor.
12   Q.   When you say Aegen page, are you referring
13        to one of the last two pages of Exhibit 131?
14   A.   Yes, I am.
15   Q.   When were those two pages created?
16   A.   May I look back in some of these other
17        exhibits?
18   Q.   Sure.
19             (Pause)
20   A.   I would say it was probably somewhere around
21        August of '05.  I can only conclude that
22        from the Gold Mine page and the notes and
23        Bruce's activity around August 19th of '05.
24   Q.   When did Aegis or Aegenco first prepare
```

O'Brien & Levine Court Reporting Services
888.825.DEPO(3376) * www.court-reporting.com

Spiro Vardakas 9-6-2007
Tecogen, Inc. v. Aegis Energy Services, Inc., et al.

99

```
 1        product literature for the Aegen module?
 2   A.   Guessing, it was around August of '05.  I
 3        don't have a date.  I don't know for sure.
 4   Q.   Are there any records at Aegis or Aegenco
 5        you could look at that would provide you the
 6        answer?
 7   A.   I would have invoices perhaps that might
 8        describe what was done at any given time.  I
 9        don't know how much detail would be in that
10        type of document.  They were obviously
11        printed at some point for use in the New
12        York market.
13   Q.   Are you familiar with a cogeneration project
14        involving a school in the Auburn Enlarged
15        City School District?
16   A.   We have a machine at the Auburn Middle
17        School.
18   Q.   Are you familiar with a company known as
19        Atlantic Energy Services?
20   A.   Yes, I am.
21   Q.   For shorthand, I will frequently refer to
22        Atlantic Energy Services, Inc. as Atlantic
23        and I invite you to do so, too.
24             Who is Atlantic?
```

O'Brien & Levine Court Reporting Services
888.825.DEPO(3376) * www.court-reporting.com

**Page 100**

```
 1              MR. CURCIO:  Objection.
 2    A.   Energy Services Company develops projects,
 3         generates savings analysis based on the
 4         various measures they might use to reduce
 5         energy costs.  The engineer, they have
 6         people that engineer systems for them.  They
 7         got the financing for the projects.  They
 8         also guarantee the savings for projects
 9         typically.
10    Q.   Was Atlantic involved in the Auburn project?
11    A.   I think so.  I don't know that much about
12         that particular site.
13    Q.   How many projects has Aegis worked on in
14         which Atlantic has also been involved?
15              MR. CURCIO:  Objection to the
16         extent it calls for information after June
17         24, 2005.
18    Q.   Well, we are going to be talking to
19         Atlantic, and for bias and other credibility
20         reasons, I believe, I'm entitled to this
21         information entirely separate from damages
22         and liability for claims or counterclaims.
23              MR. CURCIO:  Whether or not we are
24         talking about Atlantic doesn't matter.  I
```

**Page 101**

```
 1         make an objection thereto as well.
 2              MS. FROHLICH:  Okay.  Go ahead and
 3         object.
 4    Q.   Can you give me your answer?
 5    A.   I don't know for sure.  Lee tends to talk to
 6         them most of the time.
 7    Q.   To your knowledge, is Aegis or Aegenco
 8         currently working on any projects in which
 9         Atlantic is involved?
10              MR. CURCIO:  Objection.  I ask you
11         not to answer.  It calls for information
12         after June 24, 2005.
13              MS. FROHLICH:  You're instructing
14         the witness not to answer on relevance
15         grounds?
16              MR. CURCIO:  We already got an
17         order from the court saying discovery after
18         June 24, 2005 is off limits.
19              MS. FROHLICH:  Not for purposes of
20         the credibility or bias of witnesses, Bob.
21         That's always in play.
22              MR. CURCIO:  What's his credibility
23         issue?
24              MS. FROHLICH:  We're going to be
```

**Page 102**

```
 1         talking with Tim Casabonne next week.  If
 2         they have current deals such that it might
 3         influence someone's testimony, I'm entitled
 4         to know that.
 5              MR. CURCIO:  I would agree, to the
 6         extent we don't get into the specifics of
 7         the current deals.
 8              MS. FROHLICH:  I just want to know
 9         if they've got current dealings.
10              MR. CURCIO:  I withdraw my
11         objection in that regard.  Feel free to
12         answer.
13    A.   I don't know.  I haven't spoken with
14         Atlantic in a long time.  I don't know that
15         Lee is working on it.
16    Q.   When did Aegis first learn about the Auburn
17         Middle School project?
18    A.   Probably back around the June '05 period.
19         Again, I'm not sure of that aspect of it,
20         other than, at one point, we talked about
21         more units for Lakeland.  I don't know to
22         what extent those projects were identified
23         to us.
24    Q.   Do you know how Aegis first learned about
```

**Page 103**

```
 1         the Auburn school project?
 2    A.   No.
 3    Q.   Were you involved with any discussions with
 4         anyone in the June 2005 time period about an
 5         Auburn project?
 6    A.   No.
 7    Q.   I show you a document that's previously been
 8         marked as Exhibit 31 in this case.  Have you
 9         seen Exhibit 31 before today?
10    A.   I don't think I've seen this.
11    Q.   Understanding that you haven't seen it
12         before, the first page has an itemized
13         description for Chemung County Nursing Home.
14         And then there's a reference to four Aegen
15         ThermoPower cogeneration modules.  I'm on
16         the first page.
17    A.   Okay.  I'm familiar.
18    Q.   Are you familiar with the Chemung?
19    A.   A little bit, yes.
20    Q.   When did you first hear about the Chemung
21         County Nursing Home project?
22    A.   Pretty much, there was a meeting that Lee
23         went to at Chemung.  I can't tell you
24         exactly.  Some time in June or after that of
```