# Tecogen Ex. 101

**Tim Casabonne**

| | |
|---|---|
| **From:** | Chris Cafer [CCafer@nrg-concepts.com] |
| **Sent:** | Monday, August 01, 2005 11:02 AM |
| **To:** | Tim Casabonne |
| **Subject:** | RE: Auburn East Middle |

Goin' like a one legged man in an ass kicking contest.

***Christopher P. Cafer***
Energy Concepts Engineering
3445 Winton Place, Suite 102
Rochester, NY 14623
office: 585-272-4650
fax: 585-272-4676
cell: 585-455-7332

>    -----Original Message-----
>    **From:** Tim Casabonne [mailto:tcasabonne@atlanticenergyservices.com]
>    **Sent:** Monday, August 01, 2005 11:04 AM
>    **To:** Chris Cafer
>    **Subject:** RE: Auburn East Middle
>
>    I will get you a check.
>
>    Please keep hammering.
>
>    Thanks,
>    Tim

**From:** Chris Cafer [mailto:CCafer@nrg-concepts.com]
**Sent:** Monday, August 01, 2005 10:59 AM
**To:** Tim Casabonne
**Cc:** William Marzano; Tim Brock
**Subject:** RE: Auburn East Middle

It can be from your personal account ;-) so long as it isn't rubbery...

Have it made payable to NYSEG, we'll take it from there.

I'm going to see Lee tomorrow afternoon and we'll be sure we have an understanding. The submittal information I already have for Lakeland can immediately serve as a basis for the application.

p.s. still hammering to get the Odessa work complete, everyone here is under the gun really hard of late. Our day spent there last week was very beneficial, contractors are making the required progress, waiting for the Cummins equipment to show and understand their scopes quite well.

Chris

***Christopher P. Cafer***
Energy Concepts Engineering
3445 Winton Place, Suite 102
Rochester, NY 14623
office: 585-272-4650

fax: 585-272-4676
cell: 585-455-7332

-----Original Message-----
**From:** Tim Casabonne [mailto:tcasabonne@atlanticenergyservices.com]
**Sent:** Monday, August 01, 2005 10:54 AM
**To:** Chris Cafer
**Cc:** Bill Marzano; Tim Brock
**Subject:** RE: Auburn East Middle

We will work on getting you the $350. Does it have to be from the district or can it be to AES.

I asked Lee Vardakas to contact you and expidite any thing you need for the application.

Thanks,
Tim

---

**From:** Chris Cafer [mailto:CCafer@nrg-concepts.com]
**Sent:** Monday, August 01, 2005 10:25 AM
**To:** Tim Casabonne
**Subject:** RE: Auburn East Middle

Ok, we need to solicit $350 from the District, made payable to NYSEG for the review. It should be sent to us then we'll package it with the application and plans.

*Christopher P. Cafer*
Energy Concepts Engineering
3445 Winton Place, Suite 102
Rochester, NY 14623
office: 585-272-4650
fax: 585-272-4676
cell: 585-455-7332

-----Original Message-----
**From:** Tim Casabonne [mailto:tcasabonne@atlanticenergyservices.com]
**Sent:** Monday, August 01, 2005 10:24 AM
**To:** Chris Cafer
**Cc:** Tim Brock; William Marzano
**Subject:** RE: Auburn East Middle

Chris,

Please make this a priority. We are anxious to get the AEGEN unit installed and on-line and don't want to be delayed due to the lack of NYSEG approvals.

Thanks,
Tim

---

**From:** Chris Cafer [mailto:CCafer@nrg-concepts.com]
**Sent:** Wednesday, July 27, 2005 7:50 AM
**To:** Tim Casabonne
**Cc:** Tim Brock; William Marzano
**Subject:** RE: Auburn East Middle

I'll make contact with NYSEG and see if I can get any feel from them.

