# Tecogen Ex. 103

```
 2  IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MASSACHUSETTS
 3  Civil Action NO.: 05-11823 RCL
    ------------------------------------------x
 4  TECOGEN, INC.,
 5
 6                  Plaintiff,
 7     -against-
 8
    AEGIS ENERGY SERVICES, INC.,
 9  AEGENCO, INC., and AEGIS GENERATION
    COMPANY,
10
11                  Defendants.
12  ------------------------------------------x
13                       48 Grand Street
                         New Rochelle, New York
14                       September 25, 2007
                         10:00 a.m.
15
16
17         DEPOSITION of EDWARD HORVATH,
18  a Non-Party Witness in the above-titled action,
19  held at the above time and place, before Eileen
20  Mulvenna, CSR/RMR, Certified Shorthand Reporter,
21  Registered Merit Reporter and Notary Public of
22  the State of New York.
23
24
25
```

```
                                126
 1            Edward Horvath
 2     Q.    And attached to it is a memorandum,
 3  a one-page memorandum, with the same date;
 4  correct?
 5     A.    Correct.
 6     Q.    And in that document, the third
 7  paragraph of the memorandum, it states that
 8  "Current prices on existing orders will be
 9  honored through May 31st, 2005"; correct?
10     A.    Correct.
11     Q.    Was May 31st, 2005, still within
12  the time frame that you were hoping to have all
13  of the bidding wrapped up so you could move on to
14  the installation?
15     A.    Well, this job was months behind as
16  it was.  We were just trying to expedite it as
17  quickly as possible.  We were behind the gun.
18  And the more time you lose, the more manpower you
19  have to put on the job in order to finish it.
20  And you never know, especially in the summer, how
21  many qualified union men are going to be waiting
22  on the bench, so to speak.
23          So we were just Trying to expedite
24  this as quick as possible.  And we needed the
25  work at the time, we were not that busy.
```

```
                                127
 1            Edward Horvath
 2          So in answer to does it fall in, I
 3  mean, it's just -- I think it's pretty
 4  irrevelient.  I was just trying to get the job
 5  done.  But it's still my job as purchasing agent
 6  here to try and buy out the equipment for the
 7  best numbers I can.  I mean, that's where we make
 8  some of our money.  It's a very small margin in
 9  this business.
10          So their response to me after
11  numerous conversations on the phone was basically
12  take it or leave it.
13     Q.    At any time prior to May 31st,
14  2005, did you have any conversations with Aegis
15  about whether they were subject to a price
16  increase involving Tecogen modules?
17     A.    I don't recall that.  I don't
18  recall.
19          MS. FROHLICH:  This will be 148.
20          (Exhibit 148, Bates Nos. JM0036
21  through 0109, Performance Contract dated
22  May 23, 2005, marked for identification.)
23          (Witness peruses the exhibit.)
24     Q.    Mr. Horvath, have you seen what
25  we've marked as Exhibit 148 before today?
```

```
                                128
 1            Edward Horvath
 2     A.    Yes, it looks similar to a few
 3  others.
 4     Q.    Would you please identify this
 5  document?
 6     A.    It looks like the submittal for the
 7  original Tecogen from Aegis.
 8     Q.    To whom was this document submitted?
 9     A.    It would have gone through Dodge
10  Chamberlin.  It could have went via Triton
11  Construction to Dodge Chamberlin.  Then it goes
12  to Energy Concepts and it makes the route back to
13  us.
14     Q.    If you look at the front page, under
15  the heading "Submittal for Approval," I see
16  "Owner/contractor, architect/engineer," and I
17  see, for architect/engineer, the name Energy
18  Concepts, but Dodge Chamberlin is not listed.  Do
19  you know why?
20     A.    No.  I mean, this was made
21  internally here, so it just -- whoever put it
22  together chose to put Energy Concepts instead of
23  Dodge Chamberlin.  There would have been a
24  transmittal sheet too that showed it going to
25  either Triton or it could have even been brought
```

```
                                129
 1            Edward Horvath
 2  to a job meeting.  Sometimes we bring these to
 3  the job meetings and drop them off.
 4     Q.    If you look at the bottom of the
 5  first page, there's the contractor's review stamp
 6  and then it states "by Paul Rohling."
 7          Do you see that?
 8     A.    Yes.
 9     Q.    Does that mean that Mr. Rohling
10  would have prepared this submission to forward on
11  to the architect and engineer?
12     A.    Well, the submission would have came
13  from Aegis.  And all we do is put a cover sheet
14  on it as required in the specifications.  You
15  can't -- you can't just submit something like
16  this without a job name and who it's from and so
17  forth, because I'm sure they get a lot of
18  submissions in.  So you're required on all the
19  jobs we do to put a cover sheet on them.  And
20  that's basically what that cover sheet is.
21     Q.    If you look at the second page of
22  the attachment within Exhibit 148, it's -- that
23  page appears to be the cover of a Tecogen
24  installation manual dated February 2005; correct?
25     A.    Correct.
```

