# Tecogen Ex. 105




WRITER'S INFORMATION
jfrohlich@goulstonstorrs.com
617.574.7920 Tel
617.574.7580 Fax

July 24, 2008

BY OVERNIGHT DELIVERY

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, DC 20559-6222

Re: *Deposit Copies for Case / SR #'s 1-77897991, 1-78209600 and 1-78209788*

Dear Madam or Sir:

Enclosed please find two deposit copies for each of the above-referenced electronically submitted registration applications.

Very truly yours,

Julie A. Frohlich

Enclosures

# Tecogen Ex. 105(a)

**Claim Detail**



**Claim Id:** 1-1ADMH5 **Case #:** 1-77897991

**Title:** Tecogen CM-60/CM-75 Cogeneration Module Installation Manual November 2002

**All Titles**

| Title of Work | Type |
|---|---|
| Tecogen CM-60/CM-75 Cogeneration Module Installation Manual November 2002 | Title of work being |

**Publication/Completion**

| Published Work | Year Created | Publication Date | Nation of First Publication | ISN Type |
|---|---|---|---|---|
| Yes | 2002 | 11/15/2002 | United States | |

**Authors & Contributions (TX)**

| Name | Organization Name | Doing business as | Work For Hire | Anonymous | Text | Art | Photo | Editing | Translation | Compilation | C F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tecogen, Inc. | | Yes | N | ✓ | ✓ | ✓ | | | ✓ | |

**Claimants**

| Name | Organization Name | Transfer Statement | Transfer Stmt Other |
|---|---|---|---|
| | Tecogen, Inc. | | |

**Claim Limitations review (TX)**

Material Excluded
- Text ✓
- Artwork ✓
- Photograph
- Computer Program
- Other

New Material Included
- Text ✓
- Editing
- Artwork ✓
- Translation
- Compilation ✓
- Photographs ✓
- Computer Program
- Other

Previous Registratio
- 1st Pre
- 2nd Pre

**Rights & Permissions**

**First Name:**
**Middle Name:**
**Last Name:**
**Email:**
**Phone:**
**Alternate Phone:**

**Organization Name:** Tecogen, Inc.
**Address 1:** 45 First Avenue
**Address 2:**
**City:** Waltham
**State:** MA
**Postal Code:** 02451
**Country:** United States

**Correspondent**

**First Name:** Julie
**Middle Name:**
**Last Name:** Frohlich
**Email:** jfrohlich@goulstonstorrs.com
**Phone:** (617) 574-7920
**Alternate Phone:**
**Fax:** (617) 574-7580

**Organization Name:** Goulston &
**Address 1:** 400 Atlantic
**Address 2:**
**City:** Boston
**State:** MA
**Postal Code:** 02110
**Country:** United Stat

## Mail Certificate

**First Name:** Julie
**Middle Name:**
**Last Name:** Frohlich

**Organization Name:** Goulston & Storrs
**Address 1:** 400 Atlantic Avenue
**Address 2:**
**City:** Boston
**State:** MA
**Postal Code:** 02110
**Country:** United States

## Certification

**Name:** Julie A. Frohlich
**Certified:** ✓
**Special Handling:**
**Applicant's Internal Tracking Number:**
**Note to Copyright Office:**
**Upload Electronically**
**Send By Mail** ✓

**Frohlich, Julie A.**

**From:** US Copyright Office [cop-rc@loc.gov]
**Sent:** Thursday, July 17, 2008 12:30 PM
**To:** Frohlich, Julie A.
**Subject:** Acknowledgement of Receipt

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

We received your application and fee for the work Tecogen CM-60/CM-75 Cogeneration Module Installation Manual November 2002 on 07/17/2008. The following applies to registration claims only (not preregistrations): To complete your registration, you must upload the material you wish to register OR submit a hardcopy version via postal mail. For hardcopy submissions, be sure to print out and attach a shipping slip from eCO. The effective date of the eCO registration will be established only when we have received all three elements - namely, the electronic application, the fee and the material you wish to register in its entirety. When the registration has been completed, we will send your paper certificate by mail. You may check the status of this claim from your personal account home page using this number [1-77897991].

[THREAD ID: 1-1ANOF0]

United States Copyright Office






# U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| | |
|---|---|
| **Case / SR#:** | 1-77897991 |
| **Case Date:** | 7/17/2008 |
| **Title:** | Tecogen CM-60/CM-75 Cogeneration Module Installation Manual November 2002 |
| **Applicant's Internal Tracking** | |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| 2 | Spiral Bound Book |

**Instructions for Sending Deposit Copies**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**

Library of Congress
Copyright Office - TX
101 Independence Avenue, SE
Washington, DC 20559 - 6222

7/17/2008

# TECOGEN®

# CM-60/CM-75

## Cogeneration Module



IEEE P1547/D07
Compliant

NYSIR
Type Tested
& Approved



# Installation Manual

November 2002

TECOGEN, Inc.