*Christopher P. Cafer*
Energy Concepts Engineering
3445 Winton Place, Suite 102
Rochester, NY 14623
office: 585-272-4650
fax: 585-272-4676
cell: 585-455-7332

-----Original Message-----
**From:** Tim Casabonne [mailto:tcasabonne@atlanticenergyservices.com]
**Sent:** Tuesday, July 26, 2005 4:56 PM
**To:** Chris Cafer
**Cc:** Tim Brock; William Marzano
**Subject:** RE: Auburn East Middle

I am just concerned that review process could take longer than normal because they have not yet been approved by NYSEG.

**From:** Chris Cafer [mailto:CCafer@nrg-concepts.com]
**Sent:** Tuesday, July 26, 2005 4:49 PM
**To:** Tim Casabonne
**Cc:** Tim Brock; William Marzano
**Subject:** RE: Auburn East Middle

NY type testing allowed Tecogen to push for installation without reverse relay protection. I will double check to insure it did little else. AEGEN is in place in other locations and is a safe unit.

*Christopher P. Cafer*
Energy Concepts Engineering
3445 Winton Place, Suite 102
Rochester, NY 14623
office: 585-272-4650
fax: 585-272-4676
cell: 585-455-7332

-----Original Message-----
**From:** Tim Casabonne [mailto:tcasabonne@atlanticenergyservices.com]
**Sent:** Tuesday, July 26, 2005 4:35 PM
**To:** Chris Cafer
**Cc:** Tim Brock; William Marzano
**Subject:** RE: Auburn East Middle

Is the lack of NYS Type Testing for the AEGEN unit a concern?   Do you feel that it is safe to proceed with the installation of the AEGEN unit?

**From:** Chris Cafer [mailto:CCafer@nrg-concepts.com]
**Sent:** Tuesday, July 26, 2005 4:02 PM
**To:** Tim Casabonne
**Cc:** Tim Brock; William Marzano
**Subject:** RE: Auburn East Middle

Tim

Our drawings should and will be revised in order to achieve three things.

1. A proper guide for installation for the contractors. Since there a deviations both mechanically and electrically from the methods used by Tecogen (catalytic converter/pump module arrangement, subtle electrical differences such as the Beckwith) they should have the proper documentation.

2. The correct information for the NYSEG review.

3. Once the installation is complete marked up drawings (provided by the contractor) will assist in completing "as-built" drawings.

I don't suspect that the review time should be appreciably lengthened by the cogen change but we now need to incorporate a Beckwith where there wasn't one before. If you're comparing it might take them a bit to cogitate any relay settings or things like that.

As far as familiarity goes our package needs to be comprehensive enough on any unit so it shouldn't be a problem for them to understand the scope. In addition there's a good chance they're familiar with Tecogen so the difference are minor at best.

Chris



*Christopher P. Cafer*
Energy Concepts Engineering
3445 Winton Place, Suite 102
Rochester, NY 14623
office: 585-272-4650
fax: 585-272-4676
cell: 585-455-7332

-----Original Message-----
**From:** Tim Casabonne [mailto:tcasabonne@atlanticenergyservices.com]
**Sent:** Tuesday, July 26, 2005 2:00 PM
**To:** Chris Cafer
**Cc:** Tim Brock; Bill Marzano
**Subject:** Auburn East Middle

Chris,

The Auburn East Middle School PC has been approved by SED.

As you are aware, AES intends to provide an AEGEN 75LE cogeneration unit instead of the Tecogen unit that the design was based on. Will the construction documents need to be modified to reflect the AEGEN unit? Also what are your thoughts on the AEGEN unit as it applies to the NYSEG interconnect application process? Do you expect the process to take longer than normal because the AEGEN unit is not NYS type tested as a packaged unit and because NYSEG is not familiar with the AEGEN unit? Let us know.

Thanks,
Tim

3/1/2006

ATL 0060

Timothy Casabonne
Operations Manager

**Atlantic Energy Services, Inc.**
92 Congress Street, Saratoga Springs, NY 12866
Phone: (518) 587.3252
Toll Free: (877) 237.4524
Fax: (518) 587.4328

3/1/2006

ATL 0061