**Page 130**

Edward Horvath

Q. And it has two stamps -- to receive stamps on it?
A. Yes.
Q. One is dated May 18, 2005, and the other is June 28, 2005. Do you know why it has two stamps?
A. Well, one stamp would have been when we received it from Aegis. We submit it and we get it back, and it would be stamped in again once we got it back. But for some reason, I don't know why the cover sheet -- the cover sheet almost doesn't look like it goes with the rest because usually we stamp the cover sheets, too. Let me just see something here.
(Pause from the record.)
A. When I put this together for Bob, I might have grabbed -- might have grabbed the cover sheet that doesn't belong to this. So I'm not even sure.
What I wanted to show him was the submittal, and then I gave him the cover sheet stamped back without having to give him the whole thing all over again, I think.
THE WITNESS: Right?

**Page 131**

Edward Horvath

MR. CURCIO: (No response.)
A. Let me see something else here.
(Pause from the record.)
A. Here's the original. And so -- no, that's not it. Yes, it's -- we get ten copies, so this is another copy May 18th that was stamped in. This is just the original colored copy. And this is the transmittal from Aegis that says ten sets was received on the 18th. And then this is the same copy here (indicating).
So the second time -- the second time -- we didn't submit Tecogen twice, so it must have been when we got it back from the engineer. I don't know why it doesn't have any stamps on it, though. It doesn't make sense; right?
Here's another one that only has one stamp on it.
Q. Can I see this one (indicating)?
A. (Handing.)
I don't know where the other stamp came from. Because we get ten sets and the girl stamps them in. She should stamp all ten in the same stamp.

**Page 132**

Edward Horvath

Q. I'll tell you what, can I get three copies of the letter of transmittal?
A. Sure.
(Pause from the record.)
A. This only shows the one stamp, so I don't know why the other one has the two stamps.
You want a copy of this, too?
Q. No, because --
A. You have that?
Q. -- he and I are going to try and work this out so we don't have to make more copies. Actually, while we're on the record, could you let Bob look at that before it's copied just to see what it is?
MR. CURCIO: Sure.
THE WITNESS: Too late.
MR. CURCIO: All right.
MS. FROHLICH: Forget about it.
(Pause from the record.)
MS. FROHLICH: This will be Exhibit 149.
(Exhibit 149, Letter of Transmittal dated May 18, 2005, marked for identification.)

**Page 133**

Edward Horvath

Q. Let's try this --
A. Do you want this attached to this or just separate?
Q. If you look at Exhibit 148 --
A. Yes.
Q. -- we've got the first page, which is the J&M submittal cover sheet; correct?
A. Yes.
Q. After that, the very next page is the cover sheet of the Tecogen installation manual dated February 2005; correct?
A. Correct.
Q. And the little numbering in the corner, which we call the Bates stamp, do you see the J&M 0037?
A. Yes.
Q. That's the first page of the installation manual. If you turn and look at J&M 0101 -- it's page 1001.
A. 0101. I have 0100 and then I have a blank and then I have 0102.
MR. CURCIO: I have the same --
MS. FROHLICH: You don't have the whole thing. You only got one side copied.