# Tecogen Ex. 105(b)

## Claim Detail



**Claim Id:** 1-1AKAY2 **Case #:** 1-78209600

**Title:** Tecogen CM-60/CM-75 Cogeneration Module Installation Manual January 2003

### All Titles

| Title of Work | Type |
|---|---|
| Tecogen CM-60/CM-75 Cogeneration Module Installation Manual January 2003 | Title of work being |

### Publication/Completion

| Published Work | Year Created | Publication Date | Nation of First Publication | ISN Type |
|---|---|---|---|---|
| Yes | 2003 | 1/20/2003 | United States | |

### Authors & Contributions (TX)

| Name | Organization Name | Doing business as | Work For Hire | Anonymous | Text | Art | Photo | Editing | Translation | Compilation | C F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tecogen, Inc. | | Yes | N | ✓ | ✓ | ✓ | ✓ | | ✓ | |

### Claimants

| Name | Organization Name | Transfer Statement | Transfer Stmt Other |
|---|---|---|---|
| | Tecogen, Inc. | | |

### Claim Limitations review (TX)

| Material Excluded | New Material Included | Previous Registratioı |
|---|---|---|
| Text ✓ | Text ✓ | 1st Pre |
| Artwork ✓ | Editing ✓ | 2nd Pre |
| Photograph ✓ | Artwork ✓ | |
| Computer Program | Translation | |
| Other | Compilation ✓ | |
| | Photographs | |
| | Computer Program | |
| | Other | |

### Rights & Permissions

**First Name:**
**Middle Name:**
**Last Name:**
**Email:**
**Phone:**
**Alternate Phone:**

**Organization Name:** Tecogen, Inc.
**Address 1:** 45 First Avenue
**Address 2:**
**City:** Waltham
**State:** MA
**Postal Code:** -2451
**Country:** United States

### Correspondent

**First Name:** Julie
**Middle Name:**
**Last Name:** Frohlich
**Email:** jfrohlich@goulstonstorrs.com
**Phone:** (617) 574-7920
**Alternate Phone:**
**Fax:** (617) 574-7580

**Organization Name:** Goulston &
**Address 1:** 400 Atlantic
**Address 2:**
**City:** Boston
**State:** MA
**Postal Code:** 02110
**Country:** United Stat

**Mail Certificate**

**First Name:** Julie
**Middle Name:**
**Last Name:** Frohlich

**Organization Name:** Goulston & Storrs
**Address 1:** 400 Atlantic Avenue
**Address 2:**
**City:** Boston
**State:** MA
**Postal Code:** 02110
**Country:** United States

**Certification**

**Name:** Julie A. Frohlich
**Certified:** ✓
**Special Handling:**
**Applicant's Internal Tracking Number:**
**Note to Copyright Office:**
**Upload Electronically**
**Send By Mail** ✓

**Frohlich, Julie A.**

**From:** US Copyright Office [cop-rc@loc.gov]
**Sent:** Thursday, July 17, 2008 12:30 PM
**To:** Frohlich, Julie A.
**Subject:** Acknowledgement of Receipt

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

We received your application and fee for the work Tecogen CM-60/CM-75 Cogeneration Module Installation Manual January 2003 on 07/17/2008. The following applies to registration claims only (not preregistrations): To complete your registration, you must upload the material you wish to register OR submit a hardcopy version via postal mail. For hardcopy submissions, be sure to print out and attach a shipping slip from eCO. The effective date of the eCO registration will be established only when we have received all three elements - namely, the electronic application, the fee and the material you wish to register in its entirety. When the registration has been completed, we will send your paper certificate by mail. You may check the status of this claim from your personal account home page using this number [1-78209600].

[THREAD ID: 1-1ANOG4]

United States Copyright Office


Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



# U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| | |
|---|---|
| **Case / SR#:** | 1-78209600 |
| **Case Date:** | 7/17/2008 |
| **Title:** | Tecogen CM-60/CM-75 Cogeneration Module Installation Manual January 2003 |
| **Applicant's Internal Tracking** | |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| 2 | Spiral Bound Book |
| | |
| | |
| | |

**Instructions for Sending Deposit Copies**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, SE
Washington, DC 20559 - 6222

7/17/2008

# TECOGEN®

# CM-60/CM-75

## Cogeneration Module





*Compliant with the AGA Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89).*

**IEEE P1547/D07**
Compliant

**California Rule 21**
Certified

**NYSIR**
Type Tested
& Approved

# Installation Manual

## January 2003

**TECOGEN, Inc.**

# Tecogen Ex. 105(c)

## Claim Detail

<< Back

**Claim Id:** 1-1AKB26 **Case #:** 1-78209788

**Title:** Tecogen CM-60/CM-75 Cogeneration Module Installation Manual April 2003

### All Titles

| Title of Work | Type |
|---|---|
| Tecogen CM-60/CM-75 Cogeneration Module Installation Manual April 2003 | Title of work being re |

### Publication/Completion

| Published Work | Year Created | Publication Date | Nation of First Publication | ISN Type |
|---|---|---|---|---|
| Yes | 2003 | 4/7/2003 | United States | |

### Authors & Contributions (TX)

| Name | Organization Name | Doing business as | Work For Hire | Anonymous | Text | Art | Photo | Editing | Translation | Compilation | C P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tecogen, Inc. | | Yes | N | ✓ | ✓ | ✓ | ✓ | | ✓ | |

### Claimants

| Name | Organization Name | Transfer Statement | Transfer Stmt Other |
|---|---|---|---|
| | Tecogen, Inc. | | |

### Claim Limitations review (TX)

Material Excluded

- **Text** ✓
- **Artwork** ✓
- **Photograph** ✓
- **Computer Program**
- **Other**

New Material Included

- **Text** ✓
- **Editing** ✓
- **Artwork**
- **Translation**
- **Compilation** ✓
- **Photographs**
- **Computer Program**
- **Other**

Previous Registratio

**1st Pre**

**2nd Pre**

### Rights & Permissions

**First Name:**
**Middle Name:**
**Last Name:**
**Email:**
**Phone:**
**Alternate Phone:**

**Organization Name:** Tecogen, Inc.
**Address 1:** 45 First Avenue
**Address 2:**
**City:** Waltham
**State:** MA
**Postal Code:** 02451
**Country:** United States

### Correspondent

**First Name:** Julie
**Middle Name:**
**Last Name:** Frohlich
**Email:** jfrohlich@goulstonstorrs.com
**Phone:**
**Alternate Phone:**
**Fax:**

**Organization Name:** Goulston &
**Address 1:** 400 Atlantic
**Address 2:**
**City:** Boston
**State:** MA
**Postal Code:** 02110
**Country:** United Stat

## Mail Certificate

**First Name:** Julie
**Middle Name:**
**Last Name:** Frohlich

**Organization Name:** Goulston & Storrs
**Address 1:** 400 Atlantic Avenue
**Address 2:**
**City:** Boston
**State:** MA
**Postal Code:** 02110
**Country:** United States

## Certification

**Name:** Julie A. Frohlich
**Certified:** ✓
**Special Handling:**
**Applicant's Internal Tracking Number:**
**Note to Copyright Office:**
**Upload Electronically**
**Send By Mail** ✓

**Frohlich, Julie A.**

---

**From:** US Copyright Office [cop-rc@loc.gov]
**Sent:** Thursday, July 17, 2008 12:30 PM
**To:** Frohlich, Julie A.
**Subject:** Acknowledgement of Receipt

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

We received your application and fee for the work Tecogen CM-60/CM-75 Cogeneration Module Installation Manual April 2003 on 07/17/2008. The following applies to registration claims only (not preregistrations): To complete your registration, you must upload the material you wish to register OR submit a hardcopy version via postal mail. For hardcopy submissions, be sure to print out and attach a shipping slip from eCO. The effective date of the eCO registration will be established only when we have received all three elements - namely, the electronic application, the fee and the material you wish to register in its entirety. When the registration has been completed, we will send your paper certificate by mail. You may check the status of this claim from your personal account home page using this number [1-78209788].

[THREAD ID: 1-1ANOH8]

United States Copyright Office



Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



# U.S. Copyright Office Receipt

Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| | |
|---|---|
| **Case / SR#:** | 1-78209788 |
| **Case Date:** | 7/17/2008 |
| **Title:** | Tecogen CM-60/CM-75 Cogeneration Module Installation Manual April 2003 |
| **Applicant's Internal Tracking** | |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| 2 | Spiral Bound Book |
| | |
| | |
| | |

**Instructions for Sending Deposit Copies**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, SE
Washington, DC 20559 - 6222

7/17/2008

# TECOGEN®

# CM-60/CM-75

## Cogeneration Module






*Compliant with the AGA Standard for Gas-Fired Engine Driven Cogeneration Appliances (2-89).*

**IEEE P1547/D07**
Compliant

**California Rule 21**
Certified

**NYSIR**
Type Tested
& Approved

# Installation Manual

April 2003

**TECOGEN, Inc